UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

JANET BAKER, and JAMES BAKER,
JKBAKER LLC and JMBAKER LLC,

    Plaintiffs,

v.

DEXIA, S.A., DEXIA BANK BELGIUM
(formerly known as ARTESIA BANKING
CORP., S.A.),

    Defendants.
_____

Civil Action No.: 04-CIV-10501 (PBS)

**STIPULATION ENLARGING TIME TO RESPOND TO COMPLAINT**

The undersigned hereby STIPULATE AND AGREE that the deadline for Dexia Bank Belgium ("Dexia") to move, answer, or otherwise respond to the complaint in the above-captioned action be, and hereby is, enlarged until thirty (30) days after entry of a decision and order determining the motion of Dexia to dismiss the First Amended Class Action Complaint in the related action *Quaak et al. v. Dexia, S.A., et al.,* CA No. 03-11566-PBS.

Dated July 9, 2004

    /s/ Breton Leone-Quick
Peter M. Saparoff (BBO#441740)
Breton Leone-Quick (BBO#655571)
MINTZ LEVIN COHN FERRIS
GLOVSKY & POPEO, PC
One Financial Center
Boston, MA 02111
Tel: (617) 542-6000
Fax: (617) 542-2241

CLIFFORD CHANCE US, LLP
James B. Weidner
Sean M. Murphy
200 Park Avenue
New York, NY 10166
Tel: (212) 878-8000
Fax: (212) 878-8375

Counsel for Dexia S.A. and Dexia Bank Belgium


    /s/ George R. Coe (per assent)
George R. Coe
BOIS, SCHILLER & FLEXNER LLP
255 South Orange Avenue, Suite 905
Orlando, FL 32801
Tel: (407) 425-7118
Fax: (407) 425-7047

Counsel for Janet Baker, James Baker, JKBAKER LLC, and JMBAKER LLC