UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

```
-------------------------------------------------------x
                                                       :
JANET BAKER, and JAMES BAKER,                          :
JKBAKER LLC and JMBAKER LLC,                           :    Civ. No. 04-10501 (PBS)
                                                       :
                Plaintiffs,                            :    JURY TRIAL DEMANDED
                                                       :
v.                                                     :
                                                       :
DEXIA, S.A., DEXIA BANK BELGIUM                        :
(formerly known as ARTESIA BANKING                     :
CORP., S.A.)                                           :
                                                       :
                Defendant.                             :
-------------------------------------------------------x
```

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs Janet Baker, James Baker, JKBaker LLC and JMBaker LLC, and Defendants Dexia, S.A. and Dexia Bank Belgium, by and through their attorneys, hereby stipulate to the voluntary dismissal of the claims against Dexia, S.A. in the above-captioned action without prejudice. Each side agrees to bear its costs and fees associated with this action.

Dated: September 8, 2004

| | |
|---|---|
| /s/ Terence K. Ankner | /s/ Breton Leone-Quick |
| Terence K. Ankner, Esq. (BBO# 552469) | Peter Saparoff, Esq., (BBO# 441740) |
| FISHMAN, ANKNER & HORSTMANN LLP | Breton Leone-Quick, Esq., (BBO# 655571) |
| 200 Berkeley Street, 16th Floor | MINTZ, LEVIN, COHN, FERRIS, |
| Boston, MA  02116 | GLOVSKY and POPEO, P.C. |
| Telephone:  (617) 859-9999 | One Financial Center |
| Facsimile:  (617) 859-9998 | Boston, MA  02111 |
| | Telephone:  (617) 542-6000 |
| | Facsimile:  (617) 542-2241 |

LIT 1477766v1