## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JANET BAKER and JAMES BAKER, JKBAKER LLC and JMBAKER LLC, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civil Action No.: 04-10501 (PBS) |
| DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., S.A.) | ) ) ) ) | |
| Defendants. | ) ) ) | |

### NOTICE OF APPEARANCE

Breton Leone-Quick of Mintz, Levin, Cohn, Ferris, Glovsky, and Popeo, P.C.

respectfully enters his appearance as co-counsel for defendant Dexia Bank Belgium in the above-

captioned matter.


                                        /s/  Breton Leone-Quick
                                    Breton Leone-Quick, BBO # 655571
                                    MINTZ LEVIN COHN FERRIS GLOVSKY
                                    AND POPEO, P.C
                                    One Financial Center
                                    Boston, MA  02111
Dated: March 25, 2005              Tel: (617) 542-6000
                                    Fax: (617) 542-2241


LIT 1512161v1