## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANET BAKER and JAMES BAKER, JKBAKER LLC and JMBAKER LLC, <br><br>Plaintiffs,<br><br>v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., S.A.)<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No.: 04-10501 (PBS) |

## **NOTICE OF APPEARANCE**

Peter M. Saparoff of Mintz, Levin, Cohn, Ferris, Glovsky, and Popeo, P.C. respectfully enters his appearance as co-counsel for defendant Dexia Bank Belgium in the above-captioned matter.

Dated: March 25, 2005

  /s/ Peter M. Saparoff
Peter M. Saparoff (BBO#441740)
MINTZ LEVIN COHN FERRIS GLOVSKY
AND POPEO, P.C
One Financial Center
Boston, MA  02111
Tel: (617) 542-6000
Fax: (617) 542-2241

LIT 1512165v1