UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANET BAKER and JAMES BAKER, JKBAKER LLC and JMBAKER LLC,<br><br>Plaintiffs,<br><br>v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., S.A.)<br><br>Defendants. | Civil Action No.: 04-10501 (PBS) |

**DEFENDANT DEXIA BANK BELGIUM'S**
**LOCAL RULE 7.3(A) CORPORATE DISCLOSURE STATEMENT**

Pursuant to United States District Court for the District of Massachusetts Local Rule 7.3(A), defendant DEXIA BANK BELGIUM states that it has one parent corporation, DEXIA S.A., which is publicly traded, and which owns approximately 99.9% of DEXIA BANK BELGIUM.

Dated: April 11, 2005

/s/ Breton Leone-Quick
Peter M. Saparoff (BBO#441740)
Breton Leone-Quick (BBO#655571)
MINTZ LEVIN COHN FERRIS
GLOVSKY & POPEO
One Financial Center
Boston, MA 02111
Tel: (617) 542-6000
Fax: (617) 542-2241

*Counsel for Dexia Bank Belgium*

LIT 1513687v1