UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANET BAKER and JAMES BAKER, JKBAKER LLC and JMBAKER LLC, <br><br> Plaintiffs, <br><br> v. <br><br> DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., S.A.) <br><br> Defendants. | Civil Action No.: 04-10501 (PBS) |

### CERTIFICATE OF JAMES B. WEIDNER

In accordance with Local Rule 83.5.3(b), I, James B. Weidner, certify as follows:

1. I am admitted to practice in the State of New York, and in the United States District Courts for the Eastern District of New York and Southern District of New York.

2. I am a member of the bar in good standing in all of the jurisdictions listed in paragraph 1, above.

3. No disciplinary proceedings are pending against me as a member of the bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Respectfully submitted,

_____
James B. Weidner
CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, NY 10019-6131
Tel: (212) 878-8000
Fax: (212) 878-8375

*Counsel for Dexia Bank Belgium, S.A.*

Date: 25 March, 2005

LIT 1512174v1