# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JANET BAKER and JAMES BAKER, JKBAKER LLC and JMBAKER LLC, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civil Action No.: 04-10501 (PBS) |
| DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., S.A.) | ) ) ) ) | |
| Defendants. | ) ) ) | |

## MOTION TO ADMIT AMBER C. WESSELS, *PRO HAC VICE*

Pursuant to Local Rule 83.5.3(b), Breton Leone-Quick, Esq, a member of the bar of this Court who has previously filed a notice of appearance in this matter on behalf of defendant Dexia Bank Belgium, respectfully requests that this Court admit Amber C. Wessels, *pro hac vice*, to practice before this Court in this case as co-counsel for Dexia Bank Belgium.

Ms. Wessels is a member of the bar in good standing in every jurisdiction where she is admitted, there are no disciplinary proceedings pending against her as a member of the bar in any jurisdiction, and she is familiar with the Local Rules of this District. <u>See</u> Certificate.

Payment of the $50 admission fee has been made to the Clerk of the Court.

Dated: April 11, 2005

      /s/ Breton Leone-Quick
Breton Leone-Quick (BBO#655571)
MINTZ LEVIN COHN FERRIS GLOVSKY & POPEO
One Financial Center
Boston, MA 02111
Tel: (617) 542-6000
Fax: (617) 542-2241

*Counsel for Dexia Bank Belgium*