UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
:
JANET BAKER, and JAMES BAKER,                  :
JKBAKER LLC and JMBAKER LLC,                   :
:
Plaintiffs,                        :
:
v.                                                         :        CIVIL ACTION NO.
:        04-CIV-10501 (PBS)
DEXIA, S.A., DEXIA BANK BELGIUM,               :
(formerly known as ARTESIA BANKING             :
CORP., S.A.)                                              :
:
Defendants.                       :
---------------------------------------------------------------x

**UNOPPOSED MOTION FOR ADMISSION *PRO HAC VICE***

NOW COMES Terence K. Anker, Esquire, a member of the bar of this Court, and, pursuant to Local Rule 83.5.3(b), respectfully moves this Honorable Court to permit Karen C. Dyer, George R. Coe to appear *pro hac vice* in the above-captioned case, on behalf of the Plaintiffs, Janet Baker, James Baker, JKBaker LLC and JMBaker, LLC.

In support, thereof, counsel states as follows:

1.      Attorneys Dyer's and Coe's office address is Boies, Schiller & Flexner LLP, 255 South Orange Avenue, Suite 905, Orlando, FL 32801 (Telephone number: (407) 425-7118).

2.      Attached hereto in support of this Motion are the certificates of Ms. Dyer and Mr. Coe establishing that they are members in good standing in every jurisdiction where they have been admitted to practice; there are no pending disciplinary proceedings pending against them as a member of the bar in any jurisdiction, and they are familiar with the Local Rules of this Court.

3.    The undersigned counsel will serve as local counsel for the Plaintiffs, Janet Baker, James Baker, JKBaker LLC and JMBaker, LLC.

4.    Attorneys Dyer and Coe will faithfully abide by the rules of this Court.

5.    Certification pursuant to Local Rule 7.1(a)(2). Counsel for the Bakers conferred with counsel for the Defendant prior to filing this motion and counsel for Defendant does not oppose the granting of this motion.

WHEREFORE, Terence K. Anker, Esquire respectfully requests this Honorable Court to issue an Order permitting Karen C. Dyer and George R. Coe to appear *pro hac vice* on behalf of the Plaintiffs, Janet Baker, James Baker, JKBaker LLC and JMBaker, LLC, in the above-captioned case.

Dated: April 21, 2005

Respectfully submitted,

/s/ Terence K. Ankner
Terence K. Ankner, BBO #552469
PARTRIDGE ANKNER & HORSTMANN LLP
200 Berkeley Street, 16th Floor
Boston, Massachusetts 02116
Telephone: (617) 859-9999
Counsel for Plaintiffs Janet Baker,
James Baker, JKBaker LLC and JMBaker, LLC

**CERTIFICATE OF SERVICE**

I, hereby certify that on this 21st day of April, 2005, a true and correct copy of the foregoing was served via U.S. Mail, postage prepaid, upon counsel listed on the attached service list.

/s/ George R. Coe
George R. Coe

CERTIFICATION OF KAREN C. DYER TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5.3(b), Karen C. Dyer certifies as follows:

1. I certify that I am eligible for admission *pro hac vice* to this Court and am admitted as a member of the bar of the State of Florida and the following federal courts: United States District Court for the Middle District of Florida, the United States District Court for the Southern District of Florida, and the United States Courts of Appeal for the Eleventh Circuit and the Third Circuit.

2. I in good standing in all of the jurisdictions listed in paragraph 1 above.

3. There are no disciplinary proceedings against me as a member of the bar of any jurisdiction.

4. I am familiar with this Court's Local Rules.

Dated: April 21, 2005

Karen C. Dyer
Boies Schiller & Flexner LLP
255 South Orange Ave., Ste. 905
Orlando, Florida 32801
(407) 425-7118

## CERTIFICATION OF GEORGE R. COE TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5.3(b), George R. Coe certifies as follows:

1. I certify that I am eligible for admission *pro hac vice* to this Court and am admitted as a member of the bar of the States of Colorado and Florida and the following federal courts: the United States Court of Appeal for the Tenth Circuit and the United States District Courts for the Districts of Colorado and the Middle District of Florida.

2. I in good standing in all of the jurisdictions listed in paragraph 1 above.

3. There are no disciplinary proceedings against me as a member of the bar of any jurisdiction.

4. I am familiar with this Court's Local Rules.

.

Dated: April 21, 2005

 _____
George R. Coe
Boies Schiller & Flexner LLP
255 South Orange Ave., Ste. 905
Orlando, Florida 32801
(407) 425-7118

## Service List

**Attorneys for Plaintiffs Bakers – 04-CV-10501**

Terence K. Ankner
The Law Offices of Partridge, Ankner & Horstmann, LLP
200 Berkeley Street
16th Floor
Boston, MA 02116
617-859-9999
617-859-9998 (Fax)
tka@anknerlaw.com

Alan Cotler
Joan Yue
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-4301
Tele: (215) 851-8100
Fax: (215) 851-1420
acotler@reedsmith.com
jyue@reedsmith.com

**Attorneys for the Class Plaintiffs – 03-CV-11566**

Jeffery C. Block
Patrick T. Egan
BERMAN, DEVALERIO, PEASE, TABACCO, BURT & PUCILLO
One Liberty Square
Boston, MA 02109
Tele: (617) 542-8300
Fax: (617) 542-1194

Curtis L. Bowman
Allen Carney
CAULEY, BOWMAN CARNEY & WILLIAMS, PLLC
P.O. Box 25438
Little Rock, AR 72221
Tele: (501) 312-8500
Fax: (501) 312-8505

Patrick L. Rocco
SHALOV, STONE & BONNER
485 7th Avenue
Suite 1000
New York, NY 10018
Tele: (212) 239-4340
Fax: (212) 239-4130

**Attorneys for Filler Plaintiffs – 04CV-10477**

Gregory P. Joseph
Susan M. Davies
GREGORY P. JOSEPH LAW OFFICES, LLC
805 Third Avenue, 31st Floor
New York, NY 10022
Tele: (212) 207-1210
Fax: (212) 407-1274

Nicholas Kelley
KOTIN, CRABTREE & STRONG, LLP
One Bowdoin Square
Boston, MA 02114-2925
Tele: (617) 227-7031
Fax: (617) 367-2988

**Attorneys for Stonington Plaintiffs – 04-CV-10411**

Steve Singer
Javier Bleichmar
BERNSTEIN, LITOWITZ, BERGER & GROSSMAN, LLP
1285 Avenue of the Americas
New York NY 10019
Tele: (212) 554-1400
Fax: (212) 554-1444

Charles P. Kindregan
LOONEY & GROSSMAN LLP
101 Arch Street
Boston, MA 02110

**Attorneys for Defendant Dexia Bank Belgium**

Peter M. Saparoff
Breton T. Leone-Quick
Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, PC
One Financial Center
Boston, MA 02111
617-542-6000
617-542-2241 (Fax)
psaparoff@mintz.com
bleone-quick@mintz.com

James B. Weidner
Jeff Butler
Amber C. Wessels
Clifford Chance US LLP
31 West 52nd Street
New York, NY 10019-6131
212-878-8000
212-878-8375 (Fax)