UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
-----------------------------------------------------------x
                                                           :
JANET BAKER, and JAMES BAKER,                              :
JKBAKER LLC and JMBAKER LLC,                               :
                                                           :
              Plaintiffs,                                  :
                                                           :
v.                                                         :   CIVIL ACTION NO.
                                                           :   04-CIV-10501 (PBS)
DEXIA, S.A., DEXIA BANK BELGIUM,                           :
(formerly known as ARTESIA BANKING                         :
CORP., S.A.)                                               :
                                                           :
              Defendants.                                  :
-----------------------------------------------------------x
```

## UNOPPOSED MOTION FOR ADMISSION *PRO HAC VICE*

NOW COMES Terence K. Anker, Esquire, a member of the bar of this Court, and, pursuant to Local Rule 83.5.3(b), respectfully moves this Honorable Court to permit Alan K. Cotler, Joan A. Yue and Steven T. Voigt to appear *pro hac vice* in the above-captioned case, on behalf of the Plaintiffs, Janet Baker, James Baker, JKBaker LLC and JMBaker, LLC.

In support, thereof, counsel states as follows:

1.  The office address for Attorneys Cotler, Yue and Voigt is Reed Smith LLP, 1650 Market Street, 2500 One Liberty Place, Philadelphia, PA 19103 (Telephone number: (215) 851-8100).

2.  Attached hereto in support of this Motion are the certifications of Mr. Cotler, Ms. Yue and Mr. Voigt establishing that they are members in good standing in every jurisdiction where they have been admitted to practice; there are no disciplinary proceedings pending against

them as members of the bar by jurisdiction and the Federal Rules of this Court.

3. The undersigned counsel will serve as local counsel for the Plaintiffs, Janet Baker, James Baker, JKBaker LLC and JMBaker, LLC.

4. Attorneys Cotler, Yue and Voigt will faithfully abide by the rules of this Court.

5. Certification pursuant to Local Rule 7.1(a)(2). Counsel for the Bakers conferred with counsel for the Defendant prior to filing this motion and counsel for Defendant does not oppose the granting of this motion.

WHEREFORE, Terence K. Anker, Esquire respectfully requests this Honorable Court to issue an Order permitting Alan K. Cotler, Joan A. Yue and Steven T. Voigt to appear *pro hac vice* on behalf of the Plaintiffs, Janet Baker, James Baker, JKBaker LLC and JMBaker, LLC, in the above-captioned case.

Dated: May 16, 2005

Respectfully submitted,

/s/ Terence K. Ankner
Terence K. Ankner, BBO #552469
PARTRIDGE ANKNER & HORSTMANN LLP
200 Berkeley Street, 16th Floor
Boston, Massachusetts 02116
Telephone: (617) 859-9999
Counsel for Plaintiffs Janet Baker,
James Baker, JKBaker LLC and JMBaker, LLC

**CERTIFICATE OF SERVICE**

I, hereby certify that on this 16th day of May, 2005, a true and correct copy of the foregoing was served via U.S. Mail, postage prepaid, upon counsel listed on the attached service list.

Joan A. Yue

# CERTIFICATION OF ALAN K. COTLER TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5.3(b), Alan K. Cotler certifies as follows:

1. I certify that I am eligible for admission *pro hac vice* to this Court and am admitted as a member of the bar of the Commonwealths of Pennsylvania and Virginia, the District of Columbia and the following federal courts: the United States Court of Appeals for the Third Circuit and the United States District Court for the Eastern District of Pennsylvania.

2. I am in good standing in all of the jurisdictions listed in paragraph 1 above.

3. There are no disciplinary proceedings against me as a member of the bar of any jurisdiction.

4. I am familiar with this Court's Local Rules.

Dated: May 16, 2005

_____
Alan K. Cotler
Reed Smith, LLP
2500 One Liberty Place, 1650 Market Street
Philadelphia, PA 19103
(215) 851-8100

# CERTIFICATION OF JOAN A. YUE TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5.3(b), Joan A. Yue certifies as follows:

1. I certify that I am eligible for admission *pro hac vice* to this Court and am admitted as a member of the bar of the Commonwealths of Pennsylvania and Massachusetts and the following federal courts: United States District Court for the Eastern District of Pennsylvania, the United States Court of Appeals for the Third Circuit, and the United States Court of Appeals for the Federal Circuit.

2. I am in good standing in all of the jurisdictions listed in paragraph 1 above.

3. There are no disciplinary proceedings against me as a member of the bar of any jurisdiction.

4. I am familiar with this Court's Local Rules.

Dated: May 16, 2005

_____
Joan A. Yue
Reed Smith, LLP
2500 One Liberty Place, 1650 Market Street
Philadelphia, PA 19103
(215) 851-8100

# CERTIFICATION OF STEVEN T. VOIGT TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5.3(b), Steven T. Voigt certifies as follows:

1. I certify that I am eligible for admission *pro hac vice* to this Court and am admitted as a member of the bar of the Commonwealth of Pennsylvania and the State of New Jersey and the following federal courts: the United States District Courts for the Eastern District of Pennsylvania and the District of New Jersey.

2. I am in good standing in all of the jurisdictions listed in paragraph 1 above.

3. There are no disciplinary proceedings against me as a member of the bar of any jurisdiction.

4. I am familiar with this Court's Local Rules.

Dated: May 16, 2005

_____
Steven T. Voigt
Reed Smith, LLP
2500 One Liberty Place, 1650 Market Street
Philadelphia, PA  19103
(215) 851-8100