UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## **ORDER OF REFERENCE**

                   Check if previously referred

Janet Baker, et al

    V.              CA No.  04-10501-PBS

Dexia Bank Belgium

In accordance with 28 U.S.C. §636 and the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-entitled case is referred to Magistrate Judge <u>Collings</u> for the following proceedings:

(A)    Referred for full pretrial case management, including all dispositive motions.

(B) **X**  Referred for full pretrial case management, <u>not</u> including dispositive motions:

(C)    Referred for discovery purposes only.

(D)    Referred for Report and Recommendation on:

      (  ) Motion(s) for injunctive relief
      (  ) Motion(s) for judgment on the pleadings
      (  ) Motion(s) for summary judgment
      (  ) Motion(s) to permit maintenance of a class action
      (  ) Motion(s) to suppress evidence
      (  ) Motion(s) to dismiss
      (  ) Post Conviction Proceedings[1]
    See Documents Numbered: _____

(E)    Case referred for events only.  See Doc. No(s). _____

(F)    Case referred for settlement.

(G)    Service as a special master for hearing, determination and report, subject to the terms of the special order filed herewith:
    (  ) In accordance with Rule 53, F.R.Civ.P.
    (  ) In accordance with 42 U.S.C. 2000e-5(f)(5)

(H)    Special Instructions: _____

_____

May 27, 2005              By: /s/ Robert C. Alba
Date                    Deputy Clerk

**(Order of Reference - 05/2003)**

---

[1] See reverse side of order for instructions