UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JANET BAKER and JAMES BAKER,
JKBAKER LLC and JMBAKER LLC,

    Plaintiffs,

                                                  04-cv-10501-(PBS)

    v.

DEXIA, S.A., DEXIA BANK BELGIUM
(formerly known as ARTESIA
BANKING CORP., S.A.)

    Defendants,

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF WITHDRAWAL OF ATTORNEY**

    PLEASE TAKE NOTICE, that Clifford Chance US LLP, 31 West 52nd Street, New York, New York, hereby requests that Amber C. Wessels be withdrawn from the docket and any service lists as this attorney is no longer employed by Clifford Chance US LLP and is no longer involved in this matter.

Dated: November 1, 2005
       New York, New York

                                                  CLIFFORD CHANCE US LLP

                                                  By: /s/ Jeff E. Butler_____
                                                      James B. Weidner
                                                      Jeff E. Butler
                                                      31 West 52nd Street
                                                      New York, New York 10019
                                                      (212) 878-8000 (Tel:)
                                                      (212) 878 8375 (Fax:)

-2-

        Peter M. Saparoff (BBO#441740)
        Breton Leone-Quick (BBO# 655571)
        MINTZ LEVIN COHN FERRIS
        GLOVSKY & POPEO
        One Financial Center
        Boston, MA 02111
        (617) 542-6000 (Tel:)
        (617) 542-2241 (Fax)

        Counsel for Defendants Dexia, S.A. and
        Dexia Bank Belgium