UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JANET BAKER and JAMES BAKER,
JKBAKER LLC and JMBAKER LLC,

    Plaintiffs,

    v.

DEXIA, S.A., DEXIA BANK BELGIUM
(formerly known as ARTESIA
BANKING CORP., S.A.)

    Defendants,

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

04-cv-10501-(PBS)

## NOTICE OF WITHDRAWAL OF ATTORNEY

    PLEASE TAKE NOTICE, that Clifford Chance US LLP, 31 West 52nd Street, New York, New York, hereby requests that Amber C. Wessels be withdrawn from the docket and any service lists as this attorney is no longer employed by Clifford Chance US LLP and is no longer involved in this matter.

Dated: November 1, 2005
       New York, New York

                CLIFFORD CHANCE US LLP

                By: /s/ Jeff E. Butler
                    James B. Weidner
                    Jeff E. Butler
                    31 West 52nd Street
                    New York, New York 10019
                    (212) 878-8000 (Tel:)
                    (212) 878 8375 (Fax:)

-2-

    Peter M. Saparoff (BBO#441740)
    Breton Leone-Quick (BBO# 655571)
    MINTZ LEVIN COHN FERRIS
    GLOVSKY & POPEO
    One Financial Center
    Boston, MA 02111
    (617) 542-6000 (Tel:)
    (617) 542-2241 (Fax)

    Counsel for Defendants Dexia, S.A. and
    Dexia Bank Belgium

Case 1:04-cv-10501-PBS    Document 26    Filed 11/01/2005    Page 2 of 2

NYB 1514158.1