GREGORY P. JOSEPH LAW OFFICES LLC

805 THIRD AVENUE
NEW YORK, NEW YORK 10022
(212) 407-1200
WWW.JOSEPHNYC.COM

SUSAN M. DAVIES
DIRECT DIAL: (212) 407-1208
DIRECT FAX: (212) 407-1274
EMAIL: sdavies@josephnyc.com

FACSIMILE
(212) 407-1299

November 17, 2005

<u>Via Electronic Mail, Facsimile and Hand Delivery</u>

Jeff E. Butler, Esq.
Jeff.Butler@CliffordChance.com
Clifford Chance US LLP
31 West 52nd Street
New York, New York 10019-6131

Re:   *Quaak v. Dexia, S.A.*, No. 03-CV-11566-PBS
      *Stonington Partners, Inc. v. Dexia, S.A.*, No. 04-CV-10411-PBS
      *Filler v. Dexia, S.A.*, No. 04-CV-10477-PBS
      *Baker v. Dexia, S.A.*, No. 04-CV-10501-PBS

Dear Jeff:

The enclosed Plaintiffs' Notice of Rule 30(b)(6) Deposition of, and Request for Production of Documents by, Defendant Dexia Bank Belgium dated November 17, 2005 is served on behalf of all plaintiffs.

We request that, in light of the circumstances created by Dexia Bank Belgium's ("Dexia's") imminent liquidation of its New York branch office, Dexia agrees to waive the 30-day response period provided by Fed. R. Civ. P. 34(b) and to produce the requested documents by November 21, 2005.

If we do not receive Dexia's written agreement to this effect by 12:30 p.m. tomorrow, we will be forced to move the Court on an expedited basis to direct Dexia to respond immediately to the enclosed document request.

Sincerely,

Susan M. Davies

GREGORY P. JOSEPH LAW OFFICES LLC

Jeff E. Butler, Esq.
November 17, 2005
Page 2

CC:  Via e-mail only (with enclosure)
     Patrick Rocco (Procco@lawssb.com)
     Patrick Egan (pegan@bermanesq.com)
     Karen C. Dyer (kdyer@bsfllp.com)
     Steven Singer (steven@blbg.com)