## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HANS A. QUAAK, ATTILIO PO and KARL LEIBINGER, on behalf of themselves and those similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br><br>    Defendants. | No.: 03-CV-11566 (PBS) |
| STONINGTON PARTNERS, INC., a Delaware Corporation, STONINGTON CAPITAL APPRECIATION 1994 FUND L.P., a Delaware Partnership and STONINGTON HOLDINGS, L.L.C., a Delaware limited liability company,<br><br>    Plaintiffs,<br><br>    v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br><br>    Defendants. | No.: 04-CV-10411 (PBS) |
| GARY B. FILLER and LAWRENCE PERLMAN, Trustees of the TRA Rights Trust,<br><br>    Plaintiffs,<br><br>    v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br><br>    Defendants. | No.: 04-CV-10477 (PBS) |

| | |
|---|---|
| JANET BAKER and JAMES BAKER, JKBAKER LLC and JMBAKER LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br><br>    Defendants. | No.: 04-CV-10501 (PBS) |

**PLAINTIFFS' JOINT MOTION FOR LEAVE TO
(1) SUBMIT REPLY PAPERS IN FURTHER SUPPORT OF PLAINTIFFS' JOINT MOTION TO COMPEL DEPOSITIONS OF DEXIA BANK BELGIUM THROUGH PIET CORDONNIER, BART FERRAND, AND PETER RABAEY, AND
(2) FILE SUCH REPLY PAPERS UNDER SEAL**

Class plaintiffs together with plaintiffs Stonington Partners, Inc., Stonington Capital Appreciation 1994 Fund L.P. and Stonington Holdings, L.L.C., Gary B. Filler and Lawrence Perlman, Trustees of the TRA Rights Trust, and Janet Baker, James Baker, JKBaker LLC and JMBaker LLC (collectively the "Plaintiffs") hereby jointly move, (1) pursuant to Massachusetts Local Rule 7.1(b)(3) for leave to submit (a) Reply Memorandum of Law in Further Support of Plaintiffs' Joint Motion to Compel Depositions of Dexia Bank Belgium Through Piet Cordonnier, Bart Ferrand, and Peter Rabaey dated December 13, 2005 ("Reply Memorandum"), and (b) Reply Declaration of Susan M. Davies in Further Support of Plaintiffs' Joint Motion to Compel Depositions of Dexia Bank Belgium Through Piet Cordonnier, Bart Ferrand, and Peter Rabaey executed on December 13, 2005, together with the exhibits thereto ("Reply Declaration"); and (2) pursuant to Massachusetts Local Rule 7.2, for orders authorizing the filing under seal,

2

in each of the above-captioned actions, of the Reply Memorandum and Reply Declaration.

      In support of this motion, Plaintiffs state as follows.

      1.    On November 18, 2005, Defendant Dexia Bank Belgium ("Dexia") served papers in opposition to Plaintiffs' Joint Motion to Compel Depositions of Dexia Bank Belgium Through Piet Cordonnier, Bart Ferrand, and Peter Rabaey.  Although the parties had conferred extensively prior to Plaintiffs making their motion to compel, Dexia raised in its opposition two issues not discussed by the parties, and not anticipated in Plaintiffs' moving papers.  First, Dexia asserts, for the first time, that only members of its Central Credit Committee who were responsible for approving the loans at issue qualify as managing agents for purposes of this litigation.  *See* Opp. Mem. at 2, 13-14.  Second, Dexia argues, also for the first time, that because of the pending criminal investigation into L&H, "the interests of [Messrs. Cordonnier, Ferrand, and Rabaey] are not necessarily aligned with Dexia."  *See id.* at 15.  Plaintiffs respectfully seek leave of the Court to reply to these two new arguments by filing the Reply Memorandum and Reply Declaration.

      2.    The Reply Memorandum and Reply Declaration reflect information that Dexia Bank Belgium has produced in discovery subject to a "confidential" designation pursuant to the terms of the Stipulation and Order Governing the Treatment of Confidential Information entered in each of the above-captioned actions on May 31, 2005, a true and correct copy of which is **Exhibit E** to the Declaration of Patrick T. Egan in Support of Plaintiffs' Unopposed Motion for Leave to File Motion Papers Under Seal, which was filed in each of the above-captioned actions on November 4, 2005.

3

Accordingly, copies of the Reply Memorandum and Reply Declaration are not annexed to the instant motion, and Plaintiffs seek leave to file the Reply Memorandum and Reply Declaration under seal.

4. On December 13, 2005, Plaintiffs served copies of the Reply Memorandum and Reply Declaration on counsel for Dexia. A certificate of service reflecting same is being filed contemporaneously herewith.

**Certification Under Fed. R. Civ. P. 37(a)(2)(b), and Local Rules 7.1(a)(2) and 37.1(b)**

5. Pursuant to Local Rules 7.1(a)(2), undersigned counsel hereby certify that on December 1, 2005, Patrick Egan, Esq. and Patrick Rocco, Esq. (representing the Class Plaintiffs), Avi Josefson, Esq. and Victoria Wilheim, Esq. (representing the Stonington Plaintiffs), Karen Dyer, Esq. and George Coe, Esq. (representing the Baker Plaintiffs), and Susan M. Davies, Esq. (representing the Filler Plaintiffs) conferred by telephone with Jeff E. Butler, Esq. and Maryana Kodner, Esq. of Clifford Chance US LLP, counsel for Dexia, concerning the filing of the instant motion. Mr. Butler indicated that Dexia would oppose Plaintiffs' application for leave to file the Reply Memorandum and Reply Declaration, but would not oppose the filing of same under seal.

WHEREFORE, Plaintiffs respectfully request that this Court enter orders:

(A) authorizing the filing under seal, in each of the above-captioned actions, of: (1) the Reply Memorandum of Law in Further Support of Plaintiffs' Joint Motion to Compel Depositions of Dexia Bank Belgium Through Piet Cordonnier, Bart Ferrand, and Peter Rabaey dated December 13, 2005; and (2) the Reply Declaration of Susan M. Davies in Further Support of Plaintiffs' Joint Motion to Compel Depositions of Dexia

Bank Belgium Through Piet Cordonnier, Bart Ferrand, and Peter Rabaey executed on December 13, 2005; and

(B)     for such other and further relief as the Court deems just and proper.

Dated:   December 13, 2005

>Respectfully submitted,
>
>BERMAN DEVALERIO PEASE
>   TABACCO BURT & PUCILLO
>      /s/ Patrick T. Egan
>Glen DeValerio, BBO # 122010
>Jeffrey C. Block, BBO #600747
>Patrick T. Egan, BBO # 637477
>(pegan@bermanesq.com)
>Nicole R. Starr, BBO #654848
>Allison K. Jones, BBO #654804
>One Liberty Square
>Boston, MA 02109
>Telephone:  (617) 542-8300
>
>SHALOV STONE & BONNER LLP
>Lee S. Shalov
>James P. Bonner
>Patrick L. Rocco
>485 Seventh Avenue, Suite 10000
>New York, New York 10018
>Telephone:  (212) 239-4340
>
>CAULEY BOWMAN CARNEY & WILLIAMS PLLC
>Allen Carney
>11001 Executive Center Drive, Suite 200
>P.O. Box 25438
>Little Rock, Arkansas 722125438
>Telephone:  (501) 312-8500
>
>**CO-LEAD COUNSEL TO LEAD CLASS PLAINTIFFS HANS A. QUAAK, ATTILIO PO and KARL LEIBINGER**

LOONEY & GROSSMAN LLP
      /s/ Richard J. Grahn
Richard J. Grahn, BBO #206620
(rgrahn@lgllp.com)
Charles P. Kindregan, BBO #554947
101 Arch Street
Boston, MA 02110
Telephone: (617) 951-2800

BERNSTEIN LITOWITZ BERGER &
GROSSMAN LLP
Max W. Berger
Steven B. Singer
Avi Josefson
Victoria Wilheim
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 554-1400

**COUNSEL TO PLAINTIFFS STONINGTON PARTNERS, INC., STONINGTON CAPITAL APPRECIATION 1994 FUND L.P. AND STONINGTON HOLDINGS L.L.C.**

GREGORY P. JOSEPH LAW OFFICES LLC
      /s/ Susan M. Davies
Gregory P. Joseph, N.Y. Atty Reg. #1645852
Susan M. Davies, N.Y. Atty Reg. #2413508
(sdavies@josephnyc.com)
Third Avenue, 31st Floor
New York, NY 10022
Telephone: (212) 407-1200

KOTIN, CRABTREE & STRONG
Amy C. Mainelli, BBO #657201
One Bowdoin Square
Boston, MA 02114
Telephone: (617) 227-7031

**COUNSEL TO PLAINTIFFS GARY B. FILLER and LAWRENCE PERLMAN, Trustees of the TRA Rights Trust**

6

PARTRIDGE, ANKNER & HORSTMAN LLP
/s/ Terrence K. Ankner
Terrence K. Ankner, BBO #552469
(tka@anknerlaw.com)
200 Berkeley Street, 16th Floor
Boston, MA 02116
Telephone: (617) 859-9999

BOIES SCHILLER & FLEXNER
Karen C. Dyer
George R. Coe
225 South Orange Avenue, Suite 905
Orlando, Florida 32801
Telephone: (407) 425-7118

REED SMITH LLP
Alan K. Cotler
Joan A. Yue
2500 One Liberty Place 1650 Market Street
Philadelphia, PA 10103
Telephone: (215) 851-8100

**COUNSEL TO PLAINTIFFS JANET BAKER, JAMES BAKER, JKBAKER LLC and JMBAKER LLC,**

7