## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HANS A. QUAAK, ATTILIO PO and KARL LEIBINGER, on behalf of themselves and those similarly situated,<br><br>      Plaintiffs,<br><br>      v.<br><br>DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br><br>      Defendant. | No.: 03-CV-11566 (PBS) |
| STONINGTON PARTNERS, INC., a Delaware Corporation, STONINGTON CAPITAL APPRECIATION 1994 FUND L.P., a Delaware Partnership and STONINGTON HOLDINGS, L.L.C., a Delaware limited liability company,<br><br>      Plaintiffs,<br><br>      v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br><br>      Defendants. | No.: 04-CV-10411 (PBS) |
| GARY B. FILLER and LAWRENCE PERLMAN, Trustees of the TRA Rights Trust,<br><br>      Plaintiffs,<br><br>      v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br><br>      Defendants. | No.: 04-CV-10477 (PBS) |

JANET BAKER and JAMES BAKER,
JKBAKER LLC and JMBAKER LLC,

       Plaintiffs,

       v.

DEXIA, S.A. and DEXIA BANK BELGIUM
(formerly known as ARTESIA BANKING
CORP., SA),

       Defendants.

No.: 04-CV-10501 (PBS)

## DECLARATION OF PATRICK T. EGAN IN SUPPORT OF PLAINTIFFS' EMERGENCY MOTION TO COMPEL DEPOSITIONS

I, Patrick T. Egan, declare as follows:

1.     I am a Partner with the law firm of Berman DeValerio Pease Tabacco Burt & Pucillo, Lead Counsel to the Class Plaintiffs in *Quaak v. Dexia Bank Belgium*, 03 CV-11566. I am a member in good standing of the bar of the State of Massachusetts. I respectfully submit this declaration on behalf of all Plaintiffs, in support of Plaintiffs' Emergency Motion to Compel Depositions.

2.     These actions have been pending since the Summer of 2003. On November 21, 2005, defendant Dexia Bank Belgium ("Dexia") filed a motion seeking to stay this litigation pending resolution of its interlocutory appeal of the District Court's decision and order denying Dexia's motion to dismiss. On November 23, 2005, Judge Saris denied Dexia's motion for a stay. Subsequently, on December 27, 2005, the Court entered a Scheduling Order which, among other things, provided for fact discovery in these actions to be complete by June 16, 2006.

3.     On September 15, 2005, Plaintiffs noticed the depositions of Karl Van Riet, Ivan de Coen, Joris van Helleputte and Jan van Broeckhoven. A copy of that deposition notice is attached hereto as Exhibit A.

4.      On December 5, 2005, Plaintiffs noticed the depositions of Philippe Steverlynck, Francois Saverys, Alain Probst, Claude Piret, Bernard Mommens, Jacques Janssens, Piet Cordonnier, Peter Rabaey and Bart Ferrand.  A copy of that deposition notice is attached hereto as Exhibit B.

5.      On December 20, 2005, Jeff E. Butler, counsel to Dexia, wrote to Susan M. Davies, counsel to Filler Plaintiffs, and provided agreed-upon dates for the depositions of Messrs. Van Riet, Steverlynck and Saverys during the week of March 6, and for the depositions of Messrs. Probst and Piret during the week of March 13.  A copy of that letter is attached hereto as Exhibit C.

6.      Plaintiffs have diligently prepared for these depositions.  Plaintiffs have reviewed over 140,000 pages of documents which Dexia produced as late as eight months after Plaintiffs served their document requests, including foreign language documents that Plaintiffs had translated on an expedited basis, at significant cost.  Plaintiffs have been arranging the logistics for these international, foreign language depositions, including organizing translators, videographers and stenographers.

7.      On February 16, 2006, Class Plaintiffs filed a motion for leave to file the Third Amended Complaint.  The Third Amended Complaint does not seek to add any new defendants, and does not seek to expand the Class Period.  Instead, that Complaint adds allegations relating to Dexia's massive insider trading of L&H stock during the Class Period, and Dexia's liability for analyst reports issued by Dexia's predecessors, Artesia Banking Corporation, S.A. and its 100% owned subsidiary, Artesia Securities, S.A., during the Class Period.  Significantly, these allegations are based entirely on documents that Dexia produced to Plaintiffs in the fall of 2005.  Thus, Dexia has long known about the existence of the documents that give rise to the additional

allegations set forth in the Third Amended Complaint.

8.     On February 22, 2006, Mr. Butler sent a letter to Plaintiffs counsel stating that Dexia had determined to unilaterally adjourn *sine die* the depositions scheduled for the weeks of March 6 and 13, or until some time after the Court rules on the Class Plaintiffs' motion for leave to amend, purportedly because the Third Amended Complaint could "potentially" prejudice Dexia. A copy of that letter is attached hereto as Exhibit D.

9.     On February 23, Steven B. Singer, counsel for the Stonington Plaintiffs, sent an e-mail to Mr. Butler responding his February 22 letter, and rejecting Dexia's attempt to adjourn the scheduled depositions. A copy of that e-mail is attached hereto as Exhibit E. Also on February 23, 2006, Class Plaintiffs filed a motion requesting remand of the interlocutory appeal, on the grounds that the Third Amended Complaint defeats the justification for granting interlocutory review. The issues raised by that motion directly relate to the issues raised in the Class's motion for leave to amend.

10.    On February 23, Mr. Butler sent a letter in response to Mr. Singer's e-mail, in which he now stated that Dexia's counsel could not proceed with the depositions in Belgium because counsel could not respond to Plaintiffs' recently filed motions and also attend depositions in Belgium. A copy of that letter is attached hereto as Exhibit F.

11.    According to its website, Clifford Chance, Mr. Butler's law firm, is one of the largest law firms in the world. Clifford Chance has over 2,300 attorneys in 28 offices worldwide, including an office in Brussels, where the depositions are to occur.

12.    Also on February 23, Mr. Singer wrote a letter to Mr. Butler in response to his letter of that day in which, to address Mr. Butler's concerns about traveling to Belgium, Mr. Singer offered to conduct the depositions in New York on the dates noticed, rather than Belgium.

A copy of that letter is attached hereto as Exhibit G. As of the filing of this motion, Dexia has not responded to that offer.

I declare under penalty that the foregoing is true and correct. Executed this 24th day of February, 2006.

_____ /s/ Patrick T. Egan _____
Patrick T. Egan

Exhibit A

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| HANS A. QUAAK, ATTILIO PO and KARL LEIBINGER, on behalf of themselves and those similarly situated, | |
| Plaintiffs, | No.: 03-CV-11566 (PBS) |
| v. | |
| DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA), | |
| Defendants. | |
| STONINGTON PARTNERS, INC., a Delaware Corporation, STONINGTON CAPITAL APPRECIATION 1994 FUND L.P., a Delaware Partnership and STONINGTON HOLDINGS, L.L.C., a Delaware limited liability company, | No.: 04-CV-10411 (PBS) |
| Plaintiffs, | |
| v. | |
| DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA), | |
| Defendants. | |
| GARY B. FILLER and LAWRENCE PERLMAN, Trustees of the TRA Rights Trust, | |
| Plaintiffs, | No.: 04-CV-10477 (PBS) |
| v. | |
| DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA), | |
| Defendants. | |

JANET BAKER and JAMES BAKER,
JKBAKER LLC and JMBAKER LLC,

    Plaintiffs,

    v.

DEXIA, S.A. and DEXIA BANK BELGIUM
(formerly known as ARTESIA BANKING
CORP., SA),

    Defendants.

No.: 04-CV-10501 (PBS)

## PLAINTIFFS' FIRST OMNIBUS NOTICE OF DEPOSITIONS OF DEFENDANT DEXIA BANK BELGIUM

**TO:**    Jeff E. Butler, Esq.            Peter M. Saparoff, Esq.
(Jeff.Butler@CliffordChance.com)    (PSaparoff@mintz.com)
Clifford Chance US LLP           Mintz, Levin, Cohn, Ferris, Glovsky and Popeo P.C.
31 West 52nd Street              One Financial Center
New York, New York 10019       Boston, Massachusetts 02111

       PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30 of the Federal Rules

of Civil Procedure, and prior orders issued by the Court in the above-captioned actions,

plaintiffs, by their undersigned counsel, will take the deposition upon oral examination of

each of the following persons identified herein, before a notary public or other person

authorized to administer oaths, at the location specified herein, and commencing at the

date and time specified herein and continuing day to day thereafter until completion. The

depositions will be recorded by stenographic and sound and visual (videotape) means.

All parties are invited to attend and to participate in the manner provided for in the

Federal Rules of Civil Procedure.

2

| Deponent | Location | Date and Time |
|----------|----------|---------------|
| **Piet Cordonnier** | Marx Van Ranst Vermeersch & Partners<br>270 Avenue de Tervueren / Tervureenlaan<br>1150 Brussels<br>Belgium | January 9-10, 2006<br>at 9:00 a.m. |
| **Bart Ferrand** | Marx Van Ranst Vermeersch & Partners<br>270 Avenue de Tervueren / Tervureenlaan<br>1150 Brussels<br>Belgium | January 11-12, 2006<br>at 9:00 a.m. |
| **Peter Rabaey** | Marx Van Ranst Vermeersch & Partners<br>270 Avenue de Tervueren / Tervureenlaan<br>1150 Brussels<br>Belgium | January 13-14, 2006<br>at 9:00 a.m. |
| **Karl Van Reit** | Marx Van Ranst Vermeersch & Partners<br>270 Avenue de Tervueren / Tervureenlaan<br>1150 Brussels<br>Belgium | January 16-17, 2006<br>at 9:00 a.m. |
| **Bernard Mommens** | Marx Van Ranst Vermeersch & Partners<br>270 Avenue de Tervueren / Tervureenlaan<br>1150 Brussels<br>Belgium | January 18-19, 2006<br>at 9:00 a.m. |

Dated:  September 15, 2005

BERMAN DEVALERIO PEASE
TABACCO BURT & PUCILLO

_____/s/ Glen DeValerio_____
Glen DeValerio, BBO # 122010
(gdevalerio@bermanesq.com)
Jeffrey C. Block, BBO #600747
Patrick T. Egan, BBO # 637477
Nicole R. Starr, BBO #654848
One Liberty Square
Boston, MA 02109
Telephone:  (617) 542-8300

3

SHALOV STONE & BONNER
Lee S. Shalov
James P. Bonner
Patrick L. Rocco
485 Seventh Avenue, Suite 10000
New York, New York 10018
Telephone: (212) 239-4340

CAULEY BOWMAN CARNEY & WILLIAMS PLLC
Allen Carney
11001 Executive Center Drive, Suite 200
P.O. Box 25438
Little Rock, Arkansas 722125438
Telephone: (501) 312-8500

**CO-LEAD COUNSEL TO LEAD CLASS
PLAINTIFFS HANS A. QUAAK, ATTILIO PO
and KARL LEIBINGER**


LOONEY & GROSSMAN LLP

      /s/ Richard J. Grahn
Richard J. Grahn, BBO #206620
(rgrahn@lgllp.com)
Charles P. Kindregan, BBO #554947
101 Arch Street
Boston, MA 02110
Telephone: (617) 951-2800

BERNSTEIN LITOWITZ BERGER &
GROSSMAN LLP
Max W. Berger
Steven B. Singer
Erik Sandstedt
Javier Bleichmar
Avi Josefson
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 554-1400

**COUNSEL TO PLAINTIFFS STONINGTON
PARTNERS, INC., STONINGTON CAPITAL
APPRECIATION 1994 FUND L.P. AND
STONINGTON HOLDINGS L.L.C.**

4

PARTRIDGE, ANKNER & HORSTMAN LLP

_____/s/ Terrence K. Ankner_____
Terrence K. Ankner, BBO #552469
(tka@anknerlaw.com)
200 Berkeley Street, 16th Floor
Boston, MA 02116
Telephone: (617) 859-9999

BOIES SCHILLER & FLEXNER
Karen C. Dyer
George R. Coe
225 South Orange Avenue, Suite 905
Orlando, Florida 32801
Telephone: (407) 425-7118

REED SMITH LLP
Alan K. Cotler
Joan A. Yue
2500 One Liberty Place 1650 Market Street
Philadelphia, PA 10103
Telephone: (215) 851-8100

**COUNSEL TO PLAINTIFFS JANET BAKER,
JAMES BAKER, JKBAKER LLC and
JMBAKER LLC,**


GREGORY P. JOSEPH LAW OFFICES LLC

_____/s/ Gregory P. Joseph_____
Gregory P. Joseph, N.Y. Atty Reg. #1645852
(gjoseph@josephnyc.com)
Third Avenue, 31st Floor
New York, NY 10022
Telephone: (212) 407-1200

KOTIN, CRABTREE & STRONG
Amy C. Mainelli, BBO #657201
One Bowdoin Square
Boston, MA 02114
Telephone: (617) 227-7031

**COUNSEL TO PLAINTIFFS GARY B.
FILLER and LAWRENCE PERLMAN,**
Trustees of the TRA Rights Trust

5

Exhibit B

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HANS A. QUAAK, ATTILIO PO and KARL LEIBINGER, on behalf of themselves and those similarly situated, | |
| Plaintiffs, | No.: 03-CV-11566 (PBS) |
| v. | |
| DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA), | |
| Defendants. | |
| STONINGTON PARTNERS, INC., a Delaware Corporation, STONINGTON CAPITAL APPRECIATION 1994 FUND L.P., a Delaware Partnership and STONINGTON HOLDINGS, L.L.C., a Delaware limited liability company, | |
| Plaintiffs, | No.: 04-CV-10411 (PBS) |
| v. | |
| DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA), | |
| Defendants. | |
| GARY B. FILLER and LAWRENCE PERLMAN, Trustees of the TRA Rights Trust, | |
| Plaintiffs, | No.: 04-CV-10477 (PBS) |
| v. | |
| DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA), | |
| Defendants. | |

JANET BAKER and JAMES BAKER,
JKBAKER LLC and JMBAKER LLC,

     Plaintiffs,

        v.

DEXIA, S.A. and DEXIA BANK BELGIUM
(formerly known as ARTESIA BANKING
CORP., SA),

     Defendants.

No.: 04-CV-10501 (PBS)

## PLAINTIFFS' SECOND OMNIBUS NOTICE OF DEPOSITIONS
## OF DEFENDANT DEXIA BANK BELGIUM

**TO:**    Jeff E. Butler, Esq.
        (Jeff.Butler@CliffordChance.com)
        Clifford Chance US LLP
        31 West 52nd Street
        New York, New York 10019

       PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30 of the Federal Rules

of Civil Procedure, and prior orders issued by the Court in the above-captioned actions,

plaintiffs, by their undersigned counsel, will take the deposition upon oral examination of

each of the following persons identified herein, before a notary public or other person

authorized to administer oaths, at the location specified herein, and commencing at the

date and time specified herein and continuing day to day thereafter until completion. The

depositions will be recorded by stenographic and sound and visual (videotape) means.

All parties are invited to attend and to participate in the manner provided for in the

Federal Rules of Civil Procedure.

2

| Deponent | Location | Date and Time |
|---|---|---|
| **Catherine Decoutere** | Marx Van Ranst Vermeersch & Partners<br>270 Avenue de Tervueren / Tervureenlaan<br>1150 Brussels<br>Belgium | February 20-21, 2006<br>at 9:00 a.m. |
| **Ivan de Coen** | Marx Van Ranst Vermeersch & Partners<br>270 Avenue de Tervueren / Tervureenlaan<br>1150 Brussels<br>Belgium | February 22-23, 2006<br>at 9:00 a.m. |
| **Joris van Helleputte** | Marx Van Ranst Vermeersch & Partners<br>270 Avenue de Tervueren / Tervureenlaan<br>1150 Brussels<br>Belgium | February 24, 2006<br>at 9:00 a.m. |
| **Jan Van Broeckhoven** | Marx Van Ranst Vermeersch & Partners<br>270 Avenue de Tervueren / Tervureenlaan<br>1150 Brussels<br>Belgium | February 27, 2006<br>at 9:00 a.m. |
| **Claude Piret** | Marx Van Ranst Vermeersch & Partners<br>270 Avenue de Tervueren / Tervureenlaan<br>1150 Brussels<br>Belgium | March 20, 2006<br>at 9:00 a.m. |
| **Philippe Steverlynck** | Marx Van Ranst Vermeersch & Partners<br>270 Avenue de Tervueren / Tervureenlaan<br>1150 Brussels<br>Belgium | March 21-22, 2006<br>at 9:00 a.m. |
| **Jacques Janssens** | Marx Van Ranst Vermeersch & Partners<br>270 Avenue de Tervueren / Tervureenlaan<br>1150 Brussels<br>Belgium | March 23-24, 2006<br>at 9:00 a.m. |
| **Alain Probst** | Marx Van Ranst Vermeersch & Partners<br>270 Avenue de Tervueren / Tervureenlaan<br>1150 Brussels<br>Belgium | March 27-28, 2006<br>at 9:00 a.m. |
| **François Saverys** | Marx Van Ranst Vermeersch & Partners<br>270 Avenue de Tervueren / Tervureenlaan<br>1150 Brussels<br>Belgium | March 29-30, 2006<br>at 9:00 a.m. |

Dated: December 5, 2005

> BERMAN DEVALERIO PEASE
> TABACCO BURT & PUCILLO
>
> /s/ Glen DeValerio
> Glen DeValerio, BBO # 122010
> (gdevalerio@bermanesq.com)
> Jeffrey C. Block, BBO #600747
> Patrick T. Egan, BBO # 637477
> Nicole R. Starr, BBO #654848
> One Liberty Square
> Boston, MA 02109
> Telephone: (617) 542-8300
>
> SHALOV STONE & BONNER LLP
> Lee S. Shalov
> James P. Bonner
> Patrick L. Rocco
> 485 Seventh Avenue, Suite 10000
> New York, New York 10018
> Telephone: (212) 239-4340
>
> CAULEY BOWMAN CARNEY & WILLIAMS PLLC
> Allen Carney
> 11001 Executive Center Drive, Suite 200
> P.O. Box 25438
> Little Rock, Arkansas 722125438
> Telephone: (501) 312-8500
>
> **CO-LEAD COUNSEL TO LEAD CLASS
> PLAINTIFFS HANS A. QUAAK, ATTILIO PO
> and KARL LEIBINGER**
>
> LOONEY & GROSSMAN LLP
>
> /s/ Richard J. Grahn
> Richard J. Grahn, BBO #206620
> (rgrahn@lgllp.com)
> Charles P. Kindregan, BBO #554947
> 101 Arch Street
> Boston, MA 02110
> Telephone: (617) 951-2800

4

BERNSTEIN LITOWITZ BERGER &
GROSSMAN LLP
Max W. Berger
Steven B. Singer
Avi Josefson
Victoria Wilheim
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 554-1400

**COUNSEL TO PLAINTIFFS STONINGTON
PARTNERS, INC., STONINGTON CAPITAL
APPRECIATION 1994 FUND L.P. AND
STONINGTON HOLDINGS L.L.C.**

PARTRIDGE, ANKNER & HORSTMAN LLP

_____/s/ Terrence K. Ankner_____
Terrence K. Ankner, BBO #552469
(tka@anknerlaw.com)
200 Berkeley Street, 16th Floor
Boston, MA 02116
Telephone: (617) 859-9999

BOIES SCHILLER & FLEXNER
Karen C. Dyer
George R. Coe
225 South Orange Avenue, Suite 905
Orlando, Florida 32801
Telephone: (407) 425-7118

REED SMITH LLP
Alan K. Cotler
Joan A. Yue
2500 One Liberty Place 1650 Market Street
Philadelphia, PA 10103
Telephone: (215) 851-8100

**COUNSEL TO PLAINTIFFS JANET BAKER,
JAMES BAKER, JKBAKER LLC and
JMBAKER LLC,**

GREGORY P. JOSEPH LAW OFFICES LLC

_____/s/ Susan M. Davies_____
Gregory P. Joseph, N.Y. Atty Reg. #1645852
Susan M. Davies, N.Y. Atty Reg. #2413508
(sdavies@josephnyc.com)
Third Avenue, 31st Floor
New York, NY 10022
Telephone: (212) 407-1200

KOTIN, CRABTREE & STRONG
Amy C. Mainelli, BBO #657201
One Bowdoin Square
Boston, MA 02114
Telephone: (617) 227-7031

**COUNSEL TO PLAINTIFFS GARY B.
FILLER and LAWRENCE PERLMAN,
Trustees of the TRA Rights Trust**

## Certificate of Service

I hereby certify that on December 5, 2005, I caused a true copy of the foregoing *Plaintiffs' Second Omnibus Notice of Depositions of Defendant Dexia Bank Belgium* dated December 5, 2005 to be served by electronic mail and First Class Mail, postage prepaid, upon the following Counsel of Record at the electronic and postal addresses indicated below:

Jeff E. Butler, Esq. (Jeff.Butler@CliffordChance.com)
Clifford Chance US LLP
31 West 52nd Street
New York, NY 10019
**Counsel for Dexia Bank Belgium in *Filler v. Dexia, S.A.*, C.A. No. 04-10477-PBS; *Quaak v. Dexia, S.A.*, C.A. No. 03-11566-PBS; *Baker v. Dexia, S.A.*, C.A. No. 04-10501-PBS, *Stonington Partners, Inc v. Dexia, S.A.*, C.A. No. 04-10111-PBS**

Jeffrey C. Block, Esq. (jblock@bermanesq.com)
Berman DeValerio Pease Tabacco Burt & Pucillo
One Liberty Square
Boston, MA 02109
**Co-Lead Counsel for Class Plaintiffs in *Quaak v. Dexia, S.A.*, C.A. No. 03-11566-PBS**

Karen C. Dyer, Esq. (kdyer@bsfllp.com)
Boies Schiller & Flexner
255 South Orange Avenue, Suite 905
Orlando, Florida 32801
**Counsel for Plaintiffs Janet Baker, James Baker, JKBaker LLC, and JMBaker LLC in *Baker v. Dexia, S.A.*, C.A. No. 04-10501-PBS**

Steven B. Singer, Esq. (steven@blbglaw.com)
Bernstein Litowitz Berger & Grossman LLP
1285 Avenue of the Americas
New York, New York 10019
**Counsel for Plaintiffs Stonington Partners, Inc., Stonington Capital Appreciation 1994 Fund L.P., and Stonington Holdings, L.L.C. in *Stonington Partners, Inc v. Dexia, S.A.*, C.A. No. 04-10111-PBS**

_____
Susan M. Davies

Exhibit C

**C L I F F O R D**

**C H A N C E**

**CLIFFORD CHANCE US LLP**

31 WEST 52ND STREET
NEW YORK NY 10019 6131

TEL +1 212 878 8000
FAX +1 212 878 8375
www.cliffordchance.com


Jeff E. Butler

DIRECT TEL 212-878-8205
DIRECT FAX 212-878-8375
jeff.butler@cliffordchance.com

December 20, 2005

VIA FACSIMILE

Susan M. Davies, Esq.
Gregory P. Joseph Law Offices LLC
805 Third Avenue, 31st Floor
New York, NY 10022

Re:    *Quaak v. Dexia Bank Belgium*
       *Stonington v. Dexia Bank Belgium*
       *Filler v. Dexia Bank Belgium*
       *Baker v. Dexia Bank Belgium*

Dear Susan:

We propose the following schedule for depositions noticed by Plaintiffs:

| Deponent | Date |
| --- | --- |
| Karel Van Riet | March 6, 2006 |
| Philippe Steverlynck | March 8, 2006 |
| François Saverys | March 10, 2006 |
| Alain Probst | March 14, 2006 |
| Claude Piret | March 16, 2006 |
| Bernard Mommens | April 18, 2006 |
| Jacques Janssens | April 20, 2006 |

Note that we have scheduled one business day between each deposition. If Plaintiffs are unable to complete a given deposition in one day, we have asked each deponent to be available on the following business day for continuation of the deposition.

Sincerely,

*Jeff Butler /mk*

Jeff E. Butler

12/20/2005 17:39 FAX                CLIFFORD CHANCE US LLP                    ☑ 003/003

**CLIFFORD**
**CHANCE**

CLIFFORD CHANCE US LLP

Susan M. Davies, Esq.                                              Page 2
December 20, 2005

cc:    Patrick T. Egan, Esq.
       Patrick Rocco, Esq.
       Steven B. Singer, Esq.
       Karen Dyer, Esq.
       Alan Cotler, Esq.
       Peter M. Saparoff, Esq.

Exhibit D

*Karen*

# C L I F F O R D
# C H A N C E

**CLIFFORD CHANCE US LLP**

31 WEST 52ND STREET
NEW YORK NY 10019 6131

TEL +1 212 878 8000
FAX +1 212 878 8375
www.cliffordchance.com

**Jeff E. Butler**

DIRECT TEL 212-878-8205
DIRECT FAX 212-878-8375
Jeff.butler@cliffordchance.com

February 22, 2006

VIA FACSIMILE

To:     Counsel on attached list

Re:     *Quaak v. Dexia Bank Belgium*
        *Stonington v. Dexia Bank Belgium*
        *Filler v. Dexia Bank Belgium*
        *Baker v. Dexia Bank Belgium*

Dear Counsel:

In light of the Motion for Leave to File a Third Amended Complaint filed by Class Plaintiffs last week, we are postponing the depositions scheduled to take place in Belgium during the weeks of March 6 and March 13. Until this motion is resolved by the Court, we have no way of knowing which claims are at issue in this litigation, and which claims are not. It would be unfair and potentially prejudicial to subject Dexia witnesses to depositions under these circumstances. We will reschedule these depositions promptly after the Court rules on Class Plaintiffs' motion.

Sincerely,

Jeff E. Butler

NYB 1522657.1

**C L I F F O R D
C H A N C E**

CLIFFORD CHANCE US LLP

Page 2

February 22, 2006

To:    Patrick T. Egan, Esq.
       Berman Devalerio Pease  Tabacco Burt & Pucillo
       One Liberty Square
       Boston, MA 02109

       Patrick Rocco, Esq.
       Shalov Stone & Bonner
       485 Seventh Avenue, Suite 1000
       New York, NY 10018

       Steven B. Singer, Esq.
       Bernstein Litowitz Berger & Grossman LLP
       1285 Avenue of the Americas
       New York, NY 10019

       Susan Davies, Esq.
       Gregory P. Joseph Law Offices LLC
       805 Third Avenue, 31st Floor
       New York, NY 10022

       Karen Dyer, Esq.
       Boies, Schiller & Flexner LLP
       255 South Orange Avenue, Suite 905
       Orlando, FL 32801

       Alan Cotler, Esq.
       Reed Smith
       2500 One Liberty Place
       1650 Market Street
       Philadelphia, PA 19103

       Peter M. Saparoff, Esq.
       Mintz Levin Cohn Ferris Glovsky & Popeo
       One Financial Center
       Boston, MA 02111

Exhibit E

-----Original Message-----
**From:** Steven Singer
**Sent:** Thursday, February 23, 2006 1:57 PM
**To:** 'Jeff.Butler@CliffordChance.com'
**Cc:** 'Patrick L. Rocco'; Patrick Egan; Jim Bonner; Susan M. Davies; 'Karen Dyer'; Yue, Joan A.; acotler@reedsmith.com; Avi Josefson
**Subject:** Quaak v. Dexia; Stonington v. Dexia; Filler v. Dexia; and Baker v. Dexia

Jeff:

     On behalf of all Plaintiffs in the above-referenced actions, we write in response to your letter dated February 22, 2005, in which you purport to unilaterally adjourn the depositions of Dexia witnesses scheduled to proceed in Belgium the weeks of March 6 and March 13, 2005, because the proposed Third Amended Complaint filed by the Class Plaintiffs could supposedly "potentially" prejudice Dexia.  Please be advised that Dexia does not have the right to unilaterally adjourn depositions which have been duly noticed by Plaintiffs, and which have been scheduled for months.  Further, as set forth in the Class Plaintiffs' motion for leave to amend, the proposed amendment will not change the scope of these depositions or of discovery.  Moreover, Dexia has not filed a motion for a protective order.  Accordingly, plaintiffs do not agree to adjourn these depositions, and expect that they will proceed as previously noticed.

     Please be advised that, unless you inform us by the end of the day today that Dexia will produce its witnesses the weeks of March 6 and 13, we will have no choice but to file a motion with the Court asking the Court to order Dexia to produce the witnesses noticed for the weeks of March 6 and 13, 2005 on the dates that have been previously agreed to.

Very truly yours,

Steven Singer
Bernstein Litowitz Berger & Grossmann LLP
1285 Avenue of the Americas
New York, New York 10019
(212) 554-1413
(212) 554-1444 (fax)

Exhibit F

02/23/2006 17:33 FAX                CLIFFORD CHANCE US LLP                        ☒002/003

**C L I F F O R D**

**C H A N C E**

CLIFFORD CHANCE US LLP

31 WEST 52ND STREET
NEW YORK NY 10019 6131

TEL +1 212 878 8000
FAX +1 212 878 8375
www.cliffordchance.com

Jeff E. Butler

DIRECT TEL 212-878-8205
DIRECT FAX 212-878-8375
jeff.butler@cliffordchance.com

February 23, 2006

VIA FACSIMILE

Steven B. Singer, Esq.
Bernstein Litowitz Berger & Grossman LLP
1285 Avenue of the Americas
New York, NY 10019

Re:     *Quaak v. Dexia Bank Belgium*
        *Stonington v. Dexia Bank Belgium*
        *Filler v. Dexia Bank Belgium*
        *Baker v. Dexia Bank Belgium*

Dear Steve:

        This responds to your e-mail to me from earlier today, which was written on behalf of all Plaintiffs. As indicated in my letter yesterday, we believe that postponement of the depositions previously scheduled for early March is justified by the uncertainty that currently exists over the claims at issue in this litigation. This uncertainty exists solely because Class Plaintiffs are seeking to amend their complaint to add new claims, even though the time for adding such claims has long past.

        In addition, Class Plaintiffs have filed yet another motion today seeking an order requesting remand of the interlocutory appeal from the First Circuit. This appears to be part of a concerted campaign by Class Plaintiffs to interfere with the interlocutory appeal that is now fully briefed to the First Circuit. I understand from Pat Egan that Class Plaintiffs have additional motions in the works, which may be filed in the coming days.

        As you point out in your e-mail, these depositions have been scheduled for a long time, yet Class Plaintiffs have chosen this time to file a flurry of important motions, each of which triggers an obligation for Dexia to respond. In the face of all this motion practice, it is completely unreasonable for Plaintiffs to expect counsel for Dexia to travel to Belgium for an extended period of depositions.

NYB 1517135.2

**C L I F F O R D**
**C H A N C E**

CLIFFORD CHANCE US LLP

Steven B. Singer, Esq.                                                      Page 2
February 23, 2006

     In sum, Class Plaintiffs have created the conditions that make depositions in early March untenable for Dexia and its counsel. We do not believe that a motion for a protective order should be needed to postpone the depositions for a short time. If you disagree, please let me know immediately so that we can get a motion on file.

Sincerely,

Jeff E. Butler

cc:     Patrick Rocco, Esq.
      Patrick T. Egan, Esq.
      Susan Davies, Esq.
      Karen Dyer, Esq.
      Alan Cotler, Esq.
      Peter M. Saparoff, Esq.

Exhibit G

# BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

### ATTORNEYS AT LAW

### NEW YORK • CALIFORNIA • NEW JERSEY • LOUISIANA

STEVEN B. SINGER
steven@blbglaw.com
212-554-1413

February 23, 2006

**Via Facsimile**

Jeff E. Butler, Esq.
Clifford Chance US LLP
31 West 52nd Street
New York, NY 10019

> Re: *Quaak v. Dexia Bank Belgium; Stonington v. Dexia Bank Belgium;*
> *Filler v. Dexia Bank Belgium; Baker v. Dexia Bank Belgium*

Dear Jeff:

I write on behalf of all plaintiffs in response to your letter dated February 23, 2006.

First, Dexia has not sought to "postpone the depositions for a short time." Rather, last night you sent a letter which unilaterally adjourned those depositions sine die, or until some time after the District Court decides the Class' pending motion for leave to amend. Since that motion was filed last week and is not even fully briefed, the "short" delay you claim will result may well be lengthy. Given that (1) the Scheduling Order requires fact discovery to be complete by June 16; (2) these depositions have been scheduled for months; (3) the proposed amendment in no way affects these depositions; and (4) the Court has indicated on numerous occasions that it wishes the parties to proceed expeditiously with this litigation, we do not agree that an adjournment is warranted.

Second, we do not agree with your assertion that it is "completely unreasonable" for Plaintiffs to expect defense counsel to travel to Belgium for these depositions in light of the pending motions. As an initial matter, we note that the pending motions are interrelated and raise the same essential issues, and the motion to amend was filed as quickly as possible given that it took Dexia eight months to produce documents that had been gathered long ago in connection with the criminal investigation. We also note that, according to your firm's web site, Clifford Chance is one of the two or three largest law firms in the world, with 2,346 attorneys located in 29 offices, including an office in Brussels. In light of this, we do not understand why your firm cannot both respond to the pending motions and attend these depositions. However, because you have represented that travel to Belgium would be burdensome for you, in the

BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

Jeff E. Butler, Esq.
February 23, 2006
Page 2

interest of resolving this dispute without judicial intervention, please be advised that we are
willing to conduct the depositions in New York on the dates noticed.  Please let us know if you
would like to proceed that way.

Very truly yours,

Steven B. Singer

cc:    Patrick L. Rocco, Esq.
       James P. Bonner, Esq.
       Patrick T. Egan, Esq.
       Susan Davies, Esq.
       Karen Dyer, Esq.
       Alan Cotler, Esq.
       Joan A. Yue, Esq.
       Peter M. Saparoff, Esq.
SBS/lag

## CERTIFICATE OF SERVICE

I, hereby certify that on this 27th day of February, 2006, a true and correct copy of the foregoing was served via electronic means, upon counsel listed on the attached service list and also via U.S. Mail on counsel for Dexia Bank Belgium identified on the attached list.

/s/ George R. Coe

## Service List

**Attorneys for Baker Plaintiffs – 04-CV-10501**

Terence K. Ankner
PARTRIDGE, ANKNER & HORSTMANN, LLP
200 Berkeley Street
16th Floor
Boston, MA 02116
Tel: (617) 859-9999
Fax: (617) 859-9998
tka@anknerlaw.com

Alan Cotler
Joan Yue
REED SMITH LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-4301
Tel: (215) 851-8100
Fax:  (215) 851-1420
acotler@reedsmith.com
jyue@reedsmith.com

**Attorneys for the Class Plaintiffs – 03-CV-11566**

Jeffery C. Block
Patrick T. Egan
BERMAN, DEVALERIO, PEASE, TABACCO, BURT & PUCILLO
One Liberty Square
Boston, MA 02109
Tel: (617) 542-8300
Fax:  (617) 542-1194
jblock@bermanesq.com
pegan@bermanesq.com

Curtis L. Bowman
Allen Carney
CAULEY, BOWMAN CARNEY & WILLIAMS, PLLC
P.O. Box 25438
Little Rock, AR 72221
Tel: (501) 312-8500
Fax:  (501) 312-8505
cbowman@cauleybowman.com
acarney@cauleybowman.com

Patrick L. Rocco
SHALOV, STONE & BONNER
485 7th Avenue
Suite 1000
New York, NY 10018
Tel: (212) 239-4340
Fax:  (212) 239-4310
procco@lawssb.com

**Attorneys for Filler Plaintiffs – 04CV-10477**

Gregory P. Joseph
Susan M. Davies
GREGORY P. JOSEPH LAW OFFICES, LLC
805 Third Avenue, 31st Floor
New York, NY 10022
Tel: (212) 207-1210
Fax:  (212) 407-1274

gjoseph@josephnyc.com
sdavies@josephnyc.com

Nicholas Kelley
KOTIN, CRABTREE & STRONG, LLP
One Bowdoin Square
Boston, MA 02114-2925
Tel: (617) 227-7031
Fax: (617) 367-2988
kcs@kcslegal.com

**Attorneys for Stonington Plaintiffs – 04-CV-10411**

Steve Singer
Javier Bleichmar
BERNSTEIN, LITOWITZ, BERGER & GROSSMAN, LLP
1285 Avenue of the Americas
New York NY 10019
Tele: (212) 554-1400
Fax: (212) 554-1444
steven@blbglaw.com
javier@blbglaw.com

Charles P. Kindregan
LOONEY & GROSSMAN LLP
101 Arch Street
Boston, MA 02110
Tel: (617) 951-2800
Fax: (617) 951-2819
ckindregan@lgllp.com

**Attorneys for Defendant Dexia Bank Belgium**

Peter M. Saparoff
Breton T. Leone-Quick
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY & POPEO, PC
One Financial Center
Boston, MA 02111
Tel: (617) 542-6000
Fax: (617) 542-2241
psaparoff@mintz.com
bleone-quick@mintz.com

James B. Weidner
Jeff Butler
Amber C. Wessels
CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, NY 10019-6131
Tel: 212-878-8000
Fax: 212-878-8375
James.Weidner@cliffordchance.com
Jeff.Butler@cliffordchance.com
Amber.Wessels@cliffordchance.com