# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HANS A. QUAAK, ATTILIO PO and KARL LEIBINGER, on behalf of themselves and those similarly situated, | |
| Plaintiffs, | Civil Action No.:  03-11566 (PBS) |
| v. | |
| DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA), | |
| Defendants. | |
| STONINGTON PARTNERS, INC., a Delaware Corporation, STONINGTON CAPITAL APPRECIATION 1994 FUND L.P., a Delaware Partnership and STONINGTON HOLDINGS, L.L.C., a Delaware limited liability company, | |
| Plaintiffs, | Civil Action No.:  04-10411 (PBS) |
| v. | |
| DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA), | |
| Defendants. | |
| GARY B. FILLER and LAWRENCE PERLMAN, Trustees of the TRA Rights Trust, | |
| Plaintiffs, | Civil Action No.:  04-10477 (PBS) |
| v. | |
| DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA), | |
| Defendants. | |

JANET BAKER and JAMES BAKER,
JKBAKER LLC and JMBAKER LLC,

     Plaintiffs,

                                  Civil Action No.:  04-10501 (PBS)

     v.

DEXIA, S.A. and DEXIA BANK BELGIUM
(formerly known as ARTESIA BANKING
CORP., SA),

     Defendants.

## NOTICE OF WITHDRAWAL OF DEXIA BANK BELGIUM'S EMERGENCY MOTION FOR A PROTECTIVE ORDER POSTPONING CERTAIN DEPOSITIONS

PLEASE TAKE NOTICE THAT, in light of Plaintiffs' withdrawal of their Emergency

Motions to Compel Depositions, dated February 24, 2006 (and dated February 27, 2006 in the

Baker action), and given that the parties have agreed to reschedule the depositions previously

scheduled for the week of March 6, Dexia Bank Belgium hereby withdraws its Emergency

Motion for a Protective Order Postponing Certain Depositions, filed on February 24, 2006, in the

above-captioned actions.

Dated:  March 3, 2006              Respectfully submitted,

                              MINTZ LEVIN COHN FERRIS
                              GLOVSKY & POPEO

                              By:   /s/  Breton Leone-Quick
                                    Peter M. Saparoff (BBO#441740)
                                    Breton Leone-Quick (BBO#655571)

                              One Financial Center
                              Boston, MA 02111
                              Tel:    (617) 542-6000
                              Fax:    (617) 542-2241

James B. Weidner
Jeff E. Butler
CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, NY 10019-6131
Tel:    (212) 878-8000
Fax:    (212) 878-8375

*Counsel for Dexia Bank Belgium*

## Certificate of Service

I, Breton Leone-Quick, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on March 3, 2006.

   /s/  Breton Leone-Quick                                    Dated:  March 3, 2006