UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANET BAKER and JAMES BAKER, JKBAKER LLC and JMBAKER LLC, <br><br>Plaintiffs,<br><br>v.<br><br>DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., S.A.)<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No.: 04-10501 (PBS)<br>)<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATE OF THOMAS TEIGE CARROLL**

In accordance with Local Rule 83.5.3(b), I, Thomas Teige Carroll, certify as follows:

1.  I am admitted to practice in the State of New York, and in the Southern and Eastern Districts of New York.

2.  I am a member of the bar in good standing in all of the jurisdictions listed in paragraph 1, above.

3.  No disciplinary proceedings are pending against me as a member of the bar in any jurisdiction.

4.  I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Respectfully submitted,

/s/ Thomas Teige Carroll
Thomas Teige Carroll
CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, NY 10019-6131
Tel:   (212) 878-8000
Fax:   (212) 878-8375

Date: March 20, 2006

*Counsel for Dexia Bank Belgium*

LIT 1512174v.2