UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANET BAKER and JAMES BAKER, JKBAKER LLC and JMBAKER LLC, <br><br>Plaintiffs, <br><br>v. <br><br>DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., S.A.) <br><br>Defendants. | Civil Action No.: 04-10501 (PBS) |

## CERTIFICATE OF KARA MORROW

In accordance with Local Rule 83.5.3(b), I, Kara Morrow, certify as follows:

1. I am admitted to practice in the State of New York, and in the United States District Courts for the Southern District of New York and the Eastern District of New York.

2. I am a member of the bar in good standing in all of the jurisdictions listed in paragraph 1, above.

3. No disciplinary proceedings are pending against me as a member of the bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Date: March 29, 2006

Respectfully submitted,

Kara Morrow
CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, NY 10019-6131
Tel:  (212) 878-8000
Fax:  (212) 878-8375

*Counsel for Dexia Bank Belgium*

NYA 777342.1