UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANET BAKER and JAMES BAKER, JKBAKER LLC and JMBAKER LLC, <br><br>Plaintiffs, <br><br>v. <br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., S.A.) <br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No.: 04-10501 (PBS) |

**MOTION TO ADMIT MARYANA A. KODNER, *PRO HAC VICE***

Pursuant to Local Rule 83.5.3(b), Breton Leone-Quick, Esq., a member of the bar of this Court who has previously filed a notice of appearance in this matter on behalf of defendant Dexia Bank Belgium, respectfully requests that this Court admit Maryana A. Kodner, *pro hac vice*, to practice before this Court in the above-captioned case as co-counsel for Dexia Bank Belgium.

Ms. Kodner is a member of the bar in good standing in every jurisdiction where she is admitted, there are no disciplinary proceedings pending against her as a member of the bar in any jurisdiction, and she is familiar with the Local Rules of this District. See Certificate, filed herewith as Attachment A.

Payment of the $50 admission fee has been sent to the Clerk of the Court.

Dated: April 3, 2006

   /s/ Breton Leone-Quick
Breton Leone-Quick (BBO#655571)
MINTZ LEVIN COHN
FERRIS GLOVSKY & POPEO
One Financial Center
Boston, MA 02111
Tel: (617) 542-6000
Fax: (617) 542-2241

*Counsel for Dexia Bank Belgium*