**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| HANS A. QUAAK, ATTILIO PO and KARL LEIBINGER, on behalf of themselves and those similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>DEXIA S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br><br>    Defendants. | No.: 03-CV-11566 (PBS) |
| STONINGTON PARTNERS, INC., a Delaware Corporation, STONINGTON CAPITAL APPRECIATION 1994 FUND L.P., a Delaware Partnership and STONINGTON HOLDINGS, L.L.C., a Delaware limited liability company,<br><br>    Plaintiffs,<br><br>    v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br><br>    Defendant. | No.: 04-CV-10411 (PBS) |
| GARY B. FILLER and LAWRENCE PERLMAN, Trustees of the TRA Rights Trust,<br><br>    Plaintiffs,<br><br>    v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br><br>    Defendants. | No.: 04-CV-10477 (PBS) |

| | |
|---|---|
| JANET BAKER and JAMES BAKER, JKBAKER LLC and JMBAKER LLC,<br><br>Plaintiffs,<br><br>v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br><br>Defendants. | No.: 04-CV-10501 (PBS) |

**PLAINTIFFS' COUNSEL'S MOTION FOR PROTECTIVE ORDER**

Pursuant to Fed. R. Civ. P. 26(c), Plaintiffs' Counsel and their agent ("Plaintiffs' Counsel")[1] respectfully request that this Court grant them a protective order precluding Dexia Bank Belgium ("Dexia") from taking depositions by oral examination of Plaintiffs' Counsel. Instead, Plaintiffs' Counsel request that this Court enter an Order:

(a) quashing the Notices of Deposition served on Plaintiffs' Counsel as unduly burdensome, cumulative, harassing and duplicative or, in the alternative, limiting Dexia's examination of Plaintiffs' Counsel to depositions by written question;

(b) limiting the scope of any deposition of Plaintiffs' Counsel to the parameters already established in the Court's December 22, 2005 Order; and

(c) limiting Dexia's examination of Class Counsel and its investigator to only one representative, testifying on behalf of all lead counsel for the class plaintiffs.

In support of this motion, Plaintiffs' Counsel submit the accompanying Memorandum of Law and Declaration of Patrick T. Egan.

---

[1] "Plaintiffs' Counsel" as used herein means the following entities and persons: Gregory P. Joseph (deposition noticed for May 30, 2006), Bernstein Litowitz Berger & Grossmann LLP (deposition noticed for May 31, 2006), Boies Schiller & Flexner LLP (deposition noticed for June 1, 2006), Cauley Bowman Carney & Williams PLLC (deposition noticed for June 2, 2006), Berman DeValerio Pease Tabacco Burt & Pucillo (deposition noticed for June 5, 2006), Shalov Stone & Bonner LLP(deposition noticed for June 8, 2006), and James Mintz Group Inc. (deposition noticed for June 7, 2006). Copies of the Notice of Depositions directed at these entities are attaches as Exhibit D to the accompanying Declaration of Patrick T. Egan ("Egan Decl.").

The depositions subject to this motion were noticed for May 30, 2006 through June 8, 2006. Accordingly, Plaintiffs' Counsel respectfully suggest that this Court consider expedited consideration of this motion, in order to entertain this motion prior to the noticed dates.

WHEREFORE, Plaintiffs' Counsel request that this motion be granted in full.

### Certification Under Federal Rule of Civil Procedure 37(a)(2)(b), and Local Rules 7.1(a)(2) and 37.1(b)

Pursuant to Federal Rule of Civil Procedure 37(a)(2)(b), and Local Rules 7.1(a)(2) and 37.1(b), Plaintiffs' Counsel certify that the parties met and conferred regarding the issues addressed by this motion, but were unable to resolve their differences.

### Request for Oral Argument

Pursuant to Local Rule 7.1(d), Plaintiffs' Counsel respectfully request the opportunity to present oral argument in support of the instant motion. Oral argument may assist the Court in the resolution of this motion.

Dated: May 19, 2006

**BERMAN DEVALERIO PEASE**

**TABACCO BURT & PUCILLO**

   /s/ Patrick T. Egan
Glen DeValerio, BBO # 122010
Patrick T. Egan, BBO # 637477
One Liberty Square
Boston, MA 02109
Telephone: (617) 542-8300

**SHALOV STONE & BONNER LLP**
James P. Bonner
Patrick L. Rocco
485 Seventh Avenue, Suite 10000
New York, New York 10018
Telephone: (212) 239-4340

**CAULEY BOWMAN CARNEY & WILLIAMS PLLC**
Allen Carney
11001 Executive Center Drive, Suite 200
Little Rock, Arkansas 72212
Telephone: (501) 312-8500

*Co-lead Counsel to Lead Class*
*Plaintiffs Hans A. Quaak, Karl Leibinger and*
*Attilio Po*

BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP

      /s/ Avi Josefson
Max W. Berger
Steven B. Singer
Avi Josefson
(avi@blbglaw.com)
1285 Avenue of the Americas
New York, NY 10019
Telephone:  (212) 554-1400

LOONEY & GROSSMAN LLP
Richard J. Grahn, BBO #206620
(rgrahn@lgllp.com)
Charles P. Kindregan, BBO #554947
101 Arch Street
Boston, MA 02110
Telephone:  (617) 951-2800

*Counsel to Plaintiffs Stonington Partners, Inc.,
Stonington Capital Appreciation 1994 Fund L.P.
and Stonington Holdings L.L.C.*

**GREGORY P. JOSEPH LAW OFFICES LLC**


      /s/ Susan M. Davies
Gregory P. Joseph, N.Y. Atty Reg. #1645852
Susan M. Davies, N.Y. Atty Reg. #2413508
(sdavies@josephnyc.com)
805 Third Avenue, 31st Floor
New York, NY  10022
Telephone:  (212) 407-1200

**KOTIN, CRABTREE & STRONG**
Amy C. Mainelli, BBO #657201
One Bowdoin Square
Boston, MA 02114
Telephone:  (617) 227-7031

*Counsel to Plaintiffs Gary B. Filler and Lawrence
Perlman, Trustees of the TRA Rights Trust*

5

**PARTRIDGE, ANKNER & HORSTMAN LLP**

　　　/s/ Terrence K. Ankner
Terrence K. Ankner, BBO #552469
(tka@anknerlaw.com)
200 Berkeley Street, 16th Floor
Boston, MA 02116
Telephone:  (617) 859-9999

**BOIES SCHILLER & FLEXNER**
Karen C. Dyer
George R. Coe
225 South Orange Avenue, Suite 905
Orlando, Florida  32801
Telephone:  (407) 425-7118

**REED SMITH LLP**
Alan K. Cotler
Joan A. Yue
2500 One Liberty Place 1650 Market Street
Philadelphia, PA 10103
Telephone:  (215) 851-8100

*Counsel to Plaintiffs Janet Baker, James Baker, JKBaker LLC and JMBbaker LLC.*