# EXHIBIT B

# C L I F F O R D
# C H A N C E

**CLIFFORD CHANCE US LLP**

31 WEST 52ND STREET
NEW YORK NY 10019 6131

TEL +1 212 878 8000
FAX +1 212 878 8375
www.cliffordchance.com

**Jeff E. Butler**

DIRECT TEL 212-878-8205
DIRECT FAX 212-878-8375
jeff.butler@cliffordchance.com

April 5, 2006

VIA FACSIMILE

To:      Counsel on attached list

Re:      *Quaak v. Dexia Bank Belgium*
         *Stonington v. Dexia Bank Belgium*
         *Filler v. Dexia Bank Belgium*
         *Baker v. Dexia Bank Belgium*

Dear Counsel:

We intend to seek deposition testimony from several of the lawyers and other individuals listed in Plaintiffs' interrogatory responses as having been involved in an alleged investigation of Artesia or Dexia, including one or more individuals from each of the following firms:

      Berman DeValerio Pease Tabacco Burt & Pucillo
      Shalov Stone & Bonner LLP
      Cauley Bowman Carney & Williams, PLLC
      James Mintz Group
      Bernstein Litowitz Berger & Grossmann LLP
      Gregory P. Joseph Law Offices LLC
      Boies, Schiller & Flexner LLP

Without prejudice to your right to seek a protective order from the Court, please let me know by April 10, 2006, whether compulsory process will be needed to obtain testimony from individuals in these firms.

Sincerely,

Jeff E. Butler

NYB 1526235.1

**C L I F F O R D**

**C H A N C E**

CLIFFORD CHANCE US LLP

Page 2

April 5, 2006

To:   Patrick T. Egan, Esq.
      Berman Devalerio Pease  Tabacco Burt & Pucillo
      One Liberty Square
      Boston, MA 02109

      Patrick Rocco, Esq.
      Shalov Stone & Bonner
      485 Seventh Avenue, Suite 1000
      New York, NY 10018

      Alan Carney, Esq.
      Cauley Bowman Carney & Williams PLLC
      11001 Executive Center Drive, Suite 200
      P.O. Box 25438
      Little Rock, AR 72212

      Steven B. Singer, Esq.
      Bernstein Litowitz Berger & Grossman LLP
      1285 Avenue of the Americas
      New York, NY 10019

      Susan Davies, Esq.
      Gregory P. Joseph Law Offices LLC
      805 Third Avenue, 31st Floor
      New York, NY 10022

      Karen Dyer, Esq.
      Boies, Schiller & Flexner LLP
      255 South Orange Avenue, Suite 905
      Orlando, FL 32801

      Alan Cotler, Esq.
      Reed Smith
      2500 One Liberty Place
      1650 Market Street
      Philadelphia, PA 19103

      Peter M. Saparoff, Esq.
      Mintz Levin Cohn Ferris Glovsky & Popeo
      One Financial Center
      Boston, MA 02111