# EXHIBIT F

# CLIFFORD
# CHANCE

CLIFFORD CHANCE US LLP

31 WEST 52ND STREET
NEW YORK NY 10019 6131

TEL +1 212 878 8000
FAX +1 212 878 8375
www.cliffordchance.com

Jeff E. Butler

DIRECT TEL 212-878-8205
DIRECT FAX 212-878-8375
jeff.butler@cliffordchance.com

February 28, 2006

VIA FACSIMILE

Patrick T. Egan, Esq.
Berman DeValerio Pease Tabacco Burt & Pucillo
One Liberty Square
Boston, MA 02109

Re:   *Quaak v. Dexia Bank Belgium*
      *Stonington v. Dexia Bank Belgium*
      *Filler v. Dexia Bank Belgium*
      *Baker v. Dexia Bank Belgium*

Dear Pat:

This responds to your letters to me regarding the "Document Review Issues List" produced to Dexia among the "YPR" documents. In our view, this document proves that Plaintiffs did not conduct *any* investigation directed at Artesia or Dexia until sometime in late 2003. This document is therefore highly relevant to our statute of limitations defense, and we do not believe we are under any obligation to return it.

Sincerely,

*/s/ Jeff E. Butler*

Jeff E. Butler

cc:   Patrick Rocco, Esq.
      Steven B. Singer, Esq.
      Karen C. Dyer, Esq.
      Alan Cotler, Esq.
      Susan Davies, Esq.
      Peter M. Saparoff, Esq.

NYB 1522621.1