# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HANS A. QUAAK, ATTILIO PO and KARL LEIBINGER, on behalf of themselves and those similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br><br>    Defendants. | No.:  03-CV-11566 (PBS) |
| STONINGTON PARTNERS, INC., a Delaware Corporation, STONINGTON CAPITAL APPRECIATION 1994 FUND L.P., a Delaware Partnership and STONINGTON HOLDINGS, L.L.C., a Delaware limited liability company,<br><br>    Plaintiffs,<br><br>    v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br><br>    Defendants. | No.:  04-CV-10411 (PBS) |
| GARY B. FILLER and LAWRENCE PERLMAN, Trustees of the TRA Rights Trust,<br><br>    Plaintiffs,<br><br>    v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br><br>    Defendants. | No.:  04-CV-10477 (PBS) |

JANET BAKER and JAMES BAKER, JKBAKER
LLC and JMBAKER LLC,

        Plaintiffs,

        v.

DEXIA, S.A. and DEXIA BANK BELGIUM
(formerly known as ARTESIA BANKING
CORP., SA),

        Defendants.

No.:  04-CV-10501 (PBS)

## PLAINTIFFS' UNOPPOSED MOTION
## FOR LEAVE TO FILE MOTION PAPERS UNDER SEAL

Class Plaintiffs together with plaintiffs Stonington Partners, Inc., Stonington

Capital Appreciation 1994 Fund L.P. and Stonington Holdings, L.L.C., Gary B. Filler and

Lawrence Perlman, Trustees of the TRA Rights Trust, and Janet Baker, James Baker,

JKBaker LLC and JMBaker LLC (collectively the "Plaintiffs") hereby move, pursuant to

Massachusetts Local Rule 7.2, for orders authorizing the filing under seal, in each of the

above-captioned actions, of Exhibits G – O of the Declaration of Patrick T. Egan In

Support Of Plaintiffs' Counsel's Motion For Protective Order ("Egan Declaration").

In support of this unopposed motion, Plaintiffs state as follows.

1.      On May 31, 2005, the Court entered an Order Governing the Treatment of

Confidential Information in each of the above-captioned actions (the "Confidentiality

Order").  A true and correct copy of the Confidentiality Order is annexed as **Exhibit A** to

this Motion.  Under the terms of the Confidentiality Order, discovery materials that the

producing party has designated as "Confidential Information" must be filed with the

Court under seal.  *See id.* at ¶10.

2.      On May 19, 2006, Plaintiffs filed Plaintiffs' Counsel's Motion For

Protective Order.  In support of that motion, Plaintiffs also filed the Egan Declaration,

which includes as Exhibits G-O, copies of Plaintiffs' objections and responses to

Interrogatories propounded by Dexia.  These exhibits have not been filed with the Court

because they concern Plaintiffs' counsels' investigations of potential claims against

Dexia and have been designated confidential by Plaintiffs under the May 31, 2005

Protective Order.

WHEREFORE, Plaintiffs respectfully request that this Court enter an order

authorizing the filing under seal of Exhibits G-O of the Declaration of Patrick T. Egan.

### Certification Under Fed. R. Civ. P. 37(a)(2)(b), and Local Rules 7.1(a)(2) and 37.1(b)

Pursuant to Local Rules 7.1(a)(2), undersigned counsel hereby certify that counsel

for Dexia does not oppose the instant motion.

Dated:    May 19, 2006

Respectfully submitted,

BERMAN DEVALERIO PEASE
    TABACCO BURT & PUCILLO
       /s/ Patrick T. Egan
Glen DeValerio, BBO # 122010
(gdevalerio@bermanesq.com)
Jeffrey C. Block, BBO #600747
Patrick T. Egan, BBO # 637477
Nicole R. Starr, BBO #654848
One Liberty Square
Boston, MA 02109
Telephone:  (617) 542-8300

SHALOV STONE & BONNER LLP
Lee S. Shalov
James P. Bonner
Patrick L. Rocco
485 Seventh Avenue, Suite 10000
New York, New York 10018
Telephone:  (212) 239-4340

CAULEY BOWMAN CARNEY & WILLIAMS PLLC
Allen Carney
11001 Executive Center Drive, Suite 200
P.O. Box 25438
Little Rock, Arkansas 722125438
Telephone:  (501) 312-8500

**CO-LEAD COUNSEL TO LEAD CLASS
PLAINTIFFS HANS A. QUAAK, ATTILIO PO
and KARL LEIBINGER**

4

BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP

_____/s/ Avi Josefson_____
Max W. Berger
Steven B. Singer
Avi Josefson
(avi@blbglaw.com)
1285 Avenue of the Americas
New York, NY 10019
Telephone:  (212) 554-1400


LOONEY & GROSSMAN LLP
Richard J. Grahn, BBO #206620
(rgrahn@lgllp.com)
Charles P. Kindregan, BBO #554947
101 Arch Street
Boston, MA 02110
Telephone:  (617) 951-2800

**COUNSEL TO PLAINTIFFS STONINGTON
PARTNERS, INC., STONINGTON CAPITAL
APPRECIATION 1994 FUND L.P. AND
STONINGTON HOLDINGS L.L.C.**


GREGORY P. JOSEPH LAW OFFICES LLC
_____/s/ Susan M. Davies_____
Gregory P. Joseph, N.Y. Atty Reg. #1645852
Susan M. Davies, N.Y. Atty Reg. #2413508
(sdavies@josephnyc.com)
Third Avenue, 31st Floor
New York, NY  10022
Telephone:  (212) 407-1200

KOTIN, CRABTREE & STRONG
Amy C. Mainelli, BBO #657201
One Bowdoin Square
Boston, MA 02114
Telephone:  (617) 227-7031

**COUNSEL TO PLAINTIFFS GARY B. FILLER and
LAWRENCE PERLMAN, Trustees of the
TRA Rights Trust**

PARTRIDGE, ANKNER & HORSTMAN LLP

_____/s/ Terrence K. Ankner_____

Terrence K. Ankner, BBO #552469
(tka@anknerlaw.com)
200 Berkeley Street, 16th Floor
Boston, MA 02116
Telephone:  (617) 859-9999

BOIES SCHILLER & FLEXNER
Karen C. Dyer
George R. Coe
225 South Orange Avenue, Suite 905
Orlando, Florida  32801
Telephone:  (407) 425-7118

REED SMITH LLP
Alan K. Cotler
Joan A. Yue
2500 One Liberty Place 1650 Market Street
Philadelphia, PA 10103
Telephone:  (215) 851-8100

**COUNSEL TO PLAINTIFFS JANET BAKER,
JAMES BAKER, JKBAKER LLC and
JMBAKER LLC,**