# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HANS A. QUAAK, ATTILIO PO and KARL LEIBINGER, on behalf of themselves and those similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br><br>    Defendant. | No.: 03-CV-11566 (PBS) |
| STONINGTON PARTNERS, INC., a Delaware Corporation, STONINGTON CAPITAL APPRECIATION 1994 FUND L.P., a Delaware Partnership and STONINGTON HOLDINGS, L.L.C., a Delaware limited liability company,<br><br>    Plaintiffs,<br><br>    v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br><br>    Defendants. | No.: 04-CV-10411 (PBS) |
| GARY B. FILLER and LAWRENCE PERLMAN, Trustees of the TRA Rights Trust,<br><br>    Plaintiffs,<br><br>    v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br><br>    Defendants. | No.: 04-CV-10477 (PBS) |

| | |
|---|---|
| JANET BAKER and JAMES BAKER, JKBAKER LLC and JMBAKER LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br><br>    Defendants. | No.: 04-CV-10501 (PBS) |

CERTIFICATE OF SERVICE

I, Sandra F. Melloul hereby certify that the following documents:

1. Plaintiffs' Counsel's Motion For Protective Order;

2. Memorandum Of Law In Support Of Plaintiffs' Counsel's Motion For Protective Order;

3. Plaintiffs' Unopposed Motion For Leave To File Motion Papers Under Seal; and

4. Declaration Of Patrick T. Egan In Support Of Plaintiffs' Counsel's Motion For Protective Order.

filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF). Paper copies of the above-references documents (including Exhibits G-O of the Declaration of Patrick T. Egan, which were not electronically filed, but are subject to the above-referenced motion for leave to file under seal), will be sent via federal express to:

James B. Weidner  
Jeff E. Butler  
Clifford Chance US LLP  
31 West 52nd Street  
New York, NY 10019-6131

Peter M. Saparoff  
Mintz, Levin, Cohn, Ferris, Glovsky & Popeo  
One Financial Center  
Boston, MA 02111

Dated: May 19, 2006

/s/ Sandra F. Melloul  
    Sandra F. Melloul