EXHIBIT G

# Excerpts From The March 16, 2006 Deposition of Claude Piret

8     Q.   But insofar as you were aware of the credit

9  files at the time were you aware apart from LIC and

10  Radial whether the Bank had ever entered into a CDS

11  transaction with a private individual?

12     A.   No.

135

13      Q.    Withdrawn.  Have you seen a Credit Default

14   Swop agreement before, not this one in particular but a

15   Credit Default Swop?

16      A.    A real one?

17      Q.    A real one?

18      A.    No.

19      Q.    So you don't know whether this is a real one

20   or not; is that right?

21      A.    Yes.