UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HANS A. QUAAK, ATTILIO PO and KARL LEIBINGER, on behalf of themselves and those similarly situated,<br>　　Plaintiffs,<br>v.<br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br>　　Defendants. | No.: 03-CV-11566 (PBS) |
| STONINGTON PARTNERS, INC., a Delaware Corporation, STONINGTON CAPITAL APPRECIATION 1994 FUND L.P., a Delaware Partnership and STONINGTON HOLDINGS, L.L.C., a Delaware limited liability company,<br>　　Plaintiffs,<br>v.<br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br>　　Defendants. | No.: 04-CV-10411 (PBS) |
| GARY B. FILLER and LAWRENCE PERLMAN, Trustees of the TRA Rights Trust,<br>　　Plaintiffs,<br>v.<br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br>　　Defendants. | No.: 04-CV-10477 (PBS) |
| JANET BAKER and JAMES BAKER, JKBAKER LLC and JMBAKER LLC,<br>　　Plaintiffs,<br>v.<br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br>　　Defendants. | No.: 04-CV-10501 (PBS) |

**PLAINTIFFS' MOTION FOR AN ORDER COMPELLING DEXIA TO PRODUCE DOCUMENTS THAT IT WITHHELD UNDER IMPROPER CLAIMS OF ATTORNEY-CLIENT PRIVILEGE AND WORK PRODUCT PROTECTION**

Pursuant to Fed. R. Civ. P. 37 and Local Rule 37.1, Plaintiffs in the above-captioned actions hereby move that the Court compel Dexia to produce documents that it withheld or redacted under improper claims of attorney-client privilege and/or work product protection.

In support of this motion, Plaintiffs submit the accompanying memorandum of law and the Declaration of Steven T. Voigt. This motion is filed in *Janet Baker, et. al. v. Dexia, S.A., et. al.*, No.: 04-CV-10501 (PBS). All of the Plaintiffs in the different captions above rely on the Declaration of Steven T. Voigt, but because of the voluminous nature of the filing it has been filed in only *Baker v. Dexia, supra*.

WHEREFORE, Plaintiffs respectfully request that the instant motion be GRANTED in full.

### Certification Under Local Rules 7.1(a)(2) and 37.1

Pursuant to Local Rules 7.1(a)(2) and 37.1, undersigned counsel hereby certify that counsel for Plaintiffs have conferred with counsel for Dexia in a good faith, but unsuccessful, attempt to secure the requested relief without intervention of this Court.

Dated: June 16, 2006                     Respectfully submitted,

**PARTRIDGE, ANKNER & HORSTMANN, LLP**

_____/s/ Terrence K. Ankner_____
Terence K. Ankner, BBO #552469
(tka@anknerlaw.com)
200 Berkeley Street, 16th Floor
Boston, MA 02116
(617) 859-9999

**BOIES, SCHILLER & FLEXNER, LLP**
Karen C. Dyer, Esquire
George R. Coe, Esquire
255 South Orange Avenue, Suite 905
Orlando, FL 32801-3456
(407) 425-7118

**REED SMITH LLP**
Alan L. Cotler, Esquire
Joan A. Yue, Esquire
Steven T. Voigt, Esquire
2500 One Liberty Place

1650 Market Street
Philadelphia, PA 19103
(215) 851-8100

**COUNSEL TO PLAINTIFFS JANET BAKER, JAMES BAKER, JKBAKER LLC and JMBAKER LLC**

**BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO**

_____/s/ Patrick T. Egan_____
Glen DeValerio, BBO # 122010
Patrick T. Egan, BBO # 637477
(pegan@bermanesq.com)
One Liberty Square
Boston, MA 02109
Telephone: (617) 542-8300

**SHALOV STONE & BONNER LLP**
James P. Bonner
Patrick L. Rocco
485 Seventh Avenue, Suite 10000
New York, New York 10018
Telephone: (212) 239-4340

**CAULEY BOWMAN CARNEY & WILLIAMS PLLC**
Allen Carney
11001 Executive Center Drive, Suite 200
Little Rock, Arkansas 72212
Telephone: (501) 312-8500

*Co-lead Counsel to Class Plaintiffs*
*Hans A. Quaak, Karl Leibinger and Attilio Po*

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

/s/ Avi Josefson
Max W. Berger
Steven B. Singer
Avi Josefson
(avi@blbglaw.com)
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 554-1400

**LOONEY & GROSSMAN LLP**
Richard J. Grahn, BBO #206620
Charles P. Kindregan, BBO #554947
101 Arch Street
Boston, MA 02110
Telephone: (617) 951-2800

*Counsel to Plaintiffs Stonington Partners, Inc., Stonington Capital Appreciation 1994 Fund L.P. and Stonington Holdings L.L.C.*

**GREGORY P. JOSEPH LAW OFFICES LLC**

/s/ Susan M. Davies
Gregory P. Joseph, N.Y. Atty Reg. #1645852
Susan M. Davies, N.Y. Atty Reg. #2413508
(sdavies@josephnyc.com)
805 Third Avenue, 31st Floor
New York, NY 10022
Telephone: (212) 407-1200

**KOTIN, CRABTREE & STRONG**
Amy C. Mainelli, BBO #657201
One Bowdoin Square
Boston, MA 02114
Telephone: (617) 227-7031

*Counsel to Plaintiffs Gary B. Filler and Lawrence Perlman, Trustees of the TRA Rrights Trust*