# EXHIBIT E

## AFFIDAVITS AND STATEMENTS OF FACT WITNESSES

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied to | Description | Dexia's Reason for Privilege | Privilege Log Page Number |
|---|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV000488 | DEXPRIV000499 | English | Court submission | 4/7/2001 | J. Verbist | | | Draft Declaration | WP | 33 |
| DEXPRIV002665 | DEXPRIV002665 | Dutch | Statement | 4/10/2003 | Ex-Artesia (Groupe Dexia) | | | Statement transmitting information upon which legal advice is to be based re loan settlement | AC, WP | 147 |
| DEXPRIV002668 | DEXPRIV002669 | Dutch | Statement | 4/9/2003 | Dexia Bank B.V. | | | Statement transmitting information upon which legal advice is to be based re loan settlement | AC, WP | 147 |
| DEXPRIV002670 | DEXPRIV002671 | Dutch | Statement | 4/9/2003 | Dexia Bank B.V. | | | Statement transmitting information upon which legal advice is to be based re loan settlement | AC, WP | 147 |
| DEXPRIV005323 | DEXPRIV005334 | English | Court submission | 4/7/2001 | J. Verbist | | | Draft Declaration | WP | 265 |
| DEXPRIV005340 | DEXPRIV005350 | English | Court submission | 4/5/2001 | J. Verbist | | | Draft Declaration | AC, WP | 266 |
| DEXPRIV005352 | DEXPRIV005360 | English | Court submission | 4/5/2001 | J. Verbist | | | Draft Declaration | AC, WP | 266 |
| DEXPRIV005422 | DEXPRIV005423 | Dutch | Court Submission | 11/21/2000 | Swier & van der Weijden, Bailiffs | | | Draft affidavit | AC, WP | 276 |
| DEXPRIV005424 | DEXPRIV005427 | Dutch | Court Submission | 11/21/2000 | Swier & van der Weijden, bailiffs | | | Draft affidavit, with instructions | AC, WP | 276 |
| DEXPRIV005556 | DEXPRIV005556 | French | Statement | 6/10/2002 | Dexia | | | Account statement historic overview with marginalia reflecting the mental impressions of an attorney. | AC, WP | 282 |
| DEXPRIV005711 | DEXPRIV005712 | Dutch | Court Submission | 11/21/2000 | Swier & van der Weijden, Bailiffs | | | Draft affidavit | AC, WP | 290 |
| DEXPRIV005713 | DEXPRIV005716 | Dutch | Court Submission | 11/21/2000 | Swier & van der Weijden, bailiffs | | | Draft affidavit with instructions | AC, WP | 290 |
| DEXPRIV006313 | DEXPRIV006320 | English | Court Submission | 11/6/2002 | F. Saverys | | | Draft affidavit. | AC, WP | 301 |
| DEXPRIV006321 | DEXPRIV006325 | English | Court Submission | | K. van Riet | | | Draft affidavit, dated 2002. | AC, WP | 302 |
| DEXPRIV009510 | DEXPRIV009515 | English | Court Submission | | | | | Draft affidavit | AC, WP | 454 |
| DEXPRIV009544 | DEXPRIV009550 | English | Court Submission | 10/21/2002 | | | | Draft affidavit | WP | 456 |
| DEXPRIV009551 | DEXPRIV009551 | English | Court Submission | 10/21/2002 | | | | Draft affidavit | WP | 456 |
| DEXPRIV009575 | DEXPRIV009583 | English | Court | | | | | Draft affidavit | WP | 456 |

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied to | Description | Dexia's Reason for Privilege | Privilege Log Page Number |
|---|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV009586 | DEXPRIV009592 | English | Court Submission | | | | | Draft affidavit | WP | 456 |
| DEXPRIV009594 | DEXPRIV009602 | English | Court Submission | | | | | Draft affidavit | WP | 456 |
| DEXPRIV009604 | DEXPRIV009612 | English | Affidavit | | | | | Draft affidavit | WP | 456 |
| DEXPRIV009544 | DEXPRIV009550 | English | Court Submission | 10/21/2002 | | | | Draft affidavit | WP | 456 |
| DEXPRIV009551 | DEXPRIV009551 | English | Court Submission | 10/21/2002 | | | | Draft affidavit | WP | 456 |
| DEXPRIV009575 | DEXPRIV009583 | English | Court Submission | | | | | Draft affidavit | WP | 456 |
| DEXPRIV009586 | DEXPRIV009592 | English | Court Submission | | | | | Draft affidavit | WP | 456 |
| DEXPRIV009594 | DEXPRIV009602 | English | Court Submission | | | | | Draft affidavit | WP | 456 |
| DEXPRIV009604 | DEXPRIV009612 | English | Affidavit | | | | | Draft affidavit | WP | 456 |
| DEXPRIV009684 | DEXPRIV009691 | English | Court submission | | | | | Draft affidavit | WP | 463 |
| DEXPRIV009684 | DEXPRIV009691 | English | Court submission | | | | | Draft affidavit | WP | 463 |
| DEXPRIV009706 | DEXPRIV009707 | English | Court submission | | | | | Draft affidavit, with marginalia reflecting the mental impressions of an attorney re same | WP | 464 |

- 2 -