# Exhibit F

## Deposition Transcripts and Communications with Court Officials

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied to | Description | Dexia's Reason for Privilege | Privilege Log Page Number |
|---|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV001861 | DEXPRIV001872 | French | Report | | Belgian Banking Commission | | | Report dated "March 1997" by authorities re stock market listing. | AC, WP | 76 |
| DEXPRIV001958 | DEXPRIV001958 | Dutch | Court submission | | | | | Transcript of court deposition, with marginalia reflecting the mental impressions of an attorney re loan settlement | AC, WP | 79 |
| DEXPRIV001959 | DEXPRIV001959 | Dutch | Court submission | | | | | Transcript of court deposition, with marginalia reflecting the mental impressions of an attorney re loan settlement | AC, WP | 79 |
| DEXPRIV001978 | DEXPRIV001979 | Dutch | Letter | 11/20/2000 11/29/2000 | J. Verbist | B. van Kerckhoven | | Letter to bailiff instructing to begin procedure for exercising collateral | AC, WP | 79 |
| DEXPRIV002801 | DEXPRIV002801 | Dutch | Letter | 12/15/2000 | Land Register | H. Jespers | | Letter providing information requested by an attorney for the purpose of basing legal advice upon, with marginalia, re loan settlement. | AC, WP | 152 |
| DEXPRIV002806 | DEXPRIV002806 | Dutch | Letter | 1/25/2001 | J. van Niel Schuuren | Tax Registrar | | Letter requesting information for the purpose of basing legal advice upon, with marginalia, re loan settlement. | AC, WP | 152 |
| DEXPRIV002807 | DEXPRIV002808 | Dutch | Excerpt | | Land Register | | | Undated handwritten excerpt of Land Register providing information requested by an attorney for the purpose of basing legal advice upon, re loan settlement. | AC, WP | 152 |
| DEXPRIV002811 | DEXPRIV002811 | Dutch | Letter | 1/25/2001 | J. van Niel Schuuren | Tax Registrar | | Letter requesting information for the purpose of basing legal advice upon, with marginalia, re loan settlement. | AC, WP | 152 |
| DEXPRIV002812 | DEXPRIV002812 | Dutch | Excerpt | 1/25/2001 | Land Register | | | Handwritten excerpt of Land Register providing information requested by an attorney for the purpose of basing legal advice upon, re loan settlement. | AC, WP | 153 |
| DEXPRIV002813 | DEXPRIV002813 | Dutch | Excerpt | 1/30/2001 | Land Register | | | Overview of land register providing legal advice re loan settlement. | AC, WP | 153 |
| DEXPRIV002814 | DEXPRIV002815 | Dutch | Excerpt | 2/5/2001 | Mortgage Registry | | | Excerpt of Mortgage Register requested by an attorney for th epurpose of basin legal advice upon, re advice re loan settlement | AC, WP | 153 |
| DEXPRIV002816 | DEXPRIV002816 | Dutch | Form | 2/5/2001 | J. van Niel Schuuren | Mortgage Registry | | Request for legal advice re loan settlement | AC, WP | 153 |

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied to | Description | Dexia's Reason for Privilege | Privilege Log Page Number |
|---|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV002817 | DEXPRIV002817 | Dutch | Form | 4/8/1995 | P. Vandenberghe, notary in transaction between N. Willaert and KBC | Mortgage Registry | | Request for registration for the purpose of basing legal advice upon, re loan settlement. | AC, WP | 153 |
| DEXPRIV002818 | DEXPRIV002819 | Dutch | Form | 6/21/2000 | I. Viaene, notary in transaction between N. Willaert and KBC | Mortgage Registry | | Request for registration for the purpose of basing legal advice upon, re loan settlement. | AC, WP | 153 |
| DEXPRIV002821 | DEXPRIV002821 | Dutch | Letter | 2/6/2001 | Land Register | J. de Witte | | Letter providing information requested by an attorney for the purpose of basing legal advice upon, re loan settlement. | AC, WP | 153 |
| DEXPRIV002825 | DEXPRIV002825 | Dutch | Excerpt | 11/24/2000 | Land Register | | | Handwritten excerpt of Land Register providing information requested by an attorney for the purpose of basing legal advice upon, re loan settlement. | AC, WP | 153 |
| DEXPRIV002829 | DEXPRIV002829 | Dutch | Fax | 1/30/2001 | J. de Witte 2. Land Register | Tax Registrar | | Letter requesting information with response added in handwriting, re loan settlement. | AC, WP | 154 |
| DEXPRIV002832 | DEXPRIV002832 | Dutch | Letter | 1/25/2001 | J. van Niel Schuuren | Tax Registrar | | Letter requesting information requested by an attorney for the purpose of basing legal advice upon, re loan settlement. | AC, WP | 154 |
| DEXPRIV002833 | DEXPRIV002837 | Dutch | Excerpt | 1/25/2001 | Land Register | | | Handwritten excerpt of Land Register providing information requested by an attorney for the purpose of basing legal advice upon, re loan settlement. | AC, WP | 154 |
| DEXPRIV002837 | DEXPRIV002837 | Dutch | Excerpt | 1/17/2001 | H. Jespers | Mortgage Registry | | Letter requesting information at the request of counsel to base legal advice upon re loan settlement | AC, WP | 154 |
| DEXPRIV002838 | DEXPRIV002839 | Dutch | Excerpt | | | | | Excerpt of Mortgage Register, without date | AC, WP | 154 |
| DEXPRIV002842 | DEXPRIV002842 | Dutch | Letter | 1/10/2001 | I.H. Jespers | Tax Registrar | | Letter requesting information with response added in handwriting, re loan settlement. | AC, WP | 154 |
| DEXPRIV002883 | DEXPRIV002883 | French | Email | | J. van Hees | F. Jauneau, bailiff | | Undated email requesting legal advice re loan settlement | AC, WP | 156 |
| DEXPRIV002885 | DEXPRIV002885 | French | Letter | 11/21/2000 | F. Jauneau, bailiff | J. van Hees | | Letter providing legal advice re loan settlement | AC, WP | 156 |
| DEXPRIV002886 | DEXPRIV002886 | French | Fax | | Land Register | | | Undated fax providing information re loan settlement. | AC, WP | 156 |
| DEXPRIV002899 | DEXPRIV002899 | Dutch | Letter | 5/14/2001 | R. Vandenhende, bailiff | J. Verbist | | Letter transmitting writ of seizure and notices of service at the request of counsel re loan settlement | AC, WP | 157 |
| DEXPRIV002957 | DEXPRIV002957 | Dutch | File | | B. van Kerckhoven, bailiff | | | Undated file index card with information to base legal advice upon re loan settlement | WP | 157 |

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied to | Description | Dexia's Reason for Privilege | Privilege Log Page Number |
|---|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV004232 | DEXPRIV004233 | Dutch | Memo | 11/17/2000 | Juridische Dienst Corporate | K. van Riet | | Memorandum providing legal advice re subordinated loan. | AC, WP | 219 |
| DEXPRIV005566 | DEXPRIV005569 | English | Transcript | 3/13/2001 | | | | Transcript of deposition, with marginalia reflecting the mental impressions of an attorney, re criminal investigation | AC, WP | 283 |
| DEXPRIV006295 | DEXPRIV006305 | English | Court Submission | | | | | Summons with marginalia reflecting the mental impressions of an attorney re loan settlement | AC, WP | 301 |

- 3 -