# Exhibit K

## CHART OF INDIVIDUALS IN DEXIA'S PRIVILEGE LOGS WHO ARE NOT IDENTIFIED IN DEXIA'S DISCLOSURES AND RESPONSES TO INTERROGATORIES OR OTHERWISE RECOGNIZEABLE BY PLAINTIFFS' COUNSEL

|  | Attorney Yes / No | If not Dexia Employee, Company Affiliation and Relationship to Dexia |
|---|---|---|
| B. Asscherix | | |
| F. Azoulay | | |
| B. Baldwin | | |
| S. Barfi | | |
| L. Barrett | | |
| I. Bastin | | |
| B. Beau | | |
| J. Bekaert | | |
| D. Bennaroch | | |
| R. Beyens | | |
| A. Bidoul | | |
| Biemond | | |
| B. Biesemans | | |
| E. Billen | | |
| B. Bisson | | |
| J. Blomkwist | | |
| M. Blommaert | | |

- 2 -

|  | **Attorney** **Yes / No** | **If not Dexia Employee, Company Affiliation and Relationship to Dexia** |
|---|---|---|
| J. Blumberg |  |  |
| T. Bockelandt |  |  |
| R. Boublil |  |  |
| M. Boudewijns |  |  |
| J. Bouquet |  |  |
| M. Breesch |  |  |
| R. Buehler |  |  |
| J. Capiaux |  |  |
| M. Cerliez |  |  |
| D. Chan |  |  |
| B. Cheo |  |  |
| I. Chia |  |  |
| T. Chuan |  |  |
| J. Cieters |  |  |
| S. Cimalore |  |  |
| T. Claes |  |  |
| P. Claude |  |  |
| H. Colle |  |  |
| B. Constant |  |  |
| V. Coomaraswamy |  |  |

- 3 -

|  | **Attorney** **Yes / No** |  | **If not Dexia Employee, Company Affiliation and Relationship to Dexia** |
|---|---|---|---|
| R. Coppens |  |  |  |
| A. Coussee |  |  |  |
| J. Croock |  |  |  |
| M. Curran |  |  |  |
| P. Daems |  |  |  |
| D. Dams |  |  |  |
| F. Daneels |  |  |  |
| A. Darc |  |  |  |
| J. Davignon |  |  |  |
| M. Debaveye |  |  |  |
| D. de Bleser |  |  |  |
| M. Decamps |  |  |  |
| L. de Foer |  |  |  |
| A. de Leon |  |  |  |
| K. Delerue |  |  |  |
| F. Deleurere |  |  |  |
| S. de Loecker |  |  |  |
| F. Delplace |  |  |  |
| C. Delvaux |  |  |  |
| C. de Marnix |  |  |  |

|  | Attorney<br><br>Yes / No | If not Dexia Employee, Company Affiliation and Relationship to Dexia |
|---|---|---|
| N. de Mulder |  |  |
| G. De Pestel |  |  |
| F. de Potter |  |  |
| J. de Ras |  |  |
| J. Derijck |  |  |
| A. de Roeck |  |  |
| J. Deroo |  |  |
| B. de Saedeleer |  |  |
| K. de Schepper |  |  |
| Despins |  |  |
| I. de Temmerman |  |  |
| J. de Vis |  |  |
| F. de Vlieger |  |  |
| S. Devos |  |  |
| H. Deweirdt |  |  |
| E. de Wever |  |  |
| B. d'Hoore |  |  |
| K. Diederich |  |  |
| G. Dielissen |  |  |
| C. Dillen |  |  |

- 5 -

|  | Attorney<br><br>Yes / No | If not Dexia Employee, Company Affiliation and Relationship to Dexia |
|---|---|---|
| P. D'Outreppe |  |  |
| J. Duplat |  |  |
| E. Ellinger |  |  |
| Eulemine |  |  |
| R. Eykens |  |  |
| D. Eylenbosch |  |  |
| T. Fiers |  |  |
| H. Fledderus |  |  |
| S. Formica |  |  |
| B. Foster |  |  |
| J. Frattini |  |  |
| S. Frei |  |  |
| M. Funck |  |  |
| J. Gallagher |  |  |
| G. Ganey |  |  |
| B. Gavage |  |  |
| J. Geeroms |  |  |
| C. Gentinne |  |  |
| C. Geys |  |  |
| C. Goicoechea |  |  |

|  | Attorney<br><br>Yes / No | If not Dexia Employee, Company Affiliation and Relationship to Dexia |
|---|---|---|
| D. Golden |  |  |
| A. Goossens |  |  |
| R. Haas |  |  |
| W. Haeck |  |  |
| A. Haelman |  |  |
| S. Haliburton |  |  |
| D. Hart |  |  |
| K. Herbots |  |  |
| Y. Herikx |  |  |
| C. Heylen |  |  |
| S. Heyvaert |  |  |
| C. Ho |  |  |
| J. W. Hoevers |  |  |
| T. Hoffman |  |  |
| P. Holla |  |  |
| S. Hulpiau |  |  |
| E. Huyghe |  |  |
| H. Huylebroaeck |  |  |
| M. Jacquemin |  |  |
| S. Janaway |  |  |

Case 1:04-cv-10501-PBS    Document 115-14    Filed 06/16/2006    Page 7 of 14

| | Attorney Yes / No | If not Dexia Employee, Company Affiliation and Relationship to Dexia |
|---|---|---|
| F. Jauneau | | |
| C. Jennes | | |
| H. Jespers | | |
| P. Jeyaretnam | | |
| L. Jones | | |
| Joris | | |
| M. Kaiser | | |
| M. Kalff | | |
| R. Keong | | |
| I. Keuller | | |
| C. Keutgen | | |
| P. Kinsch | | |
| F. Kremer | | |
| M. Kunnen | | |
| H. Laenens | | |
| H. Lamb | | |
| J. Lametz | | |
| A. Landis | | |
| L. Lanoye | | |
| H. Lasat | | |

- 7 -

- 8 -

|  | **Attorney** <br><br> **Yes / No** | **If not Dexia Employee, Company Affiliation and Relationship to Dexia** |
|---|---|---|
| D. Leclercq |  |  |
| R. Leder |  |  |
| C. Lefrancq |  |  |
| B. Lejeune |  |  |
| N. Le Masurier |  |  |
| D. Leys |  |  |
| H. Liemen |  |  |
| W. Lievens |  |  |
| M. Loesch |  |  |
| S. Loosveld |  |  |
| B. Louvigny |  |  |
| A. Louwrier |  |  |
| I. Luypaert |  |  |
| K. Macours |  |  |
| K. Maes |  |  |
| K. Makowski |  |  |
| P. Marnef |  |  |
| E. Matthews |  |  |
| M. Meert |  |  |
| P. Mendez |  |  |

- 9 -

|  | Attorney<br>Yes / No | If not Dexia Employee, Company Affiliation and Relationship to Dexia |
|---|---|---|
| M. Menting |  |  |
| G. Merckx |  |  |
| E. Mertol |  |  |
| L. Mesuere |  |  |
| X. Michel |  |  |
| D. Mintjens |  |  |
| M. Mithoff |  |  |
| B. Morison |  |  |
| M. Moulan |  |  |
| R. Nachtegaele |  |  |
| L. Nees |  |  |
| J. Nelissen Grade |  |  |
| R. Olson |  |  |
| E. Ooi |  |  |
| M. Oostens |  |  |
| J. Page |  |  |
| J. Palstra |  |  |
| P. Peeters |  |  |
| U. Pommee |  |  |
| E. Ponnet |  |  |

|  | Attorney<br>Yes / No | If not Dexia Employee, Company Affiliation and Relationship to Dexia |
|---|---|---|
| N. Poppe |  |  |
| L. Powell |  |  |
| C. Preaux |  |  |
| S. Prins |  |  |
| G. Quaghebeur |  |  |
| Y. Queck |  |  |
| M. Querton |  |  |
| G. Ramaut |  |  |
| A. Ramay |  |  |
| D. Raskin |  |  |
| C. Rivera |  |  |
| M. Robberechts |  |  |
| A. Roberts |  |  |
| J. Rome |  |  |
| A. Rosenblatt |  |  |
| S. Ryelandt |  |  |
| C. Schneider |  |  |
| K. Schodts |  |  |
| F. Segui |  |  |
| C. Selleslagh |  |  |

|  | Attorney<br><br>Yes / No | If not Dexia Employee, Company Affiliation and Relationship to Dexia |
|---|---|---|
| F. Sercu | | |
| C. Serfilippi | | |
| H. Seife | | |
| D. Sioen | | |
| J. Sjocrona | | |
| J. Skrzypczak | | |
| E. Spirmont | | |
| M. Starquit | | |
| L. Stoop | | |
| C. Sunt | | |
| N. Syson | | |
| M. Tanghe | | |
| E. Teunkens | | |
| T. Chuan Thye | | |
| J. Tibaux | | |
| R. Tinari | | |
| E. Tong | | |
| K. Trevethan | | |
| K. Troch | | |
| C. Ulenaers | | |

|  | **Attorney**<br><br>**Yes / No** | **If not Dexia Employee, Company Affiliation and Relationship to Dexia** |
|---|---|---|
| M. van Acker |  |  |
| A. van Belle |  |  |
| K. van Daele |  |  |
| S. Vandecapelle |  |  |
| J. vanden Abeele |  |  |
| S. Vandenbosch |  |  |
| J. Vandensteen |  |  |
| G. van der Eecken |  |  |
| A. van der Vliet |  |  |
| Y. Vandewynckel |  |  |
| D. van Gerven |  |  |
| J. van Hees |  |  |
| L. van Herreweghe |  |  |
| P. van Herwegen |  |  |
| H. van Hille |  |  |
| J. van Holsbeek |  |  |
| M. van Huffelen |  |  |
| D. van Huychem |  |  |
| P. van Huyck |  |  |
| V. van Isterdael |  |  |

|  | Attorney<br>Yes / No | If not Dexia Employee, Company Affiliation and Relationship to Dexia |
|---|---|---|
| J. Vankeerberghen |  |  |
| B. van Kerckhoven |  |  |
| J. van Loock |  |  |
| C. van Lysebeth |  |  |
| H. van Mierlo |  |  |
| J. van Niel Schuuren |  |  |
| N. van Puyvelde |  |  |
| P. van Raemdonck |  |  |
| F. van Steenwinkel |  |  |
| P. Vanwing |  |  |
| F. Vazquez |  |  |
| G. Vekeman |  |  |
| J. Verbist |  |  |
| V. Vercaigne |  |  |
| M. Verfaellie |  |  |
| L. Verlhust |  |  |
| J. Verlinden |  |  |
| P. Vermeiren |  |  |
| C. Vincke |  |  |
| I. Volders |  |  |

|  | **Attorney** <br><br> **Yes / No** | **If not Dexia Employee, Company Affiliation and Relationship to Dexia** |
|---|---|---|
| D. Waebens |  |  |
| C. Waerzeggers |  |  |
| M. Wagemakers |  |  |
| G. Wauters |  |  |
| L. Whiddon |  |  |
| V. Willems |  |  |
| G. Wilmet |  |  |
| R. Wood |  |  |
| J. Wuytack |  |  |
| T. Zink |  |  |