# Exhibit L

## At Most, Only Notes Are Privileged

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied to | Description | Dexia's Reason for Privilege | Privilege Log Page Number |
|---|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV000127 | DEXPRIV000127 | Dutch | Letter | 1/22/2001 | K. van Riet | K. Lemmens | | Draft letter with marginalia reflecting the mental impressions of in-house attorney, re restructuring of L&H financing | AC, WP | 6 |
| DEXPRIV000131 | DEXPRIV000132 | Dutch | Memo | | KBC | | | Draft memorandum dated 2001, with marginalia reflecting the mental impressions of an attorney, re restructuring of L&H Financing | AC, WP | 6 |
| DEXPRIV000222 | DEXPRIV000222 | Dutch | Letter | | | Qualifying clients | | Undated draft letter with marginalia reflecting the mental impressions of an attorney re L&H shareholders' litigation in Belgium. | AC, WP | 11 |
| DEXPRIV000223 | DEXPRIV000223 | French | Letter | | | | | Undated draft letter with marginalia reflecting the mental impressions of an attorney re L&H shareholders' litigation in Belgium. | AC, WP | 11 |
| DEXPRIV000438 | DEXPRIV000440 | English | Minutes | | | | | Minutes of meetings of L&H banking consortium dated 12/4/2000 providing legal advice re Creditors' Committee, loan security, restructuring of L&H financing and Belgian litigation, with marginalia reflecting the mental impressions of an attorney | AC, WP | 30 |
| DEXPRIV000441 | DEXPRIV000442 | English | Minutes | | | | | Minutes of meetings of L&H banking consortium with marginalia providing legal advice re Creditors' Committee, loan security, restructuring of L&H financing and Belgian litigation | AC, WP | 30 |
| DEXPRIV000450 | DEXPRIV000453 | English | Minutes | | | | | Minutes of conference call of L&H banking consortium dated 12/3/2000 providing legal advice re L&H litigation strategy, bankruptcy and restructuring of L&H financing, with marginalia reflecting the mental impressions of an attorney re alleged fraud | AC, WP | 32 |
| DEXPRIV000454 | DEXPRIV000457 | English | Minutes | | | | | Minutes of conference call of L&H banking consortium dated 12/3/2000 providing legal advice re L&H litigation strategy, bankruptcy and restructuring of L&H financing, with marginalia reflecting the mental impressions of an attorney re alleged fraud | AC, WP | 32 |

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied to | Description | Dexia's Reason for Privilege | Privilege Log Page Number |
|---|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV000476 | DEXPRIV000478 | English | Minutes | | | | | Minutes of meeting of L&H banking consortium dated 4/12/2000 providing legal advice re Creditors' Committee, loan settlement, restructuring of L&H financing and Belgian litigation with marginalia reflecting the mental impressions of an attorney | AC, WP | 33 |
| DEXPRIV000612 | DEXPRIV000612 | Dutch | Notes | 9/28/1996 | | | | File memorandum with marginalia reflecting mental impressions of an attorney including request for legal advice re loan settlement. | AC, WP | 41 |
| DEXPRIV000613 | DEXPRIV000613 | Dutch | Notes | 9/28/1996 | | | | File memorandum with marginalia reflecting mental impressions of an attorney including request for legal advice re loan settlement. | AC, WP | 41 |
| DEXPRIV000725 | DEXPRIV000725 | Dutch | Proxy | | | | | Draft proxy with marginalia reflecting request for legal advice re L&H shareholders' meeting. | AC, WP | 42 |
| DEXPRIV000781 | DEXPRIV000783 | Dutch | Letter | | Artesia N.V., Banque Artesia Nederland | P. Hauspie, J. Lernout, N. Willaert | | Draft letter, without date, with handwritten marginalia reflecting the mental impression of an attorney re loan settlement and loan security | WP | 47 |
| DEXPRIV000836 | DEXPRIV000836 | Dutch | Note | | | | | Undated note containing handwritten marginalia providing legal advice re security. | AC, WP | 48 |
| DEXPRIV001006 | DEXPRIV001006 | English, Dutch | Note | | | | | Undated note containing handwritten marginalia reflecting the mental impression of an attorney re pledging agreement | AC | 53 |
| DEXPRIV001817 | DEXPRIV001818 | Dutch | Chart | 6/12/2001 | | | | Undated chart of LHIC investment portfolio drafted at the request of counsel with marginalia reflecting the mental impressions of an attorney | AC, WP | 75 |
| DEXPRIV001880 | DEXPRIV001881 | English | Letter | | Banque Paribas | L&H Speech Products | | Draft letter, without date, with marginalia reflecting the mental impressions of an attorney re stock market listing | AC | 77 |
| DEXPRIV001882 | DEXPRIV001884 | English | Letter | | L&H Speech Products | Banque Paribas (London) | | Draft letter, without date, with marginalia reflecting the mental impressions of an attorney re stock market listing | AC | 77 |
| DEXPRIV001952 | DEXPRIV001953 | English | Chart | 7/30/1997 | De Bandt, van Hecke & Lagae | | | Chart with marginalia reflecting legal advice re stock market listing | AC | 78 |

- 2 -

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied to | Description | Dexia's Reason for Privilege | Privilege Log Page Number |
|---|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV001957 | DEXPRIV001957 | Dutch | Fax | 5/10/2001 | "Johan" | K. van Riet | | Fax transmitting transcript of court deposition, with marginalia reflecting the mental impressions of an attorney, requesting legal advice re loan settlement | AC, WP | 79 |
| DEXPRIV002518 | DEXPRIV002518 | English | Agreement | | | Dictaphone | | Draft page of agreement of 2002 with marginalia reflecting the mental impressions of an attorney re Dictaphone warrants | AC, WP | 135 |
| DEXPRIV002519 | DEXPRIV002519 | English | Agreement | | | Dictaphone | | Draft page of agreement of 2002 with marginalia reflecting the mental impressions of an attorney re Dictaphone warrants | AC, WP | 136 |
| DEXPRIV002520 | DEXPRIV002520 | English | Agreement | | | Dictaphone | | Draft page of agreement of 2002 with marginalia reflecting the mental impressions of an attorney re Dictaphone warrants | AC, WP | 136 |
| DEXPRIV002521 | DEXPRIV002522 | English | Email | 2/26/2002 | M. Mithoff | | | Email from opposing counsel with marginalia reflecting the mental impressions of an attorney re Dictaphone reorganization. | AC, WP | 136 |
| DEXPRIV002527 | DEXPRIV002528 | English | Certificate | 2/18/2002 | Akin Gump Strauss Hauer & Feld | | | Draft Certificate of Incorporation with marginalia reflecting the mental impression of an attorney re Dictaphone | AC, WP | 137 |
| DEXPRIV002530 | DEXPRIV002541 | English | Agreement | 2/18/2002 | Akin Gump Strauss Hauer & Feld | | | Draft Members' Agreement with marginalia reflecting the mental impression of an attorney re Dictaphone | AC, WP | 138 |
| DEXPRIV002542 | DEXPRIV002542 | English | Appendix | | Akin Gump Strauss Hauer & Feld | | | Draft appendix to Members' Agreement with marginalia reflecting the mental impression of an attorney re Dictaphone | AC, WP | 138 |
| DEXPRIV002546 | DEXPRIV002552 | English | Bylaws | 2/18/2002 | Akin Gump Strauss Hauer & Feld | | | Draft by-laws with marginalia reflecting the mental impression of an attorney re Dictaphone | AC, WP | 138 |
| DEXPRIV002556 | DEXPRIV002560 | English | Agreement | 2/18/2002 | Akin Gump Strauss Hauer & Feld | | | Draft agreement with marginalia reflecting the mental impression of an attorney re Dictaphone | AC, WP | 139 |
| DEXPRIV003066 | DEXPRIV003068 | Dutch | Letter | | Artesia Bank NV, Artesia Banque Nederland NV | L&H Investment Company, J. Lernout, P. Hauspie, N. Willaert | | Draft letter with marginalia reflecting the mental impressions of an attorney re loan settlement. | AC, WP | 162 |
| DEXPRIV003069 | DEXPRIV003077 | English | Agreement | | | L&H Investment Company, Artesia Bank NV | | Draft agreement of 2001 with marginalia reflecting the mental impressions of an attorney re loan settlement. | AC, WP | 162 |
| DEXPRIV003080 | DEXPRIV003088 | English | Agreement | | | L&H Investment Company, Artesia Bank NV | | Draft agreement dated 5/2001 with marginalia reflecting the mental impressions of an attorney re loan settlement. | AC, WP | 162 |

- 3 -

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied to | Description | Dexia's Reason for Privilege | Privilege Log Page Number |
|---|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV003096 | DEXPRIV003097 | English | Chart | | | | | Undated chart, with marginalia reflecting the mental impressions of an attorney re loan security. | AC, WP | 162 |
| DEXPRIV003197 | DEXPRIV003197 | | Email | 11/15/2000 | P. Cordomnier | T. Denys | | Email, with marginalia reflecting the mental impressions of an attorney, transmitting legal advice re security interest. | AC, WP | 166 |
| DEXPRIV003624 | DEXPRIV003626 | English | Minutes | | | | | Minutes of meeting of L&H banking consortium dated 1.2.2001 with marginalia reflecting the mental impressions of an attorney, re L&H litigation strategy and restructuring of L&H financing | AC, WP | 180 |
| DEXPRIV003690 | DEXPRIV003704 | English | Agreement | | | KBC Bank NV, Artesia Banking Corporation, L&H SP NV | | Draft shareholders' agreement dated "December 2001", with marginalia reflecting the mental impressions of an attorney re shareholders' agreement | AC, WP | 185 |
| DEXPRIV003690 | DEXPRIV003704 | English | Agreement | | | KBC Bank NV, Artesia Banking Corporation, L&H SP NV | | Draft shareholders' agreement dated "December 2001", with marginalia reflecting the mental impressions of an attorney re shareholders' agreement | AC, WP | 185 |
| DEXPRIV003722 | DEXPRIV003724 | English | Minutes | | | | | Draft minutes of conference call of L&H banking consortium dated 7/25/2001, with marginalia reflecting the mental impression of an attorney, providing legal advice re L&H restructuring, L&H litigation issues | AC, WP | 190 |
| DEXPRIV003726 | DEXPRIV003727 | Dutch | Notes | | | | | Undated notes, with marginalia reflecting the mental impressions of an attorney, re L&H financial evolution and loan security | AC, WP | 190 |
| DEXPRIV003774 | DEXPRIV003779 | English | Memo | 8/2/2001 | T. Zink | The Bank Group | | Memorandum, with marginalia reflecting the mental impressions of an attorney, providing legal advice re bankruptcy and litigation strategy | AC, WP | 197 |
| DEXPRIV003789 | DEXPRIV003792 | English | Memo | 8/8/2001 | Houlihan Lokey Howard & Zukin Capital | | | Memorandum prepared at the request of counsel to base legal advice upon, with marginalia reflecting the mental impressions of an attorney, re Dictaphone restructuring | AC, WP | 199 |
| DEXPRIV003794 | DEXPRIV003795 | English | Memo | | Houlihan Lokey Howard & Zukin Capital | | | Memorandum prepared at the request of counsel to base legal advice upon, with marginalia reflecting the mental impressions of an attorney, re Dictaphone litigation issues. | AC, WP | 200 |
| DEXPRIV003829 | DEXPRIV003830 | Dutch | Chart | | | | | Undated spreadsheet with marginalia reflecting the mental impressions of an attorney re L&H relationship | AC, WP | 202 |

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied to | Description | Dexia's Reason for Privilege | Privilege Log Page Number |
|---|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV004270 | DEXPRIV004271 | Dutch | Memo | 10/31/2000 | K. van Riet | | | Memorandum, with marginalia reflecting the mental impressions of an attorney, re loan collateral | AC, WP | 221 |
| DEXPRIV004272 | DEXPRIV004272 | Dutch | Memo | 10/31/2000 | K. van Riet | | | Memorandum, with marginalia reflecting the mental impressions of an attorney, re loan collateral | AC, WP | 221 |
| DEXPRIV004306 | DEXPRIV004307 | French | Memo | | | U. Pommee | | Memorandum with marginalia reflecting the mental impressions of an attorney providing legal advice re communications | AC, WP | 224 |
| DEXPRIV004318 | DEXPRIV004318 | Dutch | Memo | 10/6/2003 | | | | Note to file, with marginalia reflecting legal advice re litigation proceedings, financial flows | AC, WP | 224 |
| DEXPRIV004404 | DEXPRIV004404 | French | Fax | 7/7/2003 | | B. Lamiroy | | Transmission report with image of first page of fax with marginalia providing information for the purpose of obtaining legal advice re loan security | AC, WP | 229 |
| DEXPRIV004468 | DEXPRIV004473 | Dutch | Memo | 7/15/2003 | S. Ryelandt | | | Memorandum with annexes, with marginalia reflecting the mental impressions of an attorney, providing legal advice re litigation issues | AC, WP | 233 |
| DEXPRIV005389 | DEXPRIV005390 | Dutch | Memo | 12/11/2000 | Global credit risk Contentieux & Legal Corporate | L&H Devaluation Committee | | Fax transmitting memorandum, with marginalia reflecting the mental impressions of an attorney providing legal advice re L&H debt, loan settlement, value of assets. Marginalia also indicate that memorandum was forwarded to C. Decoutere. | AC, WP | 273 |
| DEXPRIV005556 | DEXPRIV005556 | French | Statement | 6/10/2002 | Dexia | | | Account statement historic overview with marginalia reflecting the mental impressions of an attorney. | AC, WP | 282 |
| DEXPRIV005562 | DEXPRIV005562 | Dutch | Chart | | | | | Undated chart, with marginalia reflecting the mental impressions of an attorney, transmitted to attorney for the purpose of obtaining legal advice re loan settlement. | AC, WP | 283 |
| DEXPRIV005563 | DEXPRIV005563 | Dutch | Wire | | | | | Wire order, with marginalia reflecting the mental impressions of an attorney, re loan settlement. | AC, WP | 283 |
| DEXPRIV005566 | DEXPRIV005569 | English | Transcript | 3/13/2001 | | | | Transcript of deposition, with marginalia reflecting the mental impressions of an attorney, re criminal investigation | AC, WP | 283 |
| DEXPRIV005609 | DEXPRIV005611 | Dutch | Chart | | | | | Chart prepared at the request of counsel re L&H relationship, with marginalia reflecting the mental impressions of an attorney re same. | AC, WP | 285 |
| DEXPRIV005612 | DEXPRIV005612 | Dutch | Chart | | | | | Chart prepared at the request of counsel re L&H relationship, with marginalia reflecting the mental impressions of an attorney re same. | AC, WP | 285 |

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied to | Description | Dexia's Reason for Privilege | Privilege Log Page Number |
|---|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV005613 | DEXPRIV005614 | Dutch | Chart | | | | | Chart prepared at the request of counsel re L&H relationship, with marginalia reflecting the mental impressions of an attorney re same. | AC, WP | 285 |
| DEXPRIV005623 | DEXPRIV005630 | Dutch | Chart | | | | | Chart prepared at the request of counsel re L&H relationship, with marginalia reflecting the mental impressions of an attorney re same. | AC, WP | 285 |
| DEXPRIV005644 | DEXPRIV005647 | Dutch | Chart | | | | | Chart prepared at the request of counsel re L&H relationship, with marginalia reflecting the mental impressions of an attorney re same. | AC, WP | 285 |
| DEXPRIV005648 | DEXPRIV005651 | Dutch | Chart | | | | | Chart prepared at the request of counsel re L&H relationship, with marginalia reflecting the mental impressions of an attorney re same. | AC, WP | 285 |
| DEXPRIV005652 | DEXPRIV005654 | Dutch | Chart | | | | | Chart prepared at the request of counsel re L&H relationship, with marginalia reflecting the mental impressions of an attorney re same. | AC, WP | 285 |
| DEXPRIV005656 | DEXPRIV005659 | Dutch | Chart | | | | | Chart prepared at the request of counsel re L&H relationship. | AC, WP | 286 |
| DEXPRIV005674 | DEXPRIV005674 | Dutch | Memo | | | | | Memorandum, with marginalia reflecting the mental impressions of an attorney, providing legal advice re criminal investigation. | AC, WP | 286 |
| DEXPRIV006003 | DEXPRIV006009 | Dutch | Agreement | 12/28/1999 | NV Artesia Bank, SAIL Trust VZW, Flanders Language Valley Campus NV, Flanders Language Valley Education NV | | | Executed agreement with marginalia reflecting the mental impressions of an attorney re loan security. | AC, WP | 295 |
| DEXPRIV006031 | DEXPRIV006031 | French | Press release | 6/25/2003 | Dexia Banque | | | Draft press release with marginalia reflecting the mental impression of an attorney re loan security | AC, WP | 296 |
| DEXPRIV006034 | DEXPRIV006094 | English | Court submission | 8/19/2003 | H. Quaak, A. Po, K. Leibinger | US District Court, District of Massachusetts | | Motion with marginalia reflecting the mental impressions of an attorney re same | AC, WP | 296 |
| DEXPRIV006236 | DEXPRIV006244 | Dutch | Chart | | | | | Inventory of litigation documents, with marginalia reflecting the mental impressions of an attorney, re L&H litigation | WP | 299 |
| DEXPRIV006295 | DEXPRIV006305 | English | Court Submission | | | | | Summons with marginalia reflecting the mental impressions of an attorney re loan settlement | AC, WP | 301 |

- 6 -

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied to | Description | Dexia's Reason for Privilege | Privilege Log Page Number |
|---|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV006351 | DEXPRIV006352 | English | Agreement | 12/22/2000 | Artesia Bank NV, L&H Investment Company | | | Draft agreement, with marginalia reflecting the mental impressions of an attorney, re LHIC investment portfolio. | AC, WP | 302 |
| DEXPRIV006353 | DEXPRIV006358 | English | Agreement | 12/22/2000 | Artesia Bank NV, L&H Investment Company | | | Draft agreement, with marginalia reflecting the mental impressions of an attorney, re LHIC investment portfolio. | AC, WP | 302 |
| DEXPRIV006397 | DEXPRIV006397 | Dutch | Chart | | | | | Undated chart, with marginalia reflecting the mental impressions of an attorney, providing information upon which legal advice is based re devaluations. | AC, WP | 305 |
| DEXPRIV006534 | DEXPRIV006534 | English | Letter | | | | | Draft letter, without date, with marginalia reflecting the mental impressions of an attorney re L&H financing. | AC, WP | 313 |
| DEXPRIV006762 | DEXPRIV006763 | French | Letter | | | BNP Paribas | | Undated draft letter re delivery of shares, transmitted for the purpose of legal advice re same and with marginalia reflecting the mental impressions of an attorney re same. | AC, WP | 328 |
| DEXPRIV007243 | DEXPRIV007244 | Dutch | Chart | | | | | Chart, with marginalia reflecting the mental impressions of an attorney re LDC and L&H bankruptcy | AC, WP | 334 |
| DEXPRIV007520 | DEXPRIV007538 | English | Fax | 7/18/2001 | Houlihan Lokey Howard & Zukin Capital | M. Curran, E. Matthews | | Financial analysis with handwritten marginalia dated "15/07/2001" signed "K. van Rier" reflecting legal advice re Dictaphone financing, and with marginalia reflecting the mental impressions of an attorney re same. | AC, WP | 348 |
| DEXPRIV007539 | DEXPRIV007557 | English | Fax | 7/18/2001 | Houlihan Lokey Howard & Zukin Capital | M. Curran, E. Matthews | | Financial analysis with handwritten marginalia dated "15/07/2001" signed "K. van Rier" reflecting legal advice re Dictaphone financing, and with marginalia reflecting the mental impressions of an attorney re same. | AC, WP | 348 |
| DEXPRIV007570 | DEXPRIV007592 | English | Agreement | | Dictaphone Corporation | | | Draft Promissory Note with marginalia reflecting the mental impressions of an attorney re same | AC, WP | 351 |
| DEXPRIV007593 | DEXPRIV007614 | English | Agreement | | Dictaphone Corporation | | | Draft Promissory Note with marginalia reflecting the mental impressions of an attorney re same | AC, WP | 351 |
| DEXPRIV007615 | DEXPRIV007636 | English | Agreement | | Dictaphone Corporation | | | Draft Promissory Note with marginalia reflecting the mental impressions of an attorney re same | AC, WP | 351 |
| DEXPRIV007637 | DEXPRIV007659 | English | Agreement | | Dictaphone Corporation | | | Draft Promissory Note with marginalia reflecting the mental impressions of an attorney re same | AC, WP | 351 |

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied to | Description | Dexia's Reason for Privilege | Privilege Log Page Number |
|---|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV007717 | DEXPRIV007724 | English | Corporate Documents | 2/20/2002 | | | | Draft bylaws with marginalia reflecting the mental impressions of an attorney re same | AC, WP | 356 |
| DEXPRIV007726 | DEXPRIV007731 | English | Corporate Documents | 2/20/2002 | | | | Draft Certificate of Incorporation, with marginalia reflecting the mental impressions of an attorney re same | AC, WP | 357 |
| DEXPRIV007733 | DEXPRIV007736 | English | Agreement | 2/20/2002 | | | | Draft Members' Agreement, with marginalia reflecting the mental impressions of an attorney re same | AC, WP | 358 |
| DEXPRIV007738 | DEXPRIV007744 | English | Corporate Documents | 2/18/2002 | | | | Draft bylaws with marginalia reflecting the mental impressions of an attorney re same | AC, WP | 358 |
| DEXPRIV007819 | DEXPRIV007841 | English | Agreement | | | | | Draft Promissory Note with marginalia reflecting the mental impressions of an attorney re same | AC, WP | 361 |
| DEXPRIV007842 | DEXPRIV007863 | English | Agreement | | | | | Draft Promissory Note with marginalia reflecting the mental impressions of an attorney re same | AC, WP | 361 |
| DEXPRIV007868 | DEXPRIV007889 | English | Agreement | | | | | Draft Promissory Note with marginalia reflecting the mental impressions of an attorney re same | AC, WP | 361 |
| DEXPRIV007890 | DEXPRIV007913 | English | Agreement | | | | | Draft Promissory Note with marginalia reflecting the mental impressions of an attorney re same | AC, WP | 361 |
| DEXPRIV007978 | DEXPRIV007979 | English | Letter | | C. Dammekens | KBC Bank, Artesia Banking Corporation | J. Duerden, F. Vanderhoydonck, D. Hart, C. Schneider, P. van Raemdonck | Draft letter dated "November __, 2000" is to be sent by L&H, with marginalia reflecting the same mental impressions of an attorney re same | AC, WP | 376 |
| DEXPRIV007980 | DEXPRIV007982 | English | Letter | | | C. Schneider, J. Vankeerberghen, P. van Raemdonck | C. Dammekens, F. Vanderhoydonck, Artesia Banking Corporation, KBC Bank NV | Undated draft letter to be sent by L&H, with marginalia reflecting the mental impressions of an attorney re same | AC, WP | 376 |
| DEXPRIV008036 | DEXPRIV008039 | English | Letter | | | | | Undated letter to LHSP reflecting the mental impressions of an attorney re restructuring of L&H financing, with marginalia reflecting the mental impressions of an attorney re same | AC, WP | 381 |
| DEXPRIV008069 | DEXPRIV008070 | English | Minutes | | | | | Minutes of meeting of L&H banking consortium dated 12/12/2000, with marginalia reflecting the mental impressions of an attorney re same | AC, WP | 382 |
| DEXPRIV008071 | DEXPRIV008072 | English | Minutes | | | | | Minutes of meeting of L&H banking consortium dated 12/4/2000 (8pm) providing legal advice re Belgian and US litigation proceedings, Creditors' Committee, restructuring of L&H financing and Belgian litigation, with marginalia reflecting the mental impressions of an attorney re same | AC, WP | 382 |

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied to | Description | Dexia's Reason for Privilege | Privilege Log Page Number |
|---|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV008073 | DEXPRIV008075 | English | Minutes | | | | | Minutes of meeting of L&H banking consortium dated 12/4/2000 (3pm) providing legal advice re Creditors' Committee, loan security, restructuring of L&H financing and Belgian litigation, with marginalia reflecting the mental impressions of an attorney re same | AC, WP | 382 |
| DEXPRIV008140 | DEXPRIV008140 | Dutch | Email | 12/28/2000 | | P. van Tiggel, G. Vekeman, P. Collignon | | Email, with marginalia reflecting the mental impressions of an attorney re same | AC, WP | 390 |
| DEXPRIV008141 | DEXPRIV008142 | Dutch | Email | 12/28/2000 | | P. van Tiggel, G. Vekeman, P. Collignon | | Email, with marginalia reflecting the mental impressions of an attorney re same | AC, WP | 390 |
| DEXPRIV008278 | DEXPRIV008279 | English | Filing | | | | | Edgar filing with marginalia reflecting the mental impressions of an attorney re jurisdiction | AC, WP | 403 |
| DEXPRIV008373 | DEXPRIV008377 | English | Fax | 11/27/2000 | KBC Bank NV, Artesia Banking Corporation NV | | | Draft letter to be sent to L&H, with marginalia reflecting the mental impressions of an attorney re same | WP | 420 |
| DEXPRIV008378 | DEXPRIV008381 | English | Fax | 11/27/2000 | KBC Bank NV, Artesia Banking Corporation NV | | | Draft letter to be sent to L&H, with marginalia reflecting the mental impressions of an attorney re same | WP | 420 |
| DEXPRIV008382 | DEXPRIV008383 | English | Fax | 11/27/2000 | KBC Bank NV, Artesia Banking Corporation NV | | | Draft letter to be sent to L&H, with marginalia reflecting the mental impressions of an attorney re same | WP | 420 |
| DEXPRIV008447 | DEXPRIV008448 | English | Memorandum | 11/17/2000 | K. Macours | Lenders of LHSP Credit Facility | | Fax providing legal advice re restructuring of L&H financing, pledge, and Korea, with marginalia reflecting the mental impressions of an attorney re same | AC, WP | 425 |
| DEXPRIV008662 | DEXPRIV008662 | English | Email | 3/28/2003 | | | | Chart drafted at the request of an attorney re loan settlement, with marginalia reflecting the mental impressions of an attorney re same | AC, WP | 434 |
| DEXPRIV009348 | DEXPRIV009353 | Dutch | Memorandum | 1/5/2001 | K. Herbots, P. van Tiggel | | | Memorandum with marginalia reflecting the mental impressions of an attorney re ELCS. Incomplete document | AC, WP | 444 |
| DEXPRIV009413 | DEXPRIV009415 | English | Minutes | 4/12/2000 | | | | Draft minutes of meeting of L&H banking consortium providing legal advice re Creditors' Committee, loan security, restructuring of L&H financing and Belgian litigation, with marginalia reflecting the mental impressions of an attorney re same | AC, WP | 448 |

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied to | Description | Dexia's Reason for Privilege | Privilege Log Page Number |
|---|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV009416 | DEXPRIV009417 | English | Minutes | 4/12/2000 | | | | Draft minutes of meeting of L&H banking consortium providing legal advice re bankruptcy and Belgian litigation, with marginalia reflecting the mental impressions of an attorney re same | AC, WP | 448 |
| DEXPRIV009425 | DEXPRIV009428 | English | Minutes | 3/12/2000 | | | | Minutes of conference call of L&H banking consortium providing legal advice re L&H litigation strategy, bankruptcy and restructuring of L&H financing, with marginalia reflecting the mental impression of an attorney re alleged fraud | AC, WP | 449 |
| DEXPRIV009466 | DEXPRIV009467 | Dutch | Minutes | 10/31/2000 | | | | Minutes of meeting of L&H banking consortium, with attachment, re loan security, sale of assets, Korea representation and restructuring of L&H financing, with marginalia reflecting the mental impressions of an attorney re same | AC, WP | 451 |
| DEXPRIV009468 | DEXPRIV009469 | Dutch | Memo | | J. Van Helleputte, P. Vermeiren | | | Minutes of meeting of L&H banking consortium providing legal advice re restructuring of L&H financing, with marginalia reflecting the mental impressions of an attorney re same | AC, WP | 451 |
| DEXPRIV009706 | DEXPRIV009707 | English | Court submission | | | | | Draft affidavit, with marginalia reflecting the mental impressions of an attorney re same | WP | 464 |