## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HANS A. QUAAK, ATTILIO PO and KARL LEIBINGER, on behalf of themselves and those similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br><br>    Defendants. | Civil Action No.  03-11566 (PBS) |

## DEXIA'S MOTION SEEKING LEAVE TO FILE A REPLY MEMORANDUM IN SUPPORT OF ITS MOTION TO DISMISS THE THIRD AMENDED COMPLAINT

Dexia Bank Belgium ("Dexia") respectfully seeks leave to file a reply memorandum in support of its Motion to Dismiss the Third Amended Complaint.  Dexia seeks leave to file this reply, attached hereto as Exhibit A, in order to respond to certain specific points raised by Plaintiffs in their opposition papers that were not addressed in Dexia's opening memorandum.

Dated:  June 14, 2006

                                                Respectfully submitted,

                                                MINTZ LEVIN COHN FERRIS
                                                GLOVSKY & POPEO

                                                By:     /s/  Breton Leone-Quick
                                                     Peter M. Saparoff (BBO#441740)
                                                     Breton Leone-Quick (BBO#655571)

                                              One Financial Center
                                              Boston, MA 02111
                                              Tel:    (617) 542-6000
                                              Fax:   (617) 542-2241

        James B. Weidner
        Jeff E. Butler
        CLIFFORD CHANCE US LLP
        31 West 52nd Street
        New York, NY 10019-6131
        Tel:   (212) 878-8000
        Fax:  (212) 878-8375

        *Counsel for Dexia Bank Belgium*

**Local Rule 7.1(A)(2) Certification**

      Counsel for Dexia hereby certifies that, pursuant to Local Rule 7.1(A)(2), they have conferred in good faith with counsel for Plaintiffs about this motion in an attempt to resolve the issue, but the parties were unable to reach any agreement.

**Certificate of Service**

      I, Breton Leone-Quick, hereby certify that this document, along with its exhibit, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on June 14, 2006.

   /s/ Breton Leone-Quick                           Dated: June 14, 2006