*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV000001 | DEXPRIV000001 | | | | | | | Intentional gap. | |
| DEXPRIV000002 | DEXPRIV000003 | French | Email | 2/20/2001 | B. Lamiroy | J. Lametz | | Email reflecting legal advice re restructuring of L&H financing. | AC, WP |
| | | Dutch | Email | 2/20/2001 | J. Verbist | B. Lamiroy | | Email reflecting legal advice re restructuring of L&H financing. | AC, WP |
| DEXPRIV000004 | DEXPRIV000004 | Dutch | Email | 2/20/2001 | J. Lametz | B. Lamiroy | | Email reflecting legal advice re restructuring of L&H financing. | AC, WP |
| | | Dutch | Email | 2/20/2001 | S. Loosveld | B. Lamiroy | K. van Riet, J. Verbist | Email reflecting legal advice re restructuring of L&H financing. | AC, WP |
| | | English | Email | 2/19/2001 | S. Loosveld | T. Zink, H. Seife | J. Verbist, J. Verlinden | Email reflecting legal advice re restructuring of L&H financing. | AC, WP |
| DEXPRIV000005 | DEXPRIV000005 | Dutch | Email | 2/13/2001 | K. van Riet | C. Piret, F. Saverys, P. van Tiggel, B. Lamiroy | | Email providing legal advice re restructuring of L&H financing. | AC, WP |
| DEXPRIV000006 | DEXPRIV000006 | Dutch | Email | 2/19/2001 | S. Loosveld | B. Lamiroy | K. van Riet, J. Verbist | Email providing legal advice re restructuring of L&H financing. | AC, WP |
| | | English | Email | 2/19/2001 | S. Loosveld | T. Zink, H. Seife | J. Verbist, J. Verlinden | Email reflecting legal advice re restructuring of L&H financing. | AC, WP |
| DEXPRIV000007 | DEXPRIV000008 | Dutch | Email | 2/19/2001 | S. Loosveld | B. Lamiroy | K. van Riet, J. Verbist | Email providing legal advice re restructuring of L&H financing. | AC, WP |
| | | Dutch | Email | 2/19/2001 | B. Lamiroy | J. Verbist, S. Loosveld | | Email reflecting legal advice re restructuring of L&H financing. | AC, WP |
| DEXPRIV000009 | DEXPRIV000009 | Dutch | Email | 2/19/2001 | B. Lamiroy | J. Verbist, S. Loosveld | K. van Riet | Email reflecting legal advice re restructuring of L&H financing. | AC, WP |
| DEXPRIV000010 | DEXPRIV000011 | Dutch | Email | 2/19/2001 | J. Verbist | B. Lamiroy | | Email reflecting legal advice re restructuring of L&H financing. | AC, WP |
| DEXPRIV000012 | DEXPRIV000012 | English | Email | 2/19/2001 | J. Lametz | B. Lamiroy | | Email requesting information for the purpose of obtaining legal advice, with marginalia reflecting mental impressions of an attorney re Creditors' committee. | AC, WP |

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV000012 | DEXPRIV000012 | English | Email | 2/19/2001 | T. Zink | R. Buehler, P. Cordonnier, M. Curran, F. de Potter, D. de Bleser, K. Deluere, K. Diederich, J. Gallagher, C. Geys, W. Haeck, K. Herbots, E. Huyghe, L. Jones, M. Kaiser, H. Liemen, S. Loosveld, K. Macours, E. Matthews, J. Nelissen Grade, C. Schneider, C. Sunt, M. Tanghe, K. van Riet, J. Vankeerberghen, P. van Tiggel, G. Vekeman, J. Verbist, V. Vercaigne, J. Verlinden, R. Wood | H. Seife | Email requesting information for the purpose of obtaining legal advice, with marginalia reflecting mental impressions of an attorney re Creditors' committee. | AC, WP |
| DEXPRIV000013 | DEXPRIV000013 | English | Email | 2/19/2001 | J. Lametz | B. Lamiroy | | Email reflecting legal advice re L&H bankruptcy. | AC, WP |

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| | | English | Email | 2/19/2001 | Vazquez | R. Buehler, P. Cordonnier, M. Curran, F. de Potter, D. de Bleser, K. Deluere, K. Diederich, J. Gallagher, C. Geys, W. Haeck, K. Herbots, E. Huyghe, L. Jones, M. Kaiser, H. Liemen, S. Loosveld, K. Macours, E. Matthews, J. Nelissen Grade, C. Schneider, C. Sunt, M. Tanghe, K. van Riet, J. Vankeerberghen, P. van Tiggel, G. Vekeman, J. Verbist, V. Vercaigne, J. Verlinden, R. Wood | H. Seife, T. Zink | Email reflecting legal advice re L&H bankruptcy. | AC, WP |
| DEXPRIV000017 | | English | Chart | 2/16/2001 | Chadbourne & Park | | | Chart reflecting legal advice re L&H bankruptcy. | AC, WP |
| DEXPRIV000019 | | English | Motion | | | | | Draft motion dated "February 2001" with marginalia re L&H bankruptcy and restructuring of L&H financing. | AC, WP |
| DEXPRIV000020 | DEXPRIV000021 | French | Email | 2/19/2001 | B. Lamiroy | J. Lametz | | Email reflecting legal advice re restructuring of L&H financing. | AC, WP |
| | | French | Email | 2/19/2001 | J. Lametz | B. Lamiroy | | Email reflecting legal advice re restructuring of L&H financing. | AC, WP |

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| | | English | Email | 2/16/2001 | T. Zink | R. Buehler, P. Cordonnier, M. Curran, F. de Potter, D. de Bleser, K. Deluere, K. Diederich, J. Gallagher, C. Geys, W. Haeck, K. Herbots, E. Huyghe, L. Jones, M. Kaiser, H. Liemen, S. Loosveld, K. Macours, E. Matthews, J. Nelissen Grade, C. Schneider, C. Sunt, M. Tanghe, K. van Riet, J. Vankeerberghen, P. van Tiggel, G. Vekeman, J. Verbist, V. Vercaigne, J. Verlinden, R. Wood | H. Seife | Email providing legal advice re restructuring of L&H financing. | AC, WP |
| DEXPRIV000022 | DEXPRIV000023 | Dutch | Email | 2/2/2001 | K. van Riet | P. van Tiggel, F. Saverys, B. Lamiroy, K. Herbots | | Email transmitting legal advice and requesting information to base further legal advice on re restructuring of L&H financing. | AC, WP |
| | | Dutch | Email | 2/2/2001 | S. Loosveld | K. van Riet | J. Verbist, J. Verlinden, C. Geys | Email transmitting request for legal advice re restructuring of L&H financing. | AC, WP |
| | | English | Email | 2/1/2001 | S. Loosveld | T. Zink, H. Seife | J. Nelissen Grade, J. Verbist, C. Sunt, J. Verlinden, C. Geys | Email requesting legal advice re restructuring of L&H financing. | AC, WP |

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV000024 | DEXPRIV000024 | Dutch | Email | 2/2/2001 | K. van Riet | C. Piret, P. van Tiggel, F. Saverys, B. Lamiroy, K. Herbots | | Email providing legal advice re restructuring of L&H financing. | AC, WP |
| DEXPRIV000025 | DEXPRIV000026 | Dutch | Email | 1/29/2001 | K. van Riet | B. Lamiroy | | Email providing legal advice and requesting information for the purpose of obtaining legal advice re restructuring of L&H financing. | AC, WP |
| | | Dutch | Email | 1/29/2001 | K. van Riet | S. Loosveld, J. Verbist | P. van Tiggel, C. Piret | Email providing legal advice and requesting information for the purpose of obtaining legal advice re restructuring of L&H financing. | AC, WP |
| | | Dutch | Email | 1/25/2001 | S. Loosveld | K. van Riet | | Email requesting information for the purpose of obtaining legal advice re restructuring of L&H financing. | AC, WP |
| | | Dutch | Email | 1/25/2001 | S. Loosveld | K. van Riet | P. Colle, J. Verbist, S. Devos | Email requesting information for the purpose of obtaining legal advice re restructuring of L&H financing. | AC, WP |
| DEXPRIV000027 | DEXPRIV000028 | Dutch | Email | 1/29/2001 | K. van Riet | B. Lamiroy | | Email with marginalia providing legal advice and requesting information for the purpose of obtaining legal advice re restructuring of L&H financing. | AC, WP |
| | | Dutch | Email | 1/29/2001 | K. van Riet | S. Loosveld, J. Verbist | P. van Tiggel, C. Piret | Email with marginalia providing legal advice and requesting information for the purpose of obtaining legal advice re restructuring of L&H financing. | AC, WP |
| | | Dutch | Email | 1/25/2001 | S. Loosveld | K. van Riet | | Email requesting information for the purpose of obtaining legal advice re restructuring of L&H financing. | AC, WP |
| | | Dutch | Email | 1/25/2001 | S. Loosveld | K. van Riet | P. Colle, J. Verbist, S. Devos | Email with marginalia requesting information for the purpose of obtaining legal advice re restructuring of L&H financing. | AC, WP |
| DEXPRIV000029 | DEXPRIV000123 | English | Agreement | | | L&H SP, Dictaphone Corp, L&H Holdings USA Inc, Financial institutions, Ableco Finance LLC | | Draft agreement dated "February 2001" re restructuring of L&H financing. | AC, WP |
| DEXPRIV000124 | DEXPRIV000124 | Dutch | Fax | 1/22/2001 | de Pestel, Colle | K. van Riet | | Fax providing legal advice re restructuring of L&H financing. | AC, WP |

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| | | Dutch | Letter | 1/22/2001 | K. van Riet | K. Lemmens | | Fax providing legal advice re restructuring of L&H financing. | AC, WP |
| DEXPRIV000127 | DEXPRIV000127 | Dutch | Fax | 1/22/2001 | de Pestel, Colle | K. van Riet | | Fax transmitting draft letter and providing legal advice re security for restructuring of L&H financing. | AC, WP |
| | | Dutch | Letter | 1/22/2001 | K. van Riet | K. Lemmens | | Draft letter with marginalia reflecting the mental impressions of in-house attorney, re restructuring of L&H financing. | AC, WP |
| DEXPRIV000131 | DEXPRIV000132 | Dutch | Memo | | KBC | | | Draft memorandum dated 2001, with marginalia reflecting the mental impressions of an attorney, re restructuring of L&H financing. | AC, WP |
| DEXPRIV000133 | DEXPRIV000134 | Dutch | Handwritten notes | 5/4/2001 | C. Decoutere | K. van Riet | | Notes prepared at the request of counsel re Radial financing. | AC, WP |
| DEXPRIV000135 | | | | | | | | Intentional gap. | |
| DEXPRIV000177 | DEXPRIV000179 | English | Email | 12/8/2000 | P. van Tiggel | K. Herbots, P. Cordonnier | | email transmitting legal advice and request thereof re Creditors' Committee. | AC, WP |
| | | English | Email | 12/8/2000 | K. van Riet | P. van Tiggel, F. Saverys, B. Lamiroy | | Email transmitting legal advice and request thereof re Creditors' Committee. | AC, WP |
| | | English | Email | 12/8/2000 | H. Seife | J. Verbist | P. Cordonnier, K. van Riet, S. Loosveld, T. Zink | Email transmitting legal advice and request thereof re Creditors' Committee. | AC, WP |
| | | English | Email | 12/8/2000 | J. Verbist | H. Seife | P. Cordonnier, K. van Riet | Email requesting legal advice re Creditors' Committee. | AC, WP |
| DEXPRIV000180 | DEXPRIV000180 | Dutch | Email | 11/16/2000 | K. Macours | L. Mesuere, V. Vercaigne, D. de Bleser, J. van Helleputte, P. Cordonnier | J. Vandensteen, G. Vekeman | Email providing legal advice re Creditors' Committee. | AC, WP |
| DEXPRIV000181 | DEXPRIV000181 | Dutch | Email | 11/16/2000 | P. Cordonnier | K. Macours | L. Mesuere, V. Vercaigne, D. de Bleser, J. van Helleputte, J. Vandensteen, G. Vekeman, P. van Tiggel, P. Vermeiren | Email providing legal advice re Creditors' Committee. | AC, WP |

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| | | Dutch | Email | 11/16/2000 | P. Cordonnier | K. Macours | L. Mesuere, V. Vercaigne, D. de Bleser, J. van Helleputte, J. Vandensteen, G. Vekeman, P. van Tiggel, P. Vermeiren | Email reflecting legal advice re Creditors' Committee activity. | AC, WP |
| DEXPRIV000182 | DEXPRIV000182 | Dutch | Email | 11/16/2000 | P. Cordonnier | K. Macours | L. Mesuere, V. Vercaigne, D. de Bleser, J. van Helleputte, J. Vandensteen, G. Vekeman, P. van Tiggel, P. Vermeiren | Email reflecting legal advice re Creditors' Committee activity. | AC, WP |
| | | Dutch | Email | 11/16/2000 | P. Cordonnier | K. Macours | L. Mesuere, V. Vercaigne, D. de Bleser, J. van Helleputte, J. Vandensteen, G. Vekeman, P. van Tiggel, P. Vermeiren | Email reflecting legal advice re Creditors' Committee. | AC, WP |
| DEXPRIV000183 | DEXPRIV000184 | English | Fax | 11/30/2000 | V. Vercaigne | J. Nelissen Grade | M. Tanghe | Fax requesting legal advice re L&H bankruptcy and Dictaphone. | AC, WP |
| DEXPRIV000185 | DEXPRIV000187 | English | Fax | 12/4/2000 | J. Verbist | B. Asscherix, K. van Broeck, K. Lemmens | | Translation, prepared at the request of an attorney, of a letter requesting information for the purpose of obtaining legal advice re Composition Arrangement. | AC, WP |
| DEXPRIV000188 | DEXPRIV000190 | English | Email | 12/8/2000 | P. van Tiggel | K. Herbots, P. Cordonnier | | Email transmitting legal advice and request thereof re Creditors' Committee. | AC, WP |
| | | English | Email | 12/8/2000 | K. van Riet | P. van Tiggel, F. Saverys, B. Lamiroy | | Email transmitting legal advice and request thereof re Creditors' Committee. | AC, WP |
| | | English | Email | 12/8/2000 | H. Seife | J. Verbist | P. Cordonnier, K. van Riet, S. Loosveld, T. Zink | Email transmitting legal advice and request thereof re Creditors' Committee. | AC, WP |
| | | English | Email | 12/8/2000 | J. Verbist | H. Seife | P. Cordonnier, K. van Riet | Email requesting legal advice re Creditors' Committee. | AC, WP |

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV000191 | DEXPRIV000191 | Dutch | Email | 11/16/2000 | K. Macours | L. Mesuere, V. Vercaigne, D. de Bleser, J. van Helleputte, P. Cordonnier | J. Vandensteen, G. Vekeman | Email providing legal advice re Creditors' Committee. | AC, WP |
| DEXPRIV000192 | DEXPRIV000192 | Dutch | Email | 11/16/2000 | P. Cordonnier | K. Macours | L. Mesuere, V. Vercaigne, D. de Bleser, J. van Helleputte, J. Vandensteen, G. Vekeman, P. van Tiggel, P. Vermeiren | Email providing legal advice re Creditors' Committee. | AC, WP |
| | | Dutch | Email | 11/16/2000 | P. Cordonnier | K. Macours | L. Mesuere, V. Vercaigne, D. de Bleser, J. van Helleputte, J. Vandensteen, G. Vekeman, P. van Tiggel, P. Vermeiren | Email reflecting legal advice re Creditors' Committee. | AC, WP |
| DEXPRIV000193 | DEXPRIV000193 | Dutch | Email | 11/16/2000 | P. Cordonnier | K. Macours | L. Mesuere, V. Vercaigne, D. de Bleser, J. van Helleputte, J. Vandensteen, G. Vekeman, P. van Tiggel, P. Vermeiren | Email reflecting legal advice re Creditors' Committee activity. | AC, WP |
| | | Dutch | Email | 11/16/2000 | P. Cordonnier | K. Macours | L. Mesuere, V. Vercaigne, D. de Bleser, J. van Helleputte, J. Vandensteen, G. Vekeman, P. van Tiggel, P. Vermeiren | Email reflecting legal advice re Creditors' Committee. | AC, WP |
| DEXPRIV000194 | DEXPRIV000194 | Dutch | Email | 4/17/2001 | D. Sioen | D. Raskin, I. Janssens | H. Colle | Request for information by attorney to base legal advice upon re L&H shareholders' meeting. | AC, WP |
| DEXPRIV000195 | DEXPRIV000195 | Dutch | Letter | 12/21/2000 | H. Colle, H. Lasat | Qualifying clients | | Draft letter reflecting the mental impressions of an attorney re L&H shareholders' litigation in Belgium. | AC, WP |

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV000196 | DEXPRIV000196 | French | Letter | 12/21/2000 | H. Colle, H. Lasat | Qualifying clients | | Draft letter reflecting the mental impressions of an attorney re L&H shareholders' litigation in Belgium. | AC, WP |
| DEXPRIV000197 | DEXPRIV000197 | French | Email | 12/21/2000 | D. Sioen | D. Raskin, V. Scoriels | H. Lasat, L. Gryp | Email providing legal advice re L&H shareholders' litigation in Belgium. | AC, WP |
| | | French | Email | 12/21/2000 | V. Scoriels | D. Raskin | D. Sioen, L. Gryp | Email requesting legal advice re L&H shareholders' litigation in Belgium. | AC, WP |
| DEXPRIV000198 | DEXPRIV000198 | French | Email | 12/20/2000 | V. Scoriels | D. Raskin | D. Sioen, L. Gryp | Email requesting legal advice re L&H shareholders' litigation in Belgium. | AC, WP |
| DEXPRIV000199 | DEXPRIV000199 | French | Email | 12/21/2000 | D. Sioen | D. Raskin, V. Scoriels | H. Lasat, L. Gryp | Email providing legal advice re L&H shareholders' litigation in Belgium. | AC, WP |
| | | French | Email | 12/21/2000 | V. Scoriels | D. Raskin | D. Sioen, L. Gryp | Email requesting legal advice re L&H shareholders' litigation in Belgium. | AC, WP |
| DEXPRIV000200 | DEXPRIV000201 | Dutch | Fax | 10/19/2000 | I. Janssens | V. Scoriels | | Fax transmitting draft certificate and providing legal advice re L&H shareholders' litigation in Belgium. | AC, WP |
| | | Dutch | Certificate | 11/29/2000 | BACOB | Qualifying clients | | Draft certificate reflecting the mental impressions of an attorney re L&H shareholders' litigation in Belgium. | AC, WP |
| DEXPRIV000203 | DEXPRIV000203 | Dutch | Email | 12/19/2000 | D. Sioen | H. Lasat | H. Colle | Email providing legal advice re L&H shareholders' litigation in Belgium. | AC, WP |
| DEXPRIV000204 | DEXPRIV000204 | Dutch | Email | 12/19/2000 | D. Sioen | H. Lasat | H. Colle | Email providing legal advice re L&H shareholders' litigation in Belgium. | AC, WP |
| DEXPRIV000205 | DEXPRIV000205 | Dutch | Email | 12/19/2000 | D. Sioen | I. Janssens | | Email transmitting draft letter and providing legal advice re L&H shareholders' litigation in Belgium. | AC, WP |
| | | Dutch | Email | 12/19/2000 | H. Lasat | D. Sioen | | Email transmitting draft letter and providing legal advice re L&H shareholders' litigation in Belgium. | AC, WP |
| | | Dutch | Email | 12/19/2000 | I. Janssens | H. Lasat | D. Sioen | Email transmitting draft letter and providing legal advice re L&H shareholders' litigation in Belgium. | AC, WP |
| | | Dutch | Letter | | H. Colle, H. Lasat | Qualifying clients | | Undated draft of letter reflecting the mental impressions of an attorney re L&H shareholders' litigation in Belgium. | AC, WP |
| | | Dutch | Letter | | | Qualifying clients | | Undated draft of letter reflecting the mental impressions of an attorney re L&H shareholders' litigation in Belgium. | AC, WP |
| DEXPRIV000209 | DEXPRIV000210 | Dutch | Email | 12/13/2000 | R. Duyck | C. Lefrancq, H. Lasat, H. Colle | D. Sioen | Email requesting and providing legal advice re L&H shareholders' litigation in Belgium. | AC, WP |
| | | Dutch | Email | 12/13/2000 | C. Lefrancq | R. Duyck, H. Lasat, H. Colle | D. Sioen | Email requesting and providing legal advice re L&H shareholders' litigation in Belgium. | AC, WP |

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| | | Dutch | Email | 12/13/2000 | H. Lasat | R. Greindl, R. Duyck | | Email requesting and providing legal advice re L&H shareholders' litigation in Belgium. | AC, WP |
| | | Dutch | Email | 12/13/2000 | D. Sioen | H. Lasat | B. Davister, H. Colle, K. Maes | Email requesting and providing legal advice re L&H shareholders' litigation in Belgium. | AC, WP |
| | | Dutch | Email | 12/13/2000 | H. Lasat | D. Sioen | B. Davister, H. Colle, K. Maes | Email requesting legal advice re L&H shareholders' litigation in Belgium. | AC, WP |
| DEXPRIV000211 | DEXPRIV000212 | Dutch | Email | 12/13/2000 | C. Lefrancq | R. Duyck, H. Lasat, H. Colle | D. Sioen | Email requesting and providing legal advice re L&H shareholders' litigation in Belgium. | AC, WP |
| | | Dutch | Email | 12/13/2000 | H. Lasat | R. Greindl, R. Duyck | | Email requesting and providing legal advice re L&H shareholders' litigation in Belgium. | AC, WP |
| | | Dutch | Email | 12/13/2000 | D. Sioen | H. Lasat | B. Davister, H. Colle, K. Maes | Email requesting and providing legal advice re L&H shareholders' litigation in Belgium. | AC, WP |
| | | Dutch | Email | 12/13/2000 | H. Lasat | D. Sioen | B. Davister, H. Colle, K. Maes | Email requesting legal advice re L&H shareholders' litigation in Belgium. | AC, WP |
| DEXPRIV000213 | DEXPRIV000213 | Dutch | Email | 12/12/2000 | D. Sioen | H. Colle, H. Lasat, K. Maes | | Email providing legal advice re L&H shareholders' litigation in Belgium. | AC, WP |
| DEXPRIV000214 | DEXPRIV000214 | Dutch | Email | 12/14/2000 | H. Lasat | D. Sioen, H. Colle | | Email transmitting documents for the purpose of obtaining legal advice re L&H shareholders' litigation in Belgium. | AC, WP |
| | | Dutch | Email | 12/14/2000 | R. Eykens | H. Lasat | | Email transmitted for the purpose of obtaining legal advice re L&H shareholders' litigation in Belgium. | WP |
| DEXPRIV000215 | DEXPRIV000217 | Dutch | Notes | | | | | Undated handwritten notes reflecting mental impressions of attorney re L&H shareholders' litigation in Belgium. | WP |
| DEXPRIV000218 | DEXPRIV000218 | Dutch | Email | 12/19/2000 | D. Sioen | I. Janssens | | Email transmitting draft letter and providing legal advice re L&H shareholders' litigation in Belgium. | AC, WP |
| | | Dutch | Email | 12/19/2000 | H. Lasat | D. Sioen | | Email transmitting draft letter and providing legal advice re L&H shareholders' litigation in Belgium. | AC, WP |
| | | Dutch | Email | 12/19/2000 | I. Janssens | H. Lasat | D. Sioen | Email requesting legal advice re L&H shareholders' litigation in Belgium. | AC, WP |
| | | Dutch | Letter | | H. Colle, H. Lasat | Qualifying clients | | Draft letter reflecting the mental impressions of an attorney re L&H shareholders' litigation in Belgium. | AC, WP |

1/23/2006

## Quaak v. Dexia and Related Cases
### Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| | | Dutch | Letter | | H. Colle, H. Lasat | Qualifying clients | | Draft letter reflecting the mental impressions of an attorney re L&H shareholders' litigation in Belgium. | AC, WP |
| DEXPRIV000221 | DEXPRIV000221 | French | Letter | | | Qualifying clients | | Undated draft of letter reflecting the mental impressions of an attorney re L&H shareholders' litigation in Belgium. | AC, WP |
| DEXPRIV000222 | DEXPRIV000222 | Dutch | Letter | | | Qualifying clients | | Undated draft of letter with marginalia reflecting the mental impressions of an attorney re L&H shareholders' litigation in Belgium. | AC, WP |
| DEXPRIV000223 | DEXPRIV000223 | French | Letter | | | | | Undated draft of letter with marginalia reflecting the mental impressions of an attorney re L&H shareholders' litigation in Belgium. | AC, WP |
| DEXPRIV000224 | DEXPRIV000225 | Dutch | Email | 11/28/2000 | D. Sioen | I. Janssens | S. Craeynest | Email requesting and providing legal advice, with marginalia reflecting the mental impressions of an attorney, re L&H shareholders' litigation in Belgium. | AC, WP |
| | | Dutch | Email | 11/28/2000 | S. Craeynest | D. Sioen, P. Peeters | K. Maes, P. Mahieu, F. Daneels | Email requesting and providing legal advice, with marginalia reflecting the mental impressions of an attorney, re L&H shareholders' litigation in Belgium. | AC, WP |
| | | Dutch | Email | 11/28/2000 | F. Daneels | S. Craeynest | | Email requesting and providing legal advice, with marginalia reflecting the mental impressions of an attorney, re L&H shareholders' litigation in Belgium. | AC, WP |
| | | Dutch | Email | 11/27/2000 | G. Dielissen | F. Daneels | | Email requesting information for the purpose of obtaining legal advice, with marginalia reflecting the mental impressions of an attorney, re L&H shareholders' litigation in Belgium. | AC, WP |
| DEXPRIV000226 | DEXPRIV000227 | Dutch | Email | 11/28/2000 | D. Sioen | I. Janssens | S. Craeynest | Email requesting and providing legal advice, with marginalia reflecting the mental impressions of an attorney, re L&H shareholders' litigation in Belgium. | AC, WP |
| | | Dutch | Email | 11/28/2000 | S. Craeynest | D. Sioen, P. Peeters | K. Maes, P. Mahieu, F. Daneels | Email requesting and providing legal advice, with marginalia reflecting the mental impressions of an attorney, re L&H shareholders' litigation in Belgium. | AC, WP |
| | | Dutch | Email | 11/28/2000 | F. Daneels | S. Craeynest | | Email requesting and providing legal advice, with marginalia reflecting the mental impressions of an attorney, re L&H shareholders' litigation in Belgium. | AC, WP |

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| | | Dutch | Email | 11/27/2000 | G. Dielissen | F. Daneels | | Email requesting information for the purpose of obtaining legal advice re L&H shareholders' litigation in Belgium. | AC, WP |
| DEXPRIV000228 | DEXPRIV000228 | Dutch | Fax | 12/1/2000 | S. Craeynest | I. Janssens | | Fax transmitting information for the purpose of obtaining legal advice re L&H shareholders' litigation in Belgium. | AC, WP |
| | | Dutch | Statement | | | | | Undated document prepared at the request of counsel re L&H shareholders' litigation in Belgium. | WP |
| DEXPRIV000230 | DEXPRIV000231 | Dutch | Email | 12/11/2000 | | | | Email requesting and providing legal advice re L&H shareholders' litigation in Belgium. | AC, WP |
| | | Dutch | Email | 12/8/2000 | D. Sioen | H. Lasat | B. Davister, H. Colle, K. Maes | Email requesting and providing legal advice re L&H shareholders' litigation in Belgium. | AC, WP |
| | | Dutch | Email | 12/8/2000 | H. Lasat | D. Sioen | B. Davister, H. Colle, K. Maes | Email requesting legal advice re L&H shareholders' litigation in Belgium. | AC, WP |
| DEXPRIV000232 | DEXPRIV000232 | Dutch | Email | 12/8/2000 | H. Lasat | D. Sioen | B. Davister, H. Colle, K. Maes | Email requesting legal advice re L&H shareholders' litigation in Belgium. | AC, WP |
| DEXPRIV000233 | DEXPRIV000233 | Dutch | Email | 12/1/2000 | D. Sioen | I. Janssens | S. Craeynest | Email transmitting information for the purpose of obtaining legal advice re L&H shareholders' litigation in Belgium. | AC, WP |
| | | Dutch | Email | 12/1/2000 | S. Craeynest | D. Sioen, P. Peeters | | Email requesting legal advice re L&H shareholders' litigation in Belgium. | AC, WP |
| DEXPRIV000234 | DEXPRIV000235 | Dutch | Email | 12/13/2000 | R. Duyck | C. Lefrancq, H. Lasat, H. Colle | D. Sioen | Email requesting and providing legal advice re L&H shareholders' litigation in Belgium. | AC, WP |
| | | Dutch | Email | 12/13/2000 | C. Lefrancq | R. Duyck, H. Lasat, H. Colle | D. Sioen | Email requesting and providing legal advice re L&H shareholders' litigation in Belgium. | AC, WP |
| | | Dutch | Email | 12/13/2000 | | R. Greindl, R. Duyck | | Email requesting and providing legal advice re L&H shareholders' litigation in Belgium. | AC, WP |
| | | Dutch | Email | 12/13/2000 | D. Sioen | H. Lasat | B. Davister, H. Colle, K. Maes | Email requesting and providing legal advice re L&H shareholders' litigation in Belgium. | AC, WP |
| | | Dutch | Email | 12/13/2000 | H. Lasat | D. Sioen | | Email requesting legal advice re L&H shareholders' litigation in Belgium. | AC, WP |
| DEXPRIV000236 | DEXPRIV000237 | Dutch | Email | 12/13/2000 | C. Lefrancq | R. Duyck, H. Lasat, H. Colle | D. Sioen | Email requesting and providing legal advice re L&H shareholders' litigation in Belgium. | AC, WP |

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| | | Dutch | Email | 12/13/2000 | H. Lasat | R. Greindl, R. Duyck | | Email requesting and providing legal advice re L&H shareholders' litigation in Belgium. | AC, WP |
| | | Dutch | Email | 12/13/2000 | D. Sioen | H. Lasat | B. Davister, H. Colle, K. Maes | Email requesting and providing legal advice re L&H shareholders' litigation in Belgium. | AC, WP |
| | | Dutch | Email | 12/13/2000 | H. Lasat | D. Sioen | B. Davister, H. Colle, K. Maes | Email requesting legal advice re L&H shareholders' litigation in Belgium. | AC, WP |
| DEXPRIV000238 | DEXPRIV000239 | Dutch | Email | 11/10/2000 | H. Lasat | D. Sioen, B. Mommens | K. Maes, H. Colle, E. Matthijs, P. Mahieu | Email requesting and providing legal advice re L&H shareholders' litigation in Belgium. | AC, WP |
| | | Dutch | Email | 11/10/2000 | B. Mommens | D. Sioen | H. Lasat, K. Maes, H. Colle | Email requesting and providing legal advice re L&H shareholders' litigation in Belgium. | AC, WP |
| | | Dutch | Email | 11/10/2000 | D. Sioen | K. Maes | H. Lasat, H. Colle, B. Mommens | Email requesting and providing legal advice re L&H shareholders' litigation in Belgium. | AC, WP |
| DEXPRIV000240 | DEXPRIV000240 | | | | | | | Intentional gap. | |
| DEXPRIV000241 | DEXPRIV000241 | Dutch | Draft certificate | 12/6/2000 | P. van Huyck, W. Lauwers | Qualifying clients | | Draft certificate with marginalia reflecting the mental impressions of an attorney re L&H shareholders' litigation in Belgium. | AC, WP |
| DEXPRIV000242 | DEXPRIV000242 | Dutch | Draft certificate | 11/29/2000 | BACOB | Qualifying clients | | Draft certificate with marginalia reflecting the mental impressions of an attorney re L&H shareholders' litigation in Belgium. | AC, WP |
| DEXPRIV000243 | DEXPRIV000243 | Dutch | Email | 1/22/2001 | T. Claes | I. Janssens | D. Sioen | Email requesting legal advice with marginalia reflecting the mental impressions of an attorney re L&H shareholders' litigation in Belgium. | AC, WP |
| | | Dutch | Certificate | 12/6/2000 | P. van Huyck, W. Lauwers | Qualifying clients | | Draft certificate with marginalia reflecting the mental impressions of an attorney re L&H shareholders' litigation in Belgium. | AC, WP |
| DEXPRIV000245 | DEXPRIV000245 | Dutch | Letter | 1/8/2001 | | I. Janssens | | Consumer's organization member letter with marginalia indicating that letter was sent to inhouse attorney for information to base legal advice upon, and with marginalia reflecting the mental impressions of an attorney re L&H shareholders' litigation in Belgium. | AC, WP |
| DEXPRIV000246 | DEXPRIV000246 | Dutch | Draft certificate | 12/6/2000 | P. van Huyck, W. Lauwers | Qualifying clients | | Draft certificate reflecting the mental impressions of an attorney re L&H shareholders' litigation in Belgium. | AC, WP |
| DEXPRIV000247 | DEXPRIV000247 | Dutch | Handwritten notes | | | | | Undated handwritten notes reflecting the mental impressions of an attorney re L&H shareholders' litigation in Belgium. | AC, WP |

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV000248 | DEXPRIV000248 | Dutch | Email | 1/24/2001 | I. Janssens | T. Claes | E. Messely, D. Sioen | Email providing and requesting legal advice re L&H shareholders' litigation in Belgium. | AC, WP |
| | | Dutch | Email | 1/24/2001 | T. Claes | I. Janssens | D. Sioen | Email requesting legal advice re L&H shareholders' litigation in Belgium. | AC, WP |
| | | Dutch | Draft certificate | 12/6/2000 | P. van Huyck, W. Lauwers | Qualifying clients | | Draft certificate reflecting the mental impressions of an attorney re L&H shareholders' litigation in Belgium. | AC, WP |
| DEXPRIV000250 | DEXPRIV000252 | Dutch | Email | 12/8/2000 | P. Vanwing | E. Messely, D. Sioen, I. Janssens | B. Biesemans, D. Leys | Email with marginalia providing and requesting legal advice re L&H shareholders' litigation in Belgium. | AC, WP |
| | | French | Email | 12/8/2000 | J. Davignon | P. Vanwing | B. Biesemans, B. Mommens, D. Leys | Email with marginalia providing and requesting legal advice re L&H shareholders' litigation in Belgium. | AC, WP |
| | | French | Email | 12/8/2000 | P. Vanwing | J. Davignon | B. Biesemans, B. Mommens, D. Leys | Email with marginalia providing and requesting legal advice re L&H shareholders' litigation in Belgium. | AC, WP |
| | | French | Email | 12/8/2000 | J. Davignon | P. Vanwing | B. Biesemans, B. Mommens, D. Leys | Email with marginalia providing and requesting legal advice re L&H shareholders' litigation in Belgium. | AC, WP |
| | | French | Email | 12/8/2000 | P. Vanwing | J. Davignon | B. Biesemans, B. Mommens, D. Leys | Email with marginalia providing and requesting legal advice re L&H shareholders' litigation in Belgium. | AC, WP |
| | | French | Email | 12/8/2000 | J. Davignon | P. Vanwing | B. Biesemans, B. Mommens, D. Leys | Email with marginalia providing and requesting legal advice re L&H shareholders' litigation in Belgium. | AC, WP |
| | | Dutch | Email | 12/7/2000 | B. Biesemans | B. Mommens | J. Davignon, D. Leys, P. Vanwing | Email with marginalia providing and requesting legal advice re L&H shareholders' litigation in Belgium. | AC, WP |
| | | Dutch | Email | 12/7/2000 | B. Mommens | B. Biesemans | J. Davignon | Email with marginalia providing and requesting legal advice re L&H shareholders' litigation in Belgium. | AC, WP |
| DEXPRIV000253 | DEXPRIV000255 | Dutch | Email | 12/8/2000 | P. Vanwing | E. Messely, D. Sioen, I. Janssens | B. Biesemans, D. Leys | Email with marginalia providing and requesting legal advice re L&H shareholders' litigation in Belgium. | AC, WP |
| | | French | Email | 12/8/2000 | J. Davignon | P. Vanwing | B. Biesemans, B. Mommens, D. Leys | Email with marginalia providing and requesting legal advice re L&H shareholders' litigation in Belgium. | AC, WP |
| | | French | Email | 12/8/2000 | P. Vanwing | J. Davignon | B. Biesemans, B. Mommens, D. Leys | Email with marginalia providing and requesting legal advice re L&H shareholders' litigation in Belgium. | AC, WP |
| | | French | Email | 12/8/2000 | J. Davignon | P. Vanwing | B. Biesemans, B. Mommens, D. Leys | Email with marginalia providing and requesting legal advice re L&H shareholders' litigation in Belgium. | AC, WP |

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| | | French | Email | 12/8/2000 | P. Vanwing | J. Davignon | B. Biesemans, B. Mommens, D. Leys | Email with marginalia providing and requesting legal advice re L&H shareholders' litigation in Belgium. | AC, WP |
| | | French | Email | 12/8/2000 | J. Davignon | P. Vanwing | B. Biesemans, B. Mommens, D. Leys | Email with marginalia providing and requesting legal advice re L&H shareholders' litigation in Belgium. | AC, WP |
| | | Dutch | Email | 12/7/2000 | B. Biesemans | B. Mommens | J. Davignon, D. Leys, P. Vanwing | Email with marginalia providing and requesting legal advice re L&H shareholders' litigation in Belgium. | AC, WP |
| | | Dutch | Email | 12/7/2000 | B. Mommens | B. Biesemans | J. Davignon | Email with marginalia providing and requesting legal advice re L&H shareholders' litigation in Belgium. | AC, WP |
| DEXPRIV000256 | DEXPRIV000257 | Dutch | Email | 12/4/2000 | D. Leys | I. Janssens, P. Vanwing | E. Messely, D. Sioen | Email providing and requesting legal advice re L&H shareholders' litigation in Belgium. | AC, WP |
| | | Dutch | Email | 12/4/2000 | P. Vanwing | I. Janssens | E. Messely, D. Sioen, D. Leys | Email providing and requesting legal advice re L&H shareholders' litigation in Belgium. | AC, WP |
| | | Dutch | Email | 12/1/2000 | I. Janssens | P. Vanwing | D. Sioen, E. Messely | Email providing and requesting legal advice re L&H shareholders' litigation in Belgium. | AC, WP |
| | | Dutch | Email | 12/1/2000 | P. Vanwing | I. Janssens, D. Sioen | A. Vandeput | Email providing and requesting legal advice re L&H shareholders' litigation in Belgium. | AC, WP |
| | | Dutch | Email | 12/1/2000 | P. Vanwing | D. Sioen | A. Vandeput | Email providing and requesting legal advice re L&H shareholders' litigation in Belgium. | AC, WP |
| | | Dutch | Email | 12/1/2000 | A. Vandeput | P. Vanwing | | Email providing and requesting legal advice re L&H shareholders' litigation in Belgium. | AC, WP |
| DEXPRIV000258 | DEXPRIV000260 | Dutch | Email | 12/8/2000 | P. Vanwing | E. Messely, D. Sioen, I. Janssens | B. Biesemans, D. Leys | Email providing and requesting legal advice re L&H shareholders' litigation in Belgium. | AC, WP |
| | | French | Email | 12/8/2000 | J. Davignon | P. Vanwing | B. Biesemans, B. Mommens, D. Leys | Email providing and requesting legal advice re L&H shareholders' litigation in Belgium. | AC, WP |
| | | French | Email | 12/8/2000 | P. Vanwing | J. Davignon | B. Biesemans, B. Mommens, D. Leys | Email providing and requesting legal advice re L&H shareholders' litigation in Belgium. | AC, WP |
| | | French | Email | 12/8/2000 | J. Davignon | P. Vanwing | B. Biesemans, B. Mommens, D. Leys | Email providing and requesting legal advice re L&H shareholders' litigation in Belgium. | AC, WP |
| | | French | Email | 12/8/2000 | P. Vanwing | J. Davignon | B. Biesemans, B. Mommens, D. Leys | Email providing and requesting legal advice re L&H shareholders' litigation in Belgium. | AC, WP |

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| | | French | Email | 12/8/2000 | J. Davignon | P. Vanwing | B. Biesemans, B. Mommens, D. Leys | Email providing and requesting legal advice re L&H shareholders' litigation in Belgium. | AC, WP |
| | | Dutch | Email | 12/7/2000 | B. Biesemans | B. Mommens | J. Davignon, D. Leys, P. Vanwing | Email providing and requesting legal advice re L&H shareholders' litigation in Belgium. | AC, WP |
| | | Dutch | Email | 12/7/2000 | B. Mommens | B. Biesemans | J. Davignon | Email providing and requesting legal advice re L&H shareholders' litigation in Belgium. | AC, WP |
| DEXPRIV000261 | DEXPRIV000261 | Dutch | Email | 4/18/2001 | D. Raskin | D. Sioen | H. Lasat | Email providing and requesting legal advice re L&H shareholders' litigation in Belgium. | AC, WP |
| | | Dutch | Email | 4/17/2001 | D. Sioen | D. Raskin, I. Janssens | H. Colle | Email providing and requesting legal advice re L&H shareholders' litigation in Belgium. | AC, WP |
| DEXPRIV000262 | DEXPRIV000262 | Dutch | Email | 12/15/2000 | D. Sioen | P. Peeters, S. Craeynest, H. van den Eede | | Email providing legal advice re L&H shareholders' litigation in Belgium. | AC, WP |
| | | Dutch | Email | 12/15/2000 | S. Craeynest | D. Sioen, P. Peeters | | Email requesting legal advice re L&H shareholders' litigation in Belgium. | AC, WP |
| DEXPRIV000263 | DEXPRIV000263 | Dutch | Email | 11/30/2000 | S. Craeynest | D. Sioen, P. Peeters | | Email requesting legal advice re L&H shareholders' litigation in Belgium. | AC, WP |
| DEXPRIV000264 | DEXPRIV000265 | Dutch | Email | | D. Sioen | | | Email dated "11/2000" requesting and providing legal advice re L&H shareholders' litigation in Belgium. | AC, WP |
| | | Dutch | Email | 11/28/2000 | D. Sioen | I. Janssens | S. Craeynest | Email requesting and providing legal advice re L&H shareholders' litigation in Belgium. | AC, WP |
| | | Dutch | Email | 11/28/2000 | S. Craeynest | D. Sioen, P. Peeters | K. Maes, P. Mahieu, F. Daneels | Email requesting and providing legal advice re L&H shareholders' litigation in Belgium. | AC, WP |
| | | Dutch | Email | 11/28/2000 | F. Daneels | S. Craeynest | | Email requesting and providing legal advice re L&H shareholders' litigation in Belgium. | AC, WP |
| | | Dutch | Email | 11/27/2000 | G. Dielissen | F. Daneels | | Email requesting and providing legal advice re L&H shareholders' litigation in Belgium. | AC, WP |
| DEXPRIV000266 | DEXPRIV000266 | Dutch | Email | | D. Sioen | H. Lasat | | Undated email providing legal advice re L&H shareholders' litigation in Belgium. | AC, WP |
| DEXPRIV000267 | DEXPRIV000267 | Dutch | Fax | 4/17/2001 | | I. Janssens | | Fax requesting legal advice with marginalia and transmitting information for the purpose of obtaining legal advice re L&H shareholders' meeting. | AC, WP |

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV000268 | DEXPRIV000269 | Dutch | Draft certificate | 4/17/2001 | | | | Draft documents sent to an attorney for the purpose of obtaining legal advice re L&H shareholders' meeting. | AC, WP |
| DEXPRIV000270 | DEXPRIV000270 | Dutch | Email | 4/17/2001 | P. Vanwing | I. Janssens, D. Sioen | D. Leys, T. Claes, B. Biesemans | Email providing and requesting legal advice re L&H shareholders' meeting. | AC, WP |
| | | Dutch | Email | 4/17/2001 | D. Sioen | I. Janssens, P. Vanwing | D. Leys, T. Claes, B. Biesemans | Email providing and requesting legal advice re L&H shareholders' meeting. | AC, WP |
| | | Dutch | Email | 4/17/2001 | P. Vanwing | I. Janssens, D. Sioen | D. Leys, T. Claes, B. Biesemans | Email providing and requesting legal advice re L&H shareholders' meeting. | AC, WP |
| DEXPRIV000271 | DEXPRIV000271 | Dutch | Fax | 4/17/2001 | P. Vanwing | I. Janssens, D. Sioen | D. Leys, T. Claes, B. Biesemans | Fax transmitting email requesting legal advice re L&H shareholders' meeting. | AC, WP |
| DEXPRIV000272 | DEXPRIV000273 | Dutch | Handwritten notes | | | | | Undated handwritten notes reflecting the mental impressions of attorney re L&H shareholders' meeting. | AC, WP |
| DEXPRIV000274 | DEXPRIV000274 | Dutch | Handwritten notes | | | | | Handwritten notes, dated "11-4", reflecting the mental impression of attorney re L&H shareholders' meeting. | WP |
| DEXPRIV000275 | DEXPRIV000277 | English | Memo | 3/12/2001 | T. Zink | S. Loosveld, J. Verbist, J. Verlinden, C. Sunt, Geys, J. Nelissen Grade | | Memorandum providing legal advice re Court submission in adversary proceeding. | AC, WP |
| DEXPRIV000278 | DEXPRIV000278 | Dutch | Fax | 11/19/2001 | S. Loosveld | K. van Riet, B. Lamiroy | | Fax, prepared at the request of attorney, transmitting minutes of meeting of L&H banking consortium providing legal advice re L&H litigation strategy. | AC, WP |
| DEXPRIV000279 | DEXPRIV000280 | English | Minutes | | | | | Minutes of meeting of L&H banking consortium dated 19/11/2001 providing legal advice re L&H litigation strategy. | AC, WP |
| DEXPRIV000281 | DEXPRIV000282 | English | Minutes | | | | | Minutes, with marginalia, of conference call of L&H banking consortium dated 8/22/2001 providing legal advice re L&H litigation strategy. | AC, WP |

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV000283 | DEXPRIV000283 | English | Email | 8/1/2001 | B. Lamiroy | M. Vancoillie, M. Tanghe, V. Vercaigne, F. van Steenwinkel, E. Huyghe, K. Macours, F. de Potter, J. Vandensteen, G. Vekeman, J. Vankeerberghen, K. van Riet, J. Verbist, B. Lamiroy, C. Schneider, H. Liemen, H. Seife, M. Curran, E. Matthews, T. Zink, S. Loosveld, A. Rosenblatt | | Email transmitting draft minutes of conference call of L&H banking consortium providing legal advice re L&H litigation strategy. | AC, WP |
| DEXPRIV000284 | DEXPRIV000287 | English | Minutes | | | | | Draft minutes of conference call of L&H banking consortium dated 7/25/2001 providing legal advice re L&H litigation issues. | AC, WP |
| DEXPRIV000288 | DEXPRIV000289 | English | Minutes | | | | | Minutes of conference call of L&H banking consortium dated 1/24/2001 providing legal advice re L&H litigation strategy and restructuring of L&H financing. | AC, WP |
| DEXPRIV000290 | DEXPRIV000291 | English | Minutes | | | | | Minutes of conference call of L&H banking consortium dated 7/13/2001 providing legal advice re L&H litigation strategy and restructuring of L&H financing. | AC, WP |
| DEXPRIV000292 | DEXPRIV000293 | English | Minutes | | | | | Minutes of conference call of L&H banking consortium dated 7/13/2001 providing legal advice re L&H litigation strategy and restructuring of L&H financing. | AC, WP |
| DEXPRIV000294 | DEXPRIV000296 | English | Minutes | | | | | Minutes of conference call of L&H banking consortium dated 9/25/2001 providing legal advice re sale of assets, Dictaphone Board of Directors, and bankruptcy strategy. | AC, WP |

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV000297 | DEXPRIV000298 | English | Fax | 1/15/2001 | D. de Bleser | F. Sercu, L. Mesuere, F. van Steenwinkel, V. Vercaigne, F. de Potter, G. Vekeman, K. Macours, P. van Tiggel, K. van Riet, J. Vankeerberghen, C. Schneider, H. Liemen, K. Diederich | | Fax transmitting draft minutes of meetings of L&H banking consortium providing legal advice re sale of assets, L&H litigation strategy and restructuring of L&H financing. | AC, WP |
| DEXPRIV000299 | DEXPRIV000302 | English | Minutes | | | | | Draft minutes of meeting of L&H banking consortium dated 1/15/2001 providing legal advice re sale of assets, L&H litigation strategy and restructuring of L&H financing. | AC, WP |
| DEXPRIV000303 | DEXPRIV000303 | Dutch | Notes | 1/15/2001 | | | | Notes reflecting mental impressions of an attorney pertaining to legal issues re bankruptcy, restructuring of L&H financing, inventory and L&H litigation issues. | AC, WP |
| DEXPRIV000304 | DEXPRIV000305 | English | Minutes | | | | | Draft minutes of meeting of L&H banking consortium dated 1/15/2001 providing legal advice re restructuring of L&H financing. | AC, WP |
| DEXPRIV000306 | DEXPRIV000307 | English | Fax | 1/15/2001 | D. de Bleser | F. Sercu, L. Mesuere, F. van Steenwinkel, V. Vercaigne, F. de Potter, G. Vekeman, K. Macours, P. van Tiggel, K. van Riet, J. Vankeerberghen, C. Schneider, H. Liemen, K. Diederich | | Fax transmitting notes and draft minutes of meeting of L&H banking consortium providing legal advice re bankruptcy, restructuring of L&H financing, inventory and L&H litigation issues. | AC, WP |