## Quaak v. Dexia and Related Cases
## Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV000308 | DEXPRIV000311 | English | Minutes | | | | | Draft minutes of meeting of L&H banking consortium dated 1/15/2001 providing legal advice re bankruptcy, restructuring of L&H financing, inventory and L&H litigation issues. | AC, WP |
| DEXPRIV000312 | DEXPRIV000312 | Dutch | Notes | 1/15/2001 | | | | Notes reflecting mental impressions of an attorney pertaining to legal issues re bankruptcy, restructuring of L&H financing, inventory and L&H litigation issues. | AC, WP |
| DEXPRIV000313 | DEXPRIV000314 | English | Minutes | | | | | Draft minutes of meeting of L&H banking consortium dated 1/15/2001 providing legal advice re restructuring of L&H financing. | AC, WP |
| DEXPRIV000315 | DEXPRIV000316 | English | Fax | 1/17/2001 | D. de Bleser | F. Sercu, L. Mesuere, F. van Steenwinkel, V. Vercaigne, F. de Potter, G. Vekeman, K. Macours, P. van Tiggel, K. van Riet, J. Vankeerberghen, C. Schneider, H. Liemen, K. Diederich | | Fax transmitting minutes of meetings of L&H banking consortium providing legal advice re valuation of assets, bankruptcy, L&H litigation strategy and restructuring of L&H financing. | AC, WP |
| DEXPRIV000317 | DEXPRIV000319 | English | Minutes | | | | | Minutes of meeting of L&H banking consortium dated 1/8/2001 providing legal advice re valuation of assets, bankruptcy, L&H litigation strategy and restructuring of L&H financing. | AC, WP |
| DEXPRIV000320 | DEXPRIV000323 | English | Minutes | | | | | Minutes of meeting of L&H banking consortium dated 1/15/2001 providing legal advice re sale of assets, L&H litigation strategy and restructuring of L&H financing. | AC, WP |
| DEXPRIV000324 | DEXPRIV000325 | English | Minutes | | | | | Minutes of meeting of L&H banking consortium dated 1/15/2001 providing legal advice re restructuring of L&H financing. | AC, WP |

1/23/2006

## Quaak v. Dexia and Related Cases
### Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV000326 | DEXPRIV000327 | English | Fax | 1/17/2001 | D. de Bleser | F. Sercu, L. Mesuere, F. van Steenwinkel, V. Vercaigne, F. de Potter, G. Vekeman, K. Macours, P. van Tiggel, K. van Riet, J. Vankeerberghen, C. Schneider, H. Liemen, K. Diederich | | Fax transmitting minutes of meetings of L&H banking consortium providing legal advice re valuation of assets, sale of assets, bankruptcy, L&H litigation strategy and restructuring of L&H financing. | AC, WP |
| DEXPRIV000328 | DEXPRIV000330 | English | Minutes | | | | | Minutes of meeting of L&H banking consortium dated 1/8/2001 providing legal advice re valuation of assets, bankruptcy, L&H litigation strategy and restructuring of L&H financing. | AC, WP |
| DEXPRIV000331 | DEXPRIV000334 | English | Minutes | | | | | Minutes of meeting of L&H banking consortium dated 1/15/2001 providing legal advice re sale of assets, L&H litigation strategy and restructuring of L&H financing. | AC, WP |
| DEXPRIV000335 | DEXPRIV000336 | English | Minutes | | | | | Minutes of meeting of L&H banking consortium dated 1/15/2001 providing legal advice re restructuring of L&H financing. | AC, WP |
| DEXPRIV000337 | DEXPRIV000338 | English | Fax | 3/12/2001 | D. de Bleser | F. Sercu, L. Mesuere, F. van Steenwinkel, V. Vercaigne, F. de Potter, G. Vekeman, K. Macours, P. van Tiggel, K. van Riet, J. Vankeerberghen, C. Schneider, H. Liemen, K. Diederich, M. Kaiser | | Fax transmitting draft minutes of meeting of L&H banking consortium providing legal advice re restructuring of L&H financing, loan security, L&H litigation strategy, bankruptcy and Creditors' Committee. | AC, WP |

1/23/2006

## Quaak v. Dexia and Related Cases
### Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV000339 | DEXPRIV000344 | English | Minutes | | | | | Minutes of meeting of L&H banking consortium dated 3/9/2001 providing legal advice re restructuring of L&H financing, loan security, L&H litigation strategy, bankruptcy and Creditors' Committee. | AC, WP |
| DEXPRIV000345 | DEXPRIV000346 | English | Fax | 3/12/2001 | D. de Bleser | F. Sercu, L. Mesuere, F. van Steenwinkel, V. Vercaigne, F. de Potter, G. Vekeman, K. Macours, P. van Tiggel, K. van Riet, J. Vankeerberghen, C. Schneider, H. Liemen, K. Diederich, M. Kaiser | | Fax transmitting draft minutes of meeting of L&H banking consortium providing legal advice re restructuring of L&H financing, loan security, L&H litigation strategy, bankruptcy and Creditors' Committee. | AC, WP |
| DEXPRIV000347 | DEXPRIV000352 | English | Minutes | | | | | Minutes of meeting of L&H banking consortium dated 3/9/2001 providing legal advice re restructuring of L&H financing, loan security, L&H litigation strategy, bankruptcy and Creditors' Committee. | AC, WP |
| DEXPRIV000353 | DEXPRIV000353 | English | Fax | 3/13/2001 | D. de Bleser | F. Sercu, L. Mesuere, F. van Steenwinkel, V. Vercaigne, F. de Potter, G. Vekeman, K. Macours, P. van Tiggel, K. van Riet, J. Vankeerberghen, C. Schneider, H. Liemen, K. Diederich, M. Kaiser | | Fax transmitting minutes of meeting of L&H banking consortium providing legal advice re restructuring of L&H financing, loan security, L&H litigation strategy, bankruptcy and Creditors' Committee. | AC, WP |

1/23/2006

## Quaak v. Dexia and Related Cases
### Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV000354 | DEXPRIV000359 | English | Minutes | | | | | Minutes of meeting of L&H banking consortium dated 3/9/2001 providing legal advice re restructuring of L&H financing, loan security, L&H litigation strategy, bankruptcy and Creditors' Committee. | AC, WP |
| DEXPRIV000360 | DEXPRIV000361 | English | Fax | 5/29/2001 | | F. Sercu, L. Mesuere, F. van Steenwinkel, V. Vercaigne, F. de Potter, G. Vekeman, K. Macours, P. van Tiggel, K. van Riet, J. Vankeerberghen, C. Schneider, H. Liemen, K. Diederich, M. Kaiser | | Fax transmitting draft minutes of meeting of L&H banking consortium providing legal advice re restructuring of L&H financing. | AC, WP |
| DEXPRIV000362 | DEXPRIV000364 | English | Minutes | | | | | Draft minutes of meeting of L&H banking consortium dated 5/8/2001 providing legal advice re restructuring of L&H financing. | AC, WP |
| DEXPRIV000365 | DEXPRIV000365 | English | Fax | 6/1/2001 | D. de Bleser | F. Sercu, L. Mesuere, F. van Steenwinkel, V. Vercaigne, F. de Potter, G. Vekeman, K. Macours, P. van Tiggel, K. van Riet, J. Vankeerberghen, C. Schneider, H. Liemen, K. Diederich, M. Kaiser | | Fax transmitting minutes of meeting of L&H banking consortium providing legal advice re restructuring of L&H financing. | AC, WP |
| DEXPRIV000368 | DEXPRIV000366 | English | Minutes | | | | | Minutes of meeting of L&H banking consortium dated 5/8/2001 providing legal advice re restructuring of L&H financing. | AC, WP |

## Quaak v. Dexia and Related Cases
### Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV000369 | DEXPRIV000373 | English | Minutes | | | | | Draft minutes of meeting of L&H banking consortium dated 1/15/2001 providing legal advice re restructuring of L&H financing. | AC, WP |
| DEXPRIV000374 | DEXPRIV000374 | Dutch | Notes | 1/15/2001 | | | | Notes reflecting mental impressions of an attorney pertaining to legal issues re bankruptcy, restructuring of L&H financing, inventory and L&H litigation issues. | AC, WP |
| DEXPRIV000375 | DEXPRIV000375 | Dutch | Fax | 1/9/2001 | K. van Riet | D. de Bleser | | Fax providing legal advice re minutes of meeting of L&H banking consortium providing legal advice re procedural issues. | AC, WP |
| DEXPRIV000376 | DEXPRIV000376 | Dutch | Fax | 1/9/2001 | K. van Riet | D. de Bleser | | Fax transmission report with copy of first page of legal advice re minutes of meeting of L&H banking consortium providing legal advice re procedural issues. | AC, WP |
| DEXPRIV000377 | DEXPRIV000377 | Dutch | Email | 1/4/2001 | K. van Riet | D. de Bleser | P. van Tiggel | Email providing legal advice re L&H litigation issues. | AC, WP |
| DEXPRIV000378 | DEXPRIV000379 | English | Email | 1/4/2001 | K. van Riet | D. de Bleser | | Email requesting and providing legal advice re L&H litigation issues. | AC, WP |
| | | English | Email | 1/4/2001 | D. de Bleser | M. Curran, S. Loosveld, C. Schneider, E. Huyghe, F. de Potter, G. Vekeman, H. Liemen, J. Vandensteen, J. Vankeerberghen, K. van Riet, K. Diederich, K. Macours, M. Tanghe, P. Cordonnier, R. Buehler, J. Nelissen Grade, C. Sunt, J. Verbist, J. Verlinden, C. Geys | | Email requesting and providing legal advice re L&H litigation issues. | AC, WP |

1/23/2006

## Quaak v. Dexia and Related Cases
## Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| | | English | Email | 1/4/2001 | S. Loosveld | D. de Bleser | M. Curran, C. Schneider, E. Huyghe, F. de Potter, G. Vekeman, H. Liemen, J. Vandensteen, J. Vankeerberghen, K. van Riet, K. Diederich, K. Macours, M. Tanghe, P. Cordonnier, R. Buehler, J. Nelissen Grade, J. Verbist, C. Sunt, J. Verlinden, C. Geys 2. Seife | Email requesting and providing legal advice re L&H litigation issues. | AC, WP |
| DEXPRIV000380 | DEXPRIV000382 | English | Email | 1/4/2001 | T. Zink | S. Loosveld | H. Seife | Email requesting and providing legal advice re L&H litigation issues. | AC, WP |
| DEXPRIV000383 | DEXPRIV000384 | English | Minutes | | | | | Minutes of meeting of L&H banking consortium dated 1/2/2001 providing legal advice re L&H litigation strategy and restructuring of L&H financing. | AC, WP |
| | | English | Minutes | 12/28/2000 | | | | Minutes of meeting of L&H banking consortium providing legal advice re L&H litigation strategy. | AC, WP |

1/23/2006

## Quaak v. Dexia and Related Cases
### Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV000385 | DEXPRIV000386 | English | Fax | 1/9/2001 | D. de Bleser | F. Sercu, L. Mesuere, F. van Steenwinkel, V. Vercaigne, A. Vercammen, F. de Potter, G. Vekeman, K. Macours, P. Cordonnier, P. Vermeiren, P. van Raemdonck, J. Vankeerberghen, C. Schneider, H. Liemen, K. Diederich | | Fax transmitting draft minutes of meeting of L&H banking consortium providing legal advice re valuation of assets, bankruptcy, L&H litigation strategy and restructuring of L&H financing. | AC, WP |
| DEXPRIV000387 | DEXPRIV000389 | English | Minutes | | | | | Draft minutes of meeting of L&H banking consortium providing legal advice re valuation of assets, bankruptcy, L&H litigation strategy and restructuring of L&H financing. | AC, WP |
| DEXPRIV000390 | DEXPRIV000391 | English | Fax | 1/3/2001 | D. de Bleser | F. Sercu, L. Mesuere, F. van Steenwinkel, V. Vercaigne, A. Vercammen, F. de Potter, G. Vekeman, K. Macours, P. Cordonnier, P. Vermeiren, P. van Raemdonck, J. Vankeerberghen, C. Schneider, H. Liemen, K. Diederich | | Fax transmitting draft minutes of meeting of L&H banking consortium providing legal advice, and request for legal advice, re L&H litigation strategy and restructuring of L&H financing. | AC, WP |

Page 26

1/23/2006

## Quaak v. Dexia and Related Cases
### Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV000392 | DEXPRIV000394 | English | Minutes | | | | | Draft minutes of meeting of L&H banking consortium dated 1/2/2001, with marginalia, providing legal advice re L&H litigation strategy and restructuring of L&H financing. | AC, WP |
| DEXPRIV000395 | DEXPRIV000396 | | Email | 12/28/2000 | D. de Bleser | D. de Bleser | | Email requesting legal advice re bankruptcy and Dictaphone. | AC, WP |
| | | English | Email | 12/28/2000 | M.Curran | D.de Bleser | | Email transmitting request for legal advice re bankruptcy and Dictaphone. | AC, WP |
| DEXPRIV000397 | DEXPRIV000398 | English | Minutes | | | | | Draft minutes of meeting dated 12/21/2000 providing legal advice re bankruptcy and Dictaphone. | AC, WP |
| DEXPRIV000399 | DEXPRIV000399 | Dutch | Email | 12/19/2000 | B. Lamiroy | K. van Riet | | Email with marginalia providing legal advice re L&H litigation strategy. | AC, WP |
| DEXPRIV000400 | DEXPRIV000400 | English | Minutes | | | | | Continuation of draft minutes of meeting of L&H banking consortium dated 12/21/2000 providing legal advice re bankruptcy and Dictaphone. | AC, WP |
| DEXPRIV000401 | DEXPRIV000403 | English | Minutes | | | | | Draft minutes of meeting of L&H banking consortium providing legal advice re bankruptcy and Dictaphone. | AC, WP |
| DEXPRIV000404 | DEXPRIV000404 | English | Memo | | | | | Continuation of notes or memorandum reflecting legal advice re litigation strategy. | WP |
| DEXPRIV000405 | DEXPRIV000406 | English | Minutes | | | | | Draft minutes of meeting of L&H banking consortium dated 12/28/2000 providing legal advice re L&H litigation strategy and restructuring of L&H financing. | AC, WP |
| DEXPRIV000407 | DEXPRIV000408 | English | Minutes | | | | | Minutes of meeting of L&H banking consortium dated 12/28/2000 providing legal advice re L&H litigation strategy and restructuring of L&H financing. | AC, WP |

Page 27

1/23/2006

## Quaak v. Dexia and Related Cases
## Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV000409 | DEXPRIV000410 | English | Fax | 12/1/2000 | D. de Bleser | F. Sercu,<br>L. Mesurer,<br>F. van Steenwinkel,<br>V. Vercaigne,<br>A. Vercammen,<br>J. Vandesteen,<br>G. Vekeman,<br>K. Macours,<br>P. Cordonnier,<br>P. Vermeiren,<br>P. van Raemdonck,<br>J. Vankeerberghen,<br>C. Schneider,<br>R. Haas,<br>K. Diederich | | Fax transmitting draft minutes of meeting of L&H banking consortium providing legal advice re L&H litigation issues. | AC, WP |
| DEXPRIV000411 | DEXPRIV000412 | English | Fax | 12/19/2000 | D. de Bleser | F. Sercu,<br>L. Mesurer,<br>F. van Steenwinkel,<br>V. Vercaigne,<br>A. Vercammen,<br>F. de Potter,<br>G. Vekeman,<br>K. Macours,<br>P. Cordonnier,<br>P. Vermeiren,<br>P. van Raemdonck,<br>J. Vankeerberghen,<br>C. Schneider,<br>R. Haas,<br>K. Diederich | | Fax transmitting draft minutes of meeting of L&H banking consortium dated 12/15/2000 providing legal advice re restructuring of L&H financing and L&H bankruptcy. | AC, WP |
| DEXPRIV000413 | DEXPRIV000414 | English | Minutes | | | | | Draft minutes of meeting of L&H banking consortium providing legal advice re restructuring of L&H financing. | AC, WP |
| DEXPRIV000415 | DEXPRIV000418 | English | Minutes | | | | | Draft minutes of meeting of L&H banking consortium dated 12/28/2000 providing legal advice re restructuring of L&H financing. | AC, WP |

1/23/2006

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV000419 | DEXPRIV000419 | English | Fax | | | | | Continuation of fax transmitting draft minutes of meeting of L&H banking consortium providing legal advice re L&H bankruptcy. | AC, WP |
| DEXPRIV000420 | DEXPRIV000423 | English | Minutes | | | | | Draft minutes of meeting of L&H banking consortium dated 12/28/2000 providing legal advice re restructuring of L&H financing. | AC, WP |
| DEXPRIV000424 | DEXPRIV000425 | English | Minutes | | | | | Draft minutes of meeting of L&H banking consortium dated 12/15/2000 providing legal advice re restructuring of L&H financing. | AC, WP |
| DEXPRIV000426 | DEXPRIV000427 | English | Fax | 12/15/2000 | D. de Bleser | F. Sercu, L. Mesuere, F. van Steenwinkel, V. Vercaigne, A. Vercammen, F. de Potter, G. Vekeman, K. Macours, P. Cordonnier, P. Vermeiren, P. van Raemdonck, J. Vankeerberghen, C. Schneider, R. Haas, K. Diederich | | Fax transmitting second part of draft minutes of meeting of L&H banking consortium providing legal advice re loan security and restructuring of L&H financing. | AC, WP |
| DEXPRIV000428 | DEXPRIV000429 | English | Minutes | | | | | Draft minutes of meeting of L&H banking consortium dated 12/15/2000 providing legal advice re restructuring of L&H financing. | AC, WP |
| DEXPRIV000430 | DEXPRIV000431 | English | Minutes | | | | | Minutes of meeting of L&H banking consortium dated 12/12/2000 providing legal advice re loan security and restructuring of L&H financing. | AC, WP |

Page 29

1/23/2006

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV000432 | DEXPRIV000433 | English | Fax | 12/14/2000 | D. de Bleser | F. Serou, L. Mesuere, F. van Steenwinkel, V. Vercaigne, A. Vercammen, F. de Potter, G. Vekman, K. Macours, P. Cordonnier, P. Vermeiren, P. van Raemdonck, J. Vankeerberghen, C. Schneider, R. Haas, K. Diederich | | Fax transmitting draft minutes of telephone conference of L&H banking consortium providing legal advice re restructuring of L&H financing. | AC, WP |
| DEXPRIV000434 | DEXPRIV000435 | English | Minutes | | | | | Minutes of conference call of L&H banking consortium dated 12/12/2000 providing legal advice re loan security and restructuring of L&H financing. | AC, WP |
| DEXPRIV000436 | DEXPRIV000437 | English | Fax | 12/5/2000 | P. Cordonnier | K. van Riet | | Fax transmitting draft minutes of meetings of L&H banking consortium with marginalia providing legal advice re Creditors' Committee, restructuring of L&H financing and Belgian litigation. | AC, WP |
| DEXPRIV000438 | DEXPRIV000440 | English | Minutes | | | | | Minutes of meetings of L&H banking consortium dated 12/4/2000 providing legal advice re Creditors' Committee, loan security, restructuring of L&H financing and Belgian litigation, with marginalia reflecting the mental impressions of an attorney. | AC, WP |
| DEXPRIV000441 | DEXPRIV000442 | English | Minutes | | | | | Minutes of meetings of L&H banking consortium with marginalia providing legal advice re Creditors' Committee, loan security, restructuring of L&H financing and Belgian litigation. | AC, WP |

Page 30

1/23/2006

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV000443 | DEXPRIV000444 | English | Fax | 12/11/2000 | D. de Bleser | F. Sercu, L. Mesuere, F. van Steenwinkel, V. Vercaigne, A. Vercammen, F. de Potter, G. Vekeman, K. Macours, P. Cordonnier, P. Vermeiren, P. van Raemdonck, J. Vankeerberghen, C. Schneider, R. Haas, K. Diederich | | Fax reflecting legal advice re restructuring of L&H financing. | AC, WP |
| DEXPRIV000445 | DEXPRIV000447 | English | Minutes | 12/4/2000 | D. de Bleser | | | Minutes of meeting of L&H banking consortium dated 12/8/2000 providing legal advice re bankruptcy, shareholders' litigation and L&H litigation strategy. | AC, WP |
| DEXPRIV000448 | DEXPRIV000449 | English | Fax | 12/4/2000 | D. de Bleser | F. Sercu, L. Mesuere, F. van Steenwinkel, V. Vercaigne, A. Vercammen, J. Vandsteen, G. Vekeman, K. Macours, P. Cordonnier, P. Vermeiren, P. van Raemdonck, J. Vankeerberghen, C. Schneider, R. Haas, K. Diederich | | Fax transmitting draft minutes of conference call of L&H banking consortium providing legal advice re L&H litigation strategy, bankruptcy and restructuring of L&H financing. | AC, WP |

1/23/2006

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV000450 | DEXPRIV000453 | English | Minutes | | | | | Minutes of conference call of L&H banking consortium dated 12/3/2000 providing legal advice re L&H litigation strategy, bankruptcy and restructuring of L&H financing, with marginalia reflecting the mental impressions of an attorney re alleged fraud. | AC, WP |
| DEXPRIV000454 | DEXPRIV000457 | English | Minutes | | | | | Minutes of conference call of L&H banking consortium dated 12/3/2000 providing legal advice re L&H litigation strategy, bankruptcy and restructuring of L&H financing, with marginalia reflecting the mental impressions of an attorney re alleged fraud. | AC, WP |
| DEXPRIV000458 | DEXPRIV000458 | English | Minutes | | | | | Minutes of conference call of L&H banking consortium dated 11/29/2000 providing legal advice re L&H Korea. | AC, WP |
| DEXPRIV000459 | DEXPRIV000460 | English | Minutes | | | | | Minutes of conference call of L&H banking consortium dated 11/29/2000 providing legal advice re sale of assets and restructuring of L&H financing. | AC, WP |
| DEXPRIV000461 | DEXPRIV000461 | English | Minutes | | | | | Minutes of meeting of L&H banking consortium dated 11/17/2000 providing legal advice re LHSP Korea. | AC, WP |
| DEXPRIV000462 | DEXPRIV000463 | Dutch | Minutes | | | | | Minutes of meeting of L&H banking consortium dated 11/15/2000 providing legal advice re loan settlement, sale of assets, Korea and restructuring of L&H financing. | AC, WP |
| DEXPRIV000464 | DEXPRIV000466 | English | Minutes | | | | | Minutes of meeting of L&H banking consortium dated 11/17/2000 providing legal advice re loan settlement, sale of assets, Korea and restructuring of L&H financing. | AC, WP |
| DEXPRIV000467 | DEXPRIV000469 | English | Minutes | | | | | Minutes of meeting of L&H banking consortium dated 11/22/2000 providing legal advice re restructuring of L&H financing. | AC, WP |
| DEXPRIV000470 | DEXPRIV000471 | English | Minutes | | | | | Minutes of meeting of L&H banking consortium dated 11/24/2000 providing legal advice re L&H litigation strategy. | AC, WP |
| DEXPRIV000472 | DEXPRIV000473 | English | Minutes | | | | | Minutes of meeting of L&H banking consortium dated 11/24/2000 providing legal advice re litigation strategy. | AC, WP |
| DEXPRIV000474 | DEXPRIV000475 | English | Minutes | | | | | Minutes of meeting of L&H banking consortium dated 11/26/2000 providing legal advice re restructuring of L&H financing. | AC, WP |

1/23/2006

## Quaak v. Dexia and Related Cases
## Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV000476 | DEXPRIV000478 | English | Minutes | | | | | Minutes of meeting of L&H banking consortium dated 4/12/2000 providing legal advice re Creditors' Committee, loan settlement, restructuring of L&H financing and Belgian litigation with marginalia reflecting the mental impressions of an attorney. | AC, WP |
| DEXPRIV000479 | DEXPRIV000479 | English | Minutes | | | | | Minutes of meeting of L&H banking consortium dated 12/1/2000 providing legal advice re L&H litigation strategy. | AC, WP |
| DEXPRIV000480 | DEXPRIV000482 | English | Minutes | | | | | Minutes of meeting of L&H banking consortium dated 11/29/2000 providing legal advice re restructuring of L&H financing, bankruptcy strategy and L&H litigation strategy. | AC, WP |
| DEXPRIV000483 | DEXPRIV000483 | English | Fax | 11/16/2000 | | L. Mesuere, F. van Steenwinkel, J. Vandesteen, G. Vekeman, P. Cordonnier, P. Vermeiren | | Fax transmitting minutes of meeting of L&H banking consortium providing legal advice re restructuring of L&H financing. | AC, WP |
| DEXPRIV000484 | DEXPRIV000484 | English | Letter | 11/15/2000 | KBC, Fortis and Artesia signatures | C. Schneider, P. van Raemdonck | Dresdner Bank Luxemburg | Letter providing legal advice re restructuring of L&H financing. | AC, WP |
| DEXPRIV000485 | DEXPRIV000485 | English | Fax | 11/16/2000 | | L. Mesuere, F. van Steenwinkel, J. Vandesteen, G. Vekeman, P. Cordonnier, P. Vermeiren | | Fax transmitting minutes of meeting of L&H banking consortium providing legal advice re sale of assets, L&H litigation strategy and restructuring of L&H financing. | AC, WP |
| DEXPRIV000486 | DEXPRIV000487 | Dutch | Minutes | 11/15/2000 | | | | Minutes of meeting of L&H banking consortium dated 11/15/2000 providing legal advice re sale of assets, L&H litigation strategy and restructuring of L&H financing. | AC, WP |
| DEXPRIV000488 | DEXPRIV000499 | English | Court submission | 4/7/2001 | J. Verbist | | | Draft Declaration. | WP |
| DEXPRIV000500 | DEXPRIV000500 | English | Email | 4/9/2001 | K. van Riet | B. Lamiroy | | Email providing legal advice re L&H litigation affidavit. | AC, WP |
| DEXPRIV000500 | DEXPRIV000500 | English | Email | 4/6/2001 | S. Loosveld | T. Zink | K. van Riet, T. Hall, J. Verbist | Email providing legal advice re L&H litigation affidavit. | AC, WP |

Page 33

1/23/2006

## Quaak v. Dexia and Related Cases
### Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| | | English | Email | 4/6/2001 | J. Nogay | J. Verbist, S. Loosveld | T. Hall | Email requesting legal advice re L&H litigation affidavit. | AC, WP |
| | | English | Court submission | 4/5/2001 | J. Verbist | | | Draft Brief in Support of Motion to Dismiss. | WP |
| DEXPRIV000512 | DEXPRIV000512 | English | Email | 4/9/2001 | K. van Riet | B. Lamiroy | | Email, with marginalia, providing legal advice re L&H litigation affidavit. | AC, WP |
| | | English | Email | 4/6/2001 | S. Loosveld | T. Zink | K. van Riet, T. Hall, J. Verbist | Email, with marginalia, providing legal advice re L&H litigation affidavit. | AC, WP |
| | | English | Email | 4/6/2001 | J. Nogay | J. Verbist, S. Loosveld | T. Hall | Email with marginalia, providing legal advice re L&H litigation affidavit. | AC, WP |
| | | English | Court submission | 4/5/2001 | J. Verbist | | | Draft Declaration. | AC, WP |
| DEXPRIV000522 | DEXPRIV000543 | English | Court submission | 4/8/2001 | T. Zink, A. Landis | | | Draft Memorandum of Law. | WP |
| DEXPRIV000544 | DEXPRIV000561 | English | Court submission | 4/10/2001 | T. Zink, A. Landis | | | Draft Brief in Support of Motion to Dismiss. | WP |
| DEXPRIV000562 | DEXPRIV000562 | Dutch | Letter | 4/23/2001 | J. Verbist | K. van Riet, B. Lamiroy | | Letter providing legal advice re US litigation strategy. | AC, WP |
| DEXPRIV000563 | DEXPRIV000564 | Dutch | Email | 3/29/2001 | C. Piret | F. Saverys, K. van Riet | B. Lamiroy | Email providing legal advice re L&H litigation strategy. | AC, WP |
| | | Dutch | Email | 3/29/2001 | F. Saverys | K. van Riet, C. Piret | B. Lamiroy | Email providing legal advice re L&H litigation strategy. | AC, WP |
| | | Dutch | Email | 3/29/2001 | K. van Riet | C. Piret, F. Saverys | B. Lamiroy | Email requesting and providing legal advice re L&H litigation strategy. | AC, WP |
| DEXPRIV000565 | DEXPRIV000566 | Dutch | Email | 3/29/2001 | F. Saverys | K. van Riet, C. Piret | B. Lamiroy | Email requesting and providing legal advice re L&H litigation strategy. | AC, WP |
| | | Dutch | Email | 3/29/2001 | K. van Riet | C. Piret, F. Saverys | B. Lamiroy | Email requesting and providing legal advice re L&H litigation strategy. | AC, WP |
| DEXPRIV000567 | DEXPRIV000567 | Dutch | Email | 3/17/2001 | K. van Riet | C. Piret, F. Saverys | B. Lamiroy | Email providing legal advice re US litigation strategy. | AC, WP |
| DEXPRIV000568 | DEXPRIV000571 | Dutch | Email | 3/7/2001 | S. Loosveld | K. van Riet, B. Lamiroy | J. Verbist | Email transmitting legal advice, and requesting information for the purpose of obtaining legal advice, re US litigation strategy. | AC, WP |
| | | English | Email | 3/7/2001 | T. Zink | S. Loosveld, T. Zink | J. Verbist, H. Seife | Email transmitting legal advice re US litigation strategy. | AC, WP |
| | | English | Email | 3/7/2001 | S. Loosveld | T. Zink | J. Verbist, H. Seife | Email transmitting legal advice re US litigation strategy. | AC, WP |
| | | English | Email | 3/7/2001 | T. Zink | S. Loosveld, T. Zink | J. Verbist, H. Seife | Email transmitting legal advice re US litigation strategy. | AC, WP |
| | | English | Email | 3/7/2001 | S. Loosveld | T. Zink | J. Verbist, H. Seife | Email transmitting legal advice re US litigation strategy. | AC, WP |

## Quaak v. Dexia and Related Cases
### Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| | | English | Email | 3/7/2001 | T. Zink | S. Loosveld | J. Verbist, J. Verlinden, C. Sunt, C. Geys, J. Nelissen Grade | Email transmitting legal advice re US litigation strategy. | AC, WP |
| | | English | Email | 3/7/2001 | S. Loosveld | T. Zink, H. Seife | J. Verbist, J. Verlinden, C. Sunt, C. Geys, J. Nelissen Grade | Email transmitting legal advice re US litigation strategy. | AC, WP |
| DEXPRIV000572 | DEXPRIV000573 | Dutch | Email | 3/1/2001 | K. van Riet | K. van Riet, B. Lamiroy, S. Loosveld | J. Verbist | Email providing and transmitting legal advice re litigation strategy. | AC, WP |
| | | Dutch | Email | 3/1/2001 | S. Loosveld | K. van Riet, B. Lamiroy | J. Verbist | Email providing legal advice re litigation strategy. | AC, WP |
| DEXPRIV000574 | DEXPRIV000577 | Dutch | Email | 2/5/2001 | J. Lamez | B. Lamiroy | | Email providing and transmitting legal advice re restructuring of L&H financing. | AC, WP |
| | | Dutch | Email | 2/3/2001 | S. Loosveld | K. van Riet | J. Verbist, J. Verlinden | Email providing and transmitting legal advice re restructuring of L&H financing. | AC, WP |
| | | English | Email | 2/3/2001 | S. Loosveld | H. Seife | J. Verbist, J. Verlinden, C. Geys, T. Zink | Email providing legal advice re restructuring of L&H financing. | AC, WP |
| | | English | Email | 2/2/2001 | H. Seife | S. Loosveld | J. Verbist, J. Verlinden, C. Geys, T. Zink | Email providing legal advice re restructuring of L&H financing. | AC, WP |
| | | English | Email | 2/2/2001 | S. Loosveld | H. Seife, T. Zink | J. Verbist, J. Verlinden, C. Geys | Email providing legal advice re restructuring of L&H financing. | AC, WP |
| | | English | Email | 2/1/2001 | H. Seife | S. Loosveld | J. Verbist, J. Verlinden, C. Sunt, C. Geys, J. Nelissen Grade | Email providing legal advice re restructuring of L&H financing. | AC, WP |
| DEXPRIV000578 | DEXPRIV000582 | Dutch | Email | 2/5/2001 | J. Lamez | B. Lamiroy | | Email providing and transmitting legal advice re US litigation strategy and restructuring of L&H financing. | AC, WP |
| | | Dutch | Email | 2/4/2001 | K. van Riet | S. Loosveld | J. Verbist, J. Verlinden, C. Piret, F. Saverys, P. van Tiggel | Email transmitting legal advice re US litigation strategy and restructuring of L&H financing. | AC, WP |
| | | Dutch | Email | 2/3/2001 | S. Loosveld | K. van Riet | J. Verbist, J. Verlinden | Email transmitting and providing legal advice re US litigation strategy and restructuring of L&H financing. | AC, WP |

1/23/2006

## Quaak v. Dexia and Related Cases
### Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| | | English | Email | 2/3/2001 | S. Loosveld | H. Seife | J. Verbist, J. Verlinden, C. Geys, T. Zink, K. van Riet | Email transmitting and providing legal advice re US litigation strategy and restructuring of L&H financing. | AC, WP |
| | | English | Email | 2/2/2001 | H. Seife | S. Loosveld | J. Verbist, J. Verlinden, C. Geys, T. Zink | Email providing legal advice re US litigation strategy and restructuring of L&H financing. | AC, WP |
| | | English | Email | 2/2/2001 | S. Loosveld | H. Seife, T. Zink | J. Verbist, J. Verlinden, C. Geys | Email providing legal advice re US litigation strategy and restructuring of L&H financing. | AC, WP |
| | | English | Email | 2/1/2001 | H. Seife | S. Loosveld | J. Verbist, J. Verlinden, C. Sunt, C. Geys, J. Nelissen Grade | Email providing legal advice re US litigation strategy and restructuring of L&H financing. | AC, WP |
| DEXPRIV000583 | DEXPRIV000585 | | Email | 2/5/2001 | J. Lametz | B. Lamiroy | | Email transmitting legal advice re litigation strategy and restructuring of L&H financing. | AC, WP |
| | | Dutch | Email | 2/3/2001 | K. van Riet | D. Bruneel, C. Piret, F. Saverys, P. van Tiggel | | Email providing and transmitting legal advice re litigation strategy and restructuring of L&H financing. | AC, WP |
| | | Dutch, English | Email | 2/2/2001 | S. Loosveld | K. van Riet | J. Verbist, J. Verlinden | Email providing and transmitting legal advice re litigation strategy and restructuring of L&H financing. | AC, WP |
| | | | | | H. Seife | S. Loosveld | J. Verbist, J. Verlinden, C. Geys, T. Zink | Undated email providing and transmitting legal advice re litigation strategy and restructuring of L&H financing. | AC, WP |
| | | English | Email | 2/2/2001 | S. Loosveld | H. Seife, T. Zink | J. Verbist, J. Verlinden, C. Geys | Email providing legal advice re litigation strategy and restructuring of L&H financing. | AC, WP |
| | | English | Email | 2/1/2001 | H. Seife | S. Loosveld | J. Verbist, J. Verlinden, C. Sunt, C. Geys, J. Nelissen Grade | Email providing legal advice re litigation strategy and restructuring of L&H financing. | AC, WP |
| DEXPRIV000586 | DEXPRIV000589 | Dutch | Email | 2/5/2001 | J. Lametz | B. Lamiroy | | Email providing and transmitting legal advice re litigation strategy and restructuring of L&H financing. | AC, WP |

Page 36

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| | | Dutch | Email | 2/3/2001 | K. van Riet | D. Bruneel, C. Piret, F. Saverys, P. van Tiggel | J. Verbist, S. Loosveld, J. Verlinden | Email providing and transmitting legal advice re L&H litigation strategy and restructuring of L&H financing. | AC, WP |
| | | Dutch | Email | 2/3/2001 | S. Loosveld | K. van Riet | J. Verbist, J. Verlinden | Email providing and transmitting legal advice re L&H litigation strategy and restructuring of L&H financing. | AC, WP |
| | | English | Email | 2/3/2001 | S. Loosveld | H. Seife | J. Verbist, J. Verlinden, C. Geys, T. Zink, K. van Riet | Email providing and transmitting legal advice re L&H litigation strategy and restructuring of L&H financing. | AC, WP |
| | | English | Email | 2/2/2001 | H. Seife | S. Loosveld | J. Verbist, J. Verlinden, C. Geys, T. Zink | Email providing legal advice re litigation strategy and restructuring of L&H financing. | AC, WP |
| | | English | Email | 2/2/2001 | S. Loosveld | H. Seife, T. Zink | J. Verbist, J. Verlinden, C. Geys | Email providing legal advice re litigation strategy and restructuring of L&H financing. | AC, WP |
| | | English | Email | 2/1/2001 | H. Seife | S. Loosveld | J. Verbist, J. Verlinden, C. Sunt, C. Geys, J. Nelissen Grade | Email providing legal advice re litigation strategy and restructuring of L&H financing. | AC, WP |
| DEXPRIV000590 | DEXPRIV000590 | Dutch | Email | 2/5/2001 | K. van Riet | D. Bruneel, C. Piret | F. Saverys, P. van Tiggel, B. Lamiroy | Email providing legal advice re restructuring of L&H financing and litigation strategy. | AC, WP |
| DEXPRIV000591 | DEXPRIV000591 | Dutch | Fax | 1/31/2001 | J. Verbist | K. van Riet, B. Lamiroy | | Fax providing legal advice re L&H litigation strategy. | AC, WP |
| | | English | Fax | 1/31/2001 | J. Verbist | T. Zink, H. Seife | | Fax transmitting information on which to base legal advice re L&H litigation strategy. | AC, WP |
| DEXPRIV000594 | DEXPRIV000594 | Dutch | Email | 1/31/2001 | K. van Riet | C. Piret, F. Saverys, P. van Tiggel, K. Herbots, B. Lamiroy, | | Email providing legal advice re L&H litigation strategy. | AC, WP |

1/23/2006

## Quaak v. Dexia and Related Cases
## Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV000595 | DEXPRIV000595 | English | Email | 1/28/2001 | T. Zink | P. Cordonnier, P. van Tiggel, K. van Riet, K. Herbots, S. Loosveld, J. Verlinden, C. Geys, C. Sunt, J. Verbist, J. Nelissen Grade | H. Seife | Email providing legal advice re US litigation issues. | AC, WP |
| | | English | Memo | 1/27/2001 | T. Zink | P. Cordonnier, P. van Tiggel, K. van Riet, K. Herbots, S. Loosveld, J. Verlinden, C. Geys, C. Sunt, J. Verbist, J. Nelissen Grade | H. Seife | Memorandum providing legal advice re US litigation issues. | AC, WP |
| DEXPRIV000599 | DEXPRIV000599 | English | Fax | 1/27/2001 | T. Zink | P. Cordonnier, P. van Tiggel, K. van Riet, K. Herbots, M. Curran, W. Haeck, M. Tanghe, D. de Bleser, E. Huyghe, V. Vercaigne, S. Loosveld, J. Verlinden, C. Geys, C. Sunt, J. Verbist, J. Nelissen Grade | H. Seife, J. Smolinsky | Email providing legal advice re US litigation issues. | AC, WP |

Page 38

1/23/2006

## Quaak v. Dexia and Related Cases
## Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV000600 | DEXPRIV000602 | English | Memo | 1/26/2001 | T.Zink | P.Cordonnier, P.van Tiggel, K.van Riet, K.Herbots, M.Curran, W.Haeck, M.Tanghe, D.de Bleser, E.Huyghe, V.Vercaigne, S.Loosveld, J.Verlinden, C.Geys, C.Sunt, J.Verbist, J.Nelissen Grade | H.Seife, J.Smolinsky | Memorandum providing legal advice re US litigation issues. | AC, WP |
| DEXPRIV000603 | DEXPRIV000604 | | Email | 12/11/2000 | K. van Riet | C. Piret, P. van Tiggel, F. Saverys, B. Lamiroy | | Email transmitting legal advice re L&H litigation strategy. | AC, WP |
| | | English | Email | 12/11/2000 | J. Verbist | T. Zink, S. Loosveld, J. Verlinden, P. Cordonnier, K. van Riet, K. Macours, V. Vercaigne, M. Curran, E. Huyghe, M. Tanghe, H. Liemen, J. Vankeerberghen | D. de Bleser, J. Nelissen Grade, C. Sunt, C. Geys | Email providing legal advice re L&H litigation strategy. | AC, WP |

Page 39

1/23/2006

## Quaak v. Dexia and Related Cases
### Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| | | English | Email | 12/1/1981 | T. Zink | J. Verbist, S. Loosveld, J. Verlinden, P. Cordonnier, K. van Riet, K. Macours, V. Vercaigne, M. Curran, E. Huyghe, M. Tanghe, H. Liemen, J. Vankeerberghen, | | Email providing legal advice re L&H litigation strategy. | AC, WP |
| DEXPRIV000605 | DEXPRIV000605 | Dutch | Email | 3/12/2001 | F. Saverys | K. van Riet, C. Piret | B. Lamiroy | Email providing legal advice with marginalia reflecting the mental impressions of an attorney re L&H litigation strategy. | AC, WP |
| | | Dutch | Email | 3/12/2001 | K. van Riet | C. Piret, F. Saverys | B. Lamiroy | Email providing legal advice with marginalia reflecting the mental impressions of an attorney re L&H litigation strategy. | AC, WP |
| DEXPRIV000606 | DEXPRIV000608 | Dutch | Email | 2/5/2001 | J. Lametz | B. Lamiroy | | Email transmitting legal advice re litigation strategy and restructuring of L&H financing. | AC, WP |
| | | Dutch | Email | 2/3/2001 | S. Loosveld | K. van Riet | J. Verbist, J. Verlinden | Email providing and transmitting legal advice re litigation strategy and restructuring of L&H financing. | AC, WP |
| | | English | Email | 2/2/2001 | H. Seife | S. Loosveld | J. Verbist, J. Verlinden, C. Geys, T. Zink | Email providing legal advice re litigation strategy and restructuring of L&H financing. | AC, WP |
| | | English | Email | 2/2/2001 | S. Loosveld | H. Seife, T. Zink | J. Verbist, J. Verlinden, C. Geys, T. Zink | Email providing legal advice re litigation strategy and restructuring of L&H financing. | AC, WP |
| | | English | Email | 2/1/2001 | H. Seife | S. Loosveld | J. Verbist, J. Verlinden, C. Sunt, C. Geys, J. Nelissen Grade | Email providing legal advice re litigation strategy and restructuring of L&H financing. | AC, WP |
| DEXPRIV000609 | DEXPRIV000609 | Dutch | Handwritten notes | | | | | Undated handwritten notes reflecting the mental impressions of an attorney re restructuring of L&H financing. | AC, WP |
| DEXPRIV000610 | DEXPRIV000610 | | | | | | | Intentional gap. | |

Page 40