## Quaak v. Dexia and Related Cases
## Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV000611 | DEXPRIV000611 | Dutch | Fax | 7/25/2000 | Rsk Management Department | Banque Artesia | | Transmission report with image of first page of fax transmitting legal advice re loan settlement. | AC, WP |
| DEXPRIV000612 | DEXPRIV000612 | Dutch | Notes | 9/28/1996 | | | | File memorandum with marginalia reflecting mental impressions of an attorney including request for legal advice re loan settlement. | AC, WP |
| DEXPRIV000613 | DEXPRIV000613 | Dutch | Notes | 9/28/1996 | | | | File memorandum with marginalia reflecting mental impressions of an attorney including request for legal advice re loan settlement. | AC, WP |
| DEXPRIV000614 | DEXPRIV000615 | Dutch | Email | 7/25/2000 | A. Louwrier | P. Rabaey, J. van Broeckhoven, S. Prins | H. Fledderus, P. Holla | Email providing legal advice re loan settlement. | AC, WP |
| DEXPRIV000616 | DEXPRIV000617 | Dutch | Fax | 7/25/2000 | P. Rabaey | J. van Broeckhoven, S. Prins, H. Fledderus, A. Louwrier | | Fax transmitting legal advice re loan settlement. | AC, WP |
| | | Dutch | Letter | 7/7/2000 | Artesia Bank NV | Bastiaens | | Draft letter reflecting mental impressions of an attorney re loan settlement. | AC, WP |
| | | Dutch | Agreement | | | | | Draft agreement dated 2000 reflecting mental impressions of an attorney re loan settlement. | AC, WP |
| DEXPRIV000627 | DEXPRIV000627 | Dutch | Letter | 11/30/2000 | Linklaters | K. van Riet, B. Lamiroy | | First page of letter providing legal advice re restructuring of L&H financing. | AC, WP |
| DEXPRIV000628 | DEXPRIV000628 | Dutch | Letter | 6/6/2001 | J. Verbist | K. van Riet | | Letter providing legal advice re Belgian litigation practice. | AC, WP |
| DEXPRIV000629 | DEXPRIV000629 | Dutch | Email | 12/19/2000 | A. Louwrier | B. Lamiroy | K. van Riet, J. Blomkwist, H. Fledderus, J. van Broeckhoven | Email providing legal advice, with marginalia reflecting the mental impressions of an attorney, re Dutch litigation issues. | AC, WP |
| | | Dutch | Email | 12/19/2000 | B. Lamiroy | A. Louwrier | K. van Riet, J. Blomkwist | Email providing legal advice, with marginalia reflecting the mental impressions of an attorney, re Dutch litigation issues. | AC, WP |
| DEXPRIV000630 | DEXPRIV000631 | | | | | | | Intentional gap. | |
| DEXPRIV000632 | DEXPRIV000633 | English | Fax | 1/17/2003 | G. Vekeman | D. de Bleser, M. Tanghe, K. van Riet, J. Vankeerberghen, H. Liemen | | Fax providing legal advice re L&H shareholders' litigation. | AC, WP |

## Quaak v. Dexia and Related Cases
### Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV000634 | DEXPRIV000634 | French | Fax | 1/20/2003 | Fortis | | | Draft letter reflecting the mental impressions of an attorney re restructuring of L&H financing. | AC, WP |
| DEXPRIV000635 | DEXPRIV000719 | | | | | | | Intentional gap. | |
| DEXPRIV000720 | DEXPRIV000722 | Dutch | Handwritten notes | | | | | Undated handwritten notes reflecting request for legal advice re L&H shareholders' litigation in Belgium. | AC, WP |
| DEXPRIV000723 | DEXPRIV000723 | Dutch | Email | 4/17/2001 | P. Vanwing | I. Janssens, D. Sioen | D. Leys, T. Claes, B. Biesemans | Email providing and requesting legal advice re L&H shareholders' meeting. | AC, WP |
| | | Dutch | Email | 4/17/2001 | D. Sioen | I. Janssens, P. Vanwing | D. Leys, T. Claes, B. Biesemans | Email providing and requesting legal advice re L&H shareholders' meeting. | AC, WP |
| | | Dutch | Email | 4/17/2001 | P. Vanwing | I. Janssens, D. Sioen | D. Leys, T. Claes, B. Biesemans | Email requesting legal advice re L&H shareholders' meeting. | AC, WP |
| DEXPRIV000724 | DEXPRIV000724 | Dutch | Fax | 4/17/2001 | 2. P. Vanwing | 1/2. D. Sioen, I. Janssens | 2. D. Leys, T. Claes, B. Biesemans | Fax transmitting email requesting legal advice re L&H shareholders' meeting. | AC, WP |
| DEXPRIV000725 | DEXPRIV000725 | Dutch | Proxy | | | | | Draft proxy with marginalia reflecting request for legal advice re L&H shareholders' meeting. | AC, WP |
| DEXPRIV000726 | DEXPRIV000726 | Dutch | Email | 1/24/2001 | I. Janssens | T. Claes | E. Messely, D. Sioen | Email providing and requesting legal advice re L&H shareholders' litigation in Belgium. | AC, WP |
| | | Dutch | Email | 1/24/2001 | T. Claes | I. Janssens | D. Sioen | Email requesting legal advice re L&H shareholders' litigation in Belgium. | AC, WP |
| DEXPRIV000727 | DEXPRIV000727 | Dutch | Certificate | 12/6/2000 | P. van Huyck, W. Lauwers | Qualifying clients | | Draft certificate reflecting the mental impressions of an attorney re L&H shareholders' litigation in Belgium. | AC, WP |
| DEXPRIV000728 | DEXPRIV000728 | Dutch | Email | 1/22/2001 | T. Claes | I. Janssens | D. Sioen | Email providing legal advice re L&H shareholders' litigation. | AC, WP |
| DEXPRIV000729 | DEXPRIV000730 | Dutch | Draft certificate | 12/6/2000 | BACOB Bank: van Huyck, Lauwers | | | Draft certificate reflecting the mental impression of an attorney re L&H shareholders' litigation. | AC, WP |
| DEXPRIV000731 | DEXPRIV000731 | Dutch | Memo | | T. Claes | | | Undated handwritten note reflecting the mental impression of an attorney re L&H shareholders' litigation. | AC, WP |
| DEXPRIV000732 | DEXPRIV000734 | Dutch, | Email | 12/8/2000 | P. Vanwing | E. Messely, D. Sioen, I. Janssens | B. Biesemans, D. Leys | Email requesting legal advice re L&H shareholders' litigation. | AC, WP |
| | | French | Email | 12/8/2000 | J. Davignon | P. Vanwing | B. Mommens, B. Biesemans, J. Leys | Email transmitting information upon which legal advice is to be based re shareholders' litigation. | AC, WP |

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| | | French | Email | 12/8/2000 | P. Vanwing | J. Davignon | B. Mommens, B. Biesemans, J. Leys | Email transmitting information upon which legal advice is to be based re shareholders' litigation. | AC, WP |
| | | French | Email | 12/8/2000 | J. Davignon | P. Vanwing | B. Mommens, B. Biesemans, J. Leys | Email transmitting information upon which legal advice is to be based re shareholders' litigation. | AC, WP |
| | | French | Email | 12/8/2000 | P. Vanwing | J. Davignon | B. Mommens, B. Biesemans, J. Leys | Email providing legal advice re L&H shareholders' litigation. | AC, WP |
| | | French | Email | 12/8/2000 | J. Davignon | P. Vanwing | B. Mommens, B. Biesemans, J. Leys | Email providing legal advice re L&H shareholders' litigation. | AC, WP |
| | | Dutch | Email | 12/7/2000 | B. Biesemans | B. Mommens | J. Davignon, J. Leys, P. Vanwing | Email providing legal advice re L&H shareholders' litigation. | AC, WP |
| | | Dutch | Email | 12/7/2000 | B. Mommens | B. Biesemans | J. Davignon | Email providing legal advice re L&H shareholders' litigation. | AC, WP |
| DEXPRIV000735 | | Dutch | Email | 12/8/2000 | P. Vanwing | E. Messely, D. Sioen, I. Janssens | B. Biesemans, D. Leys | Email requesting legal advice re L&H shareholders' litigation. | AC, WP |
| | | French | Email | 12/8/2000 | J. Davignon | P. Vanwing | B. Mommens, B. Biesemans, J. Leys | Email transmitting information upon which legal advice is to be based re shareholders' litigation. | AC, WP |
| | | French | Email | 12/8/2000 | P. Vanwing | J. Davignon | B. Mommens, B. Biesemans, J. Leys | Email transmitting information upon which legal advice is to be based re shareholders' litigation. | AC, WP |
| | | French | Email | 12/8/2000 | J. Davignon | P. Vanwing | B. Mommens, B. Biesemans, J. Leys | Email transmitting information upon which legal advice is to be based re shareholders' litigation. | AC, WP |
| | | French | Email | 12/8/2000 | P. Vanwing | J. Davignon | B. Mommens, B. Biesemans, J. Leys | Email providing legal advice re L&H shareholders' litigation. | AC, WP |
| | | French | Email | 12/8/2000 | J. Davignon | P. Vanwing | B. Mommens, B. Biesemans, J. Leys | Email providing legal advice re L&H shareholders' litigation. | AC, WP |
| | | Dutch | Email | 12/7/2000 | B. Biesemans | B. Mommens | J. Davignon, J. Leys, P. Vanwing | Email providing legal advice re L&H shareholders' litigation. | AC, WP |
| DEXPRIV000738 | DEXPRIV000740 | Dutch, | Email | 12/8/2000 | P. Vanwing | E. Messely, D. Sioen, I. Janssens | B. Biesemans, D. Leys | Email requesting legal advice re L&H shareholders' litigation. | AC, WP |
| | | French | Email | 12/8/2000 | J. Davignon | P. Vanwing | B. Mommens, B. Biesemans, J. Leys | Email transmitting information upon which legal advice is to be based re shareholders' litigation. | AC, WP |

1/23/2006

## Quaak v. Dexia and Related Cases
### Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| | | French | Email | 12/8/2000 | P. Vanwing | J. Davignon | B. Mommens, B. Biesemans, J. Leys | Email transmitting information upon which legal advice is to be based re shareholders' litigation. | AC, WP |
| | | French | Email | 12/8/2000 | J. Davignon | P. Vanwing | B. Mommens, B. Biesemans, J. Leys | Email transmitting information upon which legal advice is to be based re shareholders' litigation. | AC, WP |
| | | French | Email | 12/8/2000 | P. Vanwing | J. Davignon | B. Mommens, B. Biesemans, J. Leys | Email providing legal advice re L&H shareholders' litigation. | AC, WP |
| | | French | Email | 12/8/2000 | J. Davignon | P. Vanwing | B. Mommens, B. Biesemans, J. Leys | Email providing legal advice re L&H shareholders' litigation. | AC, WP |
| | | Dutch | Email | 12/7/2000 | B. Biesemans | B. Mommens | J. Davignon, J. Leys, P. Vanwing | Email providing legal advice re L&H shareholders' litigation. | AC, WP |
| DEXPRIV000741 | DEXPRIV000742 | Dutch | Email | 12/4/2000 | D. Leys | I. Janssens, P. Vanwing | Dominique Sioen, E. Messely | Email providing legal advice re L&H shareholders' litigation. | AC, WP |
| | | Dutch | Email | 12/4/2000 | P. Vanwing | I. Janssens | D. Sioen, E. Messely, D. Leys | Email providing legal advice re L&H shareholders' litigation. | AC, WP |
| | | Dutch | Email | 12/1/2000 | I. Janssens | P. Vanwing | D. Sioen, E. Messely | Email providing legal advice re L&H shareholders' litigation. | AC, WP |
| | | Dutch | Email | 12/1/2000 | P. Vanwing | I. Janssens, D. Sioen | | Email transmitting information upon which legal advice is to be based re L&H shareholders' litigation. | AC, WP |
| | | Dutch | Email | 12/1/2000 | A. Vandeput | P. Vanwing | A. Vandeput, J. Leys | Email requesting legal advice re L&H shareholders' litigation. | AC, WP |
| DEXPRIV000743 | DEXPRIV000743 | Dutch | Email | 4/18/2001 | D. Raskin | D. Sioen | H. Lasat | Email providing legal advice re L&H shareholders' litigation. | AC, WP |
| | | Dutch | Email | 4/17/2001 | D. Sioen | D. Raskin, I. Janssens | H. Colle | Email providing and requesting legal advice re L&H shareholders' litigation. | AC, WP |
| DEXPRIV000744 | DEXPRIV000744 | Dutch | Email | 12/15/2000 | D. Sioen | P. Peeters, S. Craeynest, H. van den Eede | | Email requesting legal advice re L&H shareholders' litigation. | AC, WP |
| | | Dutch | Email | 11/30/2000 | S. Craeynest | D. Sioen, P. Peeters | | Email providing legal advice re L&H shareholders' litigation. | AC, WP |
| DEXPRIV000745 | DEXPRIV000745 | Dutch | Email | 11/30/2000 | S. Craeynest | D. Sioen, P. Peeters | | Email requesting legal advice re L&H shareholders' litigation. | AC, WP |
| DEXPRIV000746 | DEXPRIV000747 | Dutch | Email | | I. Janssens | D. Sioen, P. Peeters | | Email with handwritten marginalia reflecting the mental impression of an attorney and providing legal advice re L&H shareholders' litigation. | AC, WP |

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| | | Dutch | Email | 11/28/2000 | D. Sioen | I. Janssens | S. Craeynest | Email providing legal advice re L&H shareholders' litigation. | AC, WP |
| | | Dutch | Email | 11/28/2000 | S. Craeynest | D. Sioen, P. Peeters | K. Maes, P. Mahieu, F. Daneels | Email providing and requesting legal advice re L&H shareholders' litigation. | AC, WP |
| | | Dutch | Email | 11/28/2000 | F. Daneels | S. Craeynest | | Email transmitting information upon which legal advice is to be based re L&H shareholders' litigation. | AC, WP |
| | | Dutch | Email | 11/27/2000 | G. Dielissen | F. Daneels | | Email requesting information for purpose of legal advice re L&H shareholders' litigation. | AC, WP |
| DEXPRIV000748 | DEXPRIV000748 | Dutch | Email | | D. Sioen | H. Lasat | | Email providing legal advice re L&H shareholders' litigation. | AC, WP |
| DEXPRIV000749 | DEXPRIV000749 | French | Email | 12/21/2000 | D. Sioen | D. Raskin, V. Scoriels | L. Gryp, H. Lasat | Email providing legal advice re L&H shareholders' litigation. | AC, WP |
| | | French | Email | 12/20/2000 | V. Scoriels | D. Raskin | D. Sioen, L. Gryp | Email providing legal advice re L&H shareholders' litigation. | AC, WP |
| DEXPRIV000750 | DEXPRIV000750 | French | Email | 12/20/2000 | V. Scoriels | D. Raskin, V. Scoriels | D. Sioen, L. Gryp | Email providing legal advice re L&H shareholders' litigation. | AC, WP |
| DEXPRIV000751 | DEXPRIV000751 | French | Email | 12/21/2000 | D. Sioen | D. Raskin, V. Scoriels | D. Sioen, L. Gryp | Email providing legal advice re L&H shareholders' litigation. | AC, WP |
| | | French | Email | 12/20/2000 | V. Scoriels | D. Raskin | D. Sioen, L. Gryp | Email providing legal advice re L&H shareholders' litigation. | AC, WP |
| DEXPRIV000752 | DEXPRIV000753 | Dutch | Email | 12/13/2000 | R. Duyck | C. Lefrancq, H. Lasat, H. Colle | D. Sioen | Email providing legal advice re L&H shareholders' litigation. | AC, WP |
| | | Dutch | Email | 12/13/2000 | C. Lefrancq | R. Duyck, H. Lasat, H. Colle | D. Sioen | Email providing legal advice re L&H shareholders' litigation. | AC, WP |
| | | Dutch | Email | 12/12/2000 | H. Lasat | R. Greindl, R. Duyck | | Email providing legal advice re L&H shareholders' litigation. | AC, WP |
| | | Dutch | Email | 12/11/2000 | D. Sioen | H. Lasat | B. Davister, H. Colle, K. Maes | Email providing legal advice re L&H shareholders' litigation. | AC, WP |
| | | Dutch | Email | 12/8/2000 | H. Lasat | D. Sioen | B. Davister, H. Colle, K. Maes | Email requesting legal advice re L&H shareholders' litigation. | AC, WP |
| DEXPRIV000754 | DEXPRIV000755 | Dutch | Email | 12/12/2000 | C. Lefrancq | R. Duyck, H. Lasat, H. Colle | | Email providing legal advice re L&H shareholders' litigation. | AC, WP |
| | | Dutch | Email | 12/12/2000 | H. Lasat | R. Greindl, R. Duyck | | Email providing legal advice re L&H shareholders' litigation. | AC, WP |
| | | Dutch | Email | 12/11/2000 | D. Sioen | H. Lasat | B. Davister, H. Colle, K. Maes | Email providing legal advice re L&H shareholders' litigation. | AC, WP |

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| DEXPRIV000756 | | Dutch | Email | 12/8/2000 | H. Lasat | D. Sioen | B. Davister, H. Colle, K. Maes | Email requesting legal advice re L&H shareholders' litigation. | AC, WP |
| DEXPRIV000757 | DEXPRIV000756 | Dutch | Email | 12/12/2000 | D. Sioen | H. Colle, H. Lasat, K. Maes | | Email providing legal advice re Beveks litigation. | AC, WP |
| DEXPRIV000758 | DEXPRIV000757 | Dutch | Letter | | | | | Draft letter, without date, reflecting the mental impression of an attorney re L&H shareholders' litigation. | AC, WP |
| DEXPRIV000759 | DEXPRIV000758 | Dutch | Letter | | | | | Draft letter, without date, reflecting the mental impression of an attorney re L&H shareholders' litigation. | AC, WP |
| DEXPRIV000760 | DEXPRIV000759 | Dutch | Letter | | L. Colle, H. Lasat | | | Draft letter, without date, reflecting the mental impression of an attorney re L&H shareholders' litigation. | AC, WP |
| DEXPRIV000761 | DEXPRIV000760 | French | Letter | | | | | Draft letter, without date, reflecting the mental impression of an attorney re L&H shareholders' litigation. | AC, WP |
| DEXPRIV000762 | DEXPRIV000761 | Dutch | Letter | | | | | Draft letter, without date, reflecting the mental impression of an attorney re L&H shareholders' litigation. | AC, WP |
| DEXPRIV000763 | DEXPRIV000762 | French | Letter | | | | | Draft letter, without date, reflecting the mental impression of an attorney re L&H shareholders' litigation. | AC |
| DEXPRIV000766 | DEXPRIV000765 | Dutch | Note | | | | | Undated handwritten note reflecting the mental impression of an attorney re L&H shareholders' litigation. | AC, WP |
| | DEXPRIV000766 | Dutch | Email | 12/19/2000 | D. Sioen | I. Janssens | | Email providing legal advice re L&H shareholders' litigation. | AC, WP |
| DEXPRIV000767 | | Dutch | Email | 12/19/2000 | H. Lasat | D. Sioen | | Email requesting legal advice re L&H shareholders' litigation. | AC, WP |
| DEXPRIV000768 | DEXPRIV000767 | Dutch | Email | 12/19/2000 | I. Janssens | H. Lasat | D. Sioen | Email requesting legal advice re L&H shareholders' litigation. | AC, WP |
| DEXPRIV000769 | DEXPRIV000768 | English | Letter | | | | | Draft letter, without date, providing legal advice re L&H shareholders' litigation. | AC, WP |
| DEXPRIV000772 | | English | Fax | 7/9/2002 | C. Rivera | B. Lamiroy | K. van Riet | Fax transmitting legal advice re L&H bankruptcy. | AC, WP |
| DEXPRIV000773 | DEXPRIV000769 | English | Memo | 7/8/2002 | T. Zink, C. Rivera | The Bank Group | | Memo providing legal advice re L&H bankruptcy litigations. | AC, WP |
| DEXPRIV000775 | | English, Dutch | Note | | | | | Undated handwritten note, largely illegible, reflecting the mental impression of an attorney re L&H shareholders' litigation. | WP |
| DEXPRIV000776 | DEXPRIV000777 | Dutch | Letter | | | | | Draft letter, without date, providing legal advice re L&H shareholders' litigation. | WP |

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV000778 | DEXPRIV000778 | Dutch | Email | 6/14/2001 | S. Loosveld | K. van Riet | B. Lamiroy, J. Verbist | Email providing legal advice re security agreement. | AC, WP |
| DEXPRIV000779 | DEXPRIV000779 | Dutch | Email | 6/14/2001 | K. van Riet | B. Lamiroy | | Email providing legal advice re L&H security. | AC, WP |
| | | Dutch | Email | 6/12/2001 | K. van Riet | S. Loosveld | | Email providing legal advice re L&H security. | AC, WP |
| DEXPRIV000780 | DEXPRIV000780 | Dutch | Email | 6/12/2001 | S. Loosveld | K. van Riet | J. Verbist | Email providing legal advice re L&H security. | AC, WP |
| | | Dutch | Email | 6/12/2001 | K. van Riet | S. Loosveld | | Email providing legal advice re L&H security. | AC, WP |
| DEXPRIV000781 | DEXPRIV000783 | Dutch | Letter | | Artesia N. V, Banque Arestia Nederland | P. Hauspie, J. Lernout, N. Willaert | | Draft letter, without date, with handwritten marginalia reflecting the mental impression of an attorney re loan settlement and loan security. | AC, WP |
| DEXPRIV000784 | DEXPRIV000792 | English | Draft agreement | 2/12/2001 | | | | Draft agreement reflecting the mental impression of an attorney re security agreement. | AC, WP |
| DEXPRIV000793 | DEXPRIV000794 | Dutch | Email | 5/5/2001 | S. Loosveld | K. van Riet | J. Verbist | Email providing legal advice re security and re loan settlement. | AC, WP |
| DEXPRIV000795 | DEXPRIV000805 | Dutch, English | Email | 5/5/2001 | S. Loosveld | K. van Riet | J. Verbist | Email providing legal advice re security and re loan settlement. | AC, WP |
| DEXPRIV000806 | DEXPRIV000814 | English | Draft agreement | 5/5/2001 | | | | Draft agreement reflecting the mental impression of an attorney re security agreement. | AC, WP |
| DEXPRIV000815 | DEXPRIV000815 | Dutch | Email | 5/11/2001 | S. Loosveld | K. van Riet | J. Verbist | Email providing legal advice re exercise of collateral rights. | AC, WP |
| DEXPRIV000816 | DEXPRIV000817 | Dutch | Email | 5/13/2001 | S. Loosveld | G. De Pestel | K. van Riet, P. Colle, J. Verbist | Email providing legal advice re collateral rights. | AC, WP |
| | | Dutch | Email | 5/7/2001 | G. de Pestel | S. Loosveld | K. van Riet, P. Colle. | Email requesting and providing legal advice re collateral rights. | AC, WP |
| DEXPRIV000818 | DEXPRIV000818 | Dutch | Email | 3/28/2001 | K. van Riet | C. Piret, F. Saverys | B. Lamiroy | Email providing legal advice re security agreement. | AC, WP |
| DEXPRIV000819 | DEXPRIV000821 | Dutch | Email | 3/14/2001 | S. Loosveld | K. van Riet, B. Lamiroy | J. Verbist | Email providing legal advice re security agreement and loan settlement. | AC, WP |
| DEXPRIV000822 | DEXPRIV000822 | Dutch | Email | 2/23/2001 | B. Lamiroy | J. Verbist, S. Loosveld | C. Piret, F. Saverys, K. van Riet, P. van Tiggel, P. Cordonnier | Email requesting and providing legal advice re collateral rights. | AC, WP |
| DEXPRIV000823 | DEXPRIV000824 | Dutch | Email | 2/23/2001 | C. Piret | F. Saverys, K. van Riet | P. van Tiggel, B. Lamiroy | Email providing legal advice re security agreement and loan settlement. | AC, WP |
| | | French | Email | 2/23/2001 | F. Saverys | C. Piret | | Email providing legal advice re security agreement and loan settlement. | AC, WP |
| | | Dutch | Email | 2/22/2001 | K. van Riet | C. Piret | | Email providing legal advice re security agreement and loan settlement. | AC, WP |

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| | | Dutch | Email | 2/22/2001 | J. Verbist | K. van Riet, B. Lamiroy | | Email transmitting information upon which legal advice is to be based re security agreement and loan settlement. | AC, WP |
| | | Dutch | Email | 2/21/2001 | D. van Gerven | J. Verbist | M. Boudewijns, M. van Huffelen | Email transmitting information upon which legal advice is to be based re security agreement and loan settlement. | AC, WP |
| | | Dutch | Email | 2/21/2001 | J. Verbist | D. van Gerven, J. Verbist | M. Boudewijns, M. van Huffelen | Email transmitting information upon which legal advice is to be based re security agreement and loan settlement. | AC, WP |
| | | Dutch | Email | 2/20/2001 | D. van Gerven | J. Verbist | M. Boudewijns, M. van Huffelen | Email providing legal advice re security agreement and loan settlement. | AC, WP |
| DEXPRIV000825 | DEXPRIV000825 | Dutch | Email | 2/7/2001 | K. van Riet | P. Cordonnier, P. van Tiggel, B. Lamiroy | | Email transmitting draft security agreement reflecting the mental impression of an attorney. | AC, WP |
| | | Dutch | Email | 2/7/2001 | V. van Isterdael | K. van Riet | | Email providing legal advice re security agreement. | AC, WP |
| DEXPRIV000826 | DEXPRIV000831 | Dutch | Draft agreement | | | | | Draft agreement dated "2001" reflecting the mental impression of an attorney re security agreement. | AC, WP |
| DEXPRIV000832 | DEXPRIV000833 | Dutch | Email | 2/12/2001 | C. Piret | K. van Riet | P. van Tiggel, F. Saverys, K. Herbots, B. Lamiroy | Email requesting legal advice re security agreement. | AC, WP |
| | | Dutch | Email | 2/12/2001 | K. van Riet | C. Piret, F. Saverys, K. Herbots, B. Lamiroy | | Email providing legal advice re security agreement. | AC, WP |
| DEXPRIV000834 | DEXPRIV000835 | Dutch | Email | 12/28/2000 | P. Cordonnier | K. van Riet, P. van Tiggel | | Email providing legal advice re security agreement. | AC, WP |
| DEXPRIV000836 | DEXPRIV000836 | Dutch | Note | | | | | Undated note containing handwritten marginalia providing legal advice re security. | AC, WP |
| DEXPRIV000837 | DEXPRIV000837 | French | Email | 12/27/2000 | S. Frei | P. Cordonnier | C. Piret, K. van Riet, P. van Tiggel | Email providing legal advice re security agreement and re restructuring of L&H financing. | AC, WP |
| DEXPRIV000838 | DEXPRIV000843 | Dutch | Email | 12/28/2000 | J. Verbist | K. van Riet | S. Loosveld | Email providing legal advice re security agreement. | AC, WP |
| | | Dutch | Email | 12/28/2000 | D. van Gerven | D. van Gerven, Secr@van-huffelen.be, M. Boudewijns, J. Verbist | S. Loosveld | Email providing legal advice re loan settlement and re security agreement. | AC, WP |
| | | Dutch | Email | 12/27/2000 | J. Verbist | M. Boudewijns, Secr@van-huffelen.be, D. van Gerven | | Email providing legal advice and requesting information for purpose of legal advice re security agreement. | AC, WP |

## Quaak v. Dexia and Related Cases
## Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV000844 | DEXPRIV000845 | Dutch | Email | 12/22/2000 | K. van Riet | P. van Tiggel, B. Lamiroy, P. Cordonnier | | Email providing legal advice re security agreement. | AC, WP |
| | | Dutch | Email | 12/22/2000 | S. Loosveld | K. van Riet | J. Verbist, B. Moerman, B. van den Hove | | AC, WP |
| DEXPRIV000846 | DEXPRIV000846 | Dutch | Email | 12/22/2000 | K. van Riet | P. Cordonnier | J. Verbist, H. Vanhulle, S. Loosveld | Email providing legal advice re security agreement. | AC, WP |
| DEXPRIV000847 | DEXPRIV000859 | Dutch | Note | 12/22/2000 | De Bandt, van Hecke, Lagae & Loesch | Artesia Bank | | Note providing legal advice re security agreement. | AC, WP |
| DEXPRIV000860 | DEXPRIV000860 | Dutch | Email | 12/19/2000 | P. Cordonnier | C. Waerzeggers | | Email transmitting information for purpose of legal advice re security agreement. | AC, WP |
| | | Dutch | Email | 12/19/2000 | P. Cordonnier | H. vanHulle, C. Waerzeggers | | Email requesting information for purpose of legal advice re security agreement. | AC, WP |
| DEXPRIV000861 | DEXPRIV000861 | Dutch | Email | 12/15/2000 | P. Cordonnier | P. van Tiggel, J. Rome, L. Govaert, X. Michel, K. van Riet, K. Herbots, P. Cordonnier, S. Decraene, S. Frei | | Email providing legal advice re security agreement. | AC, WP |
| DEXPRIV000862 | DEXPRIV000863 | Dutch | Email | 12/19/2000 | P. Cordonnier | X. Michel | | Email providing legal advice re security agreement. | AC, WP |
| | | Dutch | Email | 12/19/2000 | X. Michel | P. Cordonnier | | Email providing legal advice re security agreement. | AC, WP |
| | | Dutch | Email | 12/19/2000 | P. Cordonnier | K. van Riet, X. Michel, M. Colle | P. van Tiggel | Email requesting legal advice and information re security agreement. | AC, WP |
| | | Dutch | Email | 12/15/2000 | P. Cordonnier | K. van Riet, X. Michel | P. van Tiggel | Email requesting information for purpose of legal advice re security agreement. | AC, WP |
| DEXPRIV000864 | DEXPRIV000864 | Dutch | Email | 12/19/2000 | P. Cordonnier | M. Colle, K. van Riet | P. van Tiggel | Email providing legal advice re security agreement. | AC, WP |
| | | Dutch | Email | 12/19/2000 | S. Loosveld | P. Cordonnier | | Email providing legal advice re security agreement. | AC, WP |
| DEXPRIV000865 | DEXPRIV000865 | Dutch | Email | 12/15/2000 | S. Loosveld | P. Cordonnier | J. Verbist | Email providing legal advice and transmitting document reflecting the mental impression of an attorney re security agreement. | AC, WP |
| DEXPRIV000866 | DEXPRIV000868 | English | Draft agreement | | | | | Draft Share Transfer Agreement dated 1996 reflecting the mental impression of an attorney re security agreement. | AC |

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV000869 | DEXPRIV000871 | Dutch | Email | 12/13/2000 | S. Loosveld | M. Colle | | Email transmitting information upon which legal advice is to be based re security agreement. | AC, WP |
| | | Dutch | Email | 12/13/2000 | S. Loosveld | M. Colle | | Email providing legal advice re security agreement, includes handwritten marginalia reflecting the mental impression of an attorney re same. | AC, WP |
| | | Dutch | Email | 12/13/2000 | S. Loosveld | K. van Riet, P. Cordonnier, M. Colle | J. Verbist, H. Vanhulle, C. Waerzeggers | Email providing legal advice re security agreement. | AC, WP |
| DEXPRIV000872 | DEXPRIV000872 | Dutch | Email | 11/17/2000 | P. Cordonnier | Van Riet, Karel, M. Colle | J. Verbist | Email providing legal advice re collateral. | AC, WP |
| DEXPRIV000873 | DEXPRIV000875 | Dutch | Email | 11/16/2000 | S. Loosveld | P. Cordonnier | | Email providing legal advice re collateral. Intentional gap. | AC, WP |
| DEXPRIV000876 | DEXPRIV000876 | Dutch | Email | 11/17/2000 | P. Cordonnier | K. van Riet, M. Colle | | Email providing legal advice re security agreement. | AC, WP |
| DEXPRIV000877 | DEXPRIV000879 | Dutch, English | Email | | S. Loosveld | Mr. Cordonier | | Undated email providing legal advice re security agreement and re collateral. | AC |
| DEXPRIV000880 | DEXPRIV000882 | Dutch | Email | 11/17/2000 | P. Cordonnier | M. Colle, K. van Riet | | Email providing legal advice re security agreement. | AC, WP |
| | | Dutch | Email | 11/17/2000 | S. Loosveld | P. crodonnier | J. Verbist | Email providing legal advice re security agreement. | AC, WP |
| | | Dutch | Email | 11/17/2000 | R. Olson | S. Loosveld | L. Barrett | Email providing legal advice re security agreement and re collateral. | AC, WP |
| DEXPRIV000883 | DEXPRIV000884 | Dutch | Email | 11/15/2000 | S. Loosveld | R. Olson | J. Verbist, D. Leclercq | Email providing legal advice re security agreement. | AC, WP |
| | | Dutch | Email | 11/16/2000 | P. Cordonnier | M. Colle, K. van Riet | J. Verbist | Email providing legal advice re security agreement. | AC, WP |
| | | English | Email | 11/16/2000 | S. Loosveld | P. Cordonnier | J. Verbist, E. Ooi | Email providing legal advice re security agreement. | AC, WP |
| | | English | Email | 11/16/2000 | E. Ooi | S. Loosveld | J. Verbist, E. Ooi | Email requesting legal advice re security agreement. | AC, WP |
| DEXPRIV000885 | DEXPRIV000886 | Dutch | Email | 11/15/2000 | S. Loosveld | C. Ho | | Email transmitting legal advice re security agreement. | AC, WP |
| | | English | Email | 11/16/2000 | P. Cordonnier | M. Colle, K. van Riet | J. Verbist | Email transmitting legal advice re security agreement. | AC, WP |
| | | English | Email | 11/16/2000 | S. Loosveld | P. Cordonnier | | Email providing legal advice re security agreement. | AC, WP |
| | | English | Email | 11/16/2000 | E. Ooi | E. Ooi | | Email providing legal advice re security agreement. | AC, WP |
| DEXPRIV000887 | DEXPRIV000889 | | Email | 11/15/2000 | P. Cordonnier | M. Colle, K. van Riet | | Email transmitting legal advice re security agreement. | AC, WP |

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| | | English | Email | 11/15/2000 | S. Loosveld | P. Cordonnier | J. Verbist | Email transmitting legal advice re security agreement. | AC, WP |
| | | English | Email | 11/15/2000 | S. Loosveld | J. Page | J. Verbist | Email providing legal advice re security agreement. | AC, WP |
| DEXPRIV000890 | DEXPRIV000890 | English | Email | 11/15/2000 | P. Cordonnier | K. van Riet, M. Colle | | Email transmitting legal advice re collateral. | AC, WP |
| | | English | Email | 11/15/2000 | S. Loosveld | P. Cordonnier | J. Verbist | Email transmitting legal advice re collateral. | AC, WP |
| | | English | Email | 11/14/2000 | J. Page | J. Croock, J. Verbist, S. Loosveld | N. Le Masurier | Email providing legal advice re collateral. | AC, WP |
| DEXPRIV000891 | DEXPRIV000892 | | Email | 11/15/2000 | P. Cordonnier | M. Colle, K. van Riet | | Email providing legal advice re security agreement. | AC, WP |
| | | Dutch | Email | 11/15/2000 | S. Loosveld | P. Cordonnier | J. Verbist | Email providing legal advice and requesting information for purpose of legal advice re security agreement. | AC, WP |
| | | English | Email | 11/14/2000 | J. Page | J. Croock, J. Verbist, S. Loosveld | T. Bugg | Email providing legal advice re credit agreement. | AC, WP |
| DEXPRIV000893 | DEXPRIV000893 | Dutch, English | Email | 11/15/2000 | P. Cordonnier | S. Loosveld | K. van Riet, M. Colle | Email providing legal advice re collateral. | AC, WP |
| DEXPRIV000894 | DEXPRIV000899 | Dutch | Email | | S. Loosveld | P. Cordonnier | | Email providing legal advice re security agreement. | AC, WP |
| DEXPRIV000900 | DEXPRIV000902 | English | Email | 11/10/2000 | J. Croock | S. Loosveld, J. Croock | J. Verbist | Email providing legal advice re collateral. | AC, WP |
| DEXPRIV000903 | DEXPRIV000907 | Dutch | Email | | S. Loosveld | P. Cordonnier | | Email providing legal advice re security agreement. | AC |
| DEXPRIV000908 | DEXPRIV000909 | Dutch | Email | 11/10/2000 | M. Colle | S. Barfi | | Email transmitting legal advice re security agreement. | AC, WP |
| | | Dutch, English | Email | 11/10/2000 | P. Cordonnier | S. Loosveld | K. van Riet, M. Colle, P. van Tiggel | Email providing legal advice re security agreement. | AC, WP |
| DEXPRIV000910 | DEXPRIV000931 | English | Agreement | 11/8/2000 | Allen & Gledhill, Singapore | | | Draft agreement reflecting the mental impression of an attorney re security agreement. | WP |
| DEXPRIV000932 | DEXPRIV000953 | English | Agreement | 11/10/2000 | Allen & Gledhill, Singapore | | | Draft agreement reflecting the mental impression of an attorney re security agreement. | AC, WP |
| DEXPRIV000954 | DEXPRIV000955 | Dutch | Email | 11/10/2000 | M. Colle | S. Barfi | | Email transmitting legal advice re security agreement. | AC, WP |
| | | Dutch | Email | 11/10/2000 | P. Cordonnier | S. Loosveld | K. van Riet, M. Colle | Email requesting and providing legal advice re security agreement. | AC, WP |
| | | Dutch | Email | 11/8/2000 | P. Cordonnier | K. van Riet, M. Colle | | Email providing legal advice re security agreement. | AC, WP |
| DEXPRIV000956 | DEXPRIV000956 | Dutch | Email | 11/10/2000 | S. Barfi | M. Colle | | Email transmitting legal advice re security agreement. | AC, WP |

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV000957 | | Dutch | Email | 11/8/2000 | P. Cordonnier | S. Loosveld | K. van Riet, M. Colle | Email providing legal advice re security agreement. | AC, WP |
| DEXPRIV000963 | DEXPRIV000962 | English | Draft agreement | 11/10/2000 | Artesia Banking Corporation N. V. | | | Draft agreement reflecting the mental impression of an attorney re security agreement. | AC, WP |
| DEXPRIV000969 | DEXPRIV000968 | English | Draft agreement | 11/10/2000 | Artesia Banking Corporation N. V. | | | Draft agreement reflecting the mental impression of an attorney re security agreement. | AC, WP |
| DEXPRIV000979 | DEXPRIV000978 | English | Draft agreement | 11/10/2000 | | | | Draft agreement reflecting the mental impression of an attorney re security agreement. | AC, WP |
| DEXPRIV000989 | DEXPRIV000988 | English | Draft agreement | 11/9/2000 | | | | Draft agreement reflecting the mental impression of an attorney re security agreement. | AC, WP |
| DEXPRIV000999 | DEXPRIV000998 | English | Draft agreement | 11/9/2000 | | | | Draft agreement reflecting the mental impression of an attorney re security agreement. | AC, WP |
| | DEXPRIV001000 | Dutch | Email | 11/10/2000 | M. Colle | S. Barfi | | Email transmitting legal advice re pledging agreement. | AC, WP |
| | | Dutch | Email | 11/9/2000 | P. Cordonnier | M. Colle, K. van Riet | | Email transmitting legal advice re pledging agreement. | AC, WP |
| | | Dutch | Email | 11/8/2000 | S. Loosveld | P. Cordonnier | J. Verbist | Email providing legal advice re pledging agreement. | AC, WP |
| | | English | Email | 11/8/2000 | C. Ho | S. Loosveld, E. Ooi | J. Verbist | Email providing legal advice re pledging agreement. | AC, WP |
| DEXPRIV001001 | DEXPRIV001003 | Dutch | Email | 11/10/2000 | S. Barfi | M. Colle | | Email providing legal advice re pledging agreement. | AC, WP |
| | | Dutch | Email | 11/9/2000 | P. Cordonnier | M. Colle, K. van Riet | | Email transmitting legal advice re security agreement. | AC, WP |
| | | Dutch | Email | 11/9/2000 | S. Loosveld | P. Cordonnier | J. Verbist | Email providing legal advice re pledging agreement. | AC, WP |
| | | English | Email | 11/9/2000 | C. Ho | S. Loosveld, E. Ooi | J. Verbist, E. Ooi | Email providing legal advice re pledging agreement. | AC, WP |
| | | English | Email | 11/8/2000 | S. Loosveld | C. Ho | | Email providing legal advice and requesting information for purpose of legal advice re pledging agreement. | AC, WP |
| DEXPRIV001004 | DEXPRIV001004 | Dutch | Email | 11/7/2000 | P. Cordonnier | M. Colle, K. van Riet | | Email transmitting legal advice re pledging agreement. | AC, WP |
| | | Dutch | Email | 11/7/2000 | S. Loosveld | P. Cordonnier | J. Verbist | Email providing legal advice re pledging agreement. | AC, WP |
| | | English | Email | 11/7/2000 | E. Ooi | S. Loosveld | J. Verbist, C. Ho | Email providing legal advice re pledging agreement. | AC, WP |
| DEXPRIV001005 | DEXPRIV001005 | English | Letter | 11/7/2000 | L&H Investment Company | Mr. Ooi Lid Seng of DBS Securities Singapore | | Email providing legal advice re pledging agreement. | AC, WP |

Page 52

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV001006 | DEXPRIV001006 | English, Dutch | Note | | | | | Undated note containing handwritten marginalia reflecting the mental impression of an attorney re pledging agreement. | AC |
| DEXPRIV001007 | DEXPRIV001008 | Dutch | Email | 11/6/2000 | P. Cordonnier | K. van Riet, M. Colle | | Email providing legal advice re security agreement. | AC, WP |
| | | Dutch | Email | 11/6/2000 | S. Loosveld | P. cordonnier | J. Verbist | Email providing legal advice re security agreement. | AC, WP |
| DEXPRIV001009 | DEXPRIV001009 | Dutch | Email | 11/6/2000 | P. Cordonnier | M. Colle, K. van Riet | | Email providing legal advice re security agreement. | AC, WP |
| | | Dutch | Email | 11/6/2000 | S. Loosveld | P. Cordonnier | | Email providing legal advice re security agreement. | AC, WP |
| | | English | Email | 11/6/2000 | Document Centre, NY | S. Loosveld | D. Leclercq, L. Barrett, J. Sheng | Email providing legal advice re security agreement. | AC, WP |
| DEXPRIV001010 | DEXPRIV001010 | Dutch | Email | 11/3/2000 | P. Cordonnier | M. Colle, K. van Riet | | Email transmitting information upon which legal advice is to be based re security agreement. | AC, WP |
| | | Dutch | Email | 11/3/2000 | S. Loosveld | J. Verbist, S. Loosveld | | Email, containing handwritten marginalia reflecting the mental impression of an attorney, providing information upon which legal advice is to be based re security agreement. | AC, WP |
| DEXPRIV001011 | DEXPRIV001012 | Dutch | Email | 11/8/2000 | P. Cordonnier | S. Loosveld | K. van Riet, M. Colle | Email providing and requesting legal advice re collateral. | AC, WP |
| | | Dutch | Email | 11/8/2000 | P. Cordonnier | S. Loosveld | K. van Riet, M. Colle | Email providing legal advice re collateral. | AC, WP |
| DEXPRIV001013 | DEXPRIV001014 | Dutch | Email | 11/7/2000 | P. Cordonnier | S. Loosveld | K. van Riet, M. Colle | Email providing legal advice re pledging agreement and loan security, contains handwritten marginalia reflecting the mental impression of an attorney re same. | AC, WP |
| | | Dutch | Email | 11/7/2000 | P. Cordonnier | T. Denys | C. Mestdagh, M. Colle, K. van Riet, F. Vanderhooydonck | Email providing legal advice re pledging agreement and re loan security. | AC, WP |
| DEXPRIV001015 | DEXPRIV001016 | Dutch, English | Email | 11/7/2000 | P. Cordonnier | S. Loosveld | K. van Riet, M. Colle | Email providing legal advice re pledging agreement. | AC, WP |
| DEXPRIV001017 | DEXPRIV001027 | English | Agreement | | | | | Draft agreement dated "November 2000" reflecting the mental impression of an attorney re security agreement. | WP |
| DEXPRIV001028 | DEXPRIV001028 | Dutch | Email | 11/3/2000 | | S. Loosveld | M. Colle | Email providing legal advice re loan settlement and re security agreement. | AC, WP |
| DEXPRIV001029 | DEXPRIV001029 | Dutch, English | Email | | S. Loosveld | | | Email providing legal advice re pledging agreement. | AC |

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV001030 | DEXPRIV001031 | English | Email | 8/18/2001 | T. Zink | R. Buehler, M. Curran, F. Depotter, D. de Bleser, K. Delerue, K. Diederich, J. Gallagher, C. Geys, W. Haeck, E. Huyghe, S. Janaway, L. Jones, M. Kaiser, B. Lamiroy, H. Liemen, S. Loosveld, K. Macours, E. Matthews, J. M. Nelissengrade, C. Schneider, C. Sunt, M. Tanghe, K. van Riet, J. Vankeerberghen, G. Vekeman, J. Verbist, V. Vercaigne, J. Verlinden, R. Wood | H. Seife | Email containing legal advice re restructuring of financing. | AC, WP |
| DEXPRIV001032 | DEXPRIV001033 | Dutch | Email | 11/28/2000 | P. Cordonnier | M. Colle, K. van Riet | | Email transmitting legal advice re loan settlement. | AC, WP |
| | | Dutch | Email | 11/28/2000 | S. Loosveld | K. van Riet, P. Cordonnier | J. Verbist | Email providing legal advice re loan settlement. | AC, WP |
| | | English | Email | 11/27/2000 | M. Loesch | J. Verbist, S. Loosveld | M. Hansen | Email providing legal advice re loan settlement. | AC, WP |
| DEXPRIV001034 | DEXPRIV001035 | Dutch | Email | 11/28/2000 | P. Cordonnier | M. Colle, K. van Riet | J. Verbist | Email transmitting legal advice re loan settlement. | AC, WP |
| | | Dutch | Email | 11/28/2000 | S. Loosveld | K. van Riet | | Email providing legal advice re loan settlement. | AC, WP |
| | | Dutch | Email | 11/27/2000 | R. Hermans | J. Verbist, S. Loosveld | | Email providing legal advice re loan settlement. | AC, WP |
| DEXPRIV001036 | DEXPRIV001037 | Dutch | Email | 11/22/2000 | P. Cordonnier | M. Colle, K. van Riet | | Email providing legal advice re loan settlement. | AC, WP |

**Quaak v. Dexia and Related Cases**
**Dexia Bank Belgium's Log of Privileged Documents**

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| | | Dutch | Email | 11/21/2000 | S. Loosveld | P. Cordonnier | J. Verbist | Email providing legal advice re loan settlement. | AC, WP |
| | DEXPRIV001038 | Dutch | Email | 11/21/2000 | M. Kalff | S. Loosveld | J. Verbist, J. W. Hoevers | Email providing legal advice re loan settlement. | AC, WP |
| DEXPRIV001038 | | Dutch | Email | 11/21/2000 | P. Cordonnier | M. Colle, K. van Riet | J. Verbist, J. W. Hoevers | Email providing legal advice re loan settlement. | AC, WP |
| | DEXPRIV001042 | Dutch | Email | 11/21/2000 | S. Loosveld | P. Cordonnier | J. Verbist | Email providing legal advice re loan settlement and re security agreement. | AC, WP |
| DEXPRIV001039 | | Dutch | Email | 11/20/2000 | "Joris" | P. Cordonnier | I. Bastin | Email providing legal advice re loan settlement, contains handwritten marginalia reflecting the mental impression of an attorney re same. | AC, WP |
| | | Dutch | Email | 11/20/2000 | S. Loosveld | P. Cordonnier | J. Verbist | Email providing legal advice re loan settlement and re security agreement. | AC, WP |
| | DEXPRIV001046 | Dutch | Email | 11/17/2000 | M. Kalff | S. Loosveld | J. Verbist, J. W. Hoevers | Email providing legal advice re loan settlement. | AC, WP |
| DEXPRIV001043 | | Dutch | Email | 11/20/2000 | "Joris" | P. Cordonnier | I. Bastin | Email transmitting legal advice re loan settlement. | AC, WP |
| | | Dutch | Email | 11/18/2000 | S. Loosveld | P. Cordonnier | J. Verbist | Email providing legal advice re loan settlement, contains handwritten marginalia reflecting the mental impression of an attorney re same. | AC, WP |
| | | Dutch | Email | 11/18/2000 | S. Loosveld | M. Kalff | J. Verbist, J. W. Hoevers | Email providing legal advice re loan settlement. | AC, WP |
| | | Dutch | Email | 11/17/2000 | M. Kalff | S. Loosveld | J. Verbist, J. W. Hoevers | Email providing legal advice re loan settlement. | AC, WP |
| DEXPRIV001047 | DEXPRIV001047 | Dutch | Email | 11/9/2000 | M. Colle | A. Louwrier, P. Cordonnier, K. van Riet | | Email providing legal advice re loan settlement. | AC, WP |
| DEXPRIV001048 | DEXPRIV001048 | Dutch | Email | 11/2/2000 | M. Colle | A. Louwrier | K. van Riet, P. Cordonnier | Email providing legal advice re collateral. | AC, WP |
| DEXPRIV001049 | DEXPRIV001049 | Dutch | Fax | 11/2/2000 | Banque Artesia Nederland | L&H SP | | Fax providing legal advice re loan settlement. | AC, WP |
| DEXPRIV001050 | DEXPRIV001050 | Dutch | Fax | 11/2/2000 | Artesia Nederland and Artesia Banking Corporation | L&H SP | | Fax providing legal advice re loan settlement. | AC, WP |
| DEXPRIV001051 | DEXPRIV001052 | Dutch | Email | 11/7/2000 | A. Louwrier | M. Colle, P Cordonnier, K. van Riet | M. Holtrop, H. Fledderus | Email transmitting information upon which legal advice is to be based re loan settlement. | AC, WP |
| | | Dutch | Email | 11/7/2000 | A. Louwrier | M. Colle | | Email providing legal advice re loan settlement. | AC, WP |
| | | Dutch | Email | 11/7/2000 | M. Colle | A. Louwrier | | Email providing legal advice re loan settlement. | AC, WP |

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV001053 | DEXPRIV001054 | Dutch | Email | 10/31/2000 | A. Louwrier | M. Colle, P. Cordonnier | H. Fledderus, M. Holtrop | Email providing legal advice and requesting information for purpose of legal advice re loan settlement. | AC, WP |
| | | Dutch | Email | 10/31/2000 | A. Louwrier | M. Colle | | Email providing legal advice and requesting information for purpose of legal advice re loan settlement. | AC, WP |
| | | Dutch | Email | 11/30/2000 | M. Colle | | | Email providing legal advice re loan settlement. | AC, WP |
| DEXPRIV001055 | DEXPRIV001056 | Dutch | Email | 11/3/2000 | A. Louwrier | P. Cordonnier, H. Fledderus, M. Holtrop | J. van Broeckhoven | Email providing legal advice re loan settlement. | AC, WP |
| | | Dutch | Email | 11/3/2000 | P. Cordonnier | | | Email transmitting legal advice re loan settlement. | AC, WP |
| | | Dutch | Email | 11/2/3000 | I. Bastin | P. Cordonnier | | Email providing legal advice re loan settlement. | AC, WP |
| DEXPRIV001057 | DEXPRIV001058 | Dutch | Email | 11/3/2000 | S. Loosveld | P. Cordonnier | J. Verbist | Email providing legal advice re security agreement and re loan settlement. | AC, WP |
| | | Dutch | Email | 11/3/2000 | P. Cordonnier | S. Loosveld | | Email providing legal advice re security agreement and re loan settlement. | AC, WP |
| | | Dutch | Email | 11/2/2000 | I. Bastin | P. Cordonnier | | Email providing legal advice re loan settlement and re security agreement. | AC, WP |
| DEXPRIV001059 | DEXPRIV001060 | Dutch | Email | 10/31/2000 | S. Loosveld | P. Cordonnier | J. Verbist | Email requesting legal advice re security and re loan settlement. | AC, WP |
| | | Dutch | Email | 10/31/2000 | P. Cordonnier | M. Colle | K. van Riet, S. Loosveld | Email providing legal advice re security and re loan settlement. | AC, WP |
| DEXPRIV001061 | DEXPRIV001063 | Dutch | Email | 10/31/2000 | P. Cordonnier | M. Colle | K. van Riet, S. Loosveld | Email providing legal advice re loan settlement. | AC, WP |
| | | Dutch | Email | 10/31/2000 | M. Colle | P. Cordonnier, K. van Riet | | Email requesting information for purpose of legal advice re loan settlement. | AC, WP |
| | | Dutch | Email | 10/30/2000 | S. Loosveld | M. Colle | J. Verbist | Email providing legal advice re loan settlement. | AC, WP |
| DEXPRIV001064 | DEXPRIV001065 | Dutch | Email | 10/30/2000 | P. Cordonnier | M. Colle | K. van Riet | Email providing legal advice re loan settlement. | AC, WP |
| DEXPRIV001066 | DEXPRIV001066 | Dutch | Email | 10/30/2000 | M. Colle | A. Louwrier | P. Cordonnier | Email providing legal advice re loan settlement and re security. | AC, WP |
| DEXPRIV001067 | DEXPRIV001068 | Dutch | Email | 10/30/2000 | A. Louwrier | P. Cordonnier, M. Colle | H. Fledderus, M. Holtrop | Email providing legal advice re loan settlement. | AC, WP |
| | | Dutch | Email | 10/30/2000 | P. Cordonnier | A. Louwrier, M. Colle, K. van Riet | | Email providing and requesting legal advice re loan settlement. | AC, WP |
| DEXPRIV001069 | DEXPRIV001069 | Dutch | Email | 10/30/2000 | P. Cordonnier | A. Louwrier, M. Colle, K. van Riet | | Email providing legal advice re loan settlement. | AC, WP |
| DEXPRIV001070 | DEXPRIV001070 | Dutch | Email | 10/30/2000 | M. Colle | P. Cordonnier | K. van Riet | Email providing legal advice re loan settlement. | AC, WP |

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV001071 | DEXPRIV001072 | Dutch | Email | 10/27/2000 | M. Colle | P. Cordonnier | | Email providing legal advice re loan settlement and re loan security. | AC, WP |
| | | Dutch | Email | 10/26/2000 | P. Cordonnier | A. Louwrier, B. Ferrand, K. van Riet, M. Colle, P. van Tiggel | | Email providing legal advice re loan settlement and re loan security. | AC, WP |
| DEXPRIV001073 | DEXPRIV001073 | Dutch | Email | 10/26/2000 | P. Cordonnier | A. Louwrier, B. Ferrand, K. van Riet, M. Colle, P. van Tiggel | P. van Tiggel | Email requesting legal advice re L&H shareholders' litigation. | AC, WP |
| DEXPRIV001074 | DEXPRIV001074 | Dutch | Email | 10/26/2000 | P. Cordonnier | A. Louwrier | P. van Tiggel | Email providing legal advice re loan security. | AC, WP |
| DEXPRIV001075 | DEXPRIV001075 | Dutch | Email | 10/26/2000 | P. Cordonnier | A. Louwrier | H. Fledderus, P. van Tiggel, K. Herbots, F. Saverys, K. van Riet, M. Holtrop | Email providing legal advice re loan security. | AC, WP |
| DEXPRIV001076 | DEXPRIV001078 | Dutch | Email | 10/26/2000 | A. Louwrier | P. Cordonnier | H. Fledderus, P. van Tiggel, K. Herbots, F. Saverys, K. van Riet, M. Holtrop | Email requesting and providing legal advice re loan settlement. | AC, WP |
| | | Dutch | Email | 10/26/2000 | P. Cordonnier | P. Cordonnier | | Email providing legal advice re loan settlement. | AC, WP |
| DEXPRIV001079 | DEXPRIV001079 | Dutch | Email | 10/26/2000 | A. Louwrier | P. Cordonnier | | Email requesting legal advice re loan settlement. | AC, WP |
| DEXPRIV001080 | DEXPRIV001081 | Dutch | Email | 10/26/2000 | P. Cordonnier | A. Louwrier | H. Fledderus, P. van Tiggel, K. Herbots, F. Saverys, K. van Riet | Email providing legal advice re loan settlement. | AC, WP |
| DEXPRIV001082 | DEXPRIV001084 | Dutch | Memo | 10/12/2000 | J. M. Louwrier | H. Fledderus, M. Holtrop | J. van Broeckhoven, D. Waebens | Memorandum providing legal advice re loan settlement. | AC, WP |
| DEXPRIV001085 | DEXPRIV001086 | Dutch | Fax | 10/12/2000 | J. Verbist | P. Cordonnier | | Fax providing legal advice re loan settlement. | AC, WP |
| DEXPRIV001087 | DEXPRIV001087 | Dutch | Email | 10/30/2000 | M. Colle | S. Loosveld | P. Cordonnier, K. van Riet | Email transmitting information upon which legal advice is to be based re loan settlement. | AC, WP |
| DEXPRIV001088 | DEXPRIV001088 | Dutch | Email | 10/30/2000 | P. Cordonnier | M. Colle, | K. van Riet | Email transmitting information upon which legal advice is to be based re loan settlement. | AC, WP |

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV001089 | DEXPRIV001089 | Dutch | Email | 10/30/2000 | M. Colle | S. Loosveld | P. Cordonnier, K. van Riet | Email transmitting information upon which legal advice is to be based re loan settlement. | AC, WP |
| DEXPRIV001090 | DEXPRIV001094 | Dutch | Fax | 12/1/2000 | J. J. van Hees | J. M. Louwrier, J. W. H. Blomkwist | | Fax providing legal advice re loan settlement. | AC, WP |
| DEXPRIV001095 | DEXPRIV001099 | Dutch | Email | 12/25/2000 | S. Loosveld | K. van Riet, P. Cordonnier | J. Verbist | Email providing legal advice re loan settlement. | AC, WP |
| DEXPRIV001100 | DEXPRIV001102 | Dutch | Fax | 10/27/2000 | J. Verbist | P. Cordonnier | | Email providing legal advice re loan settlement. | AC, WP |
| DEXPRIV001103 | DEXPRIV001104 | Dutch | Email | 10/30/2000 | K. Herbots | A. Louwrier, M. Holtrop, H. Fledderus | P. Cordonnier | Email providing legal advice re loan settlement. | AC, WP |
| | | Dutch | Email | 10/27/2000 | P. Claude | K. Herbots | F. Saverys, A. Probst, P. van Tiggel | Email providing legal advice re loan settlement. | AC, WP |
| | | Dutch | Email | 10/26/2000 | K. Herbots | C. Piret | F. Saverys, A. Probst, P. van Tiggel | Email providing legal advice and requesting information for purpose of legal advice re loan settlement. | AC, WP |
| DEXPRIV001105 | DEXPRIV001105 | Dutch | Email | 10/26/2000 | F. Saverys | A. Louwrier | P. Cordonnier, H. Fledderus, P. van Tiggel, K. Herbots, K. van Riet, M. Holtrop | Email providing legal advice re loan settlement. | AC, WP |
| DEXPRIV001106 | DEXPRIV001107 | | Email | 10/23/2000 | P. van Tiggel | K. Herbots, P. Cordonnier | | Email transmitting legal advice re loan settlement. | AC, WP |
| | | French | Email | 10/23/2000 | F. Saverys | P. van Tiggel | | Email transmitting legal advice re loan settlement. | AC, WP |
| | | | Email | 10/23/2000 | F. Saverys | C. Piret | | Email providing legal advice re loan settlement. | AC, WP |
| | | | Email | 10/20/2000 | H. Fledderus | F. Saverys | K. Herbots, M. Holtrop, D. Waebens | Email transmitting legal advice re loan settlement. | AC, WP |
| DEXPRIV001108 | DEXPRIV001108 | Dutch | Letter | 10/23/2000 | | Francois (Saverys) | | Email providing legal advice re loan settlement. | WP |
| DEXPRIV001109 | DEXPRIV001131 | | | | | | | Intentional gap. | |
| DEXPRIV001132 | DEXPRIV001132 | French | Resolution | 8/31/2001 | | K. van Riet | | Management Committee resolution with handwritten request for legal advice re Dictaphone and restructuring of L&H financing. | AC, WP |
| DEXPRIV001133 | DEXPRIV001133 | Dutch | Email | 3/4/2002 | S. Loosveld | B. Lamiroy | | Email providing legal advice and requesting information to base legal advice upon re restructuring of L&H financing. | AC, WP |
| | | Dutch | Email | 3/1/2002 | B. Lamiroy | S. Loosveld | K. van Riet | Email providing information at the request of an attorney re restructuring of L&H financing. | AC, WP |

Page 58

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV001134 | DEXPRIV001134 | Dutch | Email | 3/1/2002 | S. Loosveld | B. Lamiroy | | Email requesting information to base legal advice upon restructuring of L&H financing. | AC, WP |
| | | | | | | | | Intentional gap. | |
| DEXPRIV001135 | DEXPRIV001135 | English | Email | 5/23/2003 | T. Zink | M. Curran, F. de Potter, D. de Bleser, K. Delerue, W. Haeck, E. Huyghe, S. Janaway, B. Lamiroy, K. Macours, E. Matthews, B. Morison, L. Powell, C. Schneider, M. Tanghe, K. Troch, K. van Riet, J. Vankeerberghen, G. Vekeman, J. Verbist, V. Vercaigne | | Email providing legal advice re restructuring of L&H financing. | AC, WP |
| DEXPRIV001136 | DEXPRIV001136 | English | Email | 5/23/2003 | T. Zink | M. Curran, F. de Potter, D. de Bleser, K. Delerue, W. Haeck, E. Huyghe, S. Janaway, B. Lamiroy, K. Macours, E. Matthews, B. Morison, L. Powell, C. Schneider, M. Tanghe, K. Troch, K. van Riet, J. Vankeerberghen, G. Vekeman, J. Verbist, V. Vercaigne | R. Leder, F. Vazquez | Email providing legal advice re restructuring of L&H financing. | AC, WP |

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV001137 | DEXPRIV001137 | English | Email | 5/9/2003 | T. Zink | M. Curran, F. de Potter, D. de Bleser, K. Delerue, W. Haeck, E. Huyghe, S. Janaway, B. Lamiroy, K. Macours, E. Matthews, B. Morison, L. Powell, C. Schneider, M. Tanghe, K. Troch, K. van Riet, J. Vankeerberghen, G. Vekeman, J. Verbist, V. Vercaigne | C. Rivera, S. Rivera, F. Vazquez | Email providing legal advice re L&H bankruptcy proceedings. | AC, WP |
| DEXPRIV001138 | DEXPRIV001138 | Dutch | Email | 5/21/2003 | B. Lamiroy | DBB recipients | E. Sprimont | Email from in-house providing legal advice re restructuring of L&H financing. | AC, WP |
| DEXPRIV001139 | DEXPRIV001141 | English | Memo | 5/17/2001 | Chadbourne & Park | Bank Group | | Memorandum providing legal advice re US litigation practice. | AC, WP |
| DEXPRIV001142 | DEXPRIV001143 | Dutch | Note | | P. Peeters | K. van Riet | | Note transmitting documents re US litigation issues and providing legal advice re same. | AC, WP |
| DEXPRIV001144 | DEXPRIV001145 | English | Court submission | | BACOB Bank CV | US Bankruptcy Court, District of Delaware | | Draft Proof of Claim. | WP |
| DEXPRIV001146 | DEXPRIV001149 | French | Notice | | | | | French translation, prepared at the request of an attorney, of Notice. | WP |
| DEXPRIV001150 | DEXPRIV001153 | Dutch | Notice | | | | | Dutch translation, prepared at the request of an attorney, of Notice. | WP |
| DEXPRIV001154 | DEXPRIV001156 | English | Notice | | | | | Incomplete draft Notice. | WP |
| DEXPRIV001157 | DEXPRIV001157 | Dutch | Email | 1/26/2001 | S. Loosveld | K. van Riet | J. Verbist, vanHees | Email providing legal advice re coordination meeting. | AC, WP |
| DEXPRIV001158 | DEXPRIV001158 | | | | | | | Intentional gap. | |