*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV001159 | DEXPRIV001160 | English | Fax | 6/12/2000 | J. Verbist | J. Vankeerberghen, V. Vercaigne, E. Huyghe, D. de Bleser, M. Tanghe, K. Macours, P. Cordonnier, K. van Riet, K. Diederich | | Letter transmitting request for legal advice re US litigation issues. | AC, WP |
| DEXPRIV001161 | DEXPRIV001162 | English | Fax | 6/12/2000 | J. Verbist | H. Seife | J. Vankeerberghen, V. Vercaigne, E. Huyghe, D. de Bleser, M. Tanghe, K. Macours, P. Cordonnier, K. van Riet, K. Diederich | Letter requesting legal advice re US litigation issues. | AC, WP |
| DEXPRIV001163 | DEXPRIV001163 | Dutch | Letter per fax | 11/17/2000 | W. Hardeman | P. Rabaey, Mr. van Tiggel | | Fax requesting information for the purpose of legal advice re restructuring of L&H financing. | AC, WP |
| DEXPRIV001164 | DEXPRIV001164 | | | | | | | Intentional gap. | |
| DEXPRIV001165 | DEXPRIV001165 | Dutch | Email | 11/24/2000 | P. van Tiggel | B. Lamiroy | | Email reflecting the mental impression of an attorney and transmitting information upon which legal advice is to be based re restructuring of L&H financing. | AC, WP |
| | | Dutch | Email | 11/23/2000 | B. Lamiroy | P. van Tiggel, P. Rabaey | K. van Riet | Email transmitting information upon which legal advice is to be based, prepared at the request of counsel, re restructuring of L&H financing. | AC, WP |
| DEXPRIV001166 | DEXPRIV001166 | | | | | | | Intentional gap. | |
| DEXPRIV001167 | DEXPRIV001167 | Dutch | Fax | 11/24/2000 | W. Hardeman | P. Rabaey, P. van Tiggel | | Fax transmitting information upon which legal advice is to be based, prepared at the request of counsel, re restructuring of L&H financing. | AC, WP |
| DEXPRIV001168 | DEXPRIV001168 | | | | | | | Intentional gap. | |
| DEXPRIV001169 | DEXPRIV001169 | French | Financial statement and note | 11/21/2000 | Artesia | Language Investment Corporation. | | Financial statement with handwritten note transmitting information upon which legal advice is to be based re security. | WP |
| DEXPRIV001170 | DEXPRIV001171 | Dutch | Note | 11/21/2000 | B. Lamiroy, S. Tritz | | | Note providing information upon which legal advice is to be based re collateral. | AC, WP |
| DEXPRIV001172 | DEXPRIV001172 | English, Dutch | Note | | | | | Handwritten note reflecting the mental impression of an attorney re collateral. | WP |

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV001173 | DEXPRIV001173 | Dutch | Fax | 11/22/2000 | B. Lamiroy, K. van Riet | W. Hardeman | | Fax transmitting information upon which legal advice is to be based re restructuring of L&H financing. | AC, WP |
| DEXPRIV001174 | DEXPRIV001175 | | | | | | | Intentional gap. | |
| DEXPRIV001176 | DEXPRIV001176 | Dutch | Email | 2/4/2002 | J. Rome | B. Lamiroy | | Email transmitting information upon which legal advice is to be based re exercise of collateral rights. | AC |
| | | Dutch | Email | 2/4/2000 | B. Lamiroy | J. Rome | | Email requesting information for the purpose of legal advice re exercise of collateral rights. | AC |
| DEXPRIV001177 | DEXPRIV001177 | English | Chart | | | | | Undated chart containing security details, attached to email requesting information for the purpose of legal advice re exercise of collateral rights. | AC, WP |
| DEXPRIV001178 | DEXPRIV001178 | French | Email | 2/27/2003 | G. Joos | J. Dubois | | Email requesting information for purpose of legal advice re security agreement. | AC, WP |
| | | | Email | 2/26/2003 | K. van Riet | G. Joos | | Email transmitting information for purpose of legal advice re security agreement. | AC |
| | | Dutch | Email | 2/26/2003 | B. Lamiroy | A. Buyse | K. van Riet | Email transmitting information upon which legal advice is to be based re security agreement. | AC, WP |
| DEXPRIV001179 | DEXPRIV001179 | French | Fax | 2/26/2003 | L. Govaert | B. Lamiroy | | Fax providing legal advice re loan settlement. | AC, WP |
| DEXPRIV001180 | DEXPRIV001180 | Dutch, French | Email | 2/26/2003 | L. Govaert | B. Lamiroy | | Email transmitting information upon which legal advice is to be based re listed companies. | AC, WP |
| DEXPRIV001181 | DEXPRIV001182 | English | Chart | | | | | Undated chart containing security details, attached to email requesting information for the purpose of legal advice re exercise of collateral rights. | AC, WP |
| DEXPRIV001183 | DEXPRIV001184 | Dutch | Email | 6/20/2001 | J. Rome | B. Lamiroy | | Email, with attachment, transmitting information for the purpose of obtaining legal advice re exercise of collateral rights. | AC, WP |
| DEXPRIV001185 | DEXPRIV001185 | English | Chart | | | | | Undated chart containing security details, attached to email requesting information for the purpose of legal advice re exercise of collateral rights. | AC, WP |
| DEXPRIV001186 | DEXPRIV001186 | | | | | | | Intentional gap. | |
| DEXPRIV001187 | DEXPRIV001191 | Dutch | Email | 11/3/2000 | S. Loosveld | P. Cordonnier | J. Verbist | Email providing legal advice re restructuring of L&H financing. | AC |
| | | Dutch | Email | 11/3/2000 | P. Cordonnier | S. Loosveld | | Email requesting information for the purpose of legal advice re loan settlement. | AC |
| | | Dutch | Email | 11/2/2000 | I. Bastin | P. Cordonnier | | Email forwarding information for the purpose of legal advice re loan settlement. | AC |
| | | Dutch | Email | 3/11/2000 | P. Cordonnier | S. Loosveld | | Email requesting information for the purpose of legal advice re loan settlement. | AC |

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| | | Dutch | Email | 3/11/2000 | P. Cordonnier | | | Email reflecting the mental impression of an attorney re restructuring of L&H loans and re loan settlement. | AC |
| DEXPRIV001192 | DEXPRIV001193 | Dutch | Fax | 11/13/2000 | S. Loosveld | P. Cordonnier | | Letter providing legal advice, contains handwritten marginalia reflecting the mental impression of an attorney, re restructuring of L&H financing. | AC |
| DEXPRIV001194 | DEXPRIV001194 | English | Agreement | 11/13/2000 | De Bandt, Van Hecke, Lagae & Loes | | | Draft agreement reflecting the mental impression of an attorney re restructuring of L&H financing. | AC |
| DEXPRIV001195 | DEXPRIV001195 | Dutch | Email | 11/3/2000 | S. Loosveld | P. Cordonnier | J. Verbist | Email providing legal advice re loan security. | AC |
| DEXPRIV001196 | DEXPRIV001197 | Dutch | Email | 11/17/2000 | S. Loosveld | P. Cordonnier | | Email providing legal advice and requesting information for the purpose of legal advice re loan security. | AC |
| | | Dutch | Email | 11/17/2000 | N. Le Masurier | S. Loosveld | J. Page | Email with attachment reflecting the mental impression of an attorney re loan security. | AC |
| DEXPRIV001198 | DEXPRIV001199 | Dutch | Email | 11/17/2000 | S. Loosveld | P. Cordonnier | J. Verbist | Email providing legal advice re loan security. | AC |
| | | English | Email | 11/17/2000 | J. Page | S. Loosveld | N. Le Masurier, T. Bugg | Email providing legal advice re loan security. | AC |
| | | English | Email | 11/16/2000 | S. Loosveld | J. Page | | Email providing legal advice re loan security. | AC |
| DEXPRIV001200 | DEXPRIV001200 | Dutch | Email | 11/15/2000 | P. Cordonnier | S. Loosveld | M. Colle, K. van Riet | Email providing legal advice re loan security. | AC |
| DEXPRIV001201 | DEXPRIV001202 | English | Email | 11/15/2000 | S. Loosveld | P. Cordonnier | J. Verbist | Email transmitting information upon which legal advice is to be based re loan security. | AC |
| | | English | Email | 11/14/2000 | J. Page | J. Croock, J. Verbist, S. Loosveld | N. Le Masurier | Email transmitting information upon which legal advice is to be based re pledge and Speech Machines. | AC |
| DEXPRIV001203 | DEXPRIV001205 | Dutch | Email | 11/15/2000 | S. Loosveld | P. Cordonnier | J. Verbist | Email requesting information for purposes of legal advice and transmitting legal advice re collateral. | AC, WP |
| | | English | Email | 11/14/2000 | J. Page | J. Croock, J. Verbist, S. Loosveld | T. Bugg | Email providing legal advice re collateral. | AC, WP |
| DEXPRIV001206 | DEXPRIV001208 | English | Email | 11/15/2000 | S. Loosveld | P. Cordonnier | J. Verbist | Email transmitting information upon which legal advice is to be based re collateral. | AC, WP |
| | | English | Email | 11/15/2000 | S. Loosveld | J. Page | | Email providing legal advice re collateral. | AC, WP |
| DEXPRIV001209 | DEXPRIV001210 | Dutch | Email | 11/10/2000 | S. Loosveld | P. Cordonnier | J. Verbist | Email transmitting information upon which legal advice is to be based re collateral. | AC, WP |
| | | English | Email | 11/10/2000 | J. Croock | S. Loosveld, J. Croock | J. Verbist | Email providing legal advice re collateral. | AC, WP |
| | | English | Email | 11/10/2000 | S. Loosveld | J. Croock | J. Verbist | Email providing legal advice re collateral. | AC, WP |

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV001211 | DEXPRIV001211 | Dutch | Email | 12/13/2000 | S. Loosveld | P. Cordonnier | J. Verbist | Email transmitting information upon which legal advice is to be based re control agreement. | AC, WP |
| | | English | Email | 12/13/2000 | R. Olson | L. Barrett, S. Loosveld, J. Verbist | | Email providing legal advice re control agreement. | AC, WP |
| DEXPRIV001212 | DEXPRIV001215 | Dutch | Email | 11/17/2000 | S. Loosveld | P. Cordonnier | J. Verbist | Email discussing and providing legal advice re LHIC security agreement. | AC, WP |
| | | English | Email | 11/17/2000 | R. Olson | S. Loosveld | L. Barrett | Email providing legal advice and transmitting information upon which legal advice is to be based re security agreement LHIC. | AC, WP |
| | | English | Email | 11/15/2000 | S. Loosveld | R. Olson | J. Verbist, D. Leclercq, L. Barrett | Email providing legal advice and reflecting the mental impression of an attorney re security agreement LHIC. | AC, WP |
| DEXPRIV001216 | DEXPRIV001217 | Dutch | Email | 11/17/2000 | S. Loosveld | P. Cordonnier | | Email providing legal advice re security agreement LHIC. | AC, WP |
| | | English | Email | 11/17/2000 | R. Olson | S. Loosveld | R. Olson | Email providing legal advice re security agreement LHIC. | AC, WP |
| DEXPRIV001218 | DEXPRIV001221 | Dutch | Email | 11/17/2000 | S. Loosveld | P. Cordonnier | | Email providing legal advice and reflecting the mental impression of an attorney re security agreement LHIC. | AC, WP |
| | | English | Email | 11/17/2000 | R. Olson | S. Loosveld | R. Olson | Email providing legal advice and reflecting the mental impression of an attorney re security agreement LHIC. | AC, WP |
| | | English | Email | 11/16/2000 | S. Loosveld | R. Olson | L. Barrett | Email transmitting information upon which legal advice is to be based, and requesting information for purpose of legal advice re security agreement LHIC. | AC, WP |
| | | | Email | 11/16/2000 | P. Cordonnier | S. Loosveld | K. van Riet, M. Colle | Email transmitting information upon which legal advice is to be based re LHIC Security Agreement. | AC, WP |
| DEXPRIV001222 | DEXPRIV001222 | English | Fax | 11/16/2000 | P. Cordonnier | S. Loosveld | | Fax transmitting information upon which legal advice is to be based re security agreement LHIC. | AC, WP |
| DEXPRIV001223 | DEXPRIV001224 | Dutch | Email | 11/10/2000 | S. Loosveld | P. Cordonnier | J. Verbist | Email providing legal advice re security agreement LHIC, contains handwritten marginalia reflecting the mental impression of an attorney re same. | AC, WP |
| | | Dutch | Email | 11/10/2000 | P. Cordonnier | S. Loosveld | K. van Riet, M. Colle | Email requesting information for purpose of legal advice re security agreement LHIC | AC, WP |
| | | Dutch | Email | 11/10/2000 | | S. Loosveld | K. van Riet, M. Colle | Email requesting information for purpose of legal advice re security agreement LHIC. | AC, WP |

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV001225 | DEXPRIV001245 | English | Fax | 11/10/2000 | C. De Meyer | P. Cordonnier | | Fax reflecting the mental impression of an attorney re security agreement LHIC. | AC, WP |
| DEXPRIV001246 | DEXPRIV001246 | Dutch | Email | 11/8/2000 | P. Cordonnier | S. Loosveld | K. van Riet, M. Colle | Email providing legal advice and requesting information for the purpose of legal advice re security agreement LHIC. | AC, WP |
| DEXPRIV001247 | DEXPRIV001247 | Dutch | Email | 8/11/2000 | P. Cordonnier | K. van Riet, M. Colle | | Email transmitting draft reflecting the mental impression of an attorney re security agreement LHIC. | AC, WP |
| DEXPRIV001248 | DEXPRIV001257 | English | Draft agreement | 11/9/2000 | | | | Draft agreement reflecting the mental impression of an attorney re security agreement LHIC. | AC, WP |
| DEXPRIV001258 | DEXPRIV001260 | Dutch | Email | 11/8/2000 | P. Cordonnier | K. van Riet, M. Colle | | Email transmitting information containing legal advice re security agreement LHIC. | AC, WP |
| | | Dutch | Email | 11/6/2000 | S. Loosveld | P. Cordonnier | J. Verbist | Email providing legal advice re security agreement LHIC, contains handwritten marginalia re same. | AC, WP |
| | | English | Email | 11/3/2000 | R. Olson | D. Leclercq | | Email providing legal advice re loan security. | AC, WP |
| DEXPRIV001261 | DEXPRIV001262 | Dutch | Email | 11/6/2000 | S. Loosveld | P. Cordonnier | | Email transmitting information containing legal advice re security agreement LHIC. | AC, WP |
| | | English | Email | 11/6/2000 | "Document Centre, NY" | S. Loosveld | D. Leclercq, L. Barrett, J. Sheng | Email providing legal advice re security agreement LHIC. | AC, WP |
| DEXPRIV001263 | DEXPRIV001271 | English | Draft agreement | 11/9/2000 | | | | Draft agreement reflecting the mental impression of an attorney re security agreement LHIC. | AC, WP |
| DEXPRIV001272 | DEXPRIV001277 | English | Draft agreement | | | | | Draft agreement dated "November 2000" reflecting the mental impression of an attorney re security agreement LHIC. | AC, WP |
| DEXPRIV001278 | DEXPRIV001283 | English | Draft agreement | | | | | Draft agreement dated "November 2000" reflecting the mental impression of an attorney re security agreement LHIC. | AC, WP |
| DEXPRIV001284 | DEXPRIV001285 | Dutch, English | Email | 10/27/2000 | S. Loosveld | P. Cordonnier | J. Verbist | Email providing legal advice re loan security. | AC, WP |
| DEXPRIV001286 | DEXPRIV001286 | Dutch | Email | 10/27/2000 | S. Loosveld | P. Cordonnier | J. Verbist | Email providing legal advice re loan security. | AC, WP |
| DEXPRIV001287 | DEXPRIV001288 | English | Fax | 10/26/2000 | J. Verbist, S. Loosveld | D. Leclercq | | Fax providing legal advice re loan security. | AC, WP |
| DEXPRIV001289 | DEXPRIV001291 | Dutch | Email | 11/3/2000 | P. Cordonnier | C. Piret, F. Saverys, P. van Tiggel, K. Herbot | M. Colle, K. van Riet | Email transmitting information upon which legal advice is to be based re restructuring of L&H financing and re loan settlement. | AC, WP |

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV001292 | DEXPRIV001292 | Dutch | Email | 11/3/2000 | I. Bastin | P. Cordonnier | | Email providing legal advice re restructuring of L&H financing and re loan settlement. | AC, WP |
| DEXPRIV001293 | DEXPRIV001292 | Dutch | Email | 11/4/2000 | C. Piret | F. Saverys | | Email providing legal advice re restructuring of L&H financing and re loan settlement. | AC, WP |
| DEXPRIV001293 | DEXPRIV001293 | Dutch, English | Email | 11/16/2000 | P. Cordonnier | S. Loosveld | K. van Riet, M. Colle | Email transmitting information upon which legal advice is to be based and reflecting the mental impression of an attorney re loan security LHIC. | AC, WP |
| DEXPRIV001294 | DEXPRIV001296 | Dutch | Email | 11/10/2000 | S. Loosveld | P. Cordonnier | J. Verbist | Email providing legal advice re restructuring of L&H financing, LHIC security agreement and litigation. | AC, WP |
| | | Dutch | Email | 11/10/2000 | P. Cordonnier | S. Loosveld | K. van Riet, M. Colle, P. van Tiggel | Email requesting legal advice re restructuring of L&H financing, LHIC security agreement and litigation. | AC, WP |
| | | Dutch | Email | | P. Cordonnier | Mr. Denys | | Undated email providing legal advice re restructuring of L&H financing and LHIC security agreement | AC, WP |
| DEXPRIV001297 | DEXPRIV001298 | Dutch | Email | 10/11/2000 | P. Cordonnier | S. Loosveld | K. van Riet, M. Colle, P. van Tiggel | Email providing legal advice re restructuring of L&H financing and re security agreement LHIC. | AC, WP |
| DEXPRIV001299 | DEXPRIV001299 | Dutch | Email | 10/24/2000 | P. van Tiggel | F. Saverys, K. van Riet, P. Cordonnier, K. Herbots | C. Piret | Email providing legal advice and requesting information for purpose of legal advice re loan security, containing handwritten marginalia re same. | AC, WP |
| DEXPRIV001300 | DEXPRIV001305 | Dutch | Fax | 6/5/2001 | J. Verbist | K. van Riet | | Fax providing legal advice re security agreement LHIC. | AC, WP |
| | | Dutch | Email | 12/13/2000 | S. Loosveld | K. van Riet | J. Verbist | Email providing legal advice re security agreement. | AC, WP |
| DEXPRIV001306 | DEXPRIV001308 | Dutch | Fax | 11/23/2000 | J. Verbist | P. Cordonnier | | Email providing legal advice re loan security. | AC, WP |
| DEXPRIV001309 | DEXPRIV001310 | Dutch | Fax | 11/13/2000 | S. Loosveld | P. Cordonnier | | Fax providing legal advice re security agreement LHIC. | AC, WP |
| DEXPRIV001311 | DEXPRIV001311 | English | Fax | 11/13/2000 | De Bandt, van Hecke, Lagae & Loes | | | Draft agreement reflecting the mental impression of an attorney re shareholders' meeting. | AC, WP |
| DEXPRIV001312 | DEXPRIV001314 | Dutch | Fax | 10/27/2000 | J. Verbist | P. Cordonnier | | Fax providing legal advice re loan settlement. | AC, WP |
| DEXPRIV001315 | DEXPRIV001316 | English | Fax | 10/26/2000 | J. Verbist, S. Loosveld | D. Leclercq | | Fax providing legal advice and requesting information for purpose of legal advice re loan security. | AC, WP |
| DEXPRIV001317 | DEXPRIV001318 | Dutch | Fax | 8/31/2001 | J. Verbist | K. van Riet, B. Lamiroy | | Fax providing legal advice re loan settlement. | AC, WP |

Page 66

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV001319 | DEXPRIV001320 | Dutch | Letter | 8/28/2001 | D. van Gerven | J. Verbist | | Letter providing legal advice re L&H litigation strategy and loan settlement. | AC, WP |
| DEXPRIV001321 | DEXPRIV001322 | Dutch | Fax | 8/16/2001 | J. Verbist | K. van Riet, B. Lamiroy | | Fax providing legal advice re litigation strategy and re loan settlement. | AC, WP |
| | DEXPRIV001323 | Dutch | Email | 8/3/2001 | S. Loosveld | K. van Riet, B. Lamiroy | | Email providing legal advice re litigation strategy and re loan settlement. | AC, WP |
| DEXPRIV001326 | | Dutch | Fax | 6/5/2001 | J. Verbist | K. van Riet | | Fax providing legal advice re L&H bankruptcy. | AC, WP |
| DEXPRIV001327 | DEXPRIV001329 | Dutch | Email | 12/23/2000 | S. Loosveld | K. van Riet | J. Verbist | Email providing legal advice re L&H bankruptcy. | AC, WP |
| DEXPRIV001330 | DEXPRIV001334 | Dutch | Email | 12/28/2000 | K. Heyvaert | B. Lamiroy | | Email re loan security. | AC, WP |
| | | Dutch | Email | 12/28/2000 | B. Lamiroy | K. Heyvaert | | Email requesting information for purpose of legal advice re claims pledging agreement. | AC, WP |
| | | Dutch | Email | 12/28/2000 | K. Heyvaert | B. Lamiroy | P. Cordonnier | Email providing legal advice re claims pledging agreement. | AC, WP |
| | | Dutch | Email | 12/28/2000 | K. Heyvaert | P. Cordonnier, K. Heyvaert | P. van Tiggel | Email providing legal advice re claims pledging agreement. | AC, WP |
| DEXPRIV001335 | DEXPRIV001335 | Dutch | Email | 12/27/2000 | B. Lamiroy | I. Hollevoet | | Email requesting information for purpose of legal advice re claims pledging agreement. | AC,WP |
| DEXPRIV001336 | DEXPRIV001336 | Dutch | Email | 12/27/2000 | B. Lamiroy | I. Hollevoet | | Email requesting information for purpose of legal advice re claims pledging agreement. | AC, WP |
| DEXPRIV001337 | DEXPRIV001339 | Dutch | Email | 3/14/2001 | S. Loosveld | K. van Riet, B. Lamiroy | J. Verbist | Email providing legal advice re LHIC agreement and re loan settlement. | AC, WP |
| DEXPRIV001340 | DEXPRIV001340 | Dutch | Fax | 1/12/2001 | K. van Riet | P. van Driest | | Fax requesting legal advice re pledges security agreement. | AC, WP |
| DEXPRIV001341 | DEXPRIV001341 | Dutch | Fax | 1/12/2001 | K. van Riet | P. van Driest | | Fax requesting legal advice re pledges security agreement. | AC, WP |
| DEXPRIV001342 | DEXPRIV001343 | Dutch | Memo | 10/3/2000 | M. Colle | P. Cordonnier | | Email providing legal advice re pledges. | AC, WP |
| | | Dutch | Email | 10/6/2000 | P. Cordonier | M. Colle, D. Goffaux | K. van Riet | Email providing and requesting legal advice re security, contains handwritten marginalia reflecting the mental impression of an attorney re pledges. | AC, WP |
| DEXPRIV001344 | DEXPRIV001344 | Dutch, French | Email | 12/7/2000 | M. Colle | P. Cordonnier | K. van Riet | Email providing legal advice and transmitting information upon which legal advice is to be based re loan security. | AC, WP |
| | | Dutch | Email | 12/7/2000 | P. Cordonnier | K. van Riet, S. Collet | | Email requesting information for purpose of legal advice re loan security. | AC, WP |

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV001345 | DEXPRIV001345 | Dutch | Email | 12/7/2000 | P. van Tiggel | C. Piret, K. van Riet, F. Saverys, S. Frei, K. Herbots, P. Cordonnier | S. Decraene | Email transmitting information upon which legal advice is to be based re security agreement LHIC. | AC, WP |
| DEXPRIV001346 | DEXPRIV001348 | Dutch | Fax | 11/23/2000 | J. Verbist | P. Cordonnier | | Fax providing legal advice and transmitting information upon which legal advice is to be based re security agreement LHIC. | AC, WP |
| DEXPRIV001349 | DEXPRIV001350 | Dutch | Fax | 10/30/2000 | J. Verbist | P. Cordonnier | | Fax transmitting earlier written email providing legal advice re security agreement LHIC. | AC, WP |
| DEXPRIV001351 | DEXPRIV001371 | | | | | | | Intentional gap. | |
| DEXPRIV001372 | DEXPRIV001373 | Dutch | Email | 2/26/2001 | P. van Tiggel | P. Cordonnier, K. Herbots | | Email transmitting information upon which legal advice is to be based re loan settlement. | AC, WP |
| | | French | Email | 2/26/2001 | B. Lamiroy | C. Piret, F. Saverys | P. van Tiggel | Email providing legal advice re security agreement and re loan settlement. | AC, WP |
| | | Dutch | Email | 2/23/2001 | S. Loosveld | K. van Riet, B. Lamiroy | J. Verbist | Email transmitting information upon which legal advice is to be based re loan settlement. | AC, WP |
| | | Dutch | Email | 2/23/2001 | D. van Gerven | S. Loosveld, D. van Gerven | M. Boudewijns, J. Verbist, "Secr@van-huffelen.be" | Email providing legal advice re loan settlement. | AC, WP |
| | | Dutch | Email | 2/23/2001 | S. Loosveld | | | Email providing legal advice re loan settlement. | AC, WP |
| DEXPRIV001374 | DEXPRIV001374 | Dutch | Email | 2/23/2001 | B. Lamiroy | J. Verbist, S. Loosveld | P. Claude, F. Saverys, K. van Riet, P. van Tiggel | Email providing legal advice re loan settlement. | AC, WP |
| DEXPRIV001375 | DEXPRIV001376 | Dutch | Email | 2/15/2001 | P. van Tiggel | P. Cordonnier, K. Herbots | | Email providing legal advice re loan settlement. | AC, WP |
| | | Dutch | Email | 2/15/2001 | K. van Riet | J. Verbist | C. Piret, F. Saverys, P. van Tiggel, B. Lamiroy | Email providing legal advice re loan settlement. | AC, WP |
| | | Dutch | Email | 2/14/2001 | K. van Riet | J. Verbist | | Email providing legal advice re loan settlement. | AC, WP |
| DEXPRIV001377 | DEXPRIV001377 | Dutch | Email | 2/9/2001 | P. Cordonnier | K. van Riet | B. Lamiroy, P. van Tiggel | Email providing legal advice re security agreement. | AC, WP |
| DEXPRIV001378 | DEXPRIV001379 | Dutch | Email | 2/9/2001 | K. van Riet | P. Cordonnier, B. Lamiroy, P. van Tiggel | | Email containing legal advice re security agreement. | AC, WP |

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV001380 | DEXPRIV001380 | Dutch | Email | 2/9/2001 | V. van Isterdael J. Verbist | K. van Riet | | Email providing legal advice re security agreement. | AC, WP |
| DEXPRIV001381 | DEXPRIV001381 | Dutch | Email | 2/8/2001 | K. van Riet | J. Verbist | P. van Tiggel, P. Cordonnier, B. Lamiroy | Email providing legal advice re security agreement and re loan settlement. | AC, WP |
| DEXPRIV001382 | DEXPRIV001383 | | | | | | | Intentional gap. | |
| | | Dutch | Email | 2/7/2001 | K. van Riet | P. Cordonnier, P. van Tiggel, B. Lamiroy | | Email providing legal advice re security agreement. | AC, WP |
| DEXPRIV001384 | DEXPRIV001384 | Dutch | Email | 2/7/2001 | V. van Isterdael J. Verbist | K. van Riet | | Email providing legal advice re security agreement. | AC, WP |
| DEXPRIV001385 | DEXPRIV001385 | Dutch | Handwritten notes | | Legal Department | | | Handwritten notes reflecting the mental impressions of an attorney re loan security, LHSP pledge and LHIC investment portfolio. | AC, WP |
| DEXPRIV001386 | DEXPRIV001387 | Dutch | Email | 12/29/2000 | J. Rome | S. Loosveld | | Email transmitting information upon which legal advice is to be based re security agreement LHIC and re loan settlement. | AC, WP |
| | | English | Agreement | 12/22/2000 | | | | Draft Agreement reflecting the mental impression of an attorney re security agreement. | AC, WP |
| DEXPRIV001388 | DEXPRIV001389 | Dutch | Email | 12/28/2000 | P. Cordonnier | K. van Riet | P. van Tiggel | Email transmitting information upon which legal advice is to be based re security agreement. | AC, WP |
| | | Dutch | Email | 12/28/2000 | K. van Riet | P. Cordonnier | P. van Tiggel | Email transmitting information upon which legal advice is to be based re security agreement. | AC, WP |
| | | Dutch | Email | 12/28/2000 | P. Cordonnier | K. van Riet, P. van Tiggel | | Email reflecting the mental impression of an attorney re attorney work product. | AC, WP |
| DEXPRIV001390 | DEXPRIV001390 | Dutch | Email | 12/13/2000 | S. Loosveld | K. van Riet, M. Colle | J. Verbist, H. vanhulle, C. Waerzeggers | Email providing legal advice re security agreement. | AC, WP |
| DEXPRIV001391 | DEXPRIV001392 | Dutch | Email | 12/19/2000 | M. Colle | P. Cordonnier | K. van Riet | Email providing legal advice re restructuring of loans. | AC, WP |
| | | Dutch | Email | 12/19/2000 | P. Cordonnier | K. van Riet, X. Michel, M. Colle | P. van Tiggel | Email requesting information for the purpose of legal advice re restructuring of loans. | AC, WP |
| | | Dutch | Email | 12/19/2000 | P. Cordonnier | K. van Riet, X. Michel | P. van Tiggel | Email requesting information for the purpose of legal advice re restructuring of loans. | AC, WP |
| DEXPRIV001393 | DEXPRIV001398 | Dutch | Email | 12/13/2000 | P. van Tiggel | P. Cordonnier, K. Herbots | | Email providing legal advice re restructuring of loans. | AC, WP |
| | | Dutch | Email | 12/13/2000 | K. van Riet | C. Piret, P. van Tiggel, F. Saverys | | Email providing legal advice re restructuring of loans. | AC, WP |

Page 69

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV001399 | DEXPRIV001400 | Dutch | Email | 7/24/2003 | J. Bekaert | P. Cordonnier | J. Verbist, B. Lamiroy | Email providing legal advice re pledging agreement. | AC, WP |
| | | Dutch | Email | 7/24/2003 | P. Cordonnier | J. Bekaert | J. Verbist, B. Lamiroy | Email providing legal advice and transmitting information upon which legal advice is to be based re pledging agreement. | AC, WP |
| | | Dutch | Email | 7/23/2003 | J. Bekaert | P. Cordonnier | J. Verbist, B. Lamiroy | Email providing legal advice re pledging agreement. | AC, WP |
| DEXPRIV001401 | DEXPRIV001401 | Dutch | Email | 7/8/2003 | P. Cordonnier | J. Bekaert | J. Verbist | Email requesting information for purpose of legal advice re pledging agreement. | AC, WP |
| | | Dutch | Email | 7/8/2003 | J. Bekaert | P. Cordonnier | J. Verbist | Email providing legal advice and information for purpose of legal advice re pledging agreement. | AC, WP |
| DEXPRIV001402 | DEXPRIV001403 | Dutch | Email | 7/2/2003 | P. Cordonnier | J. Bekaert | B. Lamiroy | Email providing legal advice re pledging agreement. | AC, WP |
| | | Dutch | Email | 7/1/2003 | B. Lamiroy | P. Cordonnier | | Email transmitting information upon which legal advice is to be based re pledging agreement and other securities. | AC, WP |
| | | Dutch | Email | 6/24/2003 | J. Bekaert | K. van Riet, B. Lamiroy | J. Verbist, S. van Raemdonck | Email requesting information for purpose of legal advice re pledging agreement and other securities. | AC, WP |
| DEXPRIV001404 | DEXPRIV001405 | Dutch | Email | 11/7/2000 | S. Loosveld | P. Cordonnier | J. Verbist | Email providing legal advice and requesting information for purpose of legal advice re pledging agreement. | AC, WP |
| | | English | Email | 11/7/2000 | E. Ooi | S. Loosveld | J. Verbist, C. Ho | Email providing legal advice and transmitting information upon which legal advice is to be based re pledging agreement. | AC, WP |
| DEXPRIV001406 | DEXPRIV001408 | Dutch | Email | 11/8/2000 | S. Loosveld | P. Cordonnier | J. Verbist | Email providing legal advice re pledging agreement. | AC, WP |
| | | English | Email | 11/6/2000 | J. Verbist | S. Loosveld | | Email transmitting legal advice re pledging agreement. | AC, WP |
| | | English | Email | 11/6/2000 | E. Ooi | N. Syson, J. Verbist | C. Ho Wai Loon | Email providing legal advice re pledging agreement. | AC, WP |
| DEXPRIV001409 | DEXPRIV001410 | Dutch | Email | 11/3/2000 | S. Loosveld | P. Cordonnier | J. Verbist | Email transmitting legal advice re pledging agreement. | AC, WP |
| | | English | Email | 11/3/2000 | S. Loosveld | A. Roberts | | Email containing legal advice re pledging agreement. | AC, WP |
| DEXPRIV001411 | DEXPRIV001413 | Dutch | Email | 11/9/2000 | S. Loosveld | P. Cordonnier | J. Verbist | Email providing and transmitting legal advice re pledging agreement. | AC, WP |
| | | English | Email | 11/9/2000 | C. Ho | S. Loosveld | J. Verbist, E. Ooi | Email providing legal advice re pledging agreement. | AC, WP |
| | | English | Email | 11/8/2000 | S. Loosveld | C. Ho | | Email providing legal advice re pledging agreement. | AC, WP |

*Quaak v. Dexia and Related Cases*  
Dexia Bank Belgium's Log of Privileged Documents

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV001414 | DEXPRIV001415 | Dutch | Email | 11/8/2000 | S. Loosveld | P. Cordonnier | J. Verbist | Email providing legal advice re pledging agreement | AC, WP |
| | | English | Email | 11/8/2000 | C. Ho | S. Loosveld, E. Ooi | J. Verbist | Email providing legal advice re pledging agreement. | AC, WP |
| DEXPRIV001416 | DEXPRIV001417 | Dutch | Email | 11/17/2000 | S. Loosveld | P. Cordonnier | | Email providing legal advice re pledging agreement and transmitting documents reflecting the mental impression of an attorney re same. | AC, WP |
| | | English | Email | 11/17/2000 | C. Ho | S. Loosveld | E. Ooi | Email providing legal advice re pledging agreement. | AC, WP |
| | | English | Email | 11/16/2000 | S. Loosveld | E. Ooi | | Email providing legal advice and requesting information for purpose of legal advice re pledging agreement. | AC, WP |
| DEXPRIV001418 | DEXPRIV001420 | English | Agreement | 11/17/2000 | | | | Draft agreement reflecting the mental impression of an attorney re pledging agreement procedure. | AC, WP |
| DEXPRIV001421 | DEXPRIV001423 | English | Agreement | 11/17/2000 | | | | Draft agreement reflecting the mental impression of an attorney re pledging agreement procedure. | AC, WP |
| DEXPRIV001424 | DEXPRIV001426 | Dutch | Email | 11/17/2000 | S. Loosveld | P. Cordonnier | | Email providing legal advice re loan repayment. | AC, WP |
| | | English | Email | 11/17/2000 | C. Ho | S. Loosveld | E. Ooi | Email providing legal advice re loan repayment. | AC, WP |
| | | English | Email | 11/17/2000 | S. Loosveld | E. Ooi | | Email requesting legal advice re loan repayment. | AC, WP |
| DEXPRIV001427 | DEXPRIV001428 | English | Email | 11/16/2000 | P. Cordonnier | P. Cordonnier | J. Verbist | Email transmitting legal advice re loan repayment. | AC, WP |
| | | English | Email | 11/16/2000 | S. Loosveld | E. Ooi, C. Ho | J. Verbist | Email providing legal advice re loan repayment. | AC, WP |
| | | English | Email | 11/16/2000 | E. Ooi | S. Loosveld | J. Verbist, E. Ooi | Email providing legal advice re loan repayment. | AC, WP |
| DEXPRIV001429 | DEXPRIV001430 | Dutch | Email | 11/16/2000 | S. Loosveld | P. Cordonnier | J. Verbist | Email transmitting information upon which legal advice is to be based re loan repayment. | AC, WP |
| | | English | Email | 11/16/2000 | E. Ooi | S. Loosveld, C. Ho | J. Verbist, E. Ooi | Email providing legal advice re loan repayment. | AC, WP |
| | | English | Email | 11/15/2000 | S. Loosveld | C. Ho | J. Verbist, E. Ooi | Email providing and requesting legal advice re loan repayment. | AC, WP |
| DEXPRIV001431 | DEXPRIV001732 | | | | | | | Intentional gap. | |
| DEXPRIV001733 | DEXPRIV001733 | Dutch | Fax | 2/27/2002 | B. Lamiroy | S. Loosveld | | Fax requesting legal advice and transmitting information to attorney for the purpose of obtaining legal advice re loan security. | AC, WP |

**Quaak v. Dexia and Related Cases**
**Dexia Bank Belgium's Log of Privileged Documents**

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV001734 | DEXPRIV001734 | Dutch | Fax | 2/27/2002 | B. Lamiroy | S. Loosveld | | Fax transmission report with image of first page of fax requesting legal advice and transmitting information to attorney for the purpose of obtaining legal advice re loan security. | AC, WP |
| DEXPRIV001735 | DEXPRIV001743 | English | Agreement | 5/5/2001 | | | | Draft agreement with marginalia reflecting the mental impressions of an attorney re loan security. | AC, WP |
| DEXPRIV001744 | DEXPRIV001744 | Dutch, French | Fax | 3/29/2001 | S. Loosveld | K. van Riet | | Email, with attachment, providing legal advice re restructuring of L&H, with marginalia in French indicating forwarding of the email per fax and transmitting information to base further legal advice on re same. | AC, WP |
| DEXPRIV001745 | DEXPRIV001753 | English | Agreement | 3/29/2001 | | | | Draft agreement reflecting the mental impressions of an attorney re loan security. | AC, WP |
| DEXPRIV001754 | DEXPRIV001754 | Dutch | Email | 2/9/2001 | K. van Riet | P. Cordonnier, B. Lamiroy, P. van Tiggel | | Email providing legal advice re loan security. | AC, WP |
| DEXPRIV001754 | DEXPRIV001754 | Dutch | Email | 2/9/2001 | V. van Isterdael | K. van Riet | | Email transmitting draft agreements for the purpose of obtaining legal advice re loan security. | AC, WP |
| DEXPRIV001755 | DEXPRIV001762 | English | Agreement | 2/8/2001 | | | | Draft agreement reflecting the mental impressions of an attorney re loan security. | AC, WP |
| DEXPRIV001763 | DEXPRIV001769 | English | Agreement | 12/29/2000 | | | | Draft agreement reflecting the mental impressions of an attorney re loan security. | AC, WP |
| DEXPRIV001770 | DEXPRIV001771 | Dutch | Email | 12/22/2000 | K. van Riet | P. Cordonnier, B. Lamiroy, P. van Tiggel | | Email transmitting legal advice re loan security. | AC, WP |
| | | Dutch | Email | 12/22/2000 | S. Loosveld | K. van Riet | J. Verbist, B. Moerman, B. van den Hove | Email providing legal advice and transmitting draft agreement re loan security. | AC, WP |
| DEXPRIV001772 | DEXPRIV001777 | English | Agreement | 12/22/2000 | | | | Draft agreement reflecting the mental impressions of an attorney re loan security. | AC, WP |
| DEXPRIV001778 | DEXPRIV001778 | Dutch | Email | 12/12/2000 | K. van Riet | J. Verbist | C. Piret, P. van Tiggel | Email providing legal advice re Belgian corporate legal issues. | AC, WP |
| DEXPRIV001779 | DEXPRIV001779 | Dutch | Fax | 2/4/2002 | B. Lamiroy, K. van Riet | J. Verbist | | Fax requesting legal advice re exercise of collateral rights. | AC, WP |
| DEXPRIV001780 | DEXPRIV001780 | Dutch | Fax | 2/4/2002 | B. Lamiroy, K. van Riet | J. Verbist | | Fax transmission report of fax requesting legal advice re exercise of collateral rights. | AC, WP |

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV001781 | DEXPRIV001781 | Dutch | Fax | 10/30/2000 | A. Louwrier | M. Colle | | Fax forwarding draft agreements and providing legal advice re exercise of collateral rights, with marginalia reflecting the mental impressions of an attorney. | AC, WP |
| DEXPRIV001782 | DEXPRIV001782 | Dutch | Fax | 10/30/2000 | A. Louwrier | M. Colle | | Fax forwarding draft agreements and providing legal advice re exercise of collateral rights, with marginalia reflecting the mental impressions of an attorney. | AC, WP |
| DEXPRIV001783 | DEXPRIV001784 | Dutch | Fax | 10/30/2000 | J. Verbist | P. Cordonnier | | Fax transmitting letter providing legal advice re exercise of collateral rights, with marginalia requesting legal advice re same. | AC, WP |
| DEXPRIV001785 | DEXPRIV001785 | Dutch | Memo | | K. Herbots | B. Lamiroy | | Undated memorandum forwarding information to file. | AC, WP |
| DEXPRIV001786 | DEXPRIV001786 | English | Email | 2/16/2001 | T. Zink | R. Buehler, P. Cordonnier, M. Curran, F. de Potter, D. de Bleser, K. Deluere, K. Diederich, J. Gallagher, C. Geys, W. Haeck, K. Herbots, E. Huyghe, L. Jones, M. Kaiser, H. Liemen, S. Loosveld, K. Macours, E. Matthews, J. Nelissen Grade, C. Schneider, C. Sunt, M. Tanghe, K. van Riet, J. Vankeerberghen, P. van Tiggel, G. Vekeman, J. Verbist, V. Vercaigne, J. Verlinden, R. Wood | H. Seife | Email providing legal advice re Creditors' committee. | AC, WP |

## Quaak v. Dexia and Related Cases
### Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV001787 | DEXPRIV001789 | English | Chart | 2/16/2001 | Chadbourne & Park | | | Chart reflecting legal advice re L&H bankruptcy. | AC, WP |
| DEXPRIV001790 | DEXPRIV001790 | Dutch | Email | 2/12/2001 | C. Piret | K. van Riet | | Email requesting legal advice re L&H restructuring plan, loan settlement and exercise of collateral. | AC, WP |
| | | Dutch | Email | 2/12/2001 | K. van Riet | C. Piret, F. Saverys, P. van Tiggel, K. Herbots, B. Lamiroy | | Email providing legal advice and requesting further legal advice re L&H restructuring plan, loan settlement and exercise of collateral. | AC, WP |
| DEXPRIV001791 | DEXPRIV001798 | English | Agreement | 2/12/2001 | | | | Draft agreement reflecting the mental impressions of an attorney re loan settlement. | AC, WP |
| DEXPRIV001799 | DEXPRIV001806 | English | Agreement | 2/12/2001 | | | | Draft agreement reflecting the mental impressions of an attorney re loan settlement. | AC, WP |
| DEXPRIV001807 | DEXPRIV001807 | Dutch | Fax | 12/14/2000 | J. Verbist | K. van Riet, B. Lamiroy | | Fax providing legal advice re exercise of collateral rights. | AC, WP |
| DEXPRIV001808 | DEXPRIV001808 | Dutch | Email | 12/15/2000 | P. van Tiggel | J. Rome, L. Govaert, X. Michel, K. van Riet, K. Herbots, P. Cordonnier, C. Piret, S. Decraene, S. Frei | | email providing legal advice re L&H restructuring. | AC, WP |
| DEXPRIV001809 | DEXPRIV001809 | Dutch | Email | 12/15/2000 | P. van Tiggel | K. Herbots | | Email providing legal advice re tax issues of loan settlement. | AC, WP |
| | | | | 12/13/2000 | K. van Riet | P. van Tiggel | | Email providing legal advice re tax issues of loan settlement. | AC, WP |
| | | | | 12/13/2000 | S. Loosveld | K. van Riet, P. Cordonnier, M. Colle | J. Verbist, H. Vanhulle, C. Waerzeggers | Email providing legal advice re tax issues of loan settlement. | AC, WP |
| DEXPRIV001810 | DEXPRIV001810 | Dutch | Email | 12/15/2000 | C. Piret | P. van Tiggel, J. Rome, L. Govaert, X. Michel, K. van Riet, K. Herbots, P. Cordonnier, S. Decraene, S. Frei | | Email providing and requesting legal advice re loan settlement. | AC, WP |

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| | | Dutch | Email | 12/15/2000 | P. van Tiggel | J. Rome, L. Govaert, X. Michel, K. van Riet, K. Herbots, P. Cordonnier, S. Decraene, S. Frei | | Email providing legal advice re loan settlement. | AC, WP |
| DEXPRIV001811 | DEXPRIV001812 | | | | | | | Intentional gap. | |
| DEXPRIV001813 | DEXPRIV001815 | Dutch | Email | | P. Cordonnier | | | Undated email providing legal advice re loan settlement and restructuring of L&H, and re loan settlement. | AC, WP |
| DEXPRIV001816 | DEXPRIV001816 | Dutch | Email | 6/18/2001 | J. Rome | B. Lamiroy | | Email, with marginalia, transmitting LHIC investment portfolio information prepared at the request of an attorney. | AC, WP |
| | | Dutch | Email | 6/12/2001 | J. Rome | K. van Riet | J. Lametz, L. Govaert | Email, with marginalia, transmitting LHIC investment portfolio information prepared at the request of an attorney. | AC, WP |
| | | Dutch | Email | 6/12/2001 | J. Lametz | J. Rome | K. van Riet | Email requesting LHIC investment portfolio information for the purpose of basing legal advice upon. | AC, WP |
| DEXPRIV001817 | DEXPRIV001818 | Dutch | Chart | 6/12/2001 | | | | Undated chart of LHIC investment portfolio drafted at the request of counsel with marginalia reflecting the mental impressions of an attorney. | AC, WP |
| DEXPRIV001819 | DEXPRIV001819 | Dutch | Handwritten notes | | | | | Undated handwritten notes reflecting the mental impressions of an attorney re LHIC investment portfolio. | AC, WP |
| DEXPRIV001820 | DEXPRIV001822 | English | Fax | 9/17/1997 | E. Ponnet | G. Milants | | Fax providing legal advice re stock market listing, with marginalia requesting legal advice re same. | AC, WP |
| DEXPRIV001823 | DEXPRIV001824 | English | Fax | 9/16/1997 | E. Ponnet, A. Verhoeven | P. Reynolds, G. Milants | | Fax providing legal advice and transmitting draft letter re stock market listing. | AC, WP |
| DEXPRIV001825 | DEXPRIV001826 | English | Letter | | L&H Advanced Speech Products NV | Banque Paribas (London) | | Draft letter reflecting the mental impressions of an attorney re stock market listing. | AC, WP |
| DEXPRIV001827 | DEXPRIV001827 | English | Fax | 9/16/1997 | E. Ponnet | P. Reynolds | G. Milants | Fax providing legal advice re stock market listing. | AC, WP |
| DEXPRIV001828 | DEXPRIV001831 | English | Handwritten notes | | | | | Undated handwritten notes reflecting legal discussion re stock market listing. | WP |
| DEXPRIV001832 | DEXPRIV001832 | Dutch | Fax | 4/10/1997 | G. Milants | J. Blumberg | | Fax transmitting minutes of conference call requesting and providing legal advice re stock market listing. | AC, WP |

1/23/2006

## Quaak v. Dexia and Related Cases
### Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV001833 | DEXPRIV001834 | English | Minutes | 4/10/1997 | | | | Minutes of conference call requesting and providing legal advice re stock market listing. | AC, WP |
| DEXPRIV001835 | DEXPRIV001835 | Dutch | Fax | 4/10/1997 | G. Milants | J. Blumberg | | Fax transmission report with image of first page of fax transmitting minutes of conference call requesting and providing legal advice re stock market listing. | AC, WP |
| DEXPRIV001836 | DEXPRIV001836 | Dutch | Fax | 3/28/1997 | G. Milants | J. Blumberg | | Fax transmitting term sheet requesting legal advice re stock market listing. | AC, WP |
| DEXPRIV001837 | DEXPRIV001838 | English | Term sheet | 3/28/1997 | | | | Term sheet providing legal advice re stock market listing. | AC, WP |
| DEXPRIV001839 | DEXPRIV001839 | Dutch | Fax | 3/28/1997 | G. Milants | J. Blumberg | | Fax transmission report with image of first page of fax transmitting term sheet requesting legal advice re stock market listing. | AC, WP |
| DEXPRIV001840 | DEXPRIV001840 | Dutch | Fax | 3/27/1997 | G. Milants | J. Blumberg | | Fax transmitting term sheet and chart requesting legal advice re stock market listing. | AC, WP |
| DEXPRIV001841 | DEXPRIV001844 | English | Chart | 3/17/1997 | | | | Undated chart reflecting legal advice re stock market listing. | AC, WP |
| DEXPRIV001845 | DEXPRIV001846 | Dutch | Fax | 3/27/1997 | G. Milants | J. Blumberg | | Fax transmission report with image of first page of fax transmitting term sheet and chart requesting legal advice re stock market listing. | AC, WP |
| DEXPRIV001847 | DEXPRIV001847 | Dutch | Fax | 3/27/1997 | G. Milants | J. Blumberg | | Fax transmitting draft correspondence and requesting legal advice re stock market listing. | AC, WP |
| DEXPRIV001848 | DEXPRIV001851 | English | Letter | | Paribas Bank Belgie NV, Banque Paribas SA | J. Lernout, P. Hauspie | | Draft engagement letter, reflecting the mental impressions of an attorney, re stock market listing. | AC, WP |
| DEXPRIV001852 | DEXPRIV001854 | English | Term sheet | 3/27/1997 | | | | Draft term sheet providing legal advice re stock market listing. | AC, WP |
| DEXPRIV001855 | DEXPRIV001858 | English | Chart | | | | | Undated draft chart reflecting legal advice re stock market listing. | AC, WP |
| DEXPRIV001859 | DEXPRIV001860 | French | Letter | 3/19/1997 | J. Duplat | G. Milants | | Letter from authorities re stock market listing. | AC, WP |
| DEXPRIV001861 | DEXPRIV001872 | French | Report | | Belgian Banking Commission | | | Report dated "March 1997" by authorities re stock market listing. | AC, WP |
| DEXPRIV001873 | DEXPRIV001873 | Dutch | Fax | 3/27/1997 | G. Milants | J. Blumberg | | Fax transmission report of fax transmitting draft correspondence and requesting legal advice re stock market listing. | AC, WP |

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV001874 | DEXPRIV001876 | English, Dutch | Handwritten notes | 4/2/1997 | | | | Notes reflecting the mental impressions of an attorney re stock market listing. | AC |
| DEXPRIV001877 | DEXPRIV001878 | English | Minutes | 5/26/1997 | | J. Blumberg, B. Foster, L. Whiddon, G. Milants, C. de Marnix | | Minutes of conference call requesting and providing legal advice re stock market listing. | AC |
| DEXPRIV001879 | DEXPRIV001879 | English | Fax | 6/17/1997 | B. Foster | E. Porret, J. Deroo | G. Milants | Fax transmitting draft correspondence and providing legal advice re stock market listing. | AC |
| DEXPRIV001880 | DEXPRIV001881 | English | Letter | | Banque Paribas | L&H Speech Products | | Draft letter, without date, with marginalia reflecting the mental impressions of an attorney re stock market listing. | AC |
| DEXPRIV001882 | DEXPRIV001884 | English | Letter | | L&H Speech Products NV | Banque Paribas (London) | | Draft letter, with9ut date, with marginalia reflecting the mental impressions of an attorney re stock market listing. | AC |
| DEXPRIV001885 | DEXPRIV001886 | English | Letter | 6/11/1997 | J. Blumberg | Banque Paribas (London) | | Draft opinion reflecting the mental impressions of an attorney re stock market listing. | AC |
| DEXPRIV001887 | DEXPRIV001888 | English | Email | 6/18/1997 | G. Milants | B. Foster | C. de Marnix, B. Kherzi | Email providing legal advice re stock market listing. | AC |
| | | | | 6/18/1997 | B. Foster | | | Email providing legal advice re stock market listing. | AC |
| | | English | Email | 6/18/1997 | G. Milants | | | Email providing legal advice re stock market listing. | AC |
| | | English | Email | 6/18/1997 | B. Foster | G. Milants | | Email providing legal advice re stock market listing. | AC |
| DEXPRIV001889 | DEXPRIV001889 | English | Email | 6/18/1997 | G. Milants | B. Foster, B. Kherzi, J. van Holsbeeck | C. de Marnix | Email providing legal advice re stock market listing. | AC |
| DEXPRIV001890 | DEXPRIV001890 | English | Fax | 6/25/1997 | F. de Bauw | G. Milants, B. Foster | | Fax transmitting opinion reflecting the mental impressions of an attorney and providing legal advice re stock market listing. | AC |
| DEXPRIV001891 | DEXPRIV001893 | English | Letter | 6/25/1997 | F. de Bauw | Banque Paribas (London) | | Draft opinion reflecting the mental impressions of an attorney re stock market listing. | AC |
| DEXPRIV001894 | DEXPRIV001895 | English | Fax | 6/23/1997 | E. Ponnet, J. Deroo | B. Foster | G. Milants | Fax transmitting draft opinion reflecting the mental impressions of an attorney and providing legal advice re stock market listing. | AC |
| DEXPRIV001896 | DEXPRIV001898 | English | Letter | 6/23/1997 | J. Blumberg | Banque Paribas (London) | | Draft opinion reflecting the mental impressions of an attorney re stock market listing. | AC |

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV001899 | DEXPRIV001899 | English | Fax | 6/19/1997 | C. Sunt, J. Deroo | G. Milants, C. de Marnix, M. Funck, B. Foster | | Fax transmitting memorandum providing legal advice re stock market listing. | AC |
| DEXPRIV001900 | DEXPRIV001902 | English | Memo | 6/19/1997 | C. Sunt, J. Deroo | G. Milants, C. de Marnix, M. Funck, B. Foster | | Memorandum providing legal advice re stock market listing. | AC |
| DEXPRIV001903 | DEXPRIV001903 | French | Fax | 6/19/1997 | J. Deroo | C. de Marnix, M. Funck | | Fax transmitting draft press release re stock market listing and providing legal advice re stock market listing. | AC |
| DEXPRIV001904 | DEXPRIV001905 | English | Fax | 6/11/1997 | E. Ponnet, J. Deroo | B. Foster | G. Milants, C. de Marnix | Fax transmitting draft letters and providing legal advice re stock market listing. | AC |
| DEXPRIV001906 | DEXPRIV001907 | English | Letter | | Banque Paribas | L&H Speech Products | | Draft letter, without date, reflecting the mental impressions of an attorney re stock market listing. | AC |
| DEXPRIV001908 | DEXPRIV001910 | English | Letter | | L&H Speech Products NV | Banque Paribas (London) | | Draft letter, without date, reflecting the mental impressions of an attorney re stock market listing. | AC |
| DEXPRIV001911 | DEXPRIV001912 | English | Letter | 6/11/1997 | J. Blumberg | Banque Paribas (London) | | Draft opinion reflecting the mental impressions of an attorney re stock market listing. | AC |
| DEXPRIV001913 | DEXPRIV001914 | English | Letter | 6/6/1997 | E. Ponnet, J. Deroo | B. Foster | G. Milants | Letter providing legal advice re stock market listing. | AC |
| DEXPRIV001915 | DEXPRIV001940 | | | | | | | Intentional gap. | |
| DEXPRIV001941 | DEXPRIV001941 | English | Handwritten notes | 9/11/1997 | | | | Handwritten notes of a meeting or telephone conference reflecting the mental impressions of an attorney re stock market listing. | WP |
| DEXPRIV001942 | DEXPRIV001944 | | | | | | | Intentional gap. | |
| DEXPRIV001945 | DEXPRIV001945 | English | Handwritten notes | | | | | Undated handwritten notes taken during a meeting or telephone conference reflecting the mental impressions of an attorney re exercise of warrants. | AC |
| DEXPRIV001946 | DEXPRIV001948 | English | Fax | 6/24/1997 | J. Blumberg | B. Foster, M. Funck | | Fax providing and transmitting legal advice re stock market listing. | AC |
| DEXPRIV001949 | DEXPRIV001951 | English | Chart | | | | | Undated chart reflecting legal advice re stock market listing. | AC |
| DEXPRIV001952 | DEXPRIV001953 | English | Chart | 7/30/1997 | De Bandt, van Hecke & Lagae | | | Chart with marginalia reflecting legal advice re stock market listing. | AC |
| DEXPRIV001954 | DEXPRIV001954 | French | Fax | 7/30/1997 | J. Blumberg | M. Funck | | Fax transmitting chart providing legal advice re stock market listing. | AC |
| DEXPRIV001955 | DEXPRIV001956 | | | | | | | Intentional gap. | |

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV001957 | DEXPRIV001957 | Dutch | Fax | 5/10/2001 | "Johan" | K. van Riet | | Fax transmitting transcript of court deposition, with marginalia reflecting the mental impressions of an attorney, requesting legal advice re loan settlement. | AC, WP |
| DEXPRIV001958 | DEXPRIV001958 | Dutch | Court Submission | | | | | Transcript of court deposition, with marginalia reflecting the mental impressions of an attorney re loan settlement. | AC, WP |
| DEXPRIV001959 | DEXPRIV001959 | Dutch | Court Submission | | | | | Transcript of court deposition, with marginalia reflecting the mental impressions of an attorney re loan settlement. | AC, WP |
| DEXPRIV001960 | DEXPRIV001963 | Dutch | Agreement | 12/29/2000 | Banque Artesia Nederland NV | J. Lernout, P. Hauspie, N. Willaert | | Draft agreement reflecting the mental impressions of an attorney re loan settlement. | AC |
| DEXPRIV001964 | DEXPRIV001969 | Dutch | Agreement | 12/26/2000 | L&H Investment Company | Artesia Bank NV | | Fax requesting legal advice and transmitting information to attorney for the purpose of obtaining legal advice re loan settlement. | AC, WP |
| DEXPRIV001970 | DEXPRIV001971 | Dutch | Letter | 11/29/2000 | J. Verbist | K. van Riet, P. Cordonnier | R. Hermans | Letter providing legal advice re loan settlement. | AC |
| DEXPRIV001972 | DEXPRIV001973 | Dutch | Fax | 12/1/2000 | D. de Bleser | F. Sercu, L. Mesuere, F. van Steenwinkel, V. Vercaigne, A. Vercammen, J. Vandensteen, G. Vekeman, K. Macours, P. Cordonnier, P. Vermeiren, P. van Raemsdonck, J. Vankeerberghen, C. Schneider, R. Haas, K. Diederich | | Fax transmitting draft minutes of meetings of L&H banking consortium providing legal advice re L&H litigation strategy and restructuring plan. | AC, WP |
| DEXPRIV001974 | DEXPRIV001976 | English | Minutes | 12/1/2000 | | | | Draft minutes of meeting of L&H banking consortium providing legal advice re L&H litigation strategy. | AC, WP |
| DEXPRIV001977 | DEXPRIV001977 | Dutch | Fax | 11/30/2000 | J. Verbist | K. van Riet, B. Lamiroy | | Letter transmitting information and providing legal advice re exercise of collateral. | AC, WP |
| DEXPRIV001978 | DEXPRIV001979 | Dutch | Letter | 11/29/2000 | J. Verbist | B. van Kerckhoven | | Letter to bailiff instructing to begin procedure for exercising collateral. | AC, WP |