1/23/2006

## Quaak v. Dexia and Related Cases
### Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV001980 | DEXPRIV001983 | Dutch | Court Submission | | | | | Draft summation, not dated. | AC, WP |
| DEXPRIV001984 | DEXPRIV001985 | Dutch | Fax | 11/30/2000 | D. de Bleser | F. Sercu, L. Mesuere, F. van Steenwinkel, V. Vercaigne, A. Vercammen, J. Vandensteen, G. Vekeman, K. Macours, P. Cordonnier, P. Vermeiren, P. van Raemsdonck, J. Vankeerberghen, R. Haas, K. Diederich | | Fax transmitting letter to attorney requesting legal advice re judicial composition and providing legal advice re same. | AC, WP |
| DEXPRIV001986 | DEXPRIV001987 | English | Fax | 11/30/2000 | V. Vercaigne | J. Nelissen Grade | | Letter requesting legal advice re judicial composition and bankruptcy, rescission of Dictaphone collateral and exercise of collateral. | AC, WP |
| DEXPRIV001988 | DEXPRIV001988 | Dutch | Memo | 12/15/2000 | | | | Undated memorandum or notes reflecting the mental impressions of an attorney re loan settlement. | WP |
| DEXPRIV001989 | DEXPRIV001989 | Dutch | Fax | 12/15/2000 | | P. Colle, G. de Pestel | | Fax transmission report with image of first page of fax requesting legal advice re exercise of collateral. | AC, WP |
| DEXPRIV001990 | DEXPRIV001990 | Dutch | Fax | 12/15/2000 | K. van Riet, B. Lamiroy | P. Colle, G. de Pestel | | Fax requesting legal advice re exercise of collateral. | AC, WP |
| DEXPRIV001991 | DEXPRIV001991 | Dutch | Fax | 12/15/2000 | J. van Hees | A. Louwrier, J. Blomkwist | | Fax transmitting and providing legal advice re Dutch compliance issues and re loan settlement. | AC, WP |
| DEXPRIV001992 | DEXPRIV001994 | Dutch | Memo | 12/15/2000 | J. Palstra | J. van Hees | | Memorandum providing legal advice re Dutch compliance. | AC, WP |
| DEXPRIV001995 | DEXPRIV001996 | English | Letter | 12/13/2000 | F. Kremer | J. van Hees | | Letter providing legal advice and transmitting file re representation. | AC, WP |
| DEXPRIV001997 | DEXPRIV002008 | | | | | | | Intentional gap. | |

1/23/2006

## Quaak v. Dexia and Related Cases
### Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV002009 | DEXPRIV002010 | English | Fax | 12/7/2000 | J. Verbist | J. Vankeerberghen, V. Vercaigne, D. de Bleser, E. Huyghe, M. Tanghe, K. Macours, P. Cordonnier, K. van Riet, K. Diederich | J. Nelissen Grade, C. Sunt, J. Verlinden, S. Loosveld, C. Geys | Fax transmitting and providing legal advice re representation. | AC, WP |
| DEXPRIV002011 | DEXPRIV002011 | English | Fax | 12/6/2000 | H. Seife | J. Verbist | | Fax providing legal advice re representation. | AC, WP |
| DEXPRIV002012 | DEXPRIV002013 | Dutch | Fax | 12/21/2000 | G. de Pestel, P. Colle | | | Fax providing legal advice re participation of LHSP in LHCS and loan settlement. | AC, WP |
| DEXPRIV002014 | DEXPRIV002014 | Dutch | Fax | 12/22/2001 | J. Verbist | K. van Riet | | Fax providing legal advice re Belgian litigation practice. | AC, WP |
| DEXPRIV002015 | DEXPRIV002016 | English | Email | 4/4/2003 | J. Verbist | T. Zink, M. Curran, F. de Potter, D. de Bleser, K. Delerue, W. Haeck, E. Huyghe, S. Janaway, B. Lamiroy, K. Macours, E. Matthews, B. Morison, L. Powell, C. Schneider, M. Tanghe, K. Troch, K. van Riet, J. Vankeerberghen, G. Vekeman, J. Verbist, V. Vercaigne | H. Seife, F. Vazquez | Email requesting information to base legal advice upon re L&H restructuring plan. | AC, WP |

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| | | English | Email | 4/3/2003 | T. Zink | M. Curran, F. de Potter, D. de Bleser, K. Delerue, W. Haeck, E. Huyghe, S. Janaway, B. Lamiroy, K. Macours, E. Matthews, B. Morison, L. Powell, C. Schneider, M. Tanghe, K. Troch, K. van Riet, J. Vankeerberghen, G. Vekeman, J. Verbist, V. Vercaigne | H. Seife, F. Vazquez | Email transmitting and providing legal advice re L&H litigation and re bankruptcy. | AC, WP |
| DEXPRIV002017 | DEXPRIV002019 | English | Memo | 4/3/2003 | T. Zink | L&H SP Bank Group | | Memorandum providing legal advice re L&H litigation and re bankruptcy. | AC, WP |
| DEXPRIV002020 | DEXPRIV002054 | English | Presentation | 12/15/2000 | Chadbourne & Parke | L&H SP Bank Group | | Presentation providing legal advice re Chapter 11 and US litigation procedures, and Creditors' Committee. | AC, WP |
| DEXPRIV002055 | DEXPRIV002056 | English | Letter | 4/3/2001 | H. Seife, T. Zink | K. van Riet | J. Verbist, S. Loosveld | Letter providing legal advice re US litigation procedure, bankruptcy and litigation strategy. | AC, WP |
| DEXPRIV002057 | DEXPRIV002057 | Dutch | Email | 7/25/2003 | K. van Riet | Y. Herikx, S. Ryelandt, L. Legein, PV@exnet. be, B. Lamiroy | | Email providing and requesting information re costs and L&H relationship of loans. | AC, WP |
| | | Dutch | Email | 7/25/2003 | B. Lamiroy | Y. Herikx, S. Ryelandt, L. Legein, PV@exnet. be, B. Lamiroy | K. van Riet | Email providing and requesting information re costs and L&H relationship of loans. | AC, WP |
| | | Dutch | Email | 7/25/2003 | S. Heyvaert, V. Sneyers | B. Lamiroy | | Email providing and requesting information re costs and L&H relationship of loans, with marginalia. | AC, WP |
| | | Dutch | Email | 7/23/2003 | B. Lamiroy | V. Sneyers | K. van Riet | Incomplete email. | AC |

1/23/2006

## Quaak v. Dexia and Related Cases
### Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV002058 | DEXPRIV002058 | Dutch | Email | 7/23/2003 | B. Lamiroy | Y. Herikx, S. Ryelandt, L. Legein, PV@lexnet. be | K. van Riet | Email transmitting information for the purpose of obtaining legal advice re costs and L&H relationship of loans. | AC, WP |
| DEXPRIV002059 | DEXPRIV002060 | Dutch | Chart | | | | | Undated chart transmitting information for the purpose of obtaining legal advice re costs and L&H relationship of loans. | AC, WP |
| DEXPRIV002061 | DEXPRIV002061 | Dutch | Email | 7/23/2003 | B. Lamiroy | V. Sneyers | K. van Riet | Email transmitting information for the purpose of obtaining legal advice re costs and L&H relationship of loans. | AC, WP |
| DEXPRIV002062 | DEXPRIV002063 | Dutch | Email | 7/23/2003 | J. Volders, S. Heyvaert | B. Lamiroy | | Email transmitting information for the purpose of basing legal advice upon re costs and L&H relationship of loans. | AC, WP |
| DEXPRIV002062 | DEXPRIV002062 | Dutch | Email | 7/22/2003 | S. Heyvaert, V. Sneyers | K. van Riet | | Email transmitting information for the purpose of basing legal advice upon re costs and L&H relationship of loans. | AC, WP |
| DEXPRIV002063 | DEXPRIV002063 | Dutch | Chart | | | | | Undated chart transmitting information for the purpose of obtaining legal advice costs and L&H relationship of loans. | AC, WP |
| DEXPRIV002064 | DEXPRIV002064 | Dutch | Email | 6/30/2003 | S. Heyvaert, V. Sneyers | B. Lamiroy | de Roeck | Email transmitting information for the purpose of basing legal advice upon re costs and L&H relationship of loans. | AC, WP |
| DEXPRIV002065 | DEXPRIV002066 | Dutch | Chart | 7/25/2003 | B. Lamiroy | Y. Herikx, S. Ryelandt, L. Legein, PV@lexnet. be | | Email transmitting information for the purpose of obtaining legal advice re costs and L&H relationship of loans. | AC, WP |
| | | Dutch | Chart | | | | | Undated chart transmitting information for the purpose of obtaining legal advice costs and L&H relationship of loans. | AC, WP |

Page 83

1/23/2006

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV002069 | DEXPRIV002070 | English | Email | 3/13/2001 | H. Seife | R. Buehler, P. Cordonnier, M. Curran, F. de Potter, D. de Bleser, K. Delerue, K. Diederich, J. Gallagher, C. Geys, W. Haeck, K. Herbots, E. Huyghe, L. Jones, M. Kaiser, B. Lamiroy, H. Liemen, S. Loosveld, K. Macours, E. Matthews, J. Nelissen Grade, C. Schneider, C. Sunt, M. Tanghe, K. van Riet, J. Vankeerberghen, P. van Tiggel, G. Vekeman, J. Verbist, V. Vercaigne | T. Zink | Email transmitting minutes of meeting of L&H banking consortium providing legal advice re Creditors' Committee, sale of assets, Board of Directors, nomination of L&H officer. | AC, WP |

Page 84

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV002071 | DEXPRIV002072 | English | Email | 3/13/2001 | S. Halliburton | M. Curran, H. Seife, T. Zink, F. Vazques, A. Rosenblatt, E. Matthews, K. Makowski, A. Landis, G. Graney, B. Bisson, S. Cimalore, J. McGinley, D. Sklar, R. Christmas, info@studiogninini.nl, F. Monaco, J. Bodnar, K. Mangan, J. d'Amato, B. Lenhart, F. Samyn, J. Werbalowski, B. Silbert, P. Hooper | I. Dizengoff, D. Golden | Email providing legal advice re Creditors' Committee. | AC, WP |
| DEXPRIV002073 | DEXPRIV002073 | English | Email | 6/25/2001 | J. Verbist | D. de Bleser, E. Huyghe, M. Tanghe, M. Vancoillie, W. Haeck, S. Vandecapelle, K. Macours, J. Vandensteen, G. Vekeman, K. Troch, S. Janaway, K. van Riet, B. Laminroy, H. Liemen, M. Kaiser, C. Schneider, J. Vankerberghen, J. Verbist, S. Loosveld | V. Vercaigne | Email providing legal advice re draft minutes of meeting discussion re litigation procedure and payment obligations. | AC, WP |

1/23/2006

## Quaak v. Dexia and Related Cases
## Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV002073 | DEXPRIV002073 | English | Email | 6/25/2001 | D. de Bleser | E. Huyghe, M. Tanghe, M. Vancoillie, W. Haeck, S. Vandecapelle, K. Macours, J. Vandensteen, G. Vekeman, K. Troch, S. Janaway, K. van Riet, B. Lamiroy, H. Liemen, M. Kaiser, C. Schneider, J. Vankeerberghen, J. Verbist, S. Loosveld | V. Vercaigne | Email requesting legal advice re draft minutes of meeting discussion re litigation procedure and payment obligations. | AC, WP |
| DEXPRIV002074 | DEXPRIV002074 | English | Email | 7/3/2002 | D. de Bleser | E. Huyghe, M. Tanghe, M. Vancoillie, W. Haeck, S. Vandecapelle, K. Macours, J. Vandensteen, G. Vekeman, K. Troch, S. Janaway, K. van Riet, B. Lamiroy, H. Liemen, M. Kaiser, C. Schneider, J. Vankeerberghen, J. Verbist, S. Loosveld | V. Vercaigne | Email transmitting minutes of meeting of L&H banking consortium re criminal litigation procedure, payment obligations, Dictaphone Directors, bankruptcy, and valuation of assets. | AC, WP |
| DEXPRIV002075 | DEXPRIV002079 | English | Minutes | | | | | Minutes of meeting of L&H banking consortium dated 6/24/2002 providing legal advice re criminal litigation procedure, payment obligations, Dictaphone Directors, bankruptcy, and valuation of assets. | AC, WP |

Page 86

1/23/2006

## Quaak v. Dexia and Related Cases
### Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV002080 | DEXPRIV002081 | English | Email | 11/15/2002 | T. Zink | M. Curran, F. de Potter, D. de Blestar, K. Delerue, W. Haeck, E. Huyghe, S. Janaway, L. Jones, B. Lamiroy, S. Loosveld, K. Macours, E. Matthews, C. Schneider, M. Tanghe, K. van Riet, J. Vankeerberghen, G. Vekeman, J. Verbist, V. Vercaigne, R. Wood, B. Morison | C. Rivera, S. Rivera, H. Seife | Email providing legal advice re bankruptcy proceedings. | AC, WP |

1/23/2006

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV002082 | DEXPRIV002082 | English | Email | 10/2/2002 | T. Zink | R. Buehler, M. Curran, F. de Potter, D. de Bleser, K. Delerue, K. Diederich, J. Gallagher, W. Haeck, K. Herbots, E. Huyghe, S. Janaway, L. Jones, M. Kaiser, B. Lamiroy, H. Liemen, S. Loosveld, K. Macours, E. Matthews, C. Schneider, C. Sunt, M. Tanghe, K. van Riet, J. Vankeerberghen, G. Vekeman, J. Verbist, V. Vercaigne, R. Wood | C. Rivera | Email providing legal advice re bankruptcy proceedings. | AC, WP |

Page 88

1/23/2006

## Quaak v. Dexia and Related Cases
### Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV002083 | DEXPRIV002083 | English | Email | 10/23/2002 | T. Zink | R. Buehler, M. Curran, F. de Potter, D. de Bleser, K. Delerue, K. Diederich, J. Gallagher, W. Haeck, K. Herbots, E. Huyghe, S. Janaway, L. Jones, M. Kaiser, B. Lamiroy, H. Liemen, S. Loosveld, K. Macours, E. Matthews, C. Schneider, C. Sunt, M. Tanghe, K. van Riet, J. Vankeerberghen, G. Vekeman, J. Verbist, V. Vercaigne, R. Wood | | Email providing legal advice re L&H participation. | AC, WP |

Page 89

1/23/2006

## Quaak v. Dexia and Related Cases
### Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV002084 | DEXPRIV002084 | English | Email | 11/22/2002 | T. Zink | R. Buehler, M. Curran, F. de Potter, D. de Bleser, K. Delerue, K. Diederich, J. Gallagher, W. Haeck, K. Herbots, E. Huyghe, S. Janaway, L. Jones, M. Kaiser, B. Lamiroy, H. Liemen, S. Loosveld, K. Macours, E. Matthews, C. Schneider, C. Sunt, M. Tanghe, K. van Riet, J. Vankeerberghen, G. Vekeman, J. Verbist, V. Vercaigne, R. Wood | C. Rivera, S. Rivera, H. Seife | Email providing legal advice re bankruptcy proceedings. | AC, WP |

Page 90

1/23/2006

## Quaak v. Dexia and Related Cases
## Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV002085 | DEXPRIV002085 | English | Email | 12/20/2002 | Vazquez | M. Curran, F. de Potter, D. de Bleser, K. Delerue, W. Haeck, E. Huyghe, S. Janaway, B. Lamiroy, K. Macours, E. Matthews, C. Schneider, M. Tanghe, K. van Riet, J. Vankeerberghen, G. Vekeman, J. Verbist, V. Vercaigne, B. Morison | C. Rivera, S. Rivera, H. Seife, T. Zink | Email providing legal advice re bankruptcy proceedings. | AC, WP |
| DEXPRIV002086 | DEXPRIV002086 | English | Email | 12/11/2002 | J. Bekaert | K. van Riet, B. Lamiroy | J. Verbist | Email requesting and providing information re compensation. | AC, WP |
| | | English | Email | 12/10/2002 | T. Zink | J. Bekaert | | Email requesting information re compensation. | AC, WP |
| DEXPRIV002087 | DEXPRIV002089 | English | Email | 12/8/2000 | P. van Tigel | K. Herbots, P. Cordonnier | | Email transmitting legal advice and request thereof re Creditors' Committee. | AC, WP |
| | | English | Email | 12/7/2000 | K. van Riet | P. van Tiggel, F. Saverys, B. Lamiroy | | Email transmitting legal advice and request thereof re Creditors' Committee. | AC, WP |
| | | English | Email | 12/7/2000 | H. Seife | J. Verbist | P. Cordonnier, K. van Riet, S. Loosveld, T. Zink | Email providing information re Creditors' Committee. | AC, WP |

1/23/2006

## Quaak v. Dexia and Related Cases
### Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| | | English | Email | 12/7/2000 | J. Verbist | H. Seife | P. Cordonnier, K. van Riet, S. Loosveld | Email requesting information to base legal advice upon and providing information re Creditors' Committee. | AC, WP |
| DEXPRIV002090 | DEXPRIV002090 | English | Fax | 12/7/2000 | D. de Bleser | H. Seife | KBC Bank, Artesia Banking Corporation, Fortis Bank, Deutsche Bank, Dresdner Bank Luxembourg, De Bandt van Hecke Lagae & Loesch | Fax transmitting legal advice re bankruptcy. | AC, WP |
| DEXPRIV002091 | DEXPRIV002092 | English | Fax | 12/4/2000 | C. Geys, J. Nelissen Grade | H. Seife | | Fax providing legal advice re representation and re bankruptcy. | AC, WP |
| DEXPRIV002093 | DEXPRIV002095 | | | | | | | Intentional gap. | |
| DEXPRIV002096 | DEXPRIV002097 | English | Memo | 8/13/2002 | C. Rivera | the Bank Group | H. Seife, T. Zink | Memorandum providing legal advice re L&H litigation and re bankruptcy. | AC, WP |
| DEXPRIV002098 | DEXPRIV002101 | English | Memo | 8/13/2002 | T. Zink, C. Rivera | The Bank Group | | Memorandum providing legal advice re L&H litigation and re bankruptcy. | AC, WP |

1/23/2006

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV002102 | DEXPRIV002102 | English | Email | 10/18/2002 | C. Rivera | R. Buehler, M. Curran, F. de Potter, D. de Bleser, K. Delerue, K. Diederich, J. Gallagher, W. Haeck, E. Huyghe, S. Janaway, L. Jones, M. Kaiser, B. Lamiroy, H. Liemen, S. Loosveld, K. Macours, E. Matthews, C. Schneider, M. Tanghe, K. van Riet, J. Vankeerberghen, G. Vekeman, J. Verbist, V. Vercaigne, B. Morison, R. Wood | C. Rivera, S. Rivera, H. Seife, T. Zink | Email transmitting memorandum providing legal advice re L&H bankruptcy and litigation issues. | AC, WP |

Page 93

1/23/2006

## Quaak v. Dexia and Related Cases
## Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV002103 | DEXPRIV002103 | English | Email | 4/25/2002 | C. Rivera | R. Buehler, M. Curran, F. de Potter, D. de Blieser, K. Delerue, K. Diederich, J. Gallagher, W. Haeck, E. Huyghe, S. Janaway, L. Jones, M. Kaiser, B. Lamiroy, H. Liemen, S. Loosveld, K. Macours, E. Matthews, C. Schneider, M. Tanghe, K. van Riet, J. Vankeerberghen, G. Vekeman, J. Verbist, V. Vercaigne, R. Wood | T. Zink | Email providing legal advice re L&H bankruptcy and litigation issues. | AC, WP |
| DEXPRIV002104 | DEXPRIV002104 | English | Email | 4/24/2002 | C. Rivera | M. Curran, F. de Potter, D. de Blieser, K. Delerue, E. Huyghe, L. Jones, B. Lamiroy, K. Macours, E. Matthews, C. Schneider, M. Tanghe, K. van Riet, J. Vankeerberghen, G. Vekeman, V. Vercaigne | | Email providing and transmitting legal advice re L&H bankruptcy and litigation issues. | AC, WP |
| DEXPRIV002105 | DEXPRIV002109 | English | Memo | 10/12/2002 | T. Zink, C. Rivera | The Bank Group | | Memorandum providing legal advice re L&H litigation and re bankruptcy, with marginalia. | AC, WP |

1/23/2006

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV002110 | DEXPRIV002110 | English | Memo | 10/18/2002 | T. Zink, C. Rivera | The Bank Group | | Memorandum providing legal advice re litigation strategy. | AC, WP |
| DEXPRIV002111 | DEXPRIV002112 | English | Chart | 10/18/2002 | Chadbourne & Parke | | | Chart reflecting legal advice re L&H bankruptcy. | AC, WP |
| DEXPRIV002113 | DEXPRIV002117 | English | Email | 9/26/2002 | S. Loosveld | E. Huyghe, M. Tanghe, D. de Bleser, K. van Riet, B. Lamiroy, K. Macours, J. Vandensteen, G. Vekeman, K. Troch | J. Verbist, T. Zink | Email transmitting legal advice re bankruptcy, with marginalia reflecting the mental impressions of an attorney re same. | AC, WP |
| | | English | Email | 9/26/2002 | T. Zink | S. Loosveld | | Email providing legal advice re bankruptcy, with marginalia reflecting the mental impressions of an attorney. | AC, WP |

Page 95

1/23/2006

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| | | English | Email | 9/26/2002 | S. Loosveld | T. Zink | | Email providing legal advice re bankruptcy, with marginalia reflecting the mental impressions of an attorney. | AC, WP |
| | | English | Email | 9/24/2002 | T. Zink | R. Buehler, M. Curran, F. de Potter, D. de Bleser, K. Delerue, K. Diederich, J. Gallagher, W. Haeck, E. Huyghe, S. Janaway, L. Jones, M. Kaiser, B. Lamiroy, H. Liemen, S. Loosveld, K. Macours, E. Matthews, C. Schneider, M. Tanghe, K. van Riet, J. Vankeerberghen, G. Vekeman, J. Verbist, V. Vercaigne, R. Wood | | Email providing legal advice re valuation of assets and bankruptcy with marginalia reflecting the mental impressions of an attorney. | AC, WP |
| DEXPRIV002118 | DEXPRIV002119 | English | Email | 12/1/2000 | J. Verbist | | | Email transmitting legal advice and requesting information to base further legal advice upon re Creditors' Committee representation. | AC, WP |
| | | English | Email | 12/1/2000 | H. Seife | J. Verbist | H. Seife, T. Zink | Email providing legal advice re Creditors' Committee representation. | AC, WP |
| DEXPRIV002120 | DEXPRIV002120 | Dutch | Email | 12/6/2000 | K. van Riet | C. Piret, F. Saverys, B. Lamiroy, P. van Tiggel | | Email providing legal advice re Creditors' Committee. | AC, WP |

1/23/2006

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| | | Dutch | Email | 12/6/2000 | T. Zink | V. Vercaigne, M. Tanghe, E. Huyghe, K. Macours, P. Cordonnier, K. van Riet, J. Verbist, S. Loosveld | | Email providing legal advice re Creditors' Committee. | AC, WP |
| DEXPRIV002121 | DEXPRIV002122 | Dutch | Email | 12/8/2000 | K. van Riet | P. van Tiggel, F. Saverys, B. Lamiroy | | Email transmitting request for information by an attorney to base legal advice upon and information for which legal advice is to be obtained re Creditors' Committee, valuation of assets, loan settlement and representation. | AC, WP |
| | | Dutch | Email | 12/8/2000 | K. van Riet | J. Verbist | | Email transmitting information for which legal advice is to be obtained re Creditors' Committee, valuation of assets, loan security and representation. | AC, WP |
| | | English | Email | 12/7/2000 | J. Verbist | H. Seife | P. Cordonnier, K. van Riet, S. Loosveld | Email requesting information to base legal advice upon re Creditors' Committee, valuation of assets, loan security and representation. | AC, WP |
| DEXPRIV002123 | DEXPRIV002124 | Dutch | Email | 12/8/2000 | K. van Riet | P. van Tiggel, F. Saverys, B. Lamiroy | | Email transmitting request for information to base legal advice upon and information for which legal advice is to be obtained re bankruptcy and Creditors' Committee. | AC, WP |
| | | English | Email | 12/7/2000 | K. Macours | T. Zink | V. Vercaigne, M. Tanghe, E. Huyghe, P. Cordonnier, K. van Riet, J. Verbist, S. Loosveld, F. de Potter, G. Vekeman, K. Troch, M. Dholensky | Email requesting information to base legal advice upon and information for which legal advice is to be obtained re bankruptcy and Creditors' Committee. | AC, WP |

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| | | English | Email | 12/6/2000 | T. Zink | V. Vercaigne, M. Tanghe, E. Huyghe, K. Macours, P. Cordonnier, K. van Riet, J. Verbist, S. Loosveld | | Email providing legal advice re bankruptcy and Creditors' Committee. | AC, WP |
| DEXPRIV002125 | DEXPRIV002125 | English | Email | 12/8/2000 | K. van Riet | P. van Tiggel, F. Saverys, B. Lamiroy | | Email transmitting legal advice re bankruptcy and Creditors' Committee. | AC, WP |
| | | English | Email | 12/7/2000 | H. Seife | K. Macours | V. Vercaigne, M. Tanghe, E. Huyghe, P. Cordonnier, K. van Riet, J. Verbist, S. Loosveld, J. Vankeerberghen, H. Liemen, T. Zink, H. Seife | Email providing legal advice re bankruptcy and Creditors' Committee. | AC, WP |
| DEXPRIV002126 | DEXPRIV002126 | English | Email | 3/1/2000 | K. van Riet | B. Lamiroy | | Email transmitting request for information to base legal advice upon re Creditors' Committee representation. | AC, WP |
| | | English | Email | 2/28/2000 | T. Zink | P. Cordonnier, P. van Tiggel, K. van Riet, K. Herbots | J. Verbist, J. Verlinden, S. Loosveld, C. Sunt, C. Geys, J. Nelissen Grade | Email requesting information to base legal advice upon re Creditors' Committee representation. | AC, WP |
| DEXPRIV002128 | DEXPRIV002127 | Dutch | Email | 3/1/2000 | B. Lamiroy | C. Keutgen | K. van Riet | Email transmitting request for information to base legal advice upon re Creditors' Committee representation. | AC, WP |
| | | English | Email | 3/1/2000 | K. van Riet | B. Lamiroy | | Email transmitting request for information to base legal advice upon re Creditors' Committee representation. | AC, WP |
| | | English | Email | 2/28/2000 | T. Zink | P. Cordonnier, P. van Tiggel, K. van Riet, K. Herbots | J. Verbist, J. Verlinden, S. Loosveld, C. Sunt, C. Geys, J. Nelissen Grade | Email requesting information to base legal advice upon re Creditors' Committee representation. | AC, WP |
| DEXPRIV002129 | DEXPRIV002129 | | | | | | | Intentional gap. | |

1/23/2006

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV002130 | DEXPRIV002130 | English | Email | 3/1/2000 | K. van Riet | B. Lamiroy | | Email transmitting request for information to base legal advice upon with marginalia reflecting the mental impressions of an attorney re Creditors' Committee representation. | AC, WP |
| | | English | Email | 2/28/2000 | T. Zink | P. Cordonnier, P. van Tiggel, K. van Riet, K. Herbots | J. Verbist, J. Verlinden, S. Loosveld, C. Sunt, C. Geys, J. Nelissen Grade | Email requesting information to base legal advice upon with marginalia reflecting the mental impressions of an attorney re Creditors' Committee representation. | AC, WP |
| DEXPRIV002131 | DEXPRIV002131 | Dutch | Email | 3/1/2000 | B. Lamiroy | C. Keutgen | K. van Riet | Email with marginalia transmitting request for information to base legal advice upon re Creditors' Committee representation. | AC, WP |
| | | English | Email | 3/1/2000 | K. van Riet | B. Lamiroy | | Email transmitting request for information to base legal advice upon re Creditors' Committee representation. | AC, WP |
| | | English | Email | 2/28/2000 | T. Zink | P. Cordonnier, P. van Tiggel, K. van Riet, K. Herbots | J. Verbist, J. Verlinden, S. Loosveld, C. Sunt, C. Geys, J. Nelissen Grade | Email requesting information to base legal advice upon re Creditors' Committee representation. | AC, WP |
| DEXPRIV002132 | DEXPRIV002132 | English | Email | 3/1/2000 | K. van Riet | B. Lamiroy | | Email transmitting legal advice and request for information to base legal advice upon re Creditors' Committee representation. | AC, WP |

Page 99

1/23/2006

## Quaak v. Dexia and Related Cases
### Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| | | English | Email | 2/28/2001 | T. Zink | R. Buehler, P. Cordonnier, M. Curran, F. de Potter, D. de Bleser, K. Delerue, K. Diederich, J. Gallagher, C. Geys, W. Haeck, K. Herbots, E. Huyghe, L. Jones, M. Kaiser, H. Liemen, S. Loosveld, E. Matthews, K. Macours, J. Nelissen Grade, C. Schneider, C. Sunt, M. Tanghe, K. van Riet, J. Vankeerberghen, P. van Tiggel, G. Vekeman, J. Verbist, V. Vercaigne, J. Verlinden, R. Wood | H. Seife, T. Zink, F. Vazquez | Email providing legal advice and requesting information to base legal advice upon re Creditors' Committee representation. | AC, WP |
| DEXPRIV002133 | DEXPRIV002134 | Dutch | Email | 3/6/2000 | B. Lamiroy | C. Keugen | | Email transmitting request for information to base legal advice upon re Creditors' Committee representation. | AC, WP |
| | | English | Email | 3/1/2000 | K. van Riet | B. Lamiroy | | Email transmitting request for information to base legal advice upon re Creditors' Committee representation. | AC, WP |