*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV002135 |  | English | Email | 2/28/2000 | A. Rosenblatt | R. Buehler, P. Cordonnier, M. Curran, F. de Potter, D. de Bleser, K. Delerue, K. Diederich, J. Gallagher, C. Geys, W. Haeck, K. Herbots, E. Huyghe, L. Jones, M. Kaiser, H. Liemen, S. Loosveld, E. Matthews, K. Macours, J. Nelissen Grade, C. Schneider, C. Sunt, M. Tanghe, K. van Riet, J. Vankeerberghen, P. van Tiggel, G. Vekeman, J. Verbist, V. Vercaigne, J. Verlinden, R. Wood | H. Seife, T. Zink, F. Vazquez | Email requesting information to base legal advice upon re Creditors' Committee representation. | AC, WP |
| DEXPRIV002136 |  | Dutch | Email | 3/9/2001 | K. van Riet | F. Saverys, C. Piret | B. Lamiroy | Email providing and transmitting legal advice re Creditors' Committee. | AC, WP |
|  |  | Dutch | Email | 3/9/2001 | C. Piret | F. Saverys, K. van Riet | B. Lamiroy | Email requesting legal advice re Creditors' Committee. | AC, WP |
|  |  | Dutch | Email | 3/9/2001 | F. Saverys | K. van Riet, C. Piret | B. Lamiroy | Email requesting and transmitting legal advice re Creditors' Committee. | AC, WP |
| DEXPRIV002137 | DEXPRIV002137 | Dutch | Email | 3/9/2001 | K. van Riet | C. Piret, F. Saverys | B. Lamiroy | Email providing legal advice re Creditors' Committee representation. | AC, WP |
|  |  | Dutch | Email | 3/9/2001 | F. Saverys | K. van Riet, C. Piret | B. Lamiroy | Email requesting and transmitting legal advice re Creditors' Committee. | AC, WP |
|  |  | Dutch | Email | 3/9/2001 | K. van Riet | C. Piret, F. Saverys | B. Lamiroy | Email providing legal advice re Creditors' Committee representation. | AC, WP |

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV002138 | DEXPRIV002138 | English | Email | 3/22/2001 | T. Zink | R. Buehler, P. Cordonnier, M Curran, F. Depotter, D. de Bleser, K. Delerue, K. Diederich, J. Gallagher, C. Geys, W. Haeck, K. Herbots, E. Huyghe, L. Jones, M. Kaiser, B. Lamiroy, H. Liemen, S. Loosveld, K. Macours, E. Matthews, J. Nelissengrade, C. Schneider, C. Sunt, M. Tanghe, K. van Riet, J. Vankeerberghen, P. Vantiggel, G. Vekeman, J. Verbist, V. Vercaigne, J. Verlinden, R. Wood | H. Seife | Email providing legal advice re Dragon litigation. | AC, WP |
| DEXPRIV002139 | DEXPRIV002142 | English | Memo | 2/22/2002 | T. Zink; C. Rivera | The Bank Group | | Legal advice re L&H bankruptcy litigation. | AC, WP |
| DEXPRIV002143 | DEXPRIV002146 | English | Chart | 2/22/2002 | Chadbourne & Park | | | Chart providing legal advice re bankruptcy litigation. | AC, WP |
| DEXPRIV002147 | DEXPRIV002148 | English | Memo | 2/15/2002 | T. Zink; C. Rivera | The Bank Group | | Legal advice re L&H bankruptcy litigation. | AC, WP |
| DEXPRIV002149 | DEXPRIV002151 | English | Chart | 2/15/2002 | Chadbourne & Park | | | Chart providing legal advice re bankruptcy litigation. | AC, WP |
| DEXPRIV002152 | DEXPRIV002161 | English, Dutch | Chart | 7/19/2001 | Chadbourne & Park | | | Chart transmitting information upon which legal advice is to be based re bankruptcy litigation. | AC, WP |

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV002162 | DEXPRIV002162 | English | Fax | 6/10/2002 | C. Rivera | B. Lamiroy | K. van Riet | Fax transmitting information upon which legal advice is to be based re L&H bankruptcy litigation. | AC, WP |
| DEXPRIV002163 | DEXPRIV002167 | English | Fax | 6/10/2002 | T. Zink, C. Rivera | The Bank Group | | Legal advice re L&H bankruptcy litigation. | AC, WP |
| DEXPRIV002168 | DEXPRIV002172 | English | Memo | 3/3/2003 | Akin, Gump, Strauss, Hauer & Feld | The Official Committee of Unsecured Creditors of LHSP Products N.V. | | Legal advice re L&H bankruptcy. | AC, WP |
| DEXPRIV002173 | DEXPRIV002173 | English | Email | 12/21/2000 | T. Zink | P. Cordonnier, K. Herbots, K. van Riet, P. van Tiggel | J. Verbist, H. Seife | Email requesting information for purpose of legal advice re Creditors' Committee. | AC, WP |
| DEXPRIV002174 | DEXPRIV002175 | English | Memo | 12/11/2000 | H. Seife, T. Zink | J. Verbist, S. Loosveld, C. Geys, J. Verlinden, P. Cordonnier, K. van Riet, K. Macours, V. Vercaigne, M. Curran, E. Hughe, M. Tanghe, H. Liemen, J. Vankeerberghen | | Memo providing legal advice re bankruptcy. | AC, WP |
| DEXPRIV002176 | DEXPRIV002177 | English | Memo | 12/11/2000 | H. Seife, T. Zink | J. Verbist, S. Loosveld, C. Geys, J. Verlinden, P. Cordonnier, K. van Riet, K. Macours, V. Vercaigne, M. Curran, E. Hughe, M. Tanghe, H. Liemen, J. Vankeerberghen | | Memo providing legal advice re restructuring of L&H financing and re bankruptcy. | AC, WP |

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV002178 | DEXPRIV002179 | Dutch | Email | 10/1/2002 | B. Lamiroy | K. van Riet | | Email transmitting information upon which legal advice is to be based re restructuring of L&H financing and re bankruptcy. | AC, WP |
| | | English | Email | 9/30/2002 | T. Zink | B. Lamiroy | | Email providing legal advice re restructuring of L&H financing and re bankruptcy. | AC, WP |
| | | English | Email | 9/30/2002 | B. Lamiroy | H. Seife | | Email requesting information for purpose of legal advice re restructuring of L&H financing and re bankruptcy. | AC, WP |
| DEXPRIV002180 | DEXPRIV002180 | English | Email | 2/15/2002 | T. Zink | R. Buehler, M. Curran, F. Depotter, D. de Bleser, K. Delerue, K. Diederich, J. gallagher, C. Geys, W. Haeck, E. Huyghe, S. Janaway, L. Jones, M. Kaiser, B. Lamiroy, H. Liemen, S. Loosveld, K. Macours, E. Matthews, J. Nelissengrade, C. Schneider, C. Sunt, M. Tanghe, K. van Riet, J. Vankeerberghen, G. Vekeman, J. Verbist, V. Vercaigne, J. Verlinden, R. Wood | H. Seife | Email transmitting information upon which legal advice is to be based re litigation proceedings. | AC, WP |

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**                                                                                                                                                                                             1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV002181 | DEXPRIV002181 | English | Email | 2/22/2002 | C. Rivera | R. Buehler, M. Curran, F. Depotter, D. de Bleser, K. Delerue, K. Diederich, J. Gallagher, C. Geys, W. Haeck, E. Huyghe, S. Janaway, L. Jones, M. Kaiser, B. Lamiroy, H. Liemen, S. Loosveld, K. Macours, E. Matthews, J. Nelissengrade, C. Schneider, C. Sunt, M. Tanghe, K. van Riet, J. Vankeertberghen, G. Vekeman, J. Verbist, V. Vercaigne, J. Verlinden, R. Wood | T. Zink, H. Seife | Email transmitting information upon which legal advice is to be based re litigation proceedings. | AC, WP |
| DEXPRIV002182 | DEXPRIV002203 | English | Memo | 9/19/2001 | T. Zink, S. Rivera | The Bank Group | | Memo providing legal advice re restructuring of L&H financing and re bankruptcy. | AC, WP |
| DEXPRIV002204 | DEXPRIV002204 | Dutch | Email | 7/31/2002 | K. van Riet | B. Lamiroy | | Email providing legal advice re restructuring of L&H financing. | AC, WP |
| | | Dutch | Email | 7/29/2002 | K. van Riet | B. Lamiroy | | Email transmitting information upon which legal advice is to be based re restructuring of L&H financing. | AC, WP |
| DEXPRIV002205 | DEXPRIV002206 | Dutch | Fax | 7/31/2002 | B. Lamiroy, K. van Riet | F. Seys | P. Colle | Fax providing legal advice and requesting legal advice re exercise of collateral rights. | AC, WP |
| DEXPRIV002207 | DEXPRIV002221 | English | Presentation | 10/2/2001 | R. Schwager, T. Ledwick | | | Presentation sheets providing legal advice re bankruptcy. | AC, WP |

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV002222 | DEXPRIV002222 | English | Email | 6/25/2002 | D. de Bleser | E. Huyghe, M. Tanghe, M. Vancoillie, W. Haeck, S. Vandcapelle, K. Macours, J. Vandensteen, G. Vekeman, K. Troch, S. Janaway, K. van Riet, B. Lamiroy, H. Liemen, M. Kaiser, C. Schneider, J. Vankeerberghen, J. Verbist, S. Loosveld | V. Vercaigne | Fax providing legal advice re litigation strategy. | AC, WP |
| DEXPRIV002223 | | English | Minutes | | | | | Minutes of bankers meeting dated 6/24/2002 providing legal advice, transmitting information upon which legal advice is to be based, and reflecting the mental impression of an attorney, re bankruptcy, litigation, restructuring of L&H financing. | AC, WP |
| DEXPRIV002228 | DEXPRIV002228 | Dutch | Email | 6/27/2003 | K. van Riet | A. Miller, M. Decamps, J. Martin, C. Piret, A. de Roeck | Y. Herinckx, S. Reylandt, PV@lexnet.be, B. Lamiroy | Email transmitting information upon which legal advice is to be based L&H litigation proceedings. | AC, WP |
| | | Dutch | Email | 6/27/2003 | K. van Riet | A. Miller, M. Decamps, J. Martin, C. Piret, A. de Roeck | Y. Herinckx, S. Reylandt, PV@lexnet.be, B. Lamiroy | Email transmitting information upon which legal advice is to be based L&H litigation proceedings. | AC, WP |
| | | Dutch | Email | 6/26/2003 | K. van Riet, B. Lamiroy | A. Miller, M. Decamps, J. Martin, C. Piret, A. de Roeck | Y. Herinckx, S. Reylandt, PV@lexnet.be, B. Lamiroy | Email transmitting information upon which legal advice is to be based L&H litigation proceedings. | AC, WP |

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV002229 | DEXPRIV002245 | French | Note | 6/26/2003 | K. van Riet, P. B. Lamiroy | A. Miller, M. Decamps, J. Martin, C. Piret, A. de Roeck | Y. Herinckx, S. Reylandt, P. Vanderveeren, B. Lamiroy | Note providing legal advice L&H litigation proceedings. | AC, WP |
| DEXPRIV002246 | DEXPRIV002247 | English | Note | 1/17/2003 | K. van Riet, A. de Roeck | A. Miller | | Note providing legal advice L&H litigation proceedings. | AC, WP |
| DEXPRIV002248 | DEXPRIV002248 | Dutch | Letter | 5/7/2003 | P. Vanderveeren | K. van Riet | | Letter providing legal advice re L&H litigation proceedings. | AC, WP |
| DEXPRIV002249 | DEXPRIV002250 | Dutch | Memo | 7/25/2003 | J. Blomkwist | T. Roest | | Memo providing legal advice re loan settlement. | AC, WP |
| DEXPRIV002251 | DEXPRIV002251 | Dutch | Report | 8/27/2003 | | | | Report providing legal advice re loan settlement. | AC, WP |
| DEXPRIV002252 | DEXPRIV002254 | Dutch | Note | 1/24/2003 | B. Lamiroy | A. Miller | | Note providing legal advice re loan repayment. | AC, WP |
| DEXPRIV002258 | DEXPRIV002262 | Dutch | Memo | 7/23/2002 | B. Lamiroy, K. van Riet | C. Piret | A. Miller | Memorandum providing legal advice re LHSP financial situation, progress of Belgian litigation, bankruptcy, loan insurance, Dexia committee, LHIC litigation, exercise of collateral, loan settlement, Dutch litigation. | AC, WP |
| DEXPRIV002263 | DEXPRIV002266 | Dutch | Memo | 7/15/2002 | B. Lamiroy, K. van Riet, de Roeck | Management Committee | | Draft memorandum providing legal advice re loan settlement, bankruptcy, Belgian litigation proceedings. | AC, WP |
| DEXPRIV002267 | DEXPRIV002269 | Dutch | Email | 12/8/2000 | P. van Tiggel | K. Herbots, P. Cordonnier | | Email transmitting legal advice and request thereof with marginalia reflecting the mental impressions of an attorney re Creditors' Committee and representation. | AC, WP |
| DEXPRIV002267 | DEXPRIV002269 | Dutch | Email | 12/7/2000 | K. van Riet | P. van Tiggel, F. Saverys, B. Lamiroy | | Email transmitting legal advice and request thereof with marginalia reflecting the mental impressions of an attorney re Creditors' Committee and representation. | AC, WP |
| DEXPRIV002267 | DEXPRIV002269 | English | Email | 12/7/2000 | H. Seife | J. Verbist | P. Cordonnier, K. van Riet, S. Loosveld, T. Zink | Email transmitting legal advice and request thereof with marginalia reflecting the mental impressions of an attorney re Creditors' Committee and representation. | AC, WP |
| DEXPRIV002267 | DEXPRIV002269 | English | Email | 12/7/2000 | J. Verbist | H. Seife | P. Cordonnier, K. van Riet, S. Loosveld | Email requesting legal advice with marginalia reflecting the mental impressions of an attorney re Creditors' Committee and representation. | AC, WP |

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV002270 | DEXPRIV002275 | English | Memo | 12/7/2000 | H. Seife, T. Zink | J. Verbist, S. Loosveld, J. Verlinden, P. Cordonnier, K. van Riet, K. Macours, V. Vercaigne, M. Curran, E. Huyghe, M. Tanghe, H. Liemen, J. Vankeerberghen | | Memorandum providing legal advice re bankruptcy litigation proceedings. | AC, WP |
| DEXPRIV002276 | DEXPRIV002276 | English | Letter | 12/7/2000 | H. Seife, T. Zink | J. Verbist, S. Loosveld, J. Verlinden, P. Cordonnier, K. van Riet, K. Macours, V. Vercaigne, M. Curran, E. Huyghe, M. Tanghe, H. Liemen, J. Vankeerberghen | | Letter transmitting information and providing legal advice re bankruptcy proceedings and Creditors' Committee. | AC, WP |
| DEXPRIV002277 | DEXPRIV002277 | English | Fax | 12/7/2000 | H. Seife, T. Zink | J. Verbist, S. Loosveld, J. Verlinden, P. Cordonnier, K. van Riet, K. Macours, V. Vercaigne, M. Curran, E. Huyghe, M. Tanghe, H. Liemen, J. Vankeerberghen | | Fax cover page transmitting information and providing legal advice re bankruptcy proceedings and Creditors' Committee. | AC, WP |

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV002278 | DEXPRIV002279 | English | Letter | 12/7/2000 | H. Seife, T. Zink | J. Verbist, S. Loosveld, J. Verlinden, P. Cordonnier, K. van Riet, K. Macours, V. Vercaigne, M. Curran, E. Huyghe, M. Tanghe, H. Liemen, J. Vankeerberghen | | Letter transmitting information and providing legal advice re bankruptcy proceedings and Creditors' Committee. | AC, WP |
| DEXPRIV002280 | DEXPRIV002280 | English | Notice | 12/7/2000 | P. Staiano, F. Baker | | | Court notice of meeting dated largest unsecured creditors. | AC, WP |
| DEXPRIV002281 | DEXPRIV002281 | English | Court Submission | | | | | Court questionnaire with draft response. | AC, WP |
| DEXPRIV002282 | DEXPRIV002282 | English | Court Submission | | | | | Appendix to Court questionnaire with draft response. | AC, WP |
| DEXPRIV002283 | DEXPRIV002283 | English | Court Submission | | | | | Court questionnaire with draft response. | AC, WP |
| DEXPRIV002284 | DEXPRIV002284 | English | Court Submission | | | | | Court questionnaire with draft response. | AC, WP |
| DEXPRIV002285 | DEXPRIV002286 | English | Court Submission | | | | | Court questionnaire with draft response. | AC, WP |
| DEXPRIV002287 | DEXPRIV002287 | English | Court Submission | | | | | Court questionnaire with draft response. | AC, WP |
| DEXPRIV002288 | DEXPRIV002288 | English | Court Submission | | | | | Court questionnaire with draft response. | AC, WP |
| DEXPRIV002289 | DEXPRIV002289 | English | Court Submission | | | | | Court information sheet. | WP |

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV002290 | DEXPRIV002294 | English | Memo | 12/19/2000 | T. Zink | P. Cordonnier, M. Curran, F. de Potter, C. Geys, W. Haeck, K. Herbots, E. Huyghe, L. Jones, H. Liemen, S. Loosveld, K. Macours, E. Matthews, M. Tanghe, R. Tinari, K. van Riet, J. Vankeerberghen, P. van Tiggel, G. Vekeman, J. Verbist, V. Vercaigne, J. Verlinden | H. Seife | Memorandum providing legal advice re Creditors' Committee in bankruptcy litigation proceedings, Belgian litigation, valuation of assets, Korea, Dictaphone, sale of assets. | AC, WP |
| DEXPRIV002295 | DEXPRIV002295 | English | Email | 12/20/2000 | T. Zink | P. Cordonnier, M. Curran, F. de Potter, C. Geys, W. Haeck, K. Herbots, E. Huyghe, L. Jones, H. Liemen, S. Loosveld, K. Macours, E. Matthews, M. Tanghe, R. Tinari, K. van Riet, J. Vankeerberghen, P. van Tiggel, G. Vekeman, J. Verbist, V. Vercaigne, J. Verlinden | H. Seife | Email providing legal advice re bankruptcy proceedings. | AC, WP |

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV002296 | DEXPRIV002297 | English | Email | 12/20/2000 | P. van Tiggel | K. Herbots | | Email transmitting legal advice re bankruptcy proceedings, representation, Dictaphone and Creditors' Committee. | AC, WP |
| DEXPRIV002296 | DEXPRIV002297 | English | Email | 12/19/2000 | C. Goicoechea | P. van Tiggel | | Email transmitting legal advice re bankruptcy proceedings, representation, Dictaphone and Creditors' Committee. | AC, WP |
| DEXPRIV002296 | DEXPRIV002297 | English | Email | 12/19/2000 | T. Zink | C. Goicoechea | | Email transmitting legal advice re bankruptcy proceedings, representation, Dictaphone and Creditors' Committee. | AC, WP |
| DEXPRIV002296 | DEXPRIV002297 | English | Email | 12/19/2000 | T. Zink | P. Cordonnier, M. Curran, F. de Potter, C. Geys, W. Haeck, K. Herbots, E. Huyghe, L. Jones, H. Liemen, S. Loosveld, K. Macours, E. Matthews, M. Tanghe, R. Tinari, K. van Riet, J. Vankeerberghen, P. van Tiggel, G. Vekeman, J. Verbist, V. Vercaigne, J. Verlinden | H. Seife | Email providing legal advice re bankruptcy proceedings, representation, Dictaphone and Creditors' Committee, with marginalia reflecting the mental impressions of an attorney. | AC, WP |
| DEXPRIV002298 | DEXPRIV002299 | | | | | | | Intentional gap. | |

Page 111

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV002300 | DEXPRIV002300 | English | Email | 12/20/2000 | J. Verbist | D. de Bleser, E. Huyghe, H. Liemen, K. van Riet, J. Vankeerberghen, K. Diederich, K. Macours, M. Tanghe, P. Cordonnier, R. Buehler, V. Vercaigne, C. Schneider, M. Curran | J. Nelissen Grade, C. Sunt, J. Verlinden, S. Loosveld, C. Geys, H. Lamb, H. Seife | Email transmitting note providing legal advice re US litigation strategy. | AC, WP |
| DEXPRIV002301 | DEXPRIV002304 | English | Note | 12/20/2000 | J. Verbist | KBC Bank, Artesia Bank, Deutsche Bank, Dresdner Bank | | Note providing legal advice re US litigation strategy. | AC, WP |
| DEXPRIV002305 | DEXPRIV002307 | English | Memo | 12/21/2000 | H. Seife | Bank Group | | Memorandum providing legal advice re composition agreement, sale of assets, bankruptcy. | AC, WP |
| DEXPRIV002308 | DEXPRIV002309 | English | Email | 1/10/2001 | P. van Tiggel | K. Herbots | | Email transmitting legal advice re L&H Board of Directors, loan settlement and Creditors' Committee. | AC, WP |
| DEXPRIV002308 | DEXPRIV002309 | English | Email | 1/10/2001 | P. Cordonnier | C. Piret, P. van Tiggel | | Email transmitting legal advice re L&H Board of Directors, loan settlement and Creditors' Committee. | AC, WP |

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV002308 | DEXPRIV002309 | English | Email | 1/10/2001 | D. de Bleser | J. Verbist | M. Curran, C. Schneider, F. de Potter, E. Huyghe, G. Vekeman, H. Liemen, J. Vandensteen, J. Vankeerberghen, K. van Riet, K. Diederich, K. Macours, M. Tanghe, P. Cordonnier, R. Buehler, J. Nelissen Grade, C. Sunt, J. Verlinden, S. Loosveld, C. Geys, H. Seife, H. Lamb, T. Zink | Email transmitting legal advice re L&H Board of Directors, loan settlement and Creditors' Committee. | AC, WP |
| DEXPRIV002308 | DEXPRIV002309 | English | Email | 1/10/2001 | J. Verbist | D. de Bleser, M. Curran, C. Schneider, F. de Potter, E. Huyghe, G. Vekeman, H. Liemen, J. Vandensteen, J. Vankeerberghen, K. van Riet, K. Diederich, K. Macours, M. Tanghe, P. Cordonnier, R. Buehler | J. Nelissen Grade, C. Sunt, J. Verlinden, S. Loosveld, C. Geys, H. Seife, H. Lamb, T. Zink | Email providing legal advice re L&H Board of Directors, loan settlement and Creditors' Committee. | AC, WP |
| DEXPRIV002310 | DEXPRIV002313 | English | Chart | 1/9/2001 | Chadbourne & Parke | | | Draft chart reflecting legal advice re bankruptcy litigation proceedings. | AC, WP |
| DEXPRIV002314 | DEXPRIV002314 | Dutch | Email | 1/10/2001 | K. van Riet | P. van Tiggel, F. Saverys, K. Herbots | | Email transmitting and providing legal advice re bankruptcy litigation proceedings. | AC, WP |

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV002314 | DEXPRIV002314 | English | Email | 1/10/2001 | T. Zink | R. Buehler, P. Cordonnier, M. Curran, F. de Potter, D. de Bleser, K. Delerue, K. Diederich, J. Gallagher, C. Geys, W. Haeck, K. Herbots, E. Huyghe, L. Jones, M. Kaiser, H. Liemen, S. Loosveld, E. Matthews, K. Macours, C. Schneider, C. Sunt, M. Tanghe, R. Tinari, K. van Riet, J. Vankeerberghen, P. van Tiggel, G. Vekeman, J. Verbist, V. Vercaigne, J. Verlinden | H. Seife | Email transmitting and providing legal advice re bankruptcy litigation proceedings. | AC, WP |
| DEXPRIV002315 | DEXPRIV002317 | Dutch | Email | 1/15/2001 | P. Cordonnier | P. van Tiggel, K. Herbots | | Email transmitting legal information re valuation of assets, sale of assets, bankruptcy, loan settlement and Belgian litigation. | AC, WP |

Page 114

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV002315 | DEXPRIV002317 | English | Email | 1/12/2001 | J. Verlinden | C. Schneider, D. de Bleser, E. Huyghe, F. de Potter, G. Vekeman, H. Liemen, J. Vandensteen, J. Vankeerberghen, K. van Riet, K. Diederich, K. Macours, M. Tanghe, M. Curran, P. Cordonnier, R. Buehler | H. Seife, T. Zink, J. Verbist, Nelssen Grade, C. Sunt, S. Loosveld, C. Geys | Email providing legal information re valuation of assets, sale of assets, bankruptcy, loan settlement and Belgian litigation with marginalia reflecting the mental impressions of an attorney. | AC, WP |
| DEXPRIV002318 | DEXPRIV002320 | English | Memo | 1/15/2001 | T. Zink | the Banks | H. Seife | Memorandum providing legal advice re banks' rights and duties pending bankruptcy. | AC, WP |

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV002321 | DEXPRIV002321 | English | Email | 1/16/2001 | T. Zink | R. Buehler, P. Cordonnier, M. Curran, F. de Potter, D. de Bleser, K. Delerue, K. Diederich, J. Gallagher, C. Geys, W. Haeck, K. Herbots, E. Huyghe, L. Jones, M. Kaiser, H. Liemen, S. Loosveld, E. Matthews, K. Macours, C. Schneider, C. Sunt, M. Tanghe, R. Tinari, K. van Riet, J. Vankeerberghen, P. van Tiggel, G. Vekeman, J. Verbist, V. Vercaigne, J. Verlinden | H. Seife | Email providing legal advice re bankruptcy litigation proceedings. | AC, WP |
| DEXPRIV002322 | DEXPRIV002324 | English | Memo | 1/15/2001 | T. Zink | the Banks | H. Seife | Memorandum providing legal advice re banks' rights and duties pending bankruptcy. | AC, WP |
| DEXPRIV002325 | DEXPRIV002326 | Dutch | Email | 1/16/2001 | P. Cordonnier | P. van Tiggel, K. Herbots | | Email transmitting legal advice re Creditors' Committee. | AC, WP |

Page 116

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV002325 | DEXPRIV002326 | English | Email | 1/15/2001 | C. Geys | J. Vankeerberghen, E. Huyghe, M. Tanghe, V. Vercaigne, D. de Bleser, K. Macours, K. Troch, P. Cordonnier, K. van Riet, K. Diederich | J. Nelissen Grade, J. Verbist, C. Sunt, J. Verlinden, S. Loosveld | Email providing legal advice re Creditors' Committee. | AC, WP |
| DEXPRIV002327 | DEXPRIV002328 | English | Fax | 1/2/2001 | H. Seife, T. Zink | J. Verbist, S. Loosveld, J. Verlinden, C. Geys, C. Sunt, K. van Riet, J. Vankeerberghen, R. Tinari, H. Liemen, K. Macours, G. Vekeman, E. Matthews, F. de Potter, P. Cordonnier, K. Herbots, P. van Tiggel, V. Vercaigne, M. Curran, E. Huyghe, M. Tanghe, D. de Bleser, W. Haeck | | Fax cover page transmitting legal advice re bankruptcy and restructuring plan. | AC, WP |
| DEXPRIV002329 | DEXPRIV002329 | English | Letter | 1/2/2001 | Chadbourne & Parke | The Bank Group | | Letter transmitting letter from accountant and providing legal advice re bankruptcy and restructuring plan. | AC, WP |
| DEXPRIV002330 | DEXPRIV002335 | English | Report | 1/2/2001 | BDO Seidman | Creditors' Committee and Counsel | | Consultant report informing on bankruptcy and restructuring plan prepared at the request of an attorney for the purpose of basing legal advice upon. | AC, WP |

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV002337 | DEXPRIV002337 | English | Fax | 1/2/2001 | H. Seife, T. Zink | J. Verbist, S. Loosveld, J. Verlinden, C. Geys, C. Sunt, K. van Riet, J. Vankeerberghen, R. Tinari, H. Liemen, K. Macours, G. Vekeman, E. Matthews, F. de Potter, P. Cordonnier, K. Herbots, P. van Tiggel, V. Vercaigne, M. Curran, E. Huyghe, M. Tanghe, D. de Bleser, W. Haeck | | Fax cover page transmitting legal advice re bankruptcy and restructuring plan. | AC, WP |
| DEXPRIV002338 | DEXPRIV002338 | English | Letter | 1/2/2001 | Chadbourne & Parke | The Bank Group | | Letter transmitting letter from accountant and providing legal advice re bankruptcy and restructuring plan. | AC, WP |
| DEXPRIV002339 | DEXPRIV002344 | English | Report | 1/2/2001 | BDO Seidman | Creditors' Committee and Counsel | | Consultant report informing on bankruptcy and restructuring plan. | AC, WP |

Page 118

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV002345 | DEXPRIV002346 | English | Email | 12/22/2000 | T. Zink | R. Buehler, P. Cordonnier, M. Curran, F. de Potter, D. de Bleser, K. Delerue, K. Diederich, C. Geys, W. Haeck, K. Herbots, E. Huyghe, L. Jones, H. Liemen, S. Loosveld, E. Matthews, K. Macours, C. Schneider, M. Tanghe, R. Tinari, K. van Riet, J. Vankeerberghen, P. van Tiggel, G. Vekeman, J. Verbist, V. Vercaigne, J. Verlinden | H. Seife | Email providing legal advice re Creditors' Committee. | AC, WP |
| DEXPRIV002347 | DEXPRIV002347 | Dutch | Fax | 12/21/2000 | J. Verbist | D. de Bleser, K. van Riet | | Fax transmitting and providing legal advice re bankruptcy proceedings. | AC, WP |
| DEXPRIV002348 | DEXPRIV002349 | English | Fax | 12/20/2000 | A. Landis | J. Verbist | | Fax providing legal advice re bankruptcy proceedings. | AC, WP |
| DEXPRIV002350 | DEXPRIV002353 | English | Memo | 12/22/2000 | H. Seife, T. Zink | The Bank Group | | memorandum providing legal advice re Creditors' Committee, L&H restructuring and bankruptcy litigation proceedings. | AC, WP |
| DEXPRIV002354 | DEXPRIV002355 | English | Chart | 12/22/2000 | Chadbourne & Parke | | | Chart reflecting legal advice re bankruptcy litigation proceedings. | AC, WP |
| DEXPRIV002356 | DEXPRIV002358 | Dutch | Email | 1/9/2001 | P. Cordonnier | P. van Tiggel, K. Herbots | | Email transmitting request for legal advice re bankruptcy litigation and restructuring of L&H financing. | AC, WP |

Page 119

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV002356 | DEXPRIV002358 | English | Email | 1/8/2001 | P. Cordonnier | H. Seife, T. Zink | C. Schneider, D. de Bleser, E. Huyghe, F. de Potter, G. Vekeman, H. Liemen, J. Vandensteen, J. Vankeerberghen, K. van Riet, K. Diederich, K. Macours, M. Tanghe, M. Curran, R. Buehler, V. Vercaigne, J. Nelissen Grade, C. Sunt, J. Verlinden, C. Geys, J. Verbist | Email requesting legal advice re bankruptcy litigation and restructuring of L&H financing. | AC, WP |
| DEXPRIV002359 | DEXPRIV002359 | Dutch | Email | 1/9/2001 | P. Cordonnier | P. van Tiggel, K. Herbots | | Email transmitting legal advice re operational account. | AC, WP |
| DEXPRIV002359 | DEXPRIV002359 | English | Email | 1/9/2001 | P. Cordonnier | C. Schneider, D. de Bleser, E. Huyghe, F. de Potter, G. Vekeman, H. Liemen, J. Vandensteen, J. Vankeerberghen, K. van Riet, K. Diederich, K. Macours, M. Tanghe, M. Curran, R. Buehler, V. Vercaigne | J. Nelissen Grade, C. Sunt, J. Verlinden, C. Geys, J. Verbist | Email providing legal advice re operational account. | AC, WP |
| DEXPRIV002360 | DEXPRIV002362 | English | Fax | 12/28/2000 | Chadbourne & Parke | The Bank Group | | memorandum providing legal advice re Creditors' Committee, L&H restructuring, restructuring of L&H finance and bankruptcy litigation proceedings. | AC, WP |
| DEXPRIV002363 | DEXPRIV002364 | | | | | | | Intentional gap. | |