*Quaak v. Dexia and Related Cases*

**Dexia Bank Belgium's Log of Privileged Documents**

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV002365 | DEXPRIV002367 | English | Chart | 1/27/2001 | Chadbourne & Parke | | | Chart reflecting legal advice re bankruptcy litigation proceedings. | AC, WP |
| DEXPRIV002368 | DEXPRIV002369 | English | Email | 1/24/2001 | S. Loosveld | T. Zink, H. Seife | R. Buehler, P. Cordonnier, M. Curran, F. de Potter, D. de Bleser, K. Delerue, K. Diederich, C. Geys, W. Haeck, K. Herbots, E. Huyghe, H. Liemen, K. Macours, J. Nelissen Grade, C. Schneider, C. Sunt, M. Tanghe, R. Tinari, K. van Riet, J. Vankeerberghen, P. van Tiggel, G. Vekeman, J. Verbist, V. Vercaigne, J. Verlinden | Email transmitting articles for the purpose of obtaining legal advice and requesting legal advice re bankruptcy litigation. | AC, WP |
| DEXPRIV002370 | DEXPRIV002370 | | | | | | | Intentional gap. | |
| DEXPRIV002371 | DEXPRIV002374 | English | Memo | 1/23/2001 | Akin Gump Strauss Hauer & Feld | Creditors' Committee | | Memorandum providing legal advice re Creditors' Committee, restructuring of L&H financing and litigation strategy. | AC, WP |

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV002375 | DEXPRIV002375 | English | Email | 1/26/2000 | T. Zink | R. Buehler, P. Cordonnier, M. Curran, F. de Potter, D. de Bleser, K. Delerue, K. Diederich, C. Geys, W. Haeck, H. Liemen, S. Loosveld, K. Macours, E. Matthews, J. Nelissen Grade, C. Schneider, C. Sunt, M. Tanghe, R. Tinari, K. van Riet, G. Vekeman, P. van Tiggel, J. Verbist, V. Vercaigne, J. Verlinden | H. Seife | Email transmitting legal advice re bankruptcy proceedings. | AC, WP |
| DEXPRIV002376 | DEXPRIV002377 | English | Memo | 1/25/2001 | T. Zink | The Bank Group | | Memorandum providing legal advice re bankruptcy proceedings. | AC, WP |

Page 122

1/23/2006

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV002378 | DEXPRIV002378 | English | Email | 1/19/2001 | T. Zink | R. Buehler, P. Cordonnier, M. Curran, F. de Potter, D. de Bleser, K. Delerue, K. Diederich, C. Geys, W. Haeck, K. Herbots, E. Huyghe, L. Jones, H. Liemen, S. Loosveld, K. Macours, E. Matthews, C. Schneider, C. Sunt, M. Tanghe, R. Tinari, K. van Riet, G. Vekeman, J. Verbist, V. Vercaigne, J. Verlinden | H. Seife | Email transmitting legal advice re bankruptcy proceedings. | AC, WP |
| DEXPRIV002379 | DEXPRIV002381 | English | Memo | 1/18/2001 | T. Zink | The Bank Group | | Memorandum providing legal advice re bankruptcy proceedings. | AC, WP |
| DEXPRIV002382 | DEXPRIV002383 | | Email | 1/24/2003 | M. Tanghe | B. Lamiroy | | Email transmitting legal advice and request for information for which legal advice is to be obtained re bankruptcy litigation. | AC, WP |
| DEXPRIV002382 | DEXPRIV002383 | English | Email | 1/24/2003 | M. Tanghe | T. Zink | J. Verbist, J. Bekaert, E. Huyghe, M. Curran, W. Haeck, D. de Bleser, G. Vekeman, B. Lamiroy, J. Vankeerberghen | Email transmitting legal advice and request for information for which legal advice is to be obtained re bankruptcy litigation. | AC, WP |

*Quaak v. Dexia and Related Cases*

**Dexia Bank Belgium's Log of Privileged Documents**

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV002382 | DEXPRIV002383 | English | Email | 1/24/2003 | T. Zink | M. Curran, F. de Potter, D. de Bleser, K. Delerue, W. Haeck, E. Huyghe, S. Janaway, B. Lamiroy, K. Macours, E. Matthews, C. Schneider, M. Tanghe, K. van Riet, J. Vankeerberghen, G. Vekeman, J. Verbist, V. Vercaigne, B. Morison, J. Bekaert | H. Seife, T. Zink, S. Rivera, C. Rivera | Email providing legal advice and requesting information for which legal advice is to be obtained re bankruptcy litigation. | AC, WP |
| DEXPRIV002384 | DEXPRIV002385 | English | Email | 1/23/2003 | T. Zink | M. Curran, F. de Potter, D. de Bleser, K. Delerue, W. Haeck, E. Huyghe, S. Janaway, B. Lamiroy, K. Macours, E. Matthews, C. Schneider, M. Tanghe, K. van Riet, J. Vankeerberghen, G. Vekeman, J. Verbist, V. Vercaigne, B. Morison, J. Bekaert | H. Seife, T. Zink, S. Rivera, C. Rivera | Email providing legal advice and requesting information for which legal advice is to be obtained re bankruptcy litigation. | AC, WP |

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV002386 | DEXPRIV002387 | English | Email | 1/24/2003 | G. Vekeman | F. de Potter, S. Janaway, E. Mathews, K. Macours, K. Troch, M. M. Tanghe, K. van Riet, J. Vankeerberghen, B. Lamiroy | | Email transmitting information for which legal advice is to be obtained re bankruptcy litigation. | AC, WP |
| DEXPRIV002386 | DEXPRIV002387 | English | Email | 1/23/2003 | T. Zink | M. Curran, F. de Potter, D. de Bleser, K. Delerue, W. Haeck, E. Huyghe, S. Janaway, B. Lamiroy, K. Macours, E. Matthews, C. Schneider, M. Tanghe, K. van Riet, J. Vankeerberghen, G. Vekeman, J. Verbist, V. Vercaigne, B. Morison, J. Bekaert | H. Seife, T. Zink, S. Rivera, C. Rivera | Email providing legal advice and requesting information for which legal advice is to be obtained re bankruptcy litigation. | AC, WP |
| DEXPRIV002388 | DEXPRIV002389 | English | Fax | 12/6/2000 | J. Verbist | J. Vankeerberghen, V. Vercaigne, E. Huyghe, M. Tanghe, D. de Bleser, K. Macours, P. Cordonnier, K. Diederich | | Fax providing legal advice re Belgian litigation proceedings and requesting legal advice re US bankruptcy proceedings. | AC, WP |
| DEXPRIV002390 | DEXPRIV002391 | English | Fax | 12/6/2000 | J. Verbist | H. Seife, T. Zink | | Fax providing legal advice re Belgian litigation proceedings and requesting legal advice re US bankruptcy proceedings. | AC, WP |
| DEXPRIV002392 | DEXPRIV002392 | Dutch | Fax | 11/29/2000 | J. Nelissen Grade | D. de Bleser, J. van Helleputte | | Fax transmitting draft letter and providing legal advice re restructuring of L&H financing. | AC, WP |

Page 125

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV002393 | DEXPRIV002393 | Dutch | Fax | 11/29/2000 | J. Nelissen Grade | D. de Bleser, J. van Helleputte | P. van Tiggel | Fax transmission report with image of first page of fax transmitting draft letter and providing legal advice re restructuring of L&H financing. | AC, WP |
| DEXPRIV002394 | DEXPRIV002394 | English | Letter | 11/29/2000 | | J. Lernout, F. Vanderhoydonck | | Draft letter re setoff of debts against bank deposits as a result of acceleration of loans. | AC |
| DEXPRIV002395 | DEXPRIV002395 | English | Fax | 12/16/2002 | C. Rivera | B. Lamiroy | K. van Riet | Fax transmitting legal advice re bankruptcy litigation proceedings. | AC, WP |
| DEXPRIV002396 | DEXPRIV002396 | English | Memo | 12/13/2002 | T. Zink, C. Rivera | The Bank Group | | Memorandum providing legal advice re bankruptcy litigation proceedings. | AC, WP |
| DEXPRIV002397 | DEXPRIV002398 | English | Chart | 12/13/2002 | Chadbourne & Parke | | | Chart reflecting legal advice re bankruptcy litigation proceedings, with marginalia. | AC, WP |
| DEXPRIV002399 | DEXPRIV002399 | English | Fax | 8/27/2002 | C. Rivera | B. Lamiroy | K. van Riet | Fax transmitting legal advice re bankruptcy litigation proceedings. | AC, WP |
| DEXPRIV002400 | DEXPRIV002401 | English | Memo | 8/26/2002 | T. Zink, C. Rivera | The Bank Group | | Memorandum providing legal advice re bankruptcy litigation proceedings. | AC, WP |
| DEXPRIV002402 | DEXPRIV002403 | English | Chart | 8/26/2002 | Chadbourne & Parke | | | Chart reflecting legal advice re bankruptcy litigation proceedings. | AC, WP |
| DEXPRIV002404 | DEXPRIV002404 | English | Fax | 11/5/2002 | C. Rivera | K. van Riet | B. Lamiroy | Fax transmitting legal advice re bankruptcy litigation proceedings. | AC, WP |
| DEXPRIV002405 | DEXPRIV002407 | English | Memo | 10/25/2002 | T. Zink, C. Rivera | The Bank Group | | Memorandum providing legal advice re bankruptcy litigation proceedings. | AC, WP |
| DEXPRIV002408 | DEXPRIV002408 | English | Chart | 10/25/2002 | Chadbourne & Parke | | | Chart reflecting legal advice re bankruptcy litigation proceedings. | AC, WP |
| DEXPRIV002409 | DEXPRIV002409 | English | Fax | 9/20/2002 | J. Vallario | B. Lamiroy | | Fax transmitting legal advice re bankruptcy litigation proceedings. | AC, WP |
| DEXPRIV002410 | DEXPRIV002411 | English | Memo | 9/19/2002 | T. Zink, C. Rivera | The Bank Group | | Memorandum providing legal advice re bankruptcy litigation proceedings. | AC, WP |
| DEXPRIV002412 | DEXPRIV002413 | English | Chart | 9/19/2002 | Chadbourne & Parke | | | Chart reflecting legal advice re bankruptcy litigation proceedings. | AC, WP |
| DEXPRIV002414 | DEXPRIV002414 | English | Fax | 6/20/2002 | C. Rivera | K. van Riet | | Fax transmitting legal advice re litigation proceedings. | AC, WP |
| DEXPRIV002415 | DEXPRIV002415 | English | Court Submission | | Dexia Bank Belgium | | | Draft Proof of Claim. | WP |
| DEXPRIV002416 | DEXPRIV002419 | English | Court Submission | | | | | Draft exhibit to draft Proof of Claim. | WP |
| DEXPRIV002420 | DEXPRIV002420 | English | Fax | 7/12/2002 | C. Rivera | B. Lamiroy | K. van Riet | Fax transmitting legal advice re bankruptcy litigation proceedings. | AC, WP |
| DEXPRIV002421 | DEXPRIV002421 | English | Memo | 7/12/2002 | T. Zink, C. Rivera | The Bank Group | | Memorandum providing legal advice re bankruptcy litigation proceedings. | AC, WP |
| DEXPRIV002422 | DEXPRIV002423 | English | Chart | 7/12/2002 | Chadbourne & Parke | | | Chart reflecting legal advice re bankruptcy litigation proceedings. | AC, WP |
| DEXPRIV002424 | DEXPRIV002428 | English | Memo | 5/14/2001 | T. Zink | S. Loosveld | | Memorandum providing legal advice re Creditors' Committee. | AC, WP |

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV002429 | DEXPRIV002432 | English | Memo | 4/5/2001 | T. Zink | The Bank Group | | Memorandum providing legal advice re representation in Creditors' Committee. | AC, WP |
| DEXPRIV002433 | DEXPRIV002433 | English | Fax | 8/5/2002 | C. Rivera | B. Lamiroy | K. van Riet | Fax transmitting legal advice re bankruptcy litigation proceedings. | AC, WP |
| DEXPRIV002434 | DEXPRIV002436 | English | Memo | 8/2/2002 | T. Zink, C. Rivera | The Bank Group | | Memorandum providing legal advice re bankruptcy litigation proceedings with marginalia reflecting the mental impressions of an attorney. | AC, WP |
| DEXPRIV002437 | DEXPRIV002438 | English | Chart | 8/2/2002 | Chadbourne & Parke | | | Chart reflecting legal advice re bankruptcy litigation proceedings. | AC, WP |
| DEXPRIV002439 | DEXPRIV002439 | English | Email | 1/8/2003 | T. Zink | M. Curran, F. de Potter, D. de Bleser, K. Delerue, W. Haeck, E. Huyghe, S. Janaway, L. Jones, B. Lamiroy, S. Loosveld, K. Macours, E. Matthews, C. Schneider, M. Tanghe, K. van Riet, J. Vankeerberghen, G. Vekeman, J. Verbist, V. Vercaigne, B. Morison, R. Wood | H. Seife, T. Zink, S. Rivera, C. Rivera | Email providing legal advice and requesting information for which legal advice is to be obtained re bankruptcy litigation. | AC, WP |

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV002440 | DEXPRIV002442 | English | Email | 1/9/2003 | M. Tanghe | B. Morison, B. Lamiroy, C. Schneider, C. Rivera, D. de Bleser, E. Matthews, E. Huyghe, F. de Potter, G. Vekeman, H. Seife, J. Vankeerberghen, J. Verbist, K. van Riet, K. Delerue, K. Macours, L. Jones, M. Curran, R. Wood, S. Loosveld, S. Rivera, S. Janaway, V. Vercaigne, W. Haeck | | Email transmitting legal advice and requesting information for which legal advice is to be obtained re bankruptcy litigation. | AC, WP |
| DEXPRIV002440 | DEXPRIV002442 | English | Email | 1/9/2003 | T. Zink | M. Curran, F. de Potter, D. de Bleser, K. Delerue, W. Haeck, E. Huyghe, S. Janaway, L. Jones, B. Lamiroy, S. Loosveld, K. Macours, E. Matthews, C. Schneider, M. Tanghe, K. van Riet, J. Vankeerberghen, G. Vekeman, J. Verbist, V. Vercaigne, B. Morison, R. Wood | H. Seife, T. Zink, S. Rivera, C. Rivera | Email providing legal advice and requesting information for which legal advice is to be obtained re bankruptcy litigation. | AC, WP |

Page 128

1/23/2006

*Quaak v. Dexia and Related Cases*

**Dexia Bank Belgium's Log of Privileged Documents**

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV002443 | DEXPRIV002444 | English | Email | 12/6/2002 | T. Zink | M. Curran, F. de Potter, D. de Bleser, K. Delerue, W. Haeck, E. Huyghe, S. Janaway, B. Lamiroy, K. Macours, E. Matthews, C. Schneider, M. Tanghe, K. van Riet, J. Vankeerberghen, G. Vekeman, J. Verbist, V. Vercaigne, B. Morison, J. Bekaert | S. Rivera, C. Rivera | Email providing legal advice re Bankruptcy proceedings. | AC, WP |
| DEXPRIV002445 | DEXPRIV002445 | | | | | | | Intentional gap. | |
| DEXPRIV002446 | DEXPRIV002447 | English | Email | 12/11/2002 | T. Zink | M. Curran, F. de Potter, D. de Bleser, K. Delerue, W. Haeck, E. Huyghe, S. Janaway, B. Lamiroy, K. Macours, E. Matthews, C. Schneider, M. Tanghe, K. van Riet, J. Vankeerberghen, G. Vekeman, J. Verbist, V. Vercaigne, B. Morison | S. Rivera, H. Seife | Email providing legal advice re litigation proceedings, bankruptcy reconciliation of various claims, attribution of assets, re jurisdiction issues. | AC, WP |
| DEXPRIV002448 | DEXPRIV002448 | English | Handwritten notes | | | | | Undated handwritten notes reflecting the mental impression of an attorney re bankruptcy. | AC, WP |

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV002449 | DEXPRIV002450 | English | Email | 12/11/2002 | T. Zink | M. Curran, F. de Potter, D. de Bleser, K. Delerue, W. Haeck, E. Huyghe, S. Janaway, B. Lamiroy, K. Macours, E. Matthews, C. Schneider, M. Tanghe, K. van Riet, J. Vankeerberghen, G. Vekeman, J. Verbist, V. Vercaigne, B. Morison | S. Rivera, H. Seife | Email providing legal advice re litigation proceedings and bankruptcy with marginalia reflecting the mental impressions of an attorney. | AC, WP |
| DEXPRIV002451 | DEXPRIV002452 | Dutch | Email | 12/9/2002 | M. Tanghe | G. Vekeman, B. Lamiroy, J. Vankeerberghen | E. Huyghe, W. Haeck, D. de Bleser, M. Vancoillie | Email reflecting legal advice and request of legal advice re bankruptcy. | AC, WP |
| DEXPRIV002453 | DEXPRIV002454 | English | Email | 12/6/2002 | T. Zink | M. Curran, F. de Potter, D. de Bleser, K. Delerue, W. Haeck, E. Huyghe, S. Janaway, B. Lamiroy, K. Macours, E. Matthews, C. Schneider, M. Tanghe, K. van Riet, J. Vankeerberghen, G. Vekeman, J. Verbist, V. Vercaigne, B. Morison, J. Bekaert | S. Rivera, C. Rivera | Email providing legal advice re Bankruptcy proceedings, with marginalia reflecting the mental impressions of an attorney. | AC, WP |

Page 130

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV002455 | DEXPRIV002455 | English | Email | 4/24/2002 | C. Rivera | M. Curran, F. de Potter, D. de Bleser, K. Delerue, E. Huyghe, L. Jones, B. Lamiroy, K. Macours, E. Matthews, C. Schneider, M. Tanghe, K. van Riet, J. Vankeerberghen, G. Vekeman, V. Vercaigne | | Email providing legal advice re L&H restructuring. | AC, WP |
| DEXPRIV002456 | DEXPRIV002457 | English | Email | 4/22/2002 | C. Rivera | K. van Riet | T. Zink | Email providing legal advice re loan settlement. | AC, WP |
| DEXPRIV002458 | DEXPRIV002458 | English | Fax | 5/24/2002 | C. Rivera | B. Lamiroy | K. van Riet | Fax transmitting legal advice re L&H restructuring and bankruptcy litigation proceedings. | AC, WP |
| DEXPRIV002459 | DEXPRIV002459 | English | Memo | 5/24/2002 | C. Rivera | The Bank Group | H. Seife, T. Zink | Memorandum providing legal advice re L&H restructuring and bankruptcy litigation proceedings. | AC, WP |
| DEXPRIV002460 | DEXPRIV002460 | English | Fax | 5/31/2002 | C. Rivera | B. Lamiroy | K. van Riet | Fax transmitting legal advice re bankruptcy litigation proceedings. | AC, WP |
| DEXPRIV002461 | DEXPRIV002464 | English | Memo | 5/31/2002 | T. Zink, C. Rivera | The Bank Group | | Memorandum providing legal advice re bankruptcy litigation proceedings. | AC, WP |
| DEXPRIV002465 | DEXPRIV002467 | English | Chart | 5/31/2002 | Chadbourne & Parke | | | Chart reflecting legal advice re bankruptcy litigation proceedings. | AC, WP |
| DEXPRIV002468 | DEXPRIV002468 | English | Fax | 4/8/2002 | C. Rivera | K. van Riet | B. Lamiroy | Fax transmitting legal advice re bankruptcy litigation proceedings. | AC, WP |
| DEXPRIV002469 | DEXPRIV002469 | English | Memo | 4/5/2002 | T. Zink, C. Rivera | The Bank Group | | Fax transmitting legal advice re bankruptcy litigation proceedings. | AC, WP |
| DEXPRIV002470 | DEXPRIV002471 | English | Chart | 4/5/2002 | Chadbourne & Parke | | | Chart reflecting legal advice re bankruptcy litigation proceedings. | AC, WP |
| DEXPRIV002472 | DEXPRIV002472 | English | Fax | 4/9/2002 | C. Serfilippi | B. Lamiroy | K. van Riet | Fax transmitting email providing legal advice re bankruptcy litigation proceedings. | AC, WP |

Page 131

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV002473 | DEXPRIV002473 | English | Email | 4/4/2002 | C. Serfilippi | B. Laniroy, C. Schneider, D. de Bleser, E. Matthews, E. Huyghe, F. de Potter, G. Vekeman, H. Liemen, J. Gallagher, J. Verbist, J. Vankeerberghen, K. van Riet, K. Delerue, K. Diederich, K. Macours, L. Jones, M. Tanghe, M. Curran, M. Kaiser, R. Buehler, R. Wood, S. Loosveld, S. Janaway, V. Vercaigne, W. Haeck | T. Zink, B. Dinaburg, S. Rivera, C. Rivera | Email providing legal advice and transmitting documents re tax. | AC, WP |

Page 132

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV002474 | DEXPRIV002480 | | | | | | | Intentional gap. | |
| DEXPRIV002481 | DEXPRIV002481 | English | Email | 4/9/2002 | C. Serfilippi | B. Lamiroy, C. Schneider, D. de Bleser, E. Matthews, E. Huyghe, F. de Potter, G. Vekeman, H. Liemen, J. Gallagher, J. Verbist, J. Vankeerberghen, K. van Riet, K. Delerue, K. Diederich, K. Macours, L. Jones, M. Tanghe, M. Curran, M. Kaiser, R. Buehler, R. Wood, S. Loosveld, S. Janaway, V. Vercaigne, W. Haeck | T. Zink, B. Dinaburg | Email providing legal advice and transmitting documents re tax. | AC, WP |
| DEXPRIV002482 | DEXPRIV002486 | | | | | | | Intentional gap. | |
| DEXPRIV002487 | DEXPRIV002487 | English | Fax | 4/29/2002 | C. Rivera | B. Lamiroy | K. van Riet | Fax transmitting legal advice re bankruptcy litigation proceedings. | AC, WP |
| DEXPRIV002488 | DEXPRIV002491 | English | Memo | 4/26/2000 | C. Rivera | The Bank Group | | Memorandum providing legal advice re bankruptcy litigation proceedings. | AC, WP |

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV002492 | DEXPRIV002493 | English | Chart | 4/26/2000 | Chadbourne & Parke | | | Chart reflecting legal advice re bankruptcy litigation proceedings. | AC, WP |
| DEXPRIV002494 | DEXPRIV002494 | English | Fax | 5/13/2002 | C. Rivera | B. Lamiroy | K. van Riet | Fax transmitting legal advice re L&H restructuring and litigation proceedings. | AC, WP |
| DEXPRIV002495 | DEXPRIV002497 | English | Memo | 5/13/2002 | T. Zink, C. Rivera | The Bank Group | | Memorandum providing legal advice re L&H restructuring and litigation proceedings. | AC, WP |
| DEXPRIV002498 | DEXPRIV002499 | English | Memo | 5/13/2002 | T. Zink, C. Rivera | The Bank Group | | Memorandum providing legal advice re bankruptcy and litigation proceedings. | AC, WP |
| DEXPRIV002500 | DEXPRIV002502 | English | Chart | 5/13/2002 | Chadbourne & Parke | | | Chart reflecting legal advice re bankruptcy and litigation proceedings. | AC, WP |
| DEXPRIV002503 | DEXPRIV002503 | English | Chart | 7/6/2001 | Chadbourne & Parke | | | Chart reflecting legal advice re bankruptcy litigation proceedings. | AC, WP |
| DEXPRIV002504 | DEXPRIV002504 | Dutch | Fax | | | | | Intentional gap. | |
| DEXPRIV002505 | DEXPRIV002505 | English | Chart | | | | | Undated chart reflecting legal advice re bankruptcy litigation proceedings. | AC, WP |
| DEXPRIV002506 | DEXPRIV002506 | | | | | | | Intentional gap. | |
| DEXPRIV002507 | DEXPRIV002507 | English | Chart | | | | | Undated chart reflecting legal advice re bankruptcy litigation proceedings. | AC, WP |
| DEXPRIV002508 | DEXPRIV002508 | | | | | | | Intentional gap. | |
| DEXPRIV002509 | DEXPRIV002509 | English | Chart | | | | | Undated chart reflecting legal advice re bankruptcy litigation proceedings. | AC, WP |
| DEXPRIV002510 | DEXPRIV002510 | | | | | | | Intentional gap. | |

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV002511 | DEXPRIV002511 | English | Email | 2/28/2002 | T. Zink | R. Buehler, M. Curran, F. de Potter, D. de Bleser, K. Delerue, K. Diederich, J. Gallagher, C. Geys, W. Haeck, E. Huyghe, S. Janaway, L. Jones, M. Kaiser, B. Lamiroy, H. Liemen, S. Loosveld, K. Macours, E. Matthews, J. Nelissen Grade, C. Schneider, C. Sunt, M. Tanghe, K. van Riet, G. Vekeman, J. Vankeerberghen, J. Verbist, V. Vercaigne, J. Verlinden, R. Wood | C. Serfilippi | Email providing legal advice re Dictaphone Board of Directors and transmitting email requesting legal advice re Dictaphone notes. | AC, WP |
| DEXPRIV002512 | DEXPRIV002512 | | | | | | | Intentional gap. | |
| DEXPRIV002513 | DEXPRIV002513 | English | Email | | | | | Continuation of email providing legal advice re Dictaphone Board of Directors and transmitting email requesting legal advice re Dictaphone notes. | AC, WP |
| DEXPRIV002514 | DEXPRIV002514 | | | | | | | Intentional gap. | |
| DEXPRIV002515 | DEXPRIV002516 | English | Email | 2/26/2002 | B. Lamiroy | J. Lametz | | Email transmitting draft agreement and providing advice re Dictaphone. | AC, WP |
| | | English | Email | 2/20/2002 | C. Heylen | B. Lamiroy | | Email transmitting draft agreement and providing legal advice re Dictaphone. | AC, WP |
| DEXPRIV002517 | DEXPRIV002517 | English | Agreement | | | Dictaphone | | Draft cover page of agreement of 2002 re Dictaphone warrants. | AC, WP |
| DEXPRIV002518 | DEXPRIV002518 | English | Agreement | | | Dictaphone | | Draft page of agreement of 2002 with marginalia reflecting the mental impressions of an attorney re Dictaphone warrants. | AC, WP |

Page 135

1/23/2006

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV002519 | DEXPRIV002519 | English | Agreement | | | Dictaphone | | Draft page of agreement of 2002 with marginalia reflecting the mental impressions of an attorney re Dictaphone warrants. | AC, WP |
| DEXPRIV002520 | DEXPRIV002520 | English | Agreement | | | Dictaphone | | Draft page of agreement of 2002 with marginalia reflecting the mental impressions of an attorney re Dictaphone warrants. | AC, WP |
| DEXPRIV002521 | DEXPRIV002522 | English | Email | 2/26/2002 | B. Lamiroy | J. Lametz | | Email transmitting email from opposing counsel and request for information to base legal advice upon re Dictaphone reorganization. | AC, WP |
| DEXPRIV002521 | DEXPRIV002522 | English | Email | 2/26/2002 | C. Serfilippi | B. Lamiroy, C. Sunt, C. Schneider, C. Geys, D. de Bleser, E. Matthews, E. Huyghe, F. de Potter, G. Vekeman, H. Liemen, J. Gallagher, J. Nelissen Grade, J. Verbist, J. Verlinden, J. Vankeerberghen, K. van Riet, K. Delerue, K. Diederich, K. Macours, L. Jones, M. Tanghe, M. Curran, M. Kaiser, R. Buehler, R. Wood, S. Loosveld, S. Janaway, V. Vervaigne, W. Haeck | | Email transmitting email from opposing counsel and requesting information to base legal advice upon, with marginalia reflecting the mental impressions of an attorney, re Dictaphone reorganization. | AC, WP |
| DEXPRIV002521 | DEXPRIV002522 | English | Email | 2/26/2002 | M. Mithoff | | | Email from opposing counsel with marginalia reflecting the mental impressions of an attorney re Dictaphone reorganization. | AC, WP |

Page 136

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV002523 | DEXPRIV002524 | English | Email | 2/26/2002 | B. Lamiroy | J. Lametz | | Email transmitting legal advice re Dictaphone reorganization. | AC, WP |
| DEXPRIV002523 | DEXPRIV002524 | English | Email | 2/26/2002 | C. Serfilippi | B. Lamiroy, C. Sunt, C. Schneider, C. Geys, D. de Bleser, E. Matthews, E. Huyghe, F. de Potter, G. Vekeman, H. Liemen, J. Gallagher, J. Nelissen Grade, J. Verbist, J. Verlinden, J. Vankeerberghen, K. van Riet, K. Delerue, K. Diederich, K. Macours, L. Jones, M. Tanghe, M. Curran, M. Kaiser, R. Buehler, R. Wood, S. Loosveld, S. Janaway, V. Vervaigne, W. Haeck | T. Zink | Email providing legal advice re Dictaphone reorganization. | AC, WP |
| DEXPRIV002525 | DEXPRIV002526 | English | Email | 2/26/2002 | B. Lamiroy | J. Lametz | | Email transmitting legal advice re Dictaphone reorganization. | AC, WP |
| DEXPRIV002525 | DEXPRIV002526 | English | Email | 2/26/2002 | C. Heylen | B. Lamiroy | | Email transmitting draft documents and providing legal advice re Dictaphone reorganization. | AC, WP |
| DEXPRIV002527 | DEXPRIV002528 | English | Certificate | 2/18/2002 | Akin Gump Strauss Hauer & Feld | | | Draft Certificate of Incorporation with marginalia reflecting the mental impression of an attorney re Dictaphone. | AC, WP |
| DEXPRIV002529 | DEXPRIV002529 | English | Email | 2/26/2002 | B. Lamiroy | J. Lametz | | Email transmitting legal advice re Dictaphone reorganization. | AC, WP |
| DEXPRIV002529 | DEXPRIV002529 | English | Email | 2/26/2002 | C. Heylen | B. Lamiroy | | Email transmitting draft documents and providing legal advice re Dictaphone reorganization. | AC, WP |

1/23/2006

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV002530 | DEXPRIV002541 | English | Agreement | 2/18/2002 | Akin Gump Strauss Hauer & Feld | | | Draft Members' Agreement with marginalia reflecting the mental impression of an attorney re Dictaphone. | AC, WP |
| DEXPRIV002542 | DEXPRIV002542 | English | Appendix | | Akin Gump Strauss Hauer & Feld | | | Draft appendix to Members' Agreement with marginalia reflecting the mental impression of an attorney re Dictaphone. | AC, WP |
| DEXPRIV002543 | DEXPRIV002545 | English | Email | 2/26/2002 | B. Lamiroy | J. Lametz | | Email transmitting legal advice re Dictaphone reorganization. | AC, WP |
| DEXPRIV002543 | DEXPRIV002545 | English | Email | 2/26/2002 | C. Heylen | B. Lamiroy | | Email transmitting draft documents and providing legal advice re Dictaphone reorganization. | AC, WP |
| DEXPRIV002546 | DEXPRIV002552 | English | Bylaws | 2/18/2002 | Akin Gump Strauss Hauer & Feld | | | Draft by-laws with marginalia reflecting the mental impression of an attorney re Dictaphone. | AC, WP |
| DEXPRIV002553 | DEXPRIV002553 | English | Email | 2/26/2002 | B. Lamiroy | J. Lametz | | Email transmitting legal advice re Dictaphone reorganization. | AC, WP |
| DEXPRIV002553 | DEXPRIV002553 | English | Email | 2/20/2002 | S. Rivera | R. Buehler, M. Curran, F. de Potter, D. de Bleser, K. Delerue, K. Diederich, J. Gallagher, C. Geys, W. Haeck, E. Huyghe, L. Jones, M. Kaiser, B. Lamiroy, H. Liemen, S. Loosveld, K. Macours, E. Matthews, J. Nelissen Grade, C. Schneider, C. Sunt, M. Tanghe, K. van Riet, J. Vankeerberghen, G. Vekeman, J. Verbist, V. Vercaigne, J. Verlinden, R. Wood | T. Zink | Email transmitting documents and providing legal advice re Dictaphone reorganization. | AC, WP |

Page 138

*Quaak v. Dexia and Related Cases*

**Dexia Bank Belgium's Log of Privileged Documents**

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV002554 | DEXPRIV002554 | English | Memo | 2/20/2002 | S. Rivera | Bank Group | | Memorandum providing legal advice re Dictaphone reorganization. | AC, WP |
| DEXPRIV002555 | DEXPRIV002555 | English | Email | 2/26/2002 | B. Lamiroy | J. Lametz | | Email transmitting legal advice re Dictaphone reorganization. | AC, WP |
| DEXPRIV002555 | DEXPRIV002555 | English | Email | 2/26/2002 | C. Heylen | B. Lamiroy | | Email transmitting draft documents re Dictaphone reorganization. | AC, WP |
| DEXPRIV002556 | DEXPRIV002560 | English | Agreement | 2/18/2002 | Akin Gump Strauss Hauer & Feld | | | Draft agreement with marginalia reflecting the mental impression of an attorney re Dictaphone. | AC, WP |
| DEXPRIV002561 | DEXPRIV002561 | English | Email | 2/26/2002 | B. Lamiroy | J. Lametz | | Email transmitting legal advice re Dictaphone reorganization. | AC, WP |
| DEXPRIV002561 | DEXPRIV002561 | English | Email | 2/22/2002 | C. Serfilippi | B. Lamiroy, C. Sunt, C. Schneider, C. Geys, D. de Bleser, E. Matthews, E. Huyghe, F. de Potter, G. Vekeman, H. Liemen, J. Gallagher, J. Nelissen Grade, J. Verbist, J. Verlinden, J. Vankeerberghen, K. van Riet, K. Delerue, K. Diederich, K. Macours, L. Jones, M. Tanghe, M. Curran, M. Kaiser, R. Buehler, R. Wood, S. Loosveld, S. Janaway, V. Vercaigne, W. Haeck | | Email providing legal advice re Dictaphone reorganization. | AC, WP |

Page 139

1/23/2006

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV002562 | DEXPRIV002563 | English | Email | 2/26/2002 | E. Huyghe | E. Matthews, M. Curran, M. Tanghe, C. Schneider, B. lamiroy, G. Vekeman, S. Loosveld, H. Liemen | | Email providing information requested by an attorney and transmitting legal advice and request for further legal advice re Dictaphone restructuring. | AC, WP |
| DEXPRIV002562 | DEXPRIV002563 | English | Email | 2/26/2002 | E. Matthews | C. Serfilippi, B. Lamiroy, C. Sunt, C. Schneider, C. Geys, D. de Bleser, E. Huyghe, F. de Potter, G. Vekeman, H. Liemen, J. Gallagher, J. Nelissen Grade, J. Verbist, J. Verlinden, J. Vankeerberghen, K. van Riet, K. Delerue, K. Diederich, K. Macours, L. Jones, M. Tanghe, M. Curran, M. Kaiser, R. Buehler, R. Wood, S. Loosveld, S. Janaway, V. Vercaigne, W. Haeck | T. Zink | Email transmitting legal advice and requesting further legal advice re Dictaphone restructuring. | AC, WP |

Page 140