1/23/2006

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV002562 | DEXPRIV002563 | English | Email | 2/25/2002 | C. Serfilippi | B. Lamiroy, C. Sunt, C. Schneider, C. Geys, D. de Bleser, E. Huyghe, F. de Potter, G. Vekeman, H. Liemen, J. Gallagher, J. Nelissen Grade, J. Verbist, J. Verlinden, J. Vankeerberghen, K. van Riel, K. Delerue, K. Diederich, K. Macours, L. Jones, M. Tanghe, M. Curran, M. Kaiser, R. Buehler, R. Wood, S. Loosveld, S. Janaway, V. Vercaigne, W. Haeck | T. Zink | Email providing legal advice re Dictaphone restructuring. | AC, WP |
| DEXPRIV002564 | DEXPRIV002564 | English | Email | 2/26/2002 | B. Lamiroy | J. Lametz | | Email transmitting legal advice re Dictaphone reorganization. | AC, WP |

1/23/2006

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV002564 | DEXPRIV002564 | English | Email | 2/22/2002 | C. Serfilippi | B. Lamiroy, C. Sunt, C. Schneider, C. Geys, D. de Bleser, E. Matthews, E. Huyghe, F. de Potter, G. Vekeman, H. Liemen, J. Gallagher, J. Nelissen Grade, J. Verbist, J. Verlinden, J. Vankeerberghen, K. van Riet, K. Delerue, K. Diederich, K. Macours, L. Jones, M. Tanghe, M. Curran, M. Kaiser, R. Buehler, R. Wood, S. Loosveld, S. Janaway, V. Vercaigne, W. Haeck | | Email transmitting and providing legal advice re Dictaphone reorganization. | AC, WP |
| DEXPRIV002565 | DEXPRIV002565 | Dutch | Email | 2/26/2002 | S. Loosveld | E. Huyghe, M. Tanghe, G. Ramaut, K. Macours, G. Vekeman, J. Vandensteen, K. van Riet, B. Lamiroy | | Email requesting information for the purpose of legal advice and transmitting legal advice re Dictaphone restructuring. | AC, WP |

Page 142

1/23/2006

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV002564 | DEXPRIV002564 | English | Email | 2/22/2002 | C. Serfilippi | B. Lamiroy,<br>C. Sunt,<br>C. Schneider,<br>C. Geys,<br>D. de Bleser,<br>E. Matthews,<br>E. Huyghe,<br>F. de Potter,<br>G. Vekeman,<br>H. Liemen,<br>J. Gallagher,<br>J. Nelissen Grade,<br>J. Verbist,<br>J. Verlinden,<br>J. Vankeerberghen,<br>K. van Riet,<br>K. Delerue,<br>K. Diederich,<br>K. Macours,<br>L. Jones,<br>M. Tanghe,<br>M. Curran,<br>M. Kaiser,<br>R. Buehler,<br>R. Wood,<br>S. Loosveld,<br>S. Janaway,<br>V. Vercaigne,<br>W. Haeck | | Email transmitting and providing legal advice re Dictaphone reorganization. | AC, WP |
| DEXPRIV002565 | DEXPRIV002565 | Dutch | Email | 2/26/2002 | S. Loosveld | E. Huyghe,<br>M. Tanghe,<br>G. Ramaut,<br>K. Macours,<br>G. Vekeman,<br>J. Vandensteen,<br>K. van Riet,<br>B. Lamiroy | | Email requesting information for the purpose of legal advice and transmitting legal advice re Dictaphone restructuring. | AC, WP |

1/23/2006

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV002565 | DEXPRIV002565 | Dutch | Email | 2/19/2002 | S. Loosveld | E. Huyghe, M. Tanghe, G. Ramaut, K. Macours, G. Vekeman, J. Vandensteen, K. van Riet, B. Lamiroy | J. Verbist | Email providing legal advice re Dictaphone restructuring. | AC, WP |
| DEXPRIV002566 | DEXPRIV002566 | English | Email | 2/26/2002 | C. Serfilippi | S. Loosveld, C. Serfilippi, W. Haeck | T. Zink, B. Lamiroy, C. Schneider, D. de Bleser, E. Matthews, E. Huyghe, F. de Potter, G. Vekeman, H. Liemen, J. Gallagher, J. Verbist, J. Vankeerberghen, K. van Riet, K. Delerue, K. Diederich, K. Macours, L. Jones, M. Tanghe, M. Curran, M. Kaiser, R. Buehler, R. Wood, S. Janaway, V. Vercaigne | Email providing and transmitting legal advice re Dictaphone restructuring. | AC, WP |

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| | | English | Email | 2/26/2002 | S. Loosveld | C. Serfilippi | T. Zink, B. Lamiroy, C. Schneider, D. de Bleser, E. Matthews, E. Hulyghe, F. de Potter, G. Vekeman, H. Liemen, J. Gallagher, J. Verbist, J. Vankeerberghen, K. van Riet, K. Delerue, K. Diederich, K. Macours, L. Jones, M. Tanghe, M. Curran, M. Kaiser, R. Buehler, R. Wood, S. Janaway, V. Vercaigne | Email providing legal advice re Dictaphone restructuring. | AC, WP |
| DEXPRIV002567 | DEXPRIV002567 | | | | | | | Intentional gap. | |

Page 144

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV002568 | DEXPRIV002570 | English | Email | 2/21/2002 | S. Loosveld | R. Buehler, M. Curran, F. de Potter, D. de Blester, K. Delenue, K. Diederich, J. Gallagher, W. Haeck, E. Huyghe, S. Janaway, L. Jones, M. Kaiser, B. Lamiroy, H. Liemen, K. Macours, E. Matthews, C. Schneider, M. Tanghe, K. van Riet, J. Vankeerberghen, G. Vekeman, V. Vercaigne, R. Wood | | Email providing and transmitting legal advice and request thereof re Creditors' Committee and Dictaphone restructuring. | AC, WP |
| DEXPRIV002568 | DEXPRIV002570 | English | Email | 2/19/2002 | T. Zink | S. Loosveld, T. Zink, C. Serfilippi | J. Verbist | Email requesting and providing legal advice re Creditors' Committee and Dictaphone restructuring. | AC, WP |
| DEXPRIV002568 | DEXPRIV002570 | English | Email | 2/19/2003 | S. Loosveld | T. Zink, C. Serfilippi | J. Verbist, M. Tanghe | Email requesting legal advice re Creditors' Committee and Dictaphone restructuring, with marginalia reflecting the mental impressions of an attorney. | AC, WP |
| DEXPRIV002571 | DEXPRIV002575 | Dutch | Memo | | De Bandt van Hecke Lagae & Loesch | | | Memorandum without date providing legal advice re compliance. | AC, WP |
| DEXPRIV002576 | DEXPRIV002580 | Dutch | Memo | | De Bandt van Hecke Lagae & Loesch | | | Memorandum without date providing legal advice re compliance. | AC, WP |
| DEXPRIV002581 | DEXPRIV002581 | Dutch | Letter | 8/4/2003 | P. Colle | K. van Riet | | Letter requesting information for the purpose of legal advice re litigation. | AC, WP |
| DEXPRIV002582 | DEXPRIV002582 | Dutch | Letter | 7/9/2003 | P. Colle | K. van Riet, B. Lamiroy | | Letter providing legal advice, requesting information to base legal advice upon and transmitting draft Motion re credit insurance litigation. | AC, WP |

1/23/2006

## Quaak v. Dexia and Related Cases
## Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV002583 | DEXPRIV002583 | Dutch | Letter | 5/12/2003 | P. Colle | K. van Riet, B. Lamiroy | | Letter providing legal advice, requesting information to base legal advice upon and transmitting draft Motion re credit insurance litigation. | AC, WP |
| DEXPRIV002584 | DEXPRIV002607 | Dutch | Motion | 7/10/2003 | P. Colle | | | Draft Motion re credit insurance litigation, with marginalia reflecting the mental impressions of an attorney. | AC, WP |
| DEXPRIV002608 | DEXPRIV002631 | Dutch | Motion | 7/10/2003 | P. Colle | | | Draft Motion re credit insurance litigation, with marginalia reflecting the mental impressions of an attorney. | AC, WP |
| DEXPRIV002632 | DEXPRIV002632 | Dutch | Fax | 6/11/2001 | J. Verbist | K. K. van Riet | | Fax transmitting legal advice re loan settlement. | AC, WP |
| DEXPRIV002633 | DEXPRIV002638 | Dutch | Fax | 6/11/2001 | J. van Hees, J. Palstra | J. Verbist | | Fax providing legal advice re loan settlement. | AC, WP |
| DEXPRIV002639 | DEXPRIV002639 | Dutch | Email | 4/14/2003 | B. Lamiroy | J. Blomkwist | K. van Riet | Email providing legal advice re loan settlement. | AC, WP |
| DEXPRIV002640 | DEXPRIV002640 | Dutch | Email | 4/14/2003 | M. Debaveye | B. Lamiroy | | Email providing legal advice re loan settlement. | AC, WP |
| | | Dutch | Email | 4/11/2003 | B. Lamiroy | M. Debaveye | K. van Riet | Email providing legal advice re loan settlement. | AC, WP |
| DEXPRIV002641 | DEXPRIV002641 | Dutch | Email | 4/16/2003 | J. van Hees | K. van Riet, B. Lamiroy | J. Blomkwist, L. de Kok | Email providing legal advice re loan settlement. | AC, WP |
| DEXPRIV002642 | DEXPRIV002642 | Dutch | Fax | 4/1/2003 | B. Lamiroy, K. van Riet | J. van Hees | | Email providing legal advice re loan settlement. | AC, WP |
| DEXPRIV002643 | DEXPRIV002643 | Dutch | Fax | 4/15/2003 | B. Lamiroy, K. van Riet | J. van Hees | | Email transmitting information upon which legal advice is to be based re loan settlement. | AC, WP |
| DEXPRIV002644 | DEXPRIV002644 | Dutch | Fax | 4/11/2003 | J. Blomkwist | K. van Riet, B. Lamiroy | | Fax providing legal advice re loan settlement. | AC, WP |
| DEXPRIV002645 | DEXPRIV002646 | Dutch | Fax | 4/10/2003 | J. van Hees | H. Blomkwist | | Fax providing legal advice re loan settlement. | AC, WP |
| DEXPRIV002647 | DEXPRIV002660 | Dutch | Brief | 4/10/2003 | | | | Draft brief reflecting the mental impression of an attorney re loan settlement. | AC, WP |
| DEXPRIV002661 | DEXPRIV002662 | Dutch | Fax | 4/11/2003 | B. Lamiroy | K. van Riet | | Fax providing legal advice re loan settlement. | AC, WP |
| DEXPRIV002663 | DEXPRIV002663 | Dutch | Email | 4/11/2003 | B. Lamiroy | J. Blomkwist | | Email transmitting information upon which legal advice is to be based re loan settlement. | AC, WP |
| | | Dutch | Email | 4/9/2003 | A. Goossens | B. Lamiroy | | Email transmitting information upon which legal advice is to be based re loan settlement. | AC, WP |
| | | Dutch | Email | 4/9/2003 | B. Lamiroy | A. Goossens | | Email requesting information for purpose of legal advice re loan settlement. | AC, WP |

Page 146

1/23/2006

## Quaak v. Dexia and Related Cases
## Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| | | Dutch | Email | 4/9/2003 | A. Goossens | B. Lamiroy | | Email transmitting information upon which legal advice is to be based re loan settlement. | AC, WP |
| DEXPRIV002664 | | Dutch | Email | 4/9/2003 | B. Lamiroy | A. Goossens | | Email requesting information for purpose of legal advice re loan settlement. | AC, WP |
| | DEXPRIV002664 | Dutch | Email | 4/11/2003 | B. Lamiroy | J. Blomkwist | | Email providing legal advice re loan settlement. | AC, WP |
| | | Dutch | Email | 4/10/2003 | A. Bidoul | B. Lamiroy | | Email transmitting information upon which legal advice is to be based re loan settlement. | AC, WP |
| | | Dutch | Email | 4/9/2003 | B. Lamiroy | A. Bidoul | | Email requesting information for purpose of legal advice re loan settlement. | AC, WP |
| | | Dutch | Email | 4/9/2003 | B. Lamiroy | A. Goossens | | Email requesting information for purpose of legal advice re loan settlement. | AC, WP |
| DEXPRIV002665 | DEXPRIV002665 | Dutch | Statement | 4/10/2003 | Ex-Artesia (Groupe Dexia) | | | Statement transmitting information upon which legal advice is to be based re loan settlement. | AC, WP |
| DEXPRIV002666 | DEXPRIV002666 | | | | | | | Intentional gap. | |
| DEXPRIV002667 | DEXPRIV002667 | Dutch | Email | 4/9/2003 | A. Goossens | B. Lamiroy | | Email providing legal advice re loan settlement. | AC, WP |
| | | Dutch | Email | 4/9/2003 | B. Lamiroy | A. Goossens | | Email requesting information for purpose of legal advice re loan settlement. | AC, WP |
| | | Dutch | Email | 4/9/2003 | A. Goossens | B. Lamiroy | | Email providing legal advice re loan settlement. | AC, WP |
| | | Dutch | Email | 4/9/2003 | B. Lamiroy | A. Goossens | | Email requesting information for purpose of legal advice re loan settlement. | AC, WP |
| DEXPRIV002668 | DEXPRIV002669 | Dutch | Statement | 4/9/2003 | Dexia Bank B. V. | | | Statement transmitting information upon which legal advice is to be based re loan settlement. | AC, WP |
| DEXPRIV002670 | DEXPRIV002671 | Dutch | Statement | 4/9/2003 | Dexia Bank B. V. | | | Statement transmitting information upon which legal advice is to be based re loan settlement. | AC, WP |
| DEXPRIV002672 | DEXPRIV002672 | Dutch | Email | 4/9/2003 | B. Lamiroy | J. Blomkwist | K. van Riet | Email providing legal advice re loan settlement. | AC, WP |
| | | Dutch | Email | 4/9/2003 | A. Goossens | B. Lamiroy | | Email transmitting information upon which legal advice is to be based re loan settlement. | AC, WP |
| | | Dutch | Email | 4/9/2003 | B. Lamiroy | A. Goossens | | Email requesting information for purpose of legal advice re loan settlement. | AC, WP |
| DEXPRIV002673 | DEXPRIV002673 | Dutch | Email | 4/9/2003 | B. Lamiroy | A. Bidoul | | Email requesting information for purpose of legal advice re loan settlement. | AC, WP |
| | | Dutch | Email | 4/9/2003 | B. Lamiroy | A. Goossens | | Email requesting information for purpose of legal advice re loan settlement. | AC, WP |
| DEXPRIV002674 | DEXPRIV002675 | Dutch | Email | 4/9/2003 | B. Lamiroy | J. Blomkwist | H. Fledderus, K. van Riet | Email providing legal advice re loan settlement. | AC, WP |

Page 147

1/23/2006

## Quaak v. Dexia and Related Cases
### Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| | | Dutch | Email | 4/9/2003 | J. Blomkwist | B. Lamiroy | H. Fledderus, K. van Riet | Email providing legal advice re loan settlement. | AC, WP |
| | | Dutch | Email | 4/9/2003 | B. Lamiroy | J. Blomkwist | K. van Riet | Email providing legal advice re loan settlement. | AC, WP |
| | | French | Email | 4/9/2003 | Y. Vandewynckel | B. Lamiroy | K. van Riet | Email transmitting information upon which legal advice is to be based re loan settlement. | AC, WP |
| | | French | Email | 4/8/2003 | B. Lamiroy | Y. Vandewynckel | | Email requesting information for purpose of legal advice re loan settlement. | AC, WP |
| | | French | Email | 3/28/2003 | Y. Vandewynckel | B. Lamiroy | | Email requesting information for purpose of legal advice re loan settlement. | AC, WP |
| | | French | Email | 3/28/2003 | B. Lamiroy | Y. Vandewynckel | | Email requesting information for purpose of legal advice re loan settlement. | AC, WP |
| | | French | Email | 3/28/2003 | Y. Vandewynckel | B. Lamiroy | | Email transmitting information upon which legal advice is to be based re loan settlement. | AC, WP |
| DEXPRIV002676 | DEXPRIV002678 | Dutch | Email | 4/1/2003 | J. Blomkwist | B. Lamiroy | | Email providing legal advice re loan settlement. | AC, WP |
| | | Dutch | Email | 4/1/2003 | B. Lamiroy | J. Blomkwist | | Email providing legal advice re loan settlement. | AC, WP |
| | | Dutch | Email | 3/31/2003 | J. Blomkwist | B. Lamiry | K. van Riet | Email providing legal advice re loan settlement. | AC, WP |
| | | Dutch | Email | 3/28/2003 | B. Lamiroy | J. Blomkwist | K. van Riet | Email providing legal advice re loan settlement. | AC, WP |
| | | Dutch | Email | 3/28/2003 | B. Lamiroy | J. Blomkwist | K. van Riet | Email providing legal advice re loan settlement. | AC, WP |
| | | Dutch | Email | 3/28/2003 | J. Blomkwist | B. Lamiroy | K. van Riet | Email providing legal advice re loan settlement. | AC, WP |
| | | Dutch | Email | 3/28/2003 | B. Lamiroy | J. Blomkwist | K. van Riet | Email providing legal advice re loan settlement. | AC, WP |
| | | Dutch | Email | 3/28/2003 | Y. Vandewynckel | B. Lamiroy | D. Hanssens | Email transmitting information upon which legal advice is to be based re loan settlement. | AC, WP |
| | | Dutch | Email | 3/28/2003 | E. Teunkens | Y. Vandewynckel | | Email transmitting information upon which legal advice is to be based re loan settlement. | AC, WP |
| DEXPRIV002679 | DEXPRIV002679 | French | Email | 3/28/2003 | B. Lamiroy | Y. Vandewynckel | | Email requesting information upon which legal advice is to be based re loan settlement. | AC, WP |
| | | French | Email | 3/28/2003 | Y. Vandewynckel | B. Lamiroy | | Email transmitting information upon which legal advice is to be based re loan settlement. | AC, WP |
| | | French | Email | 3/28/2003 | B. Lamiroy | Y. Vandewynckel | | Email requesting information upon which legal advice is to be based re loan settlement. | AC, WP |

1/23/2006

## Quaak v. Dexia and Related Cases
## Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| | | French | Email | 3/28/2003 | Y. Vandewynckel | B. Lamiroy, D. Hanssens | | Email transmitting information upon which legal advice is to be based re loan settlement. | AC, WP |
| DEXPRIV002680 | DEXPRIV002680 | French | Email | 3/28/2003 | E. Teunkens | Y. Vandewynckel | | Email providing legal advice re loan settlement. | AC, WP |
| DEXPRIV002681 | DEXPRIV002682 | English | Chart | 3/28/2003 | | | | Chart providing information for purpose of legal advice re loan settlement. | AC, WP |
| | | English | Email | 3/28/2003 | B. Lamiroy | J. Blomkwist | K. van Riet | Email providing legal advice re loan settlement. | AC, WP |
| | | French | Email | 3/28/2003 | Y. Vandewynckel | B. Lamiroy | D. Hanssens | Email transmitting information upon which legal advice is to be based re loan settlement. | AC, WP |
| DEXPRIV002683 | DEXPRIV002689 | Dutch | Fax | 3/28/2003 | J. Verbist | K. van Riet, B. Lamiroy | | Fax providing legal advice re loan settlement. | AC, WP |
| DEXPRIV002690 | DEXPRIV002693 | Dutch | Email | 3/26/2003 | J. Blomkwist | B. Lamiroy | | Email transmitting information upon which legal advice is to be based re loan settlement. | AC, WP |
| | | Dutch | Email | 3/26/2003 | J. van Hees | J. Blomkwist | | Email providing legal advice re loan settlement. | AC, WP |
| | | Dutch | Email | 3/26/2003 | J. Blomkwist | B. Lamiroy, A. Vandervliet, J. van Hees | | Email providing legal advice re loan settlement. | AC, WP |
| | | Dutch | Email | 3/26/2003 | B. Lamiroy | J. Blomkwist, A. Vandervliet, J. van Hees | H. Fledderus, K. van Riet, J. Verbist, J. Bekaert | Email providing legal advice re loan settlement. | AC, WP |
| | | Dutch | Email | 3/24/2003 | J. Blomkwist | A. Vandervliet, J. van Hees | H. Fledderus, K. van Riet, J. Verbist, J. Bekaert | Email providing legal advice re loan settlement. | AC, WP |
| | | Dutch | Email | 3/21/2003 | J. Blomkwist | A. Vandervliet, J. van Hees | H. Fledderus, K. van Riet, B. Lamiroy, J. Verbist | Email providing legal advice re loan settlement. | AC, WP |
| DEXPRIV002694 | DEXPRIV002695 | | | | | | | Intentional gap. | |
| DEXPRIV002696 | DEXPRIV002696 | Dutch | Fax | 3/24/2003 | B. Lamiroy, K. van Riet | J. Verbist, J. Bekaert | | Fax providing legal advice re loan settlement. | AC, WP |
| DEXPRIV002697 | DEXPRIV002697 | Dutch | Fax | 3/25/2003 | B. Johan | K. van Riet, B. Lamiroy | | Fax providing legal advice re loan settlement. | AC, WP |
| DEXPRIV002698 | DEXPRIV002698 | Dutch | Fax | 3/27/2003 | J. van Hees | J. Blomkwist | | Fax providing legal advice re loan settlement. | AC, WP |
| DEXPRIV002699 | DEXPRIV002700 | Dutch | Draft brief | 3/21/2003 | "Procureur" (J. van Hees) | | | Draft brief reflecting the mental impression of an attorney re loan settlement. | AC, WP |

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV002701 | DEXPRIV002715 | Dutch | Draft brief | 3/27/2003 | "Procureur" (J. van Hees) | | | Draft brief reflecting the mental impression of an attorney re loan settlement. | AC, WP |
| DEXPRIV002716 | DEXPRIV002728 | Dutch | Draft brief | 3/27/2003 | "Procureur" (J. van Hees) | | | Draft brief reflecting the mental impression of an attorney re loan settlement. | AC, WP |
| DEXPRIV002729 | DEXPRIV002729 | Dutch | Note | | | | | Handwritten note reflecting the mental impression of an attorney re loan settlement. | AC, WP |
| DEXPRIV002730 | DEXPRIV002730 | | | | | | | Intentional gap. | |
| DEXPRIV002731 | DEXPRIV002731 | Dutch | Fax | 1/29/2003 | B. Lamiroy, K. van Riet | J. Blomkwist | | Fax providing legal advice re Belgian litigation. | AC, WP |
| DEXPRIV002732 | DEXPRIV002732 | Dutch | Fax | 1/29/2003 | B. Lamiroy, K. van Riet | J. Blomkwist | | Fax providing legal advice re Belgian litigation. | AC, WP |
| DEXPRIV002733 | DEXPRIV002733 | Dutch | Email | 1/29/2003 | K. van Riet | B. Lamiroy | | Email providing legal advice re loan settlement. | AC, WP |
| DEXPRIV002734 | | Dutch | Email | 1/28/2003 | B. Lamiroy | K. van Riet | J. van Hees | Email providing legal advice re loan settlement. | AC, WP |
| DEXPRIV002735 | DEXPRIV002735 | Dutch | Note | | | | | Note providing legal advice re loan settlement. | AC, WP |
| DEXPRIV002736 | DEXPRIV002736 | Dutch | Email | 1/29/2003 | J. van Hees | B. Lamiroy | | Email providing legal advice re loan settlement. | AC, WP |
| | | Dutch | Email | 1/28/2003 | B. Lamiroy | K. van Riet, J. van Hees | | Email providing legal advice re loan settlement. | AC, WP |
| DEXPRIV002737 | DEXPRIV002739 | Dutch | Email | 1/16/2003 | J. Blomkwist | K. van Riet, B. Lamiroy | | Email requesting legal advice re loan settlement. | AC, WP |
| | | Dutch | Email | 1/16/2003 | A. Vandervliet | J. Verbist, J. Bekaert | J. Blomkwist, J. van Hees, J. Palstra | Email providing legal advice re loan settlement. | AC, WP |
| | | Dutch | Email | 12/19/2003 | J. Verbist | A. vanderVliet | | Email providing legal advice re loan settlement. | AC, WP |
| | | Dutch | Email | 12/19/2002 | A. Vanderveliet | J. Verbist | J. Blomkwist, J. van Hee, J. Palstra | Email requesting legal advice re loan settlement. | AC, WP |
| | | Dutch | Email | 12/13/2002 | J. Verbist | A. Vandervliet | K. van Riet, J. Bekaert | Email requesting legal advice re loan settlement. | AC, WP |
| DEXPRIV002740 | DEXPRIV002740 | Dutch | Email | 11/26/2002 | J. Blomkwist | J. Blomkwist | K. van Riet | Email providing legal advice re loan settlement. | AC, WP |
| | | Dutch | Email | 11/7/2002 | J. Blomkwist | B. Lamiroy | K. van Riet | Email providing legal advice re loan settlement. | AC, WP |
| | | Dutch | Email | 11/7/2002 | B. Lamiroy | J. Blomkwist | K. van Riet | Email providing legal advice re loan settlement. | AC, WP |
| DEXPRIV002741 | DEXPRIV002742 | Dutch | Note | | | | | Undated note providing legal advice re loan settlement. | AC, WP |

1/23/2006

## Quaak v. Dexia and Related Cases
### Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV002743 | DEXPRIV002750 | Dutch | Fax | 10/10/2002 | J. Blomkwist | K. van Riet | | Fax providing legal advice re loan settlement. | AC, WP |
| | | Dutch | Fax | 9/18/2002 | J. Blomkwist | K. van Riet, B. Lamiroy | | Fax providing legal advice and requesting information for purpose of legal advice re loan settlement. | AC, WP |
| | | Dutch | Fax | 9/13/2002 | A. Vandervliet, J. van Hees | P. Veerman | | Fax providing legal advice re loan settlement. | AC, WP |
| | | Dutch | Fax | 9/9/2002 | J. Blomkwist | A. Vandervliet | | Fax requesting information for purpose of legal advice re loan settlement. | AC, WP |
| | | Dutch | Fax | 9/6/2002 | A. Vandervliet | J. Blomkwist | | Fax providing legal advice re loan settlement. | AC, WP |
| | | Dutch | Fax | 8/22/2002 | A. Vandervliet | J. Blomkwist | | Fax providing legal advice re loan settlement. | AC, WP |
| | | Dutch | Fax | 8/20/2002 | J. Blomkwist | J. van Hees | | Fax providing legal advice re loan settlement. | AC, WP |
| DEXPRIV002751 | DEXPRIV002751 | Dutch | Fax | 9/18/2002 | J. Blomkwist | K. van Riet, B. Lamiroy | | Fax providing legal advice re loan settlement. | AC, WP |
| DEXPRIV002752 | DEXPRIV002752 | Dutch | Fax | 9/13/2002 | A. Vandervliet | J. Blomkwist | | Fax transmitting legal advice re loan settlement. | AC, WP |
| DEXPRIV002753 | DEXPRIV002753 | Dutch | Fax | 9/13/2002 | A. Vandervliet | P. Veerman | | Fax providing legal advice re loan settlement. | AC, WP |
| DEXPRIV002754 | DEXPRIV002754 | Dutch | Fax | 9/9/2002 | J. Blomkwist | A. Vandervliet | | Fax providing legal advice re loan settlement. | AC, WP |
| DEXPRIV002755 | DEXPRIV002755 | Dutch | Fax | 9/6/2002 | A. Vandervliet | J. Blomkwist | | Fax providing legal advice re loan settlement. | AC, WP |
| DEXPRIV002756 | DEXPRIV002757 | Dutch | Fax | 8/22/2002 | A. Vandervliet | J. Blomkwist | | Fax providing legal advice re loan settlement. | AC, WP |
| DEXPRIV002758 | DEXPRIV002758 | Dutch | Fax | 8/20/2002 | J. Blomkwist | J. van Hees | | Fax providing legal advice re loan settlement. | AC, WP |
| DEXPRIV002759 | DEXPRIV002759 | Dutch | Fax | 2/13/2003 (3/13/2003) | J. Blomkwist | K. van Riet, B. Lamiroy | | Fax, containing handwritten marginalia, providing legal advice re loan settlement. | AC, WP |
| DEXPRIV002760 | DEXPRIV002773 | Dutch | Fax | 3/6/2003 | A. Vandervliet | J. Blomkwist | | Fax providing legal advice re loan settlement. | AC, WP |
| DEXPRIV002774 | DEXPRIV002788 | | | | | | | Intentional gap. | |
| DEXPRIV002789 | DEXPRIV002790 | Dutch | Fax | 11/23/2000 | P. Debecker | J. Blomkwist | | Fax transmitting information upon which legal advice is to be based re loan settlement. | AC, WP |
| DEXPRIV002791 | DEXPRIV002792 | Dutch | Fax | 11/23/2000 | J. Lemout | J. Blomkwist, M. Blackstone | | Fax transmitting information upon which legal advice is to be based re loan settlement. | AC, WP |
| DEXPRIV002793 | DEXPRIV002793 | French | Fax | 6/23/2003 | B. Lamiroy, K. van Riet | D. Benarroch | | Fax providing legal advice re loan settlement. | AC, WP |
| DEXPRIV002794 | DEXPRIV002794 | French | Fax | 6/23/2003 | B. Lamiroy, K. van Riet | D. Benarroch | | Fax providing legal advice re loan settlement. | AC, WP |

1/23/2006

## Quaak v. Dexia and Related Cases
### Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV002795 | DEXPRIV002795 | French | Fax | 6/11/2002 | B. Lamiroy, K. van Riet | D. Benarroch | | Fax requesting information for purpose of legal advice re loan settlement and execution of collateral. | AC, WP |
| DEXPRIV002796 | DEXPRIV002796 | French | Fax | 6/11/2002 | B. Lamiroy, K. van Riet | D. Benarroch | | Fax requesting information for purpose of legal advice re loan settlement and execution of collateral. | AC, WP |
| DEXPRIV002797 | DEXPRIV002797 | Dutch | Fax | 3/5/2001 | B. Lamiroy, K. van Riet | J. Verbist, S. Loosveld | | Fax requesting legal advice re loan settlement. | AC, WP |
| DEXPRIV002798 | DEXPRIV002798 | Dutch | Fax | 3/5/2001 | B. Lamiroy, K. van Riet | J. Verbist, S. Loosveld | | Fax transmission report with image of first page of fax requesting legal advice re loan settlement. | AC, WP |
| DEXPRIV002799 | DEXPRIV002799 | Dutch | Letter | 3/29/2001 | T. Breesch | B. Lamiroy, K. van Riet | | Letter with enclosures providing legal advice re loan settlement. | AC, WP |
| DEXPRIV002800 | DEXPRIV002800 | Dutch | Letter | 3/28/2001 | H. Jespers | M. Breesch | | Letter providing legal advice re loan settlement. | AC, WP |
| DEXPRIV002801 | DEXPRIV002801 | Dutch | Letter | 12/15/2000 | Land Register | H. Jespers | | Letter providing information requested by an attorney for the purpose of basing legal advice upon, with marginalia, re loan settlement. | AC, WP |
| DEXPRIV002802 | DEXPRIV002802 | French | Fax | 3/15/2001 | B. Lamiroy, K. van Riet | D. Benarroch | | Fax requesting legal information re loan settlement. | AC, WP |
| DEXPRIV002803 | DEXPRIV002803 | French | Fax | 3/15/2001 | B. Lamiroy, K. van Riet | D. Benarroch | | Fax transmission report with image of first page of fax requesting legal information re loan settlement. | AC, WP |
| DEXPRIV002804 | DEXPRIV002804 | Dutch | Fax | 2/28/2001 | J. Verbist | K. van Riet, B. Lamiroy | | Fax cover page providing legal advice re loan settlement. | AC, WP |
| DEXPRIV002805 | DEXPRIV002805 | Dutch | Letter | 2/22/2001 | J. van Niel Schuuren | J. Verbist | | Letter providing legal advice re loan settlement. | AC, WP |
| DEXPRIV002806 | DEXPRIV002806 | Dutch | Letter | 1/25/2001 | J. van Niel Schuuren | Tax Registrar | | Letter requesting information for the purpose of basing legal advice upon, with marginalia, re loan settlement. | AC, WP |
| DEXPRIV002807 | DEXPRIV002808 | Dutch | Excerpt | | Land Register | | | Undated handwritten excerpt of Land Register providing information requested by an attorney for the purpose of basing legal advice upon, re loan settlement. | AC, WP |
| DEXPRIV002809 | DEXPRIV002809 | Dutch | Letter | 2/26/2001 | J. Verbist | K. van Riet, B. Lamiroy | | Fax cover page providing legal advice re loan settlement. | AC, WP |
| DEXPRIV002810 | DEXPRIV002810 | Dutch | Letter | 2/20/2001 | J. van Niel Schuuren | J. Verbist | | Letter providing legal advice re loan settlement. | AC, WP |
| DEXPRIV002811 | DEXPRIV002811 | Dutch | Letter | 1/25/2001 | J. van Niel Schuuren | Tax Registrar | | Letter requesting information for the purpose of basing legal advice upon, with marginalia, re loan settlement. | AC, WP |

## Quaak v. Dexia and Related Cases
### Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV002812 | DEXPRIV002812 | Dutch | Excerpt | 1/25/2001 | Land Register | | | Handwritten excerpt of Land Register providing information requested by an attorney for the purpose of basing legal advice upon, re loan settlement. | AC, WP |
| DEXPRIV002813 | DEXPRIV002813 | Dutch | Excerpt | 1/30/2001 | Land Register | | | Overview of land register providing legal advice re loan settlement. | AC, WP |
| DEXPRIV002814 | DEXPRIV002815 | Dutch | Excerpt | 2/5/2001 | Mortgage Registry | | | Excerpt of Mortgage Register requested by an attorney for the purpose of basing legal advice upon, re advice, re loan settlement. | AC, WP |
| DEXPRIV002816 | DEXPRIV002816 | Dutch | Form | 2/5/2001 | J. van Niel Schuuren | Mortgage Registry | | Request for legal advice re loan settlement. | AC, WP |
| DEXPRIV002817 | DEXPRIV002817 | Dutch | Form | 4/8/1995 | P. Vandenberghe, notary in transaction between N. Willaert and KBC | Mortgage Registry | | Request for registration for the purpose of basing legal advice upon, re loan settlement. | AC, WP |
| DEXPRIV002818 | DEXPRIV002819 | Dutch | Form | 6/21/2000 | T. Viaene, notary in transaction between N. Willaert and KBC | Mortgage Registry | | Request for registration for the purpose of basing legal advice upon, re loan settlement. | AC, WP |
| DEXPRIV002820 | DEXPRIV002820 | Dutch | Fax | 2/13/2001 | M. Verfaellie | B. Lamiroy | | Fax providing legal advice re loan settlement. | AC, WP |
| DEXPRIV002821 | DEXPRIV002821 | Dutch | Letter | 2/6/2001 | Land Register | J. de Witte | | Letter providing information requested by an attorney for the purpose of basing legal advice upon, re loan settlement. | AC, WP |
| DEXPRIV002822 | DEXPRIV002822 | Dutch | Letter | 1/8/2001 | T. Breesch | B. Lamiroy, K. van Riet | | Letter providing legal advice requested by an attorney for the purpose of basing legal advice upon, re loan settlement. | AC, WP |
| DEXPRIV002823 | DEXPRIV002823 | Dutch | Fax | 2/8/2001 | M. Verfaellie | B. Lamiroy | | Fax transmitting legal advice requested by an attorney for the purpose of basing legal advice upon, re loan settlement. | AC, WP |
| DEXPRIV002824 | DEXPRIV002824 | Dutch | Letter | 2/7/2001 | J. de Witte | M. Verfaellie | | Letter transmitting and providing legal advice requested by an attorney for the purpose of basing legal advice upon, re loan settlement. | AC, WP |
| DEXPRIV002825 | DEXPRIV002825 | Dutch | Excerpt | 11/24/2000 | Land Register | | | Handwritten excerpt of Land Register providing information requested by an attorney for the purpose of basing legal advice upon, re loan settlement. | AC, WP |

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV002826 | DEXPRIV002826 | Dutch | Excerpt | 1/30/2001 | Land Register | | | Handwritten excerpt of Land Register providing information requested by an attorney for the purpose of basing legal advice upon, re loan settlement. | AC, WP |
| DEXPRIV002827 | DEXPRIV002828 | Dutch | Excerpt | 2/1/2001 | Land Register | | | Excerpt of Land Register providing information requested by an attorney for the purpose of basing legal advice upon, re loan settlement. | AC, WP |
| DEXPRIV002829 | DEXPRIV002829 | Dutch | Fax | 1/30/2001 | J. de Witte 2. Land Register | Tax Registrar | | Letter requesting information with response added in handwriting, re loan settlement. | AC, WP |
| DEXPRIV002830 | DEXPRIV002830 | Dutch | Letter | 2/7/2001 | J. Verbist | K. van Riet, B. Lamiroy | | Letter transmitting and providing legal advice re loan settlement. | AC, WP |
| DEXPRIV002831 | DEXPRIV002831 | Dutch | Letter | 2/7/2001 | J. van Niel Schuuren | J. Verbist | | Letter providing legal advice re loan settlement. | AC, WP |
| DEXPRIV002832 | DEXPRIV002832 | Dutch | Letter | 1/25/2001 | J. van Niel Schuuren | Tax Registrar | | Letter requesting information requested by an attorney for the purpose of basing legal advice upon, re loan settlement. | AC, WP |
| DEXPRIV002833 | DEXPRIV002833 | Dutch | Excerpt | 1/25/2001 | Land Register | | | Handwritten excerpt of Land Register providing information requested by an attorney for the purpose of basing legal advice upon, re loan settlement. | AC, WP |
| DEXPRIV002834 | DEXPRIV002834 | Dutch | Letter | 2/6/2001 | T. Breesch | B. Lamiroy, K. van Riet | | Letter providing legal advice re loan settlement. | AC, WP |
| DEXPRIV002835 | DEXPRIV002836 | Dutch | Excerpt | 1/12/2001 | Land Register | | | Excerpt of Land Register providing information requested by an attorney for the purpose of basing legal advice upon, re loan settlement. | AC, WP |
| DEXPRIV002837 | DEXPRIV002837 | Dutch | Letter | 1/17/2001 | H. Jespers | Mortgage Registry | | Letter requesting information at the request of counsel to base legal advice upon re loan settlement. | AC, WP |
| DEXPRIV002838 | DEXPRIV002839 | Dutch | Excerpt | | | | | Excerpt of Mortgage Register, without date. | AC, WP |
| DEXPRIV002840 | DEXPRIV002840 | Dutch | Letter | 1/17/2001 | T. Breesch | B. Lamiroy, K. van Riet | | Letter providing legal advice re loan settlement. | AC, WP |
| DEXPRIV002841 | DEXPRIV002841 | Dutch | Letter | 1/15/2001 | H. Jespers | T. Breesch | | Letter transmitting and providing legal advice re loan settlement. | AC, WP |
| DEXPRIV002842 | DEXPRIV002842 | Dutch | Letter | 1/10/2001 | I. H. Jespers | Tax Register | | Letter requesting information with response added in handwriting, re loan settlement. | AC, WP |
| DEXPRIV002843 | DEXPRIV002843 | French | Fax | 1/11/2001 | D. Bennaroch | K. van Riet | | Fax transmitting information and providing legal advice re loan settlement. | AC, WP |
| DEXPRIV002844 | DEXPRIV002845 | French | Memo | | D. Bennaroch | | | Memorandum providing legal advice re loan settlement. | WP |

1/23/2006

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV002846 | DEXPRIV002846 | French | Fax | 1/9/2001 | D. Bennaroch | K. van Riet | | Fax transmission report with image of first page of fax transmitting information and providing legal advice re loan settlement. | AC, WP |
| DEXPRIV002847 | DEXPRIV002847 | French | Fax | 1/9/2001 | D. Bennaroch | K. van Riet | | Fax transmission report with image of first page of fax transmitting information and providing legal advice re loan settlement, with marginalia reflecting the mental impressions of an attorney. | AC, WP |
| DEXPRIV002848 | DEXPRIV002848 | French | Fax | 1/9/2001 | D. Bennaroch | K. van Riet | | Fax transmission report with image of first page of fax transmitting information and providing legal advice re loan settlement. | AC, WP |
| DEXPRIV002849 | DEXPRIV002850 | Dutch | Fax | 1/4/2001 | B. Lamiroy, K. van Riet | M. Verfaellie | | Fax requesting legal advice re loan settlement. | AC, WP |
| DEXPRIV002851 | DEXPRIV002851 | Dutch | Fax | 1/4/2001 | B. Lamiroy, K. van Riet | M. Verfaellie | | Fax transmission report with image of first page of fax requesting legal advice re loan settlement. | AC, WP |
| DEXPRIV002852 | DEXPRIV002853 | Dutch | Fax | 1/4/2001 | B. Lamiroy, K. van Riet | T. Breesch | | Fax requesting legal advice re loan settlement. | AC, WP |
| DEXPRIV002854 | DEXPRIV002854 | Dutch | Fax | 1/4/2001 | B. Lamiroy, K. van Riet | T. Breesch | | Fax transmission report with image of first page of fax requesting legal advice re loan settlement. | AC, WP |
| DEXPRIV002855 | DEXPRIV002856 | French | Fax | 1/4/2001 | B. Lamiroy, K. van Riet | D. Bennaroch | | Fax requesting legal advice re loan settlement. | AC, WP |
| DEXPRIV002857 | DEXPRIV002857 | French | Fax | 1/4/2001 | B. Lamiroy, K. van Riet | D. Bennaroch | | Fax transmission report with image of first page of fax requesting legal advice re loan settlement. | AC, WP |
| DEXPRIV002858 | DEXPRIV002858 | French | Fax | 1/4/2001 | B. Lamiroy, K. van Riet | D. Bennaroch | | Fax requesting legal advice re loan settlement. | AC, WP |
| DEXPRIV002859 | DEXPRIV002859 | French | Fax | 1/4/2001 | B. Lamiroy, K. van Riet | D. Bennaroch | | Fax transmission report with image of first page of fax requesting legal advice re loan settlement. | AC, WP |
| DEXPRIV002860 | DEXPRIV002861 | French | Fax | 1/4/2001 | B. Lamiroy, K. van Riet | D. Bennaroch | | Fax requesting legal advice re loan settlement. | AC, WP |
| DEXPRIV002862 | DEXPRIV002862 | French | Fax | 1/4/2001 | B. Lamiroy, K. van Riet | D. Bennaroch | | Fax transmission report with image of first page of fax requesting legal advice re loan settlement. | AC, WP |
| DEXPRIV002863 | DEXPRIV002863 | French | Fax | 12/19/2000 | D. Bennaroch | B. Lamiroy | | Fax providing legal advice re loan settlement. | AC, WP |
| DEXPRIV002864 | DEXPRIV002864 | French | Fax | 12/18/2000 | B. Lamiroy, K. van Riet | D. Bennaroch | | Fax requesting legal advice re loan settlement. | AC, WP |
| DEXPRIV002865 | DEXPRIV002865 | French | Fax | 12/18/2000 | B. Lamiroy, K. van Riet | D. Bennaroch | | Fax transmission report with image of first page of fax requesting legal advice re loan settlement. | AC, WP |

1/23/2006

## Quaak v. Dexia and Related Cases
### Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV002866 | DEXPRIV002866 | French | Fax | 12/15/2000 | D. Bennaroch | B. Lamiroy | | Fax transmitting legal advice re loan settlement. | AC, WP |
| DEXPRIV002867 | DEXPRIV002869 | French | Form | | ARCA | | | Undated instructions explaining form, providing legal advice. | AC, WP |
| DEXPRIV002870 | DEXPRIV002871 | French | Form | | ARCA | | | Undated form providing legal advice re loan settlement. | AC, WP |
| DEXPRIV002872 | DEXPRIV002872 | French | Letter | | | | | Memorandum, without date, providing legal advice re loan settlement. | AC, WP |
| DEXPRIV002873 | DEXPRIV002873 | French | Fax | 12/6/2000 | D. Bennaroch | B. Lamiroy | | Fax providing legal advice re loan settlement. | AC, WP |
| DEXPRIV002874 | DEXPRIV002874 | Dutch | Handwritten notes | | | | | Undated handwritten notes reflecting the mental impressions of an attorney re loan settlement. | AC, WP |
| DEXPRIV002875 | DEXPRIV002875 | Dutch | Fax | 11/22/2000 | B. Lamiroy, K. van Riet | T. Broesch | | Fax requesting legal advice re loan settlement. | AC, WP |
| DEXPRIV002876 | DEXPRIV002878 | French | Fax | 11/21/2000 | B. Lamiroy, K. van Riet | D. Bennaroch | | Fax requesting legal advice re loan settlement. | AC, WP |
| DEXPRIV002879 | DEXPRIV002879 | French | Fax | 11/21/2000 | B. Lamiroy, K. van Riet | D. Bennaroch | | Fax transmission report with image of first page of fax requesting legal advice re loan settlement. | AC, WP |
| DEXPRIV002880 | DEXPRIV002881 | | Email | 11/21/2000 | K. van Riet | P. van Tiggel, P. Cordonnier | | Email transmitting legal advice re loan settlement. | AC, WP |
| | | | Email | 11/21/2000 | B. Lamiroy | K. van Riet | | Email transmitting legal advice re loan settlement. | AC, WP |
| | | Dutch | Email | 11/21/2000 | M. Verfaellie | B. Lamiroy | | Email providing legal advice re loan settlement. | AC, WP |
| DEXPRIV002882 | DEXPRIV002882 | Dutch | Email | 11/21/2000 | M. Verfaellie | B. Lamiroy | | Email providing legal advice re loan settlement. | AC, WP |
| DEXPRIV002883 | DEXPRIV002883 | French | Email | | J. van Hees | F. Jauneau, bailiff | | Undated email requesting legal advice re loan settlement. | AC, WP |
| DEXPRIV002884 | DEXPRIV002884 | Dutch | Fax | 11/21/2000 | M. Verfaellie | B. Lamiroy | | Email providing legal advice re loan settlement. | AC, WP |
| DEXPRIV002885 | DEXPRIV002885 | French | Letter | 11/21/2000 | F. Jauneau, bailiff | J. van Hees | | Letter providing legal advice re loan settlement. | AC, WP |
| DEXPRIV002886 | DEXPRIV002886 | French | Fax | | Land Register | | | Undated fax providing information re loan settlement. | AC, WP |
| DEXPRIV002887 | DEXPRIV002887 | Dutch | Fax | 11/20/2000 | B. Lamiroy | M. Verfaellie | | Fax transmitting information for the purpose to obtain legal advice re loan settlement. | AC, WP |
| DEXPRIV002888 | DEXPRIV002889 | Dutch | Fax | 11/20/2000 | B. Lamiroy | M. Verfaellie | | Fax transmission report with image of first page of fax transmitting information for the purpose to obtain legal advice re loan settlement. | AC, WP |
| DEXPRIV002890 | DEXPRIV002890 | French | Fax | 11/20/2000 | B. Lamiroy, K. van Riet | B. Louvigny | | Fax requesting legal advice re loan settlement. | AC, WP |

## Quaak v. Dexia and Related Cases
## Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV002891 | DEXPRIV002891 | French | Fax | 11/20/2000 | B. Lamiroy, K. van Riet | B. Louvigny | | Fax transmission report with image of first page of fax requesting legal advice re loan settlement. | AC, WP |
| DEXPRIV002892 | DEXPRIV002894 | Dutch | Fax | 6/5/2001 | J. Verbist | K. van Riet | | Fax transmitting email and providing legal advice re loan security and settlement. | AC, WP |
| DEXPRIV002895 | DEXPRIV002897 | Dutch | Fax | 12/13/2000 | S. Loosveld | K. van Riet | J. Verbist | Email providing legal advice re loan security and settlement. | AC, WP |
| DEXPRIV002898 | DEXPRIV002898 | Dutch | Letter | 5/17/2001 | J. Verbist | K. van Riet, B. Lamiroy | | Letter transmitting writ of seizure and notices of service, and providing legal advice re seizure. | AC, WP |
| DEXPRIV002899 | DEXPRIV002899 | Dutch | Letter | 5/14/2001 | R. Vandenhende, bailiff | J. Verbist | | Letter transmitting writ of seizure and notices of service at the request of counsel re loan settlement. | AC, WP |
| DEXPRIV002900 | DEXPRIV002954 | | | | | | | Intentional gap. | |
| DEXPRIV002955 | DEXPRIV002956 | Dutch | Fax | 4/27/2001 | J. Verbist | K. van Riet, B. Lamiroy | | Letter providing legal advice re loan settlement. | AC, WP |
| DEXPRIV002957 | DEXPRIV002957 | Dutch | File | | B. van Kerckhoven, bailiff | | | Undated file index card with information to base legal advice upon re loan settlement. | WP |
| DEXPRIV002958 | DEXPRIV002958 | French | Court Order | 3/2/2001 | Judge of First Instance | | | Part of fax providing legal advice re loan settlement. | AC, WP |
| DEXPRIV002959 | DEXPRIV002960 | Dutch | Fax | 6/13/2001 | A. Louwrier | K. van Riet, B. Lamiroy | | Fax transmitting legal advice re loan settlement, with marginalia reflecting the mental impressions of an attorney. | AC, WP |
| DEXPRIV002961 | DEXPRIV002961 | Dutch | Fax | 6/12/2001 | J. Palstra | A. Louwrier, J. Blomkwist | | Fax transmitting legal advice re loan settlement. | AC, WP |
| DEXPRIV002962 | DEXPRIV002967 | Dutch | Memo | 6/12/2001 | J. van Hees, J. Palstra | J. Verbist | | Memorandum providing legal advice re loan settlement. | AC, WP |
| DEXPRIV002968 | DEXPRIV002968 | Dutch | Fax | 6/13/2001 | A. Louwrier | K. van Riet, B. Lamiroy | | Fax transmitting legal advice re loan settlement, with marginalia reflecting the mental impressions of an attorney. | AC, WP |
| DEXPRIV002969 | DEXPRIV002969 | Dutch | Fax | 6/12/2001 | J. Palstra | A. Louwrier, J. Blomkwist | | Fax transmitting legal advice re loan settlement. | AC, WP |
| DEXPRIV002970 | DEXPRIV002975 | Dutch | Memo | 6/12/2001 | J. van Hees, J. Palstra | J. Verbist | | Memorandum providing legal advice re loan settlement. | AC, WP |
| DEXPRIV002976 | DEXPRIV002978 | Dutch | Email | 5/31/2001 | K. van Riet | J. Wuytack | | Email transmitting legal advice and request thereof re loan settlement. | AC, WP |
| | | Dutch | Email | 5/31/2001 | J. Verbist | K. van Riet | | Email transmitting legal advice and request thereof re loan settlement. | AC, WP |
| | | Dutch | Email | 5/31/2001 | J. van Hees | J. Verbist | S. Loosveld, J. Palstra | Email providing legal advice and request thereof re loan settlement. | AC, WP |
| | | Dutch | Email | 5/30/2001 | J. Verbist | J. van Hees | | Email requesting legal advice re loan settlement. | AC, WP |
| DEXPRIV002979 | DEXPRIV002979 | Dutch | Email | 5/31/2001 | K. van Riet | J. Wuytack | K. van Riet, S. Loosveld | Email transmitting request for legal advice re loan settlement. | AC, WP |

## Quaak v. Dexia and Related Cases
## Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| | DEXPRIV002980 | Dutch | Email | 5/30/2001 | J. Verbist | J. van Hees | K. van Riet, S. Loosveld | Email requesting legal advice re loan settlement. | AC, WP |
| DEXPRIV002981 | DEXPRIV002980 | Dutch | Email | 5/30/2001 | K. van Riet | J. Wuytack | | Email providing legal advice re loan settlement. | AC, WP |
| DEXPRIV002982 | DEXPRIV002981 | Dutch | Email | 5/30/2001 | J. Wuytack | K. van Riet | | Email requesting legal advice re loan settlement. | AC, WP |
| DEXPRIV002983 | DEXPRIV002982 | Dutch | Email | 4/5/2001 | S. Loosveld | K. van Riet, B. Lamiroy | J. Verbist | Email requesting legal advice re loan settlement and transmitting draft motion with request for information to base legal advice upon re loan settlement. | AC, WP |
| | DEXPRIV002986 | Dutch | Court Submission | | J. Verbist | | | Draft motion. | AC, WP |
| DEXPRIV002987 | DEXPRIV002989 | Dutch | Email | 3/28/2001 | K. van Riet | C. Piret, F. Saverys | B. Lamiroy | Email transmitting legal advice re loan settlement. | AC, WP |
| | | Dutch | Email | 3/27/2001 | S. Loosveld | K. van Riet | J. Verbist | Email transmitting legal advice re loan settlement. | AC, WP |
| DEXPRIV002990 | DEXPRIV002991 | Dutch | Email | 3/27/2001 | S. Loosveld | D. van Gerven | J. Verbist | Email providing legal advice re loan settlement. | AC, WP |
| DEXPRIV002992 | DEXPRIV002994 | Dutch | Email | 3/26/2001 | S. Loosveld | K. van Riet | J. Verbist | Email providing legal advice re loan settlement. | AC, WP |
| | | Dutch | Email | 2/20/2001 | J. Lametz | B. Lamiroy | | Email transmitting legal advice re loan settlement. | AC, WP |
| | | English | Email | 2/19/2001 | S. Loosveld | K. van Riet | J. Verbist | Email transmitting and providing legal advice re loan settlement. | AC, WP |
| | | Dutch | Email | 2/19/2001 | F. Azoulay | S. Loosveld | B. Beau | Email providing legal advice re loan settlement. | AC, WP |
| DEXPRIV002995 | DEXPRIV002996 | Dutch | Email | 3/6/2001 | S. Loosveld | K. van Riet, B. Lamiroy | J. Verbist | Email transmitting and providing legal advice re loan settlement. | AC, WP |
| | | English | Email | 3/6/2001 | B. Beau | S. Loosveld | J. Verbist | Email providing legal advice re loan settlement. | AC, WP |
| DEXPRIV002997 | DEXPRIV002998 | Dutch | Fax | 2/22/2002 | J. Verbist | K. van Riet, B. Lamiroy | | Fax providing legal advice re loan settlement. | AC, WP |
| DEXPRIV002999 | DEXPRIV003001 | Dutch | Fax | 10/3/2001 | J. Verbist | K. van Riet, B. Lamiroy | | Fax providing legal advice re loan settlement. | AC, WP |
| DEXPRIV003002 | DEXPRIV003003 | Dutch | Email | 3/7/2001 | S. Loosveld | K. van Riet | J. Verbist | Email providing legal advice re loan settlement. | AC, WP |
| DEXPRIV003004 | DEXPRIV003004 | Dutch | Email | 3/5/2001 | B. Lamiroy | J. Verbist, S. Loosveld | K. van Riet | Email requesting legal advice re loan settlement and loan settlement. | AC, WP |
| DEXPRIV003005 | DEXPRIV003005 | Dutch | Email | 3/2/2001 | S. Loosveld | K. van Riet, B. Lamiroy | J. Verbist | Email transmitting and providing legal advice re loan settlement. | AC, WP |
| | | English | Email | 3/2/2001 | F. Azoulay | S. Loosveld | B. Beau | Email providing legal advice re loan settlement. | AC, WP |
| DEXPRIV003006 | DEXPRIV003006 | Dutch | Email | 6/12/2001 | K. van Riet | J. Wuytack | D. Brunel, C. Piret, B. Lamiroy | Email providing legal advice re loan settlement. | AC, WP |

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV003007 | DEXPRIV003007 | Dutch | Fax | 6/13/2001 | A. Louwrier | K. van Riet, B. Lamiroy | | Fax transmitting legal advice re loan settlement, with marginalia reflecting the mental impressions of an attorney. | AC, WP |
| DEXPRIV003008 | DEXPRIV003008 | Dutch | Fax | 6/12/2001 | J. Palstra | A. Louwrier, J. Blomkwist | | Fax transmitting legal advice re loan settlement. | AC, WP |
| DEXPRIV003009 | DEXPRIV003014 | Dutch | Memo | 6/12/2001 | J. van Hees, J. Palstra | J. Verbist | | Memorandum providing legal advice re loan settlement. | AC, WP |
| DEXPRIV003015 | DEXPRIV003015 | Dutch | Fax | 3/8/2001 | A. Louwrier | K. van Riet, B. Lamiroy | | Fax transmitting request for legal advice re loan settlement. | AC, WP |
| DEXPRIV003016 | DEXPRIV003019 | Dutch | Fax | 3/8/2001 | J. Palstra | A. Louwrier, J. Blomkwist | | Fax transmitting request for legal advice re loan settlement. | AC, WP |
| DEXPRIV003018 | DEXPRIV003020 | German | Fax | 3/8/2001 | J. Palstra | P. Kinsch | | Fax requesting legal advice re loan settlement. | AC, WP |
| DEXPRIV003021 | DEXPRIV003022 | Dutch | Fax | 11/28/2001 | S. Loosveld | B. Lamiroy, K. van Riet | | Fax requesting legal advice re loan settlement. | AC, WP |
| DEXPRIV003023 | DEXPRIV003028 | French | Court Submission | 6/14/2002 | P. Kinsch | | | Draft motion. | AC, WP |
| DEXPRIV003029 | DEXPRIV003029 | Dutch | Email | 6/30/2003 | S. Heyvaert, V. Sneyers | B. Lamiroy | A. de Roeck | Email providing information requested by an attorney for the purpose of basing legal advice upon re L&H relationship. | AC, WP |
| DEXPRIV003030 | DEXPRIV003030 | Dutch | Email | 7/22/2003 | S. Heyvaert, V. Sneyers | K. van Riet | | Email with attachment providing information requested by an attorney for the purpose of basing legal advice upon re L&H relationship. | AC, WP |
| DEXPRIV003031 | DEXPRIV003032 | Dutch | Chart | | | | | Spreadsheet, without date, with information requested by an attorney to base legal advice upon re L&H relationship. | AC, WP |
| DEXPRIV003033 | DEXPRIV003033 | Dutch | Email | 6/30/2003 | S. Heyvaert, V. Sneyers | B. Lamiroy | A. de Roeck | Email providing information at the request of counsel for the purpose of basing legal advice upon re L&H relationship. | AC, WP |
| DEXPRIV003034 | DEXPRIV003034 | Dutch | Email | 7/8/2003 | G. van Muylem | C. Leroy | | Email with attachment transmitting information requested by an attorney for the purpose of basing legal advice upon re L&H relationship. | AC, WP |
| | | Dutch | Email | 6/26/2003 | G. van Muylem | V. Sneyers | | Email with attachment transmitting information requested by an attorney for the purpose of basing legal advice upon re L&H relationship. | AC, WP |
| | | Dutch | Email | 6/26/2003 | S. Heyvaert, V. Sneyers | G. van Muylem | | Email requesting information on behalf of an attorney for the purpose of basing legal advice upon re L&H relationship. | AC, WP |

## Quaak v. Dexia and Related Cases
### Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV003035 | DEXPRIV003053 | Dutch, French | Chart | 6/26/2003 | | | | Undated chart, requested by an attorney for the purpose of basing legal advice upon re L&H relationship. | AC, WP |
| DEXPRIV003054 | DEXPRIV003055 | Dutch | Email | 7/10/2003 | B. Lamiroy | S. Ryelandt, Y. Herinckx, L. Legein | K. van Riet | Email with attachments providing legal advice re Belgian litigation. | AC, WP |
| DEXPRIV003056 | DEXPRIV003057 | Dutch | Email | 7/10/2003 | B. Lamiroy | G. van Muylem, C. Leroy, B. Marchand | K. van Riet | Email providing legal advice and requesting further information to base legal advice upon, and transmitting information requested by an attorney for the purpose of basing legal advice upon, re L&H relationship. | AC, WP |
| | | | Email | | | B. Lamiroy | | Undated email transmitting information requested by an attorney for the purpose of basing legal advice upon, re L&H relationship. | AC, WP |
| | | French | Email | 7/8/2003 | B. Marchand | A. de Roeck | G. van Muylem, P. Beaufays | Email transmitting information requested by an attorney for the purpose of basing legal advice upon, re L&H relationship. | AC, WP |
| | | French | Email | 7/8/2003 | C. Leroy | B. Marchand | | Email with attachment transmitting information requested by an attorney for the purpose of basing legal advice upon, re L&H relationship. | AC, WP |
| DEXPRIV003058 | DEXPRIV003058 | Dutch | Email | 7/14/2003 | B. Lamiroy | V. Sneyers | K. van Riet | Email requesting information for the purpose of basing legal advice upon re L&H relationship. | AC, WP |
| DEXPRIV003059 | DEXPRIV003059 | Dutch | Email | 7/14/2003 | N. de Mulder | B. Lamiroy | F. Dierckx | Email providing information requested by an attorney for the purpose of basing legal advice upon and transmitting requests thereof re Belgian criminal investigation. | AC, WP |
| | | Dutch | Email | 7/14/2003 | B. Lamiroy | N. de Mulder | F. Dierckx | Email requesting information re Belgian criminal investigation. | AC, WP |
| | | Dutch | Email | 7/10/2003 | F. Dierckx | N. de Mulder | B. Lamiroy | Email transmitting request for information of an attorney for the purpose of basing legal advice upon re Belgian criminal investigation. | AC, WP |
| DEXPRIV003060 | DEXPRIV003060 | Dutch | Email | 7/10/2003 | B. Lamiroy | F. Dierckx | K. van Riet | Email requesting information for the purpose of basing legal advice upon re Belgian criminal investigation. | AC, WP |
| | | Dutch | Email | 7/14/2003 | B. Lamiroy | N. de Mulder | F. Dierckx | Email requesting information re Belgian criminal investigation. | AC, WP |
| | | Dutch | Email | 7/10/2003 | F. Dierckx | N. de Mulder | B. Lamiroy | Email transmitting request for information of an attorney for the purpose of basing legal advice upon re Belgian criminal investigation. | AC, WP |