*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| | | Dutch | Email | 7/10/2003 | B. Lamiroy | F. Dierckx | K. van Riet | Email requesting information for the purpose of basing legal advice upon re Belgian criminal investigation. | AC, WP |
| DEXPRIV003061 | DEXPRIV003061 | Dutch | Email | 7/10/2003 | F. Dierckx | N. de Mulder | B. Lamiroy | Email transmitting request for information of an attorney for the purpose of basing legal advice upon re Belgian criminal investigation. | AC, WP |
| | | Dutch | Email | 7/10/2003 | N. de Mulder | F. Dierckx | | Email transmitting request for information of an attorney for the purpose of basing legal advice upon re Belgian criminal investigation. | AC, WP |
| | | Dutch | Email | 7/10/2003 | F. Dierckx | N. de Mulder | B. Lamiroy | Email transmitting request for information of an attorney for the purpose of basing legal advice upon re Belgian criminal investigation. | AC, WP |
| | | Dutch | Email | 7/10/2003 | B. Lamiroy | F. Dierckx | K. van Riet | Email requesting information for the purpose of basing legal advice upon re Belgian criminal investigation. | AC, WP |
| DEXPRIV003062 | DEXPRIV003062 | Dutch | Email | 10/31/2001 | K. de Schepper | J. Lametz, K. van Riet | | Email, with marginalia reflecting the mental impressions of an attorney, requesting legal advice re loan renewal. | AC, WP |
| | | Dutch | Email | 10/29/2001 | P. Cordonnier | K. de Schepper, P. van Gossum | | Email, with marginalia reflecting the mental impressions of an attorney, providing legal advice and request thereof re loan renewal. | AC, WP |
| | | Dutch | Email | 10/29/2001 | T. Hoffman | P. Cordonnier | A. Hellers | Email, with marginalia reflecting the mental impressions of an attorney, requesting legal advice re loan renewal. | AC, WP |
| DEXPRIV003063 | DEXPRIV003063 | Dutch | Email | 6/14/2001 | S. Loosveld | K. van Riet | B. Lamiroy, J. Verbist | Email providing legal advice re restructuring of L&H financing. | AC, WP |
| DEXPRIV003064 | DEXPRIV003064 | Dutch | Email | 6/14/2001 | K. van Riet | B. Lamiroy | | Email transmitting legal advice and request thereof re LHIC portfolio. | AC, WP |
| | | Dutch | Email | 6/12/2001 | K. van Riet | S. Loosveld | | Email transmitting legal advice and request thereof re LHIC portfolio. | AC, WP |
| | | Dutch | Email | 6/12/2001 | S. Loosveld | K. van Riet | J. Verbist | Email requesting information to base legal advice upon and request thereof re LHIC portfolio. | AC, WP |
| DEXPRIV003065 | DEXPRIV003065 | Dutch | Email | 6/12/2001 | K. van Riet | S. Loosveld | | Email transmitting legal advice and request thereof re LHIC portfolio. | AC, WP |
| | | Dutch | Email | 6/12/2001 | S. Loosveld | K. van Riet | J. Verbist | Email requesting information to base legal advice upon and request thereof re loan settlement. | AC, WP |

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV003066 | DEXPRIV003068 | Dutch | Letter | | Artesia Bank NV, Artesia Banque Nederland NV | L&H Investment Company, J. Lernout, P. Hauspie, N. Willaert | | Draft letter with marginalia reflecting the mental impressions of an attorney re loan settlement. | AC, WP |
| DEXPRIV003069 | DEXPRIV003077 | English | Agreement | | | L&H Investment Company, Artesia Bank NV | | Draft agreement of 2001 with marginalia reflecting the mental impressions of an attorney re loan settlement. | AC, WP |
| DEXPRIV003078 | DEXPRIV003079 | Dutch | Email | 5/5/2001 | S. Loosveld | K. van Riet | J. Verbist | Email, with attachment, providing legal advice re loan settlement and bankruptcy. | AC, WP |
| DEXPRIV003080 | DEXPRIV003088 | English | Agreement | | | L&H Investment Company, Artesia Bank NV | | Draft agreement dated 5/2001 with marginalia reflecting the mental impressions of an attorney re loan settlement. | AC, WP |
| DEXPRIV003089 | DEXPRIV003091 | Dutch | Fax | 6/5/2001 | J. Verbist | K. van Riet | | Fax transmitting email and providing legal advice re loan security and settlement. | AC, WP |
| DEXPRIV003092 | DEXPRIV003094 | Dutch | Email | 12/13/2000 | S. Loosveld | K. van Riet | J. Verbist | Email providing legal advice re loan security and settlement. | AC, WP |
| DEXPRIV003095 | DEXPRIV003095 | | Email | 6/18/2001 | J. Rome | B. Lamiroy | | Email, with attachment, transmitting legal advice re loan security. | AC, WP |
| | | Dutch | Email | 6/12/2001 | J. Rome | K. van Riet. | J. Lametz, L. Govaert | Email, with attachment, transmitting legal advice re loan security. | AC, WP |
| | | Dutch | Email | 6/12/2001 | J. Lametz | J. Rome | K. van Riet | Email providing legal advice re loan security. | AC, WP |
| DEXPRIV003096 | DEXPRIV003097 | English | Chart | | | | | Undated chart, with marginalia reflecting the mental impressions of an attorney, re loan security. | AC, WP |
| DEXPRIV003098 | DEXPRIV003099 | Dutch | Handwritten notes | | Legal Department | | | Handwritten notes reflecting the mental impressions of an attorney re loan security. | AC, WP |
| DEXPRIV003100 | DEXPRIV003100 | | | | | | | Intentional gap. | |
| DEXPRIV003101 | DEXPRIV003101 | Dutch | Handwritten notes | | | | | Undated handwritten notes reflecting the mental impressions of an attorney re loan security. | WP |
| DEXPRIV003102 | DEXPRIV003113 | English | Handwritten notes | | | | | Undated handwritten notes reflecting the mental impressions of an attorney re loan security. | WP |
| DEXPRIV003114 | DEXPRIV003114 | | | | | | | Undated handwritten notes reflecting the mental impressions of an attorney re loan security. | WP |
| DEXPRIV003115 | DEXPRIV003118 | | Email | 12/13/2000 | S. Loosveld | M. Colle | | Email, with marginalia reflecting the mental impressions of an attorney, transmitting legal advice re loan security. | AC, WP |
| | | Dutch | Email | 12/13/2000 | S. Loosveld | K. van Riet | J. Verbist | Email, with marginalia reflecting the mental impressions of an attorney, providing legal advice re loan security. | AC, WP |

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV003119 | DEXPRIV003119 | Dutch | Email | 12/13/2000 | S. Loosveld | K. van Riet, P. Cordonnier, M. Colle | J. Verbist, H. Vanhulle, C. Waerzeggers | Email providing legal advice and requesting information on which to base legal advice re taxation. | AC, WP |
| DEXPRIV003120 | DEXPRIV003120 | Dutch | Email | 11/7/2000 | A. Louwrier | M. Colle | K. van Riet, P. Cordonnier, M. Holtrop | Email transmitting legal advice re loan settlement. | AC, WP |
|  |  | Dutch | Email | 11/7/2000 | M. Colle | A. Louwrier |  | Email providing legal advice re loan settlement. | AC, WP |
| DEXPRIV003121 | DEXPRIV003121 | Dutch | Email | 10/31/2000 | P. Cordonnier | M. Colle | K. van Riet, S. Loosveld | Email with attachment providing legal advice re loan settlement, with incomplete part of other email at bottom. | AC, WP |
| DEXPRIV003122 | DEXPRIV003122 | Dutch | Email | 10/31/2000 | P. Cordonnier | M. Colle | K. van Riet, S. Loosveld | Email with attachment providing legal advice re loan settlement, with incomplete part of other email at bottom. | AC, WP |
| DEXPRIV003123 | DEXPRIV003123 | Dutch | Email |  | S. Loosveld | P. Cordonnier |  | Email providing legal advice and request thereof re loan settlement. | AC, WP |
| DEXPRIV003124 | DEXPRIV003125 |  |  |  |  |  |  | Intentional gap. |  |
| DEXPRIV003126 | DEXPRIV003126 | Dutch | Email |  | S. Loosveld | P. Cordonnier |  | Email transmitting draft agreement and legal advice re loan settlement. | AC, WP |
| DEXPRIV003127 | DEXPRIV003128 | Dutch | Email |  | P. Cordonnier |  |  | Email providing legal advice re loan settlement. | AC, WP |
| DEXPRIV003129 | DEXPRIV003130 |  |  |  |  |  |  | Intentional gap. |  |
| DEXPRIV003131 | DEXPRIV003131 | Dutch | Email | 11/21/2000 | P. Cordonnier | M. Colle, K. van Riet |  | Email with attachment requesting and providing legal advice re loan settlement, with incomplete part of other email at bottom. | AC, WP |
| DEXPRIV003132 | DEXPRIV003138 | Dutch | Email |  | S. Loosveld | P. Cordonnier |  | Email requesting and providing legal advice re loan settlement. | AC, WP |
|  |  | Dutch | Email | 11/17/2000 | M. Kalff | S. Loosveld | J. Verbist, J. Hoevers | Email providing legal advice re loan settlement. | AC, WP |
| DEXPRIV003139 | DEXPRIV003139 | Dutch | Email | 11/21/2000 | P. Cordonnier | M. Colle, K. van Riet |  | Email with attachment requesting and providing legal advice re loan settlement, with incomplete part of other email at bottom. | AC, WP |
| DEXPRIV003140 | DEXPRIV003146 |  | Email |  |  | S. Loosveld |  | Undated email transmitting legal advice re loan settlement. | AC, WP |
|  |  | Dutch | Email | 11/18/2000 | S. Loosveld | M. Kalff | J. Verbist, J. Hoevers | Email transmitting legal advice re loan settlement. | AC, WP |
|  |  | Dutch | Email | 11/17/2000 | M. Kalff | S. Loosveld | J. Verbist, J. Hoevers | Email providing legal advice re loan settlement. | AC, WP |
| DEXPRIV003147 | DEXPRIV003149 | Dutch | Email | 11/17/2000 | P. Cordonnier | M. Colle, K. van Riet |  | Email forwarding legal advice and request thereof re security agreement. | AC, WP |
|  |  | Dutch | Email | 11/17/2000 | S. Loosveld | P. Cordonnier | J. Verbist | Email requesting and providing legal advice re security agreement. | AC, WP |
|  |  | English | Email | 11/17/2000 | R. Olson | S. Loosveld | L. Barrett | Email providing legal advice and transmitting request thereof re security agreement. | AC, WP |

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV003150 | DEXPRIV003150 | English | Email | 11/15/2000 | S. Loosveld | R. Olson | J. Verbist, D. Leclercq, L. Barrett | Email requesting legal advice re security agreement. | AC, WP |
| | | Dutch | Email | 11/17/2000 | P. Cordonnier | M. Colle, K. van Riet | | Email, with attachment, transmitting legal advice re security agreement. | AC, WP |
| | | English | Email | 11/17/2000 | K. Macours | L. Mesuere, V. Vercaigne, D. de Bleser, J. van Helleputte, J. Vandensteen (2x), G. Vekeman (2x), P. Vermeiren, P. van Tiggel, P. Cordonnier, C. Schneider, R. Haas, K. Diederich, J. Baetsle | | Email, with attachment, providing legal advice re security agreement. | AC, WP |
| DEXPRIV003151 | DEXPRIV003175 | English | Form | 11/22/2000 | | SEC | | Draft Schedule 13D reflecting the mental impressions of an attorney re compliance. | |
| DEXPRIV003176 | DEXPRIV003176 | Dutch | Email | 11/17/2000 | P. Cordonnier | M. Colle, K. van Riet | | Email, with attachment, transmitting legal advice re pledge. | AC, WP |
| | | English | Email | 11/17/2000 | K. Macours | L. Mesuere, V. Vercaigne, D. de Bleser, J. van Helleputte, J. Vandensteen (2x), G. Vekeman (2x), P. Vermeiren, P. van Tiggel, P. Cordonnier, C. Schneider, R. Haas, K. Diederich | | Email, with attachment, providing legal advice re loan security. | AC, WP |
| DEXPRIV003177 | DEXPRIV003180 | Dutch | Agreement | | | Fortis Bank NV, LHSP NV | | Draft agreement reflecting the mental impressions of an attorney re loan security. | AC, WP |
| DEXPRIV003181 | DEXPRIV003181 | Dutch | Email | 11/17/2000 | P. Cordonnier | M. Colle, K. van Riet | | Email, with attachment, transmitting legal advice re loan security. | AC, WP |

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV003182 | | | Email | | S. Loosveld | P. Cordonnier | J. Verbist | Email transmitting legal advice re loan security. | AC, WP |
| | DEXPRIV003184 | Dutch | Email | 11/17/2000 | S. Loosveld | P. Cordonnier | | Email transmitting and providing legal advice re loan security. | AC, WP |
| | | English | Email | 11/17/2000 | R. Olson | S. Loosveld | R. Olson | Email providing legal advice re loan security. | AC, WP |
| DEXPRIV003185 | DEXPRIV003185 | Dutch | Email | 11/17/2000 | P. Cordonnier | M. Colle, K. van Riet | | Email, with attachments, transmitting legal advice re Speech Machines. | AC, WP |
| DEXPRIV003186 | | Dutch | Email | 11/16/2000 | S. Loosveld | P. Cordonnier | J. Verbist | Email, with attachments, providing legal advice re Speech Machines. | AC, WP |
| | DEXPRIV003188 | English | Excerpts | | | | | File information requested by attorney to base legal advice upon re Speech Machines. | AC, WP |
| DEXPRIV003189 | DEXPRIV003189 | Dutch | Email | 11/16/2000 | P. Cordonnier | S. Loosveld | M. Colle, K. van Riet | Email transmitting fax requesting information to base legal advice upon. | AC, WP |
| DEXPRIV003190 | DEXPRIV003190 | English | Fax | 11/21/2000 | P. Cordonnier | E. Ooi | | Fax requesting information to base legal advice upon re security interest. | AC, WP |
| DEXPRIV003191 | DEXPRIV003191 | Dutch | Email | 11/16/2000 | P. Cordonnier | S. Loosveld | M. Colle, K. van Riet | Email, with attachments, providing legal advice re loan security. | AC, WP |
| DEXPRIV003192 | DEXPRIV003193 | Dutch | Email | 11/16/2000 | P. Cordonnier | M. Colle, K. van Riet | | Email transmitting legal advice and request thereof re security interest. | AC, WP |
| | | Dutch | Email | 11/16/2000 | S. Loosveld | P. Cordonnier | J. Verbist | Email transmitting legal advice and request thereof re security interest. | AC, WP |
| | | English | Email | 11/16/2000 | E. Ooi | S. Loosveld, C. Ho | J. Verbist, E. Ooi | Email providing legal advice and request thereof re security interest. | AC, WP |
| | | English | Email | 11/15/2000 | S. Loosveld | C. Ho | J. Verbist, E. Ooi | Email requesting legal advice re security interest. | AC, WP |
| DEXPRIV003194 | DEXPRIV003194 | Dutch | Email | 11/15/2000 | P. Cordonnier | S. Loosveld | M. Colle, K. van Riet | Email, with attachment, providing and requesting legal advice re security interest. | AC, WP |
| | | Dutch | Email | 11/15/2000 | T. Denys | P. Cordonnier | C. Mestdagh, F. Vanderhooydonck | Email, with attachment, providing legal advice re security interest. | AC, WP |
| | | | Email | 11/14/2000 | B. Constant | T. Denys | | Email, with attachment, transmitting information requested by an attorney to base legal advice upon re security interest. | AC, WP |
| DEXPRIV003195 | DEXPRIV003196 | English | Agreement | | | | | Draft agreement, without date, reflecting the mental impressions of an attorney re security interest. | AC, WP |
| DEXPRIV003197 | DEXPRIV003197 | | Email | 11/15/2000 | P. Cordonnier | S. Loosveld | M. Colle, K. van Riet | Email, with marginalia reflecting the mental impressions of an attorney, transmitting legal advice re security interest. | AC, WP |

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| | | | Email | 11/15/2000 | P. Cordonnier | T. Denys | | Email, with marginalia reflecting the mental impressions of an attorney, transmitting legal advice re security interest. | AC, WP |
| DEXPRIV003198 | DEXPRIV003202 | Dutch | Email | | S. Loosveld | P. Cordonnier | | Undated email transmitting information for the purpose of basing legal advice upon and transmitting legal advice, and request thereof, re security interest. | AC, WP |
| | | Dutch | Email | 11/14/2000 | P. Cordonnier | S. Loosveld | M. Colle, K. van Riet | Email transmitting legal advice and request thereof, and resetting further information for the purpose of basing legal advice upon, re security interest. | AC, WP |
| | | Dutch | Email | 11/14/2000 | T. Denys | P. Cordonnier | T. Denys, van Tiggel, C. Mestdagh, F. Vanderhooydonck | Email requesting legal advice and providing information for the purpose of obtaining legal advice, re security interest. | AC, WP |
| DEXPRIV003203 | DEXPRIV003205 | Dutch | Email | | | | | Email without header information transmitting request for legal advice re security interest. | AC, WP |
| | | English | Email | 11/10/2000 | J. Croock | S. Loosveld, J. Croock | J. Verbist | Email transmitting request for legal advice re security interest. | AC, WP |
| | | English | Email | 11/10/2000 | S. Loosveld | J. Croock | J. Verbist | Email requesting legal advice re security interest. | AC, WP |
| DEXPRIV003206 | DEXPRIV003210 | Dutch | Email | | S. Loosveld | P. Cordonnier | | Email providing legal advice and request thereof re security interest | AC, WP |
| | | Dutch | Email | 11/10/2000 | P. Cordonnier | S. Loosveld | M. Colle, K. van Riet | Email requesting legal advice re security interest. | AC, WP |
| | | Dutch | Email | | P. Cordonnier | T. Denys | | Email without header information providing legal advice re security interest. | AC, WP |
| DEXPRIV003211 | DEXPRIV003212 | Dutch | Email | 11/15/2000 | P. Cordonnier | M. Colle, K. van Riet | J. Verbist | Email transmitting legal advice and request thereof re loan security. | AC, WP |
| | | Dutch | Email | 11/15/2000 | S. Loosveld | P. Cordonnier | | Email transmitting legal advice and requesting information to base further legal advice upon re loan security. | AC, WP |
| | | English | Email | 11/14/2000 | J. Page | J. Croock, J. Verbist, S. Loosveld | T. Bugg | Email requesting legal advice re loan security. | AC, WP |
| DEXPRIV003213 | DEXPRIV003214 | Dutch | Email | 11/15/2000 | P. Cordonnier | M. Colle, K. van Riet | | Email transmitting providing and requesting of legal advice re loan security. | AC, WP |
| | | English | Email | 11/16/2000 | S. Loosveld | P. Cordonnier | J. Verbist | Email transmitting providing and requesting of legal advice re loan security. | AC, WP |
| | | English | Email | 11/16/2000 | S. Loosveld | E. Ooi, C. Ho | J. Verbist | Email providing and requesting legal advice re loan security. | AC, WP |

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV003215 | DEXPRIV003217 | English | Email | 11/16/2000 | E. Ooi | S. Loosveld, C. Ho | J. Verbist, E. Ooi | Email providing legal advice re loan security. | AC, WP |
| | | | Email | 11/15/2000 | P. Cordonnier | M. Colle, K. van Riet | | Email transmitting legal advice and request thereof re loan security. | AC, WP |
| | | English | Email | 11/15/2000 | S. Loosveld | P. Cordonnier | J. Verbist | Email transmitting legal advice and request thereof re loan security. | AC, WP |
| | | English | Email | 11/15/2000 | S. Loosveld | J. Page | J. Verbist | Email providing legal advice re loan security. | AC, WP |
| | | English | Email | 11/14/2000 | J. Page | J. Croock, J. Verbist, S. Loosveld | T. Bugg | Email requesting legal advice re loan security. | AC, WP |
| DEXPRIV003218 | DEXPRIV003218 | | Email | 11/15/2000 | P. Cordonnier | M. Colle, K. van Riet | | Email, with marginalia reflecting the mental impressions of an attorney, transmitting legal advice re loan security. | AC, WP |
| | | English | Email | 11/14/2000 | S. Loosveld | J. Verbist | | Email, with marginalia reflecting the mental impressions of an attorney, transmitting legal advice re loan security. | AC, WP |
| | | English | Email | 11/14/2000 | J. Page | J. Croock, J. Verbist, S. Loosveld | N. le Masurier | Email, with marginalia reflecting the mental impressions of an attorney, providing legal advice re loan security. | AC, WP |
| DEXPRIV003219 | DEXPRIV003219 | | | | | | | Intentional gap. | |
| DEXPRIV003220 | DEXPRIV003220 | Dutch | Handwritten notes | | | | | undated handwritten notes reflecting the mental impressions of an attorney re loan security. | AC, WP |
| DEXPRIV003221 | DEXPRIV003221 | Dutch | Email | 11/3/2000 | M. Colle | P. Cordonnier | | Email with attachments transmitting legal advice re loan security. | AC, WP |
| DEXPRIV003222 | DEXPRIV003222 | Dutch | Handwritten notes | | | | | Undated handwritten notes reflecting the mental impressions of an attorney re loan security. | AC, WP |
| DEXPRIV003223 | DEXPRIV003224 | Dutch | Email | | S. Loosveld | M. Colle | | Email, with marginalia reflecting the mental impressions of an attorney, providing legal advice re loan security. | AC, WP |
| DEXPRIV003225 | DEXPRIV003225 | | Email | 11/10/2000 | M. Colle | S. Barfi | M. Colle, K. van Riet | Email transmitting request for legal advice re security interest. | AC, WP |
| | | Dutch | Email | 11/8/2000 | P. Cordonnier | S. Loosveld | | Email requesting legal advice re security interest. | AC, WP |
| DEXPRIV003226 | DEXPRIV003227 | Dutch | Email | 11/10/2000 | M. Colle | S. Barfi | | Email transmitting legal advice re security agreement. | AC, WP |
| | | Dutch | Email | 10/11/2000 | P. Cordonnier | S. Loosveld | K. van Riet, M. Colle | Email providing legal advice re security agreement. | AC, WP |
| | | Dutch | Email | 11/8/2000 | P. Cordonnier | S. Loosveld | K. van Riet, M. Colle | Email providing legal advice re security agreement. | AC, WP |

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV003228 | DEXPRIV003243 | English | Agreement | 11/10/2000 | Artesia Banking Corporation N.V. | | | Draft agreement reflecting the mental impression of an attorney re security agreement. | AC, WP |
| DEXPRIV003244 | DEXPRIV003246 | | Email | 11/10/2000 | M. Colle | S. Barfi | | Email transmitting legal advice re security agreement. | AC, WP |
| | | Dutch | Email | 11/9/2000 | P. Cordonnier | M. Colle, K. van Riet | | Email providing legal advice re security agreement and re pledging agreement. | AC, WP |
| | | Dutch | Email | 11/9/2000 | S. Loosveld | P. Cordonnier | J. Verbist | Email providing legal advice re security agreement. | AC, WP |
| | | English | Email | 11/9/2000 | C. Ho | S. Loosveld | J. Verbist, E. Ooi | Email providing legal advice re security agreement. | AC, WP |
| | | English | Email | 11/8/2000 | S. Loosveld | C. Ho | | Email providing legal advice re security agreement. | AC, WP |
| DEXPRIV003247 | DEXPRIV003248 | | Email | 11/10/2000 | M. Colle | S. Barfi | | Email transmitting legal advice re security agreement. | AC, WP |
| | | Dutch | Email | 11/10/2000 | P. Cordonnier | S. Loosveld | K. van Riet, M. Colle, P. van Tiggel | Email providing legal advice re security agreement. | AC, WP |
| DEXPRIV003249 | DEXPRIV003277 | English | Agreement | 11/10/2000 | | | | Draft agreement reflecting the mental impression of an attorney re security agreement. | AC, WP |
| DEXPRIV003278 | DEXPRIV003279 | | Email | 11/10/2000 | M. Colle | S. Barfi | | Email transmitting legal advice re security agreement. | AC, WP |
| | | | Email | 11/9/2000 | P. Cordonnier | M. Colle, K. van Riet | | Email transmitting legal advice re security agreement. | AC, WP |
| | | Dutch | Email | 11/8/2000 | S. Loosveld | P. Cordonnier | J. Verbist | Email providing legal advice re security agreement and re pledging agreement. | AC, WP |
| | | English | Email | 11/8/2000 | C. Ho | S. Loosveld, E. Ooi | | Email providing legal advice re security agreement and re pledging agreement. | AC, WP |
| DEXPRIV003280 | DEXPRIV003322 | English | Agreement | 11/8/2000 | | | J. Verbist | Draft agreements reflecting the mental impression of an attorney re security agreement. | AC, WP |
| DEXPRIV003323 | DEXPRIV003323 | | | | | | | Intentional gap. | |
| DEXPRIV003324 | DEXPRIV003325 | Dutch | Email | 11/8/2000 | P. Cordonnier | S. Loosveld | K. van Riet, M. Colle | Email providing legal advice re security agreement and re pledging agreement. | AC, WP |
| | | Dutch | Email | 11/8/2000 | P. Cordonnier | S. Loosveld | K. van Riet, M. Colle | Email providing legal advice re security agreement and re pledging agreement. | AC, WP |
| | | Dutch | Email | 11/7/2000 | P. Cordonnier | | | Email providing legal advice re security agreement and re pledging agreement. | AC, WP |
| DEXPRIV003326 | DEXPRIV003326 | Dutch | Note | | | | | Undated handwritten note reflecting the mental impression of an attorney re litigation and re loan settlement. | WP |

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV003327 | DEXPRIV003328 | Dutch | Email | 11/7/2000 | P. Cordonnier | S. Loosveld | K. van Riet, M. Colle | Email providing legal advice re security agreement and re loan security. | AC, WP |
| | | Dutch | Email | 11/7/2000 | P. Cordonnier | T. Denys | C. Mestdagh, M. colle, K. van Riet, F. Vanderhooydonck | Email providing legal advice re security and pledging agreement. | AC, WP |
| DEXPRIV003329 | DEXPRIV003330 | English | Email | 11/7/2000 | P. Cordonnier | S. Loosveld | K. van Riet, M. Colle | Email providing legal advice re security agreement and re pledging agreement. | AC, WP |
| DEXPRIV003331 | DEXPRIV003331 | Dutch | Email | 11/7/2000 | P. Cordonnier | M. Colle, K. van Riet | | Email requesting legal advice re security agreement. | AC, WP |
| DEXPRIV003332 | DEXPRIV003334 | Dutch | Email; note | 11/6/2000 | P. Cordonnier | M. Colle | K. van Riet | Email providing legal advice re security agreement and re loan settlement, containing handwritten note re security agreements. | AC, WP |
| DEXPRIV003335 | DEXPRIV003335 | Dutch | Email | 11/7/2000 | P. Cordonnier | M. Colle, K. van Riet | | Email transmitting legal advice re security agreement. | AC, WP |
| | | Dutch | Email | 11/7/2000 | S. Loosveld | P. Cordonnier | J. Verbist | Email providing legal advice re security agreement and re pledging agreement. | AC, WP |
| | | English | Email | 11/7/2000 | E. Ooi | S. Loosveld | J. Verbist, C. Ho | Email providing legal advice re pledging agreement. | AC, WP |
| DEXPRIV003336 | DEXPRIV003338 | English | Letter | | | Mr. Ooi | | Draft letter, without date, reflecting the mental impressions of an attorney re pledging agreement. | AC, WP |
| DEXPRIV003339 | DEXPRIV003340 | Dutch | Email | 11/6/2000 | P. Cordonnier | M. Colle, K. van Riet | | Email transmitting legal advice re security agreement. | AC, WP |
| | | Dutch | Email | 11/6/2000 | S. Loosveld | P. Cordonnier | J. Verbist | Email providing legal advice re security agreement. | AC, WP |
| | | English | Email | 11/6/2000 | R. Olson | S. Loosveld | D. Leclercq, L. Barrett, J. Sheng | Email providing legal advice re security agreement. | AC, WP |
| DEXPRIV003341 | DEXPRIV003342 | Dutch | Email | 11/6/2000 | P. Cordonnier | K. van Riet, M. Colle | | Email transmitting legal advice re security agreement. | AC, WP |
| | | Dutch | Email | 11/6/2000 | S. Loosveld | P. Cordonnier | J. Verbist | Email providing legal advice re security agreement. | AC, WP |
| | | English | Email | 11/3/2000 | R. Olson | D. Leclercq | | Email providing legal advice re security agreement. | AC, WP |
| DEXPRIV003343 | DEXPRIV003363 | English | Agreement | | | | | Draft agreements dated "November 2000" reflecting the mental impression of an attorney re security agreement. | WP |
| DEXPRIV003364 | DEXPRIV003366 | | Email | 11/3/2000 | P. Cordonnier | M. Colle | | Email transmitting legal advice re security agreement. | AC, WP |
| | | Dutch, English | Email | 10/27/2000 | S. Loosveld | P. Cordonnier | J. Verbist | Email providing legal advice re security agreement. | AC, WP |

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| | | Dutch | Email | 11/3/2000 | P. Cordonnier | M. Colle, K. van Riet | | Email transmitting legal advice re security agreement. | AC, WP |
| | | Dutch | Email | 11/3/2000 | C. Mestdagh | P. Cordonnier | T. Denys, M. Colle, K. van Riet | Email transmitting legal advice re security agreement. | AC, WP |
| | | Dutch | Email | 11/3/2000 | P. Cordonnier | C. Mestdagh, T. Denys | M. Colle, K. van Riet | Email providing legal advice re security agreement. | AC, WP |
| | | Dutch | Email | 11/3/2000 | P. Cordonnier | M. Colle, K. van Riet | | Email transmitting legal advice re security agreement. | AC, WP |
| | | Dutch | Email | 11/3/2000 | S. Loosveld | P. Cordonnier | J. Verbist | Email providing legal advice re security agreement. | AC, WP |
| DEXPRIV003367 | DEXPRIV003367 | Dutch | Email | 10/30/2000 | T. Denys | P. Cordonnier | C. Mestdagh, F. Vanderhooydonck | Email providing legal advice re security agreement and re pledging agreement. | AC, WP |
| DEXPRIV003368 | DEXPRIV003368 | Dutch | Fax | 11/2/2000 | M. Colle | S. Loosveld | | Fax providing and requesting legal advice re security agreement. | AC, WP |
| DEXPRIV003369 | DEXPRIV003369 | Dutch | Fax | 11/2/2000 | M. Colle | S. Loosveld | | Fax confirmation providing and requesting legal advice re security agreement. | AC, WP |
| DEXPRIV003370 | DEXPRIV003370 | Dutch | Email | 11/3/2000 | not clear, probably M. Colle | S. Loosveld | | Email providing legal advice re loan settlement and re security agreement. | AC, WP |
| DEXPRIV003371 | DEXPRIV003371 | Dutch | Email | | S. Loosveld | | | Undated email providing legal advice re pledging agreement. | AC, WP |
| | | English | Email | 11/3/2000 | S. Loosveld | A. Roberts | J. Verbist | Email providing legal advice re pledging agreement and re security agreement. | AC, WP |
| DEXPRIV003372 | DEXPRIV003375 | Dutch | Email | | P. Cordonnier | | | Undated email providing legal advice re security agreement and re loan settlement. | AC, WP |
| DEXPRIV003376 | DEXPRIV003392 | Dutch | Memo | 6/26/2003 | K. van Riet, B. Lamiroy | A. Miller, M. Decamps, C. Piret, J. Martin | Y. Herinckx, S. Ryelandt, J. Vanderveen | Memorandum providing legal advice re restructuring of L&H financing, bankruptcy and dividing of funds, loan security, and litigation strategy. | AC, WP |
| DEXPRIV003393 | DEXPRIV003409 | French | Memo | 6/26/2003 | K. van Riet, B. Lamiroy | A. Miller, M. Decamps, C. Piret, J. Martin | Y. Herinckx, S. Ryelandt, J. Vanderveen | Memorandum providing legal advice re restructuring of L&H financing, bankruptcy and dividing of funds, loan security, and litigation strategy. | AC, WP |
| DEXPRIV003410 | DEXPRIV003410 | Dutch | Email | 6/15/2003 | K. van Riet | A. de Roeck, B. Lamiroy | | Email, with attachments, transmitting legal advice re criminal investigation and requesting information to base legal advice upon. | AC, WP |
| DEXPRIV003411 | DEXPRIV003411 | | | | | | | Intentional gap. | |
| DEXPRIV003412 | DEXPRIV003415 | Dutch | Memo | | B. Lamiroy, K. van Riet | A. Miller | | Draft memorandum, without date, with marginalia reflecting the mental impression of an attorney, providing legal advice re criminal investigation. | AC, WP |

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV003416 | DEXPRIV003427 | Dutch | Memo | 6/16/2003 | B. Lamiroy, K. van Riet | Devaluations Committee | | Draft memorandum, with non-responsive pages interspersed, with marginalia reflecting the mental impression of an attorney, providing legal advice re sale of assets, litigation issues, loan security and bankruptcy. | AC, WP |
| DEXPRIV003428 | DEXPRIV003432 | Dutch | Memo | 3/17/2003 | B. Lamiroy, K. van Riet | Devaluations Committee | | Draft memorandum with marginalia reflecting the mental impression of an attorney, providing legal advice re bankruptcy. | AC, WP |
| DEXPRIV003433 | DEXPRIV003433 | Dutch | Email | 9/27/2002 | A. de Roeck | K. van Riet, B. Lamiroy | A. Miller, C. Piret, F. Saverys | Email providing legal advice re bankruptcy settlement proposition. | AC, WP |
| DEXPRIV003434 | DEXPRIV003437 | Dutch | Memo | 7/15/2002 | B. Lamiroy, K. van Riet | A. Miller | J. Martin, C. Piret | Memorandum providing legal advice re bankruptcy and sale of assets. | AC, WP |
| DEXPRIV003438 | DEXPRIV003441 | Dutch | Memo | 4/9/2002 | B. Lamiroy, K. van Riet | A. Miller | | Memorandum providing legal advice re bankruptcy and dividing of funds, loan security, loan insurance, and litigation. | AC, WP |
| DEXPRIV003442 | DEXPRIV003443 | Dutch | Memo | | | A. Miller | | Memorandum, without date, providing legal advice re bankruptcy, and loan security. | AC, WP |
| DEXPRIV003444 | DEXPRIV003445 | Dutch | Memo | 12/11/2001 | K. van Riet, F. Saverys | J. Martin, C. Piret | | Memorandum providing legal advice re restructuring of Dictaphone and bankruptcy. | AC, WP |
| DEXPRIV003446 | DEXPRIV003446 | Dutch | Memo | 10/26/2001 | K. van Riet, F. Saverys | J. Martin, C. Piret | | Memorandum providing legal advice re restructuring of Dictaphone and bankruptcy. | AC, WP |
| DEXPRIV003447 | DEXPRIV003448 | Dutch | Memo | 10/19/2001 | K. van Riet, F. Saverys | J. Martin, C. Piret | | Memorandum providing legal advice re Belgian litigation, loan security, Dictaphone restructuring, lease and litigation strategy. | AC, WP |
| DEXPRIV003449 | DEXPRIV003450 | Dutch | Memo | 9/22/2001 | K. van Riet | Management Committee | | Memorandum providing legal advice re litigation strategy, lease, loan insurance, devaluation, and loan security. | AC, WP |
| DEXPRIV003451 | DEXPRIV003455 | English | Memo | 9/21/2001 | K. van Riet | | | Memorandum providing legal advice re L&H credit facilities, bankruptcy, SEC investigation, L&H restructuring. | AC, WP |
| DEXPRIV003456 | DEXPRIV003456 | English | Chart | | | | | Undated draft chart providing legal advice re L&H restructuring. | AC, WP |
| DEXPRIV003457 | DEXPRIV003463 | English | Memo | 9/13/2001 | K. van Riet | | | Memorandum providing legal advice re L&H credit facilities, bankruptcy, SEC investigation, L&H restructuring. | AC, WP |
| DEXPRIV003464 | DEXPRIV003469 | English | Chart | | | | | Undated draft chart providing legal advice re L&H restructuring. | AC, WP |
| DEXPRIV003470 | DEXPRIV003470 | English | Memo | 9/13/2001 | K. van Riet | | | Memorandum providing legal advice re L&H credit facilities, bankruptcy, SEC investigation, L&H restructuring. | AC, WP |

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV003471 | DEXPRIV003476 | English | Chart | | | | | Undated draft chart providing legal advice re L&H restructuring. | AC, WP |
| DEXPRIV003477 | DEXPRIV003476 | English | Memo | 9/13/2001 | K. van Riet | | | Memorandum, with handwritten marginalia reflecting the mental impression of an attorney, providing legal advice re L&H credit facilities, bankruptcy, SEC investigation, L&H restructuring. | AC, WP |
| DEXPRIV003477 | DEXPRIV003477 | English | Chart | | | | | Undated draft chart providing legal advice re L&H restructuring. | AC, WP |
| DEXPRIV003478 | DEXPRIV003479 | Dutch | Memo | 9/13/2001 | K. van Riet | Members of Credit Committee 1 | | Memo providing legal advice re L&H restructuring plan and credit insurance. | AC, WP |
| DEXPRIV003480 | DEXPRIV003481 | Dutch | Memo | 7/16/2001 | K. van Riet | C. Piret | F. Saverys | Memorandum, with handwritten marginalia reflecting the mental impression of an attorney, providing legal advice re L&H credit facilities sale of assets, loan security. | AC, WP |
| DEXPRIV003482 | DEXPRIV003486 | Dutch | Memo | 4/13/2001 | K. van Riet | C. Piret | | Memorandum providing legal advice re L&H audit report. | AC, WP |
| DEXPRIV003487 | DEXPRIV003489 | Dutch | Memo | 4/8/2001 | B. Lamiroy, K. van Riet | C. Piret | | Memorandum providing legal advice re deprecations. | AC, WP |
| DEXPRIV003490 | DEXPRIV003490 | Dutch | Memo | 2/1/2001 | K. van Riet | Members of Credit Committee 1 | | Memorandum transmitting legal advice re L&H litigation. | AC, WP |
| DEXPRIV003491 | DEXPRIV003492 | Dutch | Email | 1/31/2001 | K. van Riet | C. Piret, F. Saverys, P. van Tiggel, K. Herbots, B. Lamiroy | | Email providing legal advice re loan security and sale of assets. | AC, WP |
| DEXPRIV003493 | DEXPRIV003493 | Dutch | Email | 1/31/2001 | K. van Riet | C. Piret, F. Saverys, P. van Tiggel, K. Herbots, B. Lamiroy | | Email providing legal advice re loan security, sale of assets and litigation strategy. | AC, WP |
| DEXPRIV003494 | DEXPRIV003494 | Dutch | Email | | K. van Riet | S. Loosveld, J. Verbist | D. Bruneel, C. Piret, F. Saverys, P. van Tiggel | Undated email requesting legal advice re loan security, sale of assets and litigation strategy. | AC, WP |
| DEXPRIV003495 | DEXPRIV003495 | Dutch | Memo | 12/1/2000 | | C. Piret | | Memorandum providing legal advice re bankruptcy and litigation strategy. | AC, WP |
| DEXPRIV003496 | DEXPRIV003497 | Dutch | Memo | 12/4/2000 | K. van Riet | C. Piret | | Memorandum providing legal advice re bankruptcy and litigation strategy. | AC, WP |
| DEXPRIV003498 | DEXPRIV003499 | Dutch | Memo | | K. Herbots, K. van Riet | | | Memorandum providing legal advice re bankruptcy and litigation strategy. | AC, WP |

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| | DEXPRIV003500 | Dutch | Handwritten notes | 7/2/2000 | | | | Handwritten notes reflecting the mental impressions of an attorney re litigation strategy. | AC, WP |
| DEXPRIV003502 | DEXPRIV003503 | Dutch | Handwritten notes | | | | | Undated handwritten notes reflecting the mental impressions of an attorney re litigation strategy. | AC, WP |
| DEXPRIV003504 | DEXPRIV003505 | Dutch | Handwritten notes | 2/14/2000 | | | | Handwritten notes reflecting the mental impressions of an attorney re litigation strategy. | AC, WP |
| DEXPRIV003506 | DEXPRIV003507 | Dutch | Handwritten notes | | | | | Undated handwritten notes reflecting the mental impressions of an attorney re litigation strategy. | AC, WP |
| DEXPRIV003508 | DEXPRIV003514 | Dutch | Handwritten notes | 12/18/2000 | | | | Handwritten notes reflecting the mental impressions of an attorney re litigation strategy. | AC, WP |
| DEXPRIV003515 | DEXPRIV003515 | Dutch | Handwritten notes | 6/10/2003 | | | | Handwritten notes reflecting the mental impressions of an attorney re litigation strategy. | AC, WP |
| DEXPRIV003516 | DEXPRIV003516 | Dutch | Email | 6/20/2003 | K. van Riet | U. Pommee | A. de Roeck, B. Lamiroy | Email with attachment providing legal advice re communications. | AC, WP |
| DEXPRIV003517 | DEXPRIV003518 | Dutch | Memo | | | U. Pommee | | Undated memorandum providing legal advice re communications. | AC, WP |
| DEXPRIV003519 | DEXPRIV003519 | | Email | 4/15/2003 | J. Verbist | B. Lamiroy | | Email transmitting and requesting legal advice re audit report. | AC, WP |
| | | English | Email | 4/14/2003 | M. Tanghe | M. Tanghe, J. Verbist, J. Bekaert | G. Vekeman, B. Lamiroy, K. van Riet, C. Schneider, J. Vankeerberghen, M. Curran, E. Huyghe | Email transmitting and requesting legal advice re audit report. | AC, WP |
| | | English | Email | 4/14/2003 | J. Verbist | J. Verbist, J. Bekaert | G. Vekeman, B. Lamiroy, K. van Riet, C. Schneider, J. Vankeerberghen, M. Curran, E. Huyghe | Email providing legal advice re audit report. | AC, WP |
| DEXPRIV003520 | DEXPRIV003522 | Dutch | Email | 4/11/2003 | J. Verbist | B. Lamiroy | | Email transmitting legal advice and request thereof re audit report. | AC, WP |

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| | | English | Email | 4/10/2003 | J. Verbist | E. Huyghe, J. Verbist | M. Curran, M. Tanghe, W. Haeck, G. Vekeman, B. Lamiroy, K. van Riet, C. Schneider, J. Vankeerberghen, J. Bekaert | Email providing legal advice and request thereof re audit report. | AC, WP |
| | | English | Email | 4/9/2003 | E. Huyghe | J. Verbist | M. Curran, M. Tanghe, W. Haeck, G. Vekeman, B. Lamiroy, K. van Riet, C. Schneider, J. Vankeerberghen, J. Bekaert | Email requesting legal advice and request thereof re audit report. | AC, WP |
| DEXPRIV003523 | DEXPRIV003524 | English | Email | 4/10/2003 | J. Verbist | M. Tanghe, E. Huyghe, W. Haeck, G. Vekeman, B. Lamiroy, K. van Riet, C. Schneider, J. Vankeerberghen | M. Curran | Email transmitting and providing legal advice and request thereof re audit report. | AC, WP |
| | | English | Email | 4/9/2003 | M. Curran | J. Verbist | | Email providing and reflecting legal advice re audit report. | AC, WP |
| DEXPRIV003525 | DEXPRIV003529 | | Email | 4/9/2003 | J. Verbist | B. Lamiroy | | Email transmitting legal advice and request thereof re Creditors' Committee, L&H restructuring plan, litigation strategy and audit litigation. | AC, WP |

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| | | English | Email | 4/8/2003 | J. Verbist | M. Tanghe, E. Huyghe, M. Curran, F. de Potter, D. de Bleser, K. Delerue, W. Haeck, S. Janaway, B. Lamiroy, K. van Riet, E. Matthews, B. Morison, L. Powell, C. Schneider, J. Vankeerberghen, G. Vekeman, K. Macours, J. Bekaert | T. Zink, C. Rivera | Email providing legal advice and request thereof, with marginalia reflecting the mental impressions of an attorney, re Creditors' Committee, L&H restructuring plan, litigation strategy and audit litigation. | AC, WP |
| | | English | Email | 2/27/2003 | T. Zink | J. Verbist | | Email transmitting and providing legal advice and request thereof re L&H restructuring plan, litigation strategy and audit litigation. | AC, WP |
| | | | Email | 2/13/2003 | M. Richmond | S. Rivera, A. Rosenblatt, H. Seife, J. Smolinsky, F. Vazquez, T. Zink | | Email transmitting information requested by an attorney for the purpose of basing legal advice upon, re audit report litigation. | AC, WP |
| DEXPRIV003530 | | English | Email | 2/13/2003 | Lexis Nexis Print Delivery | M. Richmond | | Information requested by an attorney for the purpose of basing legal advice upon, re audit report litigation. | AC, WP |
| DEXPRIV003534 | DEXPRIV003533 | English | Memo | 10/16/2002 | T. Zink, J. Frattini | S. Loosveld | | Memorandum providing legal advice re audit report litigation. | AC, WP |
| DEXPRIV003538 | DEXPRIV003537 | English | Memo | 10/16/2002 | T. Zink, J. Frattini | S. Loosveld | | Memorandum providing legal advice re audit report litigation. | AC, WP |
| | DEXPRIV003568 | Dutch | Memo | 4/10/2001 | G. de Pestel, P. Colle | K. van Riet | | Memorandum providing legal advice re bankruptcy and re audit report. | AC, WP |
| | DEXPRIV003570 | French | Email | 4/20/2001 | J. Cloes | B. Lamiroy | K. van Riet | Email requesting legal advice re loan reimbursements. | AC, WP |
| | | Dutch | Email | 4/20/2001 | P. Cordonnier | J. Cloes, K. van Riet | P. van Tiggel, K. Herbots | Email transmitting legal advice and request thereof re loan reimbursements. | AC, WP |
| | DEXPRIV003569 | French | Email | 4/20/2001 | J. Cloes | P. Cordonnier | P. van Tiggel | Email requesting legal advice re loan reimbursements. | AC, WP |

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV003571 | DEXPRIV003572 | French | Email | 4/20/2001 | B. Lamiroy | J. Cloes | K. van Riet | Email providing legal advice and request thereof re loan reimbursements. | AC, WP |
| | | French | Email | 4/20/2001 | J. Cloes | B. Lamiroy | K. van Riet | Email requesting legal advice re loan reimbursements. | AC, WP |
| | | French | Email | 4/20/2001 | P. Cordonnier | J. Cloes, K. van Riet | P. van Tiggel, K. Herbots | Email transmitting legal advice and request thereof re loan reimbursements. | AC, WP |
| | | French | Email | 4/20/2001 | J. Cloes | P. Cordonnier | P. van Tiggel | Email requesting legal advice re loan reimbursements. | AC, WP |
| DEXPRIV003573 | DEXPRIV003573 | French | Memo | 4/20/2001 | J. Cloes | File | | Handwritten memorandum reflecting legal advice re audit report. | AC, WP |
| DEXPRIV003574 | DEXPRIV003574 | Dutch | Email | 6/19/2003 | U. Pommee | K. van Riet, B. Lamiroy | | Email with attachment requesting legal advice re communications. | AC, WP |
| | | Dutch | Email | 6/19/2003 | B. Herkenne | U. Pommee | | Email with attachment providing information for the purpose of obtaining legal advice re communications. | AC, WP |
| | | French | Email | 6/17/2003 | U. Pommee | D. Verhofstadt | | Email with attachment requesting information upon which legal advice is to be based. | AC, WP |
| DEXPRIV003575 | DEXPRIV003576 | French | Memo | | | U. Pommee | | Memorandum providing legal advice re communications. | AC, WP |
| DEXPRIV003577 | DEXPRIV003577 | Dutch | Email | 6/19/2003 | U. Pommee | J. K. van Riet, B. Lamiroy | | Email with attachment requesting legal advice re communications. | AC, WP |
| | | Dutch, French | Email | 6/19/2003 | M. Lacroix | U. Pommee | | Email with attachment transmitting information upon which legal advice is to be based. | AC, WP |
| DEXPRIV003578 | DEXPRIV003579 | English | Memo | | | U. Pommee | | Memorandum providing legal advice re communications. | AC, WP |
| DEXPRIV003580 | DEXPRIV003581 | Dutch | Memo | | | U. Pommee | | Memorandum providing legal advice re communications. | AC, WP |

*Quaak v. Dexia and Related Cases*　1/23/2006
**Dexia Bank Belgium's Log of Privileged Documents**

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV003582 | DEXPRIV003582 | English | Email | 11/15/2002 | T. Zink | M. Tanghe, E. Huyghe, M. Curran, F. de Potter, D. de Bleser, K. Delerue, W. Haeck, S. Janaway, L. Jones, B. Lamiroy, S. Loosveld, K. van Riet, E. Matthews, C. Schneider, J. Vankeerberghen, G. Vekeman, K. Macours, J. Verbist, V. Vercaigne, R. Wood, B. Morison | C. Rivera, S. Rivera, H. Seife | Email providing legal advice re bankruptcy and litigation strategy. | AC, WP |
| DEXPRIV003583 | DEXPRIV003586 | Dutch | Email | 3/14/2003 | M. Tanghe | J. Verbist, J. Bekaert, G. Vekeman, Schneider, J. Vankeerberghen, K. van Riet, B. Lamiroy | E. Huyghe | Email requesting legal advice and transmitting information for which to obtain legal advice re bankruptcy, and US litigation proceedings. | AC, WP |

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV003587 | DEXPRIV003587 | English | Email | 2/11/2003 | T. Zink | M. Tanghe, E. Huyghe, M. Curran, F. de Potter, D. de Bleser, K. Delerue, W. Haeck, S. Janaway, L. Jones, B. Lamiroy, S. Loosveld, K. van Riet, E. Matthews, C. Schneider, J. Vankeerberghen, G. Vekeman, K. Macours, J. Verbist, V. Vercaigne, B. Morison | C. Rivera, S. Rivera, H. Seife | Email providing legal advice re bankruptcy and litigation strategy. | AC, WP |
| DEXPRIV003588 | DEXPRIV003588 | English | Email | 3/4/2003 | T. Zink | M. Tanghe, E. Huyghe, M. Curran, F. de Potter, D. de Bleser, K. Delerue, W. Haeck, S. Janaway, L. Jones, B. Lamiroy, S. Loosveld, K. van Riet, E. Matthews, C. Schneider, J. Vankeerberghen, G. Vekeman, K. Macours, J. Verbist, V. Vercaigne | C. Rivera, S. Rivera, H. Seife | Email with attachment and with marginalia reflecting the mental impressions of an attorney, providing legal advice re Creditors' Committee. | AC, WP |

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV003589 | DEXPRIV003593 | English | Memo | 3/3/2003 | Akin Gump Strauss Hauer & Feld LLP | Creditors' Committee of unsecured creditors of LHSP NV | | Memorandum, with marginalia reflecting the mental impressions of an attorney, providing legal advice re Creditors' Committee. | AC, WP |
| DEXPRIV003594 | DEXPRIV003594 | English | Email | 3/6/2003 | S. Rivera | M. Curran, F. de Potter, D. de Bleser, K. Delerue, J. Gallagher, W. Haeck, E. Huyghe, S. Janaway, B. Lamiroy, K. Macours, E. Matthews, C. Schneider, M. Tanghe, K. van Riet, J. Vankeerberghen, G. Vekeman, J. Verbist, L. Powell, J. Bekaert, J. Verbist, K. Troch | H. Seife, T. Zink, C. Rivera | Email with marginalia reflecting the mental impressions of an attorney, with attachment, transmitting and providing legal advice re L&H restructuring and Creditors' Committee. | AC, WP |
| DEXPRIV003595 | DEXPRIV003595 | English | Email | 5/7/2003 | T. Zink | B. Lamiroy, K. van Riet | J. Verbist | Email with marginalia reflecting the mental impressions of an attorney, transmitting and providing legal advice re litigation strategy | AC, WP |
| DEXPRIV003596 | DEXPRIV003598 | Dutch | Handwritten notes | | | | | Undated handwritten notes reflecting the mental impressions of an attorney re sales of assets. | AC, WP |
| DEXPRIV003599 | DEXPRIV003619 | English | Agreement | 12/xx/2001 | | Dictaphone Corporation, KBC Bank NV, Fortis Bank NV, Artesia Banking Corporation NV, LHSP NV | | Draft shareholders' agreement reflecting the mental impressions of an attorney re L&H restructuring. | AC, WP |

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV003620 | DEXPRIV003620 | English | Email | 1/29/2002 | S. Loosveld | F. de Potter, E. Huyghe, M. Kaiser, B. Lamiroy, H. Liemen, K. Macours, C. Schneider, (No Suggestions), K. van Riet, J. Vankeerberghen, G. Vekeman | J. Verbist | Email providing legal advice re bankruptcy claims. | AC, WP |
| DEXPRIV003621 | DEXPRIV003621 | Dutch | Fax | 11/16/2001 | B. Lamiroy | K. van Riet | | Fax transmitting legal advice and providing legal advice re bankruptcy claims and re personnel. | AC, WP |
| DEXPRIV003622 | DEXPRIV003622 | Dutch | Fax | 1/9/2001 | K. van Riet | D. de Bleser | | Fax transmitting legal advice and providing legal advice re bankruptcy claims and re personnel. | AC, WP |
| DEXPRIV003623 | DEXPRIV003623 | Dutch | Email | 1/4/2001 | K. van Riet | D. de Bleser | | Email providing legal advice re bankruptcy claims and re personnel. | AC, WP |
| DEXPRIV003624 | DEXPRIV003626 | English | Minutes | | | | | Minutes of meeting of L&H banking consortium dated 1/2/2001 with marginalia reflecting the mental impressions of an attorney, re L&H litigation strategy and restructuring of L&H financing. | AC, WP |
| DEXPRIV003627 | DEXPRIV003630 | English | Minutes | | | | | Minutes of meeting of L&H banking consortium dated 12/28/2000 with marginalia reflecting the mental impressions of an attorney, re restructuring of L&H financing. | AC, WP |
| DEXPRIV003631 | DEXPRIV003633 | English | Minutes | | | | | Minutes of meeting of L&H banking consortium dated 12/8/2000 with marginalia reflecting the mental impressions of an attorney, re loan security and restructuring of L&H financing. | AC, WP |
| DEXPRIV003634 | DEXPRIV003636 | English | Minutes | | | | | Minutes of meeting of L&H banking consortium dated 1/12/2000 with marginalia reflecting the mental impressions of an attorney, re L&H litigation strategy. | AC, WP |