*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV003637 | DEXPRIV003638 | English | Minutes | | | | | Minutes of meeting of L&H banking consortium dated 11/25/2000 with marginalia reflecting the mental impressions of an attorney, re loan security, sale of assets, Korea and restructuring of L&H financing. | AC, WP |
| DEXPRIV003639 | DEXPRIV003660 | Dutch | Fax | 12/19/2000 | G. de Pestel, P. Colle | K. van Riet | | Memorandum, with marginalia reflecting the mental impressions of an attorney, providing legal advice re loan security, recuperation of claim, restructuring of L&H financing. | AC, WP |
| DEXPRIV003661 | DEXPRIV003662 | English | Email | 12/18/2001 | B. Lamiroy | D. de Bleser, W. Haeck, F. van Steenwinkel, V. Vercaigne, S. Vandecappelle, S. Vancoillie, M. Tanghe, E. Huyghe, K. Macours, F. de Potter, J. Vandensteen, G. Vekeman, (No Suggestions), H. Liemen, M. Kaiser, C. Schneider, J. Vankeerberghen, J. Verbist, S. Loosveld, H. Seife | | Email providing legal advice and transmitting request thereof re payment of proceeds. | AC, WP |

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| | DEXPRIV003663 | English | Email | 12/18/2001 | D. de Bleser | W. Haeck, F. van Steenwinkel, V. Vercaigne, S. Vandecappelle, S. Vancoillie, M. Tanghe, E. Huyghe, K. Macours, F. de Potter, J. Vandensteen, G. Vekeman, (No Suggestions), H. Liemen, M. Kaiser, C. Schneider, J. Vankeerberghen, J. Verbist, S. Loosveld, H. Seife | | Email requesting legal advice re payment of proceeds. | AC, WP |
| DEXPRIV003663 | DEXPRIV003664 | English | Email | 12/18/2001 | B. Lamiroy | K. van Riet | | Email providing legal advice re payment of proceeds. | AC, WP |
| DEXPRIV003664 | DEXPRIV003665 | Dutch | Fax | 12/5/2001 | B. Lamiroy | P. Colle | | Fax transmitting request for legal advice. | AC, WP |
| DEXPRIV003665 | DEXPRIV003666 | Dutch | Fax | 12/5/2001 | B. Lamiroy | P. Colle | | Fax transmission report with attachment image of first page of fax transmitting request for legal advice. | AC, WP |
| DEXPRIV003666 | | Dutch | Email | 11/30/2001 | G. Vekeman | P. Lavrysen, P. van Hoogten, J. Verbist, E. Huyghe, M. Tanghe, K. van Riet, B. Lamiroy, K. Macours, J. Vandensteen, F. de Potter | | Email with attachment transmitting information for the purpose of obtaining legal advice re shareholders' agreement. | AC, WP |

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| | | English | Email | 11/29/2000 | G. Ramaut | P. Lavrysen, J. Verbist, J. Verlinden, S. Loosveld, P. van Hoogten, K. Macours, G. Vekeman, J. Vandensteen, K. van Riet, B. Lamiroy | M. Tanghe, E. Huyghe | Email with attachment requesting legal advice re shareholders' agreement. | AC, WP |
| DEXPRIV003667 | DEXPRIV003667 | Dutch | Email | 11/29/2000 | K. van Riet | C. Piret, J. Martin | F. Saverys, A. de Roeck, B. Lamiroy | Email, with marginalia reflecting the mental impressions of an attorney, providing legal advice re resale of assets. | AC, WP |
| DEXPRIV003668 | DEXPRIV003668 | English | Email | 11/29/2000 | S. Rivera | S. Loosveld, J. Verbist, K. van Riet | H. Seife, T. Zink, C. Rivera | Email, with marginalia reflecting the mental impressions of an attorney, providing legal advice re litigation. | AC, WP |
| DEXPRIV003669 | DEXPRIV003684 | English | Court Submission | | A. Landis, K. Makowski, H. Seife, T. Zink | | | Draft motion dated "December 2001". | AC, WP |
| DEXPRIV003685 | DEXPRIV003686 | English | Email | 11/28/2000 | S. Loosveld | S. Rivera | H. Seife, T. Zink, J. Verbist, J. Verlinden, K. van Riet | Email with attachments providing legal advice and transmitting request thereof re loan security. | AC, WP |
| | | English | Email | 11/28/2000 | S. Rivera | | H. Seife, T. Zink, J. Verbist, J. Verlinden, K. van Riet | Email with attachments requesting legal advice re loan security. | AC, WP |

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV003687 | DEXPRIV003688 | English | Email | 11/22/2001 | K. Macours | S. Loosveld | J. Verbist, J. Verlinden, P. van Hoogten, P. Lavrysen, M. Curran, F. de Potter, D. de Bleser, K. Delerue, W. Haeck, E. Huyghe, S. Janaway, B. Lamiroy, E. Matthews, M. Tanghe, K. van Riet, J. Vankeerberghen, G. Vekeman, V. Vercaigne | Email with attachment providing legal advice and transmitting request thereof re shareholders' agreement. | AC, WP |
| | | English | Email | 11/21/2000 | S. Loosveld | R. Buehler, M. Curran, F. de Potter, D. de Bleser, K. Delerue, K. Diederich, J. Gallagher, W. Haeck, E. Huyghe, S. Janaway, L. Jones, M. Kaiser, B. Lamiroy, H. Liemen, K. Macours, E. Matthews, C. Schneider, M. Tanghe, V. Vercaigne, R. Wood | J. Verbist, J. Verlinden, P. van Hoogten, P. Lavrysen | Email with attachment providing legal advice and requesting information to base legal advice upon re shareholders' agreement. | AC, WP |

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV003689 | DEXPRIV003689 | English | Email | 11/21/2000 | S. Loosveld | R. Buehler, M. Curran, F. de Potter, D. de Bleser, K. Delerue, K. Diederich, J. Gallagher, W. Haeck, E. Huyghe, S. Janaway, L. Jones, M. Kaiser, B. Lamiroy, H. Liemen, K. Macours, E. Matthews, C. Schneider, M. Tanghe, V. Vercaigne, R. Wood | J. Verbist, J. Verlinden, P. van Hoogten, P. Lavrysen | Email with attachment providing legal advice and requesting information to base legal advice upon re shareholders' agreement. | AC, WP |
| DEXPRIV003690 | DEXPRIV003704 | English | Agreement | | | KBC Bank NV, Artesia Banking Corporation, L&H SP NV | | Draft shareholders' agreement dated "December 2001", with marginalia reflecting the mental impressions of an attorney re shareholders' agreement. | AC, WP |
| DEXPRIV003705 | DEXPRIV003705 | Dutch | Handwritten notes | 11/20/2001 | | | | handwritten notes reflecting the mental impressions of an attorney re sale of assets, outstanding debt. | AC, WP |
| DEXPRIV003706 | DEXPRIV003708 | | | | | | | Intentional gap. | |
| | | Dutch | Email | 11/8/2001 | J. Vanstaen | J. Verbist | | Email from Administrators in bankruptcy transmitting information. | AC, WP |
| DEXPRIV003709 | DEXPRIV003709 | English | Email | 11/8/2001 | S. Rivera | Bank Group | | Memorandum providing legal advice re bankruptcy. | AC, WP |
| DEXPRIV003710 | DEXPRIV003710 | English, French | Email | 11/9/2001 | B. Lamiroy | J. Lametz | | Email transmitting legal advice re shareholders' agreement. | AC, WP |

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV003711 | | English | Email | 11/9/2001 | S. Rivera | R. Buehler, M. Curran, F. de Potter, D. de Bleser, K. Delerue, K. Diederich, J. Gallagher, C. Geys, W. Haeck, E. Huyghe, L. Jones, M. Kaiser, B. Lamiroy, H. Liemen, S. Loosveld, K. Macours, E. Matthews, J. Nelissen Grade, C. Sunt, K. van Riet, J. Vankeerberghen, G. Vekeman, J. Verbist, J. Vertlinden, C. Schneider, M. Tanghe, V. Vercaigne, R. Wood | H. Seife, T. Zink | Email, with attachment, providing legal advice re shareholders' agreement. | AC, WP |
| DEXPRIV003712 | | Dutch | Memo | 8/1/2001 | J. Dubois, D. Goffaux | J. Baetens, G. Vanhauteghem | | Memorandum providing legal advice re collateral. | AC, WP |
| DEXPRIV003713 | | Dutch | Email | 9/3/2001 | C. Piret | B. Lamiroy, F. Saverys | K. van Riet | Email transmitting legal advice and providing information requested by n attorney to base legal advice upon re tax implications. | AC, WP |
| | DEXPRIV003713 | Dutch | Email | 9/3/2001 | B. Lamiroy | C. Piret, F. Saverys | K. van Riet | Email providing legal advice and requesting information upon which further legal advice is to be based re tax implications. | AC, WP |
| DEXPRIV003714 | DEXPRIV003715 | v=Dutch | Memo | 7/16/2001 | K. van Riet | C. Piret | F. Saverys | Memorandum providing legal advice and requesting further information to base legal advice upon re restructuring of L&H, sale of assets and payment of proceeds. | AC, WP |

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV003716 | DEXPRIV003716 | English | Email | 7/17/2001 | K. van Riet | M. Vancoillie, M. Tanghe, V. Vercaigne, F. van Steenwinkel, E. Huyghe, K. Macours, F. de Potter, J. Vandensteen, G. Vekeman, J. Vankeerberghen, C. Schneider, K. van Riet, H. Liemen, J. Verbist, D. de Bleser | B. Lamiroy | Email providing legal advice and transmitting request thereof re restructuring of L&H, sale of assets and payment of proceeds. | AC, WP |
| | | English | Email | 7/16/2001 | D. de Bleser | M. Vancoillie, M. Tanghe, V. Vercaigne, F. van Steenwinkel, E. Huyghe, K. Macours, F. de Potter, J. Vandensteen, G. Vekeman, J. Vankeerberghen, C. Schneider, K. van Riet, H. Liemen, J. Verbist | | Email requesting legal advice re restructuring of L&H, sale of assets and payment of proceeds. | AC, WP |

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV003717 | DEXPRIV003717 | English | Email | 7/16/2001 | A. Rosenblatt | R. Buehler, M. Curran, F. de Potter, D. de Bleser, K. Delerue, K. Diederich, J. Gallagher, C. Geys, W. Haeck, E. Huyghe, L. Jones, M. Kaiser, B. Lamiroy, H. Liemen, S. Loosveld, K. Macours, E. Matthews, J. Nelissen Grade, C. Sunt, K. van Riet, J. Vankeerberghen, G. Vekeman, J. Verbist, J. Verlinden, C. Schneider, M. Tanghe, V. Vercaigne, R. Wood | H. Seife, T. Zink | Email providing legal advice re Dictaphone litigation issues. | AC, WP |
| DEXPRIV003718 | DEXPRIV003719 | | Email | 7/17/2001 | K. van Riet | B. Lamiroy | | Email transmitting request for legal advice, with marginalia reflecting the mental impressions of an attorney, re Dictaphone litigation issues, Dictaphone restructuring plan, sale of assets. | AC, WP |

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| | | English | Email | 7/17/2001 | D. de Bleser | M. Vancoillie, M. Tanghe, V. Vercaigne, F. van Steenwinkel, E. Huyghe, K. Macours, F. de Potter, J. Vandensteen, G. Vekeman, J. Vankeerberghen, C. Schneider, K. van Riet, H. Liemen, J. Verbist | | Email requesting legal advice, with marginalia reflecting the mental impressions of an attorney, re Dictaphone litigation issues, Dictaphone restructuring plan, sale of assets. | AC, WP |
| | | Dutch | Email | 7/17/2001 | F. Vansteenwinkel | V. Vercaigne, D. de Bleser | | Email transmitting legal advice re Dictaphone litigation issues, Dictaphone restructuring plan, sale of assets. | AC, WP |
| | | English | Email | 7/16/2001 | M. Curran | F. Vansteenwinkel, M. Vancoillie | | Email reflecting legal advice re Dictaphone litigation issues, Dictaphone restructuring plan, sale of assets. | AC, WP |
| DEXPRIV003720 | DEXPRIV003720 | Dutch | Email | 7/24/2001 | P. Cordonnier | B. Lamiroy, D. Goffaux | | Email requesting legal advice, with marginalia reflecting the mental impressions of an attorney, re sale of assets. | AC, WP |
| | | Dutch | Email | 7/24/2001 | P. Cordonnier | K. van Riet | P. van Tiggel | Email requesting legal advice, with marginalia reflecting the mental impressions of an attorney, re sale of assets. | AC, WP |
| | | English | Email | 7/20/2001 | K. Trevethan | P. Cordonnier | | Email transmitting information re sale of assets. | AC, WP |

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV003721 | DEXPRIV003721 | English | Email | 7/26/2001 | D. de Bieser | M. Vancoillie, M. Tanghe, V. Vercaigne, M. Curran, F. van Steenwinkel, E. Huyghe, K. Macours, F. de Potter, J. Vandensteen, G. Vekeman, J. Vankeerberghen, C. Schneider, K. van Riet, H. Liemen, J. Verbist, B. Lamiroy, T. Zink, H. Seife, E. Matthews, A. Rosenblatt | | Email, with attachment, transmitting minutes of conference call of L&H banking consortium providing legal advice re L&H restructuring, L&H litigation issues. | AC, WP |
| DEXPRIV003722 | DEXPRIV003724 | English | Minutes | | | | | Draft minutes of conference call of L&H banking consortium dated 7/25/2001, with marginalia reflecting the mental impression of an attorney, providing legal advice re L&H restructuring, L&H litigation issues. | AC, WP |
| DEXPRIV003725 | DEXPRIV003725 | Dutch | Email | 7/26/2001 | P. Rabaey | B. Lamiroy | | Email, with attachment, providing legal advice and transmitting request thereof re loan security. | AC, WP |
| | | French | Email | 7/14/2001 | P. Rabaey, B. Ferrand | C. Piret | | Email with attachment, requesting legal advice re loan security. | AC, WP |
| DEXPRIV003726 | DEXPRIV003727 | Dutch | Notes | | | | | Undated notes, with marginalia reflecting the mental impressions of an attorney, re L&H financial evolution and loan security. | AC, WP |
| DEXPRIV003728 | DEXPRIV003728 | Dutch | Handwritten notes | 7/20/2001 | | | | Handwritten notes reflecting the mental impressions of an attorney re loan security. | AC, WP |
| DEXPRIV003729 | DEXPRIV003730 | | | | | | | intentional gap. | |
| DEXPRIV003731 | DEXPRIV003731 | Dutch | Letter | | | | | Draft letter reflecting the mental impressions of an attorney re criminal investigation. | AC, WP |

Page 190

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV003732 | DEXPRIV003732 | Dutch | Letter | | | | | Draft letter reflecting the mental impressions of an attorney re criminal investigation. | AC, WP |
| DEXPRIV003733 | DEXPRIV003734 | Dutch | Email | 7/26/2001 | B. Lamiroy | S. Loosveld | K. van Riet, J. Verbist | Email providing legal advice and transmitting request thereof re criminal investigation. | AC, WP |
| DEXPRIV003735 | DEXPRIV003735 | Dutch | Email | 7/26/2001 | S. Loosveld | B. Lamiroy | K. van Riet, J. Verbist | Email requesting legal advice re criminal investigation. | AC, WP |
| | | Dutch | Email | 7/26/2001 | B. Lamiroy | B. Lamiroy | K. van Riet, J. Verbist | Email requesting legal advice re criminal investigation. | AC, WP |
| DEXPRIV003736 | DEXPRIV003736 | Dutch | Fax | 7/26/2001 | B. Lamiroy | J. Verbist, S. Loosveld | | Fax transmission report with image of first page of fax transmitting legal advice re criminal investigation. | AC, WP |
| DEXPRIV003737 | DEXPRIV003737 | Dutch | Fax | 7/26/2001 | B. Lamiroy | J. Verbist, S. Loosveld | | Fax transmitting legal advice re criminal investigation. | AC, WP |
| DEXPRIV003738 | DEXPRIV003739 | Dutch | Fax | 7/26/2001 | B. Lamiroy | R. van Dessel | | Draft fax transmitted to an attorney for the purpose of obtaining legal advice re criminal investigation. | AC, WP |
| DEXPRIV003740 | DEXPRIV003741 | Dutch | Fax | 7/26/2001 | B. Lamiroy | R. van Dessel | | Draft fax transmitted to an attorney for the purpose of obtaining legal advice re criminal investigation. | AC, WP |
| DEXPRIV003742 | DEXPRIV003742 | Dutch | Email | 7/26/2001 | P. Rabaey | B. Lamiroy | | Email, with attachment, requesting legal advice and transmitting information for the purpose of obtaining legal advice re loan security, with marginalia reflecting the mental impressions of an attorney. | AC, WP |
| | | French | Email | 7/14/2001 | P. Rabaey, B. Ferrand | C. Piret | | Email with attachment, transmitting information re loan security. | AC, WP |
| DEXPRIV003743 | DEXPRIV003743 | Dutch | Email | 7/24/2001 | S. Loosveld | B. Lamiroy | K. van Riet, J. Verbist | Email providing legal advice and transmitting request thereof re L&H restructuring. | AC, WP |
| | | Dutch | Email | 7/24/2001 | B. Lamiroy | J. Verbist, S. Loosveld | K. van Riet | Email transmitting information for the purpose of obtaining legal advice re L&H restructuring. | AC, WP |
| DEXPRIV003744 | DEXPRIV003744 | Dutch | Email | 7/30/2001 | S. Loosveld | B. Lamiroy | | Email providing legal advice and transmitting request thereof re loan security. | AC, WP |
| | | Dutch | Email | 7/30/2001 | B. Lamiroy | S. Loosveld | | Email requesting legal advice re loan security. | AC, WP |
| | | Dutch | Email | 7/30/2001 | S. Loosveld | B. Lamiroy | | Email providing legal advice re loan security. | AC, WP |
| DEXPRIV003745 | DEXPRIV003745 | Dutch | Handwritten notes | | | | | Undated handwritten notes reflecting the mental impression of an attorney re loan security. | AC, WP |

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV003746 | DEXPRIV003747 | Dutch | Handwritten notes | | | | | Handwritten notes dated "7/30" reflecting the mental impression of an attorney re sale of assets. | AC, WP |
| DEXPRIV003748 | DEXPRIV003748 | Dutch | Email | 7/24/2001 | B. Lamiroy | K. Herbots | K. van Riet, P. van Tiggel | Email, with attachment, transmitting legal advice and requesting information for the purpose of basing legal advice upon re L&H financial situation. | AC, WP |
| | | English | Email | 7/23/2001 | H. Seife | R. Buehler, M. Curran, F. de Potter, D. de Bleser, K. Delerue, K. Diederich, J. Gallagher, C. Geys, W. Haeck, E. Huyghe, L. Jones, M. Kaiser, B. Lamiroy, H. Liemen, S. Loosveld, K. Macours, E. Matthews, J. Nelissen Grade, C. Sunt, K. van Riet, J. Vankeerberghen, G. Vekeman, J. Verbist, J. Verlinden, C. Schneider, M. Tanghe, V. Vercaigne | T. Zink | Email, with attachment, providing legal advice re L&H financial situation. | AC, WP |

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV003749 | DEXPRIV003749 | English | Email | 8/3/2001 | F. Vazquez | R. Buehler, M. Curran, F. de Potter, D. de Bleser, K. Delerue, K. Diederich, J. Gallagher, C. Geys, W. Haeck, E. Huyghe, L. Jones, M. Kaiser, B. Lamiroy, H. Liemen, S. Loosveld, K. Macours, E. Matthews, J. Nelissen Grade, C. Sunt, K. van Riet, J. Vankeerberghen, G. Vekeman, J. Verbist, J. Verlinden, C. Schneider, M. Tanghe, V. Vercaigne | H. Seife, T. Zink | Email transmitting memorandum providing legal advice re sale of assets. | AC, WP |
| DEXPRIV003750 | DEXPRIV003750 | English | Memo | 8/2/2001 | S. Rivera | Bank Group | | Memorandum providing legal advice re sale of assets with marginalia reflecting the mental impressions of an attorney. | AC, WP |

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV003751 | DEXPRIV003751 | English | Email | 8/3/2001 | S. Rivera | F. Vazquez, R. Buehler, M. Curran, F. de Potter, D. de Bleser, K. Delerue, K. Diederich, J. Gallagher, C. Geys, W. Haeck, E. Huyghe, L. Jones, M. Kaiser, B. Lamiroy, H. Liemen, S. Loosveld, K. Macours, E. Matthews, J. Nelissen Grade, C. Sunt, K. van Riet, J. Vankeerberghen, G. Vekeman, J. Verbist, J. Verlinden, C. Schneider, M. Tanghe, V. Vercaigne | H. Seife, T. Zink | Email transmitting memorandum providing legal advice re settlement. | AC, WP |
| DEXPRIV003752 | DEXPRIV003752 | English | Memo | 8/2/2001 | S. Rivera | Bank Group | | Memorandum providing legal advice re settlement. | AC, WP |

Page 194

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV003753 | DEXPRIV003753 | English | Email | 8/6/2001 | S. Loosveld | R. Buehler, M. Curran, F. de Potter, D. de Bleser, K. Delerue, K. Diederich, J. Gallagher, W. Haeck, E. Huyghe, L. Jones, M. Kaiser, B. Lamiroy, H. Liemen, C. Schneider, C. Sunt, M. Tanghe, K. van Riet, J. Vankeerberghen, G. Vekeman, V. Vercaigne, R. Wood | | Email, with attachments, transmitting legal advice and request thereof re litigation issues. | AC, WP |
| | | English | Email | 8/6/2001 | T. Butler | S. Loosveld | H. Seife, T. Zink, M. Tanghe | Email, with attachments, transmitting information requesting legal advice and providing legal advice re litigation issues. | AC, WP |
| DEXPRIV003754 | DEXPRIV003756 | English | Memo | | T. Butler | J. Adamy | | Draft letter dated "8/2001" reflecting the mental impressions of an attorney re litigation issues. | AC, WP |
| DEXPRIV003757 | DEXPRIV003757 | Dutch | Email | 8/7/2001 | K. van Riet | C. Piret | B. Lamiroy | Email providing legal advice re restructuring of L&H financing and sale of assets. | AC, WP |
| DEXPRIV003758 | DEXPRIV003758 | English | Email | 8/10/2001 | M. Vancoillie | H. Seife, T. Zink | D. de Bleser, M. Curran, S. Loosveld, S. Janaway, K. van Riet, C. Schneider, H. Liemen | Email transmitting information for the purpose of obtaining legal advice re restructuring of L&H financing. | AC, WP |

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV003759 | DEXPRIV003759 | English | Email | 8/9/2001 | T. Zink | R. Buehler, M. Curran, F. de Potter, D. de Bleser, K. Delerue, K. Diederich, J. Gallagher, C. Geys, W. Haeck, E. Huyghe, L. Jones, M. Kaiser, B. Lamiroy, H. Liemen, S. Loosveld, K. Macours, E. Matthews, J. Nelissen Grade, C. Schneider, C. Sunt, M. Tanghe, K. van Riet, J. Vankeerberghen, G. Vekeman, V. Vercaigne, J. Verlinden, R. Wood | H. Seife | Email with attachment providing legal advice re litigation strategy. | AC, WP |
| DEXPRIV003760 | DEXPRIV003764 | English | Memo | | Houlihan Lokey Howard & Zukin Capital | | | Undated memorandum prepared at the request of counsel to base legal advice upon re litigation strategy. | AC, WP |
| DEXPRIV003765 | DEXPRIV003765 | Dutch | Email | 8/13/2001 | K. van Riet | B. Lamiroy | | Email, with marginalia reflecting the mental impressions of an attorney, with attachment, re restructuring of L&H financing. | AC, WP |
| DEXPRIV003766 | DEXPRIV003768 | Dutch | Memo | 8/13/2001 | K. van Riet, B. Lamiroy | C. Piret | | Draft memorandum, with marginalia reflecting the mental impressions of an attorney, providing legal advice re L&H restructuring, Dictaphone restructuring and litigation strategy. | AC, WP |
| DEXPRIV003769 | DEXPRIV003769 | | Email | 8/22/2001 | K. van Riet | B. Lamiroy | | Email transmitting legal advice re L&H restructuring. | AC, WP |

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| | | Dutch | Email | 8/22/2001 | K. van Riet | F. Saverys | | Email with attachment providing legal advice re L&H restructuring, sale of assets and loan security. | AC, WP |
| DEXPRIV003770 | DEXPRIV003771 | Dutch | Memo | 8/13/2001 | K. van Riet, B. Lamiroy | C. Piret | | Draft memorandum providing legal advice re L&H restructuring, sale of assets and loan security. | AC, WP |
| DEXPRIV003772 | DEXPRIV003772 | Dutch | Email | 8/22/2001 | K. van Riet | B. Lamiroy | | Email providing and transmitting legal advice re bankruptcy. | AC, WP |
| | | Dutch | Email | 8/22/2001 | S. Loosveld | K. van Riet, B. Lamiroy | P. Colle, J. Verbist | Email providing legal advice re bankruptcy. | AC, WP |
| DEXPRIV003773 | DEXPRIV003773 | English | Email | 8/22/2001 | H. Seife | R. Buehler, M. Curran, F. de Potter, D. de Bleser, K. Delerue, K. Diederich, J. Gallagher, C. Geys, W. Haeck, E. Huyghe, S. Janaway, L. Jones, B. Lamiroy, H. Liemen, S. Loosveld, K. Macours, E. Matthews, J. Nelissen Grade, C. Schneider, C. Sunt, M. Tanghe, K. van Riet, J. Vankeerberghen, G. Vekeman, J. Verbist, V. Vercaigne, J. Verlinden, R. Wood | | Email with marginalia reflecting the mental impressions of an attorney, transmitting legal advice re bankruptcy and litigation strategy. | AC, WP |
| DEXPRIV003774 | DEXPRIV003779 | English | Memo | 8/12/2001 | T. Zink | The Bank Group | | Memorandum, with marginalia reflecting the mental impressions of an attorney, providing legal advice re bankruptcy and litigation strategy. | AC, WP |

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV003780 | DEXPRIV003784 | Dutch | Memo | 6/12/2001 | K. van Riet | President and members of Artesia Banking COrporation Audit Committee | | Memorandum providing legal advice re litigation strategy, value of assets, loan security. | AC, WP |
| DEXPRIV003785 | DEXPRIV003786 | English | Email | 8/27/2001 | S. Loosveld | M. Vancoillie, M. Tanghe, de Biser, M. Curran, F. van Steenwinkel, E. Huyghe, K. Macours, F. de Potter, J. Vandensteen, G. Vekeman, J. Vankeerberghen, C. Schneider, K. van Riet, H. Limen, B. Lamiroy, E. Matthews, A. Rosenblatt, V. Vercaigne | J. Verbist, T. Zink, H. Seife | Email transmitting legal advice re Dictaphone restructuring. | AC, WP |
| | | English | Email | 8/24/2001 | T. Zink | S. Loosveld | | Email transmitting and providing legal advice re Dictaphone restructuring. | AC, WP |
| | | English | Email | 8/24/2001 | S. Loosveld | T. Zink, H. Seife | J. Verbist | Email providing legal advice re Dictaphone restructuring. | AC, WP |
| DEXPRIV003787 | DEXPRIV003787 | Dutch | Email | 8/27/2001 | K. van Riet | C. Piret, F. Saverys | B. Lamiroy | Email providing legal advice re Dictaphone restructuring. | AC, WP |

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV003788 | DEXPRIV003788 | English | Email | 8/8/2001 | H. Seife | R. Buehler, M. Curran, F. de Potter, D. de Bleser, K. Delerue, K. Diederich, J. Gallagher, C. Geys, W. Haeck, E. Huyghe, S. Janaway, L. Jones, B. Lamiroy, H. Liemen, S. Loosveld, K. Macours, E. Matthews, J. Nelissen Grade, C. Schneider, C. Sunt, M. Tanghe, K. van Riet, J. Vankeerberghen, G. Vekeman, J. Verbist, V. Vercaigne, J. Verlinden, R. Wood | T. Zink | Email, with attachment, providing legal advice re Dictaphone restructuring. | AC, WP |
| DEXPRIV003789 | DEXPRIV003792 | English | Memo | 8/8/2001 | Houlihan Lokey Howard & Zukin Capital | | | Memorandum prepared at the request of counsel to base legal advice upon, with marginalia reflecting the mental impressions of an attorney, re Dictaphone restructuring. | AC, WP |

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV003793 | DEXPRIV003793 | English | Email | 8/24/2001 | A. Rosenblatt | R. Buehler, M. Curran, F. de Potter, D. de Bleser, K. Delerue, K. Diederich, J. Gallagher, C. Geys, W. Haeck, E. Huyghe, L. Jones, M. Kaiser, B. Lamiroy, H. Liemen, S. Loosveld, K. Macours, E. Matthews, J. Nelissen Grade, C. Sunt, K. van Riet, J. Vankeerberghen, G. Vekeman, J. Verbist, J. Verlinden, C. Schneider, M. Tanghe, V. Vercaigne, R. Wood | H. Seife, T. Zink | Email with attachments providing legal advice re Dictaphone litigation issues. | AC, WP |
| DEXPRIV003794 | DEXPRIV003795 | English | Memo | | Houlihan Lokey Howard & Zukin Capital | | | Memorandum prepared at the request of counsel to base legal advice upon, with marginalia reflecting the mental impressions of an attorney, re Dictaphone litigation issues. | AC, WP |
| DEXPRIV003796 | DEXPRIV003797 | English | Memo | 8/23/2001 | T. Zink, A. Rosenblatt | The Bank Group | | Memorandum providing legal advice re bankruptcy and litigation strategy. | AC, WP |
| DEXPRIV003798 | DEXPRIV003798 | Dutch | Email | 8/28/2001 | B. Lamiroy | E. Noynaert | | Email transmitting request for legal advice re Dictaphone restructuring. | AC, WP |
| | | English | Email | 8/28/2001 | S. Loosveld | T. Zink, H. Seife | K. van Riet, B. Lamiroy | Email requesting legal advice re Dictaphone restructuring. | AC, WP |
| DEXPRIV003799 | DEXPRIV003799 | Dutch | Email | 8/27/2001 | K. van Riet | C. Piret, F. Saverys | | Email providing legal advice re Dictaphone restructuring. | AC, WP |
| DEXPRIV003800 | DEXPRIV003801 | Dutch | Memo | | K. van Riet | Members of Credit Committee 1 | | Memorandum providing legal advice re Dictaphone restructuring, L&H restructuring and litigation strategy. | AC, WP |

Page 200