*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV003802 | DEXPRIV003802 | Dutch | Email | 9/14/2001 | K. van Riet | B. Lamiroy | | Email transmitting legal advice re shareholders' litigation. | AC, WP |
| | | English | Email | 9/10/2001 | J. Verbist | C. Schneider, D. de Bleser, E. Huyghe, F. de Potter, G. Vekeman, H. Liemen, J. Vandensteen, J. Vankeerberghen, K. van Riet, K. Diederich, K. Macours, M. Tanghe, M. Curran, M. Kaiser, P. Cordonnier, R. Buehler, V. Vercaigne | J. Nelissen Grade, C. Sunt, J. Verlinden, S. Loosveld | Email providing legal advice re shareholders' litigation. | AC, WP |
| DEXPRIV003803 | DEXPRIV003804 | Dutch | Memo | 9/13/2001 | K. van Riet | Members of Credit Committee 1 | | Memorandum providing legal advice re Dictaphone restructuring, L&H restructuring and litigation strategy. | AC, WP |
| DEXPRIV003805 | DEXPRIV003806 | | Email | 9/3/2001 | B. Lamiroy | S. Barfi | | Email transmitting legal advice re L&H restructuring and sale of assets. | AC, WP |
| | | Dutch | Email | 9/2/2001 | K. van Riet | C. Piret, F. Saverys | B. Lamiroy | Email providing legal advice re L&H restructuring and sale of assets. | AC, WP |
| DEXPRIV003807 | DEXPRIV003808 | Dutch | Email | 6/17/2003 | J. Blomkwist | K. van Riet, B. Lamiroy | | Email requesting and transmitting request for legal advice re loan security. | AC, WP |
| | | Dutch | Email | 5/26/2003 | J. Blomkwist | D. Waebens, H. Fledderus | J. van Hees, K. van Riet, B. Lamiroy, M. Lauwers, B. Baldwin | Email requesting legal advice re loan security. | AC, WP |
| DEXPRIV003809 | DEXPRIV003810 | French | Memo | | K. van Riet | | | Undated memorandum providing legal advice re loan security. | AC, WP |
| DEXPRIV003811 | DEXPRIV003811 | Dutch | Memo | | | | | Undated memorandum providing legal advice re L&H litigation. | WP |
| DEXPRIV003812 | DEXPRIV003812 | Dutch | Fax | 6/7/2001 | A. Louwrier | J. van Broeckhoven, R. Costermans, J. Snippe, D. Waebens | K. van Riet, B. Lamiroy, H. Fledderus | Fax transmitting and providing legal advice re criminal investigation. | AC, WP |
| DEXPRIV003813 | DEXPRIV003815 | Dutch | Memo | 6/6/2001 | M. Wagemakers | A. Louwrier | | Memorandum providing legal advice re criminal investigation. | AC, WP |

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV003816 | DEXPRIV003817 | Dutch | Handwritten notes | | | K. van Riet | | Undated telephone note reflecting request for legal advice re transfer of warrants into shares. | AC, WP |
| DEXPRIV003818 | DEXPRIV003818 | Dutch | Email | | S. Ryelandt | A. de Roeck, W. van Cauwelaert | | Undated email transmitting attachment for the purpose of obtaining legal advice and requesting legal advice re criminal investigation. | AC, WP |
| DEXPRIV003819 | DEXPRIV003820 | Dutch | Memo | | L. de Foer | | | Undated memorandum, with attachments, providing legal advice re criminal investigation. | AC, WP |
| DEXPRIV003821 | DEXPRIV003821 | Dutch | Chart | | | | | Undated chart prepared at the request of counsel and attached to memorandum providing legal advice re criminal investigation. | AC, WP |
| DEXPRIV003822 | DEXPRIV003822 | Dutch | Chart | | | | | Undated chart prepared at the request of counsel and attached to memorandum providing legal advice re criminal investigation. | AC, WP |
| DEXPRIV003823 | DEXPRIV003823 | Dutch | Email | 7/30/2003 | B. Lamiroy | K. Herbots | | Email transmitting and providing legal advice re L&H calculations. | WP |
| | | Dutch | Email | 7/28/2003 | K. Herbots | B. Lamiroy | S. de Loecker | Email requesting legal advice re L&H calculations. | WP |
| DEXPRIV003824 | DEXPRIV003824 | | | | | | | Intentional gap. | |
| DEXPRIV003825 | DEXPRIV003828 | Dutch | Handwritten notes | | | | | Handwritten notes dated 12/13 reflecting the mental impressions of an attorney re bankruptcy, valuation of assets. | AC, WP |
| DEXPRIV003829 | DEXPRIV003830 | Dutch | Chart | | | | | Undated spreadsheet with marginalia reflecting the mental impressions of an attorney re L&H relationship. | AC, WP |
| DEXPRIV003831 | DEXPRIV003831 | Dutch | Email | 6/30/2003 | S. Heyvaert, V. Sneyers | B. Lamiroy | A. de Roeck | Email providing information requested by an attorney for the purpose of basing legal advice upon re L&H relationship. | AC, WP |
| DEXPRIV003832 | DEXPRIV003832 | Dutch | Email | 7/8/2003 | G. van Muylem | C. Leroy | | Email with attachment transmitting information requested by an attorney for the purpose of basing legal advice upon re L&H relationship. | AC, WP |
| | | Dutch | Email | 6/26/2003 | G. van Muylem | V. Sneyers | | Email with attachment transmitting information requested by an attorney for the purpose of basing legal advice upon re L&H relationship. | AC, WP |
| DEXPRIV003833 | DEXPRIV003851 | Dutch, French | Chart | 6/26/2003 | | | | Chart requested by an attorney for the purpose of basing legal advice upon re L&H relationship. | AC, WP |

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV003852 | DEXPRIV003852 | | Email | 7/8/2003 | G. van Muylem | C. Leroy | | Email with attachment transmitting information requested by an attorney for the purpose of basing legal advice upon re L&H relationship. | AC, WP |
| | | Dutch | Email | 6/26/2003 | G. van Muylem | V. Sneyers | | Email transmitting information requested by an attorney for the purpose of basing legal advice upon re L&H relationship. | AC, WP |
| DEXPRIV003853 | DEXPRIV003855 | Dutch | Chart | | | | | Chart requested by an attorney for the purpose of basing legal advice upon re L&H relationship. | AC, WP |
| DEXPRIV003856 | DEXPRIV003856 | | Email | 7/8/2003 | A. de Roeck | B. Lamiroy | | Email transmitting information requested by an attorney for the purpose of basing legal advice upon re L&H relationship. | AC, WP |
| | | French | Email | 7/8/2003 | B. Marchand | A. de Roeck, H. Deweirdt | G. van Muylem, P. Beaufays | Email transmitting information requested by an attorney for the purpose of basing legal advice upon re L&H relationship. | AC, WP |
| | | French | Email | 7/8/2003 | C. Leroy | B. Marchand | | Email with attachments transmitting information requested by an attorney for the purpose of basing legal advice upon, re L&H relationship. | AC, WP |
| DEXPRIV003857 | DEXPRIV003857 | | Email | 7/8/2003 | G. van Muylem | C. Leroy | | Email transmitting information requested by an attorney for the purpose of basing legal advice upon re L&H relationship. | AC, WP |
| | | | Email | 6/24/2003 | G. van Muylem | V. Sneyers | | Email transmitting information requested by an attorney for the purpose of basing legal advice upon re L&H relationship. | AC, WP |
| DEXPRIV003858 | DEXPRIV003869 | Dutch | Chart | | | | | Undated chart reflecting the mental impressions of an attorney re L&H relationship. | AC, WP |
| DEXPRIV003870 | DEXPRIV003870 | Dutch | Email | 7/10/2003 | B. Lamiroy | S. Ryelandt, Y. Herinckx, L. Legein | K. van Riet | Email with attachments providing information for the purpose of obtaining legal advice re criminal investigation. | AC, WP |
| DEXPRIV003871 | DEXPRIV003872 | Dutch | Email | 7/10/2003 | B. Lamiroy | G. van Muylem, C. Leroy, B. Marchand | | Email providing legal advice and requesting further information to base legal advice upon, and transmitting information requested by an attorney for the purpose of basing legal advice upon, re L&H relationship. | AC, WP |
| | | Dutch | Email | 7/8/2003 | A. de Roeck | B. Lamiroy | | Email transmitting information requested by an attorney for the purpose of basing legal advice upon, re L&H relationship. | AC, WP |
| | | French | Email | 7/8/2003 | B. Marchand | A. de Roeck | G. van Muylem, P. Beaufays | Email transmitting information requested by an attorney for the purpose of basing legal advice upon, re L&H relationship. | AC, WP |

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV003873 | DEXPRIV003873 | French | Email | 7/8/2003 | C. Leroy | B. Marchand | | Email with attachments transmitting information requested by an attorney for the purpose of basing legal advice upon, re L&H relationship. | AC, WP |
| DEXPRIV003874 | DEXPRIV003874 | Dutch | Email | 7/14/2003 | B. Lamiroy | V. Sneyers | K. van Riet | Email requesting information to base legal advice upon re L&H relationship | AC, WP |
| | | Dutch | Email | 7/14/2003 | N. de Mulder | B. Lamiroy | F. Dierckx | Email providing information requested by an attorney for the purpose of basing legal advice upon and transmitting requests thereof re Belgian criminal investigation. | AC, WP |
| | | Dutch | Email | 7/14/2003 | B. Lamiroy | N. de Mulder | F. Dierckx | Email requesting information re Belgian criminal investigation. | AC, WP |
| | | Dutch | Email | 7/10/2003 | F. Dierckx | N. de Mulder | B. Lamiroy | Email transmitting request for information of an attorney for the purpose of basing legal advice upon re Belgian criminal investigation. | AC, WP |
| DEXPRIV003875 | DEXPRIV003875 | Dutch | Email | 7/10/2003 | B. Lamiroy | F. Dierckx | K. van Riet | Email requesting information for the purpose of basing legal advice upon re Belgian criminal investigation. | AC, WP |
| | | Dutch | Email | 7/14/2003 | B. Lamiroy | N. de Mulder | F. Dierckx | Email requesting information re Belgian criminal investigation. | AC, WP |
| | | Dutch | Email | 7/10/2003 | F. Dierckx | N. de Mulder | B. Lamiroy | Email transmitting request for information of an attorney for the purpose of basing legal advice upon re Belgian criminal investigation. | AC, WP |
| | | Dutch | Email | 7/10/2003 | B. Lamiroy | F. Dierckx | K. van Riet | Email requesting information for the purpose of basing legal advice upon re Belgian criminal investigation. | AC, WP |
| DEXPRIV003876 | DEXPRIV003876 | Dutch | Email | 7/10/2003 | F. Dierckx | N. de Mulder | B. Lamiroy | Email transmitting request for information of an attorney for the purpose of basing legal advice upon re Belgian criminal investigation. | AC, WP |
| | | Dutch | Email | 7/10/2003 | N. de Mulder | F. Dierckx | | Email transmitting request for information of an attorney for the purpose of basing legal advice upon re Belgian criminal investigation. | AC, WP |
| | | Dutch | Email | 7/10/2003 | F. Dierckx | N. de Mulder | B. Lamiroy | Email transmitting request for information of an attorney for the purpose of basing legal advice upon re Belgian criminal investigation. | AC, WP |
| | | Dutch | Email | 7/10/2003 | B. Lamiroy | F. Dierckx | K. van Riet | Email requesting information for the purpose of basing legal advice upon re Belgian criminal investigation. | AC, WP |

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV003877 | DEXPRIV003877 | Dutch | Email | 6/30/2003 | S. Heyvaert, V. Sneyers | B. Lamiroy | A. de Roeck | Email providing information requested by an attorney for the purpose of basing legal advice upon re L&H relationship. | AC, WP |
| DEXPRIV003878 | DEXPRIV003878 | Dutch, English | Chart | | | | | Undated chart transmitting information upon which legal advice is to be based re stock market listing. | AC, WP |
| DEXPRIV003879 | DEXPRIV003879 | Dutch, English | Email | 7/22/2003 | S. Heyvaert | K. van Riet | | Email transmitting information upon which legal advice is to be based re stock market listing. | AC, WP |
| DEXPRIV003880 | DEXPRIV003880 | Dutch, English | Chart | | | | | Undated chart transmitting information upon which legal advice is to be based re stock market listing. | AC, WP |
| DEXPRIV003881 | DEXPRIV003882 | | | | | | | Intentional gap. | |
| DEXPRIV003883 | DEXPRIV003883 | Dutch | Note | | | | | Undated handwritten note reflecting the mental impression of an attorney re litigation. | AC, WP |
| DEXPRIV003884 | DEXPRIV003884 | Dutch | Note | | | | | Undated handwritten note reflecting the mental impression of an attorney re L&H litigation. | AC, WP |
| DEXPRIV003885 | DEXPRIV003885 | Dutch | Note | | | | | Undated handwritten note reflecting the mental impression of an attorney re litigation. | AC, WP |
| DEXPRIV003886 | DEXPRIV003886 | Dutch | Note | | | | | Undated handwritten note reflecting the mental impression of an attorney re litigation. | AC, WP |
| DEXPRIV003887 | DEXPRIV003888 | Dutch | Note | | | | | Undated handwritten note reflecting the mental impression of an attorney re litigation. | AC, WP |
| DEXPRIV003889 | DEXPRIV003890 | Dutch | Note | | | | | Undated handwritten note reflecting the mental impression of an attorney re L&H litigation. | AC, WP |
| DEXPRIV003891 | DEXPRIV003892 | English | Letter | | Dexia Bank S. A. | Swiss Re | Marsh | Draft letter providing legal advice re litigation proceedings. | AC, WP |
| DEXPRIV003893 | DEXPRIV003898 | English | Note | | | | | Undated note providing legal advice re L&H litigation. | AC, WP |
| DEXPRIV003899 | DEXPRIV003900 | English | Letter | | Dexia Bank S. A. | Swiss Re | Marsh | Draft letter providing legal advice re L&H litigation proceedings. | AC, WP |
| DEXPRIV003901 | DEXPRIV003906 | English | Note | | | | | Undated note providing legal advice re L&H litigation. | AC, WP |
| DEXPRIV003907 | DEXPRIV003908 | English | Letter | | Dexia Bank S. A. | Swiss Re | Marsh | Draft letter providing legal advice re Belgian litigation, Radial financing and loan settlement. | WP |
| DEXPRIV003909 | DEXPRIV003910 | English | Letter | | Dexia Bank S. A. | Swiss Re | Marsh | Draft letter providing legal advice re Belgian litigation, Radial financing and loan settlement. | WP |

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV003911 | DEXPRIV003914 | English | Letter | | Dexia Bank S.A. | Swiss Re | Marsh | Draft letter providing legal advice re Belgian litigation, Radial financing and loan settlement. | WP |
| DEXPRIV003915 | DEXPRIV003915 | Dutch | Email | 7/11/2003 | J. van Loock | H. Deweirdt | F. Dierckx | Email providing legal advice re litigation strategy. | AC, WP |
| DEXPRIV003916 | DEXPRIV003916 | Dutch | Email | 1/29/2001 | P. Cordonnier | P. van Tiggel | | Email transmitting legal advice re pledging agreement. | AC, WP |
| | | Dutch | Email | 1/29/2001 | I. Hollevoet | P. Cordonnier | | Email transmitting legal advice re pledging agreement | AC, WP |
| | | Dutch | Email | 1/29/2001 | P. Rabaey | I. Hollevoet | | Email providing legal advice re pledging agreement | AC, WP |
| DEXPRIV003917 | DEXPRIV003917 | Dutch | Email | 1/29/2001 | P. Cordonnier | P. van Tiggel | | Email transmitting legal advice re pledging agreement. | AC, WP |
| | | Dutch | Email | 1/29/2001 | I. Hollevoet | P. Cordonnier | | Email providing legal advice re pledging agreement. | AC, WP |
| | | Dutch | Email | 1/29/2001 | P. Cordonnier | K. Herbots, I. Hollevoet, P. Rabaey | | Email requesting information for purpose of legal advice re pledging agreement. | AC, WP |
| DEXPRIV003918 | DEXPRIV003918 | French | Letter | 3/13/2001 | D. Benaroch | B. Lamiroy | | Letter providing legal advice re loan security. | AC, WP |
| DEXPRIV003919 | DEXPRIV003920 | French | Note | 3/13/2001 | | | | Client profile providing information upon which legal advice is to be based re loan security | AC, WP |
| DEXPRIV003921 | DEXPRIV003921 | | | | | | | Intentional gap. | |
| DEXPRIV003922 | DEXPRIV003922 | French | Letter | 1/22/2001 | G. Etienne | B. Lamiroy | | Letter transmitting information upon which legal advice is to be based re loan security. | AC, WP |
| DEXPRIV003923 | DEXPRIV003923 | | | | | | | Intentional gap. | |
| DEXPRIV003924 | DEXPRIV003926 | French | Certificate and letter | 1/4/2001 | Direction Generale des Impots | | | Certificate transmitting information upon which legal advice is to be based re loan security. | AC, WP |
| DEXPRIV003927 | DEXPRIV003928 | French | Note | 3/13/2001 | | | | Client profile providing information upon which legal advice is to be based re loan security | AC, WP |
| DEXPRIV003929 | DEXPRIV003929 | French | Letter | 3/13/2001 | D. Benaroch | B. Lamiroy | | Letter providing legal advice re loan security. | AC, WP |
| DEXPRIV003930 | DEXPRIV003931 | French | Note | 3/13/2001 | | | | Client profile providing information upon which legal advice is to be based re loan security | AC, WP |
| DEXPRIV003932 | DEXPRIV003932 | | | | | | | Intentional gap. | |
| DEXPRIV003933 | DEXPRIV003933 | French | Letter | 1/22/2001 | G. Etienne | B. Lamiroy | | Letter transmitting information upon which legal advice is to be based re loan security | AC, WP |

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV003934 | DEXPRIV003934 | | | | | | | Intentional gap. | |
| DEXPRIV003935 | DEXPRIV003936 | French | Certificate and letter | 1/4/2001 | Direction Generale des Impots | | | Certificate transmitting information upon which legal advice is to be based re loan security. | AC, WP |
| DEXPRIV003937 | DEXPRIV003939 | French | Note | 3/13/2001 | | | | Client profile providing information upon which legal advice is to be based re loan security. | AC, WP |
| DEXPRIV003940 | DEXPRIV003940 | French | Letter | 1/11/2001 | D. Benarroch | B. Lamiroy | | Letter providing legal advice re loan security. | AC, WP |
| DEXPRIV003941 | DEXPRIV003942 | French | Note | 1/11/2001 | | B. Lamiroy | | Client profile providing information upon which legal advice is to be based re loan security. | AC, WP |
| DEXPRIV003943 | DEXPRIV003943 | French | Letter | 3/13/2001 | D. Benarroch | B. Lamiroy | | Letter providing legal advice re loan security. | AC, WP |
| DEXPRIV003944 | DEXPRIV003945 | French | Note | 3/13/2001 | | B. Lamiroy | | Client profile providing information upon which legal advice is to be based re loan security. | AC, WP |
| DEXPRIV003946 | DEXPRIV003946 | | | | | | | Intentional gap. | |
| DEXPRIV003947 | DEXPRIV003947 | French | Letter | 1/22/2001 | G. Etienne | B. Lamiroy | | Letter transmitting information upon which legal advice is to be based re loan security. | AC, WP |
| DEXPRIV003948 | DEXPRIV003948 | | | | | | | Intentional gap. | |
| DEXPRIV003949 | DEXPRIV003950 | French | Certificate and letter | 1/4/2001 | Direction Generale des Impots | | | Certificate transmitting information upon which legal advice is to be based re loan security. | AC, WP |
| DEXPRIV003951 | DEXPRIV003952 | French | Note | 1/11/2001 | | B. Lamiroy | | Client profile providing information upon which legal advice is to be based re loan security. | AC, WP |
| DEXPRIV003953 | DEXPRIV003954 | French | Note | 12/22/2000 | | B. Lamiroy | | Client profile providing information upon which legal advice is to be based re loan security. | AC, WP |
| DEXPRIV003955 | DEXPRIV003956 | French | Note | 12/22/2000 | | B. Lamiroy | | Client profile providing information upon which legal advice is to be based re loan security. | AC, WP |
| DEXPRIV003957 | DEXPRIV003957 | | | | | | | Intentional gap. | |
| DEXPRIV003958 | DEXPRIV003960 | French | Note | 12/15/2000 | | B. Lamiroy | | Client profile providing information upon which legal advice is to be based re loan security. | AC, WP |
| DEXPRIV003961 | DEXPRIV003963 | French | Note | 12/22/2000 | | B. Lamiroy | | Client profile providing information upon which legal advice is to be based re loan security. | AC, WP |
| DEXPRIV003964 | DEXPRIV003966 | French | Note | 12/15/2000 | | B. Lamiroy | | Client profile providing information upon which legal advice is to be based re loan security. | AC, WP |

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV003967 | DEXPRIV003969 | French | Note | 12/22/2000 | | B. Lamiroy | | Client profile providing information upon which legal advice is to be based re loan security. | AC, WP |
| DEXPRIV003970 | DEXPRIV003972 | French | Note | 12/15/2000 | | B. Lamiroy | | Client profile providing information upon which legal advice is to be based re loan security. | AC, WP |
| DEXPRIV003973 | DEXPRIV003975 | French | Note | 12/22/2000 | | B. Lamiroy | | Client profile providing information upon which legal advice is to be based re loan security. | AC, WP |
| DEXPRIV003976 | DEXPRIV003978 | French | Note | 12/15/2000 | | B. Lamiroy | | Client profile providing information upon which legal advice is to be based re loan security. | AC, WP |
| DEXPRIV003979 | DEXPRIV003981 | French | Note | 12/22/2000 | | B. Lamiroy | | Client profile providing information upon which legal advice is to be based re loan security. | AC, WP |
| DEXPRIV003982 | DEXPRIV003984 | French | Note | 12/15/2000 | | B. Lamiroy | | Client profile providing information upon which legal advice is to be based re loan security. | AC, WP |
| DEXPRIV003985 | DEXPRIV003987 | French | Note | 12/22/2000 | | B. Lamiroy | | Client profile providing information upon which legal advice is to be based re loan security. | AC, WP |
| DEXPRIV003988 | DEXPRIV003990 | French | Note | 12/15/2000 | | B. Lamiroy | | Client profile providing information upon which legal advice is to be based re loan security. | AC, WP |
| DEXPRIV003991 | DEXPRIV003993 | French | Note | 12/22/2000 | | B. Lamiroy | | Client profile providing information upon which legal advice is to be based re loan security. | AC, WP |
| DEXPRIV003994 | DEXPRIV003996 | French | Note | 11/30/2000 | | B. Lamiroy | | Client profile providing information upon which legal advice is to be based re loan security. | AC, WP |
| DEXPRIV003997 | DEXPRIV003999 | French | Note | 12/15/2000 | | B. Lamiroy | | Client profile providing information upon which legal advice is to be based re loan security. | AC, WP |
| DEXPRIV004000 | DEXPRIV004002 | French | Note | 12/15/2000 | | B. Lamiroy | | Client profile providing information upon which legal advice is to be based re loan security. | AC, WP |
| DEXPRIV004003 | DEXPRIV004005 | French | Note | 11/30/2000 | | B. Lamiroy | | Client profile providing information upon which legal advice is to be based re loan security. | AC, WP |
| DEXPRIV004006 | DEXPRIV004010 | French | Note | 12/15/2000; 2/14/2001 | | B. Lamiroy | | Client profile providing information upon which legal advice is to be based re loan security. | AC, WP |
| DEXPRIV004011 | DEXPRIV004012 | French | Note | 12/22/2000 | | B. Lamiroy | | Client profile providing information upon which legal advice is to be based re loan settlement. | AC, WP |

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV004013 | DEXPRIV004014 | French | Note | 12/22/2000 | | B. Lamiroy | | Client profile providing information upon which legal advice is to be based re loan settlement. | AC, WP |
| DEXPRIV004015 | DEXPRIV004016 | French | Note | 2/14/2001 | | B. Lamiroy | | Client profile providing information upon which legal advice is to be based re loan settlement. | AC, WP |
| DEXPRIV004017 | DEXPRIV004018 | French | Note | 12/22/2000 | | B. Lamiroy | | Client profile providing information upon which legal advice is to be based re loan security. | AC, WP |
| DEXPRIV004019 | DEXPRIV004020 | French | Note | 12/22/2000 | | B. Lamiroy | | Client profile providing information upon which legal advice is to be based re loan settlement. | AC, WP |
| DEXPRIV004021 | DEXPRIV004022 | French | Note | 2/14/2001 | | B. Lamiroy | | Client profile providing information upon which legal advice is to be based re loan settlement. | AC, WP |
| DEXPRIV004023 | DEXPRIV004023 | Dutch | Fax | 6/26/2001 | J. Verbist | K. van Riet, B. Lamiroy | | Email providing legal advice re loan settlement. | AC, WP |
| DEXPRIV004024 | DEXPRIV004024 | Dutch | Fax | 6/26/2001 | J. Verbist | H. Zeife, T. Zink | J. van Hees, J. Palstra | Email providing legal advice re loan settlement. | AC, WP |
| DEXPRIV004025 | DEXPRIV004025 | Dutch | Email | 6/15/2001 | C. Piret | B. Lamiroy, F. Saverys | K. van Riet | Email providing legal advice re loan settlement. | AC, WP |
| | | Dutch | Email | 6/15/2001 | B. Lamiroy | C. Piret, F. Saverys | K. van Riet | Email providing legal advice re security agreement, LHIC litigation and loan settlement. | AC, WP |
| DEXPRIV004026 | DEXPRIV004026 | English | Email | 6/15/2001 | A. Rosenblatt | S. Loosveld | B. Lamiroy, K. van Riet, J. Verbist, J. van Hees, J. Palstra, T. Zink | Email providing legal advice re loan settlement. | AC, WP |
| | | English | Email | 6/15/2001 | S. Loosveld | A. Rosenblatt | B. Lamiroy, K. van Riet, J. Verbist, J. van Hees, J. Palstra, T. Zink | Email providing legal advice re loan settlement. | AC, WP |
| | | English | Email | 6/14/2001 | S. Loosveld | A. Rosenblatt | B. Lamiroy, K. van Riet, J. Verbist | Email providing legal advice re loan settlement. | AC, WP |
| DEXPRIV004027 | DEXPRIV004028 | English | Email | 6/15/2001 | A. Rosenblatt | S. Loosveld | B. Lamiroy, K. van Riet, J. Verbist, J. vn Hees, J. Palstra, T. Zink | Email providing legal advice re loan settlement. | AC, WP |

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| | | English | Email | 6/15/2001 | S. Loosveld | A. Rosenblatt | B. Lamiroy, K. van Riet, J. Verbist, J. van Hees, J. Palstra | Email providing legal advice re loan settlement. | AC, WP |
| | | English | Email | 6/14/2001 | S. Loosveld | A. Rosenblatt | B. Lamiroy, K. van Riet, J. Verbist, J. Palstra | Email requesting information upon which legal advice is to be based re loan settlement. | AC, WP |
| | | English | Email | 6/14/2001 | A. Rosenblatt | S. Loosveld, K. van Riet, J. Verbist | H. Seife | Email providing and requesting legal advice re loan settlement. | AC, WP |
| DEXPRIV004029 | | English | Memo | 6/14/2001 | T. Zink, A. Rosenblatt | S. Loosveld, J. Verbist, K. van Riet | | Memo providing legal advice re loan settlement. | AC, WP |
| DEXPRIV004034 | | Dutch | Email | 6/14/2001 | S. Loosveld | B. Lamiroy | | Email providing legal advice re loan settlement. | AC, WP |
| | | English | Email | 6/14/2001 | A. Rosenblatt | S. Loosveld | | Email requesting legal advice re loan settlement. | AC, WP |
| | | English | Email | 6/14/2001 | S. Loosveld | S. Loosveld, J. Verbist, K. van Riet | B. Lamiroy, K. van Riet, J. Verbist | Email providing legal advice loan settlement. | AC, WP |
| | | English | Email | 6/14/2001 | A. Rosenblatt | S. Loosveld, K. van Riet, J. Verbist | H. Seife | Email providing legal advice loan settlement. | AC, WP |
| | | English | Email | 6/14/2001 | A. Rosenblatt | A. Rosenblatt | B. Lamiroy, K. van Riet, J. Verbist | Email providing legal advice loan settlement. | AC, WP |
| | | English | Email | 6/14/2001 | A. Rosenblatt | S. Loosveld, K. van Riet, J. Verbist | H. Seife | Email providing legal advice loan settlement. | AC, WP |
| | | Dutch | Email | 6/14/2001 | S. Loosveld | T. Zink, H. Seife | J. Verbist, J. van Hees, J. Palstra | Email providing legal advice loan settlement. | AC, WP |
| DEXPRIV004037 | DEXPRIV004037 | Dutch | Email | 6/14/2001 | S. Loosveld | K. van Riet | B. Lamiroy, J. Verbist, J. van Hees, J. Palstra | Email providing legal advice loan settlement. | AC, WP |
| | | English | Email | 6/14/2001 | S. Loosveld | T. Zink, H. Seife | J. Verbist, J. van Hees, J. Palstra | Email providing legal advice loan settlement. | AC, WP |

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV004038 | DEXPRIV004038 | Dutch | Email | 4/5/2001 | K. Herbots | K. van Riet | B. Lamiroy, P. van Tiggel | Email requesting information for purpose of legal advice loan settlement. | AC, WP |
| DEXPRIV004039 | DEXPRIV004039 | Dutch | Note | | | | | Handwritten note reflecting the mental impression of an attorney re bankruptcy. | WP |
| DEXPRIV004040 | DEXPRIV004040 | Dutch | Draft press release | 3/13/2004 | Dexia Bank | | | Draft press release transmitting information at the request of an attorney re loan repayment and re L&H litigation. | WP |
| DEXPRIV004041 | DEXPRIV004041 | Dutch | Letter | 10/22/2002 | P. Colle | K. van Riet, B. Lamiroy | | Letter providing legal advice re credit insurance. | AC, WP |
| DEXPRIV004042 | DEXPRIV004043 | Dutch | Fax | 10/22/2002 | P. Colle | M. van der Haegen | | Letter providing legal advice re credit insurance. | AC, WP |
| DEXPRIV004044 | DEXPRIV004044 | Dutch | Letter | 10/22/2002 | P. Colle | D. Dams | | Letter transmitting draft summons. | AC, WP |
| DEXPRIV004045 | DEXPRIV004051 | Dutch | Court Submission | 10/10/2002 | P. Colle | De Nationale Delcrederedienst | | Draft summons. | AC, WP |
| DEXPRIV004052 | DEXPRIV004053 | Dutch | Email | 10/15/2002 | P. Cordonnier | B. Lamiroy | | Email providing legal advice re credit insurance. | AC, WP |
| | | Dutch | Email | 10/11/2002 | B. Lamiroy | P. Cordonnier | | Email providing and requesting legal advice re credit insurance. | AC, WP |
| | | Dutch | Email | 10/10/2002 | S. Devos | K. van Riet, B. Lamiroy | | Email providing legal advice re credit insurance. | AC, WP |
| DEXPRIV004054 | DEXPRIV004061 | Dutch | Court Submission | 10/17/2002 | P. Colle | De Nationale Delcrederedienst | | Draft summons. | AC, WP |
| DEXPRIV004062 | DEXPRIV004063 | Dutch | Email | 10/9/2002 | P. Cordonnier | B. Lamiroy | | Email providing legal advice credit insurance. | AC, WP |
| | | Dutch | Email | 10/9/2002 | P. Cordonnier | P. Rabaey | | Email providing legal advice credit insurance. | AC, WP |
| DEXPRIV004064 | DEXPRIV004064 | Dutch | Email | 10/7/2002 | B. Lamiroy | P. Colle | K. van Riet | Email providing legal advice credit insurance. | AC, WP |
| | | Dutch | Email | 10/7/2002 | P. Cordonnier | B. Lamiroy | | Email providing legal advice credit insurance. | AC, WP |
| DEXPRIV004065 | DEXPRIV004066 | Dutch | Email | 10/7/2002 | P. Cordonnier | B. Lamiroy | | Email providing legal advice credit insurance. | AC, WP |
| | | Dutch | Email | 9/30/2002 | P. Cordonnier | B. Lamiroy | | Email providing legal advice credit insurance. | AC, WP |
| DEXPRIV004067 | DEXPRIV004068 | Dutch | Fax | 10/7/2002 | B. Lamiroy | P. Colle | | Fax providing legal advice and draft summons reflecting the mental impressions of an attorney credit insurance. | AC, WP |
| DEXPRIV004069 | DEXPRIV004075 | Dutch | Court Submission | 10/7/2002 | P. Colle | Nationale Delcrederedienst | | Draft summons. | AC, WP |
| DEXPRIV004076 | DEXPRIV004076 | Dutch | Fax | 10/2/2002 | B. Lamiroy, K. van Riet | P. Colle | | Fax providing legal advice credit insurance. | AC, WP |
| DEXPRIV004077 | DEXPRIV004077 | Dutch | Fax | 10/2/2002 | B. Lamiroy, K. van Riet | P. Colle | | Fax providing legal advice credit insurance. | AC, WP |

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV004078 | DEXPRIV004078 | Dutch | Email | 9/30/2002 | P. Cordonnier | B. Lamiroy | | Email providing legal advice credit insurance. | AC, WP |
| DEXPRIV004079 | DEXPRIV004079 | Dutch | Note | 9/30/2002 | | | | Handwritten note reflecting the mental impression of an attorney credit insurance. | WP |
| DEXPRIV004080 | DEXPRIV004080 | Dutch | Fax | 9/30/2002 | P. Cordonnier | B. Lamiroy | | Fax providing legal advice re credit insurance litigation. | AC, WP |
| DEXPRIV004081 | DEXPRIV004081 | Dutch | Fax | 9/30/2002 | P. Cordonnier | B. Lamiroy | | Fax providing legal advice re credit insurance litigation. | AC, WP |
| DEXPRIV004082 | DEXPRIV004090 | Dutch | Fax | 9/25/2002 | P. Colle | K. van Riet, B. Lamiroy | | Fax providing legal advice re credit insurance litigation. | AC, WP |
| DEXPRIV004091 | DEXPRIV004091 | Dutch | Letter | 10/31/2001 | P. Colle | K. van Riet, B. Lamiroy | | Letter providing legal advice credit insurance. | AC, WP |
| DEXPRIV004092 | DEXPRIV004092 | Dutch | Email | 6/20/2001 | B. Lamiroy | P. Colle | | Email providing legal advice credit insurance. | AC, WP |
| DEXPRIV004093 | DEXPRIV004096 | Dutch | Letter | 8/30/2001 | P. Colle | K. van Riet, B. Lamiroy | | Email providing legal advice credit insurance. | AC, WP |
| DEXPRIV004097 | DEXPRIV004105 | Dutch | Letter | 5/22/2001 | P. Colle | K. van Riet, B. Lamiroy | | Email providing legal advice credit insurance. | AC, WP |
| DEXPRIV004106 | DEXPRIV004106 | Dutch | Email | 2/22/2001 | B. Lamiroy | K. Herbots | K. van Riet | Email providing legal advice credit insurance. | AC, WP |
| | | Dutch | Email | 2/22/2001 | K. Herbots | B. Lamiroy | K. van Riet, P. van Tiggel | Email providing legal advice credit insurance. | AC, WP |
| DEXPRIV004107 | DEXPRIV004107 | Dutch | Email | 1/4/2001 | B. Lamiroy | K. Herbots | | Email providing legal advice credit insurance. | AC, WP |
| DEXPRIV004108 | DEXPRIV004108 | Dutch | Email | 12/6/2000 | C. van Coppenolle | B. Lamiroy | | Email providing legal advice credit insurance. | AC, WP |
| | | Dutch | Email | 12/6/2000 | B. Lamiroy | C. van Coppenolle | F. Saverys, K. van Riet, P. Vermeiren, P. Cordonnier, P. van Tiggel, K. Herbots | Email providing legal advice credit insurance. | AC, WP |
| DEXPRIV004109 | DEXPRIV004109 | Dutch | Email | 12/5/2000 | P. Cordonnier | B. Lamiroy | C. van Copenolle, K. van Riet, P. Vermeiren, P. Cordonnier, P. van Tiggel, K. Herbots | Email providing legal advice credit insurance. | AC, WP |
| | | Dutch | Email | 12/5/2000 | B. Lamiroy | C. van Coppenolle | K. van Riet, P. Vermeiren, P. Cordonnier, P. van Tiggel, K. Herbots | Email providing legal advice credit insurance. | AC, WP |

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV004110 | DEXPRIV004115 | Dutch | Fax and notes | 12/5/2000 | B. Lamiroy, K. van Riet | C. Vincke | | Fax providing legal advice and reflecting the mental impression of attorneys re litigation, 5 pages of handwritten notes re same attached. | AC, WP |
| DEXPRIV004116 | DEXPRIV004116 | Dutch | Email | 10/2/2000 | G. Dauwe | F. Saverys | P. Cordonnier, J. van Heleputte, P. van Tiggel, C. van Copenolle | Email providing legal advice credit insurance. | AC, WP |
| | | Dutch | Email | 9/29/2000 | F. Saverys | P. Vermeiren | P. Cordonnier, G. Dauwe, J. van Helleputte, J. van Tiggel. | Email providing legal advice credit insurance. | AC, WP |
| DEXPRIV004117 | DEXPRIV004117 | Dutch | Email | 11/23/2000 | C. van Coppenolle | F. Saverys, V. Sneyers | P. Cordonnier, P. van Tiggel, P. Vermeiren, J. van Helleputte, K. Herbots | Email providing legal advice credit insurance. | AC, WP |
| DEXPRIV004118 | DEXPRIV004118 | Dutch | Email | 11/23/2000 | P. Vermeiren | K. Herbots, P. Cordonnier, P. van Tiggel | F. Saverys, C. van Coppenolle, J. van Helleputte | Email providing legal advice credit insurance. | AC, WP |
| | | Dutch | Email | 11/23/2000 | K. Herbots | P. Vermeiren | P. van Tiggel | Email providing legal advice credit insurance. | AC, WP |
| DEXPRIV004119 | DEXPRIV004120 | Dutch | Email | 11/23/2000 | P. Vermeiren | P. Cordonnier | F. Savereys, P. van Tiggel, J. van Helleputte, K. Herbots | Email providing legal advice credit insurance. | AC, WP |
| | | Dutch | Email | 11/23/2000 | P. Vermeiren | P. Cordonnier | F. Saverys, P. van Tiggel, J. van Helleputet, K. Herbots | Email providing legal advice credit insurance. | AC, WP |
| | | Dutch | Email | 11/23/2000 | P. Vermeiren | P. Cordonnier | P. Vermeiren | Email providing legal advice credit insurance. | AC, WP |
| DEXPRIV004121 | DEXPRIV004121 | Dutch | Email | 11/22/2000 | P. Vermeiren | F. Saverys | V. Sneyers, J. van Helleputte, P. Cordonnier, P. van Tiggel, K. Herbots | Email requesting information for purpose of legal advice credit insurance. | AC, WP |
| | | Dutch | Email | 11/22/2000 | P. Vermeiren | C. van Coppenolle | V. Sneyers, P. Vermeiren, J. van Helleputte, P. Cordonnier, P. van Tiggel, K. Herbots | Email providing legal advice credit insurance. | AC, WP |

*Quaak v. Dexia* and Related Cases
Dexia Bank Belgium's Log of Privileged Documents

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV004122 | DEXPRIV004122 | Dutch | Email | 11/22/2000 | C. van Coppenolle | "Francois" (Saverys?) | | Email providing legal advice credit insurance. | AC, WP |
| DEXPRIV004123 | DEXPRIV004123 | Dutch | Email | 11/23/2000 | C. van Coppenolle | P. Cordonnier, V. Sneyers, | P. Cordonnier, P. van Tiggel, P. Vermeiren, J. van Helleputte, K. Herbots | Email providing legal advice credit insurance. | AC, WP |
| | | Dutch | Email | 11/23/2000 | P. Vermeiren | P. Cordonnier | F. Saverys, P. van Tiggel, J. van Helleputte, K. Herbots | Email providing legal advice credit insurance. | AC, WP |
| | | Dutch | Email | 11/23/2000 | P. Vermeiren | P. Cordonnier | P. Vermeiren | Email providing legal advice credit insurance. | AC, WP |
| DEXPRIV004124 | DEXPRIV004125 | Dutch | Email | 11/23/2000 | P. Vermeiren | K. Herbots, P. Cordonnier, P. van Tiggel | F. Saverys, C. van Coppenolle, J. van Helleputte | Email providing legal advice credit insurance. | AC, WP |
| | | Dutch | Email | 11/23/2000 | P. Vermeiren | P. Vermeiren | | Email providing legal advice credit insurance. | AC, WP |
| | | Dutch | Email | 11/22/2000 | P. Cordonnier | P. van Tiggel | | Email providing legal advice credit insurance. | AC, WP |
| | | Dutch | Email | 11/22/2000 | P. Cordonnier | C. van Coppenolle | V. Sneyers, P. Vermeiren, J. van Thelleputte, P. Cordonnier, P. van Tiggel, K. Herbots | Email providing and discussing legal advice credit insurance. | AC, WP |
| DEXPRIV004126 | DEXPRIV004127 | Dutch | Email | 11/23/2000 | P. Vermeiren | K. Herbots, P. Cordonnier, P. van Tiggel | F. Saverys, C. van Coppenolle, J. van Helleputte | Email providing legal advice credit insurance. | AC, WP |
| | | Dutch | Email | 11/23/2000 | P. Vermeiren | P. Vermeiren | P. van Tiggel | Email providing legal advice credit insurance. | AC, WP |
| | | Dutch | Email | 11/22/2000 | P. Cordonnier | P. van Tiggel | | Email providing information for the purpose of legal advice credit insurance. | AC, WP |
| DEXPRIV004128 | DEXPRIV004128 | Dutch | Email | 11/22/2000 | F. Saverys | C. van Coppenolle | V. Sneyers, P. Vermeiren, J. van Helleputte, P. Cordonnier, P. van Tiggel, K. Herbots | Email providing legal advice credit insurance. | AC, WP |
| DEXPRIV004129 | DEXPRIV004129 | Dutch | Email | 11/22/2000 | C. van Coppenolle | Francois (Saverys) | | Email providing legal advice credit insurance. | AC, WP |

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV004130 | DEXPRIV004130 | Dutch | Email | 9/28/2000 | P. Vermeiren | F. Saverys, P. Cordonnier | G. Dauwe, J. van Helleput, P. van Tiggel, C. van Coppenolle | Email providing legal advice credit insurance. | AC, WP |
| | | Dutch | Email | 9/28/2000 | P. Vermeiren | C. van Coppenolle, P. Vermeiren, P. van Tiggel | nipoppe@bacob.be | Email providing legal advice credit insurance. | AC, WP |
| DEXPRIV004131 | DEXPRIV004131 | Dutch | Email | 9/29/2000 | C. van Coppenolle | P. Cordonnier | | Email providing legal advice credit insurance. | AC, WP |
| DEXPRIV004132 | DEXPRIV004132 | | | | | | | Intentional gap. | |
| DEXPRIV004133 | DEXPRIV004133 | Dutch | Email | 11/18/2002 | B. Lamiroy | P. Colle | K. van Riet | Email providing legal advice credit insurance. | AC, WP |
| DEXPRIV004134 | DEXPRIV004135 | Dutch | Letter | | P. Colle | M. van der Haegen | | Draft letter providing legal advice credit insurance. | AC, WP |
| DEXPRIV004136 | DEXPRIV004137 | Dutch | Email | 10/17/2002 | B. Lamiroy | P. Colle | K. van Riet | Email providing legal advice credit insurance. | AC, WP |
| | | Dutch | Email | 10/8/2002 | S. Devos (for P. Colle) | K. van Riet, B. Lamiroy | | | AC, WP |
| DEXPRIV004138 | DEXPRIV004139 | Dutch | Letter | | P. Colle | M. van der Haegen | | Draft letter, without date, providing legal advice credit insurance. | AC, WP |
| DEXPRIV004140 | DEXPRIV004141 | | Email | | K. van Riet, B. Lamiroy | F. van Wingh | A. DeRoeck | Undated email providing legal advice re restructuring of L&H financing. | AC |
| DEXPRIV004142 | DEXPRIV004143 | | | | | | | Intentional gap. | |
| DEXPRIV004144 | DEXPRIV004144 | Dutch | Email | 9/17/2002 | B. Lamiroy | P. Colle | K. van Riet | Email providing legal advice credit insurance. | AC, WP |
| DEXPRIV004145 | DEXPRIV004145 | Dutch | Email | 8/14/2002 | B. Lamiroy | P. Colle | K. van Riet | Email providing legal advice credit insurance. | AC, WP |
| DEXPRIV004146 | DEXPRIV004146 | Dutch | Fax | 5/17/2002 | P. Colle | K. van Riet | | Fax requesting information for the purpose of legal advice credit insurance. | AC, WP |
| DEXPRIV004147 | DEXPRIV004147 | | | | | | | Intentional gap. | |
| DEXPRIV004148 | DEXPRIV004148 | Dutch | Fax | 5/17/2002 | P. Colle | K. van Riet | | Fax requesting information for the purpose of legal advice credit insurance. | AC, WP |
| DEXPRIV004149 | DEXPRIV004149 | | | | | | | Intentional gap. | |
| DEXPRIV004150 | DEXPRIV004150 | Dutch | Fax | 12/18/2001 | P. Colle | K. van Riet | | Fax providing legal advice credit insurance. | AC, WP |
| DEXPRIV004151 | DEXPRIV004154 | Dutch | Fax | 8/30/2001 | P. Colle | K. van Riet | | Fax providing legal advice credit insurance. | AC, WP |
| DEXPRIV004155 | DEXPRIV004155 | Dutch | Fax | 4/30/2001 | B. Lamiroy, K. van Riet | F. Vanwingh | P. Colle | Email providing information for the purpose of legal advice credit insurance. | AC, WP |
| DEXPRIV004156 | DEXPRIV004156 | Dutch | Email | 4/30/2001 | K. van Riet | J. Lametz | | Email providing information for the purpose of legal advice credit insurance. | AC, WP |
| DEXPRIV004157 | DEXPRIV004157 | Dutch | Email | 1/4/2001 | B. Lamiroy | K. Herbots | | Email providing legal advice credit insurance. | AC, WP |

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV004158 | DEXPRIV004160 | English | Minutes | 12/21/2000 | | Bank Group | | Draft minutes of meeting where attorneys are present, transmitting information for the purpose of legal advice re restructuring of L&H financing. | WP |
| DEXPRIV004161 | DEXPRIV004161 | English | Email | 12/20/2000 | J. Verbist | D. de Bleser, E. Huyghe, H. Liemen, J. Vankeerberghen, K. van Riet, K. Diederich, K. Macours, M. tanghe, R. Buehler, V. Vercaigne, C. Schneider | J. Nelissen Grade, C. Sunt, J. Verlinden, S. Loosveld, C. Geys, H. Lamb, H. Seife, T. Zink | Email providing legal advice re litigation strategy. | AC, WP |
| DEXPRIV004162 | DEXPRIV004162 | English | Note | 12/20/2000 | J. Verbist | KBC Bank, Fortis Bank, Deutsche Bank, Dresdner Bank | | Note providing legal advice re litigation strategy. | AC, WP |
| DEXPRIV004163 | DEXPRIV004163 | English | Minutes | 12/15/2000 | | | | Draft minutes of meeting reflecting the mental impression of an attorney LHSP litigation. | AC, WP |
| DEXPRIV004164 | DEXPRIV004164 | English | Minutes | 12/15/2000 | | | | Draft minutes of meeting reflecting the mental impression of an attorney LHSP litigation. | AC, WP |
| DEXPRIV004165 | DEXPRIV004165 | Dutch | Fax | 12/19/2000 | Gerard & Vennoten | K. van Riet, B. Lamiroy | | Email providing legal advice and requesting information for purpose of legal advice LHSP litigation. | AC, WP |
| DEXPRIV004166 | DEXPRIV004166 | English | Fax | 12/15/2000 | D. de Bleser | KBC Bank, Fortis Bank, Deutsche Bank, Dresdner Bank | | Fax transmitting information for the purpose of legal advice LHSP litigation. | AC, WP |
| DEXPRIV004167 | DEXPRIV004168 | English | Minutes | 12/15/2000 | | | | Draft minutes of meeting and conference call reflecting the mental impression of an attorney LHSP litigation. | AC, WP |
| DEXPRIV004169 | DEXPRIV004169 | English | Fax | 12/12/2000 | DeBandt, van Hecke, Lagae & Loesch | KBC Bank, Fortis Bank, Deutsche Bank, Dresdner Bank | | Fax transmitting information for the purpose of legal advice LHSP litigation. | AC, WP |
| DEXPRIV004170 | DEXPRIV004170 | English | Fax | 12/11/2000 | A. Rosenblatt | J. Verbist | | Fax providing legal advice LHSP litigation. | AC, WP |

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV004171 | DEXPRIV004172 | Dutch | Note | | J. Verbist, J. Verlinden | KBC Bank, Fortis Bank, Deutsche Bank, Artesia Bank | | Email providing legal advice re litigation strategy. | AC, WP |
| DEXPRIV004173 | DEXPRIV004175 | English | Fax | 12/4/2000 | J. Verbist | B. Asscherickx, K. van Broeck, K. Lemmens | | Fax providing legal advice re litigation strategy. | AC, WP |
| DEXPRIV004178 | DEXPRIV004178 | English | Fax | 11/7/2000 | Deutsche Bank | D. de Bleser | | Fax transmitting information upon which legal advice is to be based re restructuring of L&H financing. | AC, WP |
| DEXPRIV004179 | DEXPRIV004179 | Dutch | Email | 12/5/2000 | P. Cordonnier | B. Lamiroy | C. van Coppenolle, K. van Riet, P. Vermeiren, P. van Tiggel, K. Herbots. | Email providing legal advice re credit insurance. | AC, WP |
| | | Dutch | Email | 12/5/2000 | B. Lamiroy | C. van Coppenolle | K. van Riet, P. Vermeiren, P. van Tiggel, K. Herbots. | Email providing legal advice and requesting information for the purpose of legal advice re credit insurance. | AC, WP |
| DEXPRIV004180 | DEXPRIV004180 | Dutch | Email | 12/5/2000 | B. Lamiroy | C. van Coppenolle | K. van Riet, P. Vermeiren, P. Cordonnier, P. van Tiggel, K. Herbots | Email with attachment transmitting information for the purpose of obtaining legal advice re credit insurance. | AC, WP |
| DEXPRIV004181 | DEXPRIV004181 | Dutch | Letter | 12/5/2000 | B. Lamiroy, K. van Riet | C. Vinke | | Draft letter, with marginalia reflecting the mental impressions of an attorney, re credit insurance. | AC, WP |
| DEXPRIV004182 | DEXPRIV004182 | Dutch | Letter | 12/5/2000 | B. Lamiroy, K. van Riet | C. Vinke | | Draft letter, with marginalia reflecting the mental impressions of an attorney, re credit insurance. | AC, WP |
| DEXPRIV004183 | DEXPRIV004183 | Dutch | Email | 11/23/2000 | C. van Coppenolle | F. Saverys, V. Sneyers | P. Cordonnier, P. van Tiggel, P. Vermeiren, J. van Helleputte, K. Herbots | Email providing legal advice re credit insurance. | AC, WP |
| DEXPRIV004184 | DEXPRIV004184 | Dutch | Email | 11/23/2000 | P. Vermeiren | K. Herbots, P. Cordonnier, P. van Tiggel | F. Saverys, C. van Coppenolle, J. van Helleputte | Email providing information to obtain legal advice re credit insurance. | AC, WP |
| | | Dutch | Email | 11/23/2000 | K. Herbots | P. Vermeiren | P. van Tiggel | Email requesting legal advice re credit insurance. | AC, WP |

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV004185 | DEXPRIV004186 | Dutch | Email | 11/23/2000 | P. Vermeiren | P. Cordonnier | F. Saverys, C. van Coppenolle, J. van Helleputte, K. Herbots | Email transmitting request for legal advice and providing information to obtain legal advice re credit insurance. | AC, WP |
| | | Dutch | Email | 11/23/2000 | P. Vermeiren | P. Cordonnier | F. Saverys, C. van Coppenolle, J. van Helleputte, K. Herbots | Email transmitting request for legal advice re credit insurance. | AC, WP |
| | | Dutch | Email | 11/23/2000 | C. van Coppenolle | P. Cordonnier | | Email requesting legal advice and transmitting information to obtain legal advice re credit insurance. | AC, WP |
| DEXPRIV004187 | DEXPRIV004187 | Dutch | Email | 11/22/2000 | P. Vermeiren | F. Saverys | V. Sneyers, J. van Helleputte, P. Cordonnier, P. van Tiggel, K. Herbots | Email transmitting request for legal advice re credit insurance. | AC, WP |
| | | Dutch | Email | 11/22/2000 | F. Saverys | C. van Coppenolle | V. Sneyers, P. Vermeiren, J. van Helleputte, P. Cordonnier, P. van Tiggel, K. Herbots | Email requesting legal advice re credit insurance. | AC, WP |
| DEXPRIV004188 | DEXPRIV004188 | Dutch | Memo | 11/22/2000 | C. van Coppenolle | | | Note to file reflecting legal advice re credit insurance. | AC, WP |
| DEXPRIV004189 | DEXPRIV004190 | Dutch | Letter | 3/18/2003 | P. Colle | K. van Riet, B. Lamiroy | | Letter, with marginalia reflecting the mental impressions of an attorney, providing legal advice re credit insurance. | AC, WP |
| DEXPRIV004191 | DEXPRIV004192 | Dutch | Letter | 9/1/2003 | P. Colle | K. van Riet, B. Lamiroy | | Letter requesting information to base legal advice upon re credit insurance. | AC, WP |
| DEXPRIV004193 | DEXPRIV004194 | English | Fax | 12/6/2000 | J. Verbist | J. Vankeerberghen, V. Vercaigne, E. Huyghe, D. de Bleser, M. Tanghe, K. Macours, P. Cordonnier, K. van Riet, K. Diederich | | Fax transmitting request for legal advice re litigation strategy and bankruptcy. | AC, WP |
| DEXPRIV004195 | DEXPRIV004196 | English | Fax | 12/6/2000 | J. Verbist | H. Seife, T. Zink | | Fax requesting legal advice re litigation strategy and bankruptcy. | AC, WP |
| DEXPRIV004197 | DEXPRIV004198 | Dutch | Memo | 10/13/2000 | M. Colle, D. Goffaux | P. Cordonnier | | Memorandum providing legal advice re loan security, debt claims. | AC, WP |

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV004199 | DEXPRIV004201 | Dutch | Memo | 1/24/2003 | B. Lamiroy, K. van Riet | A. Miller | | Memorandum, with marginalia, providing legal advice re loan security, debt payments, litigation strategy. | AC, WP |
| DEXPRIV004202 | DEXPRIV004207 | Dutch | Memo | 7/23/2002 | B. Lamiroy, K. van Riet | C. C. Piret | | Memorandum, with marginalia, providing legal advice re valuation of assets, debt payments, litigation and litigation strategy, and loan security. | AC, WP |
| DEXPRIV004208 | DEXPRIV004211 | Dutch | Memo | 7/15/2002 | B. Lamiroy, K. van Riet, A. de Roeck | Members of Management Committee | | Draft memorandum, with marginalia, providing legal advice re Belgian litigation, bankruptcy, valuation of assets. | AC, WP |
| DEXPRIV004212 | DEXPRIV004213 | Dutch | Handwritten notes | | | | | Undated handwritten notes reflecting the mental impression of an attorney re sale of assets. | AC, WP |
| DEXPRIV004214 | DEXPRIV004218 | Dutch | Memo | 6/12/2001 | K. van Riet | President and members of Artesia Banking Corporation Audit Committee | | Memorandum providing legal advice re litigation strategy, value of assets, loan security. | AC, WP |
| DEXPRIV004219 | DEXPRIV004224 | Dutch | Memo | 3/26/2001 | K. van Riet | | | Memorandum providing legal advice re bankruptcy, collateral pledge, value of assets, deprecations and loan security. | AC, WP |
| DEXPRIV004225 | DEXPRIV004229 | Dutch | Memo | 3/26/2001 | K. van Riet | | | Memorandum providing legal advice re bankruptcy, collateral pledge, value of assets, deprecations and loan security. | AC, WP |
| DEXPRIV004230 | DEXPRIV004230 | Dutch | Email | 6/20/2001 | S. Loosveld | K. van Riet, B. Lamiroy | J. Verbist | Email transmitting information for the purpose of obtaining legal advice re loan security. | AC, WP |
| | | Dutch | Email | 6/20/2001 | D. van Gerven | S. Loosveld | B. Porcelli, N. de Crombrugghe | Email requesting legal advice re loan security. | AC, WP |
| DEXPRIV004231 | DEXPRIV004231 | Dutch | Email | 7/2/2001 | B. Lamiroy | J. Rome | K. van Riet | Email providing legal advice re loan repayment. | AC, WP |
| DEXPRIV004232 | DEXPRIV004233 | Dutch | Memo | 11/17/2000 | Juridische Dienst Corporate | K. van Riet | | Memorandum providing legal advice re subordinated loan. | AC, WP |
| DEXPRIV004234 | DEXPRIV004235 | Dutch | Memo | 11/22/2000 | M. Colle | K. van Riet | | Memorandum providing legal advice re subordinated loan. | AC, WP |
| DEXPRIV004236 | DEXPRIV004237 | Dutch | Memo | 12/21/2001 | B. Lamiroy, K. van Riet | | | Memorandum providing legal advice re bankruptcy, L&H restructuring, Dictaphone restructuring, credit insurance, loan collateral transfer of funds from the US to Belgium, deprecations, loan security. | AC, WP |

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV004238 | DEXPRIV004239 | Dutch | Memo | 12/21/2001 | B. Lamiroy, K. van Riet | | | Memorandum providing legal advice re bankruptcy, L&H restructuring, Dictaphone restructuring, credit insurance, loan collateral transfer of funds from the US to Belgium, deprecations, loan security. | AC, WP |
| DEXPRIV004240 | DEXPRIV004241 | Dutch | Memo | 12/21/2001 | B. Lamiroy, K. van Riet | | | Memorandum providing legal advice re bankruptcy, L&H restructuring, Dictaphone restructuring, credit insurance, loan collateral transfer of funds from the US to Belgium, deprecations, loan security. | AC, WP |
| DEXPRIV004242 | DEXPRIV004243 | Dutch | Memo | 12/21/2001 | B. Lamiroy, K. van Riet | | | Memorandum providing legal advice re bankruptcy, L&H restructuring, Dictaphone restructuring, credit insurance, loan collateral transfer of funds from the US to Belgium, deprecations, loan security. | AC, WP |
| DEXPRIV004244 | DEXPRIV004245 | Dutch | Memo | 8/28/2001 | K. van Riet, F. Saverys | M. Decamps | | Memorandum providing legal advice re L&H restructuring, loan security, lease. | AC, WP |
| DEXPRIV004246 | DEXPRIV004247 | Dutch | Memo | 9/22/2001 | K. van Riet | Members of Management Committee | | Memorandum providing legal advice re litigation strategy, lease, loan insurance, deprecations, loan security. | AC, WP |
| DEXPRIV004248 | DEXPRIV004252 | Dutch | Memo | | De Bandt, van Hecke, Lagae & Loesch | | | Memorandum, without date, providing legal advice re compliance. | AC, WP |
| DEXPRIV004253 | DEXPRIV004253 | Dutch | Fax | 10/27/2000 | P. Cordonnier | A. Louwrier | | Fax transmitting request for legal advice re compliance. | AC, WP |
| DEXPRIV004254 | DEXPRIV004255 | Dutch | Memo | 11/22/2000 | M. Colle | K. van Riet | | Memorandum providing legal advice re subordinated loan. | AC, WP |
| DEXPRIV004256 | DEXPRIV004256 | | | | | | | Intentional gap. | |
| DEXPRIV004257 | DEXPRIV004257 | Dutch | Email | 7/9/2003 | B. Lamiroy | J. van Hees | K. van Riet | Email providing legal advice and transmitting request thereof re communication to shareholders of L&H. | AC, WP |
| | | Dutch | Email | 7/9/2003 | J. van Hees | B. Lamiroy | | Email with attachment requesting legal advice and transmitting information to obtain legal advice re communication to shareholders of L&H. | AC, WP |
| DEXPRIV004258 | DEXPRIV004258 | Dutch | Letter | | | Dexia Bank NV | | Draft letter, without date, transmitted to obtain legal advice re communication to shareholders of L&H. | AC, WP |
| DEXPRIV004259 | DEXPRIV004259 | Dutch | Letter | 6/22/2003 | H. van Mierlo | A. Miller | (A. de Roeck, J. van Hees) | Marginalia, on handwritten letter, reflecting request for legal advice re communication to shareholders of L&H. | AC, WP |