*Quaak v. Dexia* and Related Cases
Dexia Bank Belgium's Log of Privileged Documents

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV004260 | DEXPRIV004260 | English | Email | 11/29/2002 | B. Lamiroy | S. Loosveld, T. Zink | J. Verbist, K. van Riet, J. Bekaert | Email claim requesting information upon which to base legal advice re claim. | AC, WP |
| | | English | Email | 11/29/2002 | S. Loosveld | T. Zink | J. Verbist, K. van Riet, B. Lamiroy, J. Bekaert | Email claim requesting legal advice re claim. | AC, WP |
| DEXPRIV004261 | DEXPRIV004262 | Dutch | Email | 5/26/2003 | J. Blomkwist | D. Waebens, H. Fledderus | J. van Hees, K. van Riet, B. Lamiroy, M. Lauwers, B. Baldwin | Email, with marginalia, requesting legal advice re loan security. | AC, WP |
| DEXPRIV004263 | DEXPRIV004263 | Dutch | Email | 10/30/2000 | A. Louwrier | P. Cordonnier, M. Colle, K. van Riet | H. Fledderus, M. Holtrop | Email, with marginalia reflecting the mental impressions of an attorney, providing legal advice and transmitting request thereof re loan security. | AC, WP |
| | | Dutch | Email | 10/30/2000 | P. Cordonnier | A. Louwrier | | Email, with marginalia reflecting the mental impressions of an attorney, requesting legal advice re loan security. | AC, WP |
| DEXPRIV004264 | DEXPRIV004265 | Dutch | Email | 10/30/2000 | M. Colle | P. Cordonnier, M. Colle. | | Undated email, with marginalia reflecting the mental impressions of an attorney, re loan security. | AC, WP |
| DEXPRIV004266 | DEXPRIV004267 | Dutch | Email | 10/30/2000 | S. Loosveld | M. Colle | J. Verbist | Email, with marginalia reflecting the mental impressions of an attorney, transmitting legal advice and transmitting request thereof, re loan security. | AC, WP |
| | | Dutch | Email | 10/30/2000 | M. Colle | S. Loosveld | P. Cordonnier, K. van Riet | Email, with marginalia reflecting the mental impressions of an attorney, requesting legal advice re loan security. | AC, WP |
| DEXPRIV004268 | DEXPRIV004269 | Dutch | Email | 10/31/2000 | S. Loosveld | P. Cordonnier | | Undated email providing legal advice re loan security. | AC, WP |
| DEXPRIV004270 | DEXPRIV004271 | Dutch | Memo | 10/31/2000 | K. van Riet | | | Memorandum, with marginalia reflecting the mental impressions of an attorney, re loan collateral. | AC, WP |
| DEXPRIV004272 | DEXPRIV004272 | Dutch | Memo | 10/31/2000 | K. van Riet | | | Memorandum, with marginalia reflecting the mental impressions of an attorney, re loan collateral. | AC, WP |
| DEXPRIV004273 | DEXPRIV004274 | Dutch | Email | 10/27/2000 | M. Colle | P. Cordonnier | | Email with marginalia reflecting the mental impressions of an attorney re loan security and collateral. | AC, WP |
| | | Dutch | Email | 10/26/2000 | P. Cordonnier | A. Louwrier, B. Ferrand, K. van Riet, M. Colle, P. van Tiggel | | Email requesting re loan security and collateral. | AC, WP |

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV004274 | DEXPRIV004274 | Dutch | Email | 10/26/2000 | P. Cordonnier | A. Louwrier, B. Ferrand, K. van Riet, M. Colle, P. van Tiggel | | Email, with marginalia reflecting the mental impressions of an attorney, requesting re loan security and collateral. | AC, WP |
| DEXPRIV004275 | DEXPRIV004278 | Dutch | Email | 11/7/2000 | S. Loosveld | P. Cordonnier | J. Verbist | Email, with marginalia reflecting the mental impressions of an attorney, providing legal advice and transmitting request thereof re loan security, pledge. | AC, WP |
| | | Dutch | Email | 11/7/2000 | P. Cordonnier | S. Loosveld | K. van Riet, M. Colle | Email, with marginalia reflecting the mental impressions of an attorney, requesting legal advice re loan security, pledge. | AC, WP |
| DEXPRIV004279 | DEXPRIV004280 | Dutch | Email | 9/5/2003 | P. Rabaey | J. Holvoet | K. van Riet, A. de Roeck, B. Lamiroy | Email transmitting information requested by an attorney to base legal advice upon, re loan security. | AC, WP |
| | | Dutch | Email | 7/26/2001 | P. Rabaey | B. Lamiroy | | Email transmitting information requested by an attorney to base legal advice upon, re loan security. | AC, WP |
| | | French | Email | 7/14/2000 | P. Rabaey | C. Piret | | Email with attachment transmitting information re loan security. | AC, WP |
| DEXPRIV004281 | DEXPRIV004282 | Dutch | Letter | 2/12/2003 | P. Vanderveeren | K. van Riet | | Letter providing legal advice re criminal procedure. | AC, WP |
| DEXPRIV004283 | DEXPRIV004283 | Dutch | Email | 7/22/2003 | S. Heyvaert, V. Sneyers | | | Email, with attachment, providing information at the request of counsel for the purpose of basing legal advice upon re L&H relationship. | AC, WP |
| DEXPRIV004284 | DEXPRIV004284 | Dutch | Email | 6/30/2003 | S. Heyvaert, V. Sneyers | B. Lamiroy | A. de Roeck | Email providing information at the request of counsel for the purpose of basing legal advice upon re L&H relationship. | AC, WP |
| DEXPRIV004285 | DEXPRIV004286 | Dutch | Memo | 7/22/2003 | K. van Riet, B. Lamiroy | P. Vanderveeren, Y. Herinckx, S. Ryelandt | | Memorandum providing information for the purpose of obtaining legal advice re criminal investigation. | AC, WP |
| DEXPRIV004287 | DEXPRIV004289 | Dutch | Fax | 6/6/2001 | M. Wagemakers | A. Louwrier | | Memorandum providing legal advice re criminal investigation. | AC, WP |
| DEXPRIV004290 | DEXPRIV004291 | French | Memo | | Clifford Chance | | | Memorandum, without date, prepared at the request of counsel re criminal litigation and re litigation strategy. | AC, WP |

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV004292 | DEXPRIV004292 | Dutch | Email | 6/24/2003 | A. de Roeck | A. Miller, C. Piret, J. Martin, L. Legein, pv@lexnet.be, Y. Herinckx, S. Ryelandt, U. Pommee, B. Lamiroy | K. van Riet | Email with attachment, providing legal advice re litigation strategy. | AC, WP |
| DEXPRIV004293 | DEXPRIV004295 | Dutch | Memo | 6/24/2003 | A. de Roeck, K. van Riet | A. Miller, C. Piret, J. Martin, President and members of "DC" | | Memorandum providing legal advice re litigation strategy. | AC, WP |
| DEXPRIV004296 | DEXPRIV004297 | Dutch | Memo | 6/24/2003 | K. van Riet | A. de Roeck | | Memorandum, with marginalia reflecting the mental impressions of an attorney, providing legal advice re litigation strategy. | AC, WP |
| DEXPRIV004298 | DEXPRIV004298 | | Email | 6/24/2003 | K. van Riet | B. Lamiroy | | Email transmitting legal advice re communications. | AC, WP |
| | | Dutch | Email | 6/23/2003 | U. Pommee | A. de Roeck, K. van Riet | | Email with attachment providing legal advice re communications. | AC, WP |
| DEXPRIV004299 | DEXPRIV004300 | English | Memo | | | U. Pommee | | Undated draft press release reflecting the mental impressions of an attorney re criminal investigation. | AC, WP |
| DEXPRIV004301 | DEXPRIV004302 | French | Memo | | | U. Pommee | | Undated draft press release reflecting the mental impressions of an attorney re criminal investigation. | AC, WP |
| DEXPRIV004303 | DEXPRIV004303 | Dutch | Email | 6/24/2003 | K. van Riet | B. Lamiroy | | Email transmitting legal advice re communications. | AC, WP |
| | | Dutch | Email | 6/24/2003 | U. Pommee | A. de Roeck, K. van Riet | | Email with attachment providing legal advice re communications. | AC, WP |
| DEXPRIV004304 | DEXPRIV004304 | English | Memo | | | U. Pommee | | Undated draft press release reflecting the mental impressions of an attorney re criminal investigation. | AC, WP |
| DEXPRIV004305 | DEXPRIV004305 | Dutch | Email | 6/24/2003 | U. Pommee | B. Lamiroy | | Email transmitting legal advice and request thereof re communications. | AC, WP |
| | | Dutch | Email | 6/24/2003 | B. Lamiroy | U. Pommee | | Email providing and transmitting legal advice and request thereof re communications. | AC, WP |
| | | Dutch | Email | 6/24/2003 | U. Pommee | B. Lamiroy | | Email requesting and transmitting legal advice re communications. | AC, WP |

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| | | Dutch | Email | 6/24/2003 | B. Lamiroy | U. Pommee | | Email providing and transmitting legal advice, with attachment, and request thereof re communications. | AC, WP |
| | | Dutch | Email | 6/24/2003 | K. van Riet | B. Lamiroy | | Email transmitting request for legal advice re communications. | AC, WP |
| | | Dutch | Email | 6/24/2003 | U. Pommee | A. de Roeck, K. van Riet | | Email, with attachments, providing legal advice and transmitting request thereof re communications. | AC, WP |
| DEXPRIV004306 | DEXPRIV004306 | French | Memo | | | U. Pommee | | Memorandum with marginalia reflecting the mental impressions of an attorney providing legal advice re communications. | AC, WP |
| DEXPRIV004308 | DEXPRIV004308 | Dutch | Email | 10/10/2002 | L. Nees | K. van Riet | B. Lamiroy | Email with attachment providing information prepared at the request of an attorney re loan repayment. | AC, WP |
| DEXPRIV004309 | DEXPRIV004311 | Dutch | Memo | 10/9/2002 | L. Nees | K. van Riet | | Memorandum prepared at the request of an attorney re loan repayment. | AC, WP |
| DEXPRIV004312 | DEXPRIV004312 | Dutch | Email | 10/10/2002 | L. Nees | K. van Riet | B. Lamiroy | Email with attachment providing information prepared at the request of an attorney re loan repayment. | AC, WP |
| DEXPRIV004313 | DEXPRIV004314 | Dutch | Memo | 10/9/2002 | L. Nees | K. van Riet | | Memorandum prepared at the request of an attorney re loan repayment. | AC, WP |
| DEXPRIV004315 | DEXPRIV004317 | Dutch | Memo | 10/9/2002 | L. Nees | K. van Riet | | Memorandum prepared at the request of an attorney re loan repayment. | AC, WP |
| DEXPRIV004318 | DEXPRIV004318 | Dutch | Memo | 10/6/2003 | | | | Note to file, with marginalia reflecting legal advice re litigation proceedings, financial flows. | AC, WP |
| DEXPRIV004319 | DEXPRIV004320 | English | Email | 4/17/2001 | J. Verbist | C. Schneider, D. de Bleser, E. Huyghe, F. de Potter, G. Vekeman, H. Liemen, J. vandensteen, J. Vankeerberghen, K. van Riet, K. Diederich, K. Macours, M. Tanghe, M. Curran, M. Kaiser, P. Cordonnier, R. Buehler, V. Vercaigne | J. Nelissen Grade, C. Sunt, J. Vertinden, S. Loosveld | Email providing legal advice re audit report. | AC, WP |

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV004321 | DEXPRIV004325 | Dutch | Memo | 4/13/2001 | K. van Riet | C. Piret | | Memorandum providing legal advice re audit report. | AC, WP |
| DEXPRIV004326 | DEXPRIV004326 | Dutch | Email | 1/16/2002 | R. vanden Meersschaut | B. Lamiroy | | Email requesting legal advice, with marginalia reflecting the mental impressions of an attorney, re criminal investigation. | AC, WP |
| DEXPRIV004327 | DEXPRIV004327 | Dutch | Email | 3/29/2001 | K. van Riet | C. Piret, F. Saverys | | Email reflecting legal advice and providing legal advice re litigation issues. | AC, WP |
| DEXPRIV004328 | DEXPRIV004328 | English | Email | 3/10/2001 | T. Zink | R. Buehler, P. Cordonnier, M. Curran, F. de Potter, D. de Bleser, K. Delerue, K. Diederich, J. Gallagher, C. Geys, W. Haeck, K. Herbots, E. Huyghe, L. Jones, M. Kaiser, B. Lamiroy, H. Liemen, S. Loosveld, E. Matthews, K. Macours, J. Nelissen Grade, C. Schneider, C. Sunt, M. Tanghe, K. van Riet, J. Vankeerberghen, P. van Tiggel, G. Vekeman, J. Verbist, V. Vercaigne, J. Verlinden, R. Wood | H. Seife | Email with attachment, providing legal advice re judicial composition. | AC, WP |
| DEXPRIV004329 | DEXPRIV004331 | English | Memo | 3/9/2001 | H. Seife, T. Zink | The Bank Group | | Memorandum providing legal advice re judicial composition. | AC, WP |
| DEXPRIV004332 | DEXPRIV004332 | Dutch | Email | 3/8/2001 | C. Piret | K. van Riet, F. Saverys | B. Lamiroy, Management Committee | Email transmitting and requesting legal advice re loan security, litigation strategy and seizures. | AC, WP |

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV004333 | DEXPRIV004333 | Dutch | Email | 3/7/2001 | K. van Riet | C. Piret, F. Saverys | B. Lamiroy | Email providing legal advice re loan security, litigation strategy and seizures. | AC, WP |
| DEXPRIV004334 | DEXPRIV004334 | Dutch | Email | 3/6/2001 | S. Loosveld | K. van Riet, B. Lamiroy | J. Verbist | Email, with attachments, providing and transmitting legal advice re bankruptcy litigation strategy. | AC, WP |
| | | English | Email | 3/5/2001 | T. Zink | J. Verbist, J. Verlinden, S. Loosveld, C. Geys, C. Sunt, J. Nelissen Grade | H. Seife | Email, with attachment, providing legal advice re bankruptcy litigation strategy. | AC, WP |
| DEXPRIV004335 | DEXPRIV004336 | English | Memo | 3/5/2001 | H. Seife, T. Zink | J. Verbist, J. Verlinden, S. Loosveld, C. Geys, C. Sunt, J. Nelissen Grade | | Memorandum providing legal advice re bankruptcy litigation strategy. | AC, WP |
| DEXPRIV004337 | DEXPRIV004337 | English | Email | 3/5/2001 | B. Lamiroy | H. Liemen | K. van Riet | Email providing legal advice re litigation strategy. | AC, WP |
| DEXPRIV004338 | DEXPRIV004338 | Dutch | Email | 3/5/2001 | B. Lamiroy | J. Vankeerberghen | K. van Riet | Email providing legal advice re litigation strategy. | AC, WP |
| DEXPRIV004339 | DEXPRIV004339 | Dutch | Fax | 6/23/2003 | J. Blomkwist | K. van Riet, B. Lamiroy | | Email providing and transmitting legal advice and requesting legal advice re loan security. | AC, WP |
| DEXPRIV004340 | DEXPRIV004341 | Dutch | Memo | 6/23/2003 | J. Sjocrona | J. Blomkwist | | memorandum providing legal advice re loan security. | AC, WP |
| DEXPRIV004342 | DEXPRIV004347 | Dutch | Memo | 6/12/2003 | J. Sjocrona | J. Blomkwist | | memorandum providing legal advice re loan security. | AC, WP |
| DEXPRIV004348 | DEXPRIV004349 | English | Email | 6/26/2003 | I. Chia | B. Lamiroy | J. Verbist, J. Bekaert, K. van Riet, T. Chuan | Email transmitting legal advice and request thereof re loan repayment. | AC, WP |
| | | English | Email | 6/24/2003 | B. Lamiroy | T. Chuan | J. Verbist, J. Bekaert, K. van Riet, I. Chia | Email transmitting legal advice and request thereof re loan repayment. | AC, WP |
| | | English | Email | 6/23/2003 | Y. Quek | B. Lamiroy | J. Verbist, J. Bekaert, K. van Riet, T. Chuan, I. Chia | Email, with attachment, providing legal advice and transmitting information re loan repayment. | AC, WP |
| DEXPRIV004350 | DEXPRIV004352 | English | Court Submission | | | Velstra Pte Ltd. | T. Chuan, Y. Quek, I. Chia | Draft summons. | AC, WP |

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV004353 | DEXPRIV004362 | English | Court Submission | | T. Chuan, Y. Quek, I. Chia | Velstra Pte Ltd. | | Draft summons. | AC, WP |
| DEXPRIV004363 | DEXPRIV004363 | Dutch | Email | 6/23/2003 | K. van Riet | C. Piret, A. de Roeck | B. Lamiroy | Email providing legal advice re loan collateral. | AC, WP |
| DEXPRIV004364 | DEXPRIV004364 | Dutch | Email | 6/28/2003 | K. van Riet | A. de Roeck, F. Dierckx | B. Lamiroy | Email, with attachments, providing legal advice re Belgian criminal investigation. | AC, WP |
| DEXPRIV004365 | DEXPRIV004366 | Dutch | Memo | 6/27/2003 | K. van Riet, B. Lamiroy | A. de Roeck | | Memorandum providing legal advice re Belgian criminal investigation. | AC, WP |
| DEXPRIV004367 | DEXPRIV004367 | | | | | | | Intentional gap. | |
| DEXPRIV004368 | DEXPRIV004369 | English | Fax | 7/4/2003 | T. Chuan | B. Lamiroy, K. van Riet | J. Verbist, J. Bekaert | Letter providing legal advice re loan repayment. | AC, WP |
| DEXPRIV004370 | DEXPRIV004370 | English | Wire | 12/30/1999 | DSB Bank | | | Wire transfer form requested by an attorney to base legal advice upon re loan repayment. | AC, WP |
| DEXPRIV004371 | DEXPRIV004371 | Dutch | Email | 6/30/2003 | H. Deweirdt | A. de Roeck | B. Lamiroy, F. Dierckx | Email, with attachments, requesting legal advice and transmitting information to obtain legal advice re litigation strategy. | AC, WP |
| DEXPRIV004372 | DEXPRIV004373 | Dutch | Memo | | Audit & Control Department | A. Miller | | Draft memo transmitted to attorney for the purpose of obtaining legal advice re criminal litigation and re litigation strategy. | AC, WP |
| DEXPRIV004374 | DEXPRIV004374 | Dutch | Memo | | | | | Draft memo transmitted to attorney for the purpose of obtaining legal advice re criminal litigation and re litigation strategy. | AC, WP |
| DEXPRIV004375 | DEXPRIV004375 | Dutch | Email | 6/30/2003 | S. Heyvaert, V. Sneyers | B. Lamiroy | A. de Roeck | Email with attachment, with marginalia, providing information requested by an attorney for the purpose of basing legal advice upon re L&H relationship. | AC, WP |
| DEXPRIV004376 | DEXPRIV004376 | Dutch | Chart | | | | | Spreadsheet, with marginalia, with information requested by an attorney to base legal advice upon re L&H relationship. | AC, WP |
| DEXPRIV004377 | DEXPRIV004378 | Dutch | Email | 6/30/2003 | M. Vancoillie, M. Tanghe | J. Bekaert | B. Lamiroy, E. Huyghe, J. Verbist, J. vankeerberghen, K. van Riet, M. Tanghe, S. van Raemdonck | Email providing information to obtain legal advice and transmitting legal advice re Tolling Agreements. | AC, WP |

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| | | Dutch | Email | 6/27/2003 | J. Bekaert | E. Huyghe, M. Tanghe, K. van Riet, B. Lamiroy, J. Vankeerberghen | J. Verbist, S. van Raemdonck | Email providing legal advice and requesting information Tolling Agreements. | AC, WP |
| DEXPRIV004379 | DEXPRIV004379 | Dutch | Email | 6/30/2003 | M. Vancoillie, M. Tanghe | J. Bekaert | B. Lamiroy, E. Huyghe, J. Verbist, J. vankeerberghen, K. van Riet, M. Tanghe, S. van Raemdonck | Email providing information to obtain legal advice and transmitting legal advice re Tolling Agreements. | AC, WP |
| | | Dutch | Email | 6/27/2003 | J. Bekaert | E. Huyghe, M. Tanghe, K. van Riet, B. Lamiroy, J. Vankeerberghen | J. Verbist, S. van Raemdonck | Email providing legal advice and requesting information Tolling Agreements. | AC, WP |
| DEXPRIV004380 | DEXPRIV004380 | Dutch | Email | 7/1/2003 | A. de Roeck | A. Miller, H. Deweirdt | B. Lamiroy | Email, with attachments, providing legal advice and transmitting request thereof re litigation strategy. | AC, WP |
| | | Dutch | Email | 6/30/2003 | H. Deweirdt | A. de Roeck | B. Lamiroy, F. Dierckx | Email, with attachments, requesting legal advice and transmitting information to obtain legal advice re litigation strategy. | AC, WP |
| DEXPRIV004381 | DEXPRIV004381 | Dutch | Letter | | A. Miller | E. Wymeersch | | Draft letter transmitted to attorney for the purpose of obtaining legal advice re criminal litigation. | AC, WP |
| DEXPRIV004382 | DEXPRIV004382 | Dutch | Email | 7/1/2003 | A. de Roeck | B. Lamiroy | | Email, with marginalia reflecting the mental impressions of an attorney, re code of conduct. | AC, WP |
| DEXPRIV004383 | DEXPRIV004383 | Dutch | Email | 7/1/2003 | B. Lamiroy | H. Deweirdt | A. de Roeck, K. van Riet | Email with attachments providing legal advice re loan security and re internal communications. | AC, WP |
| DEXPRIV004384 | DEXPRIV004389 | Dutch | Memo | 7/1/2003 | B. Lamiroy | | | Memorandum providing legal advice re bankruptcy, loan security, and litigation strategy. | AC, WP |
| 7/1/2003 | DEXPRIV004392 | Dutch | Memo | 7/1/2003 | B. Lamiroy | | | Memorandum providing legal advice re bankruptcy, loan security, and litigation strategy. | AC, WP |
| DEXPRIV004393 | DEXPRIV004393 | English | Fax | 7/4/2003 | T. Chuan | B. Lamiroy, K. van Riet | | Fax transmitting legal advice re loan repayment. | AC, WP |
| DEXPRIV004394 | DEXPRIV004395 | English | Fax | 7/4/2003 | T. Chuan | B. Lamiroy, K. van Riet | | Fax, with marginalia, providing legal advice re loan repayment. | AC, WP |

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV004396 | DEXPRIV004396 | English | Wire | 12/30/1999 | DSB Bank | | | Wire transfer form requested by an attorney to base legal advice upon re loan repayment. | AC, WP |
| DEXPRIV004397 | DEXPRIV004397 | English | Email | 7/2/2003 | T. Chuan | B. Lamiroy | J. Verbist, J. Bekaert, K. van Riet, I. Chia | Email providing legal advice re loan repayment. | AC, WP |
| DEXPRIV004398 | DEXPRIV004398 | English | Email | 7/2/2003 | D. de Bleser | E. Huyghe, M. Tanghe, M. Vancoillie, W. Haeck, K. van Riet, B. Lamiroy, C. Schneider, J. Vankeerberghen, H. Liemen, M. Kaiser, K. Macours, G. Vekeman | J. Verbist | Email transmitting embedded request and reflecting legal advice obtained from attorney re Dictaphone Litigation Trust. | AC, WP |
| DEXPRIV004399 | DEXPRIV004400 | Dutch | Email | 7/2/2003 | B. Lamiroy | A. de Roeck | K. van Riet | Email providing legal advice re loan repayment, loan security, criminal investigation. | AC, WP |
| DEXPRIV004401 | DEXPRIV004402 | Dutch | Email | 7/4/2003 | J. de Vis | B. Lamiroy | | Email requesting legal advice and transmitting correspondence for the purpose of obtaining legal advice re communication to shareholders of L&H. | AC, WP |
| | | Dutch | Email | 7/4/2003 | J. de Vis | E. Billen | | Email informing client about pending legal advice. | AC, WP |
| | | Dutch | Email | 7/3/2003 | E. Billen | J. de Vis | | Email from client providing information. | AC, WP |
| | | Dutch | Email | 7/4/2003 | J. de Vis | E. Billen | | Email informing client about pending legal advice. | AC, WP |
| | | Dutch | Email | | E. Billen | J. de Vis | | Incomplete email from client providing information. | AC, WP |
| DEXPRIV004403 | DEXPRIV004403 | French | Fax | 7/7/2003 | B. Lamiroy | D. Bennaroch | | Fax with marginalia providing information for the purpose of obtaining legal advice re loan security. | AC, WP |
| DEXPRIV004404 | DEXPRIV004404 | French | Fax | 7/7/2003 | | B. Lamiroy | | Transmission report with image of first page of fax with marginalia providing information for the purpose of obtaining legal advice re loan security. | AC, WP |
| DEXPRIV004405 | DEXPRIV004406 | Dutch | Email | 7/8/2003 | A. de Roeck | P. van Herwegen | K. van Riet, B. Lamiroy | Email providing legal advice and transmitting legal advice and information for the purpose of obtaining legal advice re devaluations. | AC, WP |

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| | | Dutch | Email | 6/20/2003 | P. van Herwegen | A. de Roeck | K. van Riet | Email requesting legal advice and transmitting information for the purpose of obtaining legal advice re devaluations. | AC, WP |
| | | Dutch | Email | 6/20/2003 | F. Saverys | P. van Herwegen | | Email reflecting request for legal advice re devaluations. | AC, WP |
| | | Dutch | Email | 6/20/2003 | P. van Herwegen | J. Bouquet, P. van Tiggel, G. Wauters | D. Xhonneux, F. Saverys, J. Martin, M. Decamps, C. Coupez, D. Ivens, R. Stommels | Email requesting information re devaluations. | AC, WP |
| DEXPRIV004407 | DEXPRIV004407 | | Email | 7/7/2003 | A. de Roeck | B. Lamiroy, K. van Riet | | Email transmitting information for the purpose of obtaining legal advice re criminal investigation. | AC, WP |
| | | Dutch | Email | 7/5/2003 | A. Miller | H. Deweirdt, A. de Roeck | F. Dierckx | Email transmitting information for the purpose of obtaining legal advice re criminal investigation. | AC, WP |
| | | Dutch | Email | 7/3/2003 | H. Deweirdt | A. de Roeck, A. Miller | F. Dierckx | Email with attachment transmitting information for the purpose of obtaining legal advice re criminal investigation. | AC, WP |
| DEXPRIV004408 | DEXPRIV004409 | Dutch | Email | 7/7/2003 | M. Querton | B. Lamiroy | A. de Roeck | Email providing information requested by an attorney and transmitting memorandum reflecting legal advice re criminal investigation and code of conduct. | AC, WP |
| | | Dutch | Email | 7/7/2003 | H. Deweirdt | Nl | K. van Riet, F. Dierckx | Email with embedded memorandum reflecting legal advice re criminal investigation and code of conduct. | AC, WP |
| DEXPRIV004410 | DEXPRIV004410 | French | Memo | | | Nl | | Undated memorandum reflecting legal advice re criminal investigation and code of conduct. | AC, WP |
| DEXPRIV004411 | DEXPRIV004411 | Dutch | Email | 7/7/2003 | R. Coppens | B. Lamiroy | F. Verbeek | Email with attachment transmitting legal advice re loan repayment. | AC, WP |
| DEXPRIV004412 | DEXPRIV004413 | English | Memo | 7/4/2003 | R. Coppens | | | Memo containing legal advice re loan repayment. | AC, WP |
| DEXPRIV004414 | DEXPRIV004414 | English | Email | 7/7/2003 | B. Lamiroy | T. Chuan | I. Chia, K. van Riet | Email transmitting legal advice and providing information requested b an attorney re loan repayment. | AC, WP |
| | | English | Email | 7/7/2003 | T. Chuan | B. Lamiroy | I. Chia | Email providing legal advice re loan repayment. | AC, WP |
| DEXPRIV004415 | DEXPRIV004415 | Dutch | Email | 7/9/2003 | J. van Loock | A. de Roeck, H. Deweirdt, K. van Riet, B. Lamiroy | | Email providing information requested by an attorney re litigation issues. | WP |

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV004416 | DEXPRIV004418 | Dutch | Memo | 7/11/2003 | J. Blomkwist | M. Lauwers, D. Waebens | B. Baldwin | Memorandum providing legal advice re loan settlement. | AC, WP |
| DEXPRIV004419 | DEXPRIV004423 | Dutch | Memo | 7/11/2003 | J. Blomkwist | M. Lauwers, D. Waebens | B. Baldwin | Memorandum, with marginalia reflecting the mental impressions of an attorney, providing legal advice re loan settlement. | AC, WP |
| DEXPRIV004424 | DEXPRIV004425 | English | Letter | 7/11/2003 | M. Fellows | D. Mintjens, E. Messely | | Letter providing legal advice re credit insurance. | AC, WP |
| DEXPRIV004426 | DEXPRIV004427 | Dutch | Email | 7/15/2003 | B. Lamiroy | D. Mintjens | A. de Roeck, K. van Riet | Email requesting information to base legal advice upon and transmitting request thereof re credit insurance. | AC, WP |
| | | Dutch | Email | 7/14/2003 | D. Mintjens | B. Lamiroy | K. van Riet | Email providing information at the request of an attorney re credit insurance. | AC, WP |
| | | Dutch | Email | 7/10/2003 | B. Lamiroy | D. Mintjens | | Email requesting information to base legal advice upon re credit insurance. | AC, WP |
| DEXPRIV004428 | DEXPRIV004428 | Dutch | Email | 7/15/2003 | | B. Lamiroy | K. van Riet | Email with attachment providing legal advice re litigation issues. | AC, WP |
| DEXPRIV004429 | DEXPRIV004430 | French | Memo | | | | | Undated draft memorandum providing legal advice re litigation issues. | AC, WP |
| DEXPRIV004431 | DEXPRIV004431 | Dutch | Email | 7/15/2003 | K. van Riet | A. de Roeck | H. Deweirdt, B. Lamiroy, F. Dierckx | Email, with attachment, providing legal advice and transmitting requests thereof re criminal investigation. | AC, WP |
| | | Dutch | Email | 7/15/2003 | A. de Roeck | B. Lamiroy, K. van Riet | | Email, with attachment, requesting legal advice re criminal investigation. | AC, WP |
| | | | Email | 7/14/2003 | A. Miller | A. de Roeck, H. Deweirdt | | Email, with attachment, requesting legal advice re criminal investigation. | AC, WP |
| | | Dutch | Email | 7/10/2003 | D. Bruneel | C. Piret, K. van Riet | A. Miller | Email, with attachment, requesting legal advice re criminal investigation. | AC, WP |
| | | French | Email | 7/9/2003 | R. Boublil | D. Bruneel | O. van Herstraeten, A. Delouis, N. Dafe, P. de Baere, A. Garsoux, T. Guittet, P. Hesbert, O. Leroy, B. Monraisse | Email with attachment requesting legal advice re criminal investigation. | AC, WP |
| DEXPRIV004432 | DEXPRIV004432 | French | Memo | 7/9/2003 | R. Boublil | | | Memorandum requesting legal advice re criminal investigation. | AC, WP |
| DEXPRIV004433 | DEXPRIV004433 | English | Email | 7/16/2003 | I. Chia | B. Lamiroy | T. Chuan, K. van Riet | Email requesting information to base legal advice upon, with marginalia reflecting the mental impressions of an attorney, re criminal investigation. | AC, WP |
| DEXPRIV004434 | DEXPRIV004435 | Dutch | Email | 7/16/2003 | J. Blomkwist | K. van Riet, B. Lamiroy | | Email, with attachment, requesting legal advice re loan security and seizure. | AC, WP |

Page 231

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV004436 | | Dutch | Email | 7/9/2003 | M. Merkelijn | J. Blomkwist | | Email, with attachment, transmitting legal advice re loan security and seizure. | AC, WP |
| | DEXPRIV004445 | Dutch | Memo | 6/25/2003 | S. Ryelandt, V. Goethals | K. van Riet, B. Lamiroy | | Memorandum providing legal advice re loan security and seizure. | AC, WP |
| DEXPRIV004446 | DEXPRIV004448 | French | Memo | | | | | Undated draft memorandum providing legal advice re litigation issues. | AC, WP |
| DEXPRIV004449 | DEXPRIV004449 | Dutch | Email | 7/18/2003 | K. van Riet | A. de Roeck, B. Lamiroy | | Email, with attachments, transmitting and providing legal advice re litigation issues. | AC, WP |
| DEXPRIV004450 | DEXPRIV004454 | Dutch | Memo | 7/15/2003 | S. Ryelandt | | | Memorandum with annexes providing legal advice re litigation issues. | AC, WP |
| DEXPRIV004455 | DEXPRIV004459 | Dutch | Memo | 7/15/2003 | S. Ryelandt | | | Memorandum with attachments providing legal advice re litigation issues. | AC, WP |
| DEXPRIV004460 | DEXPRIV004462 | Dutch | Memo | | Legal Corporate | A. de Roeck | | Undated memorandum, with marginalia reflecting the mental impressions of an attorney, providing legal advice re litigation issues. | AC, WP |
| DEXPRIV004463 | DEXPRIV004466 | | Email | 7/18/2003 | K. van Riet | B. Lamiroy | | Email transmitting legal advice and request thereof re litigation issues, with attachments providing legal advice re litigation issues, loan security and criminal investigation and litigation proceedings. | AC, WP |
| | | Dutch | Email | 7/18/2003 | S. Ryelandt | K. van Riet | Y. Herinckx, L. legein, pv@lexnet.be | Email providing legal advice and transmitting request thereof re litigation issues, with attachments providing legal advice re litigation issues, loan security and criminal investigation and litigation proceedings. | AC, WP |
| | | Dutch | Email | 7/18/2003 | K. van Riet | S. Ryelandt | B. Lamiroy, Y. Herinckx, L. Legein | Email requesting legal advice and transmitting earlier advice on which to base legal advice re litigation issues, loan security and criminal investigation and litigation proceedings. | AC, WP |
| | | Dutch | Email | 7/18/2003 | S. Ryelandt | K. van Riet | Y. Herinckx | Email, with attachments, providing legal advice and transmitting request thereof re litigation issues, loan security and criminal investigation and litigation proceedings. | AC, WP |
| | | Dutch | Email | 7/18/2003 | K. van Riet | S. Ryelandt | Y. Herinckx, A. de Roeck, B. Lamiroy, H. Deweirdt | Email, with attachment, requesting legal advice re litigation issues. | AC, WP |
| DEXPRIV004467 | DEXPRIV004467 | Dutch | Email | 7/18/2003 | K. van Riet | H. Deweirdt, F. Dierckx | B. Lamiroy | Email, with attachment, providing legal advice re litigation issues. | AC, WP |

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV004468 | DEXPRIV004473 | Dutch | Memo | 7/15/2003 | S. Ryelandt | | | Memorandum with annexes, with marginalia reflecting the mental impressions of an attorney, providing legal advice re litigation issues. | AC, WP |
| DEXPRIV004474 | DEXPRIV004474 | Dutch | Email | 7/22/2003 | S. Heyvaert, V. Sneyers | K. van Riet | | Email providing information requested by an attorney for the purpose of basing legal advice upon re L&H relationship. | AC, WP |
| DEXPRIV004475 | DEXPRIV004476 | Dutch | Chart | | | | | Undated spreadsheets, with marginalia, with information requested by an attorney to base legal advice upon re L&H relationship. | AC, WP |
| DEXPRIV004477 | DEXPRIV004477 | Dutch | Email | 7/23/2003 | K. van Riet | B. Lamiroy | | Email providing legal advice re audit report. | AC, WP |
| | | Dutch | Email | 7/22/2003 | B. Lamiroy | K. van Riet | | Email with attachment sent for the purpose of obtaining legal advice re audit report. | AC, WP |
| DEXPRIV004478 | DEXPRIV004479 | Dutch | Email | 7/23/2003 | K. van Riet | B. Lamiroy | | Email providing legal advice re litigation issues. | AC, WP |
| | | French | Email | 7/22/2003 | D. Verhofstadt | K. van Riet | | Email, with marginalia reflecting the mental impressions of an attorney, transmitting information requested by an attorney re litigation issues. | AC, WP |
| | | French | Email | 7/18/2003 | A. van Belle | S. Vrancken | K. van Riet | Email, with marginalia reflecting the mental impressions of an attorney, transmitting request for information at the request of counsel re litigation issues. | AC, WP |
| | | Dutch | Email | 7/18/2003 | K. van Riet | A. van Belle | B. Lamiroy | Email requesting information at the request of counsel re litigation issues. | AC, WP |
| DEXPRIV004480 | DEXPRIV004480 | Dutch | Email | 7/24/2003 | K. van Riet | J. Blomkwist | B. Lamiroy | Email requesting legal advice re loan security. | AC, WP |
| | | Dutch | Email | 7/23/2003 | J. Blomkwist | F. Diercks, K. van Riet | | Email, with attachment, providing legal advice re loan security. | AC, WP |
| DEXPRIV004481 | DEXPRIV004483 | English | Email | 7/24/2003 | B. Lamiroy | I. Chia | K. van Riet | Email, with marginalia reflecting the mental impressions of an attorney, requesting and providing legal advice re loan repayment. | AC, WP |
| | | English | Email | 7/24/2003 | I. Chia | B. Lamiroy | | Email transmitting legal advice and request thereof re loan repayment. | AC, WP |
| | | English | Email | 7/24/2003 | B. Lamiroy | I. Chia | K. van Riet | Email transmitting legal advice and request thereof re loan repayment. | AC, WP |
| | | English | Email | 7/24/2003 | I. Chia | B. Lamiroy | | Email transmitting legal advice and request thereof re loan repayment. | AC, WP |
| | | English | Email | 7/23/2003 | B. Lamiroy | I. Chia | T. Chuan, K. van Riet | Email transmitting information to obtain legal advice re loan repayment. | AC, WP |

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| | | English | Email | 7/17/2003 | I. Chia | B. Lamiroy | T. Chuan, K. van Riet | Email providing legal advice re loan repayment. | AC, WP |
| DEXPRIV004484 | DEXPRIV004484 | Dutch | Email | 7/24/2003 | J. Bekaert | P. Cordonnier | J. Verbist, B. Lamiroy | Email providing legal advice and transmitting request thereof re loan repayment. | AC, WP |
| | | Dutch | Email | 7/24/2003 | P. Cordonnier | J. Bekaert | J. Verbist, B. Lamiroy | Email providing information to obtain legal advice re loan repayment. | AC, WP |
| | | Dutch | Email | 7/23/2003 | J. Bekaert | P. Cordonnier | J. Verbist, B. Lamiroy | Email requesting legal advice re loan repayment. | AC, WP |
| DEXPRIV004485 | DEXPRIV004485 | Dutch | Email | 6/24/2003 | K. van Riet | B. Lamiroy | | Email providing legal advice and transmitting information upon which legal advice is based re litigation issues. | AC, WP |
| | | Dutch | Email | 6/24/2003 | B. Lamiroy | K. van Riet | | Email providing information upon which legal advice is based re litigation issues | AC, WP |
| | | Dutch | Email | 6/24/2003 | Exacom | B. lamiroy | | Email providing information upon which legal advice is based re litigation issues. | AC, WP |
| DEXPRIV004486 | DEXPRIV004487 | Dutch | Email | 7/29/2003 | J. de Vis | B. Lamiroy | | Email requesting legal advice and transmitting correspondence for the purpose of obtaining legal advice re communication to shareholders of L&H. | AC, WP |
| | | Dutch | Email | 7/29/2003 | B. Lamiroy | J. de Vis | K. van Riet, J. van Hees | Email providing legal advice and transmitting correspondence for the purpose of obtaining legal advice re communication to shareholders of L&H. | AC, WP |
| | | Dutch | Email | 7/17/2003 | J. de Vis | B. Lamiroy | | Email requesting legal advice and transmitting correspondence for the purpose of obtaining legal advice re communication to shareholders of L&H . Note: contains unrelated, unresponsive and incomplete part of other email at bottom. | AC, WP |
| DEXPRIV004488 | DEXPRIV004488 | English | Email | 7/29/2003 | B. Lamiroy | A. de Leon | | Email providing legal advice re litigation proceedings. | AC, WP |
| | | English | Email | 7/28/2003 | A. de Leon | M. Coolen | L. Verhaeghe | Email requesting legal advice re litigation proceedings. | AC, WP |
| DEXPRIV004489 | DEXPRIV004489 | English | Email | 7/23/2003 | M. Coolen | A. de Leon | | Email requesting information upon which to base legal advice re litigation proceedings. | AC, WP |
| DEXPRIV004490 | DEXPRIV004490 | French | Letter | 7/30/2003 | D. Bennaroch | B. Lamiroy | | Fax transmitting information and providing legal advice re loan security. | AC, WP |
| DEXPRIV004491 | DEXPRIV004493 | French | Memo | | ARCA | B. Lamiroy | | Memorandum providing legal advice re defendants. | AC, WP |
| DEXPRIV004494 | DEXPRIV004494 | Dutch | Email | 8/6/2003 | K. van Riet | A. de Roeck | B. Lamiroy, DBB Jur/AKWBL Task Force | Email, with attachment, providing legal advice re criminal investigation. | AC, WP |

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV004495 | DEXPRIV004497 | French | Memo | 8/6/2003 | B. Lamiroy, K. van Riet | A. de Roeck | | Memorandum providing legal advice re criminal investigation. | AC, WP |
| DEXPRIV004498 | DEXPRIV004498 | Dutch | Email | 8/8/2003 | K. van Riet | B. Lamiroy, W. van Cauwelaert, H. Deweirdt | A. de Roeck | Email providing legal advice re criminal procedure. | AC, WP |
| | | Dutch | Email | 8/8/2003 | H. Deweirdt | K. van Riet, B. Lamiroy, W. van Cauwelaert | A. de Roeck | Email requesting legal advice re criminal procedure. | AC, WP |
| DEXPRIV004499 | DEXPRIV004499 | Dutch | Email | 8/12/2003 | K. van Riet | A. de Roeck, W. van Cauwelaert, L. de Foer, B. Lamiroy | taskforceAKWBL@d exia.be | Email providing legal advice re litigation issues. | AC, WP |
| DEXPRIV004500 | DEXPRIV004500 | Dutch | Email | 8/12/2003 | K. van Riet | B. Baldwin | B. Lamiroy, DBB Jur/AKWBL Task Force | Email, with attachment, providing legal advice re litigation issues. | AC, WP |
| DEXPRIV004501 | DEXPRIV004506 | French | Memo | 8/11/2003 | A. de Roeck, K. van Riet | List 1, M. Lauwers | | Memorandum providing legal advice re litigation issues. | AC, WP |
| DEXPRIV004507 | DEXPRIV004507 | Dutch | Email | 8/11/2003 | K. van Riet | H. Deweirdt | B. Lamiroy, DBB Jur/AKWBL Task Force, A. de Roeck, F. Dierckx | Email providing legal advice re litigation issues. | AC, WP |
| DEXPRIV004508 | DEXPRIV004513 | Dutch | Memo | 6/17/2003 | K. van Riet, B. Lamiroy | A. Miller | | Memorandum providing legal advice re bankruptcy, loan security, and litigation strategy. | AC, WP |
| DEXPRIV004514 | DEXPRIV004514 | English | Chart | | | | | Undated chart reflecting the mental impression of an attorney re litigation. | WP |
| DEXPRIV004515 | DEXPRIV004516 | Dutch | Note | 2/4/2002 | K. van Riet | | | Note reflecting the mental impression of an attorney and providing legal advice re LHSP litigation and Radial financing. | WP |
| DEXPRIV004517 | DEXPRIV004518 | Dutch | Note | 2/4/2002 | K. van Riet | | | Note reflecting the mental impression of an attorney and providing legal advice re litigation. | WP |
| DEXPRIV004519 | DEXPRIV004520 | French | Note | | | | | Undated note reflecting the mental impression of an attorney and providing legal advice re loan settlement, re loan security and re litigation. | WP |
| DEXPRIV004521 | DEXPRIV004521 | Dutch | Note | | | | | Undated note reflecting the mental impression of an attorney re loan repayment. | WP |

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV004522 | DEXPRIV004522 | Dutch | Fax | | | | | Undated fax of chart reflecting the mental impressions of an attorney re valuation of assets. | WP |
| DEXPRIV004523 | DEXPRIV004523 | | | | | | | Intentional gap. | |
| DEXPRIV004524 | DEXPRIV004576 | | Court Submission | | | | | Draft Court Statement to Judge. | WP |
| DEXPRIV004577 | DEXPRIV004586 | | Court Submission | | | | | Draft Court Statement. | WP |
| DEXPRIV004587 | DEXPRIV004638 | | Court Submission | | | | | Draft Statement to Judge. | WP |
| DEXPRIV004639 | DEXPRIV004648 | | Court Submission | | | | | Draft Court Statement of Prof. J. Lambrecht. | WP |
| DEXPRIV004649 | DEXPRIV004682 | | Court Submission | | | | | Draft Court Statement. | WP |
| DEXPRIV004683 | DEXPRIV004744 | | Court Submission | | | | | Draft Court Statement. | WP |
| DEXPRIV004745 | DEXPRIV004754 | | Court Submission | | | | | Draft Court Statement. | WP |
| DEXPRIV004755 | DEXPRIV004758 | | Court Submission | | | | | Draft Court Statement. | WP |
| DEXPRIV004759 | DEXPRIV004759 | | Court Submission | | | | | Draft Court Statement. | WP |
| DEXPRIV004760 | DEXPRIV004760 | Dutch | Email | 9/26/2002 | L. van Herreweghe | !DBB LOG/Arch CZ PZ Kant | | Email transmitting information at the request of an attorney for the purpose of legal advice re L&H investigation. | AC, WP |
| | | Dutch | Email | 9/26/2002 | N. Van Puyvelde | L. Van Herreweghe | | Email providing information for the purpose of legal advice re L&H investigation. | AC, WP |
| | | Dutch | Email | 9/26/2002 | L. Van Herreweghe | !DBB LOG/Arch KrDos ArchBeh | B. Lamiroy | Email providing information for the purpose of legal advice re LH investigation. | WP |
| DEXPRIV004761 | DEXPRIV004761 | | | | | | | Intentional gap. | |
| DEXPRIV004762 | DEXPRIV004762 | Dutch | Note | | M. Vandersteen | B. Lamiroy | | Handwritten cover note transmitting information for the purpose of legal advice re L&H litigation. | AC |
| DEXPRIV004763 | DEXPRIV004763 | Dutch | Email | 5/22/2001 | B. Lamiroy | K. Schodts | K. Van Riet, L. Claerhout, M. Kunnen | Email transmitting information for the purpose of legal advice re LHIC security agreement and re loan security. | AC, WP |
| | | Dutch | Email | 5/21/2001 | K. Schodts | B. Lamiroy | K. Van Riet, L. Claerhout, M. Kunnen | Email requesting information for the purpose of legal advice re LHIC security agreement and re loan security. | AC, WP |
| | | Dutch | Email | 5/17/2001 | K. Schodts | B. Lamiroy | K. Van Riet, L. Claerhout, M. Kunnen | Email providing information for the purpose of legal advice re LHIC security agreement and re loan security. | AC, WP |

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| | | Dutch | Email | 5/17/2001 | B. Lamiroy | K. Schodts | K. Van Riet, L. Claerhout, M. Kunnen | Email providing legal advice re LHIC security agreement. Note: followed by heading of email from Schodts to Lamiroy on 5/16/2001, contains no text. | AC, WP |
| DEXPRIV004764 | DEXPRIV004764 | Dutch | Email | 2/23/2001 | M. Debaveye | K. Van Riet | | Email providing legal advice re criminal investigation. | AC, WP |
| DEXPRIV004765 | DEXPRIV004765 | Dutch | Email | 9/24/2002 | C. Windey | !DBB LOG/Arch CZ PZ Kant | B. Lamiroy | Email transmitting information for the purpose of legal advice re criminal investigation. | AC, WP |
| | | Dutch | Email | 9/24/2002 | L. Van Herreweghe | !DBB LOG/Zele KrDos ArchBeh | B. Lamiroy | Email requesting information for the purpose of legal advice re criminal investigation. | AC, WP |
| DEXPRIV004766 | DEXPRIV004767 | Dutch | Email | 2/13/2001 | P. Rabaey | B. Lamiroy | | Email providing legal advice re restructuring of L&H financing. | AC, WP |
| | | Dutch | Email | 2/12/2001 | B. Lamiroy | P. Rabaey | K. van Riet, Peter | Email providing legal advice re restructuring of L&H financing. Note: email was cc'd to Peter but last name is missing due to poor copy. | AC, WP |
| DEXPRIV004768 | DEXPRIV004768 | Dutch | Email | 4/17/2001 | P. Cordonnier | P.J van Tiggel, K. Herbots, P. Rabaey | | Email transmitting information for the purpose of legal advice re loan security. | AC, WP |
| | | Dutch | Email | 4/13/2001 | | C. Piret, F. Saverys | B. Lamiroy, P. Cordonnier | Email providing legal advice re loan security. Note: author is illegible due to poor copy. | AC, WP |
| DEXPRIV004769 | DEXPRIV004769 | Dutch | Email | 7/26/2000 | P. Rabaey | B. Lamiroy | | Email providing legal advice re loan settlement. | AC, WP |
| | | French | Email | 7/14/2000 | B. Ferrand, P. Rabaey | C. Piret | | Email providing information for the purpose of legal advice re loan settlement. | AC, WP |
| DEXPRIV004770 | DEXPRIV004770 | | | | | | | Intentional gap. | |
| DEXPRIV004771 | DEXPRIV004771 | Dutch | Note | | | | | Notes prepared at the request of an attorney re criminal investigation. | WP |
| DEXPRIV004772 | DEXPRIV004772 | Dutch | Handwritten notes | | | | | Notes prepared at the request of an attorney re criminal investigation. | WP |
| DEXPRIV004773 | DEXPRIV004773 | Dutch | Note | | | | | Notes, with marginalia, prepared at the request | WP |
| DEXPRIV004774 | DEXPRIV004774 | Dutch | Note | | | | | Note reflecting the mental impressions of an attorney re collateral. | WP |
| DEXPRIV004775 | DEXPRIV004775 | Dutch | Note | | | | | Note reflecting the mental impressions of an attorney re collateral. | AC, WP |
| DEXPRIV004776 | DEXPRIV004781 | | | | | | | Intentional gap. | |
| DEXPRIV004782 | DEXPRIV004782 | Dutch | Chart | 2/23/2001 | G. Merckx | | | Chart providing information for the purpose of legal advice re criminal investigation. | WP |
| DEXPRIV004783 | DEXPRIV004783 | Dutch | Chart | | | | | Undated chart providing information for the purpose of legal advice re criminal investigation. | WP |

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV004784 | DEXPRIV004785 | Dutch | Fax | | | | | Handwritten note dated "4/6" reflecting the mental impression of an attorney re criminal investigation. | WP |
| DEXPRIV004786 | DEXPRIV004786 | | | | | | | Intentional gap. | |
| DEXPRIV004787 | DEXPRIV004787 | Dutch | Email | 3/16/2001 | E. Lemineur | H. Laenens | | Email requesting information for the purpose of legal advice re criminal investigation. | AC, WP |
| | | Dutch | Email | 2/27/2001 | G. Merckx | E. Lemineur | | Email providing legal advice re criminal investigation. | AC, WP |
| DEXPRIV004788 | DEXPRIV004788 | Dutch | Email | 2/27/2001 | G. Merckx | Eulemine | | Email providing legal advice re criminal investigation. | AC, WP |
| DEXPRIV004789 | DEXPRIV004789 | Dutch | Email | 3/6/2001 | E. Lemineur | H. Laenens | | Email providing information for the purpose of legal advice re criminal investigation. | AC, WP |
| | | Dutch | Email | 3/6/2001 | E. de Gyns | J. Vandenbosch | E. Messely, E. Lemineur | Email providing legal advice re criminal investigation. | AC, WP |
| DEXPRIV004790 | DEXPRIV004790 | Dutch | Email | 3/5/2001 | E. Lemineur | H. Laenens | | Email providing legal advice re criminal investigation. | AC, WP |
| | | Dutch | Email | 2/7/2001 | G. Merckx | E. Lemineur | | Email providing legal advice re criminal investigation. | AC, WP |
| DEXPRIV004791 | DEXPRIV004791 | Dutch | Email | 3/5/2001 | E. Lemineur | H. Laenens | | Email transmitting information for the purpose of legal advice re criminal investigation. | AC, WP |
| | | Dutch | Email | 3/4/2001 | J. Vandenbosch | E. Messely, E. Lemineur, E. de Gyns | | Email transmitting information for the purpose of legal advice re criminal investigation. | AC, WP |
| DEXPRIV004792 | DEXPRIV004792 | Dutch | Fax | 3/2/2001 | G. Merckx | E. Lemineur, E. Messely | | Fax providing legal advice re criminal investigation. | AC, WP |
| DEXPRIV004793 | DEXPRIV004793 | Dutch | Fax | 1/17/2001 | K. van Daele | Director of Artesia | | Fax requesting information for the purpose of legal advice re criminal investigation. | AC, WP |
| DEXPRIV004794 | DEXPRIV004794 | Dutch | Email | 2/28/2001 | E. Lemineur | J. Vandenbosch | E. Messely | Email providing legal advice re criminal investigation. | AC, WP |
| | | French | Email | 2/28/2001 | E. de Gyns | E. Lemineur | E. Messely | Email providing legal advice re criminal investigation. | AC, WP |
| DEXPRIV004795 | DEXPRIV004795 | Dutch, French | Email | 2/28/2001 | E. Lemineur | E. de Wever, G. Merckx | E. Messely, J. Vandenbosch, E. de Gyns | Email providing legal advice re criminal investigation. | AC, WP |
| DEXPRIV004796 | DEXPRIV004796 | Dutch | Email | 2/28/2001 | E. Lemineur | J. Vandenbosch | E. de Gyns, E. Messely | Email providing legal advice re criminal investigation. | AC, WP |
| DEXPRIV004797 | DEXPRIV004798 | Dutch | Email | 2/28/2001 | E. Lemineur | J. Vandenbosch | | Email providing legal advice re criminal investigation. | AC, WP |
| | | Dutch | Email | 2/23/2001 | H. Huylebroeck | E. Lemineur | G. Merckx, F. Dierckx | Email providing legal advice re criminal investigation. | AC, WP |

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV004799 | DEXPRIV004799 | Dutch | Email | 2/27/2001 | E. Lemineur | F. Dierckx, E. Messely, J. Vandenbosch, E. de Gyns | | Email transmitting information for the purpose of legal advice re criminal investigation. | AC, WP |
| | | Dutch | Email | 2/27/2001 | E. Lemineur | G. Merckx | | Email requesting information for the purpose of legal advice re criminal investigation. | AC, WP |
| | | Dutch | Email | 2/27/2001 | G. Merckx | E. Lemineur | | Email providing legal advice re criminal investigation. | AC, WP |
| DEXPRIV004800 | DEXPRIV004800 | Dutch | Email | 2/23/2001 | H. Huylebroeck | J. Vandenbosch | | Email providing legal advice re criminal investigation. | AC, WP |
| DEXPRIV004801 | DEXPRIV004801 | Dutch | Email | 2/22/2001 | F. Dierckx | G. Merckx | J. Vandenbosch, E. Lemineur | Email providing legal advice re criminal investigation. | AC, WP |
| DEXPRIV004802 | DEXPRIV004802 | Dutch | Email | 2/22/2001 | E. de Wever | J. Vandenbosch | | Email providing information for the purpose of legal advice re criminal investigation. | AC, WP |
| DEXPRIV004803 | DEXPRIV004803 | Dutch | Email | 2/21/2000 | E. Lemineur | J. Vandenbosch | | Email requesting information for the purpose of legal advice re criminal investigation. | AC, WP |
| DEXPRIV004804 | DEXPRIV004804 | Dutch | Email | 2/21/2001 | H. Huylebroeck | J. Vandenbosch | | Email providing legal advice re criminal investigation. | AC, WP |
| DEXPRIV004805 | DEXPRIV004805 | Dutch | Email | 3/6/2001 | E. de Gyns | J. Vandenbosch | E. Messely, E. Lemineur | Email providing legal advice re criminal investigation. | AC, WP |
| DEXPRIV004806 | DEXPRIV004806 | French | Email | 3/5/2001 | E. Lemineur | J. Vandenbosch | | Email transmitting information for the purpose of legal advice re criminal investigation. | AC, WP |
| | | French | Email | 3/2/2001 | E. Messely | E. de Gyns | E. Lemineur | Email providing legal advice re criminal investigation. | AC, WP |
| | | French | Email | 2/28/2001 | E. de Gyns | E. Lemineur | E. Messely | Email providing information for the purpose of legal advice re criminal investigation. | AC, WP |
| DEXPRIV004807 | DEXPRIV004807 | Dutch | Email | 3/4/2001 | J. Vandenbosch | E. Messely, E. Lemineur, E. de Gyns | | Email providing legal advice re criminal investigation. | AC, WP |
| DEXPRIV004808 | DEXPRIV004808 | Dutch | Email | 3/5/2001 | J. Vandenbosch | E. de Wever, H. Everaert | E. Lemineur | Email transmitting information for the purpose of legal advice re criminal investigation. | AC, WP |
| DEXPRIV004809 | DEXPRIV004809 | Dutch | Email | 3/6/2001 | J. Vandenbosch | H. Laenens | | Email providing legal advice re criminal investigation. | AC, WP |
| | | Dutch | Email | 3/6/2001 | E. de Gyns | J. Vandenbosch | E. Messely, E. Lemineur | Email providing information for the purpose of legal advice re criminal investigation. | AC, WP |
| DEXPRIV004810 | DEXPRIV004811 | Dutch | Email | 5/14/2001 | H. Laenens | J. Vandenbosch | | Email transmitting information for the purpose of legal advice re criminal investigation. | AC, WP |
| | | Dutch | Email | 4/9/2001 | K. van Riet | H. Laenens | | Email providing legal advice re criminal investigation. | AC, WP |

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| | | Dutch | Email | 4/9/2001 | H. Laenens | K. van Riet, E. Messely, S. Decraene | E. Lemineur, J. Vandenbosch | Email providing legal advice re criminal investigation. | AC, WP |
| DEXPRIV004812 | DEXPRIV004812 | Dutch | Email | 4/12/2001 | H. Laenens | E. Ven | H. Everaert | Email requesting information for the purpose of legal advice re criminal investigation. | AC, WP |
| DEXPRIV004813 | DEXPRIV004829 | | | | | | | Intentional gap. | |
| DEXPRIV004830 | DEXPRIV004831 | Dutch | Email | 4/10/2001 | E. Lemineur | H. Everaert | | Email providing information for the purpose of legal advice re criminal investigation. | AC, WP |
| | | Dutch | Email | 4/9/2001 | H. Laenens | K. van Riet, E. Messely, S. Decraene | E. Lemineur, J. Vandenbosch | Email providing legal advice re criminal investigation. | AC, WP |
| DEXPRIV004832 | DEXPRIV004832 | | | | | | | Intentional gap. | |
| DEXPRIV004833 | DEXPRIV004837 | Dutch | Note | 3/26/2001 | K. van Riet | | | Note reflecting the mental impressions of an attorney re collateral, loan settlement, pledges agreement and LHSP litigation. | WP |
| DEXPRIV004838 | DEXPRIV004838 | Dutch | Email | 12/13/2000 | K. van Riet | C. Piret | P. van Tiggel | Email providing legal advice re collateral. | AC, WP |
| DEXPRIV004839 | DEXPRIV004840 | Dutch | Fax | 10/30/2000 | J. Verbist | P. Cordonnier | | Fax providing legal advice re loan settlement and re loan security. | AC, WP |
| DEXPRIV004841 | DEXPRIV004841 | Dutch | Email | 10/1/2001 | K. van Riet | C. Piret, P. van Tiggel, K. Herbots | | Email transmitting information for the purpose of legal advice re loan settlement. | AC, WP |
| | | Dutch | Email | 10/1/2001 | A. Louwrier | B. Lamiroy, J. van Broeckhoven, H. Fledderus, M. Holtrop, K. van Riet | R. De Hooge | Email providing legal advice re loan settlement. | AC, WP |
| DEXPRIV004842 | DEXPRIV004843 | Dutch | Email | 1/10/2001 | P. Cordonnier | C. Piret, P. van Tiggel | | Email requesting information for the purpose of legal advice re Creditors' Committee. | AC, WP |
| | | English | Email | 1/10/2001 | J. Verbist | C. Schneider, D. de Bleser, E. Huyghe, F. Depotter, J. Vandensteen, J. Vankeerberghen, K. van Riet, K. Diederich, M. Tanghe, M. Curran, P. Cordonnier, R. Buehler | J. Nelissen Grade, C. Sunt, J. Verlinden, S. Loosveld, C. Geys, H. Lamb, H. Seife, T. Zink | Email providing information for the purpose of legal advice re Creditors' Committee. | AC, WP |