1/23/2006

## Quaak v. Dexia and Related Cases
## Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV004844 | DEXPRIV004845 | | | | | | | Intentional gap. | |
| DEXPRIV004846 | DEXPRIV004848 | English, Dutch | Note | | | | | Undated handwritten notes reflecting the mental impression of an attorney re litigation strategy, Dictaphone, restructuring of L&H financing. | WP |
| DEXPRIV004849 | DEXPRIV004851 | English | Note | | | | | Undated handwritten note reflecting the mental impression of an attorney re restructuring of L&H financing. | WP |
| DEXPRIV004852 | DEXPRIV004853 | French | Email | 11/24/2000 | B. Mommens | R. Greindl | | Email providing legal advice re security. | AC, WP |
| | | French | Email | 11/24/2000 | B. Mommens | R. Greindl | | Email providing legal advice re security. | AC, WP |
| | | Dutch | Email | 11/24/2000 | B. Mommens | S. Decraene, F. Delplace | J. Franc, M. Debaveye | Email requesting information for the purpose of legal advice re security. | AC, WP |
| DEXPRIV004854 | DEXPRIV004854 | | | | | | | Intentional gap. | |
| DEXPRIV004855 | DEXPRIV004856 | Dutch | Email | 11/28/2000 | K. van Riet | C. Piret, F. Saverys, P. van Tiggel, B. Lamiroy | | Email transmitting legal advice re loan settlement and re collateral. | AC, WP |
| | | Dutch | Email | 11/28/2000 | S. Loosveld | K. van Riet, P. Cordonnier | | Email providing legal advice re loan settlement and re collateral. | AC, WP |
| | | Dutch | Email | 11/17/2000 | R. Hermans | J. Verbist | | Email providing legal advice re loan settlement and re collateral. | AC, WP |
| DEXPRIV004857 | DEXPRIV004858 | Dutch | Email | 11/28/2000 | K. van Riet | C. Piret, F. Saverys, P. van Tiggel, B. Lamiroy | | Email transmitting legal advice re loan settlement. | AC, WP |
| | | Dutch | Email | 11/28/2000 | S. Loosveld | K. van Riet, P. Cordonnier | J. Verbist | Email providing legal advice re loan settlement. | AC, WP |
| | | English | Email | 11/27/2000 | M. Loesch | J. Verbist, S. Losveld | M. Hansen | Email providing legal advice re loan settlement. | AC, WP |
| DEXPRIV004859 | DEXPRIV004859 | Dutch | Note | | | | | Internal note reflecting the mental impression of an attorney re litigation. | AC, WP |
| DEXPRIV004860 | DEXPRIV004860 | Dutch | Email | 12/7/2000 | P. van Tiggel | C. Piret, K. van Riet, F. Saverys, S. Frei, K. Herbots, P. Cordonnier | S. Decraene | Email providing legal advice re security agreement. | AC, WP |
| DEXPRIV004861 | DEXPRIV004861 | Dutch | Note | | | | | Handwritten note reflecting the mental impression of an attorney re litigation and re security agreement and re loan settlement and re collateral. | AC, WP |
| DEXPRIV004862 | DEXPRIV004863 | | Email | 12/11/2000 | K. van Riet | C. Piret, P. van Tiggel, B. Lamiroy | | Email transmitting legal advice re loan security. | AC, WP |

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| | | English | Email | 12/11/2000 | J. Verbist | E. Huyghe, D. de Bleser, K. Macours | V. Vercaigne, M. Tanghe, P. Cordonnier, K. van Riet, J. Verbist, S. Loosveld, J. Vankeerberghen, H. J. Nelissen Grade, C. Sunt, C. Geys | Email providing legal advice re loan security. | AC, WP |
| DEXPRIV004864 | DEXPRIV004864 | Dutch | Email | 12/12/2000 | K. van Riet | C. Piret, P. van Tiggel, B. Lamiroy | | Email providing legal advice re loan security and re Credit Committee. | AC, WP |
| | | English | Email | 12/11/2000 | T. Zink | J. Verbist, S. Loosveld, J. Verlinden, P. Cordonnier, K. van Riet, K. Macours, V. Vercaigne, M. Curran, E. Huyghe, M. Tanghe, H. Liemen, J. Vankeerberghen, C. Geys | | Email providing legal advice re loan security. | AC, WP |
| DEXPRIV004865 | DEXPRIV004866 | English | Memo | 12/11/2000 | H. Seife, T. Zink | J. Verbist, S. Loosveld, C. Geys, J. Verlinden, P. Cordonnier, K. van Riet, K. Macours, V. Vercaigne, M. Curran, E. Hughe, M. Tanghe, H. Liemen, J. Vankeerberghen | | Memo providing legal advice re Credit Committee and re loan security. | AC, WP |

1/23/2006

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV004867 | DEXPRIV004870 | Dutch | Email | 12/13/2000 | K. van Riet | C. Piret, P. van Tiggel, F. Saverys | | Email providing legal advice re security agreement. | AC, WP |
| | | Dutch | Email | 12/13/2000 | S. Loosveld | K. van Riet | | Email providing legal advice re security agreement. | AC, WP |
| DEXPRIV004871 | DEXPRIV004871 | Dutch | Email | 12/13/2000 | K. van Riet | C. Piret | P. van Tiggel | Email providing legal advice re collateral and re loan security. | AC, WP |
| DEXPRIV004872 | DEXPRIV004872 | Dutch | Email | 12/14/2000 | K. van Riet | C. Piret, P. van Tiggel | | Email providing legal advice re collateral and re loan security. | AC, WP |
| DEXPRIV004873 | DEXPRIV004873 | Dutch | Email | 12/14/2000 | K. van Riet | C. Piret, P. van Tiggel, B. Lamiroy | | Email providing legal advice re Creditor Committee. | AC, WP |
| | | Dutch | Email | 12/14/2000 | M. and C. Keutgen | K. van Riet | | Email providing legal advice re Creditors Committee. | AC, WP |
| DEXPRIV004874 | DEXPRIV004874 | Dutch | Email | 12/19/2000 | K. van Riet | C. Piret, P. van Tiggel, B. Lamiroy | | Email providing legal advice re loan security. | AC, WP |
| DEXPRIV004875 | DEXPRIV004875 | Dutch | Email | 12/6/2000 | K. van Riet | C. Piret, F. Saverys, B. Lamiroy, P. van Tiggel | | Email providing legal advice re Creditors' Committee. | AC, WP |
| | | English | Email | 12/6/2000 | T. Zink, H. Seife | V. Vercaigne, M. Tanghe, E. Hughe, K. Macours, Pl. Cordonnier, K. van Riet, J. Verbist, S. Loosveld | | Email providing legal advice re Creditors' Committee. | AC, WP |
| DEXPRIV004876 | DEXPRIV004876 | Dutch | Fax | 12/19/2000 | Gerard & Vennoten | K. van Riet | | Fax providing legal advice re loan security and re collateral. | AC, WP |
| DEXPRIV004877 | DEXPRIV004877 | Dutch | Memo | 12/19/2000 | G. de Pestel, P. Colle | | | Memo providing legal advice re loan security and re collateral. | AC, WP |
| DEXPRIV004898 | DEXPRIV004898 | Dutch | Email | 12/21/2000 | C. Piret | K. van Riet | | Email providing information for the purpose of legal advice, and requesting legal advice, re Creditors' Committee and re loan security. | AC, WP |
| | | Dutch | Email | 12/21/2000 | K. van Riet | C. Piret, F. Saverys, P. van Tiggel, B. Lamiroy | | Email providing legal advice re loan security and re loan settlement. | AC, WP |
| DEXPRIV004899 | DEXPRIV004907 | Dutch | Email | 12/29/2000 | K. van Riet | C. Piret, P. van Tiggel | | Email transmitting legal advice re loan settlement. | AC, WP |
| | | Dutch | Email | 12/18/2000 | J. Verbist | K. van Riet | | Email providing legal advice re loan settlement. | AC, WP |

1/23/2006

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| | | Dutch | Email | 12/28/2000 | D. van Gerven | D. van Gerven, "Secr van Huffelen", M. Boudewijns, J. Verbist | S. Loosveld | Email providing legal advice re loan settlement. | AC, WP |
| | | Dutch | Email | 12/28/2000 | J. Verbist | D. van Gerven, "Secr van Huffelen", M. Boudewijns, J. Verbist | S. Loosveld | Email providing legal advice re loan settlement. | AC, WP |
| | | Dutch | Email | 12/28/2000 | D. van Gerven | D. van Gerven, "Secr van Huffelen", M. Boudewijns, J. Verbist | S. Loosveld | Email providing legal advice re loan settlement and re security agreement. | AC, WP |
| | | Dutch | Email | 12/27/2000 | J. Verbist | M. Boudewijn, "Secr van Huffelen", D. van Gerven | | Email providing legal advice re security agreement. | AC, WP |
| DEXPRIV004908 | DEXPRIV004908 | | | | | | | Intentional gap. | |
| DEXPRIV004909 | DEXPRIV004913 | Dutch | Agreement | | Artesia, J. Lemout, P. Hauspie, N. Willaert | | | Draft agreement, without date, reflecting the mental impression of an attorney re Credit Agreement. | WP |
| DEXPRIV004914 | DEXPRIV004914 | Dutch | Fax | 1/5/2001 | K. van Riet | D. Bruneel, C. Piret | | Fax providing legal advice re litigation. | AC, WP |
| DEXPRIV004915 | DEXPRIV004915 | Dutch | Email | 1/8/2001 | K. van Riet | C. Piret, F. Saverys, P. van Tiggel, K. Herbots | | Email providing legal advice re Creditors' Committee and re loan security. | AC, WP |
| DEXPRIV004916 | DEXPRIV004919 | Dutch | Note | 8/14/2001 | B. Lamiroy, K. van Riet | Members of the DC | | Note providing legal advice re loan security and Dictaphone. | AC, WP |
| DEXPRIV004920 | DEXPRIV004920 | Dutch | Email | 1/10/2001 | K. van Riet | C. Piret, F. Saverys, P. van Tiggel, K. Herbots | | Email providing legal advice re LHSP loan security and re credit insurance. | AC, WP |
| DEXPRIV004921 | DEXPRIV004921 | Dutch | Email | 1/9/2001 | K. van Riet | C. Piret, F. Saverys, P. van Tiggel, K. Herbots | | Email providing legal advice re pledging agreement. | AC, WP |
| DEXPRIV004922 | DEXPRIV004924 | Dutch | Fax | 11/22/2001 | K. van Riet | J. Martin, C. Piret, F. Saverys | | Note providing legal advice re loan security and re collateral. | AC, WP |

1/23/2006

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV004925 | DEXPRIV004930 | Dutch | Fax | 11/21/2001 | P. Colle | K. van Riet, B. Lamiroy | | Email providing legal advice re loan security and re collateral. | AC, WP |
| DEXPRIV004931 | DEXPRIV004931 | Dutch | Note | 11/23/2000 | | | | Handwritten note reflecting the mental impression of an attorney re security. | AC, WP |
| DEXPRIV004932 | DEXPRIV004932 | English | Note | 12/4/2000 | | | | Handwritten note reflecting the mental impression of an attorney re litigation and re Creditors' Committee. | AC, WP |
| DEXPRIV004933 | DEXPRIV004935 | Dutch | Note | 12/1/2000 | K. Herbots, K. van Riet | C. Piret | | Note reflecting the mental impression of an attorney re Dragon and Dictaphone. | AC, WP |
| DEXPRIV004936 | DEXPRIV004937 | Dutch | Note | 12/4/2000 | K. van Riet | C. Piret | | Note reflecting the mental impression of an attorney re loan security. | AC, WP |
| DEXPRIV004938 | DEXPRIV004943 | English | Note | 3/12/2000 | | | | Handwritten note reflecting the mental impression of an attorney re bankruptcy, litigation proceedings and recovery. | AC, WP |
| DEXPRIV004944 | DEXPRIV004945 | English | Email | 11/30/2000 | K. van Riet | C. Piret, F. Saverys, P. van Tiggel, B. Lamiroy | | Email transmitting legal advice re litigation. | AC, WP |
| | | English | Email | 11/30/2000 | J. Verbist | J. Vankeerberghen, V. Vercaigne, amd@skynet.be, E. Huyghe, K. Macours, P. Cordonnier, I. Bastin, K. van Riet | J. Nelissen Grade, C. Sunt, J. Verlinden, S. Loosveld | Email providing legal advice re litigation. | AC, WP |
| | | Dutch | Email | 11/30/2000 | S. Loosveld | J. Vankeerberghen, V. Vercaigne, amd@skynet.be, E. Huyghe, K. Macours, P. Cordonnier, I. Bastin, K. van Riet | J. Nelissen Grade, C. Sunt, J. Verlinden, S. Loosveld | Email providing legal advice re litigation. | AC, WP |
| DEXPRIV004946 | DEXPRIV004947 | English | Email | 11/30/2000 | K. van Riet | C. Piret, F. Saverys, P. van Tiggel, B. Lamiroy | | Email transmitting legal advice re litigation. | AC, WP |

1/23/2006

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
|  |  | English | Email | 11/30/2000 | J. Verbist | J. Vankeerberghen, V. Vercaigne, amd@skynet.be, E. Huyghe, K. Macours, P. Cordonnier, I. Bastin, K. van Riet | J. Nelissen Grade, C. Sunt, J. Verlinden, S. Loosveld | Email providing legal advice re litigation. | AC, WP |
|  |  | Dutch | Email | 11/30/2000 | S. Loosveld | J. Vankeerberghen, V. Vercaigne, amd@skynet.be, E. Huyghe, K. Macours, P. Cordonnier, I. Bastin, K. van Riet | J. Nelissen Grade, C. Sunt, J. Verlinden, S. Loosveld | Email providing legal advice re litigation. | AC, WP |
| DEXPRIV004948 | DEXPRIV004951 | English | Fax | 11/27/2000 | KBC Bank and Artesia | J. Duerden, J. Skrzypczak |  | Email providing legal advice re LHSP litigation and Dictaphone. | AC, WP |
| DEXPRIV004952 | DEXPRIV004953 | Dutch | Note | 11/27/2000 |  |  |  | Draft press release and note reflecting the mental impression of an attorney re litigation and re security. | WP |
| DEXPRIV004954 | DEXPRIV004954 | English | Letter | 11/23/2000 | C. Schneider, F. Deleurere | D. de Bleser |  | Letter providing legal advice re loan security. | WP |
| DEXPRIV004955 | DEXPRIV004955 | English | Fax | 11/23/2000 | D. de Bleser | J. Duerden, J. Skrzypczak | P. van Tiggel, J. Vandensteen, C. Schneider, R. Haas, Dictaphone Corp. | Fax providing legal advice re Dictaphone. | AC, WP |
| DEXPRIV004956 | DEXPRIV004958 | English | Fax | 11/23/2000 | KBC Bank and Artesia | J. Duerden, J. Skrzypczak |  | Fax with annex providing legal advice re loan security. | AC, WP |
| DEXPRIV004959 | DEXPRIV004963 | English | Fax | 11/27/2000 | KBC Bank and Artesia | R. Pieper, J. Duerden, J. Skrzypczak |  | Fax providing legal advice re loan security and re Dictaphone. | AC, WP |
| DEXPRIV004964 | DEXPRIV004965 | English | Minutes | 11/24/2000 |  |  |  | Minutes reflecting the mental impression of an attorney re loan security. | AC, WP |
| DEXPRIV004966 | DEXPRIV004967 | English | Note | 11/22/2000 |  |  |  | Handwritten note reflecting the mental impression of an attorney re security. | WP |
| DEXPRIV004968 | DEXPRIV004968 | English | Note |  |  |  |  | Undated handwritten note reflecting the mental impression of an attorney re US litigation proceedings. | WP |
| DEXPRIV004969 | DEXPRIV004970 | Dutch | Note | 5/22/2001 | K. van Riet | Chairman and Members of the Directiecomitee |  | Note reflecting the mental impression of an attorney re security. | WP |

1/23/2006

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV004971 | DEXPRIV004975 | Dutch | Email | 2/4/2001 | K. van Riet | S. Loosveld | J. Verbist, J. Verlinden, C. Piret, F. Saverys, P. van Tiggel | Email providing legal advice and requesting information for the purpose of legal advice re loan security and re pledging agreement. | AC, WP |
| | | Dutch | Email | 2/3/2001 | S. Loosveld | K. van Riet | J. Verbist, J. Verlinden, C. Piret, F. Saverys, P. van Tiggel | Email providing legal advice re loan security. | AC, WP |
| | | English | Email | | S. Loosveld | H. Seife | J. Verbist, J. Verlinden, C. Geys, T. Zink, K. van Riet | Email dated "2/2" providing legal advice re loan security and re LHSP litigation. | AC, WP |
| | | English | Email | | H. Seife | S. Loosveld | J. Verbist, J. Verlinden, C. Geys, T. Zink | Email dated "2/3" providing legal advice re loan security. | AC, WP |
| | | English | Email | 2/2/2001 | S. Loosveld | H. Seife, T. Zink | J. Verbist, J. Verlinden, C. Geys | Email providing legal advice re loan security and re LHSP litigation. | AC, WP |
| | | English | Email | 2/1/2001 | H. Seife | S. Loosveld | J. Verlinden, J. Verbist, C. Geys, C. Sunt, J. Nelissen Grade, T. Zink | Email providing legal advice re loan security and re LHSP litigation. | AC, WP |
| DEXPRIV004976 | DEXPRIV004980 | Dutch | Email | 2/3/2001 | K. van Riet | D. Bruneel, C. Piret, F. Saverys, P. van Tiggel | J. Verbist, S. Loosveld, J. Verlinden | Email providing legal advice re LHSP litigation. | AC, WP |
| | | Dutch | Email | 2/3/2001 | S. Loosveld | K. van Riet | J. Verbist, J. Verlinden, C. Piret, F. Saverys, P. van Tiggel | Email providing legal advice re loan security. | AC, WP |
| | | English | Email | 3-Feb | S. Loosveld | H. Seife | J. Verbist, J. Verlinden, C. Geys, T. Zink, K. van Riet | Email dated "2/3" providing legal advice re loan security. | AC, WP |

1/23/2006

## Quaak v. Dexia and Related Cases
## Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| | | English | Email | 2-Feb | H. Seife | S. Loosveld | J. Verbist, J. Verlinden, C. Geys, T. Zink | Email providing legal advice re loan security. | AC, WP |
| | | English | Email | 2/2/2001 | S. Loosveld | H. Seife, T. Zink | J. Verbist, J. Verlinden, C. Geys | Email providing legal advice re loan security and re LHSP litigation. | AC, WP |
| | | English | Email | 2/1/2001 | H. Seife | S. Loosveld | J. Verlinden, J. Verbist, C. Geys, C. Sunt, J. Nelissen Grade, T. Zink | Email providing legal advice re loan security and re LHSP litigation. | AC, WP |
| DEXPRIV004981 | DEXPRIV004981 | Dutch | Email | 2/2/2001 | K. van Riet | D. Bruneel | C. Piret | Email providing legal advice re loan security. | AC, WP |
| | | Dutch | Email | 2/2/2001 | K. van Riet | C. Piret, F. Saverys, P. van Tiggel, K. Herbots, B. Lamiroy | | Email providing legal advice re loan security and re collateral. | AC, WP |
| DEXPRIV004982 | DEXPRIV004985 | Dutch | Email | 2/2/2001 | S. Loosveld | K. van Riet | J. Nelissen, J. Verbist, J. Verlinden, C. Geys | Email providing legal advice re collateral and re loan security. | AC, WP |
| | | English | Email | 2/1/2001 | H. Seife | S. Loosveld | J. Verlinden, J. Verbist, C. Geys, C. Sunt, J. Nelissen Grade, T. Zink | Email providing legal advice re LHSP litigation and re loan security. | AC, WP |
| DEXPRIV004986 | DEXPRIV004993 | Dutch | Email | 2/5/2001 | K. van Riet | D. Bruneel, C. Piret | | Email transmitting legal advice re loan security. | AC, WP |
| | | Dutch | Email | 2/4/2001 | J. Verbist | S. Loosveld, K. van Riet | J. Verlinden | Email providing legal advice re loan security. | AC, WP |
| | | Dutch | Email | 2/4/2001 | S. Loosveld | K. van Riet | J. Verbist, J. Verlinden | Email providing legal advice re loan security. | AC, WP |
| | | Dutch | Email | 2/4/2001 | K. van Riet | S. Loosveld | J. Verbist, J. Verlinden, C. Piret, F. Saverys, P. van Tiggel | Email providing legal advice and requesting information for the purpose of legal advice re loan security. | AC, WP |

1/23/2006

## Quaak v. Dexia and Related Cases
### Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| | | Dutch | Email | 2/3/2001 | S. Loosveld | K. van Riet | J. Verbist, J. Verlinden, C. Piret, F. Saverys, P. van Tiggel | Email providing legal advice re loan security. | AC, WP |
| | | English | Email | | S. Loosveld | H. Seife | J. Verbist, J. Verlinden, C. Geys, T. Zink, K. van Riet | Email dated "February 3" providing legal advice re loan security and re LHSP litigation. | AC, WP |
| | | English | Email | | H. Seife | S. Loosveld | J. Verbist, J. Verlinden, C. Geys, T. Zink | Email dated "February 2" providing legal advice re loan security. | AC, WP |
| | | English | Email | 2/2/2001 | S. Loosveld | H. Seife, T. Zink | J. Verbist, J. Verlinden, C. Geys | Email providing legal advice re loan security and re LHSP litigation. | AC, WP |
| | | English | Email | 2/1/2001 | H. Seife | S. Loosveld | J. Verlinden, J. Verbist, C. Geys, C. Sunt, J. Nelissen Grade, T. Zink | Email providing legal advice re loan security and re LHSP litigation. | AC, WP |
| DEXPRIV004994 | DEXPRIV005000 | Dutch, French | Email | 2/5/2001 | K. van Riet | D. Bruneel, C. Piret | | Email transmitting legal advice re loan security. | AC, WP |
| | | Dutch | Email | 2/4/2001 | J. Verbist | S. Loosveld, K. van Riet | J. Verlinden | Email providing legal advice re loan security. | AC, WP |
| | | Dutch | Email | 2/4/2001 | S. Loosveld | K. van Riet | J. Verbist, J. Verlinden | Email providing legal advice re loan security. | AC, WP |
| | | Dutch | Email | 2/4/2001 | K. van Riet | S. Loosveld | J. Verbist, J. Verlinden, C. Piret, F. Saverys, P. van Tiggel | Email providing legal advice and requesting information for the purpose of legal advice re loan security. | AC, WP |
| | | Dutch | Email | 2/3/2001 | S. Loosveld | K. van Riet | J. Verbist, J. Verlinden, C. Piret, F. Saverys, P. van Tiggel | Email providing legal advice re loan security. | AC, WP |
| | | English | Email | | S. Loosveld | H. Seife | J. Verbist, J. Verlinden, C. Geys, T. Zink, K. van Riet | Email dated "February 3" providing legal advice re loan security and re LHSP litigation. | AC, WP |

1/23/2006

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| | | English | Email | | H. Seife | S. Loosveld | J. Verbist, J. Verlinden, C. Geys, T. Zink | Email dated "February 2" providing legal advice re loan security. | AC, WP |
| | | English | Email | 2/2/2001 | S. Loosveld | H. Seife, T. Zink | J. Verbist, J. Verlinden, C. Geys | Email providing legal advice re loan security and re LHSP litigation. | AC, WP |
| DEXPRIV005001 | DEXPRIV005001 | English | Email | 2/1/2001 | H. Seife | S. Loosveld | J. Verlinden, J. Verbist, C. Geys, C. Sunt, J. Nelissen Grade, T. Zink | Email providing legal advice re loan security and re LHSP litigation. | AC, WP |
| DEXPRIV005002 | DEXPRIV005005 | English | Note | 12/20/2000 | J. Verbist | KBC Bank, Artesia Bank, Fortis Bank, Deutsche Bank, Dresdner Bank | | Email providing legal advice re litigation. | AC, WP |
| DEXPRIV005006 | DEXPRIV005010 | Dutch | Draft brief | 1/31/2001 | J. Verbist, J. Verlinden | Ieper Court | | Draft brief reflecting the mental impression of an attorney re litigation. | AC, WP |
| DEXPRIV005011 | DEXPRIV005011 | Dutch | Email | 12/22/2000 | K. Van Riet | C. Piret, F. Saverys, P. Van Tiggel, B. Lamiroy | | Email providing legal advice re bankruptcy; loan security; and re litigation. | AC, WP |
| | | English | Email | 12/22/2000 | J. Verbist | C. Schneider, D. de Bleser, E. Huyghe, H. Liemen, J. Vankeerberghen, K. Van Riet, K. Diederich, K. Macours, M. tanghe, M. Curran, P. Cordonnier, R. Buehler, H. Lamb, H. Seife, T. Zink | J. Nelissen Grade, C. Sunt, J. Verlinden, S. Loosveld, C. Geys | Email providing legal advice re bankruptcy; loan security; and re litigation. | AC, WP |
| DEXPRIV005012 | DEXPRIV005013 | English | Note | 12/25/2000 | J. Verbist | The Banks | | Email providing legal advice re bankruptcy, re litigation and re loan security. | AC, WP |

Page 250

1/23/2006

## Quaak v. Dexia and Related Cases
### Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV005014 | DEXPRIV005014 | Dutch | Email | 1/11/2001 | P. Van Tiggel | C. Piret | | Email providing legal advice re restructuring of L&H financing and re bankruptcy. | AC, WP |
| DEXPRIV005015 | DEXPRIV005017 | Dutch | Fax | 1/11/2001 | D. Bruneel | R. Vermeiren | | Fax providing legal advice re restructuring of L&H financing and re bankruptcy; contains handwritten marginalia. | AC, WP |
| DEXPRIV005018 | DEXPRIV005019 | English | Email | 1/10/2001 | P. Cordonnier | C. Piret, P. Van Tiggel | | Email transmitting legal advice re Creditors' Committee. | AC, WP |
| | | English | Email | 1/10/2001 | D. de Bleser | J. Verbist | M. Curran, C. Schneider, E. Huyghe, F. Depotter, G. Vekeman, H. Liemen, J. vandensteen, J. Vankeerberghen, K. Van Riet, K. Diederich, K. Macours, M. Tanghe, P. Cordonnier, R. Buehler, J. Nelissen Grade, C. Sunt, J. Verlinden, S. Loosveld, C. Geys, H. Seife, T. Zink | Email providing legal advice re Creditors' Committee. | AC, WP |

1/23/2006

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| | | English | Email | 1/10/2001 | J. Verbist | D. de Bleser, M. Curran, C. Schneider, E. Huyghe, F. Depotter, G. Vekeman, H. Liemen, J. Vandensteen, J. Vankeerberghen, K. van Riet, K. Diederich, K. Macours, M. tanghe, P. Cordonnier, R. Buehler | J. Nelissen Grade, C. Sunt, J. Verlinden, S. Loosveld, C. Geys, H. Lamb, H. Seifer, T. Zink | Email providing legal advice re Creditors' Committee. | AC, WP |
| DEXPRIV005020 | DEXPRIV005020 | Dutch | Email | 1/12/2001 | D. de Bleser | R. Vermeiren, C. Selleslagh, J. Verdickt, J. Borremans, C. Piret, K. Van Riet | | Email providing legal advice re restructuring of L&H financing and re bankruptcy. | AC, WP |
| DEXPRIV005021 | DEXPRIV005021 | English | Memo | 1/4/2001 | Akin, Gumps, Strauss, Hauer & Feld LLP | Creditors' Committee | | Memo transmitting legal advice re restructuring of L&H financing. | AC, WP |
| DEXPRIV005022 | DEXPRIV005034 | English | Draft agreement | Dec-00 | Ableco Finance LLC; LHSP | J. Skrzypczak LHSP | A. Brilhunt | Draft agreement reflecting the mental impression of an attorney re restructuring of L&H financing. | AC, WP |
| DEXPRIV005035 | DEXPRIV005035 | Dutch | Email | 11/21/2000 | P. Van Tiggel | C. Piret | K. Van Riet, F. Saverys | Email providing legal advice re loan security and re collateral. | AC, WP |
| | | Dutch | Email | 11/21/2000 | K. Van Riet | P. Van Tiggel | F. Saverys | Email providing legal advice re loan security and seizures; re claims pledging agreement. | AC, WP |
| DEXPRIV005036 | DEXPRIV005036 | Dutch | Email | 11/22/2000 | P. Van Tiggel | K. Van Riet | C. Piret, F. Saverys | Email providing legal advice re loan settlement. | AC, WP |
| | | Dutch | Email | 11/22/2000 | K. Van Riet | P. Van Tiggel | C. Piret, F. Saverys | Email providing legal advice re loan settlement. | AC, WP |
| DEXPRIV005037 | DEXPRIV005038 | Dutch | Email | 11/20/2000 | P. Van Tiggel, K. Van Riet | C. Piret | | Email providing legal advice re security agreement; collateral; pledging agreements; loan security; loan settlement. | AC, WP |
| DEXPRIV005039 | DEXPRIV005040 | | | | | | | Intentional gap. | |

1/23/2006

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV005041 | DEXPRIV005041 | Dutch | Email | 11/20/2000 | K. Van Riet | J. Blomkwist | C. Piret, P. Van Tiggel, F. Saverys | Email providing legal advice re loan settlement. | AC, WP |
| DEXPRIV005042 | DEXPRIV005045 | English | Fax | 11/27/2000 | KBC Bank and Artesia | R. Pieper, J. Duerden, J. Skrzypczak | | Fax providing legal advice re loan security. | AC, WP |
| DEXPRIV005046 | DEXPRIV005047 | Dutch | Draft press release | 11/27/2000 | Artesia Bank | | | Draft press release with handwritten marginalia reflecting the mental impression of an attorney re loan security. | AC, WP |
| DEXPRIV005048 | DEXPRIV005049 | English | Meeting minutes | 11/26/2000 | | | | Minutes reflecting the mental impression of an attorney re loan security; contains handwritten marginalia. | AC, WP |
| DEXPRIV005050 | DEXPRIV005051 | English | Draft fax | 11/24/2000 | Artesia and KBC Bank | J. Duerden, J. Skrzypczak | | Draft fax providing legal advice re loan security. | AC, WP |
| DEXPRIV005052 | DEXPRIV005052 | Dutch | Cover note | 11/25/2000 | J. Vankeerberghen | P. Cordonnier | | Cover note with draft fax providing legal advice re loan security; contains handwritten marginalia. | AC, WP |
| DEXPRIV005053 | DEXPRIV005057 | English | Fax | 11/25/2000 | J. Nelissen Grade, J. Verbist, C. Sunt | J. Verkerberghen | C. Piret | Draft fax reflecting the mental impression of attorneys re loan security. | AC, WP |
| DEXPRIV005058 | DEXPRIV005058 | English | Email | | J. Verbist | B. Lamiroy | | Email transmitting legal advice re LHSP. | AC, WP |
| | | English | Email | 4/14/2003 | J. Verbist | M. Tanghe, | G. Vekeman, K. Van Riet, J. Vankeerberghen, E. Huyghe | Email providing legal advice re LHSP. Note: the names of some recipients are obscured because of a poor copy. | AC, WP |
| | | English | Email | 4/14/2003 | M. Tanghe | J. Verbist, K. Van Riet, J. Vankeerberghen, E. Hughe | G. Vekeman, K. Van Riet, J. vankeerberghen, E. Hughe | Email providing legal advice re LHSP. Note: the names of some recipients are obscured because of a poor copy. | AC, WP |
| DEXPRIV005059 | DEXPRIV005059 | English | Email | 4/14/2003 | J. Verbist | M. Tanghe, J. Verbist, J. Bakaert | G. Vekeman, B. Lamiroy, K. Van Riet, C. Schneider, J. Vankeerberghen, M. Curran, E. Huyghe, J. Bekaert | Email providing legal advice re same LHSP - KPMG issue. | AC, WP |

Page 253

1/23/2006

## Quaak v. Dexia and Related Cases
## Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
|  |  | English | Email | 4/14/2003 | M. Tanghe | J. Verbist, J. Bekaert | G. Vekeman, B. Lamiroy, K. Van Riet, C. Schneider, J. Vankeerberghen, M. Curran, E. Huyghe | Email providing information for the purpose of legal advice re LHSP litigation. | AC, WP |
| DEXPRIV005060 | DEXPRIV005062 | Dutch | Email | 4/11/2003 | J. Verbist | B. Lamiroy, K. van Riet |  | Email transmitting legal advice and request thereof re audit report. | AC, WP |
|  |  | English | Email | 4/10/2003 | J. Verbist | E. Huyghe, J. Verbist | M. Curran, M. Tanghe, W. Haeck, G. Vekeman, B. Lamiroy, K. van Riet, C. Schneider, J. Vankeerberghen, J. Bekaert | Email transmitting legal advice and request thereof re audit report. | AC, WP |
|  |  | English | Email | 4/9/2003 | E. Huyghe | J. Verbist | M. Curran, M. Tanghe, W. Haeck, G. Vekeman, B. Lamiroy, K. van Riet, C. Schneider, J. Vankeerberghen | Email requesting legal advice re audit report. | AC, WP |
| DEXPRIV005063 | DEXPRIV005064 | English | Email | 4/10/2003 | J. Verbist | M. Tanghe, E. Huyghe, W. Haeck, G. Vekeman, B. Lamiroy, K. van Riet, C. Schneider, J. Vankeerberghen | M. Curran | Email transmitting and providing legal advice and request thereof re audit report. | AC, WP |
|  |  | English | Email | 4/9/2003 | M. Curran | J. Verbist |  | Email providing and reflecting legal advice re audit report. | AC, WP |
| DEXPRIV005065 | DEXPRIV005069 | English | Email | 4/9/2003 | J. Verbist | B. Lamiroy |  | Email transmitting legal advice and request thereof re Creditors' Committee, L&H restructuring, plan, litigation strategy and audit report litigation. | AC, WP |

1/23/2006

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| | | English | Email | 4/9/2003 | J. Verbist | M. Tanghe, E. Huyghe, M. Curran, F. de Potter, D. de Bleser, K. Delerue, W. Haeck, S. Janaway, B. Lamiroy, K. van Riet, E. Matthews, B. Morison, L. Powell, C. Schneider, J. Vankeerberghen, G. Vekeman, K. Macours, J. Bekaert | T. Zink, C. Rivera | Email providing legal advice and request thereof, with marginalia reflecting the mental impressions of an attorney, re Creditors' Committee, L&H restructuring. plan, litigation strategy and audit report litigation. | AC, WP |
| | | English | Email | 4/8/2003 | T. Zink | J. Verbist | | Email transmitting and providing legal advice and request thereof re audit report litigation. | AC, WP |
| | | English | Email | 2/27/2003 | T. Zink | J. Verbist | M. Curran | Email transmitting and providing legal advice re litigation strategy and audit report litigation. | AC, WP |
| | | | Email | 2/13/2003 | M. Richmond | S. Rivera, A. Rosenblatt, H. Seife, J. Smolinsky, F. Vazquez, T. Zink | | Email transmitting information requested by an attorney for the purpose of basing legal advice upon, re audit report litigation. | AC, WP |
| | | English | Email | 2/13/2003 | Lexis Nexis Print Delivery | M. Richmond | | Information requested by an attorney for the purpose of basing legal advice upon, re audit report litigation. | |
| DEXPRIV005070 | DEXPRIV005073 | English | Memo | 10/16/2002 | T. Zink, J. Frattini | S. Loosveld | | Memorandum providing legal advice re audit report litigation. | AC, WP |
| DEXPRIV005074 | DEXPRIV005077 | English | Memo | 10/16/2002 | T. Zink, J. Frattini | S. Loosveld | | Memorandum providing legal advice re audit report litigation. | AC, WP |
| DEXPRIV005078 | DEXPRIV005108 | Dutch | Memo | 4/10/2001 | G. de Pestel, P. Colle | K. van Riet | | Memorandum providing legal advice re bankruptcy and re audit report. | AC, WP |
| DEXPRIV005109 | DEXPRIV005125 | Dutch | Memo | 6/26/2003 | K. van Riet, B. Lamiroy | A. Miller, M. Decamps, C. Piret, J. Martin | Y. Herinckx, S. Ryelandt, J. Vanderveen | Memorandum providing legal advice re restructuring of L&H financing, bankruptcy and dividing of funds, loan settlement and litigation strategy. | AC, WP |

1/23/2006

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV005126 | DEXPRIV005142 | French | Memo | 6/26/2003 | K. van Riet, B. Lamiroy | A. Miller, M. Decamps, C. Piret, J. Martin | Y. Herinckx, S. Ryelandt, J. Vanderveen | Memorandum providing legal advice re restructuring of L&H financing, bankruptcy and dividing of funds, loan settlement and litigation strategy. | AC, WP |
| DEXPRIV005143 | DEXPRIV005143 | Dutch | Email | 6/15/2003 | K. van Riet | A. de Roeck, B. Lamiroy | | Email, with attachments, providing legal advice re criminal investigation. | AC, WP |
| DEXPRIV005144 | DEXPRIV005144 | | | | | | | Intentional gap. | |
| DEXPRIV005145 | DEXPRIV005148 | Dutch | Memo | | B. Lamiroy, K. van Riet | A. Miller | | Draft memorandum with marginalia reflecting the mental impression of an attorney, providing legal advice re criminal investigation. | AC, WP |
| DEXPRIV005149 | DEXPRIV005155 | Dutch | Memo | 6/16/2003 | B. Lamiroy, K. van Riet | Committee L&H valuation. | | Draft memorandum with marginalia reflecting the mental impression of an attorney, providing legal advice re sale of assets, litigation issues, loan settlement and bankruptcy. | AC, WP |
| DEXPRIV005156 | DEXPRIV005160 | Dutch | Memo | 3/17/2003 | B. Lamiroy, K. van Riet | Committee L&H valuation. | | Draft memorandum with marginalia reflecting the mental impression of an attorney, providing legal advice re sale of assets, litigation issues, loan settlement and bankruptcy. | AC, WP |
| DEXPRIV005161 | DEXPRIV005161 | Dutch | Email | 9/27/2002 | A. de Roeck | K. van Riet, B. Lamiroy | A. Miller, C. Piret, F. Saverys | Email providing legal advice re bankruptcy settlement proposition. | AC, WP |
| DEXPRIV005162 | DEXPRIV005166 | Dutch | Memo | 7/23/2002 | B. Lamiroy, K. van Riet | A. Miller | | Memorandum providing legal advice re bankruptcy, sale of assets and loan settlement. | AC, WP |
| DEXPRIV005167 | DEXPRIV005170 | Dutch | Memo | 7/15/2002 | B. Lamiroy, K. van Riet | A. Miller | J. Martin, C. Piret | Memorandum providing legal advice re bankruptcy and sale of assets. | AC, WP |
| DEXPRIV005171 | DEXPRIV005174 | Dutch | Memo | 4/9/2002 | B. Lamiroy, K. van Riet | A. Miller | | Memorandum providing legal advice re bankruptcy and dividing of funds, loan settlement, loan insurance and litigation. | AC, WP |
| DEXPRIV005175 | DEXPRIV005176 | Dutch | Memo | | Legal Corporate | A. Miller | | Memorandum providing legal advice re bankruptcy and loan settlement. | AC, WP |
| DEXPRIV005177 | DEXPRIV005178 | Dutch | Memo | 12/11/2001 | K. van Riet, F. Saverys | J. Martin, C. Piret | | Memorandum providing legal advice re Dictaphone and bankruptcy. | AC, WP |
| DEXPRIV005179 | DEXPRIV005179 | Dutch | Memo | 10/26/2001 | K. van Riet, F. Saverys | J. Martin, C. Piret | | Memorandum providing legal advice re Dictaphone and bankruptcy. | AC, WP |
| DEXPRIV005180 | DEXPRIV005181 | Dutch | Memo | 10/19/2001 | K. van Riet, F. Saverys | J. Martin, C. Piret | | Memorandum providing legal advice re Dictaphone and bankruptcy. | AC, WP |
| DEXPRIV005182 | DEXPRIV005183 | Dutch | | 9/22/2001 | K. van Riet | Management Committee | | Memorandum providing legal advice re litigation strategy, lease, loan insurance, devaluation and loan settlement. | AC, WP |

1/23/2006

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV005184 | DEXPRIV005188 | English | Memo | 9/21/2001 | K. van Riet | | | Memorandum providing legal advice re L&H credit facilities, bankruptcy, SEC investigation, L&H restructuring. | AC, WP |
| DEXPRIV005189 | DEXPRIV005189 | English | Chart | | | | | Undated draft chart providing legal advice re L&H restructuring. | AC, WP |
| DEXPRIV005190 | DEXPRIV005195 | English | Memo | 9/13/2001 | K. van Riet | | | Memorandum providing legal advice re L&H credit facilities, bankruptcy, SEC investigation, L&H restructuring. | AC, WP |
| DEXPRIV005196 | DEXPRIV005196 | English | Chart | | | | | Undated draft chart providing legal advice re L&H restructuring. | AC, WP |
| DEXPRIV005197 | DEXPRIV005203 | English | Memo | 9/13/2001 | K. van Riet | | | Memorandum providing legal advice re L&H credit facilities, bankruptcy, SEC investigation, L&H restructuring. | AC, WP |
| | | English | Chart | | | | | Undated draft chart providing legal advice re L&H restructuring. | AC, WP |
| DEXPRIV005204 | DEXPRIV005209 | English | Memo | 9/13/2001 | K. van Riet | | | Memorandum, with handwritten marginalia reflecting the mental impression of an attorney, providing legal advice re L&H credit facilities, bankruptcy, SEC investigation, L&H restructuring. | AC, WP |
| DEXPRIV005210 | DEXPRIV005210 | English | Chart | | | | | Undated draft chart providing legal advice re L&H restructuring. | AC, WP |
| DEXPRIV005211 | DEXPRIV005212 | Dutch | Memo | 9/13/2001 | K. van Riet | Members of Credit Committee 1 | | Memo providing legal advice re L&H restructuring plan and credit insurance. | AC, WP |
| DEXPRIV005213 | DEXPRIV005214 | Dutch | Memo | 7/16/2001 | K. van Riet | C. Piret | F. Saverys | Memorandum providing legal advice re L&H credit facilities sale of assets, loan settlement. | AC, WP |
| DEXPRIV005215 | DEXPRIV005219 | Dutch | Memo | 4/13/2001 | K. van Riet | C. Piret | | Memorandum providing legal advice re audit report. | AC, WP |
| DEXPRIV005220 | DEXPRIV005222 | Dutch | Memo | 4/8/2001 | B. Lamiroy, K. van Riet | C. Piret | | Memorandum providing legal advice re L&H valuation. | AC, WP |
| DEXPRIV005223 | DEXPRIV005223 | Dutch | Memo | 2/1/2001 | K. van Riet | Members of Credit Committee 1 | | Memorandum transmitting legal advice re L&H litigation. | AC, WP |
| DEXPRIV005224 | DEXPRIV005225 | Dutch | Email | 1/31/2001 | K. van Riet | C. Piret, F. Saverys, P. van Tiggel, K. Herbots, B. Lamiroy | | Email providing legal advice re loan settlement and sale of assets. | AC, WP |

1/23/2006

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV005226 | DEXPRIV005226 | Dutch | Email | 1/31/2001 | K. van Riet | C. Piret, F. Saverys, P. van Tiggel, K. Herbots, B. Lamiroy | | Email providing legal advice re loan settlement, sale of assets and litigation strategy. | AC, WP |
| DEXPRIV005227 | DEXPRIV005227 | Dutch | Email | | K. van Riet | S. Loosveld, J. Verbist | D. Bruneel, C. Piret, F. Saverys, P. van Tiggel | Undated email requesting legal advice re loan settlement, sale of assets and litigation strategy. | AC, WP |
| DEXPRIV005228 | DEXPRIV005229 | Dutch | Memo | 4/12/2000 | K. van Riet | C. Piret | | Memorandum providing legal advice re bankruptcy and litigation strategy. | AC, WP |
| DEXPRIV005230 | DEXPRIV005232 | Dutch | Memo | 12/1/2000 | K. Herbots, K. van Riet | C. Piret | | Memorandum providing legal advice re bankruptcy and litigation strategy. | AC, WP |
| DEXPRIV005233 | DEXPRIV005233 | Dutch | Email | 1/23/2001 | K. van Riet | C. Decoutere | | Email providing legal advice and transmitting request thereof re restructuring of L&H financing and loan settlement. | AC, WP |
| | | Dutch | Email | 1/23/2001 | C. Decoutere | K. van Riet | E. de Gyns | Email requesting legal advice re restructuring of L&H financing and loan settlement. | AC, WP |
| DEXPRIV005234 | DEXPRIV005235 | Dutch | Memo | 12/11/2000 | Global credit risk Contentieux & Legal Corporate | L&H Devaluation Committee | | Fax transmitting memorandum, with marginalia reflecting the mental impressions of an attorney, providing legal advice re L&H debt, loan settlement, value of assets. Marginalia also indicate that memorandum was forwarded to C. Decoutere. | AC, WP |
| DEXPRIV005236 | DEXPRIV005236 | Dutch | Fax | 4/23/2001 | J. Verbist | K. van Riet, B. Lamiroy | | Fax with attachment providing legal advice re US litigation proceedings. | AC, WP |
| DEXPRIV005237 | DEXPRIV005238 | Dutch | Email | 3/29/2001 | C. Piret | F. Saverys, K. van Riet | | Email providing information requested by an attorney for the purpose of basing legal advice upon and transmitting legal advice re litigation strategy, restructuring of L&H financing and seizure. | AC, WP |
| | | Dutch | Email | 3/29/2001 | F. Saverys | K. van Riet, C. Piret | | Email transmitting legal advice re litigation strategy, restructuring of L&H financing and seizure. | AC, WP |
| | | Dutch | Email | 3/29/2001 | K. van Riet | C. Piret, F. Saverys | B. Lamiroy | Email providing legal advice re litigation strategy, restructuring of L&H financing and seizure. | AC, WP |
| DEXPRIV005239 | DEXPRIV005240 | Dutch | Email | 3/29/2001 | F. Saverys | K. van Riet, C. Piret | | Email transmitting legal advice re litigation strategy, restructuring of L&H financing and seizure. | AC, WP |

1/23/2006

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
|  | DEXPRIV005241 | Dutch | Email | 3/29/2001 | K. van Riet | C. Piret, F. Saverys | B. Lamiroy | Email providing legal advice re litigation strategy, restructuring of L&H financing and seizure. | AC, WP |
| DEXPRIV005241 |  | Dutch | Email | 3/17/2001 | K. van Riet | C. Piret, F. Saverys | B. Lamiroy | Email providing legal advice re US litigation strategy and seizure. | AC, WP |
| DEXPRIV005242 | DEXPRIV005245 | Dutch | Email | 3/7/2001 | S. Loosveld | K. van Riet, B. Lamiroy | J. Verbist | Email transmitting legal advice re litigation proceedings and re bankruptcy. | AC, WP |
|  |  | English | Email | 3/7/2001 | T. Zink | S. Loosveld, T. Zink | J. Verbist, H. Seife | Email transmitting and providing legal advice re litigation proceedings. | AC, WP |
|  |  | English | Email | 3/7/2001 | S. Loosveld | T. Zink | J. Verbist, H. Seife | Email requesting legal advice re litigation proceedings. | AC, WP |
|  |  | English | Email | 3/7/2001 | T. Zink | S. Loosveld, T. Zink | J. Verbist, H. Seife | Email providing legal advice re litigation strategy and bankruptcy. | AC, WP |
|  |  | English | Email | 3/7/2001 | S. Loosveld | T. Zink | J. Verbist, H. Seife | Email requesting legal advice re litigation strategy and bankruptcy. | AC, WP |
|  |  | English | Email | 3/7/2001 | T. Zink | S. Loosveld | J. Verbist, J. Verlinden, C. Sunt, C. Geys, J. Nelissen Grade, H. Seife | Email providing legal advice re litigation strategy and bankruptcy. | AC, WP |
|  |  | English | Email | 3/6/2001 | S. Loosveld | T. Zink | J. Verbist, J. Verlinden, C. Sunt, C. Geys, J. Nelissen Grade | Email requesting legal advice re litigation strategy and bankruptcy. | AC, WP |
| DEXPRIV005246 | DEXPRIV005247 | Dutch | Email | 3/1/2001 | K. van Riet | K. van Riet, B. Lamiroy, S. Loosveld | J. Verbist | Email transmitting legal advice and providing information to base legal advice upon re applicable law and bankruptcy. | AC, WP |
|  |  | Dutch | Email | 3/1/2001 | S. Loosveld | K. van Riet, B. Lamiroy | J. Verbist | Email providing information to base legal advice upon re applicable law and bankruptcy. | AC, WP |
| DEXPRIV005248 | DEXPRIV005251 | English | Email | 2/5/2001 | J. Lametz | B. Lamiroy |  | Email transmitting legal advice and requests thereof re pledge, litigation proceedings, restructuring of L&H financing, sale of assets and bankruptcy. | AC, WP |
|  |  | English | Email | 2/3/2001 | S. Loosveld | K. van Riet | J. Verbist, J. Verlinden | Email providing and transmitting legal advice re pledge, litigation proceedings, restructuring of L&H financing, sale of assets and bankruptcy. | AC, WP |
|  |  | English | Email | 2/3/2001 | S. Loosveld | H. Seife | J. Verbist, J. Verlinden, C. Geys, T. Zink | Email providing and transmitting legal advice re pledge, litigation proceedings, restructuring of L&H financing, sale of assets and bankruptcy. | AC, WP |

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| | | English | Email | 2/2/2001 | H. Seife | S. Loosveld | J. Verbist, J. Verlinden, C. Geys, T. Zink | Email providing and transmitting legal advice re pledge, litigation proceedings, restructuring of L&H financing, sale of assets and bankruptcy. | AC, WP |
| | | English | Email | 2/2/2001 | S. Loosveld | H. Seife, T. Zink | J. Verbist, J. Verlinden, C. Geys | Email providing and transmitting legal advice re pledge, litigation proceedings, restructuring of L&H financing, sale of assets and bankruptcy. | AC, WP |
| | | English | Email | 2/1/2001 | H. Seife | S. Loosveld | J. Verbist, J. Verlinden, C. Geys, C. Sunt, J. Nelissen Grade, T. Zink | Email providing legal advice re pledge, litigation proceedings, restructuring of L&H financing, sale of assets and bankruptcy. | AC, WP |
| DEXPRIV005252 | DEXPRIV005256 | | Email | 2/5/2001 | J. Lametz | B. Lamiroy | | Email transmitting legal advice and requests thereof re pledge, litigation strategy, litigation proceedings, restructuring of L&H financing, sale of assets and bankruptcy. | AC, WP |
| | | Dutch | Email | 2/4/2001 | K. van Riet | S. Loosveld | J. Verbist, J. Verlinden, C. Piret, F. Saverys, P. van Tiggel | Email providing and transmitting legal advice re pledge, litigation strategy, litigation proceedings, restructuring of L&H financing, sale of assets and bankruptcy. | AC, WP |
| | | English | Email | 2/3/2001 | S. Loosveld | K. van Riet | J. Verbist, J. Verlinden | Email providing and transmitting legal advice re pledge, litigation proceedings, restructuring of L&H financing, sale of assets and bankruptcy. | AC, WP |
| | | English | Email | 2/3/2001 | S. Loosveld | H. Seife | J. Verbist, J. Verlinden, C. Geys, T. Zink | Email providing and transmitting legal advice re pledge, litigation proceedings, restructuring of L&H financing, sale of assets and bankruptcy. | AC, WP |
| | | English | Email | 2/2/2001 | H. Seife | S. Loosveld | J. Verbist, J. Verlinden, C. Geys, T. Zink | Email providing and transmitting legal advice re pledge, litigation proceedings, restructuring of L&H financing, sale of assets and bankruptcy. | AC, WP |
| | | English | Email | 2/2/2001 | S. Loosveld | H. Seife, T. Zink | J. Verbist, J. Verlinden, C. Geys | Email providing and transmitting legal advice re pledge, litigation proceedings, restructuring of L&H financing, sale of assets and bankruptcy. | AC, WP |