*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| | | English | Email | 2/1/2001 | H. Seife | S. Loosveld | J. Verbist, J. Verlinden, C. Geys, C. Sunt, J. Nelissen Grade, T. Zink | Email providing legal advice re pledge, litigation proceedings, restructuring of L&H financing, sale of assets and bankruptcy. | AC, WP |
| | DEXPRIV005259 | | Email | 2/5/2001 | J. Lametz | B. Lamiroy | | Email transmitting legal advice and requests thereof re pledge and restructuring of L&H financing and transmitting legal advice re pledge, litigation proceedings, restructuring of L&H financing, sale of assets and bankruptcy. | AC, WP |
| | | Dutch | Email | 2/3/2001 | K. van Riet | D. Bruneel, C. Piret, F. Saverys, P. van Tiggel | | Email transmitting legal advice and requests thereof re pledge and restructuring of L&H financing and transmitting legal advice re pledge, litigation proceedings, restructuring of L&H financing, sale of assets and bankruptcy. | AC, WP |
| | | Dutch | Email | 2/3/2001 | S. Loosveld | K. van Riet | J. Verbist, J. Verlinden | Email providing and transmitting legal advice re pledge, litigation proceedings, restructuring of L&H financing, sale of assets and bankruptcy. | AC, WP |
| | | English | Email | 2/2/2001 | H. Seife | S. Loosveld | J. Verbist, J. Verlinden, C. Geys, T. Zink | Email providing and transmitting legal advice re pledge, litigation proceedings, restructuring of L&H financing, sale of assets and bankruptcy. | AC, WP |
| | | English | Email | 2/2/2001 | S. Loosveld | H. Seife, T. Zink | J. Verbist, J. Verlinden, C. Geys | Email providing and transmitting legal advice re pledge, litigation proceedings, restructuring of L&H financing, sale of assets and bankruptcy. | AC, WP |
| | | English | Email | 2/1/2001 | H. Seife | S. Loosveld | J. Verbist, J. Verlinden, C. Geys, C. Sunt, J. Nelissen Grade, T. Zink | Email providing legal advice re pledge, litigation proceedings, restructuring of L&H financing, sale of assets and bankruptcy. | AC, WP |
| DEXPRIV005260 | DEXPRIV005263 | | Email | 2/5/2001 | J. Lametz | B. Lamiroy | | Email transmitting legal advice and requests thereof re litigation. strategy and transmitting legal advice re pledge, litigation proceedings, restructuring of L&H financing, sale of assets and bankruptcy. | AC, WP |

*Quaak v. Dexia* and Related Cases
Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| | | Dutch | Email | 2/3/2001 | K. van Riet | D. Bruneel, C. Piret, F. Saverys, P. van Tiggel | J. Verbist, S. Loosveld, J. Verlinden | Email transmitting legal advice and requests thereof re litigation. strategy and transmitting legal advice re pledge, litigation proceedings, restructuring of L&H financing, sale of assets and bankruptcy. | AC, WP |
| | | Dutch | Email | 2/3/2001 | S. Loosveld | K. van Riet | J. Verbist, J. Verlinden | Email providing and transmitting legal advice re pledge, litigation proceedings, restructuring of L&H financing, sale of assets and bankruptcy. | AC, WP |
| | | English | Email | 2/3/2001 | S. Loosveld | H. Seife | J. Verbist, J. Verlinden, C. Geys, T. Zink | Email providing and transmitting legal advice re pledge, litigation proceedings, restructuring of L&H financing, sale of assets and bankruptcy. | AC, WP |
| | | English | Email | 2/2/2001 | H. Seife | S. Loosveld | J. Verbist, J. Verlinden, C. Geys, T. Zink | Email providing and transmitting legal advice re pledge, litigation proceedings, restructuring of L&H financing, sale of assets and bankruptcy. | AC, WP |
| | | English | Email | 2/2/2001 | S. Loosveld | H. Seife, T. Zink | J. Verbist, J. Verlinden, C. Geys | Email providing and transmitting legal advice re pledge, litigation proceedings, restructuring of L&H financing, sale of assets and bankruptcy. | AC, WP |
| | | English | Email | 2/1/2001 | H. Seife | S. Loosveld | J. Verbist, J. Verlinden, C. Geys, C. Sunt, J. Nelissen Grade, T. Zink | Email providing legal advice re pledge, litigation proceedings, restructuring of L&H financing, sale of assets and bankruptcy. | AC, WP |
| DEXPRIV005264 | DEXPRIV005264 | Dutch | Email | 2/5/2001 | K. van Riet | D. Bruneel, C. Piret | F. Saverys, P. van Tiggel, B. Lamiroy | Email providing legal advice re bankruptcy, Dictaphone and credit insurance. | AC, WP |
| DEXPRIV005265 | DEXPRIV005265 | Dutch | Fax | 1/31/2001 | J. Verbist | K. van Riet, B. Lamiroy | | Fax transmitting information for the purpose of obtaining legal advice re L&H credit agreements. | AC, WP |
| DEXPRIV005266 | DEXPRIV005267 | English | Fax | 1/31/2001 | J. Verbist | T. Zink, H. Seife | | Fax providing information for the purpose of obtaining legal advice re L&H credit agreements. | AC, WP |
| DEXPRIV005268 | DEXPRIV005268 | Dutch | Email | 1/31/2001 | K. van Riet | C. Piret, F. Saverys, P. van Tiggel, K. Herbots, B. Lamiroy | | Email providing legal advice re loan settlement and sale of assets. | AC, WP |

1/23/2006

## Quaak v. Dexia and Related Cases
## Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV005269 | DEXPRIV005269 | English | Email | 1/28/2001 | T. Zink | P. Cordonnier, P. van Tiggel, K. van Riet, K. Herbots, S. Loosveld, C. Geys, C. Sunt, J. Verlinden, J. Verbist, J. Nelissen Grade | H. Seife | Email with attachment providing legal advice re litigation proceedings. | AC, WP |
| DEXPRIV005270 | DEXPRIV005272 | English | Memo | 1/27/2001 | T. Zink | P. Cordonnier, P. van Tiggel, K. van Riet, K. Herbots, S. Loosveld, C. Geys, C. Sunt, J. Verlinden, J. Verbist, J. Nelissen Grade | H. Seife | Memorandum providing legal advice re bankruptcy litigation proceedings. | AC, WP |
| DEXPRIV005273 | DEXPRIV005273 | English | Email | 1/27/2001 | T. Zink | P. Cordonnier, P. van Tiggel, K. van Riet, K. Herbots, M. Curran, W. Haeck, M. Tanghe, D. de Bleser, E. Huyghe, V. Vercaigne, C. Geys, C. Sunt, S. Loosveld, J. Verlinden, J. Verbist, J. Nelissen Grade | H. Seife, J. Smolinsky | Email with attachment providing legal advice re restructuring of L&H financing, bankruptcy. | AC, WP |

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV005274 | DEXPRIV005276 | English | Memo | 1/26/2001 | T. Zink | P. Cordonnier, P. van Tiggel, K. van Riet, K. Herbots, M. Curran, W. Haeck, M. Tanghe, D. de Bleser, E. Huyghe, V. Vercaigne, C. Geys, C. Sunt, S. Loosveld, J. Verlinden, J. Verbist, J. Nelissen Grade | H. Seife, J. Smolinsky | Memorandum providing legal advice re restructuring of L&H financing, bankruptcy. | AC, WP |
| DEXPRIV005277 | DEXPRIV005278 | | Email | 12/11/2001 | K. van Riet | C. Piret, P. van Tiggel, F. Saverys, B. Lamiroy | | Email transmitting legal advice re pledge, bankruptcy, litigation strategy and Creditors' Committee. | AC, WP |
| | | English | Email | 12/11/2001 | J. Verbist | T. Zink, H. Seife, S. Loosveld, J. Verlinden, P. Cordonnier, K. van Riet, K. Macours, V. Vercaigne, M. Curran, E. Huyghe, M. Tanghe, H. Liemen, J. Vankeerberghen, D. de Bleser, J. Nelissen Grade, C. Sunt, C. Geys | | Email providing legal advice re pledge, bankruptcy, litigation strategy and Creditors' Committee. | AC, WP |

1/23/2006

## Quaak v. Dexia and Related Cases
### Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| | | English | Email | 12/8/2001 | T. Zink | J. Verbist, S. Loosveld, J. Verlinden, P. Cordonnier, K. van Riet, K. Macours, V. Vercaigne, M. Curran, E. Huyghe, M. Tanghe, H. Liemen, J. Vankeerberghen | | Email with attachments providing legal advice re shareholders' meeting. | AC, WP |
| DEXPRIV005279 | DEXPRIV005279 | Dutch | Email | 3/12/2001 | F. Saverys | K. van Riet, C. Piret | B. Lamiroy | Email providing information requested by an attorney upon which to base legal advice re US bankruptcy litigation and litigation proceedings. | AC, WP |
| | | Dutch | Email | 3/12/2001 | K. van Riet | C. Piret, F. Saverys | B. Lamiroy | Email providing legal advice re US bankruptcy litigation and litigation proceedings. | AC, WP |
| DEXPRIV005280 | DEXPRIV005282 | | Email | 2/5/2001 | J. Lametz | B. Lamiroy | | Email transmitting legal advice and requests thereof re litigation. strategy and transmitting legal advice re pledge, litigation proceedings, restructuring of L&H financing, sale of assets and bankruptcy. | AC, WP |
| | | Dutch | Email | 2/3/2001 | S. Loosveld | K. van Riet | J. Verbist, J. Verlinden | Email providing and transmitting legal advice re pledge, litigation proceedings, restructuring of L&H financing, sale of assets and bankruptcy. | AC, WP |
| | | English | Email | 2/2/2001 | H. Seife | S. Loosveld | J. Verbist, J. Verlinden, C. Geys, T. Zink | Email providing and transmitting legal advice re pledge, litigation proceedings, restructuring of L&H financing, sale of assets and bankruptcy. | AC, WP |
| | | English | Email | 2/2/2001 | S. Loosveld | H. Seife, T. Zink | J. Verbist, J. Verlinden, C. Geys | Email providing and transmitting legal advice re pledge, litigation proceedings, restructuring of L&H financing, sale of assets and bankruptcy. | AC, WP |
| DEXPRIV005283 | DEXPRIV005322 | English | Court Submission | 4/8/2001 | A. Landis, H. Seife, T. Zink | | | Draft Memorandum of Law. | WP |
| DEXPRIV005323 | DEXPRIV005334 | English | Court Submission | 4/7/2001 | J. Verbist | | | Draft Declaration. | WP |
| DEXPRIV005335 | DEXPRIV005335 | | Email | 4/9/2001 | K. van Riet | B. Lamiroy | | Email transmitting legal advice re L&H litigation and affidavit. | AC, WP |

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| | | English | Email | 4/6/2001 | S. Loosveld | T. Zink | K. van Riet, T. Hall, J. Verbist | Email with attachment providing legal advice re L&H litigation and affidavit. | AC, WP |
| | | English | Email | 4/6/2001 | J. Nogay | J. Verbist, S. Loosveld | T. Hall | Email providing legal advice re L&H litigation and affidavit. | AC, WP |
| DEXPRIV005336 | DEXPRIV005338 | English | Court Submission | 4/5/2001 | J. Verbist | | | Draft Declaration. | AC, WP |
| DEXPRIV005339 | DEXPRIV005339 | | Email | 4/9/2001 | K. van Riet | B. Lamiroy | | Email transmitting legal advice re L&H litigation and affidavit. | AC, WP |
| | | English | Email | 4/6/2001 | S. Loosveld | T. Zink | K. van Riet, T. Hall, J. Verbist | Email with attachment providing legal advice re L&H litigation and affidavit. | AC, WP |
| | | English | Email | 4/6/2001 | J. Nogay | J. Verbist, S. Loosveld | T. Hall | Email providing legal advice re L&H litigation and affidavit. | AC, WP |
| DEXPRIV005340 | DEXPRIV005350 | English | Court Submission | 4/5/2001 | J. Verbist | | | Draft Declaration. | AC, WP |
| DEXPRIV005351 | DEXPRIV005351 | | Email | 4/9/2001 | K. van Riet | B. Lamiroy | | Email transmitting legal advice re L&H litigation and affidavit. | AC, WP |
| | | Dutch | Email | 4/6/2001 | S. Loosveld | K. van Riet | J. Verbist | Email with attachment providing legal advice re L&H litigation and affidavit. | AC, WP |
| | | English | Email | 4/6/2001 | J. Nogay | J. Verbist, S. Loosveld | T. Hall | Email providing legal advice re L&H litigation and affidavit. | AC, WP |
| DEXPRIV005352 | DEXPRIV005360 | English | Court Submission | 4/5/2001 | J. Verbist | | | Draft Declaration. | AC, WP |
| DEXPRIV005361 | DEXPRIV005361 | Dutch | Fax | 11/19/2001 | S. Loosveld | K. van Riet, B. Lamiroy | | Fax with attachment transmitting minutes of bankers' meeting dated 11/29/2000 re litigation issues. | AC, WP |
| DEXPRIV005362 | DEXPRIV005362 | English | Minutes | | | | | Draft minutes of bankers' meeting dated 8/22/2001 re L&H litigation strategy. | AC, WP |

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV005363 | DEXPRIV005363 | English | Email | 8/1/2001 | D. de Bleser | M. Vancoillie, M. Tanghe, V. Vercaigne, M. Curran, F. van Steenwinkel, E. Huyghe, K. Macours, F. de Potter, J. Vandensteen, G. Vekeman, J. Vankeerberghen, C. Schneider, K. van Riet, H. Liemen, J. Verbist, B. Lamiroy, T. Zink, H. Seife, E. Matthews, A. Rosenblatt, S. Loosveld | | Email transmitting minutes of conference call of L&H banking consortium dated 7/25/2001 providing legal advice re L&H restructuring, L&H litigation issues. | AC, WP |
| DEXPRIV005364 | DEXPRIV005364 | English | Minutes | | | | | Minutes of conference call of L&H banking consortium dated 7/13/2001 providing legal advice e L&H litigation strategy and restructuring of L&H financing. | AC, WP |
| DEXPRIV005365 | DEXPRIV005365 | English | Minutes | | | | | Minutes of conference call of L&H banking consortium dated 7/13/2001 providing legal advice e L&H litigation strategy and restructuring of L&H financing. | AC, WP |

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV005366 | DEXPRIV005366 | English | Fax | 6/1/2001 | D. de Bleser | F. Sercu, L. Mesuere, F. van Steenwinkel, V. Vercaigne, F. de Potter, G. Vekeman, K. Macours, P. van Tiggel, K. van Riet, J. Vankeerberghen, C. Schneider, H. Liemen, K. Diederich, M. Kaiser | | Fax transmitting minutes of meeting of L&H banking consortium providing legal advice re restructuring of L&H financing. | AC, WP |
| DEXPRIV005367 | DEXPRIV005367 | English | Fax | 5/29/2001 | | F. Sercu, L. Mesuere, F. van Steenwinkel, V. Vercaigne, F. de Potter, G. Vekeman, K. Macours, P. van Tiggel, K. van Riet, J. Vankeerberghen, C. Schneider, H. Liemen, K. Diederich, M. Kaiser | | Fax transmitting draft minutes of meeting of L&H banking consortium providing legal advice re restructuring of L&H financing. | AC, WP |

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV005368 | DEXPRIV005368 | English | Fax | 3/13/2001 | D. de Bleser | F. Sercu, L. Mesuere, F. van Steenwinkel, V. Vercaigne, F. de Potter, G. Vekeman, K. Macours, P. van Tiggel, K. van Riet, J. Vankeerberghen, C. Schneider, H. Liemen, K. Diederich, M. Kaiser | | Fax transmitting minutes of meeting of L&H banking consortium providing legal advice re restructuring of L&H financing, loan settlement, L&H litigation strategy, bankruptcy and Creditors' Committee. | AC, WP |
| DEXPRIV005369 | DEXPRIV005369 | English | Minutes | | | | | Minutes of conference call of L&H banking consortium dated 9/25/2001 providing legal advice re sale of assets, Dictaphone Board of Directors and bankruptcy. | AC, WP |
| DEXPRIV005370 | DEXPRIV005370 | English | Fax | 3/12/2001 | D. de Bleser | F. Sercu, L. Mesuere, F. van Steenwinkel, V. Vercaigne, F. de Potter, G. Vekeman, K. Macours, P. van Tiggel, K. van Riet, J. Vankeerberghen, C. Schneider, H. Liemen, K. Diederich, M. Kaiser | | Fax transmitting draft minutes of meeting of L&H banking consortium providing legal advice re restructuring of L&H financing, loan settlement, L&H litigation strategy, bankruptcy and Creditors' Committee. | AC, WP |

1/23/2006

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV005371 | DEXPRIV005371 | English | Fax | 3/12/2001 | D. de Bleser | F. Serou, L. Mesuere, F. van Steenwinkel, V. Vercaigne, F. de Potter, G. Vekeman, K. Macours, P. van Tiggel, K. van Riet, J. Vankeerberghen, C. Schneider, H. Liemen, K. Diederich, M. Kaiser | | Fax transmitting draft minutes of meeting of L&H banking consortium providing legal advice re restructuring of L&H financing, loan settlement, L&H litigation strategy, bankruptcy and Creditors' Committee. | AC, WP |
| DEXPRIV005372 | DEXPRIV005373 | English | Minutes | | | | | Minutes of meeting of L&H banking consortium dated 1/24/2001 providing legal advice re restructuring of L&H financing, interest payment and litigation issues. | AC, WP |
| DEXPRIV005374 | DEXPRIV005374 | English | Fax | 1/17/2001 | D. de Bleser | F. Serou, L. Mesuere, F. van Steenwinkel, V. Vercaigne, F. de Potter, G. Vekeman, K. Macours, P. van Tiggel, K. van Riet, J. Vankeerberghen, C. Schneider, H. Liemen, K. Diederich | | Fax transmitting minutes of meetings of L&H banking consortium providing legal advice re valuation of assets, bankruptcy, L&H litigation strategy and restructuring of L&H financing. | AC, WP |

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV005375 | DEXPRIV005375 | English | Fax | 1/15/2001 | D. de Bleser | F. Sercu, L. Mesuere, F. van Steenwinkel, V. Vercaigne, F. de Potter, G. Vekeman, K. Macours, P. van Tiggel, K. van Riet, J. Vankeerberghen, C. Schneider, H. Liemen, K. Diederich | | Fax transmitting draft minutes of meetings of L&H banking consortium providing legal advice re sale of assets, L&H litigation strategy and restructuring of L&H financing. | AC, WP |
| DEXPRIV005376 | DEXPRIV005376 | English | Minutes | | | | | Draft minutes of meeting of L&H banking consortium dated 1/15/2001 providing legal advice re restructuring of L&H financing. | AC, WP |
| DEXPRIV005377 | DEXPRIV005377 | English | Fax | 1/15/2001 | D. de Bleser | F. Sercu, L. Mesuere, F. van Steenwinkel, V. Vercaigne, F. de Potter, G. Vekeman, K. Macours, P. van Tiggel, K. van Riet, J. Vankeerberghen, C. Schneider, H. Liemen, K. Diederich | | Fax transmitting draft minutes of meetings of L&H banking consortium providing legal advice re sale of assets, L&H litigation strategy and restructuring of L&H financing. | AC, WP |
| DEXPRIV005378 | DEXPRIV005378 | Dutch | Fax | 1/9/2001 | K. van Riet | D. de Bleser | | Fax providing legal advice re minutes of meeting of L&H banking consortium providing legal advice re procedural issues. | AC, WP |

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV005379 | DEXPRIV005379 | English | Fax | 1/3/2001 | D. de Bleser | F. Sercou, L. Mesuere, F. van Steenwinkel, V. Vercaigne, A. Vercammen, F. de Potter, G. Vekeman, K. Macours, P. Cordonnier, P. Vermeiren, P. van Raemdonck, J. Vankeerberghen, C. Schneider, H. Liemen, K. Diederich | | Fax transmitting draft minutes of meeting of L&H banking consortium providing legal advice and request for legal advice, re L&H litigation strategy and restructuring of L&H financing. | AC, WP |
| DEXPRIV005380 | DEXPRIV005380 | English | Fax | 12/1/2000 | D. de Bleser | F. Sercou, L. Mesuere, F. van Steenwinkel, V. Vercaigne, A. Vercammen, J. Vandesteen, G. Vekeman, K. Macours, P. Cordonnier, P. Vermeiren, P. van Raemdonck, J. Vankeerberghen, C. Schneider, R. Haas, K. Diederich | | Fax transmitting draft minutes of meeting of L&H banking consortium providing legal advice re L&H litigation issues. | AC, WP |
| DEXPRIV005381 | DEXPRIV005381 | Dutch | Email | 12/28/2000 | K. Heyvaert | B. Lamiroy | | Email providing information requested by an attorney and transmitting request for legal advice re claims pledging agreement. | AC, WP |
| | | Dutch | Email | 12/28/2000 | B. Lamiroy | K. Heyvaert | | Email requesting information for purpose of basing legal advice upon re claims pledging agreement. | AC, WP |
| | | Dutch | Email | 12/28/2000 | K. Heyvaert | B. Lamiroy | P. Cordonnier | Email providing information requested by an attorney and transmitting request for legal advice re claims pledging agreement. | AC, WP |

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| | | Dutch | Email | 12/28/2000 | K. Heyvaert | P. Cordonnier, K. Heyvaert | P. Van Tiggel | Email, with marginalia reflecting the mental impressions of an attorney, requesting information for the purpose of basing legal advice upon re claims pledging agreement. | AC, WP |
| DEXPRIV005382 | DEXPRIV005382 | | | | | | | Intentional gap. | |
| DEXPRIV005383 | DEXPRIV005387 | Dutch | Memo | 4/13/2001 | K. van Riet | C. Piret | | Memorandum providing legal advice re L&H audit report. | AC, WP |
| DEXPRIV005388 | DEXPRIV005388 | Dutch | Email | | | C. Decoutere | | Undated email providing legal advice and transmitting request thereof re restructuring of L&H financing and loan settlement. | AC, WP |
| | | Dutch | Email | 1/23/2001 | C. Decoutere | K. van Riet | E. de Gyns | Email requesting legal advice re restructuring of L&H financing and loan settlement. | AC, WP |
| DEXPRIV005389 | DEXPRIV005390 | Dutch | Memo | 12/11/2000 | Global credit risk Contentieux & Legal Corporate | L&H Devaluation Committee | | Fax transmitting memorandum, with marginalia reflecting the mental impressions of an attorney, providing legal advice re L&H debt, loan settlement, value of assets. Marginalia also indicate that memorandum was forwarded to C. Decoutere. | AC, WP |
| DEXPRIV005391 | DEXPRIV005392 | Dutch | Memo | 12/11/2000 | | L&H Devaluation Committee | | Memorandum providing legal advice re L&H debt, loan settlement, value of assets. | AC, WP |
| DEXPRIV005393 | DEXPRIV005393 | Dutch | Email | 1/22/2001 | C. Decoutere | K. van Riet | E. de Gyns | Email requesting legal advice re L&H valuation. | AC, WP |
| DEXPRIV005394 | DEXPRIV005394 | Dutch | Email | 12/14/2000 | K. van Riet | C. Decoutere | | Email requesting and providing information to base legal advice upon re L&H valuation. | AC, WP |
| | | Dutch | Email | 12/14/2000 | C. Decoutere | K. van Riet | P. Van Tiggel | Email requesting and providing information to base legal advice upon re L&H valuation. | AC, WP |
| | | Dutch | Email | 12/14/2000 | P. van Tiggel | C. Decoutere | | Email providing information to base legal advice upon re L&H valuation. | AC, WP |
| | | Dutch | Email | 12/14/2000 | C. Decoutere | P. van Tiggel | | Email requesting information to base legal advice upon re L&H valuation. | AC, WP |
| DEXPRIV005395 | DEXPRIV005395 | Dutch | Email | 12/14/2000 | P. van Tiggel | C. Decoutere | | Email providing information to base legal advice upon re L&H valuation. | AC, WP |
| | | Dutch | Email | 12/14/2000 | C. Decoutere | P. van Tiggel | | Email requesting information to base legal advice upon re L&H valuation. | AC, WP |
| DEXPRIV005396 | DEXPRIV005396 | | Email | 4/17/2001 | P. Cordonnier | B. Lamiroy | | Email transmitting information at the request of an attorney advice re pledge. | AC, WP |

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| | DEXPRIV005397 | Dutch | Email | 4/17/2001 | P. Cordonnier | B. Lamiroy | | Email transmitting information at the request of an attorney re credit insurance. | AC, WP |
| DEXPRIV005397 | | Dutch | Email | 4/13/2001 | K. van Riet | C. Piret, F. Saverys | B. Lamiroy, P. Cordonnier | Email providing legal advice re credit insurance. | AC, WP |
| DEXPRIV005398 | DEXPRIV005398 | Dutch | Email | 2/4/2002 | J. Lametz | C. Piret, F. Saverys, A. Probst, J. Janssens, G. Dauwe | K. van Riet | Email with attachments providing legal advice re Radial financing. | AC, WP |
| DEXPRIV005399 | DEXPRIV005400 | Dutch | Memo | 2/4/2002 | K. van Riet | | | Memorandum providing legal advice re Radial financing. | AC, WP |
| DEXPRIV005401 | DEXPRIV005402 | Dutch | Memo | 2/4/2002 | K. van Riet | | | Memorandum providing legal advice re LHIC financing. | AC, WP |
| DEXPRIV005403 | DEXPRIV005403 | Dutch | Email | 12/6/2000 | K. van Riet | F. Saverys, P. van Tiggel, K. Herbots | | Email transmitting and providing legal advice re loan settlement. | AC, WP |
| | | Dutch | Email | 12/6/2000 | J. Blomkwist | J. van Broeckhoven, D. Waebens, H. Fledderus, A. Louwrier, K. van Riet, B. Lamiroy, M. Holtrop, W. van der Marel | | Email providing legal advice re loan settlement. | AC, WP |
| DEXPRIV005404 | DEXPRIV005404 | Dutch | Email | 1/11/2001 | J. Verbist | K. van Riet, J. Verbist, S. Loosveld | P. Van Tiggel | Email providing legal advice and transmitting request thereof re loan settlement. | AC, WP |
| | | Dutch | Email | 1/11/2001 | K. van Riet | J. Verbist, S. Loosveld | P. Van Tiggel | Email requesting legal advice re loan settlement. | AC, WP |
| DEXPRIV005405 | DEXPRIV005405 | Dutch | Email | 12/6/2000 | K. van Riet | F. Saverys, P. van Tiggel, K. Herbots | | Email transmitting and providing legal advice re loan settlement. | AC, WP |
| | | Dutch | Email | 12/6/2000 | J. Blomkwist | J. van Broeckhoven, D. Waebens, H. Fledderus, A. Louwrier, K. van Riet, B. Lamiroy, M. Holtrop, W. van der Marel | | Email providing legal advice re loan settlement. | AC, WP |

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV005406 | DEXPRIV005407 | Dutch | Email | 1/11/2001 | J. Verbist | K. van Riet, J. Verbist, S. Loosveld | P. Van Tiggel | Email providing legal advice and transmitting request thereof re loan settlement. | AC, WP |
| | | Dutch | Email | 1/11/2001 | K. van Riet | J. Verbist, S. Loosveld | P. Van Tiggel | Email requesting legal advice re loan settlement. | AC, WP |
| DEXPRIV005408 | DEXPRIV005408 | Dutch | Email | 1/11/2001 | K. van Riet | J. Verbist, S. Loosveld | P. Van Tiggel | Email requesting legal advice re loan settlement. | AC, WP |
| DEXPRIV005409 | DEXPRIV005409 | Dutch | Email | 1/10/2001 | K. van Riet | C. Piret, P. van Tiggel, K. Herbots | | Email transmitting legal advice re loan settlement. | AC, WP |
| | | Dutch | Email | 1/10/2001 | A. Louwrier | B. Lamiroy, J. van Broeckhoven, H. Fledderus, M. Holtrop, K. van Riet | R. de Hooge | Email providing legal advice re loan settlement. | AC, WP |
| DEXPRIV005410 | DEXPRIV005410 | Dutch | Email | 1/10/2001 | K. van Riet | C. Piret, F. Saverys, P. van Tiggel, K. Herbots | | Email providing legal advice re loan settlement. | AC, WP |
| DEXPRIV005411 | DEXPRIV005411 | Dutch | Fax | 12/1/2000 | J. Verbist, S. Loosveld | K. van Riet, P. Cordonnier | | Fax transmitting memorandum providing legal advice re loan settlement. | AC, WP |
| DEXPRIV005412 | DEXPRIV005416 | Dutch | Memo | 12/1/2000 | J. van Hees | A. Louwrier, J. Blomkwist | | Memorandum providing legal advice re loan settlement. | AC, WP |
| DEXPRIV005417 | DEXPRIV005417 | Dutch | Email | 6/17/2003 | K. van Riet | B. Lamiroy | | Email transmitting legal advice and request thereof re LHSP litigation. | AC, WP |
| | | Dutch | Email | 6/17/2003 | S. Ryelandt | K. van Riet | Y. Herinckx | Email providing legal advice and request thereof re litigation. | AC, WP |
| | | Dutch | Email | 6/17/2003 | K. van Riet | S. Ryelandt | B. Lamiroy | Email with attachment requesting legal advice and request thereof re litigation. | AC, WP |
| DEXPRIV005418 | DEXPRIV005419 | Dutch | Email | 11/28/2000 | K. van Riet | C. Piret, F. Saverys, P. van Tiggel, B. Lamiroy | | Email transmitting legal advice and requesting information to base further legal advice upon re loan settlement. | AC, WP |
| | | Dutch | Email | 11/28/2000 | S. Loosveld | K. van Riet, P. Cordonnier | | Email transmitting legal re loan settlement. | AC, WP |
| | | English | Email | 11/27/2000 | M. Loesch | J. Verbist, S. Loosveld | M. Hansen | Email providing legal advice re loan settlement. | AC, WP |
| DEXPRIV005420 | DEXPRIV005421 | | Email | 11/28/2000 | K. van Riet | C. Piret, F. Saverys, P. van Tiggel, B. Lamiroy | | Email transmitting legal advice re pledge. | AC, WP |
| | | Dutch | Email | 11/28/2000 | S. Loosveld | K. van Riet, P. Cordonnier | J. Verbist | Email providing and transmitting legal advice re pledge. | AC, WP |
| | | Dutch | Email | 11/27/2000 | R. Hermans | J. Verbist | | Email providing legal advice re pledge. | AC, WP |

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV005422 | DEXPRIV005423 | Dutch | Court Submission | 11/21/2000 | Swier & van der Weijden, bailiffs | | | Draft affidavit. | AC, WP |
| DEXPRIV005424 | DEXPRIV005427 | Dutch | Court Submission | 11/21/2000 | Swier & van der Weijden, bailiffs | | | Draft affidavit, with instructions. | AC, WP |
| DEXPRIV005428 | DEXPRIV005431 | Dutch | Email | 11/18/2000 | S. Loosveld | P. Cordonnier | J. Verbist | Email transmitting legal advice and request thereof re loan settlement. | AC, WP |
| | | Dutch | Email | 11/18/2000 | S. Loosveld | M. Kalff | J. Verbist, J. Hoevers | Email requesting legal advice and transmitting legal advice and request thereof re loan settlement. | AC, WP |
| | | Dutch | Email | 11/17/2000 | M. Kalff | S. Loosveld | J. Verbist, J. Hoevers | Email providing legal advice and transmitting request thereof re loan settlement. | AC, WP |
| DEXPRIV005432 | DEXPRIV005433 | Dutch | Email | 11/22/2000 | P. Cordonnier | K. van Riet, M. Colle | P. Van Tiggel | Email transmitting legal advice re loan settlement and exercise of collateral. | AC, WP |
| | | Dutch | Email | 11/22/2000 | S. Loosveld | P. Cordonnier | J. Verbist | Email providing legal advice re loan settlement and exercise of collateral. | AC, WP |
| | | Dutch | Email | 11/22/2000 | M. Kalff | S. Loosveld | J. Verbist, J. Hoevers | Email providing legal advice re loan settlement and exercise of collateral. | AC, WP |
| DEXPRIV005434 | DEXPRIV005434 | Dutch | Email | 11/22/2000 | P. van Tiggel | K. van Riet | C. Piret, F. Saverys | Email providing legal advice and transmitting request thereof re loan settlement and exercise of collateral. | AC, WP |
| | | Dutch | Email | 11/22/2000 | K. van Riet | P. van Tiggel | C. Piret, F. Saverys | Email requesting providing legal advice re loan settlement and exercise of collateral. | AC, WP |
| DEXPRIV005435 | DEXPRIV005435 | | Email | 11/21/2000 | K. van Riet | P. van Tiggel, F. Saverys, C. Piret | | Email transmitting legal advice re loan settlement. | AC, WP |
| | | Dutch | Email | 11/21/2000 | J. Blomkwist | K. van Riet | | Email providing legal advice re loan settlement and exercise of collateral. | AC, WP |
| DEXPRIV005436 | DEXPRIV005436 | Dutch | Email | | P. van Tiggel | J. Blomkwist, H. Fledderus | C. Piret, F. Saverys, A. Louwrier, K. van Riet, K. Herbots | Undated email providing and transmitting legal advice re loan settlement. | AC, WP |
| | | Dutch | Email | 11/21/2000 | J. Blomkwist | K. van Riet | C. Piret, F. Saverys, J. van Broeckhoven, A. Louwrier, D. Waebens, H. Fledderus | Email providing legal advice re loan settlement. | AC, WP |
| | | Dutch | Email | 11/21/2000 | K. van Riet | J. Blomkwist, A. Louwrier | | Incomplete email requesting legal advice re loan settlement. | AC, WP |

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV005437 | DEXPRIV005438 | Dutch | Email | 11/21/2000 | J. Blomkwist | K. van Riet | C. Piret, F. Saverys, J. van Broeckhoven, A. Louwrier, D. Waebens, H. Fledderus | Email providing legal advice and transmitting request thereof re loan settlement. | AC, WP |
| | | Dutch | Email | 11/21/2000 | K. van Riet | J. Blomkwist, A. Louwrier | | Email requesting legal advice re loan settlement. | AC, WP |
| DEXPRIV005439 | DEXPRIV005439 | Dutch | Email | 11/20/2000 | K. van Riet | J. Blomkwist | C. Piret, P. van Tiggel, F. Saverys | Email requesting legal advice re loan settlement. | AC, WP |
| DEXPRIV005440 | DEXPRIV005440 | Dutch | Email | 11/21/2000 | K. van Riet | J. Blomkwist, A. Louwrier | C. Piret, P. van Tiggel, F. Saverys | Email requesting legal advice re loan settlement. | AC, WP |
| DEXPRIV005441 | DEXPRIV005441 | | Email | 11/21/2000 | K. van Riet | P. van Tiggel, P. Cordonnier | | Email transmitting legal advice re loan settlement and exercise of collateral. | AC, WP |
| | | Dutch | Email | 11/21/2000 | B. Lamiroy | K. van Riet | | Email transmitting legal advice re loan settlement and exercise of collateral. | AC, WP |
| | | Dutch | Email | 11/21/2000 | M. Verfaellie | B. Lamiroy | | Email providing legal advice re loan settlement and exercise of collateral. | AC, WP |
| DEXPRIV005442 | DEXPRIV005442 | Dutch | Email | 11/14/2000 | K. Herbots | A. Louwrier | M. Colle, P. Cordonnier, P. van Tiggel | Email requesting legal advice re loan settlement. | AC, WP |
| DEXPRIV005443 | DEXPRIV005443 | Dutch | Email | 10/26/2000 | F. Saverys | A. Louwrier | P. Cordonnier, H. Fledderus, P. van Tiggel, K. Herbots, K. van Riet, M. Holtrop | Email providing information upon which to base legal advice re loan settlement. | AC, WP |
| DEXPRIV005444 | DEXPRIV005444 | Dutch | Email | 10/26/2000 | P. Cordonnier | A. Louwrier, B. Ferrand, K. van Riet, M. Colle, P. van Tiggel | P. Van Tiggel | Email requesting legal advice re pledge. | AC, WP |
| DEXPRIV005445 | DEXPRIV005445 | Dutch | Email | 10/26/2000 | P. Cordonnier | A. Louwrier | H. Fledderus, P. van Tiggel, K. Herbots, K. van Riet, M. Holtrop | Email providing information upon which to base legal advice re loan settlement. | AC, WP |
| DEXPRIV005446 | DEXPRIV005447 | Dutch | Email | 10/26/2000 | A. Louwrier | P. Cordonnier | H. Fledderus, P. van Tiggel, K. Herbots, K. van Riet, M. Holtrop | Email providing legal advice and transmitting request thereof re loan settlement. | AC, WP |

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| | | Dutch | Email | 10/26/2000 | P. Cordonnier | A. Louwrier | | Email requesting legal advice re loan settlement. | AC, WP |
| DEXPRIV005448 | | Dutch | Memo | 10/12/2000 | A. Louwrier | H. Fledderus, M. Holtrop | J. van Broeckhoven, D. Waebens | Memorandum providing legal advice re loan settlement. | AC, WP |
| DEXPRIV005451 | DEXPRIV005450 | Dutch | Email | 10/26/2000 | P. Cordonnier | A. Louwrier | H. Fledderus, P. van Tiggel, F. Saverys, K. Herbots, K. van Riet | Email requesting legal advice and providing information for the purpose of obtaining legal advice re loan settlement. | AC, WP |
| DEXPRIV005453 | DEXPRIV005452 | Dutch | Email | 10/24/2000 | K. Herbots | H. Fledderus | D. Waebens, M. Holtrop, A. Louwrier, P. van Tiggel, F. Saverys, P. Cordonnier | Email providing legal advice and transmitting information upon which legal advice is based re loan settlement. | AC, WP |
| | DEXPRIV005453 | Dutch | Email | 10/24/2000 | H. Fledderus | K. Herbots, F. Saverys, P. van Tiggel, P. Cordonnier | D. Waebens, M. Holtrop, A. Louwrier | Email with attachment providing legal advice and transmitting information upon which legal advice is based re loan settlement. | AC, WP |
| DEXPRIV005454 | DEXPRIV005454 | Dutch | Email | 10/24/2000 | H. Fledderus | K. Herbots, F. Saverys, P. van Tiggel, P. Cordonnier | | Email with attachment providing legal advice and transmitting information upon which legal advice is based re loan settlement. | AC, WP |
| DEXPRIV005455 | DEXPRIV005455 | Dutch | Letter | 10/20/2000 | Banque Artesia Nederland NV | J. vanden Abeele, G. Quaghebeur | | Draft letter transmitted for the purpose of obtaining legal advice re loan settlement. | AC, WP |
| DEXPRIV005456 | DEXPRIV005456 | Dutch | Email | 10/16/2000 | P. Cordonnier | H. Fledderus | P. van Tiggel, H. Fledderus, K. Herbots | Email requesting legal advice re loan collateral. | AC, WP |
| DEXPRIV005457 | DEXPRIV005457 | Dutch | Email | 10/16/2000 | P. Cordonnier | | P. van Tiggel, K. Herbots | Email with attachment requesting legal advice re loan settlement. | AC, WP |
| DEXPRIV005458 | DEXPRIV005459 | Dutch | Letter | | Artesia Banking Corporation NV | Banque Artesia Nederland NV | | Undated draft letter transmitted for the purpose of obtaining legal advice re loan settlement. | AC, WP |
| DEXPRIV005460 | DEXPRIV005460 | Dutch | Email | 8/29/2000 | P. Cordonnier | P. van Tiggel | | Email, with attachments, transmitting legal advice and request thereof re loan settlement. | AC, WP |
| | | Dutch | Email | 8/29/2000 | B. Ferrand | A. Probst | P. Cordonnier, H. Fledderus | Email, with attachment, providing legal advice and transmitting request thereof re loan settlement. | AC, WP |
| | | Dutch | Email | 8/28/2000 | P. Cordonnier | B. Ferrand | | Email requesting legal advice re loan settlement. | AC, WP |

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV005461 | DEXPRIV005461 | Dutch | Email | 1/24/2001 | P. Cordonnier | E. de Gyns, C. Decoutere | C. Piret, F. Saverys, P. van Tiggel | Email providing legal advice re audit report. | AC, WP |
| DEXPRIV005462 | DEXPRIV005463 | Dutch | Email | 1/24/2001 | P. Cordonnier | F. Saverys | P. van Tiggel | Email providing legal advice re audit report and re loan settlement. | AC, WP |
| DEXPRIV005464 | DEXPRIV005464 | Dutch | Email | 1/24/2001 | P. Cordonnier | P. van Tiggel | | Email providing legal advice re audit report and re loan settlement. | AC, WP |
| DEXPRIV005465 | DEXPRIV005465 | Dutch | Email | | P. van Tiggel | P. Cordonnier, K. Herbots | | Undated email transmitting legal advice re audit report. | AC, WP |
| | | Dutch | Email | 4/13/2001 | K. van Riet | C. Piret, F. Saverys | F. Dierckx, P. van Tiggel, B. Lamiroy | Email, with attachment, providing legal advice re audit report. | AC, WP |
| DEXPRIV005466 | DEXPRIV005470 | Dutch | Memo | 4/13/2001 | K. van Riet | C. Piret | | Memorandum providing legal advice re audit report. | AC, WP |
| DEXPRIV005471 | DEXPRIV005471 | Dutch | Email | 1/23/2001 | K. van Riet | C. Decoutere | | Email providing legal advice re restructuring of L&H financing, transfer of portfolio and loan settlement. | AC, WP |
| | | Dutch | Email | 1/23/2001 | C. Decoutere | K. van Riet | E. de Gyns | Email requesting legal advice re recovery, valuation of assets. | AC, WP |
| DEXPRIV005472 | DEXPRIV005473 | Dutch | Email | 10/31/2000 | P. Cordonnier | F. Saverys | K. van Riet, P. van Tiggel | Email providing and reflecting legal advice re restructuring of L&H financing, loan settlement, pledge, credit insurance and litigation strategy. | AC, WP |
| DEXPRIV005474 | DEXPRIV005477 | Dutch | Email | | P. Cordonnier | | | Undated email providing and reflecting legal advice re restructuring of L&H financing, pledge, L&H financial situation, loan settlement. | AC, WP |
| DEXPRIV005478 | DEXPRIV005490 | Dutch | Memo | | Linklaters & Alliance | Artesia Bank | | Memorandum providing legal advice re taxation. | AC, WP |
| DEXPRIV005491 | DEXPRIV005491 | French | Email | 12/27/2000 | S. Frei | P. Cordonnier | C. Piret, K. van Riet, P. van Tiggel | Email providing legal advice re taxation. | AC, WP |
| DEXPRIV005492 | DEXPRIV005492 | French | Email | 12/19/2000 | M. Lahaye | C. Piret | | Email, with attachment, providing legal advice re taxation and valuation. | AC, WP |
| DEXPRIV005493 | DEXPRIV005494 | French | Memo | 12/19/2000 | S. Frei | C. Piret | P. van Tiggel, J. Rome, Xavier M. K. van Riet, K. Herbots, P. Cordonnier, S. Decraene, L. Govaerts | Memorandum providing advice for the purpose of obtaining legal advice re taxation and valuation. | AC, WP |
| DEXPRIV005495 | DEXPRIV005495 | French | Email | 12/27/2000 | P. Cordonnier | S. Frei | K. van Riet, P. van Tiggel | Email, with attachments, transmitting legal advice from outside counsel. | AC, WP |

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| | | | Email | 12/22/2000 | C. Waerzeggers | K. van Riet, P. Cordonnier | J. Verbist, H. Vanhulle, S. Loosveld | Incomplete email transmitting legal advice. | AC, WP |
| DEXPRIV005496 | DEXPRIV005496 | Dutch | Email | 12/6/2000 | F. Dierckx | P. van Tiggel | S. Decoutere | Email transmitting information requested by an attorney to base legal advice upon re L&H valuation and litigation strategy. | AC, WP |
| | | Dutch | Email | 12/6/2000 | P. van Tiggel | F. Dierckx, C. Decoutere | C. Herbots, K. van Riet | Email requesting information to base legal advice upon re L&H valuation and litigation strategy. | AC, WP |
| DEXPRIV005497 | DEXPRIV005497 | English | Email | 11/27/2001 | P. van Tiggel | K. van Riet | R. Nachtegaele | Email requesting information to base legal advice upon and transmitting request for legal advice re valuation of assets. | AC, WP |
| | | English | Email | 11/27/2001 | R. Nachtegaele | P. van Tiggel | | Email requesting legal advice re valuation of assets. | AC, WP |
| DEXPRIV005498 | DEXPRIV005499 | Dutch | Bank guarantee | 7/23/2002 | Dexia Bank Belgie NV | Banque Artesia Nederland NV | | Draft bank guarantee sent to attorney for the purpose of obtaining legal advice re loan settlement. | AC, WP |
| DEXPRIV005500 | DEXPRIV005502 | Dutch | Bank guarantee | 7/24/2002 | Dexia Bank Belgie NV | Banque Artesia Nederland NV | | Draft bank guarantee sent to attorney for the purpose of obtaining legal advice re loan settlement. | AC, WP |
| DEXPRIV005503 | DEXPRIV005504 | Dutch | Bank guarantee | 7/26/2002 | Dexia Bank Belgie NV | Banque Artesia Nederland NV | | Draft bank guarantee sent to attorney for the purpose of obtaining legal advice re loan settlement. | AC, WP |
| DEXPRIV005505 | DEXPRIV005506 | Dutch | Bank guarantee | 7/19/2002 | Dexia Bank Belgie NV | Banque Artesia Nederland NV | | Draft bank guarantee sent to attorney for the purpose of obtaining legal advice re loan settlement. | AC, WP |
| DEXPRIV005507 | DEXPRIV005508 | Dutch | Memo | 2/4/2002 | K. van Riet | | | Memorandum providing legal advice re LHIC financing. | AC, WP |
| DEXPRIV005509 | DEXPRIV005509 | Dutch | Email | 9/24/2002 | C. Windey | DBB LOG/Arch CZ PZ Kant | | Email transmitting request for information by an attorney to base legal advice upon re loan settlement. | AC, WP |
| | | Dutch | Email | 9/24/2002 | L. van Herreweghe | DBB LOG/Zele KrDos ArchBeh | | Email with marginalia, requesting information on behalf of an attorney to base legal advice upon re loan settlement. | AC, WP |
| DEXPRIV005510 | DEXPRIV005513 | | | | | | | Intentional gap. | |
| DEXPRIV005514 | DEXPRIV005515 | Dutch | Email | 10/30/2002 | R. Coppens | B. Lamiroy | W. Wauters, R. Coppens | Email transmitting information to base legal advice upon re loan settlement. | AC, WP |
| DEXPRIV005516 | DEXPRIV005517 | Dutch | Email | 10/30/2002 | R. Coppens | B. Lamiroy | W. Wauters, R. Coppens | Email transmitting information to base legal advice upon re loan settlement. | AC, WP |
| DEXPRIV005518 | DEXPRIV005537 | | | | | | | Intentional gap. | |
| DEXPRIV005538 | DEXPRIV005538 | Dutch | Email | 10/24/2002 | B. Lamiroy | L. de Foer | K. van Riet, C. Decoutere, R. Coppens | Email providing legal advice re loan settlement. | AC, WP |