*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV005539 | DEXPRIV005539 | Dutch | Email | 10/24/2002 | B. Lamiroy | W. Wauters | K. van Riet, C. Decoutere, R. Coppens | Email providing legal advice re loan settlement. | AC, WP |
| DEXPRIV005540 | DEXPRIV005540 | Dutch | Email | 10/10/2002 | L. Nees | K. van Riet | B. Lamiroy | Email, with attachment, transmitting information prepared at the request of counsel re loan settlement. | AC, WP |
| DEXPRIV005541 | DEXPRIV005542 | Dutch | Memo | 10/9/2002 | L. Nees | K. van Riet | | Memorandum prepared at the request of counsel re loan settlement. | AC, WP |
| DEXPRIV005543 | DEXPRIV005543 | Dutch | Email | 10/10/2002 | L. Nees | K. van Riet | B. Lamiroy | Email, with attachment, transmitting information prepared at the request of counsel re loan settlement. | AC, WP |
| DEXPRIV005544 | DEXPRIV005544 | Dutch | Memo | 10/9/2002 | L. Nees | K. van Riet | | Memorandum prepared at the request of counsel re loan settlement. | AC, WP |
| DEXPRIV005545 | DEXPRIV005545 | French | Email | 10/4/2002 | B. Lejeune | K. van Riet | W. Wauters | Email transmitting information prepared at the request of counsel re loan settlement. | AC, WP |
| DEXPRIV005546 | DEXPRIV005546 | Dutch | Email | 9/26/2002 | P. Rabaey | B. Lamiroy | B. Ferrand | Email providing information requested by an attorney to base legal advice upon re L&H file and criminal investigation. | AC, WP |
| | | Dutch | Email | 9/26/2002 | B. Lamiroy | P. Rabaey, B. Ferrand | | Email requesting information to base legal advice upon re L&H file and criminal investigation; attaching nonresponsive incomplete email. | AC, WP |
| | | Dutch | Email | 9/26/2002 | A. Baert | B. Lamiroy, P. Vanderlinden, M. Kunnen, C. Lonneville | K. van Riet, L. van Herreweghe | Email providing information requested by an attorney to base legal advice upon re L&H file and criminal investigation. | AC, WP |
| DEXPRIV005547 | DEXPRIV005548 | Dutch | Email | 9/26/2002 | M. Kunnen | A. Baert, B. Lamiroy | K. van Riet, L. van Herreweghe | Email providing information requested by an attorney to base legal advice upon re L&H file and criminal investigation. | AC, WP |
| | | Dutch | Email | 9/26/2002 | A. Baert | B. Lamiroy, P. Vanderlinden, M. Kunnen, C. Lonneville | | Email providing information requested by an attorney to base legal advice upon re L&H file and criminal investigation. | AC, WP |
| | | Dutch | Email | 9/26/2002 | B. Lamiroy | P. Vanderlinden, M. Kunnen, C. Lonneville, A. Baert | | Email requesting information to base legal advice upon re L&H file and criminal investigation. | AC, WP |
| DEXPRIV005549 | DEXPRIV005549 | Dutch | Email | 9/26/2002 | B. Lamiroy | P. Rabaey, B. Ferrand | | Email requesting information to base legal advice upon re L&H file and criminal investigation. | AC, WP |
| | | Dutch | Email | 9/26/2002 | A. Baert | B. Lamiroy, P. Vanderlinden, M. Kunnen, C. Lonneville | K. van Riet, L. van Herreweghe | Email providing information requested by an attorney to base legal advice upon re L&H file and criminal investigation. | AC, WP |

1/23/2006

## Quaak v. Dexia and Related Cases
## Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| | | Dutch | Email | 9/26/2002 | B. Lamiroy | P. Vanderlinden, M. Kunnen, C. Lonneville, A. Baert | K. van Riet, L. van Herreweghe | Email requesting information to base legal advice upon re L&H file and criminal investigation. | AC, WP |
| DEXPRIV005550 | DEXPRIV005550 | Dutch | Email | 9/26/2002 | P. Vanderlinden | B. lamiroy | | Email providing information requested by an attorney to base legal advice upon re L&H file and criminal investigation. | AC, WP |
| | | Dutch | Email | 9/26/2002 | B. Lamiroy | P. Vanderlinden, M. Kunnen, C. Lonneville, A. Baert | K. van Riet, L. van Herreweghe | Email requesting information to base legal advice upon re L&H file and criminal investigation. | AC, WP |
| DEXPRIV005551 | DEXPRIV005551 | Dutch | Email | 9/26/2002 | A. Baert | B. Lamiroy, P. Vanderlinden, M. Kunnen, C. Lonneville | K. van Riet, L. van Herreweghe | Email providing information requested by an attorney to base legal advice upon re L&H file and criminal investigation. | AC, WP |
| | | Dutch | Email | 9/26/2002 | B. Lamiroy | P. Vanderlinden, M. Kunnen, C. Lonneville, A. Baert | K. van Riet, L. van Herreweghe | Email requesting information to base legal advice upon re L&H file and criminal investigation. | AC, WP |
| DEXPRIV005552 | DEXPRIV005552 | Dutch | Email | 9/26/2002 | B. Lamiroy | P. Vanderlinden, M. Kunnen, C. Lonneville, A. Baert | K. van Riet, L. van Herreweghe | Email requesting information to base legal advice upon re L&H file and criminal investigation. | AC, WP |
| DEXPRIV005553 | DEXPRIV005553 | Dutch | Email | 10/26/2002 | L. van Herreweghe | DBB LOG/Zele KrDos ArchBeh | B. Lamiroy | Email requesting information at the request of an attorney re L&H litigation. | AC, WP |
| DEXPRIV005554 | DEXPRIV005555 | French | Email | 6/12/2002 | A. Bidoul | J. Lametz | | Email providing information at the request of an attorney for the purpose of basing legal advice upon, re account activity. | AC, WP |
| | | French | Email | 6/10/2002 | J. Lametz | W. Derijck | | Email requesting information on behalf of an attorney for the purpose of basing legal advice upon, re account activity. | AC, WP |
| | | French | Email | 6/10/2002 | W. Derijck | J. Lametz | | Email providing information at the request of an attorney for the purpose of basing legal advice upon, re account activity. | AC, WP |
| | | French | Email | 6/10/2002 | J. Lametz | W. Derijck | | Email requesting information on behalf of an attorney for the purpose of basing legal advice upon, re account activity. | AC, WP |
| DEXPRIV005556 | DEXPRIV005556 | French | Statement | 6/10/2002 | Dexia | | | Account statement historic overview with marginalia reflecting the mental impressions of an attorney. | AC, WP |

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV005557 | DEXPRIV005557 | French | Email | | W. Derijck | A. Bidoul | | Undated email transmitting request for information on behalf of an attorney to provide legal advice upon re account activity. | AC, WP |
| | | French | Email | 6/10/2002 | W. Derijck | J. Lametz | | Email providing information at the request of an attorney for the purpose of basing legal advice upon, re account activity. | AC, WP |
| | | French | Email | 6/10/2002 | J. Lametz | W. Derijck | | Email requesting information on behalf of an attorney for the purpose of basing legal advice upon, re account activity. | AC, WP |
| DEXPRIV005558 | DEXPRIV005558 | French | Statement | 6/7/2002 | Dexia | | | Account statement historic overview with marginalia reflecting the mental impressions of an attorney. | AC, WP |
| DEXPRIV005559 | DEXPRIV005560 | | | | | | | Intentional gap. | |
| DEXPRIV005561 | DEXPRIV005561 | Dutch | Fax | 10/10/2002 | K. van Riet | J. Verbist | | Fax transmitting information for the purpose of obtaining legal advice re loan settlement. | AC, WP |
| DEXPRIV005562 | DEXPRIV005562 | Dutch | Chart | | | | | Undated chart, with marginalia reflecting the mental impressions of an attorney, transmitted to attorney for the purpose of obtaining legal advice re loan settlement. | AC, WP |
| DEXPRIV005563 | DEXPRIV005563 | Dutch | Wire | | | | | Wire order, with marginalia reflecting the mental impressions of an attorney, re loan settlement. | AC, WP |
| DEXPRIV005564 | DEXPRIV005564 | | | | | | | Intentional gap. | |
| DEXPRIV005565 | DEXPRIV005565 | Dutch | Email | 10/26/2002 | L. van Herreweghe | DBB LOG/Arch CZ PZ Kant | | Email transmitting request for information at the request of an attorney re L&H litigation, with marginalia indicating action undertaken by archive. | AC, WP |
| | | Dutch | Email | 10/26/2002 | N. van Puyvelde | L. van Herreweghe | | Email transmitting request for information at the request of an attorney re L&H litigation. | AC, WP |
| | | Dutch | Email | 10/26/2002 | L. van Herreweghe | DBB LOG/Zele KrDos ArchBeh | B. Lamiroy | Email requesting information at the request of an attorney re L&H litigation. | AC, WP |
| DEXPRIV005566 | DEXPRIV005569 | English | Transcript | 3/13/2001 | | | | Transcript of deposition, with marginalia reflecting the mental impressions of an attorney, re criminal investigation. | AC, WP |
| DEXPRIV005570 | DEXPRIV005575 | Dutch | Email | 8/21/2003 | B. Ferrand | K. van Riet, B. Lamiroy | | Email transmitting information requested by an attorney to base legal advice upon re loan settlement. | AC, WP |

## Quaak v. Dexia and Related Cases
## Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| | | Dutch | Email | 8/6/2003 | B. Lamiroy | F. Saverys, B. Ferrand | K. van Riet | Email transmitting information requested by an attorney to base legal advice upon re loan settlement. | AC, WP |
| | | English | Email | 8/1/2003 | I. Chia | B. Lamiroy | K. van Riet, T. Chuan | Email, with attachments, with marginalia reflecting the mental impressions of an attorney, requesting information to base legal advice upon, with response embedded in request, re loan settlement. | AC, WP |
| DEXPRIV005576 | DEXPRIV005578 | | | | | | | Intentional gap. | |
| DEXPRIV005579 | DEXPRIV005579 | Dutch | Handwritten notes | | | | | Undated handwritten notes reflecting the mental impressions of an attorney re transfers and loan settlement. | WP |
| DEXPRIV005580 | DEXPRIV005580 | Dutch | Email | 7/25/2003 | B. Lamiroy | Y. Herinckx, S. Ryelandt, L. Legein, PV@lexnet.be | V. Sneyers, K. van Riet | Email transmitting information for the purpose of obtaining legal advice re loan settlement. | AC, WP |
| DEXPRIV005581 | DEXPRIV005581 | Dutch | Chart | | | | | Undated chart transmitted to attorney for the purpose of obtaining legal advice re L&H relationship. | AC, WP |
| DEXPRIV005582 | DEXPRIV005582 | Dutch | Email | 6/30/2003 | S. Heyvaert, V. Sneyers | B. Lamiroy | A. de Roeck | Email providing information requested by an attorney for the purpose of basing legal advice upon re L&H relationship. | AC, WP |
| DEXPRIV005583 | DEXPRIV005584 | Dutch | Chart | | | | | Spreadsheet transmitting information requested by an attorney to base legal advice upon re L&H relationship. | AC, WP |
| DEXPRIV005585 | DEXPRIV005585 | Dutch | Chart | | | | | Spreadsheet transmitting information requested by an attorney to base legal advice upon re L&H relationship. | AC, WP |
| DEXPRIV005586 | DEXPRIV005587 | Dutch | Handwritten notes | | | | | Undated handwritten notes reflecting the mental impressions of an attorney re transfers and loan settlement. | WP |
| DEXPRIV005588 | DEXPRIV005588 | Dutch | Email | 7/18/2003 | S. Heyvaert, V. Sneyers | K. van Riet | | Email with attachment transmitting information for the purpose of obtaining legal advice re L&H relationship. | AC, WP |
| DEXPRIV005589 | DEXPRIV005589 | Dutch | Email | 6/26/2003 | G. van Muylem | V. Sneyers | | Email providing information requested by an attorney for the purpose of basing legal advice upon re L&H relationship. | AC, WP |
| | | Dutch | Email | 6/26/2003 | S. Heyvaert, V. Sneyers | G. van Muylem | | Email requesting information requested by an attorney for the purpose of basing legal advice upon re L&H relationship. | AC, WP |
| DEXPRIV005590 | DEXPRIV005608 | Dutch, French | Chart | 6/26/2003 | | | | Chart prepared at the request of counsel re L&H relationship. | WP |

## Quaak v. Dexia and Related Cases
## Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV005609 | DEXPRIV005611 | Dutch | Chart | | | | | Chart prepared at the request of counsel re L&H relationship, with marginalia reflecting the mental impressions of an attorney re same. | AC, WP |
| DEXPRIV005612 | DEXPRIV005612 | Dutch | Chart | | | | | Chart prepared at the request of counsel re L&H relationship, with marginalia reflecting the mental impressions of an attorney re same. | AC, WP |
| DEXPRIV005613 | DEXPRIV005614 | Dutch | Chart | | | | | Chart prepared at the request of counsel re L&H relationship, with marginalia reflecting the mental impressions of an attorney re same. | AC, WP |
| DEXPRIV005615 | DEXPRIV005621 | | | | | | | Intentional gap. | |
| DEXPRIV005622 | DEXPRIV005622 | Dutch | Email | 6/26/2003 | G. van Muylem | V. Sneyers | | Email transmitting information requested by an attorney for the purpose of basing legal advice upon re L&H relationship. | AC, WP |
| DEXPRIV005623 | DEXPRIV005630 | Dutch | Chart | | | | | Chart prepared at the request of counsel re L&H relationship, with marginalia reflecting the mental impressions of an attorney re same. | AC, WP |
| DEXPRIV005631 | DEXPRIV005631 | Dutch | Email | | G. van Muylem | V. Sneyers | | Email transmitting information requested by an attorney for the purpose of basing legal advice upon re L&H relationship. | AC, WP |
| DEXPRIV005632 | DEXPRIV005635 | Dutch | Chart | | | | | Chart prepared at the request of counsel re L&H relationship, with marginalia reflecting the mental impressions of an attorney re same. | AC, WP |
| DEXPRIV005636 | DEXPRIV005639 | Dutch | Chart | | | | | Chart prepared at the request of counsel re L&H relationship, with marginalia reflecting the mental impressions of an attorney re same. | AC, WP |
| DEXPRIV005640 | DEXPRIV005643 | Dutch | Chart | | | | | Chart prepared at the request of counsel re L&H relationship, with marginalia reflecting the mental impressions of an attorney re same. | AC, WP |
| DEXPRIV005644 | DEXPRIV005647 | Dutch | Chart | | | | | Chart prepared at the request of counsel re L&H relationship, with marginalia reflecting the mental impressions of an attorney re same. | AC, WP |
| DEXPRIV005648 | DEXPRIV005651 | Dutch | Chart | | | | | Chart prepared at the request of counsel re L&H relationship, with marginalia reflecting the mental impressions of an attorney re same. | AC, WP |
| DEXPRIV005652 | DEXPRIV005654 | Dutch | Chart | | | | | Chart prepared at the request of counsel re L&H relationship, with marginalia reflecting the mental impressions of an attorney re same. | AC, WP |
| DEXPRIV005655 | DEXPRIV005655 | Dutch | Email | 6/23/2003 | G. van Muylem | V. Sneyers | | Email providing and transmitting information requested by an attorney for the purpose of basing legal advice upon re L&H relationship. | AC, WP |

1/23/2006

## Quaak v. Dexia and Related Cases
### Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV005656 | DEXPRIV005659 | Dutch | Chart | | | | | Chart prepared at the request of counsel re L&H relationship. | AC, WP |
| DEXPRIV005660 | DEXPRIV005660 | French | Email | 6/23/2003 | C. Gentinne | V. Sneyers | G. van Muylem | Email providing and transmitting information requested by an attorney for the purpose of basing legal advice upon re L&H relationship. | AC, WP |
| DEXPRIV005661 | DEXPRIV005662 | English | Chart | | | | | Chart prepared at the request of counsel re L&H relationship. | AC, WP |
| DEXPRIV005663 | DEXPRIV005667 | Dutch | Memo | 7/24/2002 | B. Lamiroy, K. van Riet, A. de Roeck | C. Piret, J. Martin | | Memorandum providing legal advice re Belgian litigation and bankruptcy. | AC, WP |
| DEXPRIV005668 | DEXPRIV005672 | Dutch | Memo | 7/23/2002 | B. Lamiroy, K. van Riet | C. Piret | | Memorandum providing legal advice re L&H financial situation, litigation proceedings and loan settlement. | AC, WP |
| DEXPRIV005673 | DEXPRIV005673 | Dutch | Chart | | Dexia Legal Department | | | Undated chart reflecting the mental impressions of an attorney re L&H financial situation, litigation strategy. | AC, WP |
| DEXPRIV005674 | DEXPRIV005674 | Dutch | Memo | | | | | Memorandum, with marginalia reflecting the mental impressions of an attorney, providing legal advice re criminal investigation. | AC, WP |
| DEXPRIV005675 | DEXPRIV005676 | Dutch | Memo | 2/4/2002 | K. van Riet | | | Memorandum providing legal advice re Radial financing. | AC, WP |
| DEXPRIV005677 | DEXPRIV005678 | Dutch | Memo | 2/4/2002 | K. van Riet | | | Memorandum providing legal advice re LHIC financing. | AC, WP |
| DEXPRIV005679 | DEXPRIV005680 | Dutch | Fax | 11/17/2000 | D. de Bleser | F. Sercu, L. Mesuere, F. van Steenwinkel, V. Vercaigne, A. Vercammen, J. Vandesteen, G. Vekeman, P. Cordonnier, P. Vermeiren, P. van Raemdonck, J. van Keerberghen, C.Schneider, R. Haas, K. Diederich | | Fax, with attachment, providing legal advice re restructuring of L&H loan. | AC, WP |

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV005681 | DEXPRIV005682 | Dutch | Fax | 11/17/2000 | D. de Bleser | F. Sercu, L. Mesuere, F. van Steenwinkel, V. Vercaigne, A. Vercammen, J. Vandesteen, G. Vekeman, P. Cordonnier, P. Vermeiren, P. van Raemdonck, J. van Keerberghen, C. Schneider, R. Haas, K. Diederich | | Fax, with attachment, providing legal advice re restructuring of L&H loan. | AC, WP |
| DEXPRIV005683 | DEXPRIV005683 | | | | | | | Intentional gap. | |
| DEXPRIV005684 | DEXPRIV005684 | Dutch | Email | 2/2/2001 | K. van Riet | C. Piret, F. Saverys, P. van Tiggel, K. Herbots, B. Lamiroy | | Email transmitting and providing legal advice re restructuring of L&H financing and litigation proceedings. | AC, WP |
| DEXPRIV005685 | DEXPRIV005685 | Dutch | Email | 2/2/2001 | K. van Riet | C. Piret, F. Saverys, P. van Tiggel | | Email transmitting and providing legal advice re Belgian litigation proceedings. | AC, WP |
| | | English | Email | 2/2/2001 | S. Loosveld | K. van Riet | J. Verbist, J. Verlinden, C. Geys | Email transmitting legal advice re Belgian litigation proceedings. | AC, WP |
| | | English | Email | 2/2/2001 | S. Loosveld | H. Seife, T. Zink | J. Verbist, J. Verlinden, C. Geys | Email providing legal advice re Belgian litigation proceedings. | AC, WP |
| DEXPRIV005686 | DEXPRIV005693 | Dutch | Email | 2/5/2001 | K. van Riet | F. Saverys, P. van Tiggel | | Email transmitting legal advice and request thereof re litigation and restructuring of L&H financing, Belgian and US litigation proceedings, pledges, criminal investigation and general L&H litigation issues. | AC, WP |
| | | Dutch | Email | 2/4/2001 | J. Verbist | S. Loosveld, K. van Riet | J. Verlinden | Email providing legal advice and request thereof re litigation and restructuring of L&H financing, Belgian and US litigation proceedings, pledges, criminal investigation and general L&H litigation issues. | AC, WP |

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| | | Dutch | Email | 2/4/2001 | S. Loosveld | K. van Riet | J. Verbist, J. Verlinden | Email providing legal advice and request thereof re restructuring of L&H financing, Belgian and US litigation proceedings, pledges, criminal investigation and general L&H litigation issues. | AC, WP |
| | | Dutch | Email | 2/4/2001 | K. van Riet | S. Loosveld | J. Verbist, J. Verlinden, C. Piret, F. Saverys, P. van Tiggel | Email requesting legal advice re restructuring of L&H financing, Belgian and US litigation proceedings, pledges and general L&H litigation issues. | AC, WP |
| | | Dutch | Email | 2/3/2001 | S. Loosveld | K. van Riet | J. Verbist, J. Verlinden | Email transmitting request for legal advice re restructuring of L&H financing, Belgian and US litigation proceedings, pledges and general L&H litigation issues. | AC, WP |
| | | English | Email | 2/3/2001 | S. Loosveld | H. Seife | J. Verbist, J. Verlinden, C. Geys, T. Zink | Email requesting legal advice re restructuring of L&H financing, Belgian and US litigation proceedings, pledges and general L&H litigation issues. | AC, WP |
| | | English | Email | 2/2/2001 | H. Seife | S. Loosveld | J. Verbist, J. Verlinden, C. Geys, T. Zink | Email providing legal advice re litigation proceedings and transmitting request thereof. | AC, WP |
| | | English | Email | 2/2/2001 | S. Loosveld | H. Seife, T. Zink | J. Verbist, J. Verlinden, C. Geys | Email requesting legal advice re litigation proceedings. | AC, WP |
| | | English | Email | 2/1/2001 | H. Seife | S. Loosveld | Verlinden, J. Verbist, C. Geys, C. Sunt, J. Nelissen Grade | Email providing legal advice re litigation proceedings. | AC, WP |
| DEXPRIV005694 | DEXPRIV005694 | Dutch | Email | 1/23/2001 | K. van Riet | C. Decoutere | | Email, with marginalia reflecting the mental impressions of an attorney, providing legal advice and transmitting request thereof re restructuring of L&H financing and loan settlement. | AC, WP |
| | | Dutch | Email | 1/23/2001 | C. Decoutere | K. van Riet | E. de Gyns | Email, with marginalia reflecting the mental impressions of an attorney, requesting legal advice re restructuring of L&H financing and loan settlement. | AC, WP |
| DEXPRIV005695 | DEXPRIV005699 | Dutch | Email | 12/13/2000 | K. van Riet | C. Piret, P. van Tiggel, F. Saverys | | Email transmitting and providing legal advice re restructuring of L&H financing, litigation strategy and loan security. | AC, WP |
| | | Dutch | Email | 12/13/2000 | S. Loosveld | K. van Riet | | Email providing legal advice re restructuring of L&H financing, litigation strategy and loan security. | AC, WP |

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV005700 | DEXPRIV005701 | | Email | 12/8/2000 | K. van Riet | P. van Tiggel, F. Saverys, B. Lamiroy | | Email transmitting legal advice re Creditors' Committee, bankruptcy and class action litigation proceedings. | AC, WP |
| | | English | Email | 12/7/2000 | H. Seife | K. Macours | V. Vercaigne, M. Tanghe, E. Huyghe, P. Cordonnier, K. van Riet, J. Verbist, S. Loosveld, J. Vankeerberghen, H. Liemen, T. Zink, H. Seife | Email providing legal advice re Creditors' Committee, bankruptcy and class action litigation proceedings. | AC, WP |
| DEXPRIV005702 | DEXPRIV005703 | Dutch | Memo | 12/4/2000 | K. van Riet | C. Piret | | Memorandum providing legal advice re bankruptcy, audit report and restructuring of L&H financing. | AC, WP |
| DEXPRIV005704 | DEXPRIV005704 | Dutch | Fax | 11/30/2000 | J. Verlinden, J. Nelissen Grade | J. Vankeerberghen, V. Vercaigne, M. Tanghe, K. Macours, P. Cordonnier | | Fax, with attachment, providing legal advice re Belgian litigation. | AC, WP |
| DEXPRIV005705 | DEXPRIV005706 | Dutch | Email | 11/28/2000 | K. van Riet | C. Piret, F. Saverys, P. van Tiggel, K. Herbots, B. Lamiroy | | Email providing and transmitting legal advice re loan settlement. | AC, WP |
| | | Dutch | Email | 11/28/2000 | S. Loosveld | K. van Riet, P. Cordonnier | J. Verbist | Email providing and transmitting legal advice re loan settlement. | AC, WP |
| | | English | Email | 11/27/2000 | M. Loesch | J. Verbist, S. Loosveld | M. Hansen | Email providing legal advice re loan settlement. | AC, WP |
| DEXPRIV005707 | DEXPRIV005707 | Dutch | Fax | 11/27/2000 | J. Blomkwist | K. van Riet, B. Lamiroy | | Fax with attachment transmitting legal advice and requesting information to base legal advice upon re seizures. | AC, WP |
| DEXPRIV005708 | DEXPRIV005708 | Dutch | Fax | 11/27/2000 | J. Blomkwist | K. van Riet, B. Lamiroy | | Fax transmission report with image of first page of fax transmitting legal advice and requesting information to base legal advice upon re seizures. | AC, WP |
| DEXPRIV005709 | DEXPRIV005709 | Dutch | Fax | 11/24/2000 | J. Blomkwist | K. van Riet | | Fax transmission report with image of first page of fax transmitting legal advice re loan settlement. | AC, WP |
| DEXPRIV005710 | DEXPRIV005710 | Dutch | Fax | 11/24/2000 | J. Blomkwist | K. van Riet | | Fax transmitting legal advice re loan settlement. | AC, WP |

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV005711 | DEXPRIV005712 | Dutch | Court Submission | 11/21/2000 | Swier & van der Weijden, bailiffs | | | Draft affidavit. | AC, WP |
| DEXPRIV005713 | DEXPRIV005716 | Dutch | Court Submission | 11/21/2000 | Swier & van der Weijden, bailiffs | | | Draft affidavit with instructions. | AC, WP |
| DEXPRIV005717 | DEXPRIV005717 | Dutch | Email | 8/13/2003 | K. van Riet | J. Holvoet, M. Vancaillie, J. van Loock, J. Cloes, H. Dewerdt, F. Dierckx | B. Lamiroy, DBB Jur/AKWBL Task Force | Email providing legal advice re litigation issues. | AC, WP |
| DEXPRIV005718 | DEXPRIV005719 | Dutch | Email | 2/13/2001 | P. Rabaey | B. Lamiroy | | Email providing information prepared at the request of an attorney and transmitting request thereof re credit facility. | AC, WP |
| | | Dutch | Email | 2/12/2001 | B. Lamiroy | P. Rabaey | K. van Riet, illegible | Email requesting information to base legal advice upon re credit facility. | AC, WP |
| DEXPRIV005720 | DEXPRIV005722 | Dutch | Email | 4/11/2001 | P. Rabaey | K. van Riet | | Email transmitting information prepared at the request of an attorney re litigation strategy. | AC, WP |
| DEXPRIV005723 | DEXPRIV005723 | Dutch | Email | 4/17/2001 | P. Cordonnier | P. van Tiggel, K. Herbots, P. Rabaey | | Email transmitting request for information by an attorney to base legal advice upon re credit insurance. | AC, WP |
| | | Dutch | Email | 4/13/2001 | P. Cordonnier | C. Piret, F. Saverys | B. Lamiroy, P. Cordonnier | Email requesting information by an attorney to base legal advice upon re credit insurance. | AC, WP |
| DEXPRIV005724 | DEXPRIV005724 | Dutch | Email | 7/26/2001 | P. Rabaey | B. Lamiroy | | Email transmitting information requested by an attorney to base legal advice upon re loan settlement. | AC, WP |
| | | French | Email | 7/14/2000 | P. Rabaey | C. Piret | | Email, with attachment, containing information requested by an attorney to base legal advice upon re loan settlement. | AC, WP |
| DEXPRIV005725 | DEXPRIV005726 | Dutch | Memo | 9/26/2002 | M. Kunnen | | | Memorandum requested by an attorney to base legal advice upon re loan settlement. | AC, WP |
| DEXPRIV005727 | DEXPRIV005727 | Dutch | Email | 9/26/2002 | A. Baert | A. Baert, B. Lamiroy, P. Vanderlinden, C. Lonneville | K. van Riet, L. van Herreweghe | Email providing information requested by an attorney to base legal advice upon re L&H file and criminal investigation. | AC, WP |
| | | Dutch | Email | | | B. Lamiroy, P. Vanderlinden, M. Kunnen, C. Lonneville | K. van Riet, L. van Herreweghe | Email transmitting information requested by an attorney to base legal advice upon re L&H file and criminal investigation. | AC, WP |

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV005728 | | Dutch | Email | 9/26/2002 | B. Lamiroy | P. Vanderlinden, M. Kunnen, C. Lonneville, A. Baert | K. van Riet, L. van Herreweghe | Email requesting information to base legal advice upon re L&H file and criminal investigation. | AC, WP |
| DEXPRIV005728 | DEXPRIV005728 | Dutch | Email | 9/26/2002 | C. Lonneville | B. Lamiroy, P. Vanderlinden, M. Kunnen, A. Baert | K. van Riet, L. van Herreweghe | Email transmitting information requested by an attorney to base legal advice upon re L&H file and criminal investigation. | AC, WP |
| | | Dutch | Email | 9/26/2002 | B. Lamiroy | P. Vanderlinden, M. Kunnen, C. Lonneville, A. Baert | K. van Riet, L. van Herreweghe | Email requesting information to base legal advice upon re L&H file and criminal investigation. | AC, WP |
| DEXPRIV005729 | DEXPRIV005731 | French | Memo | 8/17/2001 | X. Michel | S. Decraene | | Memorandum providing legal advice re audit of related company. | AC, WP |
| DEXPRIV005732 | DEXPRIV005732 | | | | | | | Intentional gap. | |
| DEXPRIV005733 | DEXPRIV005733 | French | Email | 1/18/2001 | X. Michel | G. Milants | | Email providing legal advice re Belgian compliance. | AC, WP |
| DEXPRIV005734 | DEXPRIV005734 | | | | | | | Intentional gap. | |
| DEXPRIV005735 | DEXPRIV005736 | Dutch | Email | 3/11/2003 | P. Cordonnier | N. van Hove | | Email providing legal advice re exercise of pledge | AC, WP |
| DEXPRIV005737 | DEXPRIV005737 | Dutch | Memo | 10/3/2000 | M. Colle | P. Cordonnier | | Memorandum providing legal advice re exercise of pledge. | AC, WP |
| DEXPRIV005738 | DEXPRIV005757 | | | | | | | Intentional gap. | |
| DEXPRIV005757 | DEXPRIV005759 | French | Memo | 7/30/2003 | ARCA | B. Lamiroy | | Memorandum providing legal advice re loan settlement. | AC, WP |
| DEXPRIV005760 | DEXPRIV005764 | | | | | | | Intentional gap. | |
| DEXPRIV005765 | DEXPRIV005766 | Dutch | Minutes | 7/16/2003 | | Vanderveeren, S. Ryelandt, Y. Herinckx, A. de Roeck | | Minutes of meeting providing legal advice re litigation strategy, criminal investigation, share transactions. | AC, WP |
| DEXPRIV005767 | DEXPRIV005768 | Dutch | Minutes | 7/22/2003 | K. van Riet, B. Lamiroy | | | Minutes of meeting providing legal advice re litigation strategy, criminal investigation, shareholders' litigation, L&H relationship, loan settlement, share transactions. | AC, WP |
| DEXPRIV005769 | DEXPRIV005776 | | | | | | | Intentional gap. | |
| DEXPRIV005777 | DEXPRIV005780 | Dutch | Minutes | 8/12/2003 | K. van Riet, B. Lamiroy | | | Minutes of meeting providing legal advice re litigation strategy, criminal investigation, audit, loan settlement, share transactions. | AC, WP |
| DEXPRIV005781 | DEXPRIV005835 | | | | | | | Intentional gap. | |

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV005836 | DEXPRIV005839 | Dutch | Minutes | 8/6/2003 | K. van Riet, B. Lamiroy | | | Minutes of meeting providing legal advice re litigation strategy, criminal investigation, audit, loan settlement, loan repayment. | AC, WP |
| DEXPRIV005840 | DEXPRIV005846 | | | | | | | Intentional gap. | |
| DEXPRIV005847 | DEXPRIV005850 | Dutch | Memo | 8/9/2003 | K. van Riet, B. Lamiroy | Counsel | | Minutes of counsel meeting providing legal advice re Belgian accounting, litigation proceedings and strategy, loan repayment. | AC, WP |
| DEXPRIV005851 | DEXPRIV005861 | | | | | | | Intentional gap. | |
| DEXPRIV005862 | DEXPRIV005862 | French | Memo | 7/4/2003 | A. de Roeck, B. Lamiroy | A. Miller | | Draft memorandum providing legal advice re bankruptcy, loan settlement, restructuring of L&H financing, loan settlement, criminal investigation and litigation strategy. | AC, WP |
| DEXPRIV005881 | DEXPRIV005889 | French | Memo | 7/4/2003 | A. de Roeck, B. Lamiroy | A. Miller | | Draft memorandum providing legal advice re bankruptcy, loan settlement, restructuring of L&H financing, loan settlement, criminal investigation and litigation strategy. | AC, WP |
| DEXPRIV005900 | DEXPRIV005907 | Dutch | Memo | 6/16/2003 | K. van Riet, B. Lamiroy | Members of Devaluations Committee | | Memorandum with marginalia, providing legal advice re bankruptcy, litigation strategy, loan settlement, loan repayment, restructuring of L&H financing. | AC, WP |
| DEXPRIV005908 | DEXPRIV005912 | | | | | | | Intentional gap. | |
| DEXPRIV005913 | DEXPRIV005914 | Dutch | Handwritten notes | | | | | Undated handwritten notes reflecting the mental impressions of an attorney preparing legal advice re Belgian compliance. | WP |
| DEXPRIV005915 | DEXPRIV005931 | Dutch | Memo | 6/26/2003 | K. van Riet, B. Lamiroy | A. Miller, C. Piret, J. Martin | Y. Herinckx, S. Ryelandt, Vanderveeren | Note providing legal advice re L&H litigation. | AC, WP |
| DEXPRIV005932 | DEXPRIV005950 | French | Memo | 7/4/2003 | A. de Roeck, B. Lamiroy | A. Miller | | Draft memorandum providing legal advice re bankruptcy, loan settlement, restructuring of L&H financing, loan settlement, criminal investigation and litigation strategy. | AC, WP |
| DEXPRIV005951 | DEXPRIV005951 | | | | | | | Intentional gap. | |

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV005964 | DEXPRIV005965 | French | Email | 10/31/2002 | B. Lejeune | K. van Riet | E. Messely, B. Lamiroy, J. Dubois, L. de Foer | Email transmitting information at the request of an attorney re loan repayment. | AC, WP |
| | | Dutch, French | Email | 10/25/2002 | W. Wauters | B. Lejeune | K. van Riet, E. Messely | Email transmitting request for information at the request of an attorney re loan repayment. | AC, WP |
| | | Dutch | Email | 10/24/2002 | B. Lamiroy | W. Wauters | K. van Riet, C. Decoutere, R. Coppens | Email requesting information by an attorney to base legal advice upon re loan repayment. | AC, WP |
| DEXPRIV005966 | DEXPRIV005967 | Dutch | Email | 10/30/2002 | R. Coppens | B. Lamiroy | W. Wauters, R. Coppens | Email transmitting information at the request of an attorney re loan repayment. | AC, WP |
| DEXPRIV005968 | DEXPRIV005969 | Dutch | Handwritten notes | 10/24/2002 | | | | Handwritten notes reflecting the mental impressions of an attorney re loan repayment. | AC, WP |
| DEXPRIV005970 | DEXPRIV005971 | Dutch | Email | 10/30/2002 | R. Coppens | B. Lamiroy | W. Wauters, R. Coppens | Email transmitting information at the request of an attorney re loan repayment. | AC, WP |
| DEXPRIV005972 | DEXPRIV005973 | Dutch | Email | 11/4/2002 | L. de Foer | K. van Riet, B. Lamiroy | B. Lejeune | Email transmitting information at the request of an attorney re loan repayment. | AC, WP |
| DEXPRIV005974 | DEXPRIV005974 | Dutch | Fax | 10/23/2002 | B. Lamiroy | R. Coppens | | Fax transmission report with image of fist page of fax providing legal advice and transmitting information with request re loan repayment. | AC, WP |
| DEXPRIV005975 | DEXPRIV005976 | English | Wire | 12/30/1999 | DBS Bank | | | Wire transfer form requested by an attorney to base legal advice upon re loan repayment. | AC, WP |
| DEXPRIV005977 | DEXPRIV005977 | Dutch | Fax | 10/24/2002 | B. Lamiroy | J. Verbist | | Fax cover page transmitting request for legal advice re loan repayment. | AC, WP |
| DEXPRIV005978 | DEXPRIV005978 | Dutch | Fax | 10/24/2002 | B. Lamiroy | J. Verbist | | Fax transmission report with image of first page transmitting request for legal advice re loan repayment. | AC, WP |
| DEXPRIV005979 | DEXPRIV005979 | French | Email | 10/4/2002 | B. Lejeune | K. van Riet | W. Wauters | Email providing information at the request of an attorney re loan repayment. | AC, WP |
| DEXPRIV005980 | DEXPRIV005980 | Dutch | Email | 10/24/2002 | B. Lamiroy | L. de Foer | K. van Riet, C. Decoutere, R. Coppens | Email providing legal advice re loan settlement. | AC, WP |
| DEXPRIV005981 | DEXPRIV005981 | Dutch | Email | 10/24/2002 | B. Lamiroy | W. Wauters | K. van Riet, C. Decoutere, R. Coppens | Email requesting information by an attorney to base legal advice upon re loan repayment. | AC, WP |
| DEXPRIV005982 | DEXPRIV005982 | Dutch | Handwritten notes | | | | | Handwritten telephone notes dated "26/9", reflecting the mental impressions of an attorney re collateral and loan repayment and seizures. | AC, WP |
| DEXPRIV005983 | DEXPRIV005983 | Dutch | Email | 9/26/2002 | P. Rabaey | B. Lamiroy | B. Ferrand | Email providing information at the request of an attorney re loan repayment. | AC, WP |

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| | | Dutch | Email | 9/26/2002 | B. Lamiroy | P. Rabaey, B. Ferrand | | Email requesting information to base legal advice upon re L&H file and criminal investigation. | AC, WP |
| | | Dutch | Email | 9/26/2002 | A. Baert | B. Lamiroy, P. Vanderlinden, M. Kunnen, C. Lonneville | K. van Riet, L. van Herreweghe | Email transmitting information to base legal advice upon re L&H file and criminal investigation. | AC, WP |
| | | Dutch | Email | 9/26/2002 | B. Lamiroy | P. Vanderlinden, M. Kunnen, C. Lonneville, A. Baert | K. van Riet, L. van Herreweghe | Email requesting information to base legal advice upon re L&H file and criminal investigation. | AC, WP |
| DEXPRIV005984 | DEXPRIV005984 | Dutch | Email | 9/26/2002 | B. Lamiroy | P. Rabaey, B. Ferrand | | Email requesting information to base legal advice upon re L&H file and criminal investigation. | AC, WP |
| | | Dutch | Email | 9/26/2002 | A. Baert | B. Lamiroy, P. Vanderlinden, M. Kunnen, C. Lonneville | K. van Riet, L. van Herreweghe | Email transmitting information requested by an attorney to base legal advice upon re L&H file and criminal investigation. | AC, WP |
| | | Dutch | Email | 9/26/2002 | B. Lamiroy | P. Vanderlinden, M. Kunnen, C. Lonneville, A. Baert | K. van Riet, L. van Herreweghe | Email requesting information to base legal advice upon re L&H file and criminal investigation. | AC, WP |
| DEXPRIV005985 | DEXPRIV005985 | Dutch | Email | 9/26/2002 | P. Vanderlinden | B. Lamiroy | | Email providing information at the request of an attorney re loan repayment. | AC, WP |
| | | Dutch | Email | 9/26/2002 | B. Lamiroy | P. Vanderlinden, M. Kunnen, C. Lonneville, A. Baert | K. van Riet, L. van Herreweghe | Email requesting information to base legal advice upon re L&H file and criminal investigation. | AC, WP |
| DEXPRIV005986 | DEXPRIV005986 | Dutch | Email | 9/26/2002 | A. Baert | B. Lamiroy, P. Vanderlinden, M. Kunnen, C. Lonneville | K. van Riet, L. van Herreweghe | Email transmitting information requested by an attorney to base legal advice upon re L&H file and criminal investigation. | AC, WP |
| | | Dutch | Email | 9/26/2002 | B. Lamiroy | P. Vanderlinden, M. Kunnen, C. Lonneville, A. Baert | K. van Riet, L. van Herreweghe | Email requesting information to base legal advice upon re L&H file and criminal investigation. | AC, WP |
| DEXPRIV005987 | DEXPRIV005987 | Dutch | Email | 9/26/2002 | L. van Herreweghe | DBB LOG/Zele KrDos ArchBeh | B. Lamiroy | Email requesting information at the request of an attorney re L&H litigation. | AC, WP |
| DEXPRIV005988 | DEXPRIV005988 | Dutch | Email | 9/26/2002 | B. Lamiroy | P. Vanderlinden, M. Kunnen, C. Lonneville, A. Baert | K. van Riet, L. van Herreweghe | Email requesting information to base legal advice upon re L&H file and criminal investigation. | AC, WP |
| DEXPRIV005989 | DEXPRIV005990 | | | | | | | Intentional gap. | |

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV005991 | DEXPRIV005992 | Dutch | Email | 9/26/2002 | M. Kunnen | A. Baert, B. Lamiroy, P. Vanderlinden, C. Lonneville | K. van Riet, L. van Herreweghe | Email providing information requested by an attorney to base legal advice upon re L&H file and criminal investigation. | AC, WP |
| | | Dutch | Email | 9/26/2002 | A. Baert | B. Lamiroy, P. Vanderlinden, M. Kunnen, C. Lonneville | K. van Riet, L. van Herreweghe | Email transmitting information requested by an attorney to base legal advice upon re L&H file and criminal investigation. | AC, WP |
| | | Dutch | Email | 9/26/2002 | B. Lamiroy | P. Vanderlinden, M. Kunnen, C. Lonneville, A. Baert | K. van Riet, L. van Herreweghe | Email requesting information to base legal advice upon re L&H file and criminal investigation. | AC, WP |
| DEXPRIV005993 | DEXPRIV006001 | | | | | | | Intentional gap. | |
| DEXPRIV006002 | DEXPRIV006002 | Dutch | Memo | 11/21/2000 | B. Ferrand | M. Colle | T. Baert, P. Vanderlinden | Memorandum, with marginalia reflecting the mental impressions of an attorney, requesting legal advice re loan security and seizures. | AC, WP |
| DEXPRIV006003 | DEXPRIV006009 | Dutch | Agreement | 12/28/1999 | NV Artesia Bank, SAIL Trust VZW, Flanders Language Valley Campus NV, Flanders language Valley Education NV | | | Executed agreement with marginalia reflecting the mental impressions of an attorney re loan security. | AC, WP |
| DEXPRIV006010 | DEXPRIV006010 | Dutch | Email | 2/23/2001 | M. Debaveye | B. Lamiroy | K. van Riet | Email providing information for the purpose of obtaining legal advice re documentation. | AC, WP |
| DEXPRIV006011 | DEXPRIV006011 | Dutch | Email | 2/26/2003 | B. Lamiroy | A. Buyse | K. van Riet | Email with attachments transmitting legal advice. | AC, WP |
| DEXPRIV006012 | DEXPRIV006012 | Dutch | Email | 6/27/2003 | B. Lamiroy | U. Pommee | Y. Herinckx, S. Ryelandt, L. Legein, K. van Riet | Email providing legal advice re communications. | AC, WP |
| DEXPRIV006013 | DEXPRIV006028 | French | Memo | 6/26/2003 | K. van Riet, B. Lamiroy | A. Miller, C. Piret, J. Martin, M. Decamps | | Memorandum providing legal advice re restructuring of L&H financing, bankruptcy and dividing of funds, loan settlement and litigation strategy. | AC, WP |
| DEXPRIV006029 | DEXPRIV006029 | Dutch | Memo | 6/25/2003 | S. Ryelandt, V. Goethals | K. van Riet, B. Lamiroy | | First page of memorandum providing legal advice re loan security and seizure. | AC, WP |
| DEXPRIV006030 | DEXPRIV006030 | Dutch | Letter | 6/25/2003 | Clifford Chance | K. van Riet | | First page of letter requesting information to base legal advice upon re loan settlement. | AC, WP |

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV006031 | DEXPRIV006031 | French | Press release | 6/25/2003 | Dexia Banque | | | Draft press release with marginalia reflecting the mental impression of an attorney re loan security. | AC, WP |
| DEXPRIV006032 | DEXPRIV006032 | Dutch | Memo | | Legal Services | U. Pommee | | First page of memorandum providing legal advice re communications. | AC, WP |
| DEXPRIV006033 | DEXPRIV006033 | Dutch | Memo | 6/17/2003 | K. van Riet, B. Lamiroy | A. Miller, C. Piret, J. Martin, M. Decamps | | Memorandum providing legal advice re criminal investigation. | AC, WP |
| DEXPRIV006034 | DEXPRIV006092 | English | Court Submission | 8/19/2003 | H. Quaak, A. Po, K. Leibinger | US District Court, District of Massachusetts | | Motion with marginalia reflecting the mental impressions of an attorney re same. | AC, WP |
| DEXPRIV006093 | DEXPRIV006107 | French | Memo | 7/4/2003 | A. de Roeck, B. Lamiroy | A. Miller | | Draft memorandum providing legal advice re bankruptcy, loan settlement, restructuring of L&H financing, loan settlement, criminal investigation and litigation strategy. | AC, WP |
| DEXPRIV006108 | DEXPRIV006122 | Dutch | Memo | 6/26/2003 | K. van Riet, B. Lamiroy | A. Miller, M. Decamps, C. C. Piret, J. Martin | Y. Herinckx, S. Ryelandt, J. Vanderveen | Memorandum providing legal advice re restructuring of L&H financing, bankruptcy and dividing of funds, loan settlement and litigation strategy. | AC, WP |
| DEXPRIV006123 | DEXPRIV006139 | Dutch | Memo | 6/26/2003 | K. van Riet, B. Lamiroy | A. Miller, M. Decamps, C. C. Piret, J. Martin | Y. Herinckx, S. Ryelandt, J. Vanderveen | Memorandum providing legal advice re restructuring of L&H financing, bankruptcy and dividing of funds, loan settlement and litigation strategy. | AC, WP |
| DEXPRIV006140 | DEXPRIV006156 | Dutch | Memo | 6/26/2003 | K. van Riet, B. Lamiroy | A. Miller, M. Decamps, C. C. Piret, J. Martin | Y. Herinckx, S. Ryelandt, J. Vanderveen | Memorandum providing legal advice re restructuring of L&H financing, bankruptcy and dividing of funds, loan settlement and litigation strategy. | AC, WP |
| DEXPRIV006157 | DEXPRIV006174 | | | | | | | Intentional gap. | |
| DEXPRIV006175 | DEXPRIV006176 | Dutch | Memo | 6/27/2003 | K. van Riet, A. de Roeck | | | Draft memorandum, with marginalia reflecting the mental impressions of an attorney, providing legal advice re communications. | AC, WP |
| DEXPRIV006177 | DEXPRIV006178 | Dutch | Handwritten notes | | | | | Draft memorandum providing legal advice re communications. | AC, WP |
| DEXPRIV006179 | DEXPRIV006179 | Dutch | Fax | 3/1/2002 | B. Lamiroy | J. Verbist, S. Loosveld | | Fax transmitting legal advice re loan settlement. | AC, WP |
| DEXPRIV006180 | DEXPRIV006180 | Dutch | Fax | 3/1/2002 | B. Lamiroy | J. Verbist, S. Loosveld | | Fax transmission report with image of first page of fax transmitting legal advice re loan settlement. | AC, WP |
| DEXPRIV006181 | DEXPRIV006184 | | | | | | | Intentional gap. | |
| DEXPRIV006185 | DEXPRIV006186 | Dutch | Email | 1/11/2001 | A. Louwrier | K. van Riet, B. Lamiroy | | Email providing and transmitting legal advice re loan settlement court proceedings. | AC, WP |
| | | Dutch | Email | 1/11/2001 | J. van Hees | A. Louwrier, J. van Hees | J. Blomkwist | Email providing legal advice re loan settlement court proceedings. | AC, WP |

1/23/2006

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV006187 | DEXPRIV006187 | Dutch | Email | 1/11/2001 | A. Louwrier | J. van Hees | J. Blomkwist | Email requesting legal advice re loan settlement court proceedings. | AC, WP |
| DEXPRIV006188 | DEXPRIV006188 | Dutch | Email | 12/19/2000 | B. Lamiroy | A. Louwrier | K. van Riet, J. Blomkwist | Fax transmitting email providing legal advice re loan settlement and seizures, Dutch litigation issues and litigation strategy. | AC, WP |
| DEXPRIV006188 | DEXPRIV006188 | Dutch | Email | 12/19/2000 | B. Lamiroy | A. Louwrier | K. van Riet, J. Blomkwist | Fax transmission report with image of first page of fax transmitting email providing legal advice re loan settlement and seizures, Dutch litigation issues and litigation strategy. | AC, WP |
| DEXPRIV006189 | DEXPRIV006189 | Dutch | Email | 12/18/2000 | A. Louwrier | K. van Riet, B. Lamiroy | | Fax transmitting file for the purpose of obtaining legal advice re loan settlement. | AC, WP |
| DEXPRIV006190 | DEXPRIV006190 | Dutch | Email | 12/18/2000 | A. Louwrier | K. van Riet, B. Lamiroy | J. van Broeckhoven, H. Fledderus, J. Blomkwist, M. Holtrop | Email providing information for the purpose of obtaining legal advice re loan settlement. | AC, WP |
| DEXPRIV006191 | DEXPRIV006191 | Dutch | Fax | 12/15/2000 | J. van Hees | A. Louwrier, J. Blomkwist | | Fax transmitting legal advice re loan settlement. | AC, WP |
| DEXPRIV006192 | DEXPRIV006194 | Dutch | Memo | 12/15/2000 | J. Palstra | J. van Hees | | Memorandum providing legal advice re loan settlement. | AC, WP |
| DEXPRIV006195 | DEXPRIV006196 | English | Letter | 12/13/2000 | F. Kremer | | | Letter providing legal advice and transmitting file re representation. | AC, WP |
| DEXPRIV006197 | DEXPRIV006205 | | | | | | | Intentional gap. | |
| DEXPRIV006206 | DEXPRIV006206 | Dutch | Fax | 12/15/2000 | J. van Hees | M. Boudewijns | | Fax transmitting correspondence re exercise of collateral in loan settlement. | AC, WP |
| DEXPRIV006207 | DEXPRIV006207 | Dutch | Fax | 12/18/2000 | J. van Hees | A. Louwrier, J. Blomkwist | | Fax transmitting and providing legal advice re representation. | AC, WP |
| DEXPRIV006208 | DEXPRIV006208 | Dutch | Fax | 12/18/2000 | B. Friedberg | J. van Hees | | Fax providing legal advice re representation. | AC, WP |
| DEXPRIV006209 | DEXPRIV006209 | Dutch | Fax | 12/4/2000 | K. van Riet, B. Lamiroy | A. Louwrier, J. Blomkwist | | Fax transmitting and providing legal advice re loan settlement. | AC, WP |
| DEXPRIV006210 | DEXPRIV006210 | Dutch | Fax | 12/4/2000 | K. van Riet, B. Lamiroy | A. Louwrier, J. Blomkwist | | Fax transmission report with image of first page of fax transmitting and providing legal advice re loan settlement. | AC, WP |
| DEXPRIV006211 | DEXPRIV006211 | Dutch | Fax | 11/30/2000 | B. Lamiroy | A. Louwrier, J. Blomkwist | | Fax transmitting information for the purpose of obtaining legal advice re loan settlement and re bankruptcy. | AC, WP |
| DEXPRIV006212 | DEXPRIV006212 | Dutch | Fax | 11/30/2000 | B. Lamiroy | A. Louwrier, J. Blomkwist | | Fax transmission report with image of first page of fax transmitting information for the purpose of obtaining legal advice re loan settlement and re bankruptcy. | AC, WP |
| DEXPRIV006213 | DEXPRIV006213 | Dutch | Fax | 11/27/2000 | B. Lamiroy | J. Blomkwist | | Fax transmission report with image of first page of fax transmitting information for the purpose of obtaining legal advice. | AC, WP |

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV006214 | DEXPRIV006214 | Dutch | Fax | 11/27/2000 | B. Lamiroy | J. Blomkwist | | Fax transmitting information for the purpose of obtaining legal advice. | AC, WP |
| DEXPRIV006215 | DEXPRIV006215 | Dutch | Email | 11/30/2000 | A. Louwrier | B. Lamiroy | K. van Riet, J. Blomkwist, H. Fledderus, J. van Broeckhoven | Email providing legal advice re loan settlement. | AC, WP |
| DEXPRIV006216 | DEXPRIV006216 | Dutch | Fax | 11/15/2000 | A. Louwrier | K. van Riet, B. Lamiroy | | Fax transmitting legal advice re loan settlement. | AC, WP |
| DEXPRIV006217 | DEXPRIV006217 | Dutch | Letter | | | | | Draft letter without date, reflecting the mental impressions of an attorney re credit facility, execution of collateral and loan settlement. | AC, WP |
| DEXPRIV006218 | DEXPRIV006218 | Dutch | Fax | 11/15/2000 | A. Louwrier | K. van Riet, B. Lamiroy | | Fax transmitting legal advice re loan settlement. | AC, WP |
| DEXPRIV006219 | DEXPRIV006223 | Dutch | Fax | 12/1/2000 | J. van Hees | A. Louwrier, J. Blomkwist | | Fax providing legal advice re loan settlement. | AC, WP |
| DEXPRIV006224 | DEXPRIV006224 | Dutch | Fax | 12/29/2000 | B. Lamiroy | K. van Riet | | Handwritten fax transmitting draft letter for the purpose of obtaining legal advice re claims pledging agreement. | AC, WP |
| DEXPRIV006225 | DEXPRIV006225 | Dutch | Fax | 12/29/2000 | B. Lamiroy | K. van Riet | | Fax transmission report with image of first page of handwritten fax transmitting draft letter for the purpose of obtaining legal advice re claims pledging agreement. | AC, WP |
| DEXPRIV006226 | DEXPRIV006226 | English | Letter | 12/29/2000 | B. Lamiroy, P. van Tiggel | | | Draft letter reflecting the mental impressions of an attorney re LHIC loan. | AC, WP |
| DEXPRIV006227 | DEXPRIV006227 | English | Letter | 12/29/2000 | B. Lamiroy, P. van Tiggel | | | Draft letter with marginalia reflecting the mental impressions of an attorney re LHIC loan. | AC, WP |
| DEXPRIV006228 | DEXPRIV006228 | Dutch | Email | 12/18/2000 | A. Louwrier | K. van Riet, B. Lamiroy | J. Blomkwist, H. Fledderus, M. Holtrop | Email providing information for the purpose of obtaining legal advice re L&H. | AC, WP |
| DEXPRIV006229 | DEXPRIV006230 | Dutch | Email | 11/28/2000 | K. van Riet | A. Louwrier, J. Blomkwist, B. Lamiroy | | Email transmitting legal advice and requesting information to base further legal advice upon re loan settlement. | AC, WP |
| | | Dutch | Email | 11/28/2000 | S. Loosveld | K. van Riet, P. Cordonnier | J. Verbist | Email transmitting legal advice re loan settlement. | AC, WP |
| | | English | Email | 11/27/2000 | M. Loesch | J. Verbist, S. Loosveld | M. Hansen | Email providing legal advice re loan settlement. | AC, WP |
| DEXPRIV006231 | DEXPRIV006232 | | Email | 11/28/2000 | K. van Riet | C. Piret, F. Saverys, P. van Tiggel, B. Lamiroy | | Email transmitting legal advice and requesting information to base further legal advice upon re loan settlement. | AC, WP |
| | | Dutch | Email | 11/28/2000 | S. Loosveld | K. van Riet, P. Cordonnier | J. Verbist | Email transmitting legal advice re loan settlement. | AC, WP |

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV006233 | DEXPRIV006233 | Dutch | Email | 11/27/2000 | R. Hermans | J. Verbist | | Email providing legal advice re loan settlement. | AC, WP |
| DEXPRIV006234 | DEXPRIV006234 | Dutch | Memo | 11/29/2000 | J. Verbist | K. van Riet, P. Cordonnier | R. Hermans | Memorandum providing legal advice re loan settlement. | AC, WP |
| DEXPRIV006235 | DEXPRIV006235 | Dutch | Fax | 12/14/2000 | A. Louwrier | Board | | Fax transmission report with image of first page of fax transmitting legal advice. | AC, WP |
| DEXPRIV006236 | DEXPRIV006244 | Dutch | Chart | | | | | Inventory of litigation documents, with marginalia reflecting the mental impressions of an attorney, re L&H litigation. | WP |
| DEXPRIV006245 | DEXPRIV006246 | Dutch | Fax | 3/6/2003 | J. van Hees | J. Blomkwist | | Fax providing legal advice and transmitting draft letter re loan settlement. | AC, WP |
| DEXPRIV006247 | DEXPRIV006248 | Dutch | Letter | 3/6/2003 | J. van Hees | P. Marnef | | Draft letter reflecting the mental impressions of an attorney re loan settlement. | AC, WP |
| DEXPRIV006249 | DEXPRIV006249 | Dutch | Email | 12/20/2000 | K. Herbots | C. Decoutere | P. Rabaey, K. van Riet, B. Lamiroy, P. van Tiggel | Email providing legal advice and transmitting request thereof re loan settlement. | AC, WP |
| | | Dutch | Email | 12/20/2000 | P. Rabaey | K. Herbots | | Email transmitting request for legal advice re loan settlement. | AC, WP |
| | | Dutch | Email | 12/20/2000 | C. Decoutere | K. van Riet, B. Lamiroy, K. Herbots | P. Rabaey, E. de Gyns | Email requesting legal advice re loan settlement. | AC, WP |
| DEXPRIV006250 | DEXPRIV006250 | Dutch | Fax | 12/27/2000 | J. Blomkwist | K. van Riet, B. Lamiroy | | Fax with attachment transmitting legal advice and requesting information to base legal advice upon re seizures. | AC, WP |
| DEXPRIV006251 | DEXPRIV006255 | | | | | | | Intentional gap. | |
| DEXPRIV006256 | DEXPRIV006256 | French | Statement | 11/17/2000 | BNP Paribas | NV Bewaarbedrijf Artesia Nederland | | Account statement prepared at the request of counsel re seizures. | AC, WP |
| DEXPRIV006257 | DEXPRIV006257 | Dutch | Letter | 11/27/2000 | P. de Kort | J. Blomkwist | | Letter transmitting copy of court order re seizure and providing legal advice re same. | AC, WP |
| DEXPRIV006258 | DEXPRIV006258 | English | Fax | 11/27/2000 | F. Kremer | P. de Kort | | Letter transmitting copy of court order re seizure and providing legal advice re same. | AC, WP |
| DEXPRIV006259 | DEXPRIV006262 | | | | | | | Intentional gap. | |
| DEXPRIV006263 | DEXPRIV006263 | Dutch | Fax | 11/27/2000 | P. de Kort | J. Blomkwist | | Letter transmitting draft motion. | AC, WP |
| DEXPRIV006264 | DEXPRIV006265 | French | Court Submission | | F. Kremer | | | Draft Motion. | AC, WP |
| DEXPRIV006266 | DEXPRIV006266 | | | | | | | Intentional gap. | |
| DEXPRIV006267 | DEXPRIV006267 | Dutch | Email | 1/10/2001 | B. Ferrand | B. Lamiroy | K. Herbots | Email requesting legal advice, with handwritten response reflecting the mental impressions of an attorney re L&H litigation. | AC, WP |

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV006268 | DEXPRIV006269 | Dutch | Email | 11/28/2000 | K. van Riet | A. Louwrier, J. Blomkwist, B. Lamiroy | | Email transmitting legal advice and requesting information to base further legal advice upon re loan settlement. | AC, WP |
| | | Dutch | Email | 11/28/2000 | S. Loosveld | K. van Riet, P. P. Cordonnier | | Email transmitting legal re loan settlement. | AC, WP |
| | | English | Email | 11/27/2000 | M. Loesch | J. Verbist, S. Loosveld | M. Hansen | Email providing legal advice re loan settlement. | AC, WP |
| DEXPRIV006270 | DEXPRIV006270 | Dutch | Email | 11/22/2000 | S. Loosveld | B. Lamiroy | | Email transmitting legal advice re loan settlement and information upon which legal advice is based. | AC, WP |
| | | Dutch | Email | 11/22/2000 | S. Loosveld | P. Cordonnier | J. Verbist | Email providing legal advice re loan settlement and transmitting information upon which legal advice is based. | AC, WP |
| | | Dutch | Email | 11/22/2000 | M. Kalff | S. Loosveld | J. Verbist, J. Hoevers | Email providing information at the request of an attorney to base legal advice upon, re loan settlement. | AC, WP |
| DEXPRIV006271 | DEXPRIV006272 | Dutch | Handwritten notes | | | | | Undated handwritten notes reflecting the mental impressions of an attorney re loan settlement, restructuring of L&H financing and Belgian court proceedings. | AC, WP |
| DEXPRIV006273 | DEXPRIV006274 | English | Email | 3/26/2003 | Y. Quek | B. Lamiroy | J. Verbist, J. Bekaert, K. van Riet, T. Chuan | Email providing legal advice and transmitting request thereof re loan repayment. | AC, WP |
| | | English | Email | 3/24/2003 | B. Lamiroy | T. Chuan | Y. Quek, J. Verbist, J. Bekaert, K. van Riet | Email requesting legal advice re loan repayment. | AC, WP |
| DEXPRIV006275 | DEXPRIV006275 | Dutch | Email | 10/10/2002 | L. Nees | K. van Riet | B. Lamiroy | Email with attachment providing information prepared at the request of an attorney re loan repayment. | AC, WP |
| DEXPRIV006276 | DEXPRIV006278 | Dutch | Memo | 10/9/2002 | L. Nees | K. van Riet | | Memorandum prepared at the request of an attorney re loan repayment. | AC, WP |
| DEXPRIV006279 | DEXPRIV006279 | Dutch | Email | 10/10/2002 | L. Nees | K. van Riet | B. Lamiroy | Email with attachment providing information prepared at the request of an attorney re loan repayment. | AC, WP |
| DEXPRIV006280 | DEXPRIV006281 | Dutch | Memo | 10/9/2002 | L. Nees | K. van Riet | | Memorandum prepared at the request of an attorney re loan repayment. | AC, WP |
| DEXPRIV006282 | DEXPRIV006282 | Dutch | Email | 3/20/2003 | K. van Riet | A. de Roeck | | Email providing legal advice re loan repayment. | AC, WP |
| DEXPRIV006283 | DEXPRIV006283 | Dutch, English | File note | 12/2/2000 | Legal Services | | | File chart reflecting the mental impressions of an attorney re loan repayment. | AC, WP |