1/23/2006

## Quaak v. Dexia and Related Cases
## Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV006284 | DEXPRIV006284 | English | Email | 5/7/2003 | B. Lamiroy | Y. Quek | J. Verbist, J. Bekaert, K. van Riet, T. Chuan | Email requesting further legal advice and transmitting earlier legal advice re loan repayment. | AC, WP |
| | | English | Email | 3/26/2003 | Y. Quek | B. Lamiroy | J. Verbist, J. Bekaert, K. van Riet, T. Chuan | Email providing legal advice and transmitting request thereof re loan repayment. | AC, WP |
| DEXPRIV006285 | DEXPRIV006286 | English | Email | 3/26/2003 | Y. Quek | B. Lamiroy | J. Verbist, J. Bekaert, K. van Riet, T. Chuan | Email, with marginalia reflecting the mental impressions of an attorney, providing legal advice and transmitting request thereof re loan repayment. | AC, WP |
| | | English | Email | 3/24/2003 | B. Lamiroy | T. Chuan | Y. Quek, J. Verbist, J. Bekaert, K. van Riet | Email requesting legal advice re loan repayment. | AC, WP |
| DEXPRIV006287 | DEXPRIV006288 | English | Email | 3/24/2003 | B. Lamiroy | T. Chuan | Y. Quek, J. Verbist, J. Bekaert, K. van Riet | Email requesting legal advice and transmitting request thereof re loan repayment. | AC, WP |
| | | English | Email | 2/13/2003 | T. Chuan | B. Lamiroy, J. Verbist, J. Bekaert | A. de Roeck, K. van Riet, B. Cheo, Y. Quek | Email, with marginalia reflecting the mental impressions of an attorney, providing legal advice re loan repayment. | AC, WP |
| DEXPRIV006289 | DEXPRIV006289 | Dutch | Email | 3/20/2003 | K. van Riet | A. de Roeck | B. Lamiroy | Email providing legal advice re loan repayment. | AC, WP |
| DEXPRIV006290 | DEXPRIV006293 | English | Memo | 2/4/2003 | P. Jeyaretnam, R. Keong | B. Lamiroy | | Memorandum providing legal advice re loan settlement. | AC, WP |
| DEXPRIV006294 | DEXPRIV006294 | English | Email | 2/6/2003 | B. Cheo | J. Verbist, J. Bekaert | K. van Riet, B. Lamiroy, T. Chuan, Y. Quek | Email, with attachment, providing legal advice re loan repayment. | AC, WP |
| DEXPRIV006295 | DEXPRIV006305 | English | Court Submission | | | | | Summons with marginalia reflecting the mental impressions of an attorney re loan settlement. | AC, WP |
| DEXPRIV006306 | DEXPRIV006306 | Dutch, English | File note | 12/2/2000 | Legal Services | | | File chart reflecting the mental impressions of an attorney re loan repayment. | AC, WP |
| DEXPRIV006307 | DEXPRIV006307 | Dutch | Resolution | 12/5/2002 | A. de Roeck, illegible, D. Claes | | | Committee resolution reflecting legal advice re loan repayment. Partially illegible. | AC, WP |
| DEXPRIV006308 | DEXPRIV006312 | English | Court Submission | 11/7/2002 | E. Eilinger | | | Draft Expert witness report re loan repayment. | AC, WP |
| DEXPRIV006313 | DEXPRIV006320 | English | Court Submission | 11/6/2002 | F. Saverys | | | Draft affidavit. | AC, WP |

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV006321 | DEXPRIV006325 | English | Court Submission | | K. van Riet | | | Draft affidavit, dated 2002. | AC, WP |
| DEXPRIV006327 | DEXPRIV006331 | Dutch | Email | 12/13/2000 | K. van Riet | C. Piret, P. van Tiggel, F. Saverys | | Email providing and transmitting legal advice re LHIC investment portfolio. | AC, WP |
| | | Dutch | Email | 12/13/2000 | S. Loosveld | K. van Riet | | Email, with marginalia reflecting the mental impressions of an attorney, providing legal advice re LHIC investment portfolio. | AC, WP |
| DEXPRIV006332 | DEXPRIV006337 | English | Agreement | 12/22/2000 | Artesia Bank NV, L&H Investment Company | | | Draft agreement reflecting the mental impressions of an attorney re LHIC investment portfolio. | AC, WP |
| DEXPRIV006338 | DEXPRIV006343 | English | Agreement | 12/22/2000 | Artesia Bank NV, L&H Investment Company | | | Draft agreement reflecting the mental impressions of an attorney re LHIC investment portfolio. | AC, WP |
| DEXPRIV006344 | DEXPRIV006345 | English | Agreement | 12/22/2000 | Artesia Bank NV, L&H Investment Company | | | Draft agreement reflecting the mental impressions of an attorney re LHIC investment portfolio. | AC, WP |
| DEXPRIV006346 | DEXPRIV006350 | Dutch | Email | 12/13/2000 | K. van Riet | C. Piret, P. van Tiggel, F. Saverys | | Email providing and transmitting legal advice re LHIC investment portfolio. | AC, WP |
| | | Dutch | Email | 12/13/2000 | S. Loosveld | K. van Riet | | Email, with marginalia reflecting the mental impressions of an attorney, providing legal advice re LHIC investment portfolio. | AC, WP |
| DEXPRIV006351 | DEXPRIV006352 | English | Agreement | 12/22/2000 | Artesia Bank NV, L&H Investment Company | | | Draft agreement, with marginalia reflecting the mental impressions of an attorney, re LHIC investment portfolio. | AC, WP |
| DEXPRIV006353 | DEXPRIV006358 | English | Agreement | 12/22/2000 | Artesia Bank NV, L&H Investment Company | | | Draft agreement, with marginalia reflecting the mental impressions of an attorney, re LHIC investment portfolio. | AC, WP |
| DEXPRIV006359 | DEXPRIV006361 | Dutch | Email | | | K. van Riet | | Incomplete email, likely sent by Van Riet, transmitting legal advice re LHIC investment portfolio. | AC, WP |
| | | Dutch | Email | 12/22/2000 | S. Loosveld | | J. Verbist, B. Moerman, B. van den Hove | Email, with attachment, providing legal advice re LHIC investment portfolio. | AC, WP |

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV006362 | DEXPRIV006362 | Dutch | Email | 7/25/2000 | A. Louwrier | P. Rabaey, J. van Broeckhoven, S. Prins | H. Fledderus, P. Holla | Email providing legal advice re loan settlement and loan agreement, with marginalia reflecting the mental impressions of an attorney re same. | AC, WP |
| DEXPRIV006363 | DEXPRIV006364 | Dutch | Fax | 7/25/2000 | P. Rabaey | J. van Broeckhoven, S. Prins, H. Fledderus, A. Louwrier | | Fax providing legal advice and transmitting information to base legal advice upon re loan settlement and loan agreement. | AC, WP |
| DEXPRIV006365 | DEXPRIV006365 | Dutch | Email | 7/27/2000 | A. Louwrier | S. Prins, J. van Broeckhoven | | Email providing legal advice re pledged shares and loan settlement. | AC, WP |
| DEXPRIV006366 | DEXPRIV006366 | Dutch | Email | 7/27/2000 | A. Louwrier | S. Prins | J. van Broeckhoven | Email providing legal advice re pledged shares and loan settlement. | AC, WP |
| DEXPRIV006367 | DEXPRIV006367 | Dutch | Email | 7/27/2000 | A. Louwrier | S. Prins, J. van Broeckhoven | | Email providing legal advice re pledged shares and loan settlement. | AC, WP |
| DEXPRIV006368 | DEXPRIV006368 | Dutch | Email | 7/27/2000 | A. Louwrier | S. Prins | J. van Broeckhoven | Email providing legal advice re pledged shares and loan settlement. | AC, WP |
| DEXPRIV006369 | DEXPRIV006369 | Dutch | Email | 7/27/2000 | A. Louwrier | S. Prins | J. van Broeckhoven | Email providing legal advice re pledged shares and loan settlement. | AC, WP |
| DEXPRIV006370 | DEXPRIV006371 | Dutch | Email | 9/4/2000 | A. Louwrier | J. van Broeckhoven, H. Fledderus, M. Holtrop | | Email providing legal advice re loan settlement, pledged shares and transfer formalities, with marginalia reflecting the mental impressions of an attorney re transfer. | AC, WP |
| DEXPRIV006372 | DEXPRIV006372 | Dutch | Memo | 12/15/2000 | J. Palstra | J. van Hees | | Memorandum providing legal advice re loan settlement and Dutch compliance. | AC, WP |
| DEXPRIV006373 | DEXPRIV006374 | Dutch | Memo | 11/29/2000 | A. Louwrier | J. van Hees | | Memorandum, with marginalia reflecting the mental impressions of an attorney, transmitting information for the purpose of obtaining legal advice re loan settlement. | AC, WP |
| DEXPRIV006375 | DEXPRIV006375 | Dutch | Fax | 3/2/2001 | G. Merckx | E. Lemineur, E. Messely | | Fax transmitting information at the request of an attorney re confidential client information in archives. | AC, WP |
| DEXPRIV006376 | DEXPRIV006376 | Dutch | Fax | 3/2/2001 | G. Merckx | E. Lemineur, E. Messely | | Fax transmission report with image of first page of fax transmitting information at the request of an attorney re confidential client information in archives. | AC, WP |

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV006377 | DEXPRIV006377 | Dutch | Fax | 3/2/2001 | G. Merckx | E. Lemineur, E. Messely | | Fax transmission report with image of first page of fax transmitting information at the request of an attorney re confidential client information in archives. | AC, WP |
| DEXPRIV006378 | DEXPRIV006378 | French, Dutch | Email | 2/28/2001 | E. Lemineur | E. de Wever, G. Merckx | E. Messely, J. Vandenbosche, E. de Gyns | Email requesting information at the request of an attorney re confidential client information in archives. | AC, WP |
| DEXPRIV006379 | DEXPRIV006379 | Dutch | Email | 4/9/2001 | H. Laenens | K. van Riet, E. Messely, S. Decraene | E. Lemineur, J. Vandenbosch | Email transmitting information for the purpose of obtaining legal advice re criminal investigation. | AC, WP |
| DEXPRIV006380 | DEXPRIV006381 | French | Email | 4/9/2001 | E. Lemineur | E. de Gyns | | Email transmitting information for the purpose of obtaining legal advice re criminal investigation. | AC, WP |
| | | Dutch | Email | 4/9/2001 | H. Laenens | K. van Riet, E. Messely, S. Decraene | E. Lemineur, J. Vandenbosch | Email transmitting information for the purpose of obtaining legal advice re criminal investigation. | AC, WP |
| DEXPRIV006382 | DEXPRIV006382 | French | Email | 2/28/2001 | E. Lemineur | E. de Gyns | | Email transmitting information for the purpose of obtaining legal advice re criminal investigation. | AC, WP |
| | | Dutch | Email | 2/23/2001 | H. Huylebroeck | E. Lemineur | G. Merckx, F. Dierckx | Email transmitting information for the purpose of obtaining legal advice re criminal investigation. | AC, WP |
| DEXPRIV006383 | DEXPRIV006384 | Dutch | Email | 2/27/2001 | E. Lemineur | F. Dierckx, E. Messely, J. Vandenbosch, E. de Gyns | | Email transmitting information for the purpose of obtaining legal advice re criminal investigation. | AC, WP |
| | | Dutch | Email | 2/27/2001 | E. Lemineur | G. Merckx | | Email requesting information on behalf of an attorney to base legal advice upon re criminal investigation. | |
| | | French | Email | 2/27/2001 | G. Merckx | E. Lemineur | | Email transmitting information on request of an attorney to base legal advice upon re criminal investigation. | |
| DEXPRIV006385 | DEXPRIV006385 | Dutch | Email | 2/25/2001 | D. Bruneel | E. de Gyns | | Email transmitting request for information to base legal advice upon re criminal investigation. | AC, WP |
| | | Dutch | Email | 2/23/2001 | C. Piret | Management Committee | | Email transmitting request for information to base legal advice upon re criminal investigation. | AC, WP |
| | | French | Email | 2/23/2001 | J. Lametz | C. Piret | | Email transmitting memorandum providing legal advice and requesting information on behalf of an attorney to base legal advice on re criminal investigation. | AC, WP |

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV006386 | DEXPRIV006387 | Dutch | Memo | 2/23/2001 | K. van Riet | C. Piret | P. van Tiggel, F. Dierckx, K. Herbots, B. Lamiroy | Memorandum providing legal advice re criminal investigation and re loan settlement. | AC, WP |
| DEXPRIV006388 | DEXPRIV006389 | | | | | | | Intentional gap. | |
| DEXPRIV006390 | DEXPRIV006391 | Dutch | Memo | | K. van Riet | E. de Gyns | | Undated memorandum providing legal advice re bankruptcy, exercise of collateral, loan settlement and lease. | AC, WP |
| DEXPRIV006392 | DEXPRIV006393 | Dutch | Memo | 12/14/2001 | K. van Riet, B. Lamiroy | J. Martin | | Memorandum providing legal advice re devaluations. | AC, WP |
| DEXPRIV006394 | DEXPRIV006394 | Dutch | Chart | | | | | Undated chart providing information upon which legal advice is based re devaluations. | AC, WP |
| DEXPRIV006395 | DEXPRIV006396 | Dutch | Memo | 12/14/2001 | K. van Riet, B. Lamiroy | J. Martin | | Memorandum, with marginalia reflecting the mental impressions of an attorney, providing legal advice re devaluations. | AC, WP |
| DEXPRIV006397 | DEXPRIV006397 | Dutch | Chart | | | | | Undated chart, with marginalia reflecting the mental impressions of an attorney, providing information upon which legal advice is based re devaluations. | AC, WP |
| DEXPRIV006398 | DEXPRIV006405 | | | | | | | Intentional gap. | |
| DEXPRIV006406 | DEXPRIV006406 | English | Fax | 9/24/2002 | P. Cordonnier | M. Kaiser, L. Powell | | Fax transmitting legal advice re restructuring of L&H financing. | AC, WP |
| DEXPRIV006407 | DEXPRIV006408 | | | | | | | Intentional gap. | |
| DEXPRIV006409 | DEXPRIV006409 | Dutch | Email | 5/8/2001 | C. Piret | Management Committee | P. Gielen | Email transmitting legal advice re restructuring of L&H financing. | AC, WP |
| | | Dutch | Email | 5/8/2001 | B. Lamiroy | C. Piret, R. Avonts, P. Cordonnier, J. van Helleputte | K. van Riet | Email, with attachment, legal advice re restructuring of L&H financing. | AC, WP |
| DEXPRIV006410 | DEXPRIV006411 | Dutch | Minutes | 5/8/2001 | B. Lamiroy | | | Minutes of telephone conference providing legal advice re restructuring of L&H financing. | AC, WP |
| DEXPRIV006412 | DEXPRIV006412 | Dutch | Email | 5/8/2001 | C. Piret | Management Committee | P. Gielen | Email transmitting legal advice re restructuring of L&H financing. | AC, WP |
| | | Dutch | Email | 5/8/2001 | B. Lamiroy | C. Piret, R. Avonts, P. Cordonnier, J. van Helleputte | K. van Riet | Email, with attachment, legal advice re restructuring of L&H financing. | AC, WP |
| DEXPRIV006413 | DEXPRIV006414 | Dutch | Minutes | 5/8/2001 | B. Lamiroy | | | Minutes of telephone conference providing legal advice re restructuring of L&H financing. | AC, WP |
| DEXPRIV006415 | DEXPRIV006416 | French | Memo | 8/28/2001 | K. van Riet, F. Saverys | M. Decamps | | Memorandum with attachment providing legal advice re sale of assets, devaluations, recovery, loan settlement and lease. | AC, WP |

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV006417 | DEXPRIV006417 | French | Chart | | | | | Undated chart providing information upon which legal advice is based re recovery. | AC, WP |
| DEXPRIV006418 | DEXPRIV006419 | French | Memo | 8/28/2001 | K. van Riet, F. Saverys | M. Decamps | | Memorandum with attachment providing legal advice re sale of assets, devaluations, recovery, loan settlement and lease. | AC, WP |
| DEXPRIV006420 | DEXPRIV006420 | French | Chart | | | | | Undated chart providing information upon which legal advice is based re recovery. | AC, WP |
| DEXPRIV006421 | DEXPRIV006426 | English | Draft note | 9/21/2001 | K. Van Riet | Litigation Department, Direction Global Credit Risk | | Note providing legal advice and reflecting the mental impression of an attorney re loan security, re L&H bankruptcy and re L&H shareholders' litigation in the US and Belgium. | AC, WP |
| DEXPRIV006427 | DEXPRIV006427 | | | | | | | Intentional gap. | |
| DEXPRIV006428 | DEXPRIV006433 | English | Draft note | 9/21/2001 | K. Van Riet | Litigation Department, Directors Global Credit Risk | | Note providing legal advice and reflecting the mental impression of an attorney re loan security, re L&H bankruptcy and re L&H shareholders' litigation in the US and Belgium. | AC, WP |
| DEXPRIV006434 | DEXPRIV006434 | | | | | | | Intentional gap. | |
| DEXPRIV006435 | DEXPRIV006436 | English | Draft note | | K. Van Riet | Contentious and Legal Corporate Dept, Directors Global Credit Risk. | | Note providing legal advice and reflecting the mental impression of an attorney re loan security, re credit insurance and re loan settlement. | AC, WP |
| DEXPRIV006437 | DEXPRIV006438 | English | Draft note | | K. Van Riet | Contentious and Legal Corporate Dept, Directors Global Credit Risk. | | Note providing legal advice and reflecting the mental impression of an attorney re loan security, re credit insurance and re loan settlement. | AC, WP |
| DEXPRIV006439 | DEXPRIV006440 | Dutch | Note | 10/12/2001 | K. Van Riet, F. Saverys | J. Martin, C. Piret | | Note providing legal advice re bankruptcy and Dictaphone. | AC, WP |
| DEXPRIV006441 | DEXPRIV006442 | Dutch | Note | 10/19/2001 | K. Van Riet, F. Saverys | J. Martin, C. Piret | | Note providing legal advice re bankruptcy and re litigation strategy. | AC, WP |
| DEXPRIV006443 | DEXPRIV006444 | Dutch | Note | 11/12/2000 | K. Van Riet, F. Saverys | J. Martin, C. Piret | | Note providing legal advice re bankruptcy. | AC, WP |
| DEXPRIV006445 | DEXPRIV006446 | Dutch | Email | 1/23/2001 | C. Decoutere | C. Decoutere | | Email providing legal advice re loan security and re loan settlement. | AC, WP |
| | | Dutch | Email | 1/23/2001 | C. Decoutere | K. Van Riet | E. DeGyns | Email requesting legal advice re loan security and re loan settlement. | AC, WP |
| DEXPRIV006447 | DEXPRIV006447 | Dutch | Email | 2/23/2001 | J. Lametz | P. Van Tiggel, F. Dierckx, K. Herbots, B Lamiroy | K. Van Riet | Email transmitting information for the purpose of legal advice re criminal investigation. | AC, WP |

1/23/2006

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| | DEXPRIV006448 | French | Email | 2/23/2001 | J. Lametz | C. Piret | | Email transmitting information for the purpose of legal advice re criminal investigation. | AC, WP |
| DEXPRIV006449 | DEXPRIV006449 | Dutch | Note | 2/23/2001 | K. Van Riet | C. Piret | Van Tiggel, Dierckx, Herbots, Lamiroy | Note providing legal advice re criminal investigation. | AC, WP |
| DEXPRIV006450 | DEXPRIV006450 | Dutch | Email | 11/22/2000 | C. Piret | G. dauwe, V. Sneyers | P. Van Tiggel, K. Van Riet | Email providing legal advice re loan security and re loan settlement. | AC, WP |
| | | Dutch | Email | 11/22/2000 | K. Van Riet | C. Piret | P. Van Tiggel | Email providing legal advice re loan security and re loan settlement. Preceded by short nonresponsive email. | AC, WP |
| DEXPRIV006451 | DEXPRIV006451 | Dutch | Email | 9/26/2002 | A. Baert | B. Lamiroy, P. Vanderlinden, M. Kunnen, C. Lonneville | K. Van Riet, L. Van Herreweghe | Email providing legal advice re loan security. | AC, WP |
| | | Dutch | Email | 9/26/2002 | B. Lamiroy | P. Vanderlinden, M. Kunnen, C. Lonneville, A. Baert | K. Van Riet, L. Van Herreweghe | Email, containing handwritten marginalia reflecting the mental impression of an attorney, providing legal advice and requesting information for the purpose of legal advice re loan security. | AC, WP |
| DEXPRIV006452 | DEXPRIV006452 | Dutch | Email | 12/11/2000 | P. Steverlynck | J. Rome, L. Govaert | S. Decraene | Email requesting information for the purpose of legal advice re security agreement. | AC, WP |
| | | Dutch | Email | 12/11/2000 | S. Decraene | P. Steverlynck | | Email transmitting information for the purpose of legal advice re security agreement. | AC, WP |
| | | Dutch | Email | 11/11/2000 | P. Van Tiggel | K. Van Riet, S. Decraene, P. Cordonnier, K. Herbots | F. Saverys, C. Piret, 16719 Secretariaat Global Credit Risk | Email providing legal advice re security agreement. | AC, WP |
| DEXPRIV006453 | DEXPRIV006453 | Dutch | Email | 12/11/2000 | S. Decraene | L. Govaert, J. Rome | | Email transmitting legal advice re security agreement. | AC, WP |
| | | Dutch | Email | 12/11/2000 | V. Willems | K. Van Riet, S. Decraene, P. Cordonnier, K. Herbots, P. Van Tiggel | F. Saverys, C. Piret | Email providing information for the purpose of legal advice re security agreement. | AC, WP |
| | | Dutch | Email | 12/11/2000 | P. Van Tiggel | K. Van Riet, S. Decraene, P. Cordonnier, K. Herbots | F. Saverys, C. Piret, 16719 Secretariaat Global Credit Risk | Email providing legal advice re security agreement. | AC, WP |
| DEXPRIV006454 | DEXPRIV006455 | Dutch | Report | 8/18/2003 | S. Ryelandt | | | Report of meeting reflecting the mental impression of an attorney re loan security. | WP |

## Quaak v. Dexia and Related Cases
### Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV006456 | DEXPRIV006457 | Dutch | Email | | K. Van Riet | | | Email transmitting legal advice re loan security. Note: no date or recipients as part of email is missing. | WP |
| | | Dutch | Email | 12/22/2000 | S. Loosveld | K. Van Riet | J. Verbist, B. Moerman, B. Van den Hove | Email providing legal advice re security agreement. | AC, WP |
| DEXPRIV006458 | DEXPRIV006459 | Dutch | Email | | K. Van Riet | | | Email transmitting legal advice re loan security. Note: no date or recipients as part of email is missing. | WP |
| | | Dutch | Email | 12/22/2000 | S. Loosveld | K. Van Riet | J. Verbist, B. Moerman, B. Van den Hove | Email providing legal advice re security agreement. | AC, WP |
| DEXPRIV006460 | DEXPRIV006465 | English | Draft agreement | 12/22/2000 | | | | Draft agreement reflecting the mental impression of an attorney re security agreement. | AC, WP |
| DEXPRIV006466 | DEXPRIV006471 | English | Draft agreement | 12/22/2000 | | | | Draft agreement reflecting the mental impression of an attorney re security agreement. | AC, WP |
| DEXPRIV006472 | DEXPRIV006472 | Dutch | Fax | 3/24/2000 | G. Milants | I. Peeters | | Fax transmitting legal advice re loan repayment. | AC, WP |
| DEXPRIV006473 | DEXPRIV006473 | Dutch | Minutes | | | | | Minutes of bankers meeting dated 10/31/2000 reflecting the mental impression of an attorney re loan security and restructuring of L&H financing. | AC, WP |
| DEXPRIV006474 | DEXPRIV006475 | Dutch | Note | | P. Vermeiren, J. Van Hellepuute | F. Saverys, V. Sneyers, B. Ferrand, Directors | | Note reflecting minutes of bankers meeting (undated), reflecting the mental impression of an attorney re loan security and restructuring of L&H financing. | AC, WP |
| DEXPRIV006476 | DEXPRIV006476 | Dutch | Note | | J. Van Hellepuute, P. Vermeiren | | | Note reflecting the mental impression of an attorney and providing legal advice re restructuring of L&H financing. | AC, WP |
| DEXPRIV006477 | DEXPRIV006477 | English | Fax | 9/27/2000 | M. Legein | R. De blauwe, F. Sercu, L. Mesuere, A. Vercammen, Jan Vandensteen, P. Cordonnier, P. Vermeiren, J. van Hellepuute, Peter Van raemdonck, R. Haas | | Fax transmitting legal advice re restructuring of L&H financing. | AC, WP |

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV006478 | DEXPRIV006479 | English | Draft letter | 9/27/2000 | D. de Bleser, P. Vermeiren | C. Dammekens | | Draft letter reflecting the mental impression of an attorney and requesting information for the purpose of legal advice re restructuring of L&H financing. | AC, WP |
| DEXPRIV006480 | DEXPRIV006480 | English | Fax | 9/27/2000 | M. Legein | R. De blauwe, F. Sercu, L. Mesuere, A. Vercammen, Jan Vandensteen, P. Cordonnier, P. Vermeiren, J. van Helleputte, Peter Van raemdonck, R. Haas | | Fax transmitting legal advice re restructuring of L&H financing. | AC, WP |
| DEXPRIV006481 | DEXPRIV006482 | English | Draft letter | 9/27/2000 | D. de Bleser, P. Vermeiren | C. Dammekens | | Draft letter reflecting the mental impression of an attorney and requesting information for the purpose of legal advice re restructuring of L&H financing. Contains handwritten marginalia reflecting the mental impression of an attorney re same. | AC, WP |
| DEXPRIV006483 | DEXPRIV006483 | Dutch | Email | 11/20/2001 | N. Poppe | B. Lamiroy, K. Van Riet | P. Cordonnier, P. Van Tiggel | Email transmitting information for the purpose of legal advice re restructuring of L&H financing. | AC, WP |
| | | Dutch | Email | 11/19/2001 | B. Lamiroy | N. Poppe | K. Van Riet | Email providing legal advice and requesting information for the purpose of legal advice re restructuring of L&H financing. | AC, WP |
| DEXPRIV006484 | DEXPRIV006485 | English | Chart | | | | | Chart providing information for the purpose of legal advice re restructuring of L&H financing. | WP |

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV006486 | DEXPRIV006487 | English | Email | 11/11/2001 | S. Loosveld | R. Buehler, M. Curran, F. Depotter, D. de Bleser, K. Delerue, K. Diederich, J. Gallagher, W. Haeck, E. Huyghe, L. Jones, M. Kaiser, B. Lamiry, H. Liemen, K. Macours, E. Matthews, C. Schneider, M. Tanghe, K. Van Riet, J. Vankeerberghen, G. Vekeman, V. Vercaigne, R. Wood | J. Verbist, J. Verlinden | Email transmitting legal advice re Belgian bankruptcy proceedings. | AC, WP |
| | | English | Email | 11/10/2001 | T. Zink | S. Loosveld | | Email providing legal advice re Belgian bankruptcy proceedings. | AC, WP |
| | | English | Email | 11/9/2001 | S. Loosveld | T. Zink | | Email requesting legal advice re Belgian bankruptcy proceedings. | AC, WP |
| DEXPRIV006488 | DEXPRIV006488 | Dutch | Fax | 12/18/2001 | K. Van Riet | P. Colle | | Fax transmitting information and requesting legal advice re pledge. | AC, WP |
| DEXPRIV006489 | DEXPRIV006489 | Dutch | Fax | 12/18/2001 | K. Van Riet | P. Colle | | Fax transmitting information and requesting legal advice re pledge. | AC, WP |
| DEXPRIV006490 | DEXPRIV006490 | Dutch | Fax | 12/18/2001 | K. Van Riet | P. Colle | | Fax transmitting information and requesting legal advice re pledge. | AC, WP |
| DEXPRIV006491 | DEXPRIV006491 | Dutch | Fax | 12/18/2001 | K. Van Riet | P. Colle | | Fax transmitting information and requesting legal advice re pledge. | AC, WP |
| DEXPRIV006492 | DEXPRIV006492 | Dutch | Fax | 12/18/2001 | K. Van Riet | P. Colle | | Fax transmitting information and requesting legal advice re pledge. | AC, WP |
| DEXPRIV006493 | DEXPRIV006493 | Dutch | Email | 11/19/2001 | B. Lamiroy | N. Poppe | K. Van Riet | Email providing information for the purpose of requesting legal advice re pledge. | AC, WP |
| DEXPRIV006494 | DEXPRIV006495 | Dutch | Court submission | 11/20/2001 | C. Piret, D. Bruneel | Belgian Bankruptcy court | | Draft brief. | AC, WP |
| DEXPRIV006496 | DEXPRIV006497 | Dutch | Court submission | 11/20/2001 | C. Piret, D. Bruneel | Belgian Bankruptcy court | | Draft brief. | AC, WP |

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV006498 | DEXPRIV006501 | | | | | | | Intentional gap. | |
| DEXPRIV006502 | DEXPRIV006502 | Dutch | Email | 11/16/2000 | K. Macours | L. Mesuere, V. Vercaigne, D. de Bleser, J. Van Helleputte, P. Cordonnier. | J. Vandensteen, G. Vekeman | Email providing legal advice and requesting information for the purpose of legal advice re pledge. | AC, WP |
| DEXPRIV006503 | DEXPRIV006503 | English | Fax | 11/15/2000 | KBC Bank, Fortis Bank, Artesia Bank | C. Schneider, P. Van Raemdonck | | Fax reflecting the mental impression of an attorney re restructuring of L&H financing. | AC, WP |
| DEXPRIV006504 | DEXPRIV006504 | Dutch | Email | 11/16/2000 | K. Macours | L. Mesuere, V. Vercaigne, D. de Bleser, J. Van Helleputte, P. Cordonnier. | J. vandensteen, G. Vekeman | Email providing legal advice and requesting information for the purpose of legal advice re pledge. | AC, WP |
| DEXPRIV006505 | DEXPRIV006505 | English | Letter | | KBC Bank | | | Letter providing information at the request of an attorney re Creditors' Committee. | WP |
| DEXPRIV006506 | DEXPRIV006507 | English | Fax | 12/28/2000 | D. de Bleser | F. Sercu, L. Mesuere, F. Van Steenwinkel, V. Vercaigne, A. Vercammen, F. De Potter, G. Vekeman, K. Macours, P. Cordonnier, P. Vermeiren, P. Van Raemdonck, J. Van Keerberghen, C. Schneider, H. Liemen, K. Diederich | | Email providing legal advice re Creditors' Committee. | AC, WP |

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV006508 | DEXPRIV006509 | English | Fax | 12/11/2000 | D. de Bleser | F. Sercu, L. Mesuere, F. Van Steenwinkel, V. Vercaigne, A. Vercammen, F. De Potter, G. Vekeman, K. Macours, P. Cordonnier, P. Vermeiren, P. Van Raemdonck, J. Van Keerberghen, C. Schneider, R. Haas, K. Diederich | | Email providing legal advice re Creditors' Committee. | AC, WP |
| DEXPRIV006510 | DEXPRIV006510 | Dutch | Email | 11/30/2000 | K. Herbots | D. de Bleser | P. Cordonnier, K. Van Riet, P. Van Tiggel, F. Saverys | Email providing legal advice re Creditors' Committee. | AC, WP |
| DEXPRIV006511 | DEXPRIV006511 | Dutch | Email | | P. Van Tiggel | D. de Bleser | | Email providing legal advice re L&H relationship. | AC, WP |
| DEXPRIV006512 | DEXPRIV006512 | Dutch | Note | 11/29/2000 | S. Tritz | A. Ramay | | Email requesting information for the purpose of legal advice re L&H banking. | |
| DEXPRIV006513 | DEXPRIV006513 | Dutch | Fax | 11/29/2000 | S. Tritz | A. Ramay | | Fax transmission report with image of first page of fax providing legal advice re L&H banking. | AC, WP |
| DEXPRIV006514 | DEXPRIV006519 | | | | | | | Intentional gap. | |
| DEXPRIV006520 | DEXPRIV006520 | English | Fax | 11/17/2000 | J. Vandensteen | D. de Bleser, P. Cordonnier | | Fax requesting legal advice re restructuring of L&H financing. | AC, WP |
| DEXPRIV006521 | DEXPRIV006525 | | | | | | | Intentional gap. | |
| DEXPRIV006526 | DEXPRIV006527 | Dutch | Email | 10/11/2000 | P. Cordonnier | V. Vercaigne | | Email providing legal advice re restructuring of L&H financing and Dictaphone loan collateral. | AC, WP |
| DEXPRIV006528 | DEXPRIV006528 | Dutch | Fax | 10/10/2000 | V. Vercaigne | P. Cordonnier | | Fax cover page providing legal advice and transmitting information to base legal advice upon re restructuring of L&H financing. | AC, WP |
| DEXPRIV006529 | DEXPRIV006529 | Dutch | Fax | 10/11/2000 | V. Vercaigne | P. Cordonnier | | Fax cover page providing legal advice and transmitting information to base legal advice upon re restructuring of L&H financing. | AC, WP |

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV006530 | DEXPRIV006530 | Dutch | Fax | 6/14/2000 | P. van Raemdonck | V. Vercaigne, P. Cordonnier | | Fax providing information to base legal advice upon re Dictaphone and requesting legal advice re restructuring of L&H financing, with marginalia transmitting request for information on behalf of an attorney re same. | AC, WP |
| DEXPRIV006531 | DEXPRIV006531 | Dutch | Email | 10/5/2000 | P. Cordonnier | D. de Bleser | P. Vermeiren, P. van Tiggel | Email providing legal advice re L&H financing. | AC, WP |
| DEXPRIV006532 | DEXPRIV006533 | English | Fax | 10/5/2000 | D. de Bleser | F. Sercu, L. Mesuere, A. Vercammen, J. Vandesteen, P. Cordonnier, P. Vermeiren, P. van Raemdonck, R. Haas | | Fax transmitting information for the purpose of obtaining legal advice re L&H financing. | AC, WP |
| DEXPRIV006534 | DEXPRIV006534 | English | Letter | | | | | Draft letter, without date, with marginalia reflecting the mental impressions of an attorney re L&H financing. | AC, WP |
| DEXPRIV006535 | DEXPRIV006536 | Dutch | Email | 10/5/2000 | P. Cordonnier | D. de Bleser, V. Vercaigne | P. Vermeiren, P. van Tiggel, K. Herbots | Draft email, with marginalia reflecting the mental impressions of an attorney, re Dictaphone guarantee, restructuring of L&H financing. | AC, WP |
| DEXPRIV006537 | DEXPRIV006537 | Dutch | Fax | 9/29/2000 | M. Legein | P. Cordonnier | | Fax cover page reflecting legal advice and transmitting information for the purpose of obtaining legal advice re restructuring of L&H financing. | AC, WP |
| DEXPRIV006538 | DEXPRIV006539 | English | Fax | 11/28/2000 | K. Diederich, H. Liemen | D. de Bleser, P. Cordonnier, P. Vermeiren | | Fax transmitting information for the purpose of obtaining legal advice re L&H financing. | AC, WP |
| DEXPRIV006540 | DEXPRIV006541 | English | Fax | 11/28/2000 | V. Vercaigne | K. Diederich | J. Verbist | Fax transmitting and providing legal advice re L&H financing. | AC, WP |
| DEXPRIV006542 | DEXPRIV006543 | English | Fax | 11/28/2000 | J. Nelissen Grade | V. Vercaigne | | Fax providing legal advice re exercise of Dictaphone guarantee. | AC, WP |
| DEXPRIV006544 | DEXPRIV006544 | | | | | | | Intentional gap. | |
| DEXPRIV006545 | DEXPRIV006546 | English | Fax | 11/21/2000 | C. Kogge, K. Diederich | D. de Bleser, P. Cordonnier, P. Vermeiren | | Fax transmitting information for the purpose of obtaining legal advice re L&H financing. | AC, WP |
| DEXPRIV006547 | DEXPRIV006547 | | | | | | | Intentional gap. | |
| DEXPRIV006548 | DEXPRIV006549 | English | Fax | 11/15/2000 | R. Haas, K. Diederich | D. de Bleser, P. Cordonnier, P. Vermeiren | | Fax transmitting information for the purpose of obtaining legal advice re L&H financing. | AC, WP |
| DEXPRIV006550 | DEXPRIV006551 | English | Fax | 11/16/2000 | P. Cordonnier | R. Haas, K. Diederich | | Fax providing legal advice re L&H financing. | AC, WP |

1/23/2006

## Quaak v. Dexia and Related Cases
## Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV006552 | DEXPRIV006552 | English | Fax | 11/16/2000 | P. Cordonnier | R. Haas, K. Diederich | | Fax transmission report with image of first page of fax providing legal advice re L&H financing. | AC, WP |
| DEXPRIV006553 | DEXPRIV006553 | Dutch | Fax | 11/16/2000 | V. Vercaigne | P. Cordonnier | | Fax providing legal advice re L&H financing. | AC, WP |
| DEXPRIV006554 | DEXPRIV006554 | Dutch | Fax | 11/16/2000 | V. Vercaigne | P. Cordonnier | | Fax transmission report with image of first page of fax providing legal advice re L&H financing. | AC, WP |
| DEXPRIV006555 | DEXPRIV006555 | Dutch | Email | 11/16/2000 | K. van Riet | P. Cordonnier | | Email providing legal advice and transmitting request thereof re L&H financing. | AC, WP |
| | | Dutch | Email | 11/16/2000 | P. Cordonnier | D. de Bleser, V. Vercaigne, P. Vermeiren, K. van Riet, J. van Helleputte | | Email, with attachment, requesting legal advice re L&H financing. | AC, WP |
| DEXPRIV006556 | DEXPRIV006556 | English | Letter | 7/19/2002 | C. Rivera | K. van Riet | | Letter transmitting Proof of Claim and providing legal advice re bankruptcy. | AC, WP |
| DEXPRIV006557 | DEXPRIV006558 | English | Fax | 11/28/2000 | D. de Bleser | F. Sercu, L. Mesuere, F. van Steenwinkel, V. Vercaigne, A. Vercammen, J. Vandesteen, G. Vekeman, K. Macours, P. Cordonnier, P. Vermeiren, P. van Raemdonck, J. van Keerberghen, C. Schneider, R. Haas, K. Diederich | | Fax providing legal advice re restructuring of L&H financing. | AC, WP |
| DEXPRIV006559 | DEXPRIV006559 | | | | | | | Intentional gap. | |
| DEXPRIV006560 | DEXPRIV006561 | English | Fax | 11/20/2000 | C. Schneider, J. van Keerberghen | D. de Bleser | | Fax providing legal advice re restructuring of L&H financing. | AC, WP |
| DEXPRIV006562 | DEXPRIV006562 | | | | | | | Intentional gap. | |
| DEXPRIV006563 | DEXPRIV006563 | English | Letter | 11/17/2000 | J. van Keerberghen | D. de Bleser | | Letter providing legal advice re restructuring of L&H financing. | AC, WP |
| DEXPRIV006564 | DEXPRIV006564 | | | | | | | Intentional gap. | |

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV006565 | DEXPRIV006565 | English | Letter | 11/16/2000 | J. van Keerberghen | D. de Bleser | | Letter providing legal advice re restructuring of L&H financing. | AC, WP |
| DEXPRIV006566 | DEXPRIV006569 | | | | | | | Intentional gap. | |
| DEXPRIV006570 | DEXPRIV006570 | English | Fax | 11/13/2000 | C. Schneider, J. van Keerberghen | D. de Bleser | | Fax providing legal advice re restructuring of L&H financing. | AC, WP |
| DEXPRIV006571 | DEXPRIV006571 | | | | | | | Intentional gap. | |
| DEXPRIV006572 | DEXPRIV006573 | English | Fax | 11/7/2000 | C. Schneider, J. van Keerberghen | D. de Bleser | | Fax providing legal advice re restructuring of L&H financing. | AC, WP |
| DEXPRIV006574 | DEXPRIV006574 | | | | | | | Intentional gap. | |
| DEXPRIV006575 | DEXPRIV006575 | English | Fax | 11/17/2000 | J. Vandensteen | D. de Bleser, P. Cordonnier | | Fax transmitting legal advice and request for legal advice re restructuring of L&H financing. | AC, WP |
| DEXPRIV006576 | DEXPRIV006577 | English | Memo | 11/17/2000 | K. Macours | Lenders of the LHSP credit facility | | Fax requesting legal advice re restructuring of L&H financing, share pledge agreement, loan security and Korea. | AC, WP |
| DEXPRIV006578 | DEXPRIV006578 | Dutch | Email | 12/13/2000 | P. van Tiggel | K. Herbots, P. Cordonnier | | Email transmitting legal advice re credit insurance, loan settlement, pledge, and LHIC. | AC, WP |
| | | Dutch | Email | 12/13/2000 | K. van Riet | P. van Tiggel | | Email providing legal advice re credit insurance, loan settlement, pledge, and LHIC with marginalia reflecting the mental impressions of an attorney re credit insurance and unsecured credit. | AC, WP |
| DEXPRIV006579 | DEXPRIV006579 | Dutch | Email | 1/18/2001 | P. van Tiggel | P. Cordonnier, K. Herbots | | Email transmitting request for legal advice re communications. | AC, WP |
| | | Dutch | Email | 1/18/2001 | L. Verhulst | Management Committee | G. Mertens, T. Martiny, K. van Riet, P. van Tiggel | Email requesting legal advice re communications. | AC, WP |
| DEXPRIV006580 | DEXPRIV006580 | | Email | 1/16/2001 | P. van Tiggel | P. Cordonnier, K. Herbots | | Email transmitting legal advice re credit insurance. | AC, WP |
| | | Dutch | Email | 1/15/2001 | K. van Riet | C. Piret, P. van Tiggel | F. Saverys | Email providing legal advice re communications. | AC, WP |
| DEXPRIV006581 | DEXPRIV006581 | | Email | 1/15/2001 | P. van Tiggel | P. Cordonnier, K. Herbots | | Email transmitting request for legal advice re restructuring of L&H financing and sale of assets. | AC, WP |
| | | | Email | 1/15/2001 | K. van Riet | P. van Tiggel | | Email transmitting request for legal advice re restructuring of L&H financing and sale of assets. | AC, WP |
| | | Dutch | Email | 1/12/2001 | D. Bruneel | C. Piret, K. van Riet | | Email requesting legal advice re restructuring of L&H financing and sale of assets. | AC, WP |
| DEXPRIV006582 | DEXPRIV006582 | Dutch | Email | 1/10/2001 | K. Herbots | P. van Tiggel | | Email transmitting information to base legal advice upon re dormant account. | AC, WP |

1/23/2006

## Quaak v. Dexia and Related Cases
### Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV006583 | | Dutch | Email | 1/10/2001 | B. Ferrand | B. Lamiroy | K. Herbots | Email requesting legal advice re dormant account. | AC, WP |
| DEXPRIV006583 | DEXPRIV006583 | Dutch | Email | 1/10/2001 | K. van Riet | C. Piret, F. Saverys, P. van Tiggel, K. Herbots | | Email providing legal advice re bankruptcy, loan settlement, credit insurance, restructuring of L&H financing and pledges. | AC, WP |
| DEXPRIV006584 | DEXPRIV006584 | Dutch | Email | 1/8/2001 | K. van Riet | C. Piret, F. Saverys, P. van Tiggel, K. Herbots | | Email providing legal advice re Belgian litigation, bankruptcy, loan settlement. | AC, WP |
| DEXPRIV006585 | DEXPRIV006585 | Dutch | Email | 1/11/2001 | P. van Tiggel | N. Poppe | K. van Riet, K. Herbots | Email providing legal advice and transmitting request thereof re bank accounts. | AC, WP |
| | | Dutch | Email | 1/11/2001 | N. Poppe | P. van Tiggel | K. van Riet, K. Herbots | Email requesting legal advice re bank accounts. | AC, WP |
| DEXPRIV006586 | DEXPRIV006586 | Dutch | Fax | 12/7/2000 | P. Cordonnier | K. van Riet, B. Lamiroy | | Fax requesting legal advice re L&H litigation and transmitting legal advice re US bankruptcy. | AC, WP |
| DEXPRIV006587 | DEXPRIV006587 | Dutch | Fax | 12/7/2000 | P. Cordonnier | K. van Riet, B. Lamiroy | | Fax transmission report with image of first page of fax requesting legal advice re L&H litigation and transmitting legal advice re US bankruptcy. | AC, WP |
| DEXPRIV006588 | DEXPRIV006588 | Dutch | Email | 12/5/2000 | P. Cordonnier | B. Lamiroy | C. van Coppenolle, K. van Riet, P. Vermeiren, P. van Tiggel, K. Herbots | Email requesting legal advice re credit insurance. | AC, WP |
| | | Dutch | Email | 12/5/2000 | B. Lamiroy | C. van Coppenolle | K. van Riet, P. Vermeiren, P. Cordonnier, P. van Tiggel, K. Herbots | Email, with attachment, providing legal advice re credit insurance. | AC, WP |
| DEXPRIV006589 | DEXPRIV006589 | Dutch | Email | 12/5/2000 | B. Lamiroy | C. van Coppenolle | K. van Riet, P. Vermeiren, P. Cordonnier, P. van Tiggel, K. Herbots | Email, with attachment, providing legal advice re credit insurance. | AC, WP |
| DEXPRIV006590 | DEXPRIV006590 | Dutch | Letter | 12/5/2000 | B. Lamiroy, K. van Riet | | | Draft letter, with marginalia reflecting the mental impressions of an attorney re credit insurance. | AC, WP |
| DEXPRIV006591 | DEXPRIV006591 | Dutch | Letter | 12/5/2000 | B. Lamiroy, K. van Riet | | | Draft letter, with marginalia reflecting the mental impressions of an attorney re credit insurance. | AC, WP |
| DEXPRIV006592 | DEXPRIV006592 | Dutch | Email | 12/1/2000 | P. Cordonnier | D. de Bleser | | Email providing legal advice re bank guarantee. | AC, WP |