*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV006593 | DEXPRIV006593 | Dutch | Email | 11/9/2000 | P. Cordonnier | K. van Riet | M. Colle, P. van Tiggel | Email requesting legal advice re restructuring of L&H financing. | AC, WP |
| DEXPRIV006594 | DEXPRIV006594 | Dutch | Email | 11/7/2000 | I. Bastin | P. Vermeiren, J. van Helleputte | P. Cordonnier | Email requesting legal advice re bank guarantee. | AC, WP |
| DEXPRIV006595 | DEXPRIV006595 | Dutch | Email | 11/6/2000 | J. van Helleputte | P. Cordonnier, P. Vermeiren, K. Herbots | | Email requesting legal advice re L&H financing. | AC, WP |
| DEXPRIV006596 | DEXPRIV006596 | Dutch | Email | 11/6/2000 | P. Cordonnier | J. van Helleputte | | Email requesting legal advice re Korea, with marginalia reflecting the mental impressions of an attorney re same. | AC, WP |
| | | Dutch | Email | 11/6/2000 | J. van Helleputte | P. Cordonnier | | Email transmitting information upon which to base legal advice re Korea. | AC, WP |
| | | Dutch | Email | 11/3/2000 | B. Ferrand | J. van Helleputte | | Email transmitting information upon which to base legal advice re Korea. | AC, WP |
| DEXPRIV006597 | DEXPRIV006598 | Dutch | Email | 11/6/2000 | P. Vermeiren | P. Cordonnier | J. van Helleputte | Email providing information to base further legal advice upon re L&H financing and transmitting request for legal advice re same. | AC, WP |
| | | Dutch | Email | 11/6/2000 | P. Cordonnier | J. van Helleputte, P. Vermeiren | | Email providing legal advice and transmitting request for legal advice re L&H financing. | AC, WP |
| | | Dutch | Email | 11/5/2000 | I. Bastin | P. Cordonnier | P. Cordonnier | Email requesting legal advice and incorporating information, in English, to base legal advice upon re L&H financing. | AC, WP |
| DEXPRIV006599 | DEXPRIV006600 | Dutch | Email | 11/6/2000 | P. Cordonnier | D. de Bleser | P. Cordonnier | Email providing legal advice and transmitting request for legal advice re L&H financing. | AC, WP |
| | | Dutch | Email | 11/5/2000 | I. Bastin | P. Cordonnier | P. Cordonnier | Email requesting legal advice and incorporating information, in English, to base legal advice upon re L&H financing. | AC, WP |
| DEXPRIV006601 | DEXPRIV006601 | Dutch | Email | 11/5/2000 | I. Bastin | P. Cordonnier | P. Cordonnier | Email requesting legal advice and incorporating information, in English, to base legal advice upon re L&H financing. | AC, WP |
| DEXPRIV006602 | DEXPRIV006602 | Dutch | Email | 11/3/2000 | J. van Helleputte | P. Cordonnier, P. Vermeiren | | Email requesting legal advice with marginalia reflecting the mental impressions of an attorney re L&H financing. | AC, WP |
| DEXPRIV006603 | DEXPRIV006603 | Dutch | Email | 11/6/2000 | P. Cordonnier | D. de Bleser | | Email requesting information to base legal advice upon re restructuring of L&H financing and collateral request. | AC, WP |
| DEXPRIV006604 | DEXPRIV006604 | Dutch | Email | 11/3/2000 | P. Cordonnier | D. de Bleser | | Email providing legal advice re L&H financing. | AC, WP |
| DEXPRIV006605 | DEXPRIV006605 | Dutch | Email | 10/31/2000 | P. Cordonnier | F. Saverys | K. van Riet, van Tiggel | Email providing legal advice re LHIC investment portfolio, loan pledge agreement, loan settlement, restructuring of L&H financing. | AC, WP |

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV006606 | DEXPRIV006606 | Dutch | Email | 10/30/2000 | P. Cordonnier | P. Vermeiren, J. van Helleputte | | Email requesting information to base legal advice upon re restructuring of L&H financing. | AC, WP |
| DEXPRIV006607 | DEXPRIV006607 | Dutch | Email | 10/27/2000 | P. Vermeiren | P. Cordonnier, J. van Helleputte | K. Herbots | Email providing information requested by an attorney and transmitting request thereof re restructuring of L&H financing. | AC, WP |
| | | Dutch | Email | 10/27/2000 | P. Cordonnier | P. Vermeiren, J. van Helleputte, van Tiggel | K. Herbots | Email providing legal advice and requesting information to base further legal advice upon re L&H financing. | AC, WP |
| DEXPRIV006608 | DEXPRIV006608 | Dutch | Email | 9/29/2000 | P. Cordonnier | E. Messely, K. van Riet | | Email, with marginalia reflecting the mental impressions of an attorney, requesting information to base legal advice upon re pledges. | AC, WP |
| DEXPRIV006609 | DEXPRIV006609 | Dutch | Email | 9/25/2000 | P. Vermeiren | F. Saverys, van Tiggel, Cordonnier | | Email, with marginalia reflecting the mental impressions of an attorney, providing legal advice re restructuring of L&H financing. | AC, WP |
| DEXPRIV006610 | DEXPRIV006610 | English | Minutes | | | | | Draft minutes of meeting of L&H banking consortium dated 12/21/2000 re bankruptcy and Dictaphone. | AC, WP |
| DEXPRIV006614 | DEXPRIV006616 | English | Memo | 12/21/2000 | H. Seife | Bank Group | | Memorandum providing legal advice re litigation proceedings, sale of assets, bankruptcy. | AC, WP |
| DEXPRIV006617 | DEXPRIV006617 | English | Email | 12/20/2000 | J. Verbist | D. de Bleser, E. Huyghe, H. Liemen, J. Vankeerberghen, K. van Riet, K. Diederich, K. Macours, M. Tanghe, P. Cordonnier, R. Buehler, V. Vercaigne, Schneider, M. Curran | J. Nelissen Grade, C. Sunt, J. Verlinden, S. Loosveld, H. Lamb, C. Geys, H. Seife, T. Zink | Email, with attachment, providing legal advice re litigation strategy. | AC, WP |
| DEXPRIV006618 | DEXPRIV006621 | English | Memo | 12/20/2000 | J. Verbist | KBC Bank, Artesia Bank, Fortis Bank, Deutsche Bank, Dresdner Bank | | Memorandum providing legal advice re litigation proceedings, restructuring of L&H financing, bankruptcy. | AC, WP |
| DEXPRIV006622 | DEXPRIV006625 | English | Minutes | | | | | Draft minutes of meeting of L&H banking consortium re restructuring of L&H financing. | AC, WP |

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV006626 | DEXPRIV006627 | English | Minutes | | | | | Minutes of meeting of L&H banking consortium re restructuring of L&H financing. | AC, WP |
| DEXPRIV006628 | DEXPRIV006629 | Dutch | Memo | 12/19/2000 | G. de Pestel, P. Colle | | K. van Riet, B. Lamiroy | Request for information to base legal advice upon re seizure. | AC, WP |
| DEXPRIV006630 | DEXPRIV006630 | English | Minutes | | | | | First page of minutes of meeting of L&H banking consortium re restructuring of L&H financing. | AC, WP |
| DEXPRIV006631 | DEXPRIV006632 | English | Letter | 11/7/2000 | Schneider, J. van Keerberghen | D. de Bieser | | Letter, with marginalia reflecting the mental impressions of an attorney, re restructuring of L&H financing. | AC, WP |
| DEXPRIV006633 | DEXPRIV006633 | | | | | | | Intentional gap. | |
| DEXPRIV006634 | DEXPRIV006634 | Dutch | Memo | 8/6/2003 | K. van Riet, B. Lamiroy | A. de Roeck | | Memorandum providing legal advice re delivery of shares. | AC, WP |
| DEXPRIV006635 | DEXPRIV006637 | Dutch | Memo | 5/6/2003 | K. van Riet, B. Lamiroy | A. de Roeck | | Memorandum providing legal advice re delivery of shares. | AC, WP |
| DEXPRIV006638 | DEXPRIV006639 | Dutch | Memo | | K. van Riet, B. Lamiroy | A. de Roeck | | Memorandum providing legal advice re delivery of shares. | AC, WP |
| DEXPRIV006640 | DEXPRIV006641 | Dutch | Email | 5/5/2003 | K. Claessens | B. Lamiroy | K. van Riet, A. de Roeck | Email providing information for the purpose of obtaining legal advice re delivery of shares. | AC, WP |
| | | Dutch | Email | 5/5/2003 | B. Lamiroy | K. Claessens | K. van Riet | Email providing legal advice and transmitting request thereof re delivery of shares. | AC, WP |
| | | Dutch | Email | 4/25/2003 | K. Claessens | A. de Roeck | K. van Riet, A. Guilliams, B. Lamiroy, G. de Baere, W. Lauwers, M. van Assche | Email providing information requested by an attorney to base legal advice upon re delivery of shares. | AC, WP |
| DEXPRIV006642 | DEXPRIV006643 | English | Email | 5/12/2003 | A. de Roeck | K. van Riet, B. Lamiroy | | Email transmitting information to base legal advice upon re delivery of shares. | AC, WP |
| | | French | Email | 5/11/2003 | A. Miller | A. de Roeck | J. Martin | Email transmitting information to base legal advice upon re delivery of shares. | AC, WP |
| | | Dutch | Email | 5/8/2003 | A. de Roeck | A. Miller, J. Martin | K. Claessens, A. Guilliams | Email providing legal advice re delivery of shares. | AC, WP |
| | | Dutch | Email | 5/6/2003 | K. van Riet | A. de Roeck | B. Lamiroy | Email providing legal advice re delivery of shares. | AC, WP |
| | | Dutch | Email | 5/6/2003 | B. Lamiroy | K. van Riet | | Email with attachments providing legal advice re delivery of shares. | AC, WP |
| DEXPRIV006644 | DEXPRIV006645 | English | Email | 5/8/2003 | A. de Roeck | K. van Riet, B. Lamiroy | A. Guilliams, K. Claessens | Email transmitting information to base legal advice upon re delivery of shares. | AC, WP |
| | | French | Email | 5/8/2003 | J. Martin | A. Miller, A. de Roeck | | Email transmitting information to base legal advice upon re delivery of shares. | AC, WP |

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| | | Dutch | Email | 5/8/2003 | A. de Roeck | A. Miller, J. Martin | K. Claessens, A. Guilliams | Email providing legal advice re delivery of shares. | AC, WP |
| | | Dutch | Email | 5/6/2003 | K. van Riet | A. de Roeck | B. Lamiroy | Email providing legal advice re delivery of shares. | AC, WP |
| | | Dutch | Email | 5/6/2003 | B. Lamiroy | K. van Riet | | Email with attachments providing legal advice re delivery of shares. | AC, WP |
| DEXPRIV006646 | DEXPRIV006647 | Dutch | Memo | 8/6/2003 | B. Lamiroy, K. van Riet | A. de Roeck | | Memorandum providing legal advice re delivery of shares with marginalia requesting information to base further legal advice upon and marginalia transmitting such information, with attachments. | AC, WP |
| DEXPRIV006648 | DEXPRIV006649 | Dutch | Memo | 5/6/2003 | B. Lamiroy, K. van Riet | A. de Roeck | | Memorandum providing legal advice re delivery of shares, with attachments. | AC, WP |
| DEXPRIV006650 | DEXPRIV006651 | Dutch | Memo | | B. Lamiroy, K. van Riet | A. de Roeck | | Memorandum providing legal advice re delivery of shares, with attachments. | AC, WP |
| DEXPRIV006652 | DEXPRIV006653 | Dutch | Email | 5/5/2003 | K. Claessens | B. Lamiroy | K. van Riet, A. de Roeck | Email providing information for the purpose of obtaining legal advice re delivery of shares. | AC, WP |
| | | Dutch | Email | 5/5/2003 | B. Lamiroy | K. Claessens | K. van Riet | Email providing legal advice and transmitting request thereof re delivery of shares. | AC, WP |
| | | Dutch | Email | 4/25/2003 | K. Claessens | A. de Roeck | K. van Riet, A. Guilliams, B. Lamiroy, G. de Baere, W. Lauwers, M. van Assche | Email providing information requested by an attorney to base legal advice upon re delivery of shares. | AC, WP |
| DEXPRIV006654 | DEXPRIV006655 | English | Email | 5/12/2003 | A. de Roeck | K. van Riet, B. Lamiroy | | Email transmitting information to base legal advice upon re delivery of shares. | AC, WP |
| | | French | Email | 5/11/2003 | A. Miller | A. de Roeck | J. Martin | Email transmitting information to base legal advice upon re delivery of shares. | AC, WP |
| | | Dutch | Email | 5/8/2003 | A. de Roeck | A. Miller, J. Martin | K. Claessens, A. Guilliams | Email providing legal advice re delivery of shares. | AC, WP |
| | | Dutch | Email | 5/6/2003 | K. van Riet | A. de Roeck | B. Lamiroy | Email providing legal advice re delivery of shares. | AC, WP |
| | | Dutch | Email | 5/6/2003 | B. Lamiroy | K. van Riet | | Email with attachments providing legal advice re delivery of shares. | AC, WP |
| DEXPRIV006656 | DEXPRIV006657 | English | Email | 5/8/2003 | A. de Roeck | K. van Riet, B. Lamiroy | A. Guilliams, K. Claessens | Email transmitting information to base legal advice upon re delivery of shares. | AC, WP |
| | | French | Email | 5/8/2003 | J. Martin | A. Miller, A. de Roeck | | Email transmitting information to base legal advice upon re delivery of shares. | AC, WP |
| | | Dutch | Email | 5/8/2003 | A. de Roeck | A. Miller, J. Martin | K. Claessens, A. Guilliams | Email providing legal advice re delivery of shares. | AC, WP |
| | | Dutch | Email | 5/6/2003 | K. van Riet | A. de Roeck | B. Lamiroy | Email providing legal advice re delivery of shares. | AC, WP |
| | | Dutch | Email | 5/6/2003 | B. Lamiroy | K. van Riet | | Email with attachments providing legal advice re delivery of shares. | AC, WP |

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV006658 | DEXPRIV006658 | Dutch | Email | 8/6/2003 | A. de Roeck | B. Lamiroy | K. van Riet | Email providing legal advice re delivery of shares and transmitting request thereof. | AC, WP |
| | | Dutch | Email | 8/6/2003 | B. Lamiroy | A. de Roeck | K. van Riet | Email requesting legal advice re delivery of shares. | AC, WP |
| DEXPRIV006659 | DEXPRIV006659 | Dutch | Email | 8/6/2003 | K. van Riet | B. Lamiroy | | Email providing legal advice re delivery of shares and transmitting request thereof. | AC, WP |
| | | Dutch | Email | 8/5/2003 | B. Lamiroy | K. van Riet | | Email requesting legal advice re delivery of shares. | AC, WP |
| DEXPRIV006660 | DEXPRIV006661 | Dutch | Memo | 8/6/2003 | K. van Riet, B. Lamiroy | A. de Roeck | | Memorandum providing legal advice re delivery of shares, with attachments. | AC, WP |
| DEXPRIV006662 | DEXPRIV006663 | Dutch | Handwritten notes | | | | | Handwritten notes reflecting the mental impressions of an attorney re delivery of shares. | AC, WP |
| DEXPRIV006664 | DEXPRIV006664 | French | Email | 7/15/2003 | C. Gena | K. van Riet, B. Lamiroy, W. Lauwers | M. Delplace | Email requesting legal advice and transmitting information to base legal advice upon re delivery of shares. | AC, WP |
| | | French | Email | 7/15/2003 | O. Kayacan | C. Gena | F. Segui | Email and transmitting information to base legal advice upon re delivery of shares. | AC, WP |
| DEXPRIV006665 | DEXPRIV006665 | French | Handwritten notes | | | | | Handwritten notes reflecting the mental impressions of an attorney re delivery of shares. | AC, WP |
| DEXPRIV006666 | DEXPRIV006667 | Dutch | Email | 7/1/2003 | D. Mintjens | B. Lamiroy | | Email providing information requested by an attorney to base legal advice upon and transmitting request thereof, re delivery of shares. | AC, WP |
| | | Dutch | Email | 5/6/2003 | B. Lamiroy | D. Mintjens | | Email requesting information to base legal advice upon re delivery of shares. | AC, WP |
| | | Dutch | Email | 5/6/2003 | K. van Riet | A. de Roeck | B. Lamiroy | Email providing legal advice re delivery of shares. | AC, WP |
| | | Dutch | Email | 5/6/2003 | B. Lamiroy | K. van Riet | | Email with attachments providing legal advice re delivery of shares. | AC, WP |
| DEXPRIV006668 | DEXPRIV006668 | Dutch | Handwritten notes | 5/18/2003 | | | | Handwritten notes reflecting the mental impressions of an attorney re delivery of shares. | AC, WP |
| DEXPRIV006669 | DEXPRIV006671 | Dutch | Email | 5/12/2003 | A. de Roeck | G. van der Eecken, K. van Riet, B. Lamiroy | K. Thirion, B. de Decker | Email providing legal advice and transmitting request thereof re delivery of shares. | AC, WP |
| | | Dutch | Email | 5/12/2003 | G. van der Eecken | A. de Roeck | K. Thirion, B. de Decker | Email requesting legal advice and transmitting information to base legal advice upon re delivery of shares. | AC, WP |
| | | Dutch | Email | 5/9/2003 | B. de Decker | A. de Roeck | G. van der Eecken, K. Thirion | Email requesting legal advice and transmitting information to base legal advice upon re delivery of shares. | AC, WP |

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| | | Dutch | Email | 5/9/2003 | A. de Roeck | K. van Riet | B. de Decker | Email providing legal advice and transmitting request thereof re delivery of shares. | AC, WP |
| | | Dutch | Email | 5/8/2003 | K. van Riet | A. de Roeck | | Email providing legal advice and transmitting request thereof re delivery of shares. | AC, WP |
| | | Dutch | Email | 5/8/2003 | A. de Roeck | K. van Riet, B. Lamiroy | A. Guilliams, K. Claessens | Email transmitting information to base legal advice upon re delivery of shares. | AC, WP |
| | | Dutch | Email | 5/8/2003 | J. Martin | A. Miller, A. de Roeck | | Email transmitting information to base legal advice upon re delivery of shares. | AC, WP |
| | | Dutch | Email | 5/8/2003 | A. de Roeck | A. Miller, J. Martin | K. Claessens, A. Guilliams | Email providing legal advice re delivery of shares. | AC, WP |
| | | Dutch | Email | 5/6/2003 | K. van Riet | A. de Roeck | B. Lamiroy | Email providing legal advice re delivery of shares. | AC, WP |
| DEXPRIV006672 | DEXPRIV006673 | Dutch | Email | 5/6/2003 | B. Lamiroy | | | Email with attachments providing legal advice re delivery of shares. | AC, WP |
| | | English | Email | 5/12/2003 | A. de Roeck | K. van Riet, B. Lamiroy | A. Guilliams, K. Claessens | Email transmitting information to base legal advice upon re delivery of shares. | AC, WP |
| | | French | Email | 5/11/2003 | A. Miller | A. de Roeck | J. Martin | Email transmitting information to base legal advice upon re delivery of shares. | AC, WP |
| | | Dutch | Email | 5/8/2003 | A. de Roeck | A. Miller, J. Martin | K. Claessens, A. Guilliams | Email providing legal advice re delivery of shares. | AC, WP |
| | | Dutch | Email | 5/6/2003 | K. van Riet | A. de Roeck | B. Lamiroy | Email providing legal advice re delivery of shares. | AC, WP |
| DEXPRIV006674 | DEXPRIV006675 | Dutch | Email | 5/6/2003 | B. Lamiroy | K. van Riet | | Email with attachments providing legal advice re delivery of shares. | AC, WP |
| | | English | Email | 5/8/2003 | A. de Roeck | K. van Riet, B. Lamiroy | A. Guilliams, K. Claessens | Email, with attachments, requesting legal advice and transmitting information to base legal advice upon re delivery of shares. | AC, WP |
| | | French | Email | 5/8/2003 | Y. Declercq | A. Miller, J. Martin | | Email providing legal advice re delivery of shares. | AC, WP |
| | | Dutch | Email | 5/8/2003 | Y. Declercq | A. Miller, J. Martin | K. Claessens, A. Guilliams | Email providing legal advice re delivery of shares. | AC, WP |
| | | Dutch | Email | 5/6/2003 | K. van Riet | A. de Roeck | B. Lamiroy | Email providing legal advice re delivery of shares. | AC, WP |
| DEXPRIV006676 | DEXPRIV006676 | Dutch | Email | 5/6/2003 | B. Lamiroy | K. van Riet | | Email with attachments providing legal advice re delivery of shares. | AC, WP |

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV006678 | DEXPRIV006678 | Dutch | Email | 5/6/2003 | K. van Riet | A. de Roeck | B. Lamiroy | Email providing legal advice and transmitting request thereof re delivery of shares. | AC, WP |
| | | Dutch | Email | 5/6/2003 | B. Lamiroy | K. van Riet | | Email with attachment requesting legal advice re delivery of shares. | AC, WP |
| DEXPRIV006679 | DEXPRIV006680 | Dutch | Memo | 5/6/2003 | B. Lamiroy, K. van Riet | A. de Roeck | | Memorandum providing legal advice re delivery of shares, with attachments. | AC, WP |
| DEXPRIV006681 | DEXPRIV006683 | Dutch | Memo | 4/16/2003 | B. Lamiroy, K. van Riet | A. de Roeck | | Memorandum providing legal advice re delivery of shares. | AC, WP |
| DEXPRIV006684 | DEXPRIV006684 | | Email | 4/25/2003 | K. van Riet | B. Lamiroy | | Email transmitting request for legal advice re delivery of shares. | AC, WP |
| | | Dutch | Email | 4/24/2003 | G. de Baere | K. van Riet | | Email transmitting request for legal advice re delivery of shares. | AC, WP |
| | | Dutch | Email | 4/24/2003 | C. van Laethem | G. de Baere | A. Guilliams, K. Claessens | Email requesting legal advice re delivery of shares. | AC, WP |
| DEXPRIV006685 | DEXPRIV006686 | Dutch | Memo | 4/16/2003 | B. Lamiroy, K. van Riet | A. de Roeck | | Memorandum providing legal advice re delivery of shares. | AC, WP |
| DEXPRIV006687 | DEXPRIV006688 | Dutch | Email | 5/5/2003 | K. Claessens | B. Lamiroy | K. van Riet, A. de Roeck | Email providing information for the purpose of obtaining legal advice re delivery of shares. | AC, WP |
| | | Dutch | Email | 5/5/2003 | B. Lamiroy | K. Claessens | K. van Riet | Email providing legal advice and transmitting request thereof re delivery of shares. | AC, WP |
| | | Dutch | Email | 4/25/2003 | K. Claessens | A. de Roeck | K. van Riet, A. Guilliams, B. Lamiroy, G. de Baere, W. Lauwers, M. van Assche | Email providing information requested by an attorney to base legal advice upon re delivery of shares. | AC, WP |
| DEXPRIV006689 | DEXPRIV006689 | Dutch | Email | 5/6/2003 | B. Lamiroy | D. Mintjens | | Email requesting information to base legal advice upon re delivery of shares. | AC, WP |
| | | Dutch | Email | 5/6/2003 | K. van Riet | A. de Roeck | B. Lamiroy | Email providing legal advice re delivery of shares. | AC, WP |
| | | Dutch | Email | 5/6/2003 | B. Lamiroy | K. van Riet | | Email with attachments providing legal advice re delivery of shares. | AC, WP |
| DEXPRIV006690 | DEXPRIV006690 | Dutch | Email | 5/2/2003 | A. de Roeck | K. Claessens | A. Guilliams, K. van Riet, B. Lamiroy | Email providing legal advice and transmitting request thereof re delivery of shares. | AC, WP |
| | | Dutch | Email | 5/2/2003 | K. Claessens | A. de Roeck | | Email requesting legal advice re delivery of shares. | AC, WP |
| DEXPRIV006691 | DEXPRIV006692 | Dutch | Email | 4/25/2003 | K. Claessens | A. de Roeck | K. van Riet, A. Guilliams, B. Lamiroy, G. de Baere, W. Lauwers, M. van Assche | Email, with marginalia reflecting the mental impressions of an attorney, providing information requested by an attorney to base legal advice upon re delivery of shares. | AC, WP |

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV006693 | DEXPRIV006694 | Dutch | Email | 5/5/2003 | K. Claessens | B. Lamiroy | K. van Riet, A. de Roeck | Email providing information for the purpose of obtaining legal advice re delivery of shares. | AC, WP |
| | | Dutch | Email | 5/5/2003 | B. Lamiroy | K. Claessens | K. van Riet | Email providing legal advice and transmitting request thereof re delivery of shares. | AC, WP |
| | | Dutch | Email | 4/25/2003 | K. Claessens | A. de Roeck | K. van Riet, A. Guilliams, B. Lamiroy, G. de Baere, W. Lauwers, M. van Assche | Email providing information requested by an attorney to base legal advice upon re delivery of shares. | AC, WP |
| DEXPRIV006695 | DEXPRIV006695 | French | Letter | 4/17/2002 | B. Lamiroy, K. van Riet | F. Segui | | Draft letter reflecting the mental impression of an attorney re delivery of shares, with marginalia providing legal advice re delivery of shares. | AC, WP |
| DEXPRIV006696 | DEXPRIV006697 | Dutch | Memo | 5/6/2003 | B. Lamiroy, K. van Riet | A. de Roeck | | Draft memorandum, with attachments, providing legal advice re delivery of shares. | AC, WP |
| DEXPRIV006698 | DEXPRIV006699 | Dutch | Memo | 5/5/2003 | B. Lamiroy, K. van Riet | A. de Roeck | | Draft memorandum, with attachments, providing legal advice re delivery of shares. | AC, WP |
| DEXPRIV006700 | DEXPRIV006701 | Dutch | Memo | 5/5/2003 | B. Lamiroy, K. van Riet | A. de Roeck | | Draft memorandum, with attachments, providing legal advice re delivery of shares. | AC, WP |
| DEXPRIV006702 | DEXPRIV006702 | | | | | | | Intentional gap. | |
| DEXPRIV006703 | DEXPRIV006704 | Dutch | Email | 4/25/2003 | K. Claessens | A. de Roeck | K. van Riet, A. Guilliams, B. Lamiroy, G. de Baere, W. Lauwers, M. van Assche | Email, with marginalia reflecting the mental impressions of an attorney, providing information requested by an attorney to base legal advice upon re delivery of shares. | AC, WP |
| DEXPRIV006705 | DEXPRIV006705 | | | | | | | Intentional gap. | |
| DEXPRIV006706 | DEXPRIV006706 | Dutch | Email | 4/15/2003 | B. Lamiroy | K. van Riet | | Email, with attachments, transmitting draft letter and providing legal advice re delivery of shares. | AC, WP |
| DEXPRIV006707 | DEXPRIV006707 | French | Letter | 4/17/2002 | B. Lamiroy, K. van Riet | F. Segui | | Draft letter, dated in 2002, reflecting the mental impression of an attorney re delivery of shares, with marginalia providing legal advice re same. | AC, WP |
| DEXPRIV006708 | DEXPRIV006709 | Dutch | Memo | 4/16/2003 | B. Lamiroy, K. van Riet | A. de Roeck | | Memorandum providing legal advice re delivery of shares. | AC, WP |
| DEXPRIV006710 | DEXPRIV006711 | Dutch | Email | 4/23/2003 | A. de Roeck | A. Guilliams | K. van Riet, K. Claessens | Email providing legal advice and transmitting request thereof re delivery of shares. | AC, WP |
| | | Dutch | Email | 4/23/2003 | C. van Laethem | A. de Roeck | K. van Riet, K. Claessens, A. Guilliams | Email providing information upon request of an attorney re delivery of shares. | AC, WP |

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

1/23/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| | | Dutch | Email | 4/23/2003 | A. de Roeck | A. Guilliams | K. van Riet | Email, with attachment, requesting information to base legal advice upon re delivery of shares. | AC, WP |
| DEXPRIV006712 | DEXPRIV006713 | Dutch | Email | 4/10/2003 | M. van Assche | B. Lamiroy, C. Jennes, I. De Wilde d'Estmael | K. van Riet, M. Robberechts, P. van Huyck, L. Tuytschaever | Email providing information at the request of an attorney and transmitting request re delivery of shares. | AC, WP |
| | | Dutch | Email | 4/9/2003 | B. Lamiroy | C. Jennes, M. van Assche, I. De Wilde | K. van Riet, M. Robberechts | Email requesting information to base legal advice upon re delivery of shares. | AC, WP |
| | | Dutch | Email | 3/24/2003 | B. Lamiroy | L. Tuytschaever | | Email requesting information to base legal advice upon re delivery of shares. | AC, WP |
| | | Dutch | Email | 3/20/2003 | B. Lamiroy | L. Tuytschaever | | Email requesting information to base legal advice upon re delivery of shares. | AC, WP |
| | | Dutch | Email | 3/20/2003 | B. Lamiroy | W. Lauwers, P. Mendes | K. van Riet, E. Mertol | Email requesting information to base legal advice upon re delivery of shares. | AC, WP |
| DEXPRIV006714 | DEXPRIV006715 | Dutch | Handwritten notes | | | | | Undated handwritten notes reflecting the mental impressions of an attorney re delivery of shares. | WP |
| DEXPRIV006716 | DEXPRIV006717 | Dutch | Memo | 4/17/2003 | B. Lamiroy | A. de Roeck | | Memorandum providing legal advice re delivery of shares with marginalia reflecting the mental impressions of an attorney re same. | AC, WP |
| DEXPRIV006718 | DEXPRIV006718 | French | Letter | 4/17/2002 | B. Lamiroy, K. van Riet | F. Segui | | Draft letter, dated 2002, reflecting the mental impression of an attorney re delivery of shares, with marginalia providing legal advice re same. | AC, WP |
| DEXPRIV006719 | DEXPRIV006719 | Dutch | Letter | | A. Goossens | B. Lamiroy | | Letter dated April 11 transmitting at the request of an attorney to base legal advice upon re delivery of shares. | AC, WP |
| DEXPRIV006720 | DEXPRIV006720 | Dutch | Email | 4/11/2003 | B. Lamiroy | A. Goossens | | Email requesting information to base legal advice upon re delivery of shares and transmitting earlier requests re same. | AC, WP |
| | | Dutch | Email | 4/9/2003 | B. Lamiroy | H. Wynants | | Email requesting information to base legal advice upon re delivery of shares and transmitting earlier requests re same. | AC, WP |
| | | Dutch | Email | 3/24/2003 | B. Lamiroy | L. Tuytschaever | | Email requesting information to base legal advice upon re delivery of shares, preceded by nonresponsive email. | AC, WP |
| DEXPRIV006721 | DEXPRIV006740 | French | Agreement | 2/2/1998 | Banque Paribas Belgique SA, Paribas Brussels Branch | | | Draft services agreement requested by an attorney to base legal advice upon re delivery of shares. | AC, WP |

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV006741 | DEXPRIV006743 | Dutch | Handwritten notes | | | | | Undated handwritten notes reflecting the mental impressions of an attorney re delivery of shares. | WP |
| DEXPRIV006744 | DEXPRIV006745 | Dutch | Handwritten notes | | | | | Undated handwritten notes reflecting the mental impressions of an attorney re delivery of shares. | WP |
| DEXPRIV006746 | DEXPRIV006746 | Dutch | Handwritten notes | | | | | Undated handwritten notes reflecting the mental impressions of an attorney re delivery of shares. | WP |
| DEXPRIV006747 | DEXPRIV006747 | Dutch | Email | 3/31/2003 | K. Claessens | P. van Huyck, J. Geeroms, B. Lamiroy | K. van Riet, W. Lauwers, L. Tuytschaever, P. Mendes, M. Robberechts, O. Heindrycks | Email transmitting information at the request of an attorney re delivery of shares, and transmitting request for information to base legal advice upon re same. | AC, WP |
| | | Dutch | Email | 3/31/2003 | P. van Huyck | J. Geeroms, B. Lamiroy | K. van Riet, W. Lauwers, L. Tuytschaever, P. Mendes, M. Robberechts | Email, with marginalia reflecting the mental impressions of an attorney, transmitting information at the request of an attorney re delivery of shares, and transmitting request for information to base legal advice upon re same. | AC, WP |
| | | Dutch | Email | 3/31/2003 | J. Geeroms | P. van Huyck, B. Lamiroy | K. van Riet, W. Lauwers, L. Tuytschaever, P. Mendes, M. Robberechts | Email transmitting information at the request of an attorney re delivery of shares, and transmitting request for information to base legal advice upon re same. | AC, WP |
| | | Dutch | Email | 3/31/2003 | P. van Huyck | J. Geeroms, B. Lamiroy | K. van Riet, W. Lauwers, L. Tuytschaever, P. Mendes, M. Robberechts | Email transmitting information at the request of an attorney re delivery of shares, and transmitting request for information to base legal advice upon re same. | AC, WP |
| | | Dutch | Email | 3/31/2003 | J. Geeroms | B. Lamiroy | K. van Riet, W. Lauwers, L. Tuytschaever, P. Mendes, M. Robberechts | Email, with marginalia reflecting the mental impressions of an attorney, transmitting information at the request of an attorney re delivery of shares, and transmitting request for information to base legal advice upon re same. | AC, WP |
| | | Dutch | Email | 3/28/2003 | B. Lamiroy | P. van Huyck, P. Mendes, J. Geeroms, M. Robberechts | K. van Riet, W. Lauwers, L. Tuytschaever | Email requesting information to base legal advice upon re delivery of shares and transmitting earlier requests re same. | AC, WP |
| | | Dutch | Email | 3/25/2003 | B. Lamiroy | I. Luypaert, I. De Temmerman | W. Lauwers | Email, with attachment, requesting information to base legal advice upon re delivery of shares and transmitting earlier requests re same. | AC, WP |

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| | | Dutch | Email | 3/25/2003 | B. Lamiroy | W. Lauwers | K. van Riet | Email requesting information to base legal advice upon re delivery of shares. | AC, WP |
| DEXPRIV006749 | DEXPRIV006750 | Dutch | Email | 3/31/2003 | J. Geeroms | B. Lamiroy | K. van Riet, W. Lauwers, L. Tuytschaever, P. Mendes, M. Robberechts | Email, with marginalia reflecting the mental impressions of an attorney, transmitting information at the request of an attorney re delivery of shares, and transmitting request for information to base legal advice upon re same. | AC, WP |
| | | Dutch | Email | 3/28/2003 | B. Lamiroy | P. van Huyck, P. Mendes, J. Geeroms, M. Robberechts | K. van Riet, W. Lauwers, L. Tuytschaever | Email, with marginalia reflecting the mental impressions of an attorney, requesting information to base legal advice upon re delivery of shares and transmitting earlier requests re same. | AC, WP |
| | | Dutch | Email | 3/25/2003 | B. Lamiroy | I. Luypaert, I. De Temmerman | W. Lauwers | Email, with attachment, with marginalia reflecting the mental impressions of an attorney, requesting information to base legal advice upon re delivery of shares and transmitting earlier requests re same. | AC, WP |
| | | Dutch | Email | 3/25/2003 | B. Lamiroy | W. Lauwers | K. van Riet | Email requesting information to base legal advice upon re delivery of shares. | AC, WP |
| DEXPRIV006751 | DEXPRIV006751 | Dutch | Email | 3/28/2003 | B. Lamiroy | P. van Huyck, P. Mendes, J. Geeroms, M. Robberechts | K. van Riet, W. Lauwers, L. Tuytschaever | Email requesting information to base legal advice upon re delivery of shares and transmitting earlier requests re same. | AC, WP |
| | | Dutch | Email | 3/25/2003 | B. Lamiroy | I. Luypaert, I. De Temmerman | W. Lauwers | Email, with attachment, requesting information to base legal advice upon re delivery of shares and transmitting earlier requests re same. | AC, WP |
| | | Dutch | Email | 3/25/2003 | B. Lamiroy | W. Lauwers | K. van Riet | Email requesting information to base legal advice upon re delivery of shares. | AC, WP |
| DEXPRIV006752 | DEXPRIV006752 | Dutch | Email | 3/27/2003 | W. Lauwers | B. lamiroy | | Email transmitting information requested by an attorney re delivery of shares and transmitting request by an attorney re same. | AC, WP |
| | | Dutch | Email | 3/25/2003 | B. Lamiroy | I. Luypaert, I. De Temmerman | W. Lauwers | Email, with attachment, requesting information to base legal advice upon re delivery of shares and transmitting earlier requests re same. | AC, WP |
| | | Dutch | Email | 3/25/2003 | B. Lamiroy | W. Lauwers | K. van Riet | Email requesting information to base legal advice upon re delivery of shares. | AC, WP |
| DEXPRIV006753 | DEXPRIV006753 | Dutch | Email | 3/25/2003 | B. Lamiroy | W. Lauwers | | Email requesting information to base legal advice upon re delivery of shares. | AC, WP |

1/23/2006

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV006754 | DEXPRIV006754 | Dutch | Email | 3/20/2003 | B. Lamiroy | W. Lauwers, P. Mendes | K. van Riet, E. Mertol | Email requesting information to base legal advice upon re delivery of shares, with marginalia reflecting the mental impressions of an attorney re same. | AC, WP |
| DEXPRIV006755 | DEXPRIV006757 | Dutch | Handwritten notes | | | | | Undated handwritten notes reflecting the mental impressions of an attorney re delivery of shares. | WP |
| DEXPRIV006758 | DEXPRIV006759 | Dutch | Handwritten notes | | | | | Undated handwritten notes reflecting the mental impressions of an attorney re delivery of shares. | WP |
| DEXPRIV006760 | DEXPRIV006760 | Dutch | Handwritten notes | | | | | Undated handwritten notes reflecting the mental impressions of an attorney re delivery of shares. | WP |
| DEXPRIV006761 | DEXPRIV006761 | French | Email | 9/17/2001 | I. De Wilde | M. Lauwers, K. van Riet | W. Lauwers, P. Mendes | Email, with attachment, transmitting information with the purpose of obtaining legal advice re delivery of shares. | AC, WP |
| DEXPRIV006762 | DEXPRIV006763 | French | Letter | | | BNP Paribas | | Undated draft letter re delivery of shares, transmitted for the purpose of legal advice re same and with marginalia reflecting the mental impressions of an attorney. | AC, WP |
| DEXPRIV006764 | DEXPRIV006764 | Dutch | Email | 9/11/2001 | M. Lauwers | W. Lauwers, K. van Riet | P. Mendes, P. van Huyck, E. Mertol | Email requesting legal advice re delivery of shares and transmitting information to base legal advice upon re same. | AC, WP |
| | | Dutch | Email | 9/11/2001 | W. Lauwers | M. Lauwers, K. van Riet | P. Mendes, P. van Huyck, E. Mertol | Email, with attachment, transmitting for the purpose of obtaining legal advice upon re delivery of shares. | AC, WP |
| DEXPRIV006765 | DEXPRIV006774 | | | | | | | Intentional gap. | |
| DEXPRIV006775 | DEXPRIV006776 | Dutch | Fax | 1/10/2002 | P. Colle | K. van Riet | | Fax transmitting letter re Belgian litigation and providing legal advice re same. | AC, WP |
| DEXPRIV006777 | DEXPRIV006782 | Dutch | Court Submission | | | | | Undated draft motion with handwritten marginalia reflecting the mental impressions of an attorney. | AC, WP |