*Quaak v. Dexia and Related Cases*

**Dexia Bank Belgium's Log of Redacted Documents**

| NUMBER | LANGUAGE | TYPE OF DOCUMENT | DATE | AUTHOR | RECIPIENT | COPIED TO | DESCRIPTION | REASON FOR PRIVILEGE |
|---|---|---|---|---|---|---|---|---|
| DBB 001934 | French | Credit Committee Report | 03/26/99 | I. Janssens, P. D'Ottreppe, S. Decraene, A. Engel, A. Probst | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 002531-DBB 002535 | French | Credit Committee Report | 12/11/98 | A. Probst | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 002536-DBB 002540 | Dutch, French | Credit Committee Report | 12/17/98 | C. Piret, G. Dauwe, I. Janssens, A. Probst | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 002752-DBB 002753 | Dutch, French | Credit Committee Report | 03/18/99 | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 002776 | French | Credit Committee Report | 07/22/99 | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 002781-DBB 002794 | French | Credit Committee Report | 12/14/98 | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 002796 | Dutch | handwritten notes | 11/17/00 | B. Lamiroy | | | Handwritten notes reflecting the mental impressions of an attorney re Language Investment Company. | Attorney-Client Privilege / Work Product... |
| DBB 002872-DBB 002875 | French | Credit Committee Report | 09/30/99 | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 002876-DBB 002889 | French | Credit Committee Report | 12/14/98 | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 003070 | Dutch, French | Credit Committee Report | 03/26/99 | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |

***Quaak v. Dexia and Related Cases***

**Dexia Bank Belgium's Log of Redacted Documents**

| NUMBER | LANGUAGE | TYPE OF DOCUMENT | DATE | AUTHOR | RECIPIENT | COPIED TO | DESCRIPTION | REASON FOR PRIVILEGE |
|---|---|---|---|---|---|---|---|---|
| DBB 003643 | French | Credit Committee Report | 06/25/99 | C. Piret, G. Dauwe, F. Saverys, A. Probst, M. Ronvaux | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 005884-DBB 005885 | French | Credit Committee Report | | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 005903 | French | Credit Committee Report | 12/08/98 | A. Probst | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 007255 | French | Committee Report | | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 007337 | French | Limited Credit Committee Report | 12/30/97 | J. Van der Ven | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 007402-DBB 007406 | French | Central Credit Committee Report | 03/18/99 | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 007409-DBB 007410 | French | Credit Committee Report | 03/23/99 | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 008481 | French | Credit Committee Report | 07/22/99 | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 008483 | French | Central Credit Committee Report | 07/27/99 | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 008557-DBB 008560 | French | Central Credit Committee Report | 07/29/99 | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 009168 | French | Central Credit Committee Report | 03/26/99 | | J. Janssens, P. d'Otreppe, S. Decraene, A. Engel, A. Probst | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |

## *Quaak v. Dexia and Related Cases*
## Dexia Bank Belgium's Log of Redacted Documents

| NUMBER | LANGUAGE | TYPE OF DOCUMENT | DATE | AUTHOR | RECIPIENT | COPIED TO | DESCRIPTION | REASON FOR PRIVILEGE |
|---|---|---|---|---|---|---|---|---|
| DBB 011523 | Dutch | Fax | 05/21/02 | P. Colle | K. van Riet, B. Lamiroy | | Fax, with marginalia reflecting the mental impressions of an attorney, with attachment, transmitting draft motions and requesting information to base legal advice upon re same. | Attorney-Client Privilege / Work Product. |
| DBB 011661-DBB 011662 | Dutch | Fax | 04/22/02 | P. Colle | K. van Riet, B. Lamiroy | | Fax, with marginalia reflecting the mental impressions of an attorney, with attachment, transmitting draft motion re bankruptcy and requesting information to base further legal advice upon re LHSP pledge. | Attorney-Client Privilege / Work Product. |
| DBB 011663-DBB 011689 | Dutch | Court Submission | | | | | Draft Request, with marginalia reflecting the mental impressions of an attorney re LHSP pledge. | Attorney-Client Privilege / Work Product. |
| DBB 011690 | Dutch | Letter | 04/12/02 | P. Colle | K. van Riet | | Letter, with attachment, transmitting letter from Dutch Bar Association, with marginalia providing legal advice re conflict of interest. | Attorney-Client Privilege / Work Product. |
| DBB 011700 | Dutch | Letter | 03/14/02 | P. Colle | K. van Riet | | Letter, with attachment, transmitting Court submission, with handwritten marginalia reflecting the mental impressions of an attorney re LHSP pledge, and providing legal advice re same. | Attorney-Client Privilege / Work Product. |
| DBB 011721 | Dutch | Letter | 03/14/02 | P. Colle | K. van Riet | | Letter, with attachment, transmitting Court submission, with handwritten marginalia reflecting the mental impressions of an attorney re LHSP pledge, and providing legal advice re same. | Attorney-Client Privilege / Work Product. |

*Quaak v. Dexia and Related Cases*

**Dexia Bank Belgium's Log of Redacted Documents**

| NUMBER | LANGUAGE | TYPE OF DOCUMENT | DATE | AUTHOR | RECIPIENT | COPIED TO | DESCRIPTION | REASON FOR PRIVILEGE |
|---|---|---|---|---|---|---|---|---|
| DBB 011742 | Dutch | Letter | 12/19/01 | P. Colle | K. van Riet | | Letter, with attachment, transmitting Court submission, with handwritten marginalia reflecting the mental impressions of an attorney re LHSP pledge, and providing legal advice re same. | Attorney-Client Privilege / Work Product. |
| DBB 011750 | English | Email | 01/25/01 | Zink | K. Herbots, P. Cordonnier, P. van Tiggel, K. van Riet, S. Loosveld, C. Sunt, C. Geys, J. Verlinden, J. Verbist | H. Seife | Email, with attachment, transmitting letter received from opposing counsel re seizure and providing legal advice re same. | Attorney-Client Privilege / Work Product. |
| DBB 011762-DBB 011763 | Dutch | Letter | 07/26/01 | J. Verbist | K. van Riet, B. Lamiroy | | Letter, with attachment, transmitting Court submission and providing legal advice re LHSP pledge. | Attorney-Client Privilege / Work Product. |
| DBB 011768-DBB 011769 | Dutch | Letter | 08/16/01 | J. Verbist | K. van Riet, B. Lamiroy | | Letter, with attachment, transmitting affidavit of seizure re pledge and providing legal advice re same. | Attorney-Client Privilege / Work Product. |
| DBB 011772-DBB 011773 | Dutch | Fax | 12/19/00 | P. Colle | K. van Riet, B. Lamiroy | | Fax, with attachment, transmitting Notice of Service and providing legal advice re seizure. | Attorney-Client Privilege / Work Product. |
| DBB 011777-DBB 011778 | Dutch | Letter | 04/27/01 | J. Verbist | K. van Riet, B. Lamiroy | | Letter, with attachment, transmitting letter to opposing counsel and providing legal advice re same. | Attorney-Client Privilege / Work Product. |
| DBB 011792 | Dutch | Fax | 05/21/02 | P. Colle | K. van Riet, B. Lamiroy | | Fax, with marginalia reflecting the mental impressions of an attorney, with attachment, transmitting draft motions and requesting information to base legal advice upon re same. | Attorney-Client Privilege / Work Product. |

*Quaak v. Dexia and Related Cases*

**Dexia Bank Belgium's Log of Redacted Documents**

| NUMBER | LANGUAGE | TYPE OF DOCUMENT | DATE | AUTHOR | RECIPIENT | COPIED TO | DESCRIPTION | REASON FOR PRIVILEGE |
|---|---|---|---|---|---|---|---|---|
| DBB 011793-DBB 011821 | Dutch | Court Submission | | P. Marnef | | | Draft motion with marginalia reflecting the mental impressions of an attorney re LHSP pledge. | Attorney-Client Privilege / Work Product. |
| DBB 011907-DBB 011908 | Dutch | Fax | 10/21/02 | P. Colle | K. van Riet, B. Lamiroy | | Fax, with attachment, transmitting letter received from Administrator re settlement, and providing legal and requesting information to base further legal advice re same. | Attorney-Client Privilege / Work Product. |
| DBB 011910-DBB 011911 | Dutch | Fax | 10/03/02 | P. Colle | K. van Riet, B. Lamiroy | | Fax, with attachment, transmitting letter from administrator re liquidation plan and settlement proposal, and providing legal advice re same. | Attorney-Client Privilege / Work Product. |
| DBB 011918-DBB 011919 | Dutch | Fax | 09/23/02 | P. Colle | K. van Riet | | Fax, with attachment, transmitting letter from administrator re bankruptcy proposals and providing legal advice re same. | Attorney-Client Privilege / Work Product. |
| DBB 011942 | Dutch | Letter | 06/25/02 | F. Seys | P. Colle | | Letter received from administrator re Belgian judgment, with marginalia reflecting the mental impressions of an attorney re same. | Attorney-Client Privilege / Work Product. |
| DBB 012202 | Dutch | Fax | 04/18/01 | J. Verbist | K. van Riet, B. Lamiroy | | Fax, with attachment, transmitting L&H Conclusions re pledge and providing legal advice re same. | Attorney-Client Privilege / Work Product. |
| DBB 012255-DBB 012256 | Dutch | Letter | 01/08/01 | J. Verbist | K. van Riet, P. Cordonnier | | Letter, with attachment, transmitting exhibits received from opposing counsel re bankruptcy litigation and providing legal advice re same. | Attorney-Client Privilege / Work Product. |
| DBB 012533-DBB 012534 | Dutch | Letter | 12/19/00 | G. Pestel, P. Colle | K. van Riet, B. Lamiroy | | Letter, with attachment, transmitting affidavit of seizure re pledge and providing legal advice re same. | Attorney-Client Privilege / Work Product. |

## *Quaak v. Dexia and Related Cases*
## Dexia Bank Belgium's Log of Redacted Documents

| NUMBER | LANGUAGE | TYPE OF DOCUMENT | DATE | AUTHOR | RECIPIENT | COPIED TO | DESCRIPTION | REASON FOR PRIVILEGE |
|---|---|---|---|---|---|---|---|---|
| DBB 012538-DBB 012539 | Dutch | Letter | 07/11/01 | J. Verbist | K. van Riet, B. Lamiroy | | Letter, with attachments, providing legal advice re sales of assets and pledge agreement. | Attorney-Client Privilege / Work Product |
| DBB 012547-DBB 012550 | Dutch | Letter | 07/04/01 | J. Verbist | K. van Riet, B. Lamiroy | | Letter, with attachment, transmitting letter received from opposing counsel re seizure and providing legal advice re same. | Attorney-Client Privilege / Work Product. |
| DBB 012551-DBB 012552 | Dutch | Email | 07/03/01 | K. van Riet | S. Loosveld | B. Lamiroy | Email transmitting and providing legal advice re sale of assets and pledge agreement, and restructuring of L&H financing. and requesting information to base further legal advice upon re same. | Attorney-Client Privilege / Work Product. |
| | Dutch | Email | 07/03/01 | S. Loosveld | H. Seife, T. Zink | K. van Riet, B. Lamiroy, J. Verbist | Email providing legal advice re sale of assets and pledge agreement, and restructuring of L&H financing. | Attorney-Client Privilege / Work Product. |
| DBB 012556-DBB 012558 | Dutch | Fax | 06/28/01 | J. Verbist | J. vankeerberghen, V. Vercaigne, D. De Bleser, E. Huyghe, M. Tanghe, K. Macours, K. van Riet, B. Lamiroy, K. Diederich, H. Liemen, R. Buehler | | Fax, with attachment, transmitting letter from opposing counsel re sale of assets and restructuring of L&H financing, and providing legal advice re same. | Attorney-Client Privilege / Work Product. |
| DBB 012561-DBB 012562 | Dutch | Fax | 06/27/01 | J. Verbist | K. van Riet, B. Lamiroy | J. Verbist | Fax, with attachment, transmitting letter from opposing counsel re sale of assets and restructuring of L&H financing, and providing legal advice re same. | Attorney-Client Privilege / Work Product. |

*Quaak v. Dexia and Related Cases*

**Dexia Bank Belgium's Log of Redacted Documents**

| NUMBER | LANGUAGE | TYPE OF DOCUMENT | DATE | AUTHOR | RECIPIENT | COPIED TO | DESCRIPTION | REASON FOR PRIVILEGE |
|---|---|---|---|---|---|---|---|---|
| DBB 012572-DBB 012573 | Dutch | Fax | 06/25/01 | J. Verbist | K. van Riet, B. Lamiroy | J. Verbist | Fax, with attachment, transmitting letter from opposing counsel re LHSP pledge and providing legal advice re same. | Attorney-Client Privilege / Work Product. |
| DBB 012617-DBB 012620 | Dutch | Fax | 02/12/01 | P. Colle | K. van Riet | | Fax, with attachment, transmitting letter from opposing counsel re pledge, providing legal advice and requesting information to base further legal advice upon re same. | Attorney-Client Privilege / Work Product. |
| DBB 012625 | Dutch | Letter | 12/04/00 | B. van Kerckhoven | J. Verbist | | Letter, with attachment, providing legal advice re seizure procedure. | Attorney-Client Privilege / Work Product. |
| DBB 012629 | Dutch | Fax | 12/06/00 | J. Verbist | B. van Kerckhoven | | Fax providing legal advice re seizures. | Attorney-Client Privilege / Work Product. |
| DBB 012630-DBB 012631 | Dutch | Fax | 12/05/00 | J. Verbist | K. van Riet, B. Lamiroy | | Fax, with attachment, transmitting letter from administrator re bankruptcy procedure and providing legal advice re same. | Attorney-Client Privilege / Work Product. |
| DBB 012649 - DBB 012650 | Dutch | Fax | 10/05/01 | J. Verbist | K. van Riet, B. Lamiroy | | Fax, with attachment, transmitting Minutes of Appearance and providing legal advice re same. | Attorney-Client Privilege / Work Product. |
| DBB 013935-DBB 013936 | French | Meeting Minutes | 12/14/99 | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 015602-DBB 015603 | Dutch | Letter | 08/21/03 | J. Verbist | K. van Riet, B. Lamiroy | | Letter, with attachment, providing legal advice re seizure and request for damages by NV Integration & Training Center. | Attorney-Client Privilege / Work Product. |
| DBB 015634-DBB 015635 | Dutch | Letter | 08/01/03 | J. Verbist | K. van Riet, B. Lamiroy | | Letter providing legal advice re seizure and request for damages by NV Integration & Training Center. | Attorney-Client Privilege / Work Product. |

## *Quaak v. Dexia and Related Cases*
## Dexia Bank Belgium's Log of Redacted Documents

| NUMBER | LANGUAGE | TYPE OF DOCUMENT | DATE | AUTHOR | RECIPIENT | COPIED TO | DESCRIPTION | REASON FOR PRIVILEGE |
|---|---|---|---|---|---|---|---|---|
| DBB 015695 | Dutch | Letter | 07/29/03 | J. Verbist | K. van Riet, B. Lamiroy | | Letter, with attachment, providing legal advice re seizure and request for damages by NV Integration & Training Center. | Attorney-Client Privilege / Work Product. |
| DBB 015719-DBB 015722 | French | Credit Committee Report | 04/29/03 | P. van Tiggel | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 015764 | French | Committee Report | | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 015792-DBB 015793 | French | Credit Committee Report | 02/05/02 | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 015904 | French | Committee Report | | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 015917 | French | Committee Report | | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 015939 | Dutch | Letter | 04/10/03 | W. Hardeman | | | Letter from ELCS re credit agreement, with marginalia reflecting the mental impressions of an attorney re same. | Attorney-Client Privilege / Work Product. |
| DBB 016122-DBB 016125 | French | Credit Committee Report | 04/29/03 | P. van Tiggel | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 016183-DBB 016186 | French | Credit Committee Report | 02/21/03 | A. Probst | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 016208-DBB 016211 | French | Credit Committee Report | 02/21/03 | A. Probst | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 016225-DBB 016227 | French | Committee Report | | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 016639 | French | Central Credit Committee Report | 3/31/2002 | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |

*Quaak v. Dexia and Related Cases*

**Dexia Bank Belgium's Log of Redacted Documents**

| NUMBER | LANGUAGE | TYPE OF DOCUMENT | DATE | AUTHOR | RECIPIENT | COPIED TO | DESCRIPTION | REASON FOR PRIVILEGE |
|---|---|---|---|---|---|---|---|---|
| DBB 017138 | French | Committee Report | | M. Moulan, D. Clyde | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 017145 | Dutch | Email | 04/16/03 | K. Heyaert | B. Lamiroy | K. Herbots, S. De Loecker | Email providing information requested by an attorney and transmitting request thereof re ELCS. | Attorney-Client Privilege / Work Product. |
| | Dutch | Email | 04/16/03 | B. Lamiroy | K. Heyaert | K. Herbots, S. De Loecker | Email requesting information to base legal advice upon re ELCS. | Attorney-Client Privilege / Work Product. |
| | Dutch | Email | 04/16/03 | K. Heyaert | B. Lamiroy | S. de Loecker | Email, with attachment, transmitting meeting minutes re ELCS. | Attorney-Client Privilege / Work Product. |
| DBB 017193 | Dutch | Email | 12/24/02 | K. Heyaert | B. Lamiroy, K. Herbots, S. de Loecker | K. van Riet | Email transmitting legal advice re ELCS. | Attorney-Client Privilege / Work Product. |
| | Dutch | Email | 12/20/02 | B. Lamiroy | K. Heyaert, K. Herbots, S. de Loecker | K. van Riet | Email, with attachment, transmitting draft letter and providing legal advice re ELCS. | Attorney-Client Privilege / Work Product. |
| DBB 017367-DBB 017369 | French | Credit Committee Report | 07/12/02 | A. Probst | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 017453 | French | Central Credit Committee Report | 03/31/00 | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 017485 | French | Committee Report | | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 017494 | French | Committee Report | | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 017506-DBB 017510 | Dutch | Devaluations Committee | 03/13/02 | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 017511-DBB 017513 | French | Credit Committee Report | 02/05/02 | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |

*Quaak v. Dexia and Related Cases*

**Dexia Bank Belgium's Log of Redacted Documents**

| NUMBER | LANGUAGE | TYPE OF DOCUMENT | DATE | AUTHOR | RECIPIENT | COPIED TO | DESCRIPTION | REASON FOR PRIVILEGE |
|---|---|---|---|---|---|---|---|---|
| DBB 017538 | Dutch | Committee Report | 07/19/01 | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 017593 | Dutch | Committee Report | 07/19/01 | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 017598 | Dutch | Committee Report | | A. Probst | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 017599 | Dutch | Committee Report | | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 017623 | Dutch | Committee Report | 07/19/01 | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 017628 | Dutch | Committee Report | | A. Probst | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 017629 | Dutch | Committee Report | | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 018757- DBB 018762 | English | Pleadings | 12/05/00 | R. Dehney | | | Marginalia providing legal advice re bankruptcy interim order. | Attorney-Client Privilege / Work Product. |

*Quaak v. Dexia and Related Cases*

**Dexia Bank Belgium's Log of Redacted Documents**

| NUMBER | LANGUAGE | TYPE OF DOCUMENT | DATE | AUTHOR | RECIPIENT | COPIED TO | DESCRIPTION | REASON FOR PRIVILEGE |
|---|---|---|---|---|---|---|---|---|
| DBB 020177-DBB 020178 | English | Email | 02/26/02 | C. Serfilippi | B. Lamiroy, C. Sunt, C. Schneider, C. Geys, D. de Bleser, E. Matthews, E. Huyghe, F. de Potter, G. Vekeman, H. Liemen, J. Gallagher, J. Nelissen Grade, J. Verbist, J. Verlinden, J. vankeerberghen, K. van Riet, K. Delerue, K. Diederich, K. Macours, L. Jones, M. Tanghe, M. Curran, M. Kaiser, R. Buehler, R. Wood, S. Loosveld, S. Janaway, V. Vercaigne, W. Haeck | | Email providing legal advice re court submission of opposing counsel and requesting information to base legal advice upon re same. | Attorney-Client Privilege / Work Product. |
| DBB 020222-DBB 020228 | English | Certifcate of Incorporation | 02/25/02 | | | | Marginalia providing legal advice re Dictaphone Certificate of Incorporation. | Attorney-Client Privilege / Work Product. |
| DBB 021268-DBB 021270 | English | Fax | 07/10/01 | Chadbourne & Park LLP | The Bank Group | | Fax providing legal advice re sale of Dictaphone. | Attorney-Client Privilege / Work Product. |

# *Quaak v. Dexia and Related Cases*
## Dexia Bank Belgium's Log of Redacted Documents

| NUMBER | LANGUAGE | TYPE OF DOCUMENT | DATE | AUTHOR | RECIPIENT | COPIED TO | DESCRIPTION | REASON FOR PRIVILEGE |
|---|---|---|---|---|---|---|---|---|
| DBB 021294-DBB 021296 | English | Fax | 07/10/01 | Chadbourne & Park LLP | The Bank Group | | Fax providing legal advice re sale of Dictaphone, with marginalia reflecting the mental impressions of an attorney re same. | Attorney-Client Privilege / Work Product. |
| DBB 021349-DBB 021351 | English | Term Sheet | 05/02/00 | | | | Term sheet with marginalia reflecting the mental impressions of an attorney re sale of Dictaphone | Attorney-Client Privilege / Work Product. |
| DBB 021687, DBB 021689 | English | Fax | 02/15/01 | K. van Riet | T. Zink, H. Seife | | Fax, and fax transmission report with image of first page of fax, transmitting g Dictaphone questionnaire and providing legal advice re partly secured pledge on assets | Attorney-Client Privilege / Work Product. |

***Quaak v. Dexia and Related Cases***

**Dexia Bank Belgium's Log of Redacted Documents**

| NUMBER | LANGUAGE | TYPE OF DOCUMENT | DATE | AUTHOR | RECIPIENT | COPIED TO | DESCRIPTION | REASON FOR PRIVILEGE |
|---|---|---|---|---|---|---|---|---|
| DBB 022412- DBB 022413 | English | Email | 02/26/02 | C. Serfilippi | B. Lamiroy, C. Sunt, C. Schneider, C. Geys, D. de Bleser, E. Matthews, E. Huyghe, F. de Potter, G. Vekeman, H. Liemen, J. Gallagher, J. Nelissen Grade, J. Verbist, J. Verlinden, J. Vankeerberghen, K. van Riet, K. Delerue, K. Diederich, K. Macours, L. Jones, M. Tanghe, M. Curran, M. Kaiser, R. Buehler, R. Wood, S. Loosveld, S. Janaway, V. Vercaigne, W. Haeck | | Email providing legal advice re court submission of opposing counsel and requesting information to base legal advice upon re same. | Attorney-Client Privilege / Work Product. |

*Quaak v. Dexia and Related Cases*

**Dexia Bank Belgium's Log of Redacted Documents**

| NUMBER | LANGUAGE | TYPE OF DOCUMENT | DATE | AUTHOR | RECIPIENT | COPIED TO | DESCRIPTION | REASON FOR PRIVILEGE |
|---|---|---|---|---|---|---|---|---|
| DBB 022414-DBB 022415 | English | Letter | 06/28/01 | J. Verbist | J. vankeerberghen, V. Vercaigne, D. De Bleser, E. Huyghe, M. Tanghe, K. Macours, K. van Riet, B. Lamiroy, K. Diederich, H. Liemen, R. Buehler | | Fax, with attachment, providing legal advice re sale of assets and restructuring of L&H financing. | Attorney-Client Privilege / Work Product |
| DBB 022825 | English | Email | 05/17/01 | H. Seife | R. Buehler, P. Cordonnier, M. Curran, F. de Potter, D. de Bleser, K. Delerue, K. Diederich, J. Gallagher, C. Geys, W. Haeck, K. Herbots, E. Huyghe, L. Jones, M. Kaiser, B. Lamiroy, H. Liemen, S. Loosveld, K. Macours, E. Matthews, J. Nelissen Grade, C. Schneider, C. Sunt, M. Tanghe, K. van Riet, J. vankeerberghen, P. van Tiggel, G. Vekeman, J. Verbist, V. Vercaigne | T. Zink, G. Kerr | Email, with attachments, transmitting L&H discovery motion and providing legal advice re litigation proceedings, L&H discovery motion and re pledge. | Attorney-Client Privilege / Work Product. |

**Dexia Bank Belgium's Log of Redacted Documents**

| NUMBER | LANGUAGE | TYPE OF DOCUMENT | DATE | AUTHOR | RECIPIENT | COPIED TO | DESCRIPTION | REASON FOR PRIVILEGE |
|---|---|---|---|---|---|---|---|---|
| DBB 022858 | Dutch | Fax | 04/23/01 | J. Verbist | K. van Riet, B. Lamiroy | | Fax, with attachment, providing legal advice re discovery, pledge, revolving credit and litigation proceedings. | Attorney-Client Privilege / Work Product. |
| DBB 022860 | English | Email | | H. Seife | T. Zink, G. Kerr, T. Hall | | Email, with attachment, transmitting L&H discovery motion and providing legal advice re same. | Attorney-Client Privilege / Work Product. |
| DBB 022921 | English | Fax | 01/30/01 | A. Rosenblatt | J. Verbist, S. Loosveld, J. Verlinden, C. Geys, C. Sunt, K. van Riet, H. Herbots, P. Cordonnier, P. van Tiggel | | Fax, with attachment, providing legal advice re L&H post-petition financing. | Attorney-Client Privilege / Work Product. |
| DBB 024423-DBB 024425 | English | Fax | 12/29/00 | J. Verbist | J. vankeerberghen, V. Vercaigne, D. De Bleser, E. Huyghe, M. Tanghe, K. Macours, P. Cordonnier, K. van Riet, K. Diederich, H. Liemen, R. Buehler | | Fax, with attachment, providing legal advice re press communications. | Attorney-Client Privilege / Work Product. |
| DBB 024445 | Dutch | Fax | | J. Verlinden, J. Nelissen Grade | J. vankeerberghen, V. Vercaigne, M. Tanghe, K. Macours, P. Cordonnier | | Fax, with attachment, providing legal advice re Belgian bankruptcy proceedings. | Attorney-Client Privilege / Work Product. |
| DBB 024561-DBB 024562 | Dutch | Fax | 10/22/01 | K. van Riet | P. van Cappella | | Fax and fax transmission report with image of first page of fax providing legal advice re debtors (partly illegible) and bankruptcy. | Attorney-Client Privilege / Work Product. |

## *Quaak v. Dexia and Related Cases*
## Dexia Bank Belgium's Log of Redacted Documents

| NUMBER | LANGUAGE | TYPE OF DOCUMENT | DATE | AUTHOR | RECIPIENT | COPIED TO | DESCRIPTION | REASON FOR PRIVILEGE |
|---|---|---|---|---|---|---|---|---|
| DBB 024586-DBB 024587 | English | Fax | 09/24/01 | J. Verbist | J. vankeerberghen, V. Vercaigne, D. De Bleser, E. Huyghe, M. Tanghe, K. Macours, P. Cordonnier, K. van Riet, B. Lamiroy, K. Diederich, H. Liemen, R. Buehler | | Fax, with attachment, transmitting judgment and providing legal advice re suspension of payment, payment plan and litigation strategy. | Attorney-Client Privilege / Work Product. |
| DBB 024715 | Dutch | Fax | 10/30/00 | J. Verlinden, J. Nelissen Grade | J. Vankeerberghen, V. Vercaigne, M. Tanghe, K. Macours, P. Cordonnier | | Fax, with attachment, transmitting judgment and providing legal advice re litigation proceedings and litigation strategy. | Attorney-Client Privilege / Work Product. |
| DBB 024880-DBB 024881 | English | Letter | 12/29/00 | J. Verbist | J. Vankeerberghen, V. Vercaigne, D. De Bleser, E. Huyghe, M. Tanghe, K. Macours, P. Cordonnier, K. Van Riet, K. Diederich, H. Liemen, R. Buehler | | Fax, with attachment, providing legal advice re sale of assets and restructuring of L&H financing. | Attorney-Client Privilege / Work Product. |
| DBB 026295 | Dutch | | | | | | Part of motion, with marginalia reflecting the mental impressions of an attorney re balance sheet valuation. | Attorney-Client Privilege / Work Product |

*Quaak v. Dexia and Related Cases*

**Dexia Bank Belgium's Log of Redacted Documents**

| NUMBER | LANGUAGE | TYPE OF DOCUMENT | DATE | AUTHOR | RECIPIENT | COPIED TO | DESCRIPTION | REASON FOR PRIVILEGE |
|---|---|---|---|---|---|---|---|---|
| DBB 026512-DBB 026513 | English | Email | 02/27/03 | J. Bekaert | M. Tanghe, K. van Riet, B. Lamiroy, J. vankeerberghen | J. Verbist | Email providing legal advice re compensation and tolling agreements. | Attorney-Client Privilege / Work Product. |
| DBB 026675 | English | Email | 04/05/01 | T. Zink | R. Buehler, P. Cordonnier, M. Curran, F. De Potter, D. de Bleser, K. Delerue, K. Diederich, J. Gallagher, C. Geys, W. Haeck, K. Herbots, E. Huyghe, L. Jones, M. Kaiser, B. Lamiroy, H. Liemen, S. Loosveld, K. Macours, E. Matthews, J. Nelissen Grade, C. Schneider, C. Sunt, M. Tanghe, K. van Riet, J. vankeerberghen, P. van Tiggel, G. Vekeman, J. Verbist, V. Vercaigne, J. Verlinden, R. Wood | H. Seife | Email, with attachment, providing legal advice and requesting information to base further legal advice on re legal representation. | Attorney-Client Privilege / Work Product. |
| DBB 026676-DBB 026677 | English | Letter | 04/05/01 | T. Zink | The Bank Group | | Letter providing legal advice and requesting information to base further legal advice on re legal representation. | Attorney-Client Privilege / Work Product. |

***Quaak v. Dexia and Related Cases***

**Dexia Bank Belgium's Log of Redacted Documents**

| NUMBER | LANGUAGE | TYPE OF DOCUMENT | DATE | AUTHOR | RECIPIENT | COPIED TO | DESCRIPTION | REASON FOR PRIVILEGE |
|---|---|---|---|---|---|---|---|---|
| DBB 026689-DBB 026690 | English | Fax | 03/29/01 | J. Verbist | J. vankeerberghen, V. Vercaigne, E. Huyghe, D. De Bleser, M. Tanghe, K. Macours, P. Cordonnier, K. van Riet, K. Diederich | | Fax, with attachment, transmitting Claim and providing legal advice re litigation proceedings. | Attorney-Client Privilege / Work Product. |
| DBB 026717 | Dutch | Fax | 03/02/01 | J. Verbist | D. De Bleser, E. Huyghe, M. Tanghe, P. Cordonnier, K. van Riet | | Fax, with attachment, providing legal advice re litigation proceedings. | Attorney-Client Privilege / Work Product. |
| DBB 026719-DBB 026720 | Dutch | Fax | 03/02/01 | J. Verbist | D. De Bleser, E. Huyghe, M. Tanghe, P. Cordonnier, K. van Riet | | Fax, with attachment, providing legal advice re litigation proceedings. | Attorney-Client Privilege / Work Product. |
| DBB 026722-DBB 026723 | Dutch | Fax | 03/02/01 | J. Verbist | D. De Bleser, E. Huyghe, M. Tanghe, P. Cordonnier, K. van Riet | | Fax, with attachment, providing legal advice re litigation proceedings. | Attorney-Client Privilege / Work Product. |
| DBB 026729-DBB 026730 | English | Fax | 02/26/01 | J. Verbist | V. Vercaigne, D. de Bleser, P. Cordonnier, K. van Riet | | Fax, with attachment, providing legal advice re litigation proceedings. | Attorney-Client Privilege / Work Product. |

# *Quaak v. Dexia and Related Cases*
## Dexia Bank Belgium's Log of Redacted Documents

| NUMBER | LANGUAGE | TYPE OF DOCUMENT | DATE | AUTHOR | RECIPIENT | COPIED TO | DESCRIPTION | REASON FOR PRIVILEGE |
|---|---|---|---|---|---|---|---|---|
| DBB 026811-DBB 026812 | English | Fax | 12/17/00 | D. de Bleser | F. Sercu, L. Mesuere, F. Van Steenwinkel, V. Vercaigne, A. Vercammen, F. De Potter, G. Vekeman, K. Macours, P. Cordonnier, P. Vermeiren, P. Van Raemdonck, J. Vankeerberghen, C. Schneider, H. Liemen, K. Diederich | | Fax, with attachment, providing legal advice re litigation proceedings. | Attorney-Client Privilege / Work Product. |
| DBB 026813 | Dutch | Fax | 12/21/00 | J. Verbist | D. de Bleser, K. van Riet | | Fax, with attachment, providing legal advice re litigation proceedings. | Attorney-Client Privilege / Work Product. |
| DBB 026816 | Dutch | Fax | 12/21/00 | J. Verbist | D. de Bleser, K. van Riet | | Fax, with attachment, providing legal advice re litigation proceedings. | Attorney-Client Privilege / Work Product. |
| DBB 026819 | Dutch | Email | 12/19/00 | K. van Riet | C. Piret, P. van Tiggel, F. Saverys, B. Lamiroy | | Email transmitting audit report re LHSP and providing legal advice re same. | Attorney-Client Privilege / Work Product. |
| DBB 026827-DBB 026828 | English | Fax | 12/12/00 | J. Verbist | J. vankeerberghen, V. Vercaigne, D. De Bleser, E. Huyghe, M. Tanghe, K. Macours, P. Cordonnier, K. van Riet, K. Diederich, H. Liemen, R. Buehler | | Fax, with attachment, providing legal advice re payment plan and litigation proceedings. | Attorney-Client Privilege / Work Product. |

*Quaak v. Dexia and Related Cases*

**Dexia Bank Belgium's Log of Redacted Documents**

| NUMBER | LANGUAGE | TYPE OF DOCUMENT | DATE | AUTHOR | RECIPIENT | COPIED TO | DESCRIPTION | REASON FOR PRIVILEGE |
|---|---|---|---|---|---|---|---|---|
| DBB 026829 | English | Fax | 12/11/00 | A. Rosenblatt | J. Verbist | | Fax, with attachment, providing legal advice re payment plan and litigation proceedings. | Attorney-Client Privilege / Work Product. |
| DBB 026842-DBB 026844 | English | Fax | 12/12/00 | J. Verbist | J. vankeerberghen, V. Vercaigne, D. De Bleser, E. Huyghe, M. Tanghe, K. Macours, P. Cordonnier, K. van Riet, K. Diederich, H. Liemen, R. Buehler | | Fax, with attachment, providing legal advice re payment plan and litigation proceedings. | Attorney-Client Privilege / Work Product. |
| DBB 026845 | English | Fax | 12/11/00 | A. Rosenblatt | J. Verbist | | Fax, with attachment, providing legal advice re payment plan and litigation proceedings. | Attorney-Client Privilege / Work Product. |
| DBB 026858-DBB 026859 | English | Letter | 12/07/00 | H. Seife, T. Zink | J. Verbist, S. Loosveld, J. Verlinden, P. Cordonnier, K. van Riet, K. Macours, V. Vercaigne, M. Curran, E. Huyghe, M. Tanghe, H. Liemen, J. vankeerberghen | | Letter, with attachment, providing legal advice re Creditors' Committee and appointing procedures. | Attorney-Client Privilege / Work Product. |
| DBB 026865 | English | Questionaire | | | | | Questionnaire form with marginalia providing legal advice re Creditors' Committee. | Attorney-Client Privilege / Work Product. |