*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Redacted Documents

| NUMBER | LANGUAGE | TYPE OF DOCUMENT | DATE | AUTHOR | RECIPIENT | COPIED TO | DESCRIPTION | REASON FOR PRIVILEGE |
|---|---|---|---|---|---|---|---|---|
| DBB 027083-DBB 027084 | English | Fax | 06/06/01 | J. Verbist | J. Vankeerberghen, V. Vercaigne, D. De Bleser, E. Huyghe, M. Tanghe, K. Macours, P. Cordonnier, K. Van Riet, K. Diederich, H. Liemen, R. Buehler | | Fax providing legal advice re judicial composition, with marginalia reflecting the mental impressions of an attorney re same. | Attorney-Client Privilege / Work Product. |
| DBB 027112-DBB 027114 | English | Fax | 06/25/01 | J. Verbist | J. Vankeerberghen, V. Vercaigne, D. De Bleser, E. Huyghe, M. Tanghe, K. Macours, P. Cordonnier, K. van Riet, K. Diederich, H. Liemen, R. Buehler | | Fax, with attachment, providing legal advice re L&H restructuring plan, Belgian litigation and shareholders' voting. | Attorney-Client Privilege / Work Product. |
| DBB 027118-DBB 027120 | English | Fax | 07/06/01 | J. Verbist | J. Vankeerberghen, V. Vercaigne, D. De Bleser, E. Huyghe, M. Tanghe, K. Macours, P. Cordonnier, K. van Riet, K. Diederich, H. Liemen, R. Buehler | | Fax providing legal advice re L&H restructuring plan, Belgian litigation and shareholders' voting. | Attorney-Client Privilege / Work Product. |

1/23/2006

**Quaak v. Dexia and Related Cases**
**Dexia Bank Belgium's Log of Redacted Documents**

| NUMBER | LANGUAGE | TYPE OF DOCUMENT | DATE | AUTHOR | RECIPIENT | COPIED TO | DESCRIPTION | REASON FOR PRIVILEGE |
|---|---|---|---|---|---|---|---|---|
| DBB 027184 | Dutch | Letter | 12/28/00 | | | | Draft letter to LHSP with marginalia reflecting the mental impressions of an attorney re settlement proposal. | Attorney-Client Privilege / Work Product. |
| DBB 027604-DBB 027607 | Dutch | Central Credit Committee Report | 07/19/00 | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 027608-DBB 027613 | French | Central Credit Committee Report | | A. Probst | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 027614-DBB 027615 | Dutch | Fax | 03/25/04 | D. De Raedt | K. van Riet | | Fax requesting information re BTG financing, with marginalia reflecting the mental impressions of an attorney re credit committees. | Attorney Work Product. |
| DBB 027754-DBB 027758 | French | Central Credit Committee Report | 03/31/00 | M. Ronvaux | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 027950-DBB 027952 | French | Credit Committee Report | 02/05/02 | A. Probst | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 027970 | French | Committee Report | | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 027977 | French | Committee Report | 07/19/01 | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 027981 | French | Committee Report | 07/19/01 | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 028042 | French | Committee Report | 03/31/00 | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 028865 | Dutch | Fax | 09/30/04 | A. Haelman | K. van Riet | | Fax requesting depositions re criminal investigation, with marginalia reflecting the mental impressions of an attorney re same. | Attorney Work Product. |

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Redacted Documents

1/23/2006

| NUMBER | LANGUAGE | TYPE OF DOCUMENT | DATE | AUTHOR | RECIPIENT | COPIED TO | DESCRIPTION | REASON FOR PRIVILEGE |
|---|---|---|---|---|---|---|---|---|
| DBB 028905 | Dutch | Letter | 07/06/04 | K. van Daele | | | Letter requesting additional information re criminal investigation, with marginalia reflecting the mental impressions of stock options, audit and compliance. | Attorney Work Product |
| DBB 028909 | Dutch, French | Credit Committee Report | 03/09/99 | | D. Bruneel, C. Pinte, G. Allegaert, R. Avonts, G. Dauwe, R. Duyck, R. Greindl, C. Piret | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 029133 | Dutch, French | Credit Committee Report | 1999 | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 029135 | Dutch, French | Credit Committee Report | 1999 | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 029212 DBB 029215 | Dutch, French | Credit Committee Report | 07/25/99 | | C. Piret, G. Dauwe, I. Janssens, F. Saverys, A. Probst | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 030332- DBB 030334 | Dutch | Email | 11/06/00 | S. Loosveld | P. Cordonnier | J. Verbist | Email providing legal advice re legal requirements for pledge. | Attorney-Client Privilege / Work Product. |
| | Dutch | Email | 11/06/00 | P. Cordonnier | S. Loosveld | K. van Riet, M. Colle | Email requesting legal advice re legal requirements for pledge. | Attorney-Client Privilege / Work Product. |
| DBB 030558- DBB 030559 | Dutch | Email | 11/15/00 | P. Cordonnier | S. Loosveld | K. van Riet, M. Colle | Email transmitting draft securities collateral agreement for the purpose of obtaining legal advice re same. | Attorney-Client Privilege / Work Product. |

765092_2.XLS

1/23/2006

*Quaak v. Dexia and Related Cases*
*Dexia Bank Belgium's Log of Redacted Documents*

| NUMBER | LANGUAGE | TYPE OF DOCUMENT | DATE | AUTHOR | RECIPIENT | COPIED TO | DESCRIPTION | REASON FOR PRIVILEGE |
|---|---|---|---|---|---|---|---|---|
| DBB 030587-DBB 030588 | Dutch | Email | 11/14/00 | P. Cordonnier | S. Loosveld | M. Colle, K. van Riet, J. Verbist | Email transmitting draft response to LHIC re proxy, security agreement and pledge agreements and requesting legal advice re same. | Attorney-Client Privilege / Work Product. |
| DBB 030590-DBB 030594 | Dutch | Email | 11/08/00 | P. Cordonnier | M. Colle, K. van Riet | | Email providing legal advice re pledges. | Attorney-Client Privilege / Work Product. |
| | Dutch | Email | 11/08/00 | P. Cordonnier | S. Loosveld | | Email transmitting LHIC correspondence re pledges and transmitting request for legal advice re same. | Attorney-Client Privilege / Work Product. |
| DBB 030595 | Dutch | Email | 11/08/00 | P. Cordonnier | S. Loosveld | M. Colle, K. van Riet | Email transmitting LHIC correspondence re pledges, LHIC by-laws, sale of assets and securities agreement, and requesting legal advice re same. | Attorney-Client Privilege / Work Product. |
| | Dutch | Email | 11/07/00 | P. Cordonnier | S. Loosveld | M. Colle, K. van Riet | Email transmitting information re LHIC by-laws, sale of assets and securities agreement for the purpose of obtaining legal advice re same. | Attorney-Client Privilege / Work Product. |
| DBB 030622 | Dutch | Fax | 01/10/02 | J. Verbist | B. Lamiroy, K. van Riet | | Fax, with attachment, providing legal advice re exercise of collateral rights. | Attorney-Client Privilege / Work Product. |
| DBB 030626-DBB 030627 | Dutch | Fax | 01/10/02 | J. Verbist | B. Lamiroy, K. van Riet | | Fax, with attachment, providing legal advice re exercise of collateral rights. | Attorney-Client Privilege / Work Product. |
| DBB 030629-DBB 030631 | Dutch | Fax | 07/25/01 | J. Verbist | B. Lamiroy, K. van Riet | | Fax, with attachment, providing legal advice re pledge agreement, sale of assets and transfer of assets. | Attorney-Client Privilege / Work Product. |
| DBB 030669-DBB 030672 | Dutch | Email | 11/15/00 | S. Loosveld | P. Cordonnier | J. Verbist | Email providing legal advice re proxy, security agreement and pledge agreements. | Attorney-Client Privilege / Work Product. |

765092_2.XLS

1/23/2006

**Quaak v. Dexia and Related Cases**
**Dexia Bank Belgium's Log of Redacted Documents**

| NUMBER | LANGUAGE | TYPE OF DOCUMENT | DATE | AUTHOR | RECIPIENT | COPIED TO | DESCRIPTION | REASON FOR PRIVILEGE |
|---|---|---|---|---|---|---|---|---|
| DBB 031450-DBB 031451 | Dutch | Email | 11/14/2000 | P. Cordonnier | S. Loosveld | K. van Riet, M. Colle, J. Verbist | Email transmitting draft response to LHIC re proxy, security agreement and pledge agreements, with marginalia reflecting the mental impressions of an attorney re same and requesting legal advice re same. | Attorney-Client Privilege / Work Product. |
| DBB 031454-DBB 031455 | Dutch | Fax | 07/06/01 | J. Verbist | B. Lamiroy, K. van Riet | | Fax transmitting court submission papers and providing legal advice re court proceedings and revocation. | Attorney-Client Privilege / Work Product. |
| DBB 031458-DBB 031459 | Dutch | Fax | 05/17/01 | J. Verbist | K. van Riet | | Fax transmitting court submission papers and providing legal advice re court proceedings and revocation. | Attorney-Client Privilege / Work Product. |
| DBB 031462-DBB 031464 | Dutch | Fax | 05/14/01 | J. Verbist | K. van Riet | | Fax transmitting court submission papers and providing legal advice re court proceedings and settlement. | Attorney-Client Privilege / Work Product. |
| DBB 031468 | Dutch | Fax | 02/28/01 | J. Verbist | B. Lamiroy, K. van Riet | | Fax transmitting court submission papers and providing legal advice re loan settlement. | Attorney-Client Privilege / Work Product. |
| | Dutch | Fax | 05/14/01 | J. Verbist | K. van Riet | | Fax transmitting court submission papers and providing legal advice re court proceedings and settlement. | Attorney-Client Privilege / Work Product. |
| DBB 032101-DBB 032103 | Dutch, French | Credit Committee Report | 10/14/99 | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 032127-DBB 032128 | Dutch, French | Credit Committee Report | 03/08/99 | | D. Bruneel, C. Pinte, G. Allegaert, R. Avonts, G. Dauwe | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 032533 | Dutch, French | Credit Committee Report | 01/14/00 | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |

765092_2.XLS

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Redacted Documents**

| NUMBER | LANGUAGE | TYPE OF DOCUMENT | DATE | AUTHOR | RECIPIENT | COPIED TO | DESCRIPTION | REASON FOR PRIVILEGE |
|---|---|---|---|---|---|---|---|---|
| DBB 032690- DBB 032691 | Dutch, French | Credit Committee Report | 06/04/97 | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 032774 | Dutch, French | Credit Committee Report | 12/30/97 | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 033492 | Dutch, French | Credit Committee Report | 12/02/96 | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 034146 | Dutch, French | Committee Report | | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 034390 | French | Minutes of Limited Management Committee Meeting | 12/30/97 | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 034854 | Dutch | Fax | 11/12/00 | A. Louwrier | M. Colle, K. Herbots | | Fax, with attachments, providing legal advice re Bastiaens loan settlement. | Attorney-Client Privilege / Work Product. |
| DBB 034856 | Dutch | Fax | 11/13/00 | A. Louwrier | M. Colle | | Fax, with attachments, providing legal advice re Bastiaens loan settlement. | Attorney-Client Privilege / Work Product. |
| DBB 034858 | Dutch | Fax | 11/03/00 | P. Cordonnier | S. Loosveld | | Fax, with attachment, transmitting information for the purpose of obtaining legal advice re Bastiaens loan settlement. | Attorney-Client Privilege / Work Product. |
| DBB 034871 | Dutch | Fax | 11/13/00 | A. Louwrier | K. van Riet | | Fax, with attachments, providing legal advice re warrant agreement. | Attorney-Client Privilege / Work Product. |
| DBB 035034- DBB 035038 | French | Central Credit Committee Report | 03/04/99 | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 035244- DBB 035246 | Dutch, French | Central Credit Committee Report | 01/14/00 | | F. Saverys, V. Sneyers, A. Engel, M. Van Keirsbilck, A. Probst | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |

1/23/2006

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Redacted Documents

| NUMBER | LANGUAGE | TYPE OF DOCUMENT | DATE | AUTHOR | RECIPIENT | COPIED TO | DESCRIPTION | REASON FOR PRIVILEGE |
|---|---|---|---|---|---|---|---|---|
| DBB 035310 | Dutch | Email | 12/18/00 | P. van Tiggel | J. Rome, L. Govaert, X. Michel, K. van Riet, K. Herbots, P. Cordonnier, C. Piret, S. Decraene, S. Frei | | Email with marginalia reflecting the mental impressions of an attorney and reflecting request for legal advice re LHIC investment portfolio, exercise of collateral rights and L&H representation. | Attorney-Client Privilege / Work Product. |
| DBB 035337-DBB 035338 | Dutch | Email | 11/10/00 | P. Cordonnier | K. van Riet, M. Colle | | Email transmitting information from LHIC and providing legal advice re pledge and transfer of title. | Attorney-Client Privilege / Work Product. |
| DBB 035346 | Dutch | Email | 11/06/00 | P. Cordonnier | T. Denys | C. Mestdagh, M. Colle, K. van Riet, F. Vanderhooydonck | Email containing handwritten marginalia reflecting the mental impressions of an attorney re security agreement. | Attorney-Client Privilege / Work Product. |
| DBB 035347 | Dutch | Email | 11/06/00 | P. Cordonnier | S. Loosveld | M. Colle, K. van Riet | Email providing legal advice and requesting information for the purpose of obtaining legal advice re security agreement. | Attorney-Client Privilege / Work Product. |
| | Dutch | Email | 11/05/00 | T. Denys | P. Cordonnier | C. Mestdagh, T. Denys, M. Colle, K. van Riet, F. Vanderhooydonck | Email containing handwritten marginalia reflecting the mental impressions of an attorney re security agreement. | Attorney-Client Privilege / Work Product. |
| DBB 035402 | Dutch | Email | 10/30/00 | T. Denys | P. Cordonnier | C. Mestdagh, F. Vanderhooydonck | Email containing handwritten marginalia reflecting the mental impressions of an attorney re security agreement. | Attorney-Client Privilege / Work Product. |
| DBB 035926-DBB 035927 | Dutch | Fax | 11/03/00 | P. Cordonnier | | | Fax requesting information for the purpose of obtaining legal advice re loan settlement. | Attorney-Client Privilege / Work Product. |
| DBB 035929 | Dutch | Fax | 11/03/00 | P. Cordonnier | | | Fax requesting information for the purpose of obtaining legal advice re loan settlement. | Attorney-Client Privilege / Work Product. |
| DBB 036855 | Dutch, French | Central Credit Committee Report | 06/25/99 | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |

765092_2.XLS

1/23/2006

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Redacted Documents

| NUMBER | LANGUAGE | TYPE OF DOCUMENT | DATE | AUTHOR | RECIPIENT | COPIED TO | DESCRIPTION | REASON FOR PRIVILEGE |
|---|---|---|---|---|---|---|---|---|
| DBB 036855 | Dutch, French | Central Credit Committee Report | 06/25/99 | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 036876 | Dutch, French | Central Credit Committee Report | 07/01/99 | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 036877 | Dutch, French | Limited Management Committee Report | 1998 | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 036891 | Dutch, French | Central Credit Committee Report | 03/18/99 | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 037652 | Dutch, French | Credit Committee Report | 03/28/99 | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 037658-DBB 037662 | Dutch, French | Central Credit Committee Report | 03/18/99 | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 037858 | Dutch, French | Committee Report | 09/30/99? | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 037862 | Dutch | Committee Report | 12/09/98 | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 042404-DBB 042405 | Dutch | Credit Committee Report | 02/05/02 | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 042428 | Dutch | Committee Report | 07/14/01 | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 042497 | Dutch | Committee Report | 03/31/00 | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 042999 | French | Committee Report | 03/09/99 | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 043201 | French | Central Credit Committee Report | 07/22/99 | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |

765092_2.XLS

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Redacted Documents

| NUMBER | LANGUAGE | TYPE OF DOCUMENT | DATE | AUTHOR | RECIPIENT | COPIED TO | DESCRIPTION | REASON FOR PRIVILEGE |
|---|---|---|---|---|---|---|---|---|
| DBB 043203 | French | Central Credit Committee Report | 07/29/99 | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 043275-DBB 043278 | French | Central Credit Committee Report | 07/29/99 | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 048882 | Dutch | Letter | 06/25/02 | B. D'hoore | P. Richard | | Marginalia, in French and Dutch, requesting legal advice re response to L&H employees letter | Attorney-Client Privilege / Work Product. |
| DBB 049271 | Dutch | Email | 12/04/00 | P. Cordonnier | P. Vermeiren, J. Van Helleputte | | Email re SEC request for warrant agreement, with handwritten marginalia indicating forward to K. van Riet and requesting information for the purpose of obtaining legal advice re same. | Attorney-Client Privilege / Work Product. |
| DBB 049287 | English | Letter | | KBC | | | Page 2 of fax transmitting court submission papers from opposing party and requesting information to base legal advice upon re representation. | Attorney-Client Privilege / Work Product. |
| DBB 049522 | Dutch | Letter | 04/09/03 | P. Colle | K. van Riet | | Letter, with attachment, providing legal advice re credit insurance litigation. | Attorney-Client Privilege / Work Product. |
| DBB 049540 | Dutch | Letter | 03/12/03 | P. Colle | K. van Riet | | Letter, with attachment, providing legal advice re credit insurance litigation. | Attorney-Client Privilege / Work Product. |
| DBB 049584-DBB 049585 | Dutch | Fax | 02/26/03 | B. Lamiroy, K. van Riet | J. Blomkwist | | Fax and fax transmission report, with attachment, providing legal advice re Bastiaens loan settlement. | Attorney-Client Privilege / Work Product. |
| DBB 049742 | Dutch | Fax | 03/27/01 | J. Verbist | B. Lamiroy, K. van Riet | | Fax transmitting court submission papers re seizure and providing legal advice re same. | Attorney-Client Privilege / Work Product. |
| DBB 049747 | Dutch | Fax | 03/28/01 | J. Verbist | B. Lamiroy, K. van Riet | | Fax transmitting court submission papers re seizure and providing legal advice re same. | Attorney-Client Privilege / Work Product. |

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Redacted Documents

| NUMBER | LANGUAGE | TYPE OF DOCUMENT | DATE | AUTHOR | RECIPIENT | COPIED TO | DESCRIPTION | REASON FOR PRIVILEGE |
|---|---|---|---|---|---|---|---|---|
| DBB 049767-DBB 049768 | Dutch | Fax | 03/01/02 | J. Verbist | B. Lamiroy, K. van Riet | | Fax transmitting seizure judgment and providing legal advice re same. | Attorney-Client Privilege / Work Product. |
| DBB 049807-DBB 049808 | Dutch | Fax | 04/13/01 | J. Verbist | B. Lamiroy, K. van Riet | | Fax transmitting court submission papers re seizure and providing legal advice re same. | Attorney-Client Privilege / Work Product. |
| DBB 049830 | Dutch | Fax | 07/19/02 | J. Blomkwist | B. Lamiroy, K. van Riet | | Fax transmitting Credit Agricole judgment and accompanying letter, and providing legal advice re same. | Attorney-Client Privilege / Work Product. |
| DBB 049831-DBB 049832 | English | Letter | 08/13/02 | P. Kinsch | J. Palstra | | Letter transmitting Credit Agricole judgment and providing legal advice re same. | Attorney-Client Privilege / Work Product. |
| DBB 049840 | Dutch | Fax | 07/18/02 | J. Blomkwist | B. Lamiroy, K. van Riet | | Fax transmitting preliminary judgment in Credit Agricole litigation and accompanying letter, and providing legal advice re same. | Attorney-Client Privilege / Work Product. |
| DBB 049841 | Dutch | Fax | 07/18/02 | J. Blomkwist | J. Palstra | | Fax transmitting preliminary judgment in Credit Agricole litigation and providing legal advice re same. | Attorney-Client Privilege / Work Product. |
| DBB 049842 | English | Letter | 07/16/02 | P. Kinsch | J. Palstra | | Letter transmitting preliminary judgment in Credit Agricole litigation and providing legal advice re same. | Attorney-Client Privilege / Work Product. |
| DBB 049869 | English | Fax | 06/14/02 | P. Kinsch | J. Palstra | | Fax transmitting court submission papers in Credit Agricole litigation and providing legal advice re same. | Attorney-Client Privilege / Work Product. |
| DBB 049870-DBB 049871 | English | Letter | 06/14/02 | P. Kinsch | J. Palstra | | Fax transmitting court submission papers in Credit Agricole litigation and providing legal advice re same. | Attorney-Client Privilege / Work Product. |
| DBB 049872-DBB 049873 | English | Letter | 06/14/02 | P. Kinsch | J. Palstra | | Fax transmitting court submission papers in Credit Agricole litigation and providing legal advice re same. | Attorney-Client Privilege / Work Product. |

1/23/2006

**Quaak v. Dexia and Related Cases**
**Dexia Bank Belgium's Log of Redacted Documents**

| NUMBER | LANGUAGE | TYPE OF DOCUMENT | DATE | AUTHOR | RECIPIENT | COPIED TO | DESCRIPTION | REASON FOR PRIVILEGE |
|---|---|---|---|---|---|---|---|---|
| DBB 049890-DBB 049891 | Dutch | Fax | 03/13/02 | J. Blomkwist | B. Lamiroy, K. van Riet | | Fax transmitting court submission papers in Credit Agricole litigation and providing legal advice re same. | Attorney-Client Privilege / Work Product. |
| DBB 049891-DBB 049892 | Dutch | Fax | 03/13/02 | J. Blomkwist | J. Palstra | | Fax transmitting court submission papers in Credit Agricole litigation and providing legal advice re same. | Attorney-Client Privilege / Work Product. |
| DBB 049893 | English | Fax | 05/13/02 | P. Kinsch | J. Palstra | | Fax transmitting court submission papers in Credit Agricole litigation and providing legal advice re same. | Attorney-Client Privilege / Work Product. |
| DBB 049896-DBB 049897 | English | Letter | 04/18/02 | P. Kinsch | J. Palstra | | Letter transmitting court submission papers in Credit Agricole litigation and providing legal advice re same. | Attorney-Client Privilege / Work Product. |
| DBB 049901-DBB 049902 | Dutch | Letter | 03/26/01 | J. Verbist | B. Lamiroy, K. van Riet | | Letter providing legal advice re restructuring of L&H financing. | Attorney-Client Privilege / Work Product. |
| DBB 049904-DBB 049905 | Dutch | Email | 02/28/01 | S. Loosveld | B. Lamiroy, K. van Riet | J. Verbist | Email providing legal advice re restructuring of L&H financing and sale of assets. | Attorney-Client Privilege / Work Product. |
| DBB 049906 | Dutch | Email | 03/07/01 | S. Loosveld | B. Lamiroy, K. van Riet | J. Verbist | Email providing legal advice re restructuring of L&H financing and sale of assets. | Attorney-Client Privilege / Work Product. |
| DBB 049908-DBB 049910 | Dutch | Email | 03/07/01 | S. Loosveld | B. Lamiroy, K. van Riet | J. Verbist | Email providing legal advice re restructuring of L&H financing and sale of assets. | Attorney-Client Privilege / Work Product. |
| DBB 049911-DBB 049912 | Dutch | Email | 03/07/01 | S. Loosveld | B. Lamiroy, K. van Riet | J. Verbist | Letter providing legal advice re restructuring of L&H financing. | Attorney-Client Privilege / Work Product. |
| DBB 049937-DBB 049938 | Dutch | Email | 02/19/01 | J. Lametz | B. Lamiroy | | Email providing legal advice re restructuring of L&H financing and re LHSP litigation strategy. | Attorney-Client Privilege / Work Product. |
| DBB 049939 | Dutch | Email | 02/23/01 | S. Loosveld | B. Lamiroy, K. van Riet | J. Verbist | Email providing legal advice re LHSP litigation strategy. | Attorney-Client Privilege / Work Product. |

1/23/2006

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Redacted Documents

| NUMBER | LANGUAGE | TYPE OF DOCUMENT | DATE | AUTHOR | RECIPIENT | COPIED TO | DESCRIPTION | REASON FOR PRIVILEGE |
|---|---|---|---|---|---|---|---|---|
| DBB 049977 | Dutch | Letter | 01/22/01 | P. Colle | K. van Riet | | Email providing information for the purpose of obtaining legal advice re restructuring of L&H financing. | Attorney-Client Privilege / Work Product. |
| DBB 050042 | Dutch | | 10/01/98 | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 050314 - DBB 050315 | Dutch | Credit Committee Report | 03/23/99 | | D. Bruneel, C. Pinte, G. Allegaert, R. Avonts, G. Dauwe, R. Duyck, R. Greindl, C. Piret, J. Janssens | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 050770 | Dutch | Letter | 07/19/04 | J. Verbist | E. Huyghe, D. De Bleser, G. Vekeman, F. De Potter, B. Lamiroy, K. van Riet, J. Vankeerberghen | | Letter providing legal advice and requesting information for the purpose of obtaining legal advice re LHSP litigation strategy. | Attorney-Client Privilege / Work Product. |
| DBB 050776 | Dutch | Letter | 07/19/04 | J. Verbist | E. Huyghe, D. De Bleser, G. Vekeman, F. De Potter, B. Lamiroy, K. van Riet, J. Vankeerberghen | | Letter providing legal advice and requesting information for the purpose of obtaining legal advice re LHSP litigation strategy. | Attorney-Client Privilege / Work Product. |

32

765092_2.XLS

1/23/2006

## Quaak v. Dexia and Related Cases
## Dexia Bank Belgium's Log of Redacted Documents

| NUMBER | LANGUAGE | TYPE OF DOCUMENT | DATE | AUTHOR | RECIPIENT | COPIED TO | DESCRIPTION | REASON FOR PRIVILEGE |
|---|---|---|---|---|---|---|---|---|
| DBB 051111-DBB 051124 | English | Letter | 03/19/01 | J. Verbist | J. Vankeerberghen, V. Vercaigne, D. De Bleser, E. Huyghe, M. Tanghe, K. Macours, P. Cordonnier, K. Van Riet, K. Diederich, H. Liemen, R. Buehler | | Letter providing legal advice re Stonington & Baker litigation strategy. | Attorney-Client Privilege / Work Product. |
| DBB 051503-051513 | Dutch | Fax | | J. Davignon | P. Vaning | | Fax with handwritten marginalia reflecting the mental impressions of an attorney and providing legal advice re shareholders' litigation. | Attorney-Client Privilege / Work Product. |
| DBB 051514-051524 | Dutch | Fax | | J. Davignon | P. Vaning | | Fax with handwritten marginalia reflecting the mental impressions of an attorney and providing legal advice re shareholders' litigation. | Attorney-Client Privilege / Work Product. |
| DBB 052510 | Dutch | Fax | 11/15/00 | A. Louwrier | M. Colle, K. Herbots | | Fax providing legal advice re loan settlement. | Attorney-Client Privilege / Work Product. |
| DBB 052649-DBB 052653 | French | | 09/28/00 | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 052901 | Dutch | Email | 01/20/03 | G. Vekeman | B. Lamiroy, K. van Riet, J. Vankeerberghen, M. Tanghe | | Letter providing legal advice re Belgian shareholders' litigation. | Attorney-Client Privilege / Work Product. |

33

765092_2.XLS

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Redacted Documents

| NUMBER | LANGUAGE | TYPE OF DOCUMENT | DATE | AUTHOR | RECIPIENT | COPIED TO | DESCRIPTION | REASON FOR PRIVILEGE |
|---|---|---|---|---|---|---|---|---|
| DBB 052925 | Dutch | Letter | 02/21/03 | J. Verbist | M. Tanghe, E. Huyghe, G. Vekeman, F. De Potter, B. Lamiroy, K. van Riet, J. Vankeerberghen | | Letter providing legal advice re credit agreement. | Attorney-Client Privilege / Work Product. |
| DBB 053172 | Dutch | Fax | | J. Davignon | P. Vaning | | Fax with handwritten marginalia reflecting the mental impressions of an attorney and providing legal advice re shareholders' litigation. | Attorney-Client Privilege / Work Product. |
| DBB 053183 | Dutch | Fax | | J. Davignon | P. Vaning | | Fax with handwritten marginalia reflecting the mental impressions of an attorney and providing legal advice re shareholders' litigation. | Attorney-Client Privilege / Work Product. |
| DBB 053211 | Dutch | Fax | | J. Davignon | P. Vaning | | Fax page with handwritten marginalia reflecting the mental impressions of an attorney and providing legal advice re shareholders' litigation. | Attorney-Client Privilege / Work Product. |
| DBB 054204 | | | | | | | Fax providing legal advice re restructuring of L&H financing and re litigation strategy. | Attorney-Client Privilege / Work Product. |
| DBB 059373-DBB 059377 | Dutch, French | Central Credit Committee Report | 03/23/00 | | C. Piret, G. Dauwe, R. Avonts, F. Saverys, A. Probst | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 059422-DBB 059424 | Dutch, French | Central Credit Committee Report | 01/14/00 | | F. Saverys, V. Sneyers, A. Engel, M. Van Keirsbilck, A. Probst | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |

1/23/2006

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Redacted Documents

| NUMBER | LANGUAGE | TYPE OF DOCUMENT | DATE | AUTHOR | RECIPIENT | COPIED TO | DESCRIPTION | REASON FOR PRIVILEGE |
|---|---|---|---|---|---|---|---|---|
| DBB 059499 | Dutch | Email | 12/15/00 | P. Van Tiggel | J. Rome, L. Govaert, X. Michel, K. van Riet, K. Herbots, P. Cordonnier, C. Piret, S. Decraene, S. Frei | | Email with handwritten marginalia reflecting the mental impressions of an attorney re security agreement. | Attorney Work Product. |
| DBB 059526-DBB 059527 | Dutch | Email | 11/10/00 | P. Cordonnier | K. van Riet, M. Colle | | Email providing legal advice re security agreement. | Attorney-Client Privilege / Work Product. |
| DBB 059662 | Dutch | Email | 11/06/00 | P. Cordonnier | T. Denys | C. Mestdagh, M. Colle, K. van Riet, F. Vanderhooydonck | Email requesting information for the purpose of obtaining legal advice re transfer of assets | Attorney-Client Privilege / Work Product. |
| DBB 059663 | Dutch | Email | 11/06/00 | P. Cordonnier | S. Loosveld | M. Colle, K. van Riet | Marginalia requesting legal advice re transfer of assets. | Attorney-Client Privilege / Work Product. |
| DBB 067812 | Dutch | Fax | 04/12/01 | J. Verbist | B. Lamiroy, K. van Riet | | Fax transmitting correspondence with opposing counsel in Willaert seizure issue, and providing legal advice re court proceedings. | Attorney-Client Privilege / Work Product. |
| DBB 067893 | Dutch | Fax | 12/18/00 | J. Van Hees | J. Louwrier, J. Blomkwist | | Fax transmitting correspondence with opposing counsel in Bastiaens loan settlement issue, and providing legal advice re court proceedings. | Attorney-Client Privilege / Work Product. |
| DBB 068206 | Dutch | Fax | 08/15/03 | J. Blomkwist | B. Lamiroy, K. van Riet | | Fax transmitting correspondence with opposing counsel in Willaert seizure issue, and providing legal advice re court proceedings. | Attorney-Client Privilege / Work Product. |
| DBB 068252 | Dutch | Fax | 03/13/03 | J. Verbist | K. van Riet | | Fax transmitting correspondence with opposing counsel re LHIC investment portfolio, and providing legal advice re same. | Attorney-Client Privilege / Work Product. |

1/23/2006

## Quaak v. Dexia and Related Cases
### Dexia Bank Belgium's Log of Redacted Documents

| NUMBER | LANGUAGE | TYPE OF DOCUMENT | DATE | AUTHOR | RECIPIENT | COPIED TO | DESCRIPTION | REASON FOR PRIVILEGE |
|---|---|---|---|---|---|---|---|---|
| DBB 069389-DBB 069390 | English | Memo | 11/05/02 | Chadbourne & Parke LLP | Bank Group | | Memorandum providing legal advice re Subordination of Stonington claims. | Attorney-Client Privilege / Work Product. |
| DBB 069493 | English | Fax | 12/05/00 | T. Zink | J. Verbist | | Fax providing legal advice re litigation proceedings and requesting information to base legal advice upon re Belgian bankruptcy. | Attorney-Client Privilege / Work Product. |
| DBB 072510 | English | Fax | 12/12/00 | J. Verbist | J. Vankeerberghen, V. Vercaigne, D. De Bleser, E. Huyghe, M. Tanghe, K. Macours, P. Cordonnier, K. van Riet, K. Diederich, H. Liemen, R. Buehler | | Fax transmitting L&H motion and transmitting memorandum providing legal advice re same. | Attorney-Client Privilege / Work Product. |
| DBB 072512 | English | Memo | 12/11/00 | A. Rosenblatt | J. Verbist | | Memorandum providing legal advice re L&H motion and payments. | Attorney-Client Privilege / Work Product. |

765092_2.XLS

36

1/23/2006

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Redacted Documents**

| NUMBER | LANGUAGE | TYPE OF DOCUMENT | DATE | AUTHOR | RECIPIENT | COPIED TO | DESCRIPTION | REASON FOR PRIVILEGE |
|---|---|---|---|---|---|---|---|---|
| DBB 072542 | English | Email | 01/11/01 | H. Seife | R. Buehler, P. Cordonnier, M. Curran, F. De Potter, D. de Bleser, K. Delerue, K. Diederich, C. Geys, W. Haeck, K. Herbots, E. Huyghe, L. Jones, H. Liemen, S. Loosveld, K. Macours, E. Matthews, C. Schneider, C. Sunt, M. Tanghe, R. Tinari, K. van Riet, J. Vankeerberghen, P. Van Tiggel, G. Vekeman, J. Verbist, V. Vercaigne, J. Verlinden | T. Zink | Email providing legal advice re Dictaphone Creditors' Committee. | Attorney-Client Privilege / Work Product. |
| DBB 072548 | Dutch | Fax | | I. Janssens | K. Herbots | | Fax transmitting Motion for Order and providing legal advice re same. | Attorney-Client Privilege / Work Product. |
| DBB 072576-DBB 072580 | Dutch | Email | 01/09/01 | K. van Riet | P. Van Tiggel, F. Saverys, K. Herbots | | Email providing legal advice re L&H operational account and bankruptcy, and transmitting email with legal advice, in embedded correspondence from L&H counsel, re same. | Attorney-Client Privilege / Work Product. |

37

765092_2.XLS

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Redacted Documents

| NUMBER | LANGUAGE | TYPE OF DOCUMENT | DATE | AUTHOR | RECIPIENT | COPIED TO | DESCRIPTION | REASON FOR PRIVILEGE |
|---|---|---|---|---|---|---|---|---|
| | English | Email | 01/09/01 | J. Verlinden | C. Schneider, D. de Bleser, E. Huyghe, F. de Potter, G. Vekeman, H. Liemen, J. Vandensteen, J. Vankeerberghen, K. van Riet, K. Diederich, K. Macours, M. Tanghe, M. Curran, P. Cordonnier, R. Buehler, V. Vercaigne | J. Verbist, J. Nelissen Grade, C. Sunt, S. Loosveld, C. Geys | Email, with embedded correspondence from L&H counsel, providing legal advice re L&H operational account and bankruptcy, and containing marginalia reflecting the mental impressions of an attorney re same. | Attorney-Client Privilege / Work Product. |

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Redacted Documents

| NUMBER | LANGUAGE | TYPE OF DOCUMENT | DATE | AUTHOR | RECIPIENT | COPIED TO | DESCRIPTION | REASON FOR PRIVILEGE |
|---|---|---|---|---|---|---|---|---|
| DBB 072665 | English | Email | 01/09/01 | T. Zink | R. Buehler, P. Cordonnier, M. Curran, F. De Potter, D. de Bleser, K. Delerue, K. Diederich, C. Geys, W. Haeck, K. Herbots, E. Huyghe, L. Jones, H. Liemen, S. Loosveld, K. Macours, E. Matthews, J. Nelissen Grade, C. Schneider, C. Sunt, M. Tanghe, R. Tinari, K. van Riet, J. Vankeerberghen, P. Van Tiggel, G. Vekeman, J. Verbist, V. Vercaigne, J. Verlinden | H. Seife | Email providing legal advice re Creditors' Committee disclosure formalities. | Attorney-Client Privilege / Work Product. |
| DBB 073030-DBB 073031 | English | Fax | 05/09/01 | J. Verbist | J. Vankeerberghen, V. Vercaigne, D. De Bleser, E. Huyghe, M. Tanghe, K. Macours, P. Cordonnier, K. van Riet, K. Diederich, H. Liemen, R. Buehler | | Fax transmitting letter from opposing counsel re L&H recovery plan and providing legal advice re same. | Attorney-Client Privilege / Work Product. |

1/23/2006

## Quaak v. Dexia and Related Cases
### Dexia Bank Belgium's Log of Redacted Documents

| NUMBER | LANGUAGE | TYPE OF DOCUMENT | DATE | AUTHOR | RECIPIENT | COPIED TO | DESCRIPTION | REASON FOR PRIVILEGE |
|---|---|---|---|---|---|---|---|---|
| DBB 073595 | English | Memo | 08/29/01 | T. Zink | | H. Seife | Memorandum providing legal advice re L&H debtors' plan. | Attorney-Client Privilege / Work Product. |
| DBB 074048-DBB 074051 | English | Letter | 05/09/01 | J. Verbist | J. Vankeerberghen, V. Vercaigne, D. De Bleser, E. Huyghe, M. Tanghe, K. Macours, P. Cordonnier, K. van Riet, K. Diederich, H. Liemen, R. Buehler | | Fax transmitting letter from opposing counsel re L&H recovery plan and providing legal advice re same. | Attorney-Client Privilege / Work Product. |
| DBB 074052-DBB 074053 | English | Letter | 07/06/01 | J. Verbist | J. Vankeerberghen, V. Vercaigne, D. De Bleser, E. Huyghe, M. Tanghe, K. Macours, K. van Riet, B. Lamiroy, K. Diederich, H. Liemen, R. Buehler | | Fax transmitting letter from opposing counsel re L&H recovery plan and providing legal advice re same. | Attorney-Client Privilege / Work Product. |
| DBB 074517-DBB 074518 | English | Email | 02/26/02 | C. Heylen | L. Bernard | | Email transmitting and providing legal advice re Dictaphone. | Attorney-Client Privilege / Work Product. |
| DBB 074607-DBB 074613 | English | Certificate of Incorporation | 02/25/02 | | | | Marginalia providing legal advice re Certificate of Incorporation. | Attorney-Client Privilege / Work Product. |
| DBB 075165-DBB 075166 | Dutch, French | Credit Committee Report | 07/04/00 | | D. Bruneel, G. Allegaert, R. Avonts, R. Greindl, C. Piret | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |

40

765092_2.XLS