1/23/2006

## Quaak v. Dexia and Related Cases
## Dexia Bank Belgium's Log of Redacted Documents

| NUMBER | LANGUAGE | TYPE OF DOCUMENT | DATE | AUTHOR | RECIPIENT | COPIED TO | DESCRIPTION | REASON FOR PRIVILEGE |
|---|---|---|---|---|---|---|---|---|
| DBB 075268-DBB 075269 | Dutch | Fax | 04/15/02 | J. Palstra | J. Blomkwist | | Fax transmitting letter re pledge agreement and providing legal advice re same. | Attorney-Client Privilege / Work Product. |
| DBB 075345-DBB 075346 | Dutch | Fax | 06/13/01 | B. Lamiroy, K. van Riet | J. Verbist, S. Loosveld | | Fax requesting legal advice re Bastiaens loan settlement. | Attorney-Client Privilege / Work Product. |
| DBB 075376 | Dutch, French | Committee Report | | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 075402 | Dutch, French | Credit Committee Report | 07/18/00 | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 075403-DBB 075404 | Dutch, French | Credit Committee Report | 07/04/00 | | D. Bruneel, G. Allegaert, R. Avonts, R. Greindl, C. Piret | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 075464-DBB 075467 | Dutch, French | Central Credit Committee Report | 06/28/00 | | C. Piret, F. Saverys, J. Janssens, M. van Keirsbilck, R. de Maeght | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 075468-DBB 075469 | Dutch, French | Credit Committee Report | 07/04/00 | | D. Bruneel, G. Allegaert, R. Avonts, R. Greindl, C. Piret | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 075800 | Dutch, French | Central Credit Committee Report | 06/25/99 | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 075803 | Dutch | Letter | 04/23/04 | J. Verbist | E. Huyghe, D. De Bleser, G. Vekeman, F. De Potter, B. Lamiroy, K. van Riet, J. Vankeerberghen | | Letter providing legal advice re litigation procedure. | Attorney-Client Privilege / Work Product. |

1/23/2006

## Quaak v. Dexia and Related Cases
## Dexia Bank Belgium's Log of Redacted Documents

| NUMBER | LANGUAGE | TYPE OF DOCUMENT | DATE | AUTHOR | RECIPIENT | COPIED TO | DESCRIPTION | REASON FOR PRIVILEGE |
|---|---|---|---|---|---|---|---|---|
| DBB 075849 | Dutch | Handwritten Notes | | "Herman" | "Guy" | | Handwritten notes reflecting request for information by an attorney and reflecting legal advice re criminal investigation. | Attorney-Client Privilege / Work Product. |
| DBB 075873 | Dutch | Fax | 05/18/01 | J. Verbist | K. van Riet, B. Lamiroy | | Fax requesting information for the purpose of obtaining legal advice re criminal investigation. | Attorney-Client Privilege / Work Product. |
| DBB 075880 | Dutch | Fax | 09/01/03 | J. Verbist | K. van Riet, B. Lamiroy | | Fax providing legal advice re criminal investigation and loan inquiries. | Attorney-Client Privilege / Work Product. |
| DBB 076366 | French | Committee Report | | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 077511 | French | Credit Committee Report | | | D. Bruneel, C. Pinte, G. Allegaert, R. Avonts, G. Dauwe | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 078125 | Dutch | Letter | 11/14/02 | P. Colle | K. van Riet, B. Lamiroy | | Letter providing legal advice re credit insurance. | Attorney-Client Privilege / Work Product. |
| DBB 078129-DBB 078130 | Dutch | Fax | 10/07/02 | B. Lamiroy | P. Colle | | Fax providing legal advice re credit insurance. | Attorney-Client Privilege / Work Product. |
| DBB 078132-DBB 078133 | Dutch | Fax | 08/05/02 | P. Colle | K. van Riet, B. Lamiroy | | Fax providing legal advice re credit insurance. | Attorney-Client Privilege / Work Product. |
| DBB 078135 | Dutch | Fax | 07/11/02 | P. Colle | K. van Riet, B. Lamiroy | | Fax providing legal advice re credit insurance. | Attorney-Client Privilege / Work Product. |
| DBB 078140 | Dutch | Letter | 08/13/01 | P. Colle | K. van Riet, B. Lamiroy | | Letter requesting information for the purpose of obtaining legal advice re credit insurance. | Attorney-Client Privilege / Work Product. |
| DBB 078211-DBB 078230 | | | | | | | Letter requesting and providing legal advice re credit insurance. | Attorney-Client Privilege / Work Product. |

42

765092_2.XLS

1/23/2006

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Redacted Documents

| NUMBER | LANGUAGE | TYPE OF DOCUMENT | DATE | AUTHOR | RECIPIENT | COPIED TO | DESCRIPTION | REASON FOR PRIVILEGE |
|---|---|---|---|---|---|---|---|---|
| DBB 078234-DBB 078242 | | | | | | | Letter requesting and providing legal advice re seizure. | Attorney-Client Privilege / Work Product. |
| DBB 078267 | Dutch | Fax | 11/30/00 | J. Verlinden, J. Nelissen | J. Vankeerberghen, K. Macours, V. Vercaigne, P. Cordonnier | | Fax providing legal advice re LHSP hearings. | Attorney-Client Privilege / Work Product. |
| DBB 078321 | | | | | | | Letter providing legal advice re credit facility. | Attorney-Client Privilege / Work Product. |
| DBB 078404-DBB 078405 | | | | | | | Letter providing legal advice re credit facility. | Attorney-Client Privilege / Work Product. |
| DBB 078494 | Dutch | Fax | 11/06/02 | J. Blomkwist | K. van Riet | | Fax requesting information for the purpose of obtaining legal advice re loan settlement. | Attorney-Client Privilege / Work Product. |
| DBB 078495-DBB 078496 | Dutch | Letter | 11/01/02 | J. Van Hees | J. Blomkwist | | Letter providing legal advice re court submission. | Attorney-Client Privilege / Work Product. |
| DBB 078505 | Dutch | Letter | 1/31/2002 | J. Blomkwist | K. van Riet | | Letter providing legal advice re loan settlement. | Attorney-Client Privilege / Work Product. |
| DBB 078619 | Dutch | Letter | 10/19/01 | A. Louwrier | K. van Riet, B. Lamiroy | | Fax providing legal advice re loan settlement. | Attorney-Client Privilege / Work Product. |
| DBB 078624 | Dutch | Fax | 08/16/01 | J. Blomkwist | K. van Riet, B. Lamiroy | | Fax providing legal advice re loan settlement. | Attorney-Client Privilege / Work Product. |
| DBB 078699-DBB 078700 | French | Limited Management Committee Report | 12/30/97 | | E. Swaelen, R. Greindl, J. Janssens, J. Van Der Ven | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 078964-DBB 078975 | Dutch, French | Overview | 2001 | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |

43

765092_2.XLS

1/23/2006

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Redacted Documents

| NUMBER | LANGUAGE | TYPE OF DOCUMENT | DATE | AUTHOR | RECIPIENT | COPIED TO | DESCRIPTION | REASON FOR PRIVILEGE |
|---|---|---|---|---|---|---|---|---|
| DBB 080963 | French | Credit Committee Report | 09/30/99 | | C. Piret, G. Dauwe, F. Saverys, J. Janssens, A. Probst | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 081599 | Dutch, French | Credit Committee Report | 06/25/99 | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 081623-DBB 081626 | | | | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 081627-DBB 081630 | | | | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 082662 | English | Email | 01/29/02 | D. de Bleser | W. Haeck, F. Van Steenwinkel, V. Vercaigne, S. Vande Capelle, M. Vancoillie, M. Tanghe, E. Huyghe, K. Macours, F. de Potter, J. Vandensteen, G. Vekeman, S. Janaway, K. van Riet, B. Lamiroy, H. Liemen, C. Schneider, J. Vankeerberghen, J. Verbist, S. Loosveld | | Email requesting legal advice and providing information for the purpose of obtaining legal advice re restructuring of L&H financing and related litigation. | Attorney-Client Privilege / Work Product. |

765092_2.XLS

44

1/23/2006

## Quaak v. Dexia and Related Cases
## Dexia Bank Belgium's Log of Redacted Documents

| NUMBER | LANGUAGE | TYPE OF DOCUMENT | DATE | AUTHOR | RECIPIENT | COPIED TO | DESCRIPTION | REASON FOR PRIVILEGE |
|---|---|---|---|---|---|---|---|---|
| DBB 082663 | English | Email | 01/24/02 | S. Loosveld | F. de Potter, E. Huyghe, M. Kaiser, B. Lamiroy, H. Liemen, K. Macours, C. Schneider, M. Tanghe, K. van Riet, J. Vankeerberghen, G. Vekeman | J. Verbist | Email providing legal advice re bankruptcy, Belgian and US litigation proceedings, Creditors' Committee and litigation strategy. | Attorney-Client Privilege / Work Product. |
| DBB 082715-DBB 082716 | Dutch | Email | 07/24/01 | K. van Riet | B. Lamiroy | | Email requesting legal advice and providing information for the purpose of obtaining legal advice re restructuring of L&H financing and related litigation. | Attorney-Client Privilege / Work Product. |
| | Dutch | Email | 07/20/01 | A. Rosenblatt | R. Buehler, M. Curran, F. De Potter, D. De Bleser, K. Delerue, K. Diederich, J. Gallagher, C. Geys, W. Haeck, E. Huyghe, L. Jones, M. Kaiser, B. Lamiroy, H. Liemen, S. Loosveld, K. Macours, E. Matthews, J. Nelissen, C. Schneider, C. Sunt, M. Tanghe, K. Van | H. Seife, T. Zink, T. Butler | Email providing legal advice re restructuring of L&H financing and related litigation. | Attorney-Client Privilege / Work Product. |

45

765092_2.XLS

1/23/2006

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Redacted Documents

| NUMBER | LANGUAGE | TYPE OF DOCUMENT | DATE | AUTHOR | RECIPIENT | COPIED TO | DESCRIPTION | REASON FOR PRIVILEGE |
|---|---|---|---|---|---|---|---|---|
| DBB 082738-DBB 082739 | English | Email | 08/06/01 | T. Butler | S. Loosveld | H. Seife, T. Zink | Email providing legal advice re Dictaphone Creditors' Committee. | Attorney-Client Privilege / Work Product. |
| DBB 082796 | Dutch | Fax | 08/16/01 | J. Verbist | K. van Riet, B. Lamiroy | | Fax providing legal advice re LHSP seizure of assets. | Attorney-Client Privilege / Work Product. |
| DBB 082798 | Dutch | Email | 08/03/01 | S. Loosveld | K. van Riet, B. Lamiroy | | Email providing legal advice re LHIC security agreement. | Attorney-Client Privilege / Work Product. |
| DBB 082802 | Dutch | Fax | 06/27/03 | J. Blomkwist | K. van Riet, B. Lamiroy | | Fax providing legal advice re loan settlement litigation. | Attorney-Client Privilege / Work Product. |
| DBB 082808-DBB 082809 | Dutch, English | Fax | 07/02/03 | J. Blomkwist | K. Van Riet, B. Lamiroy | | Email providing legal advice re loan settlement litigation. | Attorney-Client Privilege / Work Product. |
| DBB 082841 | English | Email | 07/17/03 | I. Chia | B. Lamiroy | | Email providing legal advice re Singapore litigation. | Attorney-Client Privilege / Work Product. |
| DBB 082844 | English | Email | 07/21/03 | I. Chia | B. Lamiroy | K. Van Riet, T. Chuan Thye | Email providing legal advice and requesting information for the purpose of obtaining legal advice re Singapore litigation. | Attorney-Client Privilege / Work Product. |
| DBB 082847 | English | Email | 7/23/1002 | I. Chia, Chuan Tye | B. Lamiroy | K. Van Riet, Ch. Thye | Email providing legal advice re Singapore litigation. | Attorney-Client Privilege / Work Product. |
| DBB 082849-DBB 082850 | Dutch | Fax | 07/25/03 | J. Blomkwist | K. Van Riet, B. Lamiroy | | Email providing legal advice re loan settlement. | Attorney-Client Privilege / Work Product. |
| DBB 083171 | French | Credits Committee Report | 02/03/99 | | D. Bruneel, C. Pinte, G. Allegaert, R. Avonts, G. Dauwe | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |

765092_2.XLS

46

1/23/2006

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Redacted Documents

| NUMBER | LANGUAGE | TYPE OF DOCUMENT | DATE | AUTHOR | RECIPIENT | COPIED TO | DESCRIPTION | REASON FOR PRIVILEGE |
|---|---|---|---|---|---|---|---|---|
| DBB 083172 - DBB 083173 | Dutch, French | Central Credit Committee Report | 10/14/99 | | C. Piret, G. Dauwe, J. Janssens, F. Saverys, A. Probst | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 083287 | French | Committee Report | | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 083361 - DBB 083365 | Dutch, French | Central Credit Committee Report | 03/18/99 | | D. Bruneel, C. Pinte G. Allegaert, R. Avonts, G. Dauwe, R. Duyck, R. Greindl, C. Piret, J. Janssens | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 083368 - DBB 083369 | Dutch, French | Credit Committee Report | 03/23/99 | | D. Bruneel, C. Pinte G. Allegaert, R. Avonts, G. Dauwe, R. Duyck, R. Greindl, C. Piret, J. Janssens | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 083721 | Dutch | Letter | 08/28/03 | P. Vanderveeren | K. Van Riet | | Fax providing legal advice re Belgian litigation. | Attorney-Client Privilege / Work Product. |
| DBB 083757 - DBB 083758 | Dutch | Email | 07/04/03 | B. Lamiroy | J. De Vis | K. Van Riet | Email providing legal advice re small investor claims. | Attorney-Client Privilege / Work Product. |
| | Dutch | Email | 07/04/03 | J. De Vis | B. Lamiroy | | Email requesting legal advice re small investor claims. | Attorney-Client Privilege / Work Product. |
| DBB 083806 | Dutch | Fax | 11/29/02 | J. Verbist | K. van Riet, B. Lamiroy | | Fax providing legal advice re Chapter 11 litigation. | Attorney-Client Privilege / Work Product. |

47

765092_2.XLS

1/23/2006

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Redacted Documents**

| NUMBER | LANGUAGE | TYPE OF DOCUMENT | DATE | AUTHOR | RECIPIENT | COPIED TO | DESCRIPTION | REASON FOR PRIVILEGE |
|---|---|---|---|---|---|---|---|---|
| DBB 083811 | Dutch | Email | 11/29/02 | K. van Riet | B. Lamiroy | | Email providing legal advice re Chapter 11 litigation. | Attorney-Client Privilege / Work Product. |
| DBB 084470-DBB 084473 | English | Notes | | | | | Marginalia reflecting the mental impressions of an attorney re delivery of shares. | Attorney Work Product. |
| DBB 084474 | French | Letter | 02/10/03 | B. Gavage | K. Thirion | | Marginalia reflecting the mental impressions of an attorney re delivery of shares. | Attorney Work Product. |
| DBB 084476 | French | Email | 08/30/01 | M. Robberechts | P. Van Huyck, P. Mendes | | Marginalia reflecting the mental impressions of an attorney re L&H account activity. | Attorney-Client Privilege / Work Product. |
| DBB 084491-DBB 084494 | Dutch | Email | 03/19/03 | G. Van Der Eecken | B. Lamiroy | K. van Riet | Email requesting legal advice re delivery of shares. | Attorney-Client Privilege / Work Product. |
| | Dutch | Email | 03/19/03 | K. van Riet | G. Van Der Eecken | | Email providing legal advice re delivery of shares. | Attorney-Client Privilege / Work Product. |
| | Dutch | Email | 03/17/03 | G. Van Der Eecken | K. van Riet | | Email, with incomplete email attached, requesting legal advice re delivery of shares, with marginalia reflecting the mental impressions of an attorney re same. | Attorney-Client Privilege / Work Product. |
| DBB 084495 | French | Email | 03/19/03 | K. van Riet | B. Lamiroy | | Email providing legal advice re delivery of shares. | Attorney-Client Privilege / Work Product. |
| DBB 084563 | French | Letter | 02/10/03 | B. Gavage | K. Thirion | | Marginalia reflecting the mental impressions of an attorney re delivery of shares. | Attorney-Client Privilege / Work Product. |
| DBB 085176 | Dutch | Fax | 06/13/97 | P. Cordonnier | I. De Coen | | Marginalia reflecting the mental impressions of an attorney re criminal investigation. | Attorney-Client Privilege / Work Product. |
| DBB 092304 | Dutch | Binder index | | | | | Marginalia prepared at the request of an attorney re criminal investigation. | Attorney Work Product. |

48

765092_2.XLS

1/23/2006

## Quaak v. Dexia and Related Cases
## Dexia Bank Belgium's Log of Redacted Documents

| NUMBER | LANGUAGE | TYPE OF DOCUMENT | DATE | AUTHOR | RECIPIENT | COPIED TO | DESCRIPTION | REASON FOR PRIVILEGE |
|---|---|---|---|---|---|---|---|---|
| DBB 092305 | Dutch | Handwritten Note | | | | | Handwritten information prepared at the request of an attorney re bank account. | Attorney Work Product. |
| DBB 092323 | Dutch | Handwritten Note | | | | | Handwritten information prepared at the request of an attorney re bank account. | Attorney Work Product. |
| DBB 092333 | Dutch | Handwritten Note | | | | | Handwritten information prepared at the request of an attorney re bank account. | Attorney Work Product. |
| DBB 092348 | Dutch | Handwritten Note | | | | | Handwritten information prepared at the request of an attorney re bank account. | Attorney Work Product. |
| DBB 092365 | Dutch | Handwritten Note | | | | | Handwritten information prepared at the request of an attorney re LHSP bank account. | Attorney Work Product. |
| DBB 092379 | Dutch | Handwritten Note | | | | | Handwritten information prepared at the request of an attorney re LIC bank account. | Attorney Work Product. |
| DBB 092392 | Dutch | Handwritten Note | | | | | Handwritten information prepared at the request of an attorney re Radial bank account. | Attorney Work Product. |
| DBB 093791 - DBB 093793 | Dutch, French | Chart | 03/31/00 | | | | Handwritten marginalia prepared at the request of an attorney re criminal investigation. | Attorney Work Product. |
| DBB 093806 | Dutch | Handwritten Note | | | | | Handwritten information prepared at the request of an attorney re LDF bank account. | Attorney Work Product. |
| DBB 093851 | Dutch | Handwritten Note | 02/27/01 | | | | Handwritten information prepared at the request of an attorney re Snauwaert bank account. | Attorney Work Product. |
| DBB 093855 | Dutch | Handwritten Note | 02/27/01 | | | | Handwritten information prepared at the request of an attorney re Lernout, Hauspie and Willaert bank accounts. | Attorney Work Product. |
| DBB 093872 | Dutch | Handwritten Note | | | | | Handwritten information prepared at the request of an attorney re Snauwaert bank account. | Attorney Work Product. |

49

765092_2.XLS

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Redacted Documents

| NUMBER | LANGUAGE | TYPE OF DOCUMENT | DATE | AUTHOR | RECIPIENT | COPIED TO | DESCRIPTION | REASON FOR PRIVILEGE |
|---|---|---|---|---|---|---|---|---|
| DBB 093885 | Dutch | Handwritten Note | 02/27/01 | | | | Handwritten information prepared at the request of an attorney re Snauwaert bank account. | Attorney Work Product. |
| DBB 094340 | Dutch | Handwritten Note | 02/27/01 | | | | Handwritten information prepared at the request of an attorney re LDF bank account. | Attorney Work Product. |
| DBB 094353 | Dutch | Handwritten Note | 02/27/01 | | | | Handwritten information prepared at the request of an attorney re LDF bank account. | Attorney Work Product. |
| DBB 094358 | French | Account record | 03/31/99 | | | | Handwritten marginalia prepared at the request of an attorney re LDF bank account. | Attorney Work Product. |
| DBB 094359 | Dutch | Account record | 03/31/99 | | | | Handwritten marginalia prepared at the request of an attorney re LDF bank account. | Attorney Work Product. |
| DBB 094362 | Dutch | Handwritten Note | 02/27/01 | | | | Handwritten information prepared at the request of an attorney re Turkish LDC bank account. | Attorney Work Product. |
| DBB 094408 | Dutch | Handwritten Note | 02/27/01 | | | | Handwritten information prepared at the request of an attorney re Bahassa Development Company bank account. | Attorney Work Product. |
| DBB 094423 | Dutch | Handwritten Note | 02/27/01 | | | | Handwritten information prepared at the request of an attorney re Farsi Development Company bank account. | Attorney Work Product. |
| DBB 094495 | Dutch | Handwritten Note | 02/27/01 | | | | Handwritten information prepared at the request of an attorney re Farsi Development Company bank account. | Attorney Work Product. |
| DBB 094497 | Dutch | Handwritten Note | 02/27/01 | | | | Handwritten information prepared at the request of an attorney re Slavic Development Company bank account. | Attorney Work Product. |

1/23/2006

**Quaak v. Dexia and Related Cases**
**Dexia Bank Belgium's Log of Redacted Documents**

| NUMBER | LANGUAGE | TYPE OF DOCUMENT | DATE | AUTHOR | RECIPIENT | COPIED TO | DESCRIPTION | REASON FOR PRIVILEGE |
|---|---|---|---|---|---|---|---|---|
| DBB 094511 | Dutch | Handwritten Note | 02/27/01 | | | | Handwritten information prepared at the request of an attorney re Czech Development Company bank account. | Attorney Work Product. |
| DBB 094516 | Dutch | Handwritten Note | 02/27/01 | | | | Handwritten information prepared at the request of an attorney re Polish Development Company bank account. | Attorney Work Product. |
| DBB 094521 | Dutch | Handwritten Note | 02/27/01 | | | | Handwritten information prepared at the request of an attorney re Greek Development Company bank account. | Attorney Work Product. |
| DBB 094526 | Dutch | Handwritten Note | 02/27/01 | | | | Handwritten information prepared at the request of an attorney re Hungarian Development Company bank account. | Attorney Work Product. |
| DBB 094531 | Dutch | Handwritten Note | 02/27/01 | | | | Handwritten information prepared at the request of an attorney re Thai LDC bank account. | Attorney Work Product. |
| DBB 094538 | Dutch | Handwritten Note | 02/27/01 | | | | Handwritten information prepared at the request of an attorney re Tamil LDC bank account. | Attorney Work Product. |
| DBB 094947- DBB 094948 | Dutch, French | Credit Committee Report | | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 095022- DBB 095023 | Dutch, French | | 07/18/00 | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 095028- DBB 095029 | Dutch, French | Credit Committee Report | 07/04/00 | | D. Bruneel, G. Allegaert, R. Avonts, R. Greindl, C. Piret | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |

1/23/2006

## Quaak v. Dexia and Related Cases
## Dexia Bank Belgium's Log of Redacted Documents

| NUMBER | LANGUAGE | TYPE OF DOCUMENT | DATE | AUTHOR | RECIPIENT | COPIED TO | DESCRIPTION | REASON FOR PRIVILEGE |
|---|---|---|---|---|---|---|---|---|
| DBB 095307-DBB 095308 | Dutch, French | Credit Committee Report | 07/04/00 | | D. Bruneel, G. Allegaert, R. Avonts, R. Greindl, C. Piret | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 095360-DBB 095365 | Dutch, French | Central Credit Committee Report | 10/28/00 | | C. Piret, G. Dauwe, F. Saverys, I. Janssens, A. Probst, A. Engels | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 095701 | Dutch | Fax | 12/19/00 | G. De Pestel, P. Colle | K. van Riet, B. Lamiroy | | Fax providing legal advice re seizure. | Attorney-Client Privilege / Work Product. |
| DBB 095715 | Dutch | Fax | 12/04/00 | A. Louwrier | K. van Riet, B. Lamiroy | | Fax providing legal advice re Bastiaens loan settlement. | Attorney-Client Privilege / Work Product. |
| DBB 095719 | Dutch | Fax | 11/30/00 | J. Verlinden, J. Nelissen Grade | J. Vankeerberghen, V. Vercaigne, M. Tanghe, K. Macours, P. Cordonnier | | Fax providing legal advice re litigation proceedings and re judicial composition. | Attorney-Client Privilege / Work Product. |
| DBB 095735-DBB 095736 | English | Fax | 11/30/00 | D. De Bleser | F. Sercu, L. Mesuere, F. Van Steenwinkel, V. Vercaigne, A. Vercammen, J. Vandensteen, G. Vekeman, P. Cordonnier, P. Vermeiren, P. Van Raemdonck, J. Vankeerberghen, C. Schneider, R. Haas, K. Diederich | | Fax providing legal advice re judicial composition. | Attorney-Client Privilege / Work Product. |

52

765092_2.XLS

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Redacted Documents

| NUMBER | LANGUAGE | TYPE OF DOCUMENT | DATE | AUTHOR | RECIPIENT | COPIED TO | DESCRIPTION | REASON FOR PRIVILEGE |
|---|---|---|---|---|---|---|---|---|
| DBB 095748 | English | Fax | 06/30/01 | J. Verbist | J. Vankeerberghen, V. Vercaigne, D. De Bleser, E. Huyghe, M. Tanghe, K. Macours, K. van Riet, B. Lamiroy, K. Diederich, H. Liemen, R. Buehler | | Fax providing legal advice re LHSP restructuring plan and re US litigation strategy. | Attorney-Client Privilege / Work Product. |
| DBB 096155 | Dutch, French | Credit Committee Report | 03/23/99 | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 096198 | Dutch, French | Credit Committee Report | 09/30/99 | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 096967 | Dutch | Fax | 11/15/00 | A. Louwrier | M. Colle, K. Herbots | | Fax providing legal advice re Bastiaens loan settlement. | Attorney-Client Privilege / Work Product. |
| DBB 097887 | Dutch, French | Minutes of Management Committee Meeting | 12/02/96 | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 097975-DBB 097978 | Dutch, French | Central Credit Committee Report | 7/3/99 | | C. Piret, G. Dauwe, A. Avonts, A. Rapati, M. Ronvaux, A. Probst | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 097985-DBB 097986 | Dutch, French | Credit Committee Report | 03/09/99 | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 097990-DBB 097991 | Dutch, French | Central Credit Committee Report | 10/14/99 | | C. Piret, G. Dauwe, F. Saverys, I. Janssens, A. Probst | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Redacted Documents**

| NUMBER | LANGUAGE | TYPE OF DOCUMENT | DATE | AUTHOR | RECIPIENT | COPIED TO | DESCRIPTION | REASON FOR PRIVILEGE |
|---|---|---|---|---|---|---|---|---|
| DBB 098053 | Dutch, French | Credit Committee Report | 08/29/00 | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 098054 | Dutch, French | Credit Committee Report | 09/28/00 | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 098055 | Dutch, French | Credit Committee Report | 10/03/00 | | D. Bruneel, C. Pinte, R. Avonts, G. Allegaert, G. Dauwe, R. Duyck, R. Greindl, C. Piret | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 098056 | Dutch, French | Credit Committee Report | 07/18/00 | | D. Bruneel, C. Pinte, C. Piret | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 098283- DBB 098286 | Dutch, French | Credit Committee Report | ?/?/99 | | R. Avonts, C. Piret, F. Saverys, M. Ronvaux | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 098306 | Dutch, French | Credit Committee Report | 03/23/99 | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 098335 | Dutch, French | Credit Committee Report | 09/30/99 | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 099100 - DBB 099101 | Dutch, French | Credit Committee Report | 07/18/00 | | D. Bruneel, C. Pinte, C. Piret | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 099105- DBB 099106 | Dutch, French | Credit Committee Report | 07/04/00 | | D. Bruneel, M. Allegaert, R. Avonts, R. Greindl, C. Piret | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |

1/23/2006

## Quaak v. Dexia and Related Cases
### Dexia Bank Belgium's Log of Redacted Documents

| NUMBER | LANGUAGE | TYPE OF DOCUMENT | DATE | AUTHOR | RECIPIENT | COPIED TO | DESCRIPTION | REASON FOR PRIVILEGE |
|---|---|---|---|---|---|---|---|---|
| DBB 099155 | Dutch, French | Credit Committee Report | | | C. Piret, G. Dauwe, I. Janssens, F. Saverys, A. Probst | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 099157-DBB 099161 | Dutch, French | Central Credit Committee Report | 03/18/99 | | C. Piret, G. Dauwe, R. Avonts, I. Janssens, A. Probst | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 099162-DBB 099163 | Dutch, French | Central Credit Committee Report | 10/14/99 | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 099612-DBB 099613 | Dutch, French | Credit Committee Report | 07/06/00 | | D. Bruneel, M. Allegaert, R. Avonts, R. Greindl, C. Piret | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 099743 | French | Credit Committee Report | 03/09/99 | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 099862 | Dutch, French | Report | ?/3/00 | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 101287-DBB 101293 | Dutch, French | Overview | | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 101341-DBB 101342 | Dutch, French | Credit Committee Report | 09/26/00 | | C. Pinte, G. Allegaert, R. Greindl, F. Saverys | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 102031-DBB 102032 | Dutch, French | Credit Committee Report | | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 102109 | Dutch, French | Credit Committee Report | | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |

765092_2.XLS

1/23/2006

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Redacted Documents**

| NUMBER | LANGUAGE | TYPE OF DOCUMENT | DATE | AUTHOR | RECIPIENT | COPIED TO | DESCRIPTION | REASON FOR PRIVILEGE |
|---|---|---|---|---|---|---|---|---|
| DBB 102183 | Dutch, French | Credit Committee Report | 07/18/00 | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 102186 | Dutch, French | Credit Committee Report | 07/04/00 | | D. Bruneel, M. Allegaert, R. Avonts, R. Greindl, C. Piret | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 102245 - DBB 102246 | Dutch, French | Credit Committee Report | 07/18/00 | | D. Bruneel, C. Pinte, C. Piret | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 102250 - DBB 102251 | Dutch, French | Credit Committee Report | 07/04/00 | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 102282 - DBB 102283 | Dutch, French | Credit Committee Report | 07/04/00 | | D. Bruneel, M. Allegaert, R. Avonts, R. Greindl, C. Piret | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 102307 | Dutch, French | Credit Committee Report | | | D. Bruneel, M. Allegaert, R. Avonts, R. Greindl, C. Piret | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 102321 - DBB 102325 | Dutch, French | Central Credit Committee Report | 10/19/00 | | C. Piret, G. Dauwe, F. Saverys, I. Janssens, A. Probst | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |

1/23/2006

## Quaak v. Dexia and Related Cases
### Dexia Bank Belgium's Log of Redacted Documents

| NUMBER | LANGUAGE | TYPE OF DOCUMENT | DATE | AUTHOR | RECIPIENT | COPIED TO | DESCRIPTION | REASON FOR PRIVILEGE |
|---|---|---|---|---|---|---|---|---|
| DBB 102442-DBB 102443 | Dutch, French | Credit Committee Report | 09/25/00 | | D. Bruneel, C. Pinte, R. Avonts, G. Allegaert, G. Dauwe, R. Duyck, R. Greindl, C. Pinte | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 102477-DBB 102478 | Dutch, French | Credit Committee Report | | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 102856-DBB 102862 | Dutch, French | Overview | | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 105638-DBB 105639 | Dutch | Memo | | P. Cordonnier | | | File memo reflecting legal advice re LHIC pledge and sales of assets. | Attorney Work Product. |
| DBB 105738 | Dutch, French | Overview | | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 105752 | Dutch, French | Overview | | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 106022 | Dutch, French | Central Credit Committee Report | 06/25/99 | | C. Piret, G. Dauwe, F. Saverys, A. Probst, M. Ronvaux | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 106314 | Dutch, French | Central Credit Committee Report | 06/25/99 | | C. Piret, G. Dauwe, F. Saverys, A. Probst, M. Ronvaux | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 106315 | Dutch, French | Official Central Credit Committee Report | 06/25/99 | | C. Piret, G. Dauwe, F. Saverys, A. Probst, M. Ronvaux | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |

1/23/2006

## Quaak v. Dexia and Related Cases
## Dexia Bank Belgium's Log of Redacted Documents

| NUMBER | LANGUAGE | TYPE OF DOCUMENT | DATE | AUTHOR | RECIPIENT | COPIED TO | DESCRIPTION | REASON FOR PRIVILEGE |
|---|---|---|---|---|---|---|---|---|
| DBB 106435-DBB 106436 | Dutch, French | Credit Committee Report | 07/04/00 | | D. Bruneel, C. Piret, C. Pinte | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 106440-DBB 106441 | Dutch, French | Credit Committee Report | 07/04/00 | | D. Bruneel, G. Allegaert, R. Avonts, R. Greindl, C. Piret | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 106563 | Dutch, French | Credit Committee Report | | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 106564 | Dutch, French | Credit Committee Report | | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 107069-DBB 107072 | Dutch, French | Credit Committee Report | 07/29/99 | | C. Piret, G. Dauwe, I. Janssens, F. Saverys, A. Probst | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 108135 | Dutch, French | Credit Committee Report | 09/30/99 | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 108172 | Dutch, French | Credit Committee Report | | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 108205-DBB 108215 | Dutch | Minutes of Board of Directors Meeting | 12/14/00 | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 108216-DBB 108225 | French | Minutes of Board of Directors Meeting | 12/14/00 | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 108227-DBB 108236 | Dutch | Minutes of Board of Directors Meeting | 04/23/01 | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 108245-DBB 108246 | French | Agenda of Board of Directors' Meeting | 12/14/00 | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |

58

765092_2.XLS

1/23/2006

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Redacted Documents**

| NUMBER | LANGUAGE | TYPE OF DOCUMENT | DATE | AUTHOR | RECIPIENT | COPIED TO | DESCRIPTION | REASON FOR PRIVILEGE |
|---|---|---|---|---|---|---|---|---|
| DBB 108384 | Dutch | Letter | 06/05/02 | L. Onclin | J. Vlaminckx | | Marginalia reflecting request for legal advice re approval of submitting minutes to Court. | Attorney-Client Privilege / Work Product. |
| DBB 108421 | French | Committee Report | 09/30/99 | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 109016 | Dutch, French | Credit Committee Report | 03/02/99 | | D. Bruneel, C. Pinte, G. Allegaert, R. Avonts, G. Dauwe, R. Duyck, R. Greindl, C. Piret | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 109017 | Dutch, French | Credit Committee Report | 03/09/99 | | D. Bruneel, C. Pinte, G. Allegaert, R. Avonts, G. Dauwe, R. Duyck, R. Greindl, C. Piret | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 109018 | Dutch, French | Credit Committee Report | 03/23/99 | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 109019 | Dutch, French | Credit Committee Report | 10/19/99 | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 109020 | Dutch, French | Credit Committee Report | 02/22/00 | | D. Bruneel, C. Pinte, G. Allegaert, R. Avonts, G. Dauwe, R. Duyck, R. Greindl, C. Piret | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 109121 | Dutch, French | Credit Committee Report | 07/04/00 | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |

765092_2.XLS

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Redacted Documents**

| NUMBER | LANGUAGE | TYPE OF DOCUMENT | DATE | AUTHOR | RECIPIENT | COPIED TO | DESCRIPTION | REASON FOR PRIVILEGE |
|---|---|---|---|---|---|---|---|---|
| DBB 109022 | Dutch, French | Credit Committee Report | 07/18/00 | | D. Bruneel, C. Pinte, C. Piret | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 109023 | Dutch, French | Credit Committee Report | 08/29/00 | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 109024 | Dutch, French | Credit Committee Report | 10/03/00 | | D. Bruneel, C. Pinte, G. Allegaert, R. Avonts, G. Dauwe, R. Duyck, R. Greindl, C. Piret | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 109025 | Dutch, French | Credit Committee Report | 04/03/01 | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 109026 | Dutch, French | Credit Committee Report | 08/31/01 | | D. Bruneel, C. Pinte, G. Allegaert, R. Avonts, G. Dauwe, R. Duyck, R. Greindl, C. Piret | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 109524-DBB 109529 | Dutch | Management Committee Minutes | 10/29/98 | P. Gielen | D. Bruneel, G. Allegaert, G. Dauwe, C. Piret, P. Gielen | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 109530-DBB 109533 | French | Management Committee Minutes | 09/21/98 | | P. Romagnoli, C. Pinte, R. Avonts, R. Greindl, G. Dauwe | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |