## *Quaak v. Dexia and Related Cases*
## Dexia Bank Belgium's Log of Redacted Documents

| NUMBER | LANGUAGE | TYPE OF DOCUMENT | DATE | AUTHOR | RECIPIENT | COPIED TO | DESCRIPTION | REASON FOR PRIVILEGE |
|---|---|---|---|---|---|---|---|---|
| DBB 109537-DBB 109538 | Dutch, French | Management Committee Minutes | 09/28/98 | | D. Bruneel, C. Pinte, G. Allegaert, R. Avonts, G. Dauwe, R. Duyck, R. Greindl, C. Piret | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 109542-DBB 109553 | Dutch | Management Committee Minutes | 10/13/98 | D. Van Huychem, P. Romagnoli | P. Romagnoli, D. Bruneel, G. Allegaert, R. Avonts, G. Dauwe, R. Duyck, R. Greindl, C. Pinte, C. Piret | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 109554-DBB 109559 | Dutch | Management Committee Minutes | 11/17/98 | | P. Romagnoli, D. Bruneel, G. Allegaert, R. Avonts, G. Dauwe, R. Duyck, R. Greindl, C. Pinte, C. Piret | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 109566-DBB 109570 | Dutch | Management Committee Minutes | 12/08/98 | | D. Bruneel, G. Allegaert, R. Avonts, G. Dauwe, R. Duyck, R. Greindl, C. Pinte, C. Piret | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 109592-DBB 109596 | Dutch, French | Management Committee Minutes | 02/02/99 | | D. Bruneel, C. Pinte, G. Allegaert, R. Avonts, G. Dauwe, R. Duyck, R. Greindl, C. Piret | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |

*Quaak v. Dexia and Related Cases*

**Dexia Bank Belgium's Log of Redacted Documents**

| NUMBER | LANGUAGE | TYPE OF DOCUMENT | DATE | AUTHOR | RECIPIENT | COPIED TO | DESCRIPTION | REASON FOR PRIVILEGE |
|---|---|---|---|---|---|---|---|---|
| DBB 109611-DBB 109615 | Dutch, French | Management Committee Minutes | 01/26/99 | | D. Bruneel, C. Pinte, G. Allegaert, R. Avonts, G. Dauwe, R. Duyck, R. Greindl, C. Piret | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 109633-DBB 109639 | Dutch | Management Committee Minutes | 03/09/99 | | D. Bruneel, C. Pinte, G. Allegaert, R. Avonts, G. Dauwe, R. Duyck, R. Greindl, C. Piret | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 109640-DBB 109645 | French | Report | 03/04/99 | C. Delvaux | R. Avonts, E. Deklippel, G. Van De Walle, J. Wauters | S. Decraene | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 109652-DBB 109657 | Dutch | Management Committee Minutes | 03/16/99 | | D. Bruneel, C. Pinte, G. Allegaert, R. Avonts, G. Dauwe, R. Duyck, R. Greindl, C. Piret | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 109664-DBB 109670 | French | Report | 03/05/99 | C. Delvaux | R. Avonts, E. Deklippel, G. Van De Walle, J. Wauters | S. Decraene | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 109671-DBB 109674 | Dutch | Management Committee Minutes | 04/06/99 | | G. Allegaert, R. Avonts, G. Dauwe, R. Duyck | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |

*Quaak v. Dexia and Related Cases*

**Dexia Bank Belgium's Log of Redacted Documents**

| NUMBER | LANGUAGE | TYPE OF DOCUMENT | DATE | AUTHOR | RECIPIENT | COPIED TO | DESCRIPTION | REASON FOR PRIVILEGE |
|---|---|---|---|---|---|---|---|---|
| DBB 109675-DBB 109677 | Dutch | Report | 03/31/99 | J. Leys, E. Lemineur, R. Duyck | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 109684 | Dutch | Report | 04/08/99 | P. Vermeiren | Members of Management Committee | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 109689 | French | Central Credit Committee Report | 03/18/99 | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 109708-DBB 109713 | Dutch | Management Committee Minutes | 06/08/99 | | D. Bruneel, C. Pinte, G. Allegaert, R. Avonts, G. Dauwe, R. Duyck, R. Greindl, C. Piret | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 109733-DBB 109740 | Dutch | Management Committee Minutes | 08/10/99 | D. Bruneel, C. Pinte, R. Avonts, G. Allegaert, G. Dauwe, R. Duyck, R. Greindl, C. Piret | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |

***Quaak v. Dexia and Related Cases***

**Dexia Bank Belgium's Log of Redacted Documents**

| NUMBER | LANGUAGE | TYPE OF DOCUMENT | DATE | AUTHOR | RECIPIENT | COPIED TO | DESCRIPTION | REASON FOR PRIVILEGE |
|---|---|---|---|---|---|---|---|---|
| DBB 109741 | Dutch | Report | 08/05/99 | J. Vermaut | Management Committee | F. Saverys, I. Janssens, E. De Gyns, J. De Theux, G. van Muylem, V. Sneyers, P. d'Otreppe, H. Dumoulein, J. Lambrecht, R. De Schrijver, K. Thirion, M. Dellis, W. Lievens, P. Vermeiren | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 109742-DBB 109745 | Dutch | Report | 08/04/99 | L. Stoop | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 109746-DBB 109749 | Dutch | Report | 08/04/99 | P. Steverlynck | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 109750-DBB 109751 | Dutch | Report | 08/03/99 | B. Ferrand | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 109752-DBB 109756 | Dutch | Management Committee Minutes | 11/09/99 | D. Bruneel, C. Pinte, R. Avonts, G. Allegaert, G. Dauwe, R. Duyck, R. Greindl, C. Piret | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 109757 | French | Credit Committee Report | 11/09/99 | D. Bruneel, C. Pinte, R. Avonts, G. Allegaert, G. Dauwe, C. Piret | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |

*Quaak v. Dexia and Related Cases*

**Dexia Bank Belgium's Log of Redacted Documents**

| NUMBER | LANGUAGE | TYPE OF DOCUMENT | DATE | AUTHOR | RECIPIENT | COPIED TO | DESCRIPTION | REASON FOR PRIVILEGE |
|---|---|---|---|---|---|---|---|---|
| DBB 109763-DBB 109768 | Dutch | Management Committee Minutes | 12/14/99 | D. Bruneel, C. Pinte, R. Avonts, G. Allegaert, G. Dauwe, R. Duyck, R. Greindl, C. Piret | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 109770-DBB 109771 | Dutch | Report | 12/14/99 | P. Steverlynck | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 109772-DBB 109775 | Dutch | Management Committee Minutes | 01/11/00 | D. Bruneel, C. Pinte, R. Avonts, G. Allegaert, G. Dauwe, R. Duyck, R. Greindl, C. Piret | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 109776 | Dutch, French | Credit Committee Report | 01/11/00 | D. Bruneel, C. Pinte, R. Avonts, G. Allegaert, G. Dauwe, C. Piret | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 109777-DBB 109778 | Dutch | Report | 01/06/00 | J. Vermaut | Management Committee | F. Saverys, I. Janssens, V. Sneyers, E. De Gyns, H. Dumoulein, J. Lambrecht, J. De Theux, g. van Muylem, E. Aeyels, K. Thirion, P. d'Otreppe, M. Dellis, P. Vermeiren, E. Falisse | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |

## *Quaak v. Dexia and Related Cases*
## Dexia Bank Belgium's Log of Redacted Documents

| NUMBER | LANGUAGE | TYPE OF DOCUMENT | DATE | AUTHOR | RECIPIENT | COPIED TO | DESCRIPTION | REASON FOR PRIVILEGE |
|---|---|---|---|---|---|---|---|---|
| DBB 109779-DBB 109784 | Dutch | Management Committee Minutes | 02/08/00 | D. Bruneel, C. Pinte, R. Avonts, G. Allegaert, G. Dauwe, R. Duyck, R. Greindl, C. Piret | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 109789 | Dutch | Report | 02/02/00 | P. Vanderlinden | Management Committee | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 109790-DBB 109794 | Dutch | Management Committee Minutes | 03/14/00 | D. Bruneel, C. Pinte, R. Avonts, G. Allegaert, G. Dauwe, R. Duyck, R. Greindl, C. Piret | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 109795-DBB 109796 | Dutch | Credit Committee Report | 03/14/00 | D. Bruneel, R. Avonts, G. Allegaert, G. Dauwe, R. Duyck, R. Greindl, C. Piret | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 109819-DBB 109820 | Dutch | Credit Committee Report | 04/25/00 | D. Bruneel, R. Avonts, G. Allegaert, G. Dauwe, R. Duyck, R. Greindl, C. Pinte | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |

*Quaak v. Dexia and Related Cases*

**Dexia Bank Belgium's Log of Redacted Documents**

| NUMBER | LANGUAGE | TYPE OF DOCUMENT | DATE | AUTHOR | RECIPIENT | COPIED TO | DESCRIPTION | REASON FOR PRIVILEGE |
|---|---|---|---|---|---|---|---|---|
| DBB 109837-DBB 109838 | Dutch | Credit Committee Report | 05/02/00 | D. Bruneel, C. Pinte, R. Avonts, G. Allegaert, G. Dauwe, R. Duyck, R. Greindl, C. Piret | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 109839-DBB 109844 | Dutch | Management Committee Minutes | 05/23/00 | D. Bruneel, C. Pinte, R. Avonts, G. Allegaert, G. Dauwe, R. Duyck, R. Greindl, C. Piret | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 109845-DBB 109846 | Dutch | Credit Committee Report | 05/23/00 | D. Bruneel, C. Pinte, R. Avonts, G. Allegaert, G. Dauwe, R. Duyck, R. Greindl, C. Piret | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 109850 | Dutch | Report | 05/23/00 | P. Steverlynck | Members of Management Committee | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 109851 | Dutch | Report | 05/23/00 | P. Vermeiren | Members of Management Committee | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 109852-DBB 109853 | Dutch | Report | 05/23/00 | P. Vermeiren, J. Van Helleputte | Members of Management Committee | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |

## *Quaak v. Dexia and Related Cases*
## Dexia Bank Belgium's Log of Redacted Documents

| NUMBER | LANGUAGE | TYPE OF DOCUMENT | DATE | AUTHOR | RECIPIENT | COPIED TO | DESCRIPTION | REASON FOR PRIVILEGE |
|---|---|---|---|---|---|---|---|---|
| DBB 109859 | Dutch | Credit Committee Report | 06/20/00 | D. Bruneel, C. Pinte, R. Avonts, G. Allegaert, G. Dauwe, R. Duyck, R. Greindl, C. Piret | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 109862-DBB 109867 | Dutch | Management Committee Minutes | 06/27/00 | D. Bruneel, R. Avonts, R. Greindl, C. Piret | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 109868-DBB 109869 | Dutch | Credit Committee Report | 06/27/00 | D. Bruneel, R. Avonts, G. Allegaert, R. Greindl, C. Piret | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 109876-DBB 109881 | Dutch | Management Committee Minutes | 07/04/00 | D. Bruneel, R. Avonts, G. Allegaert, R. Greindl, C. Piret | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 109882-DBB 109883 | Dutch | Credit Committee Report | 07/04/00 | R. Avonts, R. Greindl, C. Piret | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 109888-DBB 109893 | Dutch | Management Committee Minutes | 08/01/00 | D. Bruneel, C. Pinte, R. Avonts, G. Allegaert, G. Dauwe, R. Duyck, R. Greindl, C. Piret | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |

## *Quaak v. Dexia and Related Cases*
## Dexia Bank Belgium's Log of Redacted Documents

| NUMBER | LANGUAGE | TYPE OF DOCUMENT | DATE | AUTHOR | RECIPIENT | COPIED TO | DESCRIPTION | REASON FOR PRIVILEGE |
|---|---|---|---|---|---|---|---|---|
| DBB 109894 | Dutch | Credit Committee Report | 08/01/00 | D. Bruneel, C. Pinte, R. Avonts, G. Allegaert, G. Dauwe, R. Greindl, C. Piret | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 109895 | Dutch | Credit Committee Report | 08/01/00 | D. Bruneel, C. Pinte, R. Avonts, G. Allegaert, G. Dauwe, R. Greindl, C. Piret | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 109898-DBB 109904 | Dutch | Management Committee Minutes | 08/08/00 | D. Bruneel, C. Pinte, R. Avonts, G. Allegaert, G. Dauwe, R. Duyck, R. Greindl | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 109905 | Dutch | Credit Committee Report | 08/08/00 | D. Bruneel, C. Pinte, R. Avonts, G. Allegaert, G. Dauwe, R. Duyck, R. Greindl | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 109915-DBB 109916 | Dutch | Credit Committee Report | 08/22/00 | D. Bruneel, C. Pinte | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 110355 | Dutch | Letter | 10/10/02 | K. van Riet | J. Verbist | | Letter transmitting documentation and requesting legal advice re same. | Attorney-Client Privilege / Work Product. |
| DBB 110368 | Dutch | Letter | 10/07/02 | B. Lamiroy | J. Verbist | | Letter transmitting documentation re credit offer to L&H and requesting legal advice re same. | Attorney-Client Privilege / Work Product. |

## *Quaak v. Dexia and Related Cases*
## Dexia Bank Belgium's Log of Redacted Documents

| NUMBER | LANGUAGE | TYPE OF DOCUMENT | DATE | AUTHOR | RECIPIENT | COPIED TO | DESCRIPTION | REASON FOR PRIVILEGE |
|---|---|---|---|---|---|---|---|---|
| DBB 110382-DBB 110386 | Dutch, French | Central Credit Committee Report | 09/30/99 | | G. Piret, G. Dauwe, I. Janssens, F. Saverys, A. Probst | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 110388-DBB 110390 | French | Minutes of Limited Management Committee Meeting | 09/29/98 | M. Ronvaux | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 110394-DBB 110395 | Dutch, French | Credit Committee Report | 07/18/00 | | D. Bruneel, C. Pinte, C. Piret | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 110396 | Dutch, French | Credit Committee Report | 07/04/00 | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 110468-DBB 110489 | English | Audit Report | 06/30/03 | | | | Audit report with marginalia reflecting the mental impressions of an attorney re same. | Attorney-Client Privilege / Work Product. |
| DBB 110843-DBB 110845 | Dutch | Email | 04/11/01 | P. Rabaey | K. van Riet | | Email transmitting information upon request of an attorney re audit report. | Attorney-Client Privilege / Work Product. |
| DBB 110850 | Dutch | Statute | 06/12/02 | | | | Labor law statute with marginalia reflecting the mental impressions of an attorney re same. | Attorney-Client Privilege / Work Product. |
| DBB 110860 | English | Letter | 03/17/03 | T. Chuan Thye | J. Verbist, J. Bekaert | | Letter providing legal advice re loan repayment. | Attorney-Client Privilege / Work Product. |
| DBB 110865-DBB 110866 | English | Letter | 03/17/03 | T. Chuan Thye | J. Verbist, J. Bekaert | | Letter providing legal advice re loan repayment. | Attorney-Client Privilege / Work Product. |
| DBB 114145 | Dutch, French | Special Credit Committee Report | 04/15/98 | | Van Broeckhoven, Avonts, Saverys, Van Derven | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 114151 | Dutch, French | Special Credit Committee Report | 04/09/98 | | Van Broeckhoven, Avonts, Saverys, Van Derven | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 114220-DBB 114231 | Dutch, French | Minutes of Management Committee Meeting | 12/02/96 | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |

## *Quaak v. Dexia and Related Cases*
## Dexia Bank Belgium's Log of Redacted Documents

| NUMBER | LANGUAGE | TYPE OF DOCUMENT | DATE | AUTHOR | RECIPIENT | COPIED TO | DESCRIPTION | REASON FOR PRIVILEGE |
|---|---|---|---|---|---|---|---|---|
| DBB 114827 | Dutch | Request | | | | | Request for bank information with marginalia reflecting the mental impressions of an attorney re same. | Attorney-Client Privilege / Work Product. |
| DBB 115043 | Dutch, French | Credit Committee Report | 07/18/00 | | D. Bruneel, C. Piret, C. Pinte | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 115088-DBB 115090 | French | Central Credit Committee Report | 10/14/99 | | C. Piret, G. Dauwe, J. Janssen, F. Saverys, A. Probst | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 115307 | French | Bank Record | 09/11/98 | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 115425-DBB 115430 | Dutch, French | Central Credit Committee Report | 07/18/00 | | V. Sneyers, G. De Clercq, M. Ronvaux, A. Engel, P. Van Loock, A. Probst | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 120245-DBB 120249 | Dutch, French | Minutes of Management Committee Meeting | 12/08/98 | | D. Bruneel, G. Allegaert, R. Avonts, G. Dauwe, R. Duyck, R. Greindl, C. Pinte, C. Piret | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 120262 DBB 120264 | French | Investment Banking Report | 12/24/98 | M. Delvaux, S. Decraene | Securities Committee | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 120265-DBB 120266 | French | Investment Banking chart | | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |

## *Quaak v. Dexia and Related Cases*
## Dexia Bank Belgium's Log of Redacted Documents

| NUMBER | LANGUAGE | TYPE OF DOCUMENT | DATE | AUTHOR | RECIPIENT | COPIED TO | DESCRIPTION | REASON FOR PRIVILEGE |
|---|---|---|---|---|---|---|---|---|
| DBB 120300-DBB 120305 | Dutch, French | Minutes of Management Committee Meeting | 12/08/98 | | D. Bruneel, G. Allegaert, R. Avonts, G. Dauwe, R. Duyck, R. Greindl, C. Pinte, C. Piret | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 120491 | Dutch | Chart | | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 120529 | Dutch | Email | 11/17/99 | I. Hollevoet | P. van Tiggel | P. Rabaey, J. Cloes | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 120530 | Dutch | Chart | | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 120534 | Dutch | Chart | | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 120541-DBB 120545 | French | Central Credit Committee Report | 09/30/99 | | C. Piret, G. Dauwe, J. Janssen, F. Saverys, A. Probst | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 120547-DBB 120578 | Dutch | Structured Finance chart | | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 120586-DBB 120611 | French | Structured Finance chart | | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 120613-DBB 120643 | Dutch | Structured Finance chart | | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 120646-DBB 120651 | French | Central Credit Committee Report | 12/08/99 | | C. Piret, G. Dauwe, J. Janssen, F. Saverys, A. Probst | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |

**Dexia Bank Belgium's Log of Redacted Documents**

| NUMBER | LANGUAGE | TYPE OF DOCUMENT | DATE | AUTHOR | RECIPIENT | COPIED TO | DESCRIPTION | REASON FOR PRIVILEGE |
|---|---|---|---|---|---|---|---|---|
| DBB 121149-DBB 121154 | Dutch, French | Minutes of Management Committee Meeting | 12/08/99 | | D. Bruneel, G. Allegaert, R. Avonts, G. Dauwe, R. Duyck, R. Greindl, C. Pinte, C. Piret | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 121157-DBB 121162 | Dutch, French | Minutes of Management Committee Meeting | 12/08/99 | | D. Bruneel, G. Allegaert, R. Avonts, G. Dauwe, R. Duyck, R. Greindl, C. Pinte, C. Piret | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 121197 | Dutch | Email | 12/02/98 | J. van Helleputte | G. Dauwe | F. Saverys, J. van der Ven, P. Vermeiren, P. Rabaey | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 121204 | Dutch | Email | 12/02/98 | J. van Helleputte | G. Dauwe | F. Saverys, J. van der Ven, P. Vermeiren, P. Rabaey | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 121306 | Dutch | Email | 11/12/98 | D. de Coninck | B. Mommens | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 121634 | Dutch | Email | 09/08/98 | galbanese@easdaq.be | S. Decraene | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 121638 | Dutch | Investment Banking Report | | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 121642-DBB 121645 | Dutch | Minutes of Management Committee Meeting | | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 121892-DBB121953 | Dutch | Branch chart | | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Redacted Documents**

| NUMBER | LANGUAGE | TYPE OF DOCUMENT | DATE | AUTHOR | RECIPIENT | COPIED TO | DESCRIPTION | REASON FOR PRIVILEGE |
|---|---|---|---|---|---|---|---|---|
| DBB 121954-DBB 122027 | Dutch | Chart | | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 122028 - DBB 122057 | Dutch | Branch chart | | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 122058-DBB 122065 | Dutch | Branch chart | | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 122350 - DBB 122351 | Dutch | Chart | | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 122688-DBB 122691 | Dutch | Investment Banking Report | 10/14/98 | S. Decraene, G. Milants | P. Romagnoli | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 123331-DBB123335 | Dutch | Report | | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 123453 | Dutch | Email | 11/22/99 | M. Moulan | P. Rabaey | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 123599-DBB 123547 | Dutch | Structured Finance chart | 00/10/99 | P. Vermeiren | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 123846-DBB 123850 | Dutch | Central Credit Committee Report | 09/30/99 | | C. Piret, G. Dauwe, J. Janssen, F. Saverys, A. Probst | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 123899 | Dutch | Email | 11/22/99 | P. Rabaey | M. Moulan | P. Van Tiggel | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 123945-DBB 123946 | Dutch | Email | 12/13/99 | P. Rabaey | S. Decraene | B. Graulicht, G. Milants, H. Plaetinck, P. van Tiggel | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |

# *Quaak v. Dexia and Related Cases*
## Dexia Bank Belgium's Log of Redacted Documents

| NUMBER | LANGUAGE | TYPE OF DOCUMENT | DATE | AUTHOR | RECIPIENT | COPIED TO | DESCRIPTION | REASON FOR PRIVILEGE |
|---|---|---|---|---|---|---|---|---|
| DBB 124469 | Dutch | Email | 11/25/99 | T. Fiers | J. van Helleputte, P. Rabaey | V. Sneyers, C. Dillen, B. Moens | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 124479 | French | Email | 10/23//98 | H. Deconinck | P. Vermeiren | P. Rabaey, I. Hollevoet | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 124486 | Dutch | Email | 10/30/98 | picordon@bacob.be | P. Rabaey | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 124488 | French | Email | 11/10/98 | H. Deconinck | P. Vermeiren, P. Rabaey | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 124489 | Dutch | Email | 12/02/98 | J. van Helleputte | G. Dauwe | F. Saverys, J. van der Ven, P. Vermeiren, P. Rabaey | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 124504 | French | Email | 10/16/98 | P. Rabaey | H. Deconinck | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 124513-DBB 124603 | French | Corporate Banking chart | | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 124605-DBB 124606 | French | Chart | | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 124607-DBB 124609 | French | Chart | | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 124613-DBB 124614 | French | Branch chart | 11/09/99 | M. Starquit | J. Janssens | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 125200 | Dutch | Email | 10/30/98 | picordon@bacob.be | P. Rabaey | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |

***Quaak v. Dexia and Related Cases***

**Dexia Bank Belgium's Log of Redacted Documents**

| NUMBER | LANGUAGE | TYPE OF DOCUMENT | DATE | AUTHOR | RECIPIENT | COPIED TO | DESCRIPTION | REASON FOR PRIVILEGE |
|---|---|---|---|---|---|---|---|---|
| DBB 125202 | Dutch | Email | 12/02/98 | J. van Helleputte | G. Dauwe | F. Saverys, J. van der Ven, P. Vermeiren, P. Rabaey | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 125219 | French | Email | 10/16/98 | P. Rabaey | H. Deconinck | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 125247-DBB 125273 | French | Structured Finance Report | 09/03/99 | J. Cloes | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 125276 | Dutch | Email | 12/02/98 | J. van Helleputte | G. Dauwe | F. Saverys, J. van der Ven, P. Vermeiren, P. Rabaey | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 125277 | Dutch | Email | 12/02/98 | J. van Helleputte | G. Dauwe | F. Saverys, J. van der Ven, P. Vermeiren, P. Rabaey | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 125323-DBB 125324 | Dutch | Corporate Banking report | 12/14/99 | P. Steverlynck | Management Committee | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 125326 | Dutch | Email | 12/09/99 | A. Coussee | V. Sneyers | S. Heyvaert, P. Steverlynck, P. Vanderlinden | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 125328-DBB 125333 | French | Central Credit Committee Report | 12/08/99 | | C. Piret, G. Dauwe, J. Janssens, F. Saverys, A. Probst | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 125353-DBB 125364 | Dutch | Branch chart | | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 125388 | Dutch | Email | 10/30/98 | M. Meert | E. Aeyels, W. van Roste | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 125653-DBB 125654 | Dutch | Commercial Banking Report | 12/29/98 | P. Steverlynck | G. Dauwe | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |

**Dexia Bank Belgium's Log of Redacted Documents**

| NUMBER | LANGUAGE | TYPE OF DOCUMENT | DATE | AUTHOR | RECIPIENT | COPIED TO | DESCRIPTION | REASON FOR PRIVILEGE |
|---|---|---|---|---|---|---|---|---|
| DBB 125655 | Dutch | Email | 11/30/98 | B. Ferrand | P. Steverlynck | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 125683-DBB 125685 | Dutch | Commercial Banking Report | 12/08/98 | P. Steverlynck | Management Committee | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 125687-DBB 125688 | Dutch | Portfolio chart | 07/09/98 | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 125780-DBB 125782 | French | Limited Management Committee report | 09/08/98 | M. Ronvaux | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 125810 | Dutch | Email | 12/02/98 | J. van Helleputte | G. Dauwe | F. Saverys, J. van der Ven, P. Vermeiren, P. Rabaey | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 125812 | Dutch | Email | 12/02/98 | J. van Helleputte | G. Dauwe | F. Saverys, J. van der Ven, P. Vermeiren, P. Rabaey | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 125842-DBB 125843 | Dutch | Email | 12/06/00 | D. Leys | G. Moortgat, P. van Neste | E. Messely, T. Claes, P. Vanwing, E. de Winter, G. Becque | Email reflecting legal advice re investments. | Attorney-Client Privilege / Work Product. |
| DBB 126150 | Dutch | Bank Record | 03/31/99 | | | | Marginalia pertaining to status of related documents, re Belgian prosecution. | Attorney work Product. |
| DBB 126320 | Dutch | Handwritten Note | | | | | Handwritten information prepared at the request of an attorney re LDF bank account. | Attorney Work Product. |
| DBB 127611 | Dutch, French | Credit Committee Report | 09/30/99 | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 127947 | Dutch, French | Central Credit Committee Report | 03/18/99 | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 127949 | Dutch, French | Credit Committee Report | 03/23/99 | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |

## *Quaak v. Dexia and Related Cases*
## Dexia Bank Belgium's Log of Redacted Documents

| NUMBER | LANGUAGE | TYPE OF DOCUMENT | DATE | AUTHOR | RECIPIENT | COPIED TO | DESCRIPTION | REASON FOR PRIVILEGE |
|---|---|---|---|---|---|---|---|---|
| DBB 127955-DBB 127971 | Dutch, French | Report | 06/02/99 | Internal Audit | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 127972-DBB 127981 | French | Memo | 04/20/99 | M. Starquit | Members of Central Credit Committee | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 128167-DBB 128177 | Dutch | Memo | 04/20/01 | C. Van Lysebeth | Members of Management Committee | D. Coeckelbergh, M. Lauwers, E. de Gyns, F. Dierckx, F. Boullard, R. Sneyers, F. Saverys, A. Probst, M. Ronvaux, D. Geeraerts, I. De Coen, G. Van Hauteghem, H. Lasat, A. Struman, S. Decraene, R. Deras, S. Frei, P. Baufays, M. DeRaeymaeker, V. Sneyers | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 128178-DBB 128179 | Dutch | Attachments | | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 128181 | Dutch, French | Credit Committee Report | 09/30/99 | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 128184-DBB 128189 | French | Memo | 01/20/00 | J. P. Cloes | D. Bruneel | E. de Gyns | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |

## *Quaak v. Dexia and Related Cases*
## Dexia Bank Belgium's Log of Redacted Documents

| NUMBER | LANGUAGE | TYPE OF DOCUMENT | DATE | AUTHOR | RECIPIENT | COPIED TO | DESCRIPTION | REASON FOR PRIVILEGE |
|---|---|---|---|---|---|---|---|---|
| DBB 128254-DBB 128257 | Dutch | Memo | 11/05/01 | C. Van Lysebeth, K. van Riet | Members of Management Committee | S. Jeurissen, M. Lauwers, E. de Gyns, F. Dierckx, F. Boullard, R. Sneyers, A. Probst, M. Ronvaux, D. Geeraerts, I. de Coen, G. Van Hauteghem, A. Sturman, H. Lasat, S. Decraene, P. Steverlynck, R. Deras, S. Frei, P. Baufays, M. de Raeymaeker, V. Sneyers, F. Saverys | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |

*Quaak v. Dexia and Related Cases*

**Dexia Bank Belgium's Log of Redacted Documents**

| NUMBER | LANGUAGE | TYPE OF DOCUMENT | DATE | AUTHOR | RECIPIENT | COPIED TO | DESCRIPTION | REASON FOR PRIVILEGE |
|---|---|---|---|---|---|---|---|---|
| DBB 128258-DBB 128269 | Dutch | Memo | 11/05/01 | C. Van Lysebeth | Members of Management Committee | S. Jeurissen, M. Lauwers, E. de Gyns, F. Dierckx, F. Boullard, R. Sneyers, A. Probst, M. Ronvaux, D. Geeraerts, I. de Coen, G. Van Hauteghem, A. Sturman, H. Lasat, S. Decraene, P. Steverlynck, R. Deras, S. Frei, P. Baufays, M. de Raeymaeker, V. Sneyers, F. Saverys | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 128270-DBB 128273 | Dutch | Attachment | | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |