1/23/2006

***Quaak v. Dexia and Related Cases***
**Dexia Bank Belgium's Log of Redacted Documents**

| NUMBER | LANGUAGE | TYPE OF DOCUMENT | DATE | AUTHOR | RECIPIENT | COPIED TO | DESCRIPTION | REASON FOR PRIVILEGE |
|---|---|---|---|---|---|---|---|---|
| DBB 128275-DBB 128286 | Dutch | Memo | 11/05/01 | C. Van Lysebeth | Members of Management Committee | S. Jeurissen, M. Lauwers, E. de Gyns, F. Dierckx, F. Boullard, R. Sneyers, A. Probst, M. Ronvaux, D. Geeraerts, I. de Coen, G. Van Hauteghem, A. Sturman, H. Lasat, S. Decraene, P. Stevertlynck, R. Deras, S. Frei, P. Baufays, M. de Raeymaeker, V. Sneyers, F. Saverys | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 128287-DBB 128290 | Dutch | Attachment | | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |

1/23/2006

## Quaak v. Dexia and Related Cases
## Dexia Bank Belgium's Log of Redacted Documents

| NUMBER | LANGUAGE | TYPE OF DOCUMENT | DATE | AUTHOR | RECIPIENT | COPIED TO | DESCRIPTION | REASON FOR PRIVILEGE |
|---|---|---|---|---|---|---|---|---|
| DBB 128291-DBB 128303 | Dutch | Memo | 01/25/02 | C. Van Lysebeth | Members of Management Committee | S. Jeurissen, M. Lauwers, E. de Gyns, F. Dierckx, F. Boullard, R. Sneyers, A. Probst, M. Ronvaux, D. Geeraerts, I. de Coen, G. Van Hauteghem, A. Sturman, H. Lasat, S. Decraene, P. Steverlynck, R. Deras, S. Frei, P. Baufays, M. de Raeymaeker, V. Sneyers, F. Saverys, W. Wauters | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 128304-DBB 128308 | Dutch | Attachment | | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 129117 | Dutch | Credit Committee Report | 05/28/01 | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 129135 | French | Attachment | 09/30/99 | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 129163-DBB 129166 | Dutch | Memo | 05/28/01 | M. Jacquemin R. Beyens | Members of Central Credit Committee | | | |

1/23/2006

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Redacted Documents

| NUMBER | LANGUAGE | TYPE OF DOCUMENT | DATE | AUTHOR | RECIPIENT | COPIED TO | DESCRIPTION | REASON FOR PRIVILEGE |
|---|---|---|---|---|---|---|---|---|
| DBB 129179-DBB 129181 | Dutch | Attachment | | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 129202-DBB 129203 | Dutch | Minutes of Management Committee Meeting | 10/16/01 | P. Gielen | L. Onclin, C. Pinte, G. Allegaert, R. Avonts, R. Duyck, J. F. Martin, G. Dauwe, R. Greindl | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 129206-DBB 129207 | Dutch | Minutes of Management Committee Meeting | 10/30/01 | P. Gielen | L. Onclin, C. Pinte, G. Allegaert, R. Avonts, R. Duyck, J. F. Martin, G. Dauwe, R. Greindl | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 129218-DBB 129219 | Dutch | Minutes of Management Committee Meeting | 12/17/01 | P. Gielen | L. Onclin, C. Pinte, G. Allegaert, R. Avonts, R. Duyck, J. F. Martin, G. Dauwe, R. Greindl, M. Decamps | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 129225-DBB 129226 | Dutch | Memo | 12/14/01 | B. Lamiroy, K. van Riet | J. Martin | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 129227 | Dutch | Attachment | | Committee of Devaluations | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 129244 | Dutch | Attachment | | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |

765092_2.XLS

1/23/2006

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Redacted Documents

| NUMBER | LANGUAGE | TYPE OF DOCUMENT | DATE | AUTHOR | RECIPIENT | COPIED TO | DESCRIPTION | REASON FOR PRIVILEGE |
|---|---|---|---|---|---|---|---|---|
| DBB 129259-DBB 129263 | Dutch | Corporate Banking Report | 01/12/98 | P. Steverlynck | Management Committee | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 129265 | Dutch | Specialized Corporate Banking Report | 01/08/99 | P. Vermeiren | Members of Management Committee | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 129299-DBB 129301 | Dutch | Specialized Corporate Banking Report | 02/04/99 | P. Vermeiren | Members of Management Committee | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 129303 | Dutch | Corporate Banking Report | 02/05/99 | P. Steverlynck | Management Committee | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 129314 | Dutch | Corporate Banking Report | 03/09/99 | B. Ferrand | Management Committee | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 129318 | Dutch | Specialized Corporate Banking Report | 03/04/99 | P. Vermeiren | Members of Management Committee | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 129331 | Dutch | Specialized Corporate Banking Report | 04/08/99 | P. Vermeiren | Management Committee | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 129332-DBB 129333 | Dutch | Commercial Banking Report | 04/16/99 | G. Van Muylem | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 129336 | Dutch | Central Credit Committee Report | 03/18/99 | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 129339 | Dutch | Corporate Banking Report | 04/01/99 | B. Ferrand | Management Committee | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 129362-DBB 129363 | Dutch | Specialized Corporate Banking Report | 05/06/99 | W. Lievens | Members of the Management Committee | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 129366 | Dutch | Specialized Corporate Banking Report | 05/07/99 | P. Vermeiren | Members of the Management Committee | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |

765092_2.XLS

1/23/2006

**Quaak v. Dexia and Related Cases**
**Dexia Bank Belgium's Log of Redacted Documents**

| NUMBER | LANGUAGE | TYPE OF DOCUMENT | DATE | AUTHOR | RECIPIENT | COPIED TO | DESCRIPTION | REASON FOR PRIVILEGE |
|---|---|---|---|---|---|---|---|---|
| DBB 129367-DBB 129368 | Dutch | Management Audit Report | 06/08/99 | G. Van Muylem | Management Committee | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 129369 | Dutch | Corporate Banking Report | 06/03/99 | B. Ferrand | Management Committee | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 129370 | Dutch | Specialized Corporate Banking Report | 06/03/99 | P. Vermeiren | Members of the Management Committee | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 129384-DBB 129387 | Dutch | Corporate Banking Report | 09/16/98 | P. Vermeiren | Management Committee | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 129388-DBB 129389 | Dutch | Commercial Banking Report | 09/17/98 | L. Stoop | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 129390-DBB 129393 | Dutch | Management Committee Report | 09/21/98 | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 129394-DBB 129396 | Dutch | Commercial Banking Report | 09/21/98 | P. Steverlynck | Management Committee | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 129402-DBB 129403 | Dutch | Commercial Banking Report | 09/17/98 | L. Stoop | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 129404-DBB 129406 | Dutch | Commercial Banking Report | 09/14/98 | P. Steverlynck | Management Committee | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 129411-DBB 129414 | Dutch | Corporate Banking Report | 09/21/98 | P. Vermeiren | Management Committee | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 129415-DBB 129419 | Dutch | Minutes of Management Committee Meeting (BACOB) | 09/27/98 | P. Gielen | D. Bruneel, G. Allegaert, R. Duyck, C. Piret | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |

85

765092_2.XLS

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Redacted Documents

| NUMBER | LANGUAGE | TYPE OF DOCUMENT | DATE | AUTHOR | RECIPIENT | COPIED TO | DESCRIPTION | REASON FOR PRIVILEGE |
|---|---|---|---|---|---|---|---|---|
| DBB 129420-DBB 129421 | Dutch | Minutes of Management Committee Meeting (ARTESIA) | 09/28/98 | | P. Romagnoli, C. Pinte, R. Avonts, R. Greindl, G. Dauwe | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 129430-DBB 129436 | Dutch | Minutes of Management Committee Meeting (ARTESIA) | 10/13/98 | | P. Romagnoli, D. Bruneel, G. Allegaert, R. Avonts, G. Dauwe, R. Duyck, R. Greindl, C. Pinte, C. Piret, E. Swaelen | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 129444-DBB 129445 | Dutch | Corporate Banking Report | 10/14/98 | P. Steverlynck | Management Committee | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 129446 | Dutch | Specialized Corporate Banking Report | 10/14/98 | P. Vermeiren | Members of the Management Committee | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 129447 | Dutch | Specialized Corporate Banking Report | 10/16/98 | P. Vermeiren | Members of the Management Committee | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 129448-DBB 129449 | Dutch | Corporate Banking Report | 10/14/98 | P. Steverlynck | Management Committee | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 129453 | Dutch | Specialized Corporate Banking Report | 11/13/98 | P. Vermeiren | Members of the Management Committee | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 129455 | Dutch | Specialized Corporate Banking Report | 12/03/98 | P. Vermeiren | Members of the Management Committee | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 129459 | Dutch | Specialized Corporate Banking Report | 12/03/98 | P. Vermeiren | Members of the Management Committee | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 129461 | Dutch | Specialized Corporate Banking Report | 12/03/98 | P. Vermeiren | Members of the Management Committee | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Redacted Documents

| NUMBER | LANGUAGE | TYPE OF DOCUMENT | DATE | AUTHOR | RECIPIENT | COPIED TO | DESCRIPTION | REASON FOR PRIVILEGE |
|---|---|---|---|---|---|---|---|---|
| DBB 129462-DBB 129463 | Dutch | Commercial Banking Report | 12/02/98 | P. Steverlynck | Management Committee | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 129464-DBB 129465 | Dutch | Commercial Banking Report | 12/02/98 | P. Steverlynck | Management Committee | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 129473-DBB 129474 | Dutch | Commercial Banking Report | 12/02/98 | P. Steverlynck | Management Committee | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 129476-DBB 129477 | Dutch | Commercial Banking Report | 12/02/98 | P. Steverlynck | Management Committee | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 129488-DBB 129489 | Dutch | Specialized Corporate Banking Report | 12/03/98 | P. Vermeiren | Members of the Management Committee | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 129498-DBB 129499 | Dutch | Minutes of Management Committee Meeting | 06/23/98 | P. Gielen | D. Bruneel, G. Allegaert, R. Duyck, C. Piret, W. Vanderbeken | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 129502-DBB 129506 | Dutch | Minutes of Management Committee Meeting (BACOB) | 06/02/98 | P. Gielen | D. Bruneel, R. Duyck, G. Allegaert, C. Piret, W. Vanderbeken | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 129507-DBB 129511 | Dutch | Minutes of Management Committee Meeting (BACOB) | 04/28/98 | P. Gielen | D. Bruneel, R. Duyck, G. Allegaert, C. Piret, W. Vanderbeken | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 129512-DBB 129516 | Dutch | Minutes of Management Committee Meeting (BACOB) | 03/10/98 | P. Gielen | D. Bruneel, R. Duyck, G. Allegaert, C. Piret, W. Vanderbeken | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Redacted Documents

| NUMBER | LANGUAGE | TYPE OF DOCUMENT | DATE | AUTHOR | RECIPIENT | COPIED TO | DESCRIPTION | REASON FOR PRIVILEGE |
|---|---|---|---|---|---|---|---|---|
| DBB 129517-DBB 129522 | Dutch | Minutes of Management Committee Meeting (BACOB) | 01/13/98 | P. Gielen | D. Bruneel, R. Duyck, G. Allegaert, C. Piret, W. Vanderbeken | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 129523-DBB 129524 | Dutch, French | Commercial Banking Report | 01/21/98 | L. Stoop | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 129525-DBB 129526 | French | Credit Committee Report | 01/12/98 | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 129529-DBB 129533 | Dutch | Minutes of Management Council BACOB/ARTESIA | 06/09/98 | | D. Bruneel, P. Romagnoli, G. Allegaert, R. Avonts, R. Duyck, R. Greindl, C. Pinte, C. Piret, G. Dauwe, W. Vanderbeken, J. Van Broeckhoven, E. Swaelen | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 129542-DBB 129553 | Dutch, French | Corporate Banking Report | 08/04/99 | L. Stoop | Management Committee | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 129555-DBB 129558 | Dutch | Specialized Corporate Banking Report | 07/28/99 | P. Vermeiren | Members of the Management Committee | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 129560 | Dutch | Corporate Banking Report | 09/14/99 | J. Cieters | Management Committee | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 129561-DBB 129562 | Dutch | Corporate Banking Report | 10/07/99 | P. Steverlynck | Management Committee | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 129563-DBB 129564 | Dutch, English | Specialized Corporate Banking Report | 10/08/99 | P. Vermeiren | Members of the Management Committee | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Redacted Documents

| NUMBER | LANGUAGE | TYPE OF DOCUMENT | DATE | AUTHOR | RECIPIENT | COPIED TO | DESCRIPTION | REASON FOR PRIVILEGE |
|---|---|---|---|---|---|---|---|---|
| DBB 129565 | Dutch, French | Credit Committee Report | 10/19/99 | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 129566-DBB 129568 | French | Investment Banking Report | 10/20/99 | M. Delvaux, B. Graulicht | | S. Decraene | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 129571 | Dutch | Commercial Banking Report | 11/04/99 | G. Van Muylem | Management Committee | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 129572-DBB 129573 | Dutch | Corporate Banking Report | 11/09/99 | B. Ferrand, C. Esprit | Management Committee | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 129574 | Dutch | Corporate Banking Report | 11/09/99 | B. Ferrand, C. Esprit | Management Committee | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 129576 | Dutch | Corporate Banking Report | 11/09/99 | J. Vermaut | Management Committee | F. Saverys, I. Janssens, V. Sneyers, J. Lambrecht | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 129579-DBB 129580 | Dutch | Corporate Banking Report | 12/08/99 | P. Steverlynck | Members of the Management Committee | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 129582-DBB 129587 | Dutch | Corporate Banking Report | 01/07/00 | I. Keuller | Management Committee | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 129588-DBB 129592 | Dutch, French | Corporate Banking Report | 01/07/00 | I. Keuller | Management Committee | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 129594-DBB 129596 | Dutch | Corporate Banking Report | 02/02/00 | P. Vanderlinden | Members of the Management Committee | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 129601-DBB 129604 | Dutch | Corporate Banking Report | 03/08/00 | P. Steverlynck | Members of the Management Committee | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Redacted Documents

| NUMBER | LANGUAGE | TYPE OF DOCUMENT | DATE | AUTHOR | RECIPIENT | COPIED TO | DESCRIPTION | REASON FOR PRIVILEGE |
|---|---|---|---|---|---|---|---|---|
| DBB 129606-DBB 129608 | Dutch | Committee Meeting Minutes | 03/29/00 | B. Biesemans | R. Duyck, G. Allegaert, H. Pitteljon, A. Struman, Y. Beauvois, M. Lauwers, P. Sneyers, J. Leys, G. de Groot, D. Coeckelberg | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 129622-DBB 129623 | Dutch | Credit Committee Report | 04/25/00 | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 129624-DBB 129625 | Dutch | Corporate Banking Report | 04/07/00 | J. Vermaut | Management Committee | F. Saverys, I. Janssens, V. Sneyers, E. de Gyns, H. Dumoulein, J. Lambrecht, J. de Theux, G. Van Muylem, Y. Beauvois, E. Aeyels, P. d'Otreppe, P. Vermeiren, E. Falisse, L. Faems, H. Puttie, Regional and Branch Managers | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 129626-DBB 129632 | Dutch | Corporate Banking Report | 04/20/00 | J. Vermaut, G. Van Muylem | Management Committee | F. Saverys, I. Janssens, V. Sneyers, J. Lambrecht, | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |

1/23/2006

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Redacted Documents

| NUMBER | LANGUAGE | TYPE OF DOCUMENT | DATE | AUTHOR | RECIPIENT | COPIED TO | DESCRIPTION | REASON FOR PRIVILEGE |
|---|---|---|---|---|---|---|---|---|
| DBB 129633-DBB 129634 | Dutch | Minutes of Management Committee Meeting | 05/02/00 | P. Gielen | D. Bruneel, G. Allegaert, R. Avonts, G. Dauwe, R. Duyck, R. Greindl, C. Pinte, C. Piret | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 129637-DBB 129638 | Dutch | Corporate Banking Report | 05/11/00 | P. Steverlynck | Members of the Management Committee | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 129640-DBB 129641 | Dutch, English | Specialized Corporate Banking Report | 05/19/00 | P. Vermeiren, J. Van Helleputte | Members of the Management Committee | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 129643 | Dutch | Corporate Banking Report | 06/07/00 | P. Vanderlinden | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 129645 | Dutch | Corporate Banking Report | 06/07/00 | P. Vanderlinden | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 129655-DBB 129656 | Dutch, French | Credit Committee Report | 07/04/00 | | D. Bruneel, G. Allegaert, R. Avonts, R. Greindl, C. Piret | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 129662-DBB 129663 | Dutch | Credit Committee Report | 07/18/00 | | D. Bruneel, C. Pinte, C. Piret | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 129664 | Dutch | Credit Committee Report | 07/25/00 | | D. Bruneel, C. Pinte, G. Dauwe, R. Duyck | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 129666 | Dutch | Credit Committee Report | 07/18/00 | | D. Bruneel, C. Pinte, C. Piret | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Redacted Documents

| NUMBER | LANGUAGE | TYPE OF DOCUMENT | DATE | AUTHOR | RECIPIENT | COPIED TO | DESCRIPTION | REASON FOR PRIVILEGE |
|---|---|---|---|---|---|---|---|---|
| DBB 129675-DBB 129676 | Dutch | Credit Committee Report | 08/29/00 | | D. Bruneel, C. Pinte, G. Allegaert, G. Dauwe, R. Greindl, C. Piret, R. Duyck | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 129681-DBB 129682 | Dutch | Corporate Banking Report | 09/06/00 | P. Vanderlinden | Member of the Management Committee | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 129683-DBB 129686 | Dutch | Minutes of Management Committee Meeting | 09/26/00 | P. Gielen | C. Pinte, G. Allegaert, R. Greindl, D. Bruneel, R. Avonts, G. Dauwe, R. Duyck, C. Piret | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 129731-DBB 129733 | Dutch | Specialized Corporate Banking Report | 10/12/00 | P. Vermeiren, J. Van Helleputte | Members of the Management Committee | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 129735-DBB 129736 | Dutch | Corporate Banking Report | 10/04/00 | P. Vanderlinden | Members of the Management Committee | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 129762 | Dutch | Corporate Banking Report | 11/15/00 | P. Vanderlinden | Members of the Management Committee | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Redacted Documents**

1/23/2006

| NUMBER | LANGUAGE | TYPE OF DOCUMENT | DATE | AUTHOR | RECIPIENT | COPIED TO | DESCRIPTION | REASON FOR PRIVILEGE |
|---|---|---|---|---|---|---|---|---|
| DBB 129763-DBB 129764 | Dutch | Specialized Corporate Banking Report | 11/15/00 | J. Vermaut | Management Committee | F. Saverys, I. Janssens, V. Sneyers, E. de Gyns, J. de Theux, G. Van Muylem, Y. Beauvois, P. d'Otreppe, P. Vermeiren, J. Lambrecht, J. Van Helleputte, M. Dellis, O. Beckers, E. Falisse, L. Faems, H. Pottie | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 129778-DBB 129779 | Dutch | Credit Committee Report | 11/28/00 | | D. Bruneel, C. Pinte, G. Allegaert, R. Avonts, G. Dauwe, R. Duyck, R. Greindl, C. Piret | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 129780 | Dutch | Credit Committee Report | 01/27/00 | | D. Bruneel, C. Piret | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Redacted Documents

| NUMBER | LANGUAGE | TYPE OF DOCUMENT | DATE | AUTHOR | RECIPIENT | COPIED TO | DESCRIPTION | REASON FOR PRIVILEGE |
|---|---|---|---|---|---|---|---|---|
| DBB 129823-DBB 129825 | Dutch | Memo | 01/19/01 | C. Van Lysebeth | Members of the Management Committee | D. Coekelberg, M. Lauwers, E. de Gyns, F. Dierckx, F. Boullard, R. Sneyers, F. Saverys, A. Probst, M. Ronvaux, D. Geenaerts, I. de Coen, G. Van Hauteghem, A. Struman, H. Lasat, S. Decraene, R. Deras, S. Frei, P. Baufais, M. De Raeymaecker, V. Sneyers | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 129830-DBB 129831 | Dutch | Minutes of Management Committee Meeting | 02/06/01 | P. Gielen | D. Bruneel, G. Allegaert, R. Avonts, G. Dauwe, R. Greindl, C. Pinte, C. Piret, R. Duyck | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 129879-DBB 129880 | Dutch, French | Credit Committee Report | 04/03/01 | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 129915-DBB 129931 | French | Overview | 01/02/01 | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Redacted Documents**

| NUMBER | LANGUAGE | TYPE OF DOCUMENT | DATE | AUTHOR | RECIPIENT | COPIED TO | DESCRIPTION | REASON FOR PRIVILEGE |
|---|---|---|---|---|---|---|---|---|
| DBB 129932 | French | Credit Committee Report | | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 129933-DBB 129939 | French | Memo | 03/12/99 | M. Starquit | Members of the Central Credit Committee | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 129941-DBB 129947 | French | Memo | 01/26/99 | M. Starquit | Members of the Central Credit Committee | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 130805 | French | Credit Committee Report | 03/09/99 | | D. Bruneel, C. Pinte, G. Allegaert, R. Avonts, G. Dauwe, R. Duyck, R. Greindl, C. Piret | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 130809 | Dutch, French | Credit Committee Report | 03/09/99 | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Redacted Documents

| NUMBER | LANGUAGE | TYPE OF DOCUMENT | DATE | AUTHOR | RECIPIENT | COPIED TO | DESCRIPTION | REASON FOR PRIVILEGE |
|---|---|---|---|---|---|---|---|---|
| DBB 130834-DBB 130846 | Dutch | Minutes of Board of Directors Meeting | 12/21/00 | P. Gielen S. Hulpiau | T. Rombouts, G. Allegaert, R. Avonts, R. Branson, D. Bruneel, J. Bruwier, R. Cobbaut, G. Dauwe, R. Dillen, R. Duyck, R. Greindl, J. Jackers, B. Machiels, W. Muesen, J. Piette, C. Pinte, C. Piret, P. Reding, P. Romagnoli, M. Savoye, P. Scheins, R. Soete, M. Tinant, P. Van Cayseele, F. Swiggers, L. Soete, K. Albregts, J. Daems, E. Descampe, F. Eeklaer, M. Justaert, J. Schreuer, J. Van Broeckhoven, L. Cortebeeck, F. Martin, K. Claeys, M. Pernot | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Redacted Documents**

| NUMBER | LANGUAGE | TYPE OF DOCUMENT | DATE | AUTHOR | RECIPIENT | COPIED TO | DESCRIPTION | REASON FOR PRIVILEGE |
|---|---|---|---|---|---|---|---|---|
| DBB 130869 | Dutch | Email | 06/01/99 | M. Legein | A. Baert | | Email reflecting legal advice re real estate. | Attorney-Client Privilege / Work Product. |
| DBB 130873-DBB 130875 | Dutch | Overview | 02/28/01 | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 130879-DBB 130883 | Dutch | Overview | 01/18/01 | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 130903-DBB 130907 | Dutch | Overview | | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 133986-DBB 133989 | Dutch | Overview | | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 133991 | Dutch | | | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |
| DBB 135695 | Dutch | Email | 12/14/00 | P. Cordonnier | K. van Riet, P. Van Tiggel, X. Michel, J. Rome, L. Govaert | | Email requesting legal advice re tax. | Attorney-Client Privilege / Work Product. |
| DBB 142177 | Dutch | Email | 11/22/2000 | C. Piret | G. Dauwe, V. Sneyers | P. van Tiggel, K. van Riet | Email with marginalia reflecting the mental impressions of an attorney, providing information requested by an attorney to base legal advice upon re loan security and seizures. | Attorney-Client Privilege / Work Product. |
| | Dutch | Email | 11/22/2000 | K. van Riet | C. Piret | | Email providing legal advice and requesting information to base further legal advice upon re loan security and seizures. | Attorney-Client Privilege / Work Product. |
| DBB 142178 | Dutch | Fax | 10/24/2002 | B. Lamiroy | J. Verbist | | Fax requesting legal advice re loan settlement. | Attorney-Client Privilege / Work Product. |

1/23/2006

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Redacted Documents

| NUMBER | LANGUAGE | TYPE OF DOCUMENT | DATE | AUTHOR | RECIPIENT | COPIED TO | DESCRIPTION | REASON FOR PRIVILEGE |
|---|---|---|---|---|---|---|---|---|
| DBB 142179-DBB 142189 | English | intranet handbook | 10/23/2002 | | | | Intranet handbook pages, with marginalia reflecting the mental impressions of an attorney re loan settlement. | Attorney-Client Privilege / Work Product. |
| DBB 142190 | French | Fax | 10/23/2002 | Dexia Bil Luxembourg | R. Coppens | | Fax cover page with marginalia indicating forwarding of document to an attorney for the purpose of obtaining legal advice re loan settlement. | Attorney-Client Privilege / Work Product. |
| DBB 142191-DBB 142196 | French | Case law | | | | | Case law with marginalia reflecting the mental impressions of an attorney re loan settlement. | Attorney-Client Privilege / Work Product. |
| DBB 142197 | Dutch | Fax | 10/24/2002 | B. Lamiroy | J. Verbist | | Fax transmission report with image of first page of fax requesting legal advice re loan settlement. | Attorney-Client Privilege / Work Product. |
| DBB 142198 | Dutch | Email | 12/18/2001 | K. van Riet | E. de Gyns | | Email transmitting legal advice re devaluations. | Attorney-Client Privilege / Work Product. |
| | Dutch | Email | 12/18/2001 | K. van Riet | J. Martin | L. Onclin, M. Decamps, C. Piret, A. de Roeck, F. Saverys | Email, with attachment, providing legal advice re devaluations. | Attorney-Client Privilege / Work Product. |
| DBB 142199 | Dutch | Chart | | | | | Names of banking clients unrelated to L&H entities are redacted. | Bankers' duty of secrecy under Belgian law. |

765092_2.XLS

1/23/2006

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Redacted Documents

| NUMBER | LANGUAGE | TYPE OF DOCUMENT | DATE | AUTHOR | RECIPIENT | COPIED TO | DESCRIPTION | REASON FOR PRIVILEGE |
|---|---|---|---|---|---|---|---|---|
| DBB 142200 | Dutch | Email | 11/9/2001 | J. Verbist | B. Lamiroy, C. Schneider, D. de Bleser, E. Huyghe, F. de Potter, G. Vekeman, H. Liemen, J. Vandensteen, J. Vankeerberghen, K. van Riet, K. Diederich, K. Macours, M. Tanghe, M. Curran, M. Kaiser, R. Buehler, V. Vercaigne | J. Verlinden, S. Loosveld | Email providing legal advice and requesting information upon which to base legal advice re shareholders' agreement and Dictaphone. | Attorney-Client Privilege / Work Product. |

765092_2.XLS

99