5/19/2006

## Quaak v. Dexia and Related Cases
## Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV006830 | DEXPRIV006830 | Dutch | Fax | 10/29/2001 | J. Verbist | K. van Riet, B. Lamiroy | P. Colle | Fax providing legal advice re collateral litigation and re L&H bankruptcy. | AC, WP |
| DEXPRIV006831 | DEXPRIV006831 | Dutch | Fax | 08/14/2001 | P. Colle | K. van Riet, B. Lamiroy | | Fax providing legal advice re court appearance. | AC, WP |
| DEXPRIV006832 | DEXPRIV006833 | Dutch | Letter | 08/13/2001 | J. Verbist | K. van Riet, B. Lamiroy | | Letter providing legal advice re court appearance. | AC, WP |
| DEXPRIV006834 | DEXPRIV006840 | Dutch | Court Submission | | S. Loosveld, J. Verbist, P. Colle | | | Draft affidavit. | WP |
| DEXPRIV006841 | DEXPRIV006841 | Dutch | Fax | 01/23/2001 | J. Verbist | K. van Riet | | Fax transmitting request for legal advice re litigation strategy. | AC, WP |
| DEXPRIV006842 | DEXPRIV006842 | Dutch | Fax | 01/23/2001 | J. Verbist | P. Colle | | Fax requesting legal advice re litigation strategy. | AC, WP |
| DEXPRIV006843 | DEXPRIV006843 | Dutch | Email | 01/31/2001 | B. Lamiroy | J. Verbist, S. Loosveld, P. Colle, G. de Pestel | K. van Riet, P. van Tiggel, K. Herbots | Email providing information requested by an attorney for the purpose of providing legal advice re L&H pledge. | AC, WP |
| DEXPRIV006844 | DEXPRIV006844 | Dutch | Email | 01/31/2001 | B. Lamiroy | P. van Tiggel, K. Herbots | | Email providing legal advice re L&H pledge. | AC, WP |
| | | Dutch | Email | 01/31/2001 | S. Loosveld | B. Lamiroy | K. van Riet, P. van Tiggel, K. Herbots | Email transmitting legal advice, and information provided to an attorney for the purpose of providing legal advice, re L&H pledge. | AC, WP |
| | | Dutch | Email | 01/31/2001 | B. Lamiroy | J. Verbist, S. Loosveld, P. Colle, G. De Pestel | K. van Riet, P. van Tiggel, K. Herbots | Email providing information requested by an attorney for the purpose of providing legal advice re L&H pledge. | AC, WP |
| DEXPRIV006845 | DEXPRIV006845 | Dutch | Fax | 01/23/2001 | J. Verbist | K. van Riet | | Fax transmitting request for legal advice re litigation strategy. | AC, WP |
| DEXPRIV006846 | DEXPRIV006846 | Dutch | Fax | 01/23/2001 | J. Verbist | P. Colle | | Fax requesting legal advice re litigation strategy. | AC, WP |
| DEXPRIV006847 | DEXPRIV006849 | Dutch | Fax | 11/30/2000 | J. Verbist | K. van Riet, B. Lamiroy | | Fax, with attachments, providing legal advice re collection of collateral. | AC, WP |
| DEXPRIV006850 | DEXPRIV006853 | Dutch | Court Submission | | Artesia Bank NV | | | Draft Summons. | WP |
| DEXPRIV006854 | DEXPRIV006855 | Dutch | Email | 01/26/2001 | T. Zink | Loosveld, T. Zink, H. Seife | K. van Riet, P. van Tiggel, J. Nelissen Grade, J. Verbist, C. Sunt, J. Verlinden, C. Geys, K. Herbots | Email providing legal advice re L&H pledge and forwarding legal advice re same. | AC, WP |

Page 329

5/19/2006

## Quaak v. Dexia and Related Cases
### Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV006856 | | Dutch | Email | 01/25/2001 | S. Loosveld | T. Zink, H. Seife | K. van Riet, P. van Tiggel, J. Nelissen Grade, J. Verbist, C. Sunt, J. Verlinden, C. Geys, K. Herbots | Email providing legal advice re L&H pledge. | AC, WP |
| DEXPRIV006857 | DEXPRIV006856 | Dutch | Fax | 01/31/2001 | J. Verbist | K. van Riet, B. Lamiroy | | Fax transmitting legal advice re L&H credit agreements. | AC, WP |
| DEXPRIV006859 | DEXPRIV006858 | Dutch | Fax | 01/31/2001 | J. Verbist | T. Zink, H. Seife | | Fax providing legal advice re L&H credit agreements. | AC, WP |
| DEXPRIV006859 | DEXPRIV006859 | Dutch | Email | 01/09/2001 | P. van Tiggel | K. Herbots, P. Cordonnier | | Email transmitting legal advice re restructuring of L&H financing and collateral. | AC, WP |
| | | Dutch | Email | 01/08/2001 | B. Lamiroy | L. Vandensteene, J. Vankeerberghen, J. Vandensteen, D. de Bleser, V. Vercalgne, K. Macours, F. de Potter, G. Vekeman, R. Buehler | P. van Tiggel | Email providing legal advice re restructuring of L&H financing and collateral. | AC, WP |
| DEXPRIV006860 | DEXPRIV006860 | Dutch | Email | 12/29/2000 | P. van Tiggel | K. Herbots | | Email transmitting legal advice re restructuring of L&H financing and collateral. | AC, WP |
| | | Dutch | Email | 12/29/2000 | L. Vandensteene, C. Schneider, J. Vankeerberghen | R. Buehler, D. de Bleser, K. van Riet, B. Lamiroy, P. van Tiggel, V. Vercalgne, K. Macours, F. de Potter, G. Vekeman | | Email providing legal advice re restructuring of L&H financing and collateral. | AC, WP |
| DEXPRIV006861 | DEXPRIV006882 | Dutch | Fax | 12/19/2000 | G. de Pestel, P. Colle | K. van Riet | | Fax providing legal advice re restructuring of L&H financing and collateral. | AC, WP |
| DEXPRIV006883 | DEXPRIV006887 | Dutch | Fax | 12/19/2000 | G. de Pestel, P. Colle | K. van Riet, B. Lamiroy | | Fax, with attachment, providing legal advice re seizure. | AC, WP |
| DEXPRIV006888 | DEXPRIV006888 | Dutch | Memorandum | 11/22/2001 | K. van Riet | J. Martin, C. Piret, F. Saverys | | Memorandum providing legal advice re L&H pledge, with marginalia reflecting the mental impressions of an attorney re same. | AC, WP |

Page 330

5/19/2006

## Quaak v. Dexia and Related Cases
### Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV006889 | DEXPRIV006889 | Dutch | Memorandum | | Legal Department | E. Huyghe, J. Vandersteen | | Memorandum providing legal advice re L&H pledge. | AC, WP |
| DEXPRIV006890 | DEXPRIV006892 | Dutch | Fax | 11/22/2001 | K. van Riet | J. Martin, C. Piret, F. Saveys | | Fax transmission reports with image of first page of faxes providing legal advice re L&H pledge. | AC, WP |
| DEXPRIV006893 | DEXPRIV006898 | Dutch | Fax | 11/21/2001 | P. Colle | K. van Riet, B. Lamiroy | | Fax providing legal advice re restructuring of L&H financing. | AC, WP |
| DEXPRIV006899 | DEXPRIV006900 | Dutch | Fax | 08/13/2001 | J. Verbist | K. van Riet, B. Lamiroy | | Fax providing legal advice re L&H pledge. | AC, WP |
| DEXPRIV006901 | DEXPRIV006907 | Dutch | Court Submission | | S. Loosveld, J. Verbist, P. Colle | | | Draft affidavit. | WP |
| DEXPRIV006908 | DEXPRIV006908 | Dutch | Fax | 03/24/2003 | P. Colle | K. van Riet, B. Lamiroy | | Fax providing legal advice re L&H bankruptcy. | AC, WP |
| DEXPRIV006909 | DEXPRIV006909 | Dutch | Letter | | P. Colle | | | Draft letter to Administrator, reflecting the mental impressions of an attorney re L&H bankruptcy. | WP |
| DEXPRIV006910 | DEXPRIV006910 | Dutch | Email | 03/19/2003 | B. Lamiroy | P. Colle | K. van Riet | Email requesting legal advice re L&H bankruptcy. | AC, WP |
| DEXPRIV006911 | DEXPRIV006912 | Dutch | Letter | 03/19/2003 | B. Lamiroy, K. van Riet | J. Verbist | | Letter, with attachments, transmitting information requested by an attorney for the purpose of providing legal advice re restructuring of L&H financing. | AC, WP |
| DEXPRIV006913 | DEXPRIV006913 | Dutch | Fax | 03/19/2003 | P. Colle | P. Colle | K. van Riet | Fax transmission report with image of first page of fax requesting and providing legal advice re restructuring of L&H financing. | AC, WP |
| DEXPRIV006914 | DEXPRIV006914 | Dutch | Fax | 11/14/2002 | P. Colle | K. van Riet, B. Lamiroy | | Fax providing legal advice re L&H bankruptcy. | AC, WP |
| DEXPRIV006915 | DEXPRIV006915 | Dutch | Letter | | P. Colle | | | Draft letter to Administrator, reflecting the mental impressions of an attorney re L&H bankruptcy. | WP |
| DEXPRIV006916 | DEXPRIV006916 | Dutch | Email | 11/14/2002 | B. Lamiroy | P. Colle | | Email requesting legal advice re L&H bankruptcy. | AC, WP |
| DEXPRIV006917 | DEXPRIV006918 | Dutch | Fax | 11/14/2002 | B. Lamiroy | B. Lamiroy | | Fax providing legal advice re settlement agreement. | AC, WP |
| DEXPRIV006919 | DEXPRIV006919 | Dutch | Email | 11/14/2002 | B. Lamiroy | P. Colle | K. van Riet | Email requesting legal advice re L&H pledge. | AC, WP |
| DEXPRIV006920 | DEXPRIV006920 | Dutch | Fax | 11/22/2002 | P. Colle | K. van Riet, B. Lamiroy | | Fax providing legal advice re L&H bankruptcy. | AC, WP |
| DEXPRIV006921 | DEXPRIV006922 | Dutch | Letter | | P. Colle | | | Draft letter to Administrator, reflecting the mental impressions of an attorney re L&H bankruptcy. | WP |
| DEXPRIV006923 | DEXPRIV006923 | Dutch | Email | 10/21/2002 | B. Lamiroy | P. Colle | K. van Riet | Email providing information requested for the purpose of obtaining legal advice re L&H bankruptcy. | AC, WP |
| DEXPRIV006924 | DEXPRIV006925 | Dutch | Email | 09/30/2002 | B. Lamiroy | P. Colle | S. Devos | Email providing information requested by an attorney for the purpose of providing legal advice re L&H bankruptcy. | AC, WP |

5/19/2006

## Quaak v. Dexia and Related Cases
## Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| | | Dutch | Email | 09/30/2002 | S. Devos, P. Colle | K. van Riet, B. Lamiroy | | Email requesting information for the purpose of providing legal advice re L&H bankruptcy. | AC, WP |
| DEXPRIV006926 | DEXPRIV006927 | Dutch | Letter | | P. Colle | | | Draft letter to Administrator, with marginalia reflecting the mental impressions of an attorney re bankruptcy. | WP |
| DEXPRIV006928 | DEXPRIV006928 | Dutch | Email | 09/24/2002 | B. Lamiroy | P. Colle | K. van Riet | Email requesting legal advice re restructuring of L&H financing. | AC, WP |
| DEXPRIV006929 | DEXPRIV006930 | Dutch | Email | 09/24/2002 | T. Zink | B. Lamiroy | | Email providing legal advice re Creditors' Committee. | AC, WP |
| | | Dutch | Email | 09/24/2002 | B. Lamiroy | T. Zink | | Email transmitting request for legal advice re Creditors' Committee. | AC, WP |
| | | Dutch | Email | 09/23/2002 | B. Lamiroy | T. Zink | K. van Riet | Email requesting legal advice re Creditors' Committee. | AC, WP |
| DEXPRIV006931 | DEXPRIV006931 | Dutch | Email | 09/23/2002 | B. Lamiroy | T. Zink | K. van Riet | Email requesting legal advice re Creditors' Committee. | AC, WP |
| DEXPRIV006932 | DEXPRIV006932 | Dutch | Email | 09/11/2002 | B. Lamiroy | P. Colle | T. Zink | Email requesting legal advice re L&H bankruptcy. | AC, WP |
| DEXPRIV006933 | DEXPRIV006933 | Dutch | Email | 08/14/2002 | B. Lamiroy | P. Colle | T. Zink | Email requesting legal advice re L&H pledge, credit insurance and litigation strategy. | AC, WP |
| DEXPRIV006934 | DEXPRIV006935 | Dutch | Fax | 07/11/2002 | P. Colle | K. van Riet, B. Lamiroy | | Fax providing legal advice re L&H | AC, WP |
| DEXPRIV006936 | DEXPRIV006941 | Dutch | Handwritten notes | | | | | Handwritten notes dated "10/07" reflecting the mental impressions of an attorney re US litigation, Belgian L&H bankruptcy litigation, and court procedures, with attached handwritten notes. | AC, WP |
| DEXPRIV006942 | DEXPRIV006942 | Dutch | Email | 07/08/2002 | B. Lamiroy | P. Colle | A. de Roeck, K. van Riet | Email requesting legal advice re L&H bankruptcy. | AC, WP |
| DEXPRIV006943 | DEXPRIV006945 | Dutch | Handwritten notes | | | | | Undated handwritten notes reflecting the mental impressions of an attorney re L&H debt and Belgian L&H bankruptcy. | AC, WP |
| DEXPRIV006946 | DEXPRIV006946 | Dutch | Email | 05/01/2002 | J. van Helleputte | B. Lamiroy | | Email providing information requested by an attorney for the purpose of providing legal advice re restructuring of L&H financing and collateral. | AC, WP |
| DEXPRIV006947 | DEXPRIV006947 | Dutch | Email | 05/01/2002 | J. van Helleputte | B. Lamiroy | | Email providing information requested by an attorney for the purpose of providing legal advice re restructuring of L&H financing and collateral, with marginalia reflecting the mental impressions of an attorney re same. | AC, WP |
| DEXPRIV006948 | DEXPRIV006948 | Dutch | Handwritten notes | 04/19/2002 | B. Lamiroy | J. van Helleputte | | Handwritten notes transmitting Request in L&H bankruptcy proceedings and providing legal advice re same. | AC, WP |

Page 332

5/19/2006

## Quaak v. Dexia and Related Cases
## Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV006949 | DEXPRIV006949 | Dutch | Fax | 04/19/2002 | B. Lamiroy | J. van Helleputte | | Fax transmission report with image of handwritten notes transmitting Request in L&H bankruptcy proceedings and providing legal advice re same. | AC, WP |
| DEXPRIV006950 | DEXPRIV006950 | Dutch | Email | 10/24/2001 | B. Lamiroy | K. van Riet | P. Rabaey, A. Darc | Email providing legal advice re L&H credit facility and pledge. | AC, WP |
| | | Dutch | Email | 10/24/2001 | P. Rabaey | B. Lamiroy | | Email requesting legal advice re L&H credit facility and pledge. | AC, WP |
| DEXPRIV006951 | DEXPRIV006952 | Dutch | Email | 10/25/2001 | P. Rabaey | K. van Riet, B. Lamiroy | | Email transmitting information requested by an attorney for the purpose of providing legal advice re L&H credit facility and pledge, with marginalia reflecting the mental impressions of an attorney re same. | AC, WP |
| | | Dutch | Email | 10/24/2001 | A. Darc | P. Rabaey, K. van Riet, B. Lamiroy | | Email, with attachment, transmitting information requested by an attorney for the purpose of providing legal advice re L&H credit facility and pledge. | AC, WP |
| | | French | Email | 10/24/2001 | P. Rabaey | A. Darc | | Email requesting information at the request of an attorney for the purpose of providing legal advice re L&H credit facility and pledge. | AC, WP |
| | | Dutch | Email | 10/24/2001 | P. Rabaey | B. Lamiroy | | Email requesting legal advice re L&H credit facility and pledge. | AC, WP |
| DEXPRIV006953 | DEXPRIV006953 | Dutch | Email | 05/24/2002 | B. Lamiroy | P. Colle | | Email transmitting request for legal advice re restructuring of L&H financing. | AC, WP |
| | | Dutch | Email | 05/24/2002 | K. van Riet, B. Lamiroy | P. Colle | | Email requesting legal advice re restructuring of L&H financing. | AC, WP |
| DEXPRIV006954 | DEXPRIV006954 | French | Email | 05/23/2002 | B. Lamiroy | J. Lametz | | Email with marginalia reflecting the mental impressions of an attorney re L&H credit facility and pledge. | AC, WP |
| DEXPRIV006955 | DEXPRIV006955 | Dutch | Email | 05/23/2002 | S. Devos, P. Colle | K. van Riet, B. Lamiroy | | Email providing legal advice re L&H credit facility and pledge. | AC, WP |
| DEXPRIV007000 | DEXPRIV007001 | Dutch | Court Submission | | P. Colle | | | Draft Answer. | WP |
| DEXPRIV007044 | DEXPRIV007044 | Dutch | Court Submission | | P. Colle | | | Draft Answer. | WP |
| DEXPRIV007045 | DEXPRIV007046 | Dutch | Court Submission | | | | | Draft Inventory of Exhibits. | WP |
| DEXPRIV007047 | DEXPRIV007047 | French | Email | 05/23/2002 | B. Lamiroy | J. Lametz | | Email with marginalia reflecting the mental impressions of an attorney re L&H credit facility and pledge. | AC, WP |
| DEXPRIV007048 | DEXPRIV007093 | Dutch | Email | 05/23/2002 | S. Devos, P. Colle | K. van Riet, B. Lamiroy | | Email providing legal advice re L&H credit facility and pledge. | AC, WP |
| DEXPRIV007094 | DEXPRIV007139 | Dutch | Court Submission | | P. Colle | | | Draft Answer. | WP |
| | | Dutch | Court Submission | | | | | | WP |

5/19/2006

## Quaak v. Dexia and Related Cases
## Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV007140 | DEXPRIV007141 | Dutch | Court Submission | | | | | Draft Inventory of Exhibits. | WP |
| DEXPRIV007142 | DEXPRIV007142 | French | Email | 05/23/2002 | B. Lamiroy | J. Lametz | | Email with marginalia reflecting the mental impressions of an attorney re L&H credit facility and pledge. | AC, WP |
| | | Dutch | Email | 05/23/2002 | S. Devos, P. Colle | K. van Riet, B. Lamiroy | | Email providing legal advice re L&H credit facility and pledge. | AC, WP |
| DEXPRIV007143 | DEXPRIV007188 | Dutch | Court Submission | | P. Colle | | | Draft Answer. | WP |
| DEXPRIV007189 | DEXPRIV007234 | Dutch | Court Submission | | P. Colle | | | Draft Answer. | WP |
| DEXPRIV007235 | DEXPRIV007237 | Dutch | Court Submission | | | | | Draft Inventory of Exhibits. | WP |
| DEXPRIV007238 | DEXPRIV007238 | Dutch | Letter | 10/15/2001 | B. Lamiroy, K. van Riet | P. Colle | | Letter requesting legal advice re L&H pledge. | AC, WP |
| DEXPRIV007239 | DEXPRIV007239 | Dutch | Fax | 10/12/2001 | P. Colle | Artesia Services CV | | Fax providing legal advice re L&H pledge. | AC, WP |
| DEXPRIV007240 | DEXPRIV007240 | Dutch | Fax | 10/29/2001 | J. Verbist | K. van Riet, B. Lamiroy | P. Colle | Fax providing legal advice re L&H bankruptcy and litigation proceedings. | AC, WP |
| DEXPRIV007241 | DEXPRIV007241 | Dutch | Email | 10/02/2001 | C. Uienaers | B. Lamiroy | L. van Herreweghe, A. Baert | Email providing information for the purpose of obtaining legal advice re L&H pledge. | AC, WP |
| | | Dutch | Email | 10/01/2001 | B. Lamiroy | C. Uienaers | K. van Riet, A. Baert | Email providing legal advice re L&H pledge. | AC, WP |
| DEXPRIV007242 | DEXPRIV007242 | Dutch | Fax | 09/05/2001 | | J. Lievens, P. Daems | | Fax transmission report with image of first page of fax providing legal advice re LDC and L&H bankruptcy. | AC, WP |
| DEXPRIV007243 | DEXPRIV007244 | Dutch | Chart | | | | | Chart, with marginalia reflecting the mental impressions of an attorney re LDC and L&H bankruptcy. | AC, WP |
| DEXPRIV007245 | DEXPRIV007245 | Dutch | Letter | 10/31/2001 | B. Lamiroy, K. van Riet | P. Colle | | Letter requesting legal advice re L&H pledge. | AC, WP |
| DEXPRIV007246 | DEXPRIV007246 | Dutch | Email | 05/23/2001 | B. Lamiroy | C. Uienaers | K. van Riet | Email providing legal advice re L&H pledge. | AC, WP |
| | | Dutch | Email | 05/23/2001 | C. Uienaers | B. Lamiroy | A. Baert | Email providing information requested by an attorney for the purpose of providing legal advice re L&H pledge. | AC, WP |
| DEXPRIV007247 | DEXPRIV007247 | | | | | | | Intentional gap. | |
| DEXPRIV007248 | DEXPRIV007248 | Dutch | Email | 05/17/2001 | B. Lamiroy | C. Uienaers | | Not responsive part of email chain. | |
| | | Dutch | Email | 05/17/2001 | A. Darc | A. Baert, B. Lamiroy | | Not responsive part of email chain. | |
| | | Dutch | Email | 05/03/2001 | B. Lamiroy | A. Baert | A. Darc | Email providing legal advice re L&H pledge. | AC, WP |
| DEXPRIV007249 | DEXPRIV007266 | Dutch | Fax | 05/18/2001 | Artesia Global Risk | C. Uienaers | | Fax, with attachments, providing information requested by an attorney for the purpose of providing legal advice re L&H pledge. | AC, WP |

5/19/2006

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV007267 | DEXPRIV007267 | Dutch | Handwritten notes | 05/18/2001 | | Leper Bank Branch | | Notes of telephone conversation providing information requested by an attorney for the purpose of providing legal advice re L&H pledge. | AC, WP |
| DEXPRIV007268 | DEXPRIV007270 | Dutch | Fax | 05/18/2001 | G. de Pestel, P. Colle | B. Lamiroy, S. Tritz | | Fax providing legal advice re L&H pledge. | AC, WP |
| DEXPRIV007271 | DEXPRIV007271 | Dutch | Email | 05/17/2001 | K. van Riet | B. Lamiroy | | Email transmitting information requested by an attorney for the purpose of providing legal advice re L&H pledge. | AC, WP |
| | | Dutch | Email | 05/17/2001 | P. Rabaey | K. van Riet, K. Herbots, C. Ulenaers | | Email transmitting information requested by an attorney for the purpose of providing legal advice re L&H pledge. | AC, WP |
| | | Dutch | Email | 05/17/2001 | C. Ulenaers | P. Rabaey | A. Baert, L. van Herreweghe | Email requesting information requested by an attorney for the purpose of providing legal advice re L&H pledge. | AC, WP |
| DEXPRIV007272 | DEXPRIV007272 | | | | | | | Intentional gap. | |
| DEXPRIV007273 | DEXPRIV007273 | Dutch | Fax | 05/08/2001 | B. Lamiroy, S. Tritz | G. de Pestel, P. Colle | | Fax requesting legal advice re L&H pledge. | AC, WP |
| DEXPRIV007274 | DEXPRIV007274 | Dutch | Email | 05/03/2001 | A. Darc | A. Baert, B. Lamiroy | | Not responsive part of email chain. | AC, WP |
| | | Dutch | Email | 05/03/2001 | B. Lamiroy | A. Baert | A. Darc | Email providing legal advice re L&H pledge. | AC, WP |
| DEXPRIV007275 | DEXPRIV007279 | Dutch | Fax | 05/03/2001 | B. Lamiroy | A. Darc | | Fax, with attachment, providing legal advice re L&H pledge. | AC, WP |
| DEXPRIV007280 | DEXPRIV007280 | Dutch | Email | 05/03/2001 | A. Darc | B. Lamiroy | | Email transmitting information requested by an attorney for the purpose of providing legal advice re L&H pledge. | AC, WP |
| | | Dutch | Email | 05/03/2001 | B. Lamiroy | A. Darc | K. van Riet | Email providing legal advice re L&H pledge, with marginalia reflecting the mental impressions of an attorney re same. | AC, WP |
| DEXPRIV007281 | DEXPRIV007281 | Dutch | Email | 05/03/2001 | B. Lamiroy | A. Darc | K. van Riet | Email providing legal advice re L&H pledge, with marginalia reflecting the mental impressions of an attorney re same. | AC, WP |
| DEXPRIV007282 | DEXPRIV007283 | Dutch | Fax | 02/27/2001 | G. de Pestel, P. Colle | K. van Riet, B. Lamiroy | | Fax providing legal advice re L&H pledge. | AC, WP |
| DEXPRIV007284 | DEXPRIV007284 | Dutch | Fax | | | C. Ulenaers | | Fax providing information requested by an attorney for the purpose of providing legal advice re L&H pledge. | AC, WP |
| DEXPRIV007285 | DEXPRIV007285 | Dutch | Fax | 05/18/2001 | Artesia Global Risk | C. Ulenaers | | Fax transmission report with image of first page of fax providing information requested by an attorney for the purpose of providing legal advice re L&H pledge. | AC, WP |
| DEXPRIV007286 | DEXPRIV007307 | Dutch | Fax | 12/19/2000 | G. de Pestel, P. Colle | K. van Riet | | Fax providing legal advice re L&H pledge. | AC, WP |
| DEXPRIV007308 | DEXPRIV007308 | Dutch | Email | 01/09/2001 | P. van Tiggel | K. Herbots, P. Cordonnier | | Email transmitting legal advice re restructuring of L&H financing. | AC, WP |

Page 335

5/19/2006

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| | | Dutch | Email | 01/08/2001 | B. Lamiroy | L. Vandensteene, J. Vankeerberghen, J. Vandensteen, D. de Bleser, V. Vercaigne, K. Macours, F. de Potter, G. Vekeman, R. Buehler | P. van Tiggel | Email providing legal advice re restructuring of L&H financing. | AC, WP |
| DEXPRIV007309 | DEXPRIV007309 | Dutch | Email | 01/09/2001 | P. van Tiggel | K. Herbots | | Email transmitting request for legal advice re restructuring of L&H financing. | AC, WP |
| | | Dutch | Email | 01/08/2001 | L. Vandensteene | R. Buehler, D. de Bleser, K. van Riet, B. Lamiroy, P. van Tiggel, V. Vercaigne, K. Macours, F. de Potter, G. Vekeman | P. van Tiggel | Email requesting legal advice re restructuring of L&H financing. | AC, WP |
| DEXPRIV007310 | DEXPRIV007310 | Dutch | Fax | 06/06/2001 | K. van Riet, B. Lamiroy | J. Verbist, S. Loosveld | | Fax providing information requested by an attorney for the purpose of providing legal advice re L&H pledge. | AC, WP |
| DEXPRIV007311 | DEXPRIV007311 | Dutch | Fax | 06/06/2001 | K. van Riet, B. Lamiroy | J. Verbist, S. Loosveld | | Fax cover sheet with image of first page of fax providing information requested by an attorney for the purpose of providing legal advice re L&H pledge. | AC, WP |
| DEXPRIV007312 | DEXPRIV007312 | Dutch | Fax | 11/30/2000 | J. Verbist | K. van Riet, B. Lamiroy | | Fax providing legal advice re seizure of L&H pledge. | AC, WP |
| DEXPRIV007313 | DEXPRIV007318 | Dutch | Letter | 11/29/2000 | J. Verbist | B. Kerckhoven | | Letter requesting legal advice re seizure of L&H pledge. | AC, WP |
| DEXPRIV007319 | DEXPRIV007327 | Dutch | Fax | 11/30/2000 | J. Verbist. | K. van Riet, B. Lamiroy | | Fax, with attachment, providing legal advice re L&H pledge case law. | AC, WP |
| DEXPRIV007328 | DEXPRIV007328 | Dutch | Fax | 04/26/2001 | J. Verbist | K. van Riet, B. Lamiroy | | Fax providing legal advice re litigation proceedings. | AC, WP |
| DEXPRIV007329 | DEXPRIV007329 | Dutch | Fax | 02/20/2001 | P. Colle | K. van Riet, B. Lamiroy | | Fax providing legal advice re litigation proceedings. | AC, WP |
| DEXPRIV007330 | DEXPRIV007330 | Dutch | Email | 02/20/2000 | P. Colle | S. Loosveld | | Email providing legal advice re L&H pledge. | AC, WP |
| | | Dutch | Email | 02/20/2001 | S. Loosveld | K. van Riet, B. Lamiroy, P. Colle, G. de Pestel | J. Verbist | Email providing and requesting legal advice re L&H pledge. | AC, WP |

5/19/2006

## Quaak v. Dexia and Related Cases
### Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV007331 | DEXPRIV007331 | Dutch | Email | 02/21/2001 | B. Lamiroy | S. Loosveld | K. van Riet, J. Verbist, P. Colle, G. de Pestel | Email providing legal advice re L&H pledge. | AC, WP |
|  |  | Dutch | Email | 02/20/2001 | S. Loosveld | K. van Riet, B. Lamiroy, P. Colle, G. de Pestel | J. Verbist | Email providing and requesting legal advice re L&H pledge. | AC, WP |
| DEXPRIV007332 | DEXPRIV007332 | Dutch | Email | 02/20/2001 | S. Loosveld | K. van Riet, B. Lamiroy, P. Colle, G. de Pestel | J. Verbist | Email providing and requesting legal advice re L&H pledge. | AC, WP |
| DEXPRIV007333 | DEXPRIV007333 | Dutch | Fax | 04/18/2001 | J. Verbist | K. van Riet, B. Lamiroy |  | Fax providing legal advice re L&H pledge. | AC, WP |
| DEXPRIV007334 | DEXPRIV007334 | Dutch | Email | 02/12/2001 | B. Lamiroy | A. van Malleghem | K. van Riet, J. Verbist | Email transmitting information for the purpose of obtaining legal advice re L&H pledge. | AC, WP |
| DEXPRIV007341 | DEXPRIV007335 | Dutch | Email | 02/05/2001 | J. Lametz | B. Lamiroy |  | Email transmitting legal advice re restructuring of L&H financing and pledge. | AC, WP |
|  |  | Dutch | Email | 02/04/2001 | J. Verbist | S. Loosveld, K. van Riet | J. Verlinden | Email providing legal advice re restructuring of L&H financing and pledge. | AC, WP |
|  |  | Dutch | Email | 02/04/2001 | S. Loosveld | K. van Riet | J. Verbist, J. Verlinden | Email requesting information for the purpose of providing legal advice re restructuring of L&H financing and pledge. | AC, WP |
|  |  | Dutch | Email | 02/04/2001 | K. van Riet | S. Loosveld | J. Verbist, J. Verlinden, C. Piret, F. Saverys, P. van Tiggel | Email requesting legal advice and providing information for the purpose of obtaining legal advice re restructuring of L&H financing and pledge. | AC, WP |
|  |  | Dutch | Email | 02/03/2001 | S. Loosveld | K. van Riet | J. Verbist, J. Verlinden | Email providing legal advice re restructuring of L&H financing and pledge. | AC, WP |
|  |  | English | Email | 02/03/2001 | S. Loosveld | H. Seife | J. Verbist, J. Verlinden, C. Geys, T. Zink, K. van Riet | Email requesting legal advice re restructuring of L&H financing and pledge. | AC, WP |
|  |  | English | Email | 02/02/2001 | H. Seife | S. Loosveld | J. Verbist, J. Verlinden, C. Geys, T. Zink, K. van Riet | Email providing legal advice re restructuring of L&H financing and pledge. | AC, WP |

5/19/2006

## Quaak v. Dexia and Related Cases
## Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| | | English | Email | 02/02/2001 | S. Loosveld | H. Seife | J. Verbist, J. Verlinden, C. Geys, T. Zink, K. van Riet | Email requesting legal advice re restructuring of L&H financing and pledge. | AC, WP |
| | | English | Email | 02/01/2001 | H. Seife | S. Loosveld | J. Verbist, J. Verlinden, C. Geys, C. Sunt, J. Nelissen Grade, T. Zink | Email providing legal advice re restructuring of L&H financing and pledge. | AC, WP |
| DEXPRIV007342 | DEXPRIV007342 | Dutch | Email | 02/02/2001 | B. Lamiroy | K. Herbots | K. van Riet | Email transmitting legal advice re collection of collateral. | AC, WP |
| | | Dutch | Email | 02/01/2001 | S. Loosveld | B. Lamiroy | | Email providing legal advice re collection of collateral. | AC, WP |
| DEXPRIV007343 | DEXPRIV007343 | Dutch | Email | 01/31/2001 | S. Loosveld | B. Lamiroy | K. van Riet, P. Colle, G. de Pestel, J. Verbist | Email providing legal advice re restructuring of L&H financing. | AC, WP |
| | | Dutch | Email | 01/31/2001 | B. Lamiroy | J. Verbist, S. Loosveld, P. Colle, G. de Pestel | K. van Riet, P. van Tiggel, K. Herbots | Email requesting legal advice re restructuring of L&H financing. | AC, WP |
| DEXPRIV007344 | DEXPRIV007345 | Dutch | Email | 01/31/2001 | B. Lamiroy | K. Herbots | | Email requesting information for the purpose of providing legal advice re restructuring of L&H financing and pledge. | AC, WP |
| | | Dutch | Email | 01/31/2001 | S. Loosveld | B. Lamiroy | | Email requesting information for the purpose of providing legal advice re restructuring of L&H financing and pledge. | AC, WP |
| | | Dutch | Email | 01/29/2001 | B. Lamiroy | J. Verbist, S. Loosveld | K. van Riet | Email providing legal advice and requesting information for the purpose of providing legal advice re restructuring of L&H financing and pledge. | AC, WP |
| DEXPRIV007346 | DEXPRIV007346 | Dutch | Email | 01/31/2001 | B. Lamiroy | P. van Tiggel, K. Herbots | | Email transmitting legal advice re restructuring of L&H financing. | AC, WP |
| | | Dutch | Email | 01/31/2001 | S. Loosveld | B. Lamiroy | K. van Riet, P. Colle, G. de Pestel, J. Verbist | Email providing legal advice re restructuring of L&H financing. | AC, WP |
| | | Dutch | Email | 01/31/2001 | B. Lamiroy | J. Verbist, S. Loosveld, P. Colle, G. de Pestel | K. van Riet, P. van Tiggel, K. Herbots | Email requesting legal advice re restructuring of L&H financing. | AC, WP |

Page 338

5/19/2006

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV007347 | DEXPRIV007348 | Dutch | Email | 01/31/2001 | B. Lamiroy | J. Verbist, S. Loosveld, P. Colle, G. de Pestel | K. van Riet, P. van Tiggel, K. Herbots | Email requesting legal advice re restructuring of L&H financing. | AC, WP |
| DEXPRIV007349 | DEXPRIV007350 | Dutch | Email | 01/31/2001 | K. van Riet | B. Lamiroy | | Email transmitting legal advice re collection of collateral. | AC, WP |
| | | Dutch | Email | 01/31/2001 | S. Loosveld | G. de Pestel | K. van Riet, J. Verbist | Email providing legal advice re collection of collateral. | AC, WP |
| | | Dutch | Email | 01/30/2001 | G. de Pestel, P. Colle | S. Loosveld | K. van Riet | Email providing legal advice re collection of collateral. | AC, WP |
| DEXPRIV007351 | DEXPRIV007352 | Dutch | Email | 01/30/2001 | S. Loosveld | B. Lamiroy | K. van Riet, J. Verbist | Email requesting information for the purpose of providing legal advice re restructuring of L&H financing and pledge. | AC, WP |
| | | Dutch | Email | 01/29/2001 | B. Lamiroy | J. Verbist, S. Loosveld | K. van Riet | Email requesting legal advice re restructuring of L&H financing and pledge. | AC, WP |
| DEXPRIV007353 | DEXPRIV007354 | Dutch | Fax | 01/30/2001 | B. Lamiroy | S. Loosveld | | Fax, with attachment, requesting legal advice re L&H pledge. | AC, WP |
| DEXPRIV007355 | DEXPRIV007355 | Dutch | Fax | 01/30/2001 | B. Lamiroy | S. Loosveld | | Fax transmission report with image of first page of fax requesting legal advice re L&H pledge. | AC, WP |
| DEXPRIV007356 | DEXPRIV007357 | Dutch | Fax | 01/30/2001 | B. Lamiroy | S. Loosveld | | Fax, with attachment, requesting legal advice re L&H pledge. | AC, WP |
| DEXPRIV007358 | DEXPRIV007358 | Dutch | Fax | 01/30/2001 | B. Lamiroy | S. Loosveld | | Fax transmission report with image of first page of fax requesting legal advice re L&H pledge. | AC, WP |
| DEXPRIV007359 | DEXPRIV007359 | Dutch | Email | 01/30/2001 | S. Loosveld | B. Lamiroy | K. van Riet, J. Verbist | Email requesting information for the purpose of providing legal advice re restructuring of L&H financing and pledge. | AC, WP |
| | | Dutch | Email | 01/29/2001 | B. Lamiroy | J. Verbist, S. Loosveld | K. van Riet | Email requesting legal advice re restructuring of L&H financing and pledge. | AC, WP |
| DEXPRIV007360 | DEXPRIV007360 | Dutch | Email | 01/30/2001 | B. Lamiroy | K. Herbots | | Email requesting information for the purpose of providing legal advice re restructuring of L&H financing. | AC, WP |
| DEXPRIV007361 | DEXPRIV007361 | Dutch | Fax | 01/23/2001 | J. Verbist | K. van Riet | | Fax transmitting legal advice re litigation proceedings. | AC, WP |
| DEXPRIV007362 | DEXPRIV007362 | Dutch | Fax | 01/23/2001 | J. Verbist | P. Colle | | Fax providing legal advice re litigation proceedings. | AC, WP |
| DEXPRIV007363 | DEXPRIV007363 | Dutch | Fax | 01/22/2001 | J. Verbist | K. van Riet | | Fax transmitting legal advice re litigation proceedings. | AC, WP |
| DEXPRIV007364 | DEXPRIV007364 | Dutch | Fax | 12/22/2000 | B. Lamiroy | P. Colle, G. de Pestel | | Fax requesting legal advice re collection of collateral. | AC, WP |
| DEXPRIV007365 | DEXPRIV007365 | Dutch | Fax | 12/22/2000 | B. Lamiroy | P. Colle, G. de Pestel | | Fax transmission report with image of first page of fax requesting legal advice re collection of collateral. | AC, WP |

5/19/2006

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV007366 | DEXPRIV007367 | Dutch | Fax | 12/21/2000 | G. de Pestel, P. Colle | K. van Riet, B. Lamiroy | | Fax providing legal advice re L&H pledge. | AC, WP |
| DEXPRIV007368 | DEXPRIV007369 | Dutch | Email | 12/21/2000 | K. van Riet | C. Piret, F. Saverys, P. van Tiggel, B. Lamiroy | | Email transmitting and providing legal advice re restructuring of L&H financing. | AC, WP |
| | | | Email | 12/21/2000 | T. Zink | P. Cordonnier, M. Curran, F. de Potter, C. Geys, W. Haeck, K. Herbots, E. Huyghe, L. Jones, H. Liemen, S. Loosveld, K. Macours, E. Matthews, M. Tanghe, R. Tinari, K. van Riet, J. Vankeerberghen, P. van Tiggel, G. Vekeman, J. Verbist, V. Vercaigne, J. Verlinden | | Email providing legal advice re restructuring of L&H financing. | AC, WP |
| DEXPRIV007370 | DEXPRIV007370 | Dutch | Fax | 12/13/2000 | B. Lamiroy | P. Colle | | Fax requesting legal advice re collection of collateral. | AC, WP |
| DEXPRIV007371 | DEXPRIV007371 | Dutch | Fax | 12/13/2000 | B. Lamiroy | P. Colle | | Fax transmission report with image of first page of fax requesting legal advice re collection of collateral. | AC, WP |
| DEXPRIV007372 | DEXPRIV007373 | Dutch | Letter | 11/29/2000 | J. Verbist | B. van Kerckhoven | | Letter requesting legal advice re collection of collateral. | AC, WP |
| DEXPRIV007374 | DEXPRIV007377 | Dutch | Court Submission | | Artesia Bank NV | | | Draft Summons. | WP |
| DEXPRIV007378 | DEXPRIV007378 | Dutch | Fax | 11/30/2000 | J. Verbist | K. van Riet, B. Lamiroy | | Fax providing legal advice re collection of collateral. | AC, WP |
| DEXPRIV007379 | DEXPRIV007379 | Dutch | Fax | 01/03/2001 | G. de Pestel, P. Colle | K. van Riet | | Fax providing legal advice re collection of collateral. | AC, WP |
| DEXPRIV007380 | DEXPRIV007380 | Dutch | Fax | 08/05/2003 | J. Verbist | K. van Riet, B. Lamiroy | | Fax providing legal advice re ELCS seizure. | AC, WP |
| DEXPRIV007381 | DEXPRIV007381 | Dutch | Email | 08/04/2003 | B. Lamiroy | J. Verbist | J. Bekaert | Email requesting legal advice re ELCS seizure. | AC, WP |
| DEXPRIV007382 | DEXPRIV007383 | Dutch | Fax | 08/01/2003 | J. Verbist | K. van Riet, B. Lamiroy | | Fax providing legal advice re ELCS seizure. | AC, WP |

Page 340

5/19/2006

## Quaak v. Dexia and Related Cases
## Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV007384 | DEXPRIV007384 | Dutch | Fax | 07/24/2003 | B. Lamiroy, K. van Riet | J. Verbist | | Fax requesting legal advice re ELCS seizure. | AC, WP |
| DEXPRIV007385 | DEXPRIV007385 | Dutch | Fax | 07/24/2003 | B. Lamiroy, K. van Riet | J. Verbist | | Fax transmission report with image of first page of fax requesting legal advice re ELCS seizure. | AC, WP |
| DEXPRIV007386 | DEXPRIV007386 | Dutch | Fax | 07/16/2003 | J. Verbist | K. van Riet, B. Lamiroy | | Fax requesting legal advice re ELCS seizure. | AC, WP |
| DEXPRIV007387 | DEXPRIV007387 | Dutch | Fax | 07/14/2003 | B. Lamiroy, K. van Riet | J. Verbist | | Fax requesting legal advice re ELCS seizure. | AC, WP |
| DEXPRIV007388 | DEXPRIV007388 | Dutch | Fax | 07/14/2003 | B. Lamiroy, K. van Riet | J. Verbist | | Fax transmission report with image of first page of fax requesting legal advice re ELCS seizure. | AC, WP |
| DEXPRIV007389 | DEXPRIV007389 | Dutch | Email | 07/01/2003 | B. Lamiroy | J. Verbist, J. Bekaert | C. Decoutere | Email, with attachments, requesting legal advice re ELCS seizure. | AC, WP |
| DEXPRIV007390 | DEXPRIV007390 | Dutch | Fax | 06/23/2003 | J. Verbist | B. Lamiroy | | Fax, with marginalia reflecting the mental impressions of an attorney re bankruptcy litigation. | AC, WP |
| DEXPRIV007391 | DEXPRIV007394 | Dutch | Court Submission | 06/23/2003 | Dexia Bank NV | | | Draft Summons. | WP |
| DEXPRIV007395 | DEXPRIV007398 | Dutch | Court Submission | 06/23/2003 | Dexia Bank NV | | | Draft Summons. | WP |
| DEXPRIV007399 | DEXPRIV007399 | Dutch | Email | 06/20/2003 | B. Lamiroy | K. Herbots, B. de Saedeleer | K. Heyvaert | Email transmitting request for legal advice and request for information for the purpose of providing legal advice re ELCS seizure. | AC, WP |
| | | Dutch | Email | 06/20/2003 | B. Lamiroy | J. Bekaert | | Email requesting legal advice re ELCS seizure. | AC, WP |
| | | Dutch | Email | 06/20/2003 | J. Bekaert | B. Lamiroy | J. Verblist, S. van Raemdonck | Email requesting information for the purpose of providing legal advice re ELCS seizure. | AC, WP |
| DEXPRIV007400 | DEXPRIV007400 | Dutch | Email | 06/18/2003 | F. de Vlieger | B. Lamiroy | J. Capiaux | Email providing information requested by an attorney for the purpose of providing legal advice re ELCS seizure. | AC, WP |
| | | Dutch | Email | 06/17/2003 | B. Lamiroy | DBB BO Pay/Acc ABC, M. Blommaert, W. Derijck | J. Capiaux, C. Decoutere | Email providing legal advice and requesting information for the purpose of providing legal advice re ELCS seizure. | AC, WP |
| DEXPRIV007401 | DEXPRIV007401 | Dutch | Email | 06/17/2003 | B. Lamiroy | DBB BO Pay/Acc ABC, M. Blommaert, W. Derijck | J. Capiaux, C. Decoutere | Email providing legal advice and requesting information for the purpose of providing legal advice re ELCS seizure. | AC, WP |
| DEXPRIV007402 | DEXPRIV007405 | Dutch | Handwritten notes | | | | | Handwritten notes reflecting the mental impressions of an attorney re L&H and ELCS seizure criminal investigation. | WP |
| DEXPRIV007406 | DEXPRIV007406 | Dutch | Email | 06/16/2003 | B. Lamiroy | J. Verbist | C. Decoutere | Email, with attachments, requesting legal advice re ELCS seizure. | AC, WP |
| DEXPRIV007407 | DEXPRIV007408 | Dutch | Email | 06/12/2003 | S. de Locker | B. Lamiroy | J. Capiaux | Email providing information requested by an attorney for the purpose of providing legal advice re ELCS seizure. | AC, WP |

Page 341

## Quaak v. Dexia and Related Cases
## Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| | | Dutch | Email | 06/11/2003 | J. Caplaux | S. de Loecker | | Email providing information requested by an attorney for the purpose of providing legal advice re ELCS seizure. | AC, WP |
| | | Dutch | Email | 06/11/2003 | S. de Loecker | J. Caplaux | | Email transmitting information at the request of an attorney re ELCS seizure. | AC, WP |
| DEXPRIV007409 | DEXPRIV007409 | Dutch | Fax | 06/06/2003 | J. Verbist | K. van Riet, B. Lamiroy | | Fax providing legal advice and requesting information for the purpose of providing legal advice re ELCS seizure. | AC, WP |
| DEXPRIV007410 | DEXPRIV007410 | Dutch | Email | 06/06/2003 | B. Lamiroy | K. Herbots, S. de Loecker | K. Heyvaert | Email providing legal advice re ELCS seizure. | AC, WP |
| DEXPRIV007411 | DEXPRIV007411 | Dutch | Email | 06/05/2003 | K. Herbots | S. de Loecker | B. Lamiroy, K. Heyvaert | Email requesting legal advice re ELCS seizure. | AC, WP |
| DEXPRIV007412 | DEXPRIV007412 | Dutch | Fax | 06/04/2003 | B. Lamiroy, K. van Riet | J. Verbist | | Fax requesting legal advice re ELCS seizure. | AC, WP |
| DEXPRIV007413 | DEXPRIV007414 | Dutch | Fax | 06/04/2003 | B. Lamiroy, K. van Riet | J. Verbist | | Fax transmission report with image of first page of fax requesting legal advice re ELCS seizure. | AC, WP |
| DEXPRIV007415 | DEXPRIV007415 | Dutch | Fax | 06/11/2003 | B. Lamiroy, K. van Riet | J. Verbist | | Fax requesting legal advice re ELCS seizure. | AC, WP |
| | | Dutch | Email | 06/11/2003 | K. Herbots | B. Lamiroy | | Email providing information requested by an attorney for the purpose of providing legal advice re ELCS seizure. | AC, WP |
| DEXPRIV007416 | DEXPRIV007416 | Dutch | Email | 06/10/2003 | B. Lamiroy | B. de Saedeleer, K. Herbots | P. Rabaey, S. de Loecker | Email requesting information for the purpose of providing legal advice re ELCS seizure. | AC, WP |
| | | Dutch | Email | 06/10/2003 | B. de Saedeleer | B. Lamiroy | P. Rabaey, S. de Loecker, K. Herbots | Email providing information requested by an attorney for the purpose of providing legal advice re ELCS seizure. | AC, WP |
| DEXPRIV007417 | DEXPRIV007420 | Dutch | Email | 06/10/2003 | B. Lamiroy | B. de Saedeleer, K. Herbots | P. Rabaey, S. de Loecker | Email providing information requested by an attorney for the purpose of providing legal advice re ELCS seizure. | AC, WP |
| | | Dutch | Forms | 06/18/2003 | Legal Department | M. Blommaert | | Forms providing legal advice re ELCS seizure. | AC, WP |
| DEXPRIV007421 | DEXPRIV007421 | Dutch | Email | 06/21/2001 | B. Lamiroy | K. Herbots | | Email requesting information for the purpose of providing legal advice re ELCS seizure. | AC, WP |
| DEXPRIV007422 | DEXPRIV007422 | Dutch | Email | 12/05/2002 | B. de Saedeleer | M. Ceriez, J. van den Daele, D. Michiels | | Email transmitting information at the request of an attorney re ELCS seizure. | AC, WP |
| | | Dutch | Email | 12/05/2002 | K. Heyvaert | B. de Saedeleer | | Email providing information at the request of an attorney re ELCS seizure. | AC, WP |
| DEXPRIV007423 | DEXPRIV007424 | Dutch | Email | 05/02/2003 | S. de Loecker | B. Lamiroy | K. Herbots, K. van Riet, K. Heyvaert, B. de Saedeleer | Email providing information requested by an attorney for the purpose of providing legal advice re ELCS seizure. | AC, WP |

5/19/2006

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| | | Dutch | Email | 05/02/2003 | B. Lamiroy | S. de Locker, K. Herbots, K. van Riet, K. Heyvaert | | Email providing legal advice and requesting information for the purpose of providing legal advice re ELCS seizure. | AC, WP |
| | | Dutch | Email | 04/30/2003 | S. de Locker | K. Heyvaert, B. Lamiroy | K. Herbots | Email requesting legal advice re ELCS seizure. | AC, WP |
| DEXPRIV007425 | DEXPRIV007426 | Dutch | Email | 05/05/2002 | B. Lamiroy | S. de Locker | K. Herbots, K. van Riet, K. Heyvaert, B. de Saedeleer | Email providing legal advice re ELCS seizure. | AC, WP |
| | | Dutch | Email | 05/02/2003 | S. de Locker | B. Lamiroy | K. Herbots, K. van Riet, K. Heyvaert, B. de Saedeleer | Email providing information requested by an attorney for the purpose of providing legal advice re ELCS seizure. | AC, WP |
| | | Dutch | Email | 05/02/2003 | B. Lamiroy | S. de Locker, K. Herbots, K. van Riet, K. Heyvaert | | Email providing legal advice and requesting information for the purpose of providing legal advice re ELCS seizure. | AC, WP |
| | | Dutch | Email | 04/30/2003 | S. de Locker | K. Heyvaert, B. Lamiroy | K. Herbots | Email requesting legal advice re ELCS seizure. | AC, WP |
| DEXPRIV007427 | DEXPRIV007427 | Dutch | Email | 03/17/2003 | S. de Locker | B. de Saedeleer | K. Heyvaert, K. Herbots | Email reflecting request for legal advice re ELCS seizure. | AC, WP |
| DEXPRIV007428 | DEXPRIV007428 | Dutch | Email | 02/27/2003 | S. de Locker | B. de Saedeleer | | Email reflecting request for legal advice re ELCS seizure. | AC, WP |
| DEXPRIV007429 | DEXPRIV007430 | Dutch | Email | 05/06/2003 | B. Lamiroy | K. Heyvaert | S. de Loecker, K. Herbots | Email providing legal advice re ELCS seizure. | AC, WP |
| | | Dutch | Email | 05/06/2003 | K. Heyvaert | B. Lamiroy | S. de Loecker, K. Herbots | Email requesting legal advice re ELCS seizure. | AC, WP |
| | | Dutch | Email | 05/05/2002 | B. Lamiroy | S. de Locker | K. Herbots, K. van Riet, K. Heyvaert, B. de Saedeleer | Email providing legal advice re ELCS seizure. | AC, WP |
| | | Dutch | Email | 05/02/2003 | S. de Locker | B. Lamiroy | K. Herbots, K. van Riet, K. Heyvaert, B. de Saedeleer | Email providing information requested by an attorney for the purpose of providing legal advice re ELCS seizure. | AC, WP |
| | | Dutch | Email | 05/02/2003 | B. Lamiroy | S. de Locker, K. Herbots, K. van Riet, K. Heyvaert | | Email providing legal advice and requesting information for the purpose of providing legal advice re ELCS seizure. | AC, WP |
| | | Dutch | Email | 04/30/2003 | S. de Locker | K. Heyvaert, B. Lamiroy | K. Herbots | Email requesting legal advice re ELCS seizure. | AC, WP |
| DEXPRIV007431 | DEXPRIV007431 | Dutch | Email | 03/31/2003 | K. Herbots | B. Lamiroy | K. Heyvaert, S. de Loecker | Email providing information requested by an attorney for the purpose of providing legal advice re ELCS seizure. | AC, WP |
| | | Dutch | Email | 03/31/2003 | B. Lamiroy | K. Herbots | D. Herbots | Email requesting information for the purpose of providing legal advice re ELCS seizure. | AC, WP |

5/19/2006

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| | | Dutch | Email | 03/28/2003 | B. Lamiroy | D. Herbots | K. Heyvaert | Email requesting information for the purpose of providing legal advice re ELCS seizure. | AC, WP |
| DEXPRIV007432 | DEXPRIV007432 | Dutch | Email | 02/05/2003 | K. Heyvaert | B. Lamiroy | S. de Loecker | Email, with attachments, transmitting information for the purpose of obtaining legal advice and requesting legal advice re ELCS seizure. | AC, WP |
| | | Dutch | Email | 02/04/2003 | S. de Loecker | B. Lamiroy | K. Heyvaert, K. Herbots | Email, with attachments, requesting legal advice re ELCS seizure. | AC, WP |
| DEXPRIV007433 | DEXPRIV007433 | Dutch | Email | 01/20/2003 | K. Heyvaert | B. Lamiroy, S. de Loecker | | Email providing information requested by an attorney re ELCS seizure. | AC, WP |
| | | Dutch | Email | 01/20/2003 | B. Lamiroy | K. Heyvaert, S. de Loecker | | Email, with attachment, providing legal advice re ELCS seizure. | AC, WP |
| DEXPRIV007434 | DEXPRIV007434 | Dutch | Email | 01/20/2003 | B. Lamiroy | K. Heyvaert, S. de Loecker | | Email, with attachment, providing legal advice re ELCS seizure. | AC, WP |
| DEXPRIV007435 | DEXPRIV007435 | Dutch | Letter | 01/21/2003 | B. Lamiroy | W. Hardeman | | Draft letter. | WP |
| DEXPRIV007436 | DEXPRIV007436 | Dutch | Email | 12/24/2002 | K. Heyvaert | B. Lamiroy, K. Herbots, S. de Loecker | | Email, with attachment, providing information requested by an attorney re ELCS seizure. | AC, WP |
| | | Dutch | Email | 12/20/2002 | B. Lamiroy | K. Heyvaert, K. Herbots, S. de Loecker | | Email, with attachment, providing legal advice re ELCS seizure. | AC, WP |
| DEXPRIV007437 | DEXPRIV007437 | Dutch | Email | 12/05/2002 | K. Heyvaert | B. de Saedeleer | S. de Loecker, K. Herbots, B. Lamiroy | Email requesting information at the request of an attorney for the purpose of providing legal advice re ELCS seizure. | AC, WP |
| DEXPRIV007438 | DEXPRIV007438 | Dutch | Email | 06/19/2001 | K. Herbots | B. Lamiroy | | Email requesting legal advice re ELCS seizure. | AC, WP |
| DEXPRIV007439 | DEXPRIV007439 | Dutch | Email | 06/28/2001 | B. Lamiroy | K. Herbots | P. van Tiggel, K. Heyvaert | Email providing legal advice re ELCS seizure. | AC, WP |
| DEXPRIV007440 | DEXPRIV007440 | Dutch | Email | 06/15/2001 | K. Herbots | B. Lamiroy | P. van Tiggel, K. Heyvaert | Email, with attachment, requesting legal advice re ELCS seizure. | AC, WP |
| DEXPRIV007441 | DEXPRIV007441 | Dutch | Email | 06/15/2001 | K. Herbots | B. Lamiroy | P. van Tiggel, K. Heyvaert | Email, with attachment, requesting legal advice re ELCS seizure. | AC, WP |
| DEXPRIV007442 | DEXPRIV007441 | Dutch | Letter | 06/15/2001 | Artesia Bank NV | BTW Administrative | W. Hardeman | Draft letter. | WP |
| | DEXPRIV007442 | Dutch | Email | 02/14/2001 | K. van Riet | B. Lamiroy | | Email transmitting request for legal advice re ELCS seizure. | AC, WP |
| | | Dutch | Email | 02/13/2001 | K. Herbots | K. van Riet | | Email, with attachments, providing information at the request of an attorney re ELCS seizure. | AC, WP |
| DEXPRIV007443 | DEXPRIV007445 | Dutch | Memo | | CCC2 | | | Draft memorandum for credit committee of 2/2/2001 prepared at the request of an attorney re ELCS seizure. | AC, WP |
| DEXPRIV007446 | DEXPRIV007446 | Dutch | Chart | | K. Herbots, P. van Tiggel | | | Attachment to memorandum for credit committee of 2/2/2001 prepared at the request of an attorney re ELCS seizure. | AC, WP |

Page 344

## Quaak v. Dexia and Related Cases
### Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV007447 | DEXPRIV007447 | Dutch | Forms | | Artesia Banking Corporation | | | Credit proposal prepared for credit committee of 2/2/2001 reflecting legal advice re ELCS seizure. | AC, WP |
| DEXPRIV007448 | DEXPRIV007448 | Dutch | Chart | | | | | Attachment to memorandum for credit committee of 2/2/2001 prepared at the request of an attorney re ELCS seizure. | AC, WP |
| DEXPRIV007449 | DEXPRIV007451 | Dutch | Memo | | K. Herbots, P. van Tiggel | CCC2 | | Memorandum for credit committee of 2/2/2001 prepared at the request of an attorney re ELCS seizure. | AC, WP |
| DEXPRIV007452 | DEXPRIV007452 | Dutch | Handwritten notes | | "Barbara" | "Bernard" | | Undated handwritten notes transmitting credit proposal requesting legal advice or at the request of an attorney, re ELCS seizure. | AC, WP |
| DEXPRIV007453 | DEXPRIV007461 | Dutch | Chart | 02/01/2001 | BACOB Bank NV | | | Credit analysis prepared at the request of an attorney re ELCS seizure. | AC, WP |
| DEXPRIV007462 | DEXPRIV007463 | Dutch | Email | 05/05/2002 | B. Lamiroy | S. de Loecker | K. Herbots, K. van Riet, K. Heyvaert, B. de Saedeleer | Email providing legal advice re ELCS seizure. | AC, WP |
| | | Dutch | Email | 05/02/2003 | S. de Loecker | B. Lamiroy | K. Herbots, K. van Riet, K. Heyvaert, B. de Saedeleer | Email providing information requested by an attorney for the purpose of providing legal advice re ELCS seizure. | AC, WP |
| | | Dutch | Email | 05/02/2003 | B. Lamiroy | S. de Loecker, K. Herbots, K. van Riet, K. Heyvaert | | Email providing legal advice and requesting information for the purpose of providing legal advice re ELCS seizure. | AC, WP |
| | | Dutch | Email | 04/30/2003 | S. de Loecker | K. Heyvaert, B. Lamiroy | K. Herbots | Email requesting legal advice re ELCS seizure. | AC, WP |
| DEXPRIV007464 | DEXPRIV007464 | Dutch | Email | 12/20/2002 | B. Lamiroy | K. Heyvaert, K. Herbots, S. de Loecker | | Email, with attachment, providing legal advice re ELCS seizure. | AC, WP |
| DEXPRIV007465 | DEXPRIV007466 | Dutch | Email | 05/05/2002 | B. Lamiroy | S. de Loecker | K. Herbots, K. van Riet, K. Heyvaert, B. de Saedeleer | Email providing legal advice re ELCS seizure. | AC, WP |
| | | Dutch | Email | 05/02/2003 | S. de Loecker | B. Lamiroy | | Email providing information requested by an attorney for the purpose of providing legal advice re ELCS seizure. | AC, WP |
| | | Dutch | Email | 05/02/2003 | B. Lamiroy | S. de Loecker, K. Herbots, K. van Riet, K. Heyvaert | | Email providing legal advice and requesting information for the purpose of providing legal advice re ELCS seizure. | AC, WP |
| | | Dutch | Email | 04/30/2003 | S. de Loecker | K. Heyvaert, B. Lamiroy | K. Herbots | Email requesting legal advice re ELCS seizure. | AC, WP |
| DEXPRIV007467 | DEXPRIV007467 | Dutch | Email | 04/22/2003 | K. Herbots | B. Lamiroy | S. de Loecker, K. Heyvaert | Email requesting legal advice re ELCS seizure. | AC, WP |

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

5/19/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| | | Dutch | Email | 04/16/2003 | B. Lamiroy | K. Heyvaert | K. Herbots, S. de Loecker | Email providing legal advice re ELCS seizure. | AC, WP |
| | | Dutch | Email | 04/16/2003 | K. Heyvaert | B. Lamiroy | S. de Loecker | Email requesting legal advice re ELCS seizure. | AC, WP |
| DEXPRIV007468 | DEXPRIV007468 | Dutch | Email | 03/31/2003 | K. Herbots | B. Lamiroy | K. Heyvaert, S. de Loecker | Email providing information requested by an attorney for the purpose of providing legal advice re ELCS seizure. | AC, WP |
| | | Dutch | Email | 03/31/2003 | B. Lamiroy | K. Herbots | D. Herbots | Email requesting information for the purpose of providing legal advice re ELCS seizure. | AC, WP |
| DEXPRIV007469 | DEXPRIV007469 | Dutch | Email | 03/28/2003 | B. Lamiroy | D. Herbots | K. Heyvaert | Email requesting information for the purpose of providing legal advice re ELCS seizure. | AC, WP |
| DEXPRIV007470 | DEXPRIV007470 | Dutch | Email | 02/20/2003 | B. Lamiroy | S. de Loecker | K. Heyvaert | Email providing legal advice re ELCS seizure. | AC, WP |
| | | Dutch | Email | 02/20/2003 | S. de Loecker | B. Lamiroy, B. de Saedeleer | K. Heyvaert | Email, with attachments, requesting legal advice re ELCS seizure. | AC, WP |
| DEXPRIV007473 | DEXPRIV007473 | Dutch | Memo | 02/21/2003 | S. de Loecker | CDC2 | | Draft memorandum submitted to an attorney for the purpose of obtaining legal advice re ELCS seizure. | AC, WP |
| DEXPRIV007474 | DEXPRIV007474 | Dutch | Chart | | Dexia Credit Risk Management | | | Chart attached to draft memorandum, submitted to an attorney for the purpose of obtaining legal advice re ELCS seizure. | AC, WP |
| DEXPRIV007475 | DEXPRIV007475 | Dutch | Email | 02/06/2003 | B. Lamiroy | K. Heyvaert | | Email providing legal advice and requesting information for the purpose of providing legal advice re ELCS seizure. | AC, WP |
| | | Dutch | Email | 02/05/2003 | K. Heyvaert | B. Lamiroy | S. de Loecker | Fax, with attachment, providing information for the purpose of obtaining legal advice re ELCS seizure. | AC, WP |
| | | Dutch | Email | 02/04/2003 | S. de Loecker | B. Lamiroy | K. Heyvaert, K. Herbots | Email requesting information for the purpose of providing legal advice re ELCS seizure. | AC, WP |
| DEXPRIV007476 | DEXPRIV007476 | Dutch | Letter | 02/04/2003 | S. de Loecker | W. Hardeman | | Draft letter reflecting the mental impressions of an attorney re ELCS seizure. | WP |
| DEXPRIV007477 | DEXPRIV007477 | Dutch | Email | 01/20/2003 | K. Heyvaert | B. Lamiroy, S. de Loecker | | Email providing information requested by an attorney re ELCS seizure. | AC, WP |
| | | Dutch | Email | 01/20/2003 | B. Lamiroy | K. Heyvaert, S. de Loecker | | Email, with attachment, providing legal advice re ELCS seizure. | AC, WP |
| DEXPRIV007478 | DEXPRIV007478 | Dutch | Email | 01/20/2003 | B. Lamiroy | K. Heyvaert, S. de Loecker | | Email, with attachment, providing legal advice re ELCS seizure. | AC, WP |
| DEXPRIV007479 | DEXPRIV007479 | Dutch | Letter | 02/04/2003 | S. de Loecker | W. Hardeman | | Draft letter reflecting the mental impressions of an attorney re ELCS seizure. | WP |
| DEXPRIV007480 | DEXPRIV007480 | Dutch | Email | 12/05/2002 | K. Heyvaert | B. de Saedeleer | S. de Loecker, K. Herbots, B. Lamiroy | Email requesting information at the request of an attorney for the purpose of providing legal advice re ELCS seizure. | AC, WP |
| DEXPRIV007481 | DEXPRIV007484 | English | Memo | 04/05/2001 | T. Zink | The Bank Group | | Memorandum providing legal advice re U.S. L&H litigation. | AC, WP |

5/19/2006

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV007485 | DEXPRIV007506 | English | Memo | 09/19/2001 | T. Zink, S. Rivera | The Bank Group | | Memorandum providing legal advice re restructuring of L&H financing and U.S. litigation. | AC, WP |
| DEXPRIV007507 | DEXPRIV007515 | English | Memo | 09/28/2001 | T. Zink, H. Selfe | The Lernout & Hauspie Bank Group | | Memorandum providing legal advice re U.S. L&H litigation. | AC, WP |
| DEXPRIV007516 | DEXPRIV007517 | English | Email | 11/13/2001 | S. Loosveld | E. Huyghe, K. Macours, G. Vekeman, J. Vandensteen, M. Tanghe, K. van Riet, C. Schneider, J. Vankeerberghen, M. Kaiser | J. Verlinden, J. Verbist, H. Selfe, T. Zink | Email providing legal advice re Dictaphone financing and L&H bankruptcy. | AC, WP |
| | | English | Email | 11/13/2001 | M. Kaiser | J. Verbist, J. Verlinden, S. Loosveld | | Email providing information required by an attorney for the purpose of providing legal advice re Dictaphone financing and L&H bankruptcy. | AC, WP |
| DEXPRIV007518 | DEXPRIV007518 | English | Email | 11/13/2001 | S. Loosveld | E. Huyghe, K. Macours, G. Vekeman, J. Vandensteen, M. Tanghe, K. van Riet, C. Schneider, J. Vankeerberghen, M. Kaiser | J. Verlinden, J. Verbist, H. Selfe, T. Zink | Email providing legal advice re Dictaphone financing. | AC, WP |
| DEXPRIV007519 | DEXPRIV007519 | English | Email | 11/12/2001 | E. Huyghe | J. Verbist, J. Verlinden, S. Loosveld, H. Selfe, T. Zink, K. Macours, G. Vekeman, J. Vandensteen, K. van Riet, C. Schneider, J. Vankeerberghen, M. Kaiser | V. Vercaigne, M. Curran, W. Haeck, D. de Blaser, M. Tanghe | Email requesting legal advice re Dictaphone financing. | AC, WP |

5/19/2006

## Quaak v. Dexia and Related Cases
### Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV007520 | DEXPRIV007538 | English | Fax | 07/18/2001 | Houlihan Lokey Howard & Zukin Capital | M. Curran, E. Matthews | | Financial analysis with handwritten marginalia dated "15/07/2001" signed "K. van Riet" reflecting legal advice re Dictaphone financing, and with marginalia reflecting the mental impressions of an attorney re same. | AC, WP |
| DEXPRIV007539 | DEXPRIV007557 | English | Fax | 07/18/2001 | Houlihan Lokey Howard & Zukin Capital | M. Curran, E. Matthews | | Pages of financial analysis with handwritten marginalia dated "15/07/2001" signed "K. van Riet" reflecting legal advice re Dictaphone financing, and with marginalia reflecting the mental impressions of an attorney re same. | AC, WP |
| DEXPRIV007558 | DEXPRIV007558 | | Email | 06/25/2001 | K. van Riet | B. Lamiroy | | Email transmitting request for legal advice re Dictaphone financing. | AC, WP |
| | | English | Email | 06/25/2001 | D. de Blieser | M. Tanghe, V. Vercaigne, E. Huyghe, K. Macours, F. de Potter, J. Vandensteen, G. Vekeman, J. Vankeerberghen, C. Schneider, K. van Riet, H. Liemen, J. Verbist | | Email, with attachment, transmitting legal advice and reflecting request for legal advice re Dictaphone financing. | AC, WP |
| DEXPRIV007559 | DEXPRIV007562 | English | Memo | 06/25/2001 | H. Seife, T. Zink | The Bank Group | | Memorandum providing legal advice re Dictaphone financing. | AC, WP |
| DEXPRIV007563 | DEXPRIV007563 | Dutch | Email | 02/28/2002 | S. Loosveld | E. Huyghe, M. Tanghe, G. Ramaut, K. Macours, G. Vekeman, J. Vandensteen, K. van Riet, B. Lamiroy | | Email providing legal advice and requesting information for the purpose of providing legal advice re Dictaphone. | AC, WP |
| | | Dutch | Email | 02/19/2002 | S. Loosveld | E. Huyghe, M. Tanghe, G. Ramaut, K. Macours, G. Vekeman, J. Vandensteen, K. van Riet, B. Lamiroy | J. Verbist | Email, with marginalia reflecting the mental impressions of an attorney re same. | AC, WP |

Page 348

5/19/2006

## Quaak v. Dexia and Related Cases
### Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV007564 | DEXPRIV007564 | English | Email | 02/26/2002 | C. Serfilippi | S. Loosveld, C. Serfilippi, W. Haeck | T. Zink, B. Lamiroy, C. Schneider, D. de Bleser, H. Liemen, J. Gallagher, J. Verbist, E. Matthews, E. Huyghe, F. de Potter, G. Vekeman, J. Vankeerberghen, K. van Riet, K. Delerue, K. Diederich, K. Macours, L. Jones, M. Tanghe, M. Curran, M. Kaiser, R. Buehler, R. Wood, S. Janaway, V. Vercaigne | Email providing legal advice re Dictaphone. | AC, WP |