*Quaak v. Dexia and Related Cases*   5/19/2006
Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| | | English | Email | 02/26/2002 | S. Loosveld | C. Serfilippi, W. Haeck | T. Zink, B. Lamiroy, C. Schneider, D. de Bleser, H. Liemen, J. Gallagher, J. Verbist, E. Matthews, E. Huyghe, F. de Potter, G. Vekeman, J. Vankeerberghen, K. van Riet, K. Delerue, K. Diederich, K. Macours, L. Jones, M. Tanghe, M. Curran, M. Kaiser, R. Buehler, R. Wood, S. Janaway, V. Vercaigne | Email requesting legal advice re Dictaphone. | AC, WP |
| DEXPRIV007565 | DEXPRIV007566 | English | Memo | 07/17/2001 | T. Zink | The Bank Group | | Memorandum providing legal advice re Dictaphone financing. | AC, WP |
| DEXPRIV007567 | DEXPRIV007567 | | Email | 05/30/2002 | K. van Riet | B. Lamiroy | | Email transmitting legal advice and request thereof re sale of assets. | AC, WP |
| | | Dutch | Email | 05/23/2002 | A. Miller | K. van Riet, A. de Roeck | | Email requesting legal advice re sale of assets. | AC, WP |
| | | Dutch | Email | 05/23/2002 | K. van Riet | A. de Roeck, A. Miller | | Email providing legal advice re sale of assets. | AC, WP |
| | | Dutch | Email | 05/23/2002 | A. Miller | A. de Roeck, K. van Riet | | Email requesting legal advice re sale of assets. | AC, WP |
| | | English | Email | 05/23/2002 | M. Menting | A. Miller | | Email providing legal advice re sale of assets. | AC, WP |

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

5/19/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV007568 | DEXPRIV007569 | English | Email | 10/11/2002 | C. Serfilippi | B. Morison, B. Lamiroy, C. Schneider, D. de Bleser, E. Matthews, Huyghe, F. de Potter, G. Vekeman, J. Vankeerberghen, K. van Riet, K. Delerue, K. Macours, L. Powell, L. Jones, M. Tanghe, M. Curran, R. Wood, S. Loosveld, S. Janaway, V. Vercaigne, W. Haeck | | Email, with attachment, providing legal advice re Dictaphone financing. | AC, WP |
| DEXPRIV007570 | DEXPRIV007592 | English | Agreement | | Dictaphone Corporation | | | Draft Promissory Note with marginalia reflecting the mental impressions of an attorney re same. | AC, WP |
| DEXPRIV007593 | DEXPRIV007614 | English | Agreement | | Dictaphone Corporation | | | Draft Promissory Note with marginalia reflecting the mental impressions of an attorney re same. | AC, WP |
| DEXPRIV007615 | DEXPRIV007636 | English | Agreement | | Dictaphone Corporation | | | Draft Promissory Note with marginalia reflecting the mental impressions of an attorney re same. | AC, WP |
| DEXPRIV007637 | DEXPRIV007659 | English | Agreement | | Dictaphone Corporation | | | Draft Promissory Note with marginalia reflecting the mental impressions of an attorney re same. | AC, WP |
| DEXPRIV007660 | DEXPRIV007660 | | Email | 05/30/2002 | K. van Riet | B. Lamiroy | | Email transmitting legal advice and request thereof re Dictaphone. | AC, WP |
| | | Dutch | Email | 05/23/2002 | A. Miller | A. de Roeck, K. van Riet | | Email requesting legal advice re Dictaphone. | AC, WP |
| | | English | Email | 05/23/2002 | M. Menting | A. Miller | | Email providing legal advice re Dictaphone. | AC, WP |

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

5/19/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV007661 | DEXPRIV007661 | English | Email | 10/11/2002 | H. Seife | R. Buehler, M. Curran, F. de Potter, D. de Bleser, K. Delerue, K. Diederich, J. Gallagher, C. Geys, W. Haeck, E. Huyghe, L. Jones, M. Kaiser, B. Lamiroy, H. Liemen, S. Loosveld, K. Macours, E. Matthews, J. Nelissen, Grade, C. Schneider, C. Sunt, M. Tanghe, K. van Riet, J. Vankeerberghen, G. Vekeman, J. Verbist, V. Vercaigne, J. Verlinden, R. Wood | T. Zink | Email providing legal advice re L&H bankruptcy proceedings and Dictaphone. | AC, WP |
| DEXPRIV007662 | DEXPRIV007662 | | | | | | | Intentional gap. | |
| DEXPRIV007663 | DEXPRIV007665 | English | Agreement | 07/12/2001 | | | | Draft term sheet re restructuring of L&H financing. | AC, WP |
| DEXPRIV007666 | DEXPRIV007666 | English | Fax | 06/15/2001 | T. Zink | The Bank Group | | Fax, with attachment, providing legal advice re Dictaphone. | AC, WP |
| DEXPRIV007667 | DEXPRIV007706 | English | Memo | 06/25/2001 | Chadbourne & Parke | The Bank Group | | Memorandum providing legal advice re Dictaphone. | AC, WP |
| DEXPRIV007707 | DEXPRIV007712 | English | Memo | | Chadbourne & Parke | | | Exhibit to memorandum providing legal advice re Dictaphone. | AC, WP |
| DEXPRIV007713 | DEXPRIV007714 | English | Email | 02/26/2002 | E. Huyghe | E. Matthews, M. Curran, M. Tanghe, C. Schneider, B. Lamiroy, G. Vekeman, S. Loosveld, H. Liemen | | Email reflecting legal advice re Dictaphone and transmitting request for legal advice re same. | AC, WP |

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

5/19/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| | | English | Email | 02/26/2002 | E. Matthews | C. Serfilippi, B. Lamiroy, C. Sunt, C. Schneider, C. Geys, D. de Bleser, E. Huyghe, F. de Potter, G. Vekeman, H. Liemen, J. Gallagher, J. Nelissen Grade, J. Verbist, J. Verlinden, J. Vankeerberghen, K. van Riet, K. Delerue, K. Diederich, K. Macours, L. Jones, M. Tanghe, M. Curran, M. Kaiser, R. Buehler, R. Wood, S. Loosveld, S. Janaway, V. Vercaigne, W. Haeck | T. Zink | Email requesting legal advice re Dictaphone. | AC, WP |

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

5/19/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| | | English | Email | 02/25/2002 | C. Serfilippi | B. Lamiroy, C. Sunt, C. Schneider, C. Geys, D. de Bleser, E. Matthews, E. Huyghe, F. de Potter, G. Vekeman, H. Liemen, J. Gallagher, J. Nelissen, J. Grade, J. Verbist, J. Verlinden, J. Vankeerberghen, K. van Riet, K. Delerue, K. Diederich, K. Macours, L. Jones, M. Tanghe, M. Curran, M. Kaiser, R. Buehler, R. Wood, S. Loosveld, S. Janaway, V. Vercaigne, W. Haeck | | Email providing legal advice re Dictaphone. | AC, WP |
| DEXPRIV007715 | DEXPRIV007715 | | Email | 02/26/2002 | B. Lamiroy | J. Lametz | | Email, with attachments, transmitting legal advice re Dictaphone. | AC, WP |

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

5/19/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| | | English | Email | 02/22/2002 | C. Serfilippi | B. Lamiroy, C. Sunt, C. Schneider, C. Geys, D. de Bleser, E. Matthews, E. Huyghe, F. de Potter, G. Vekeman, H. Liemen, J. Gallagher, J. Nelissen Grade, J. Verbist, J. Verlinden, J. Vankeerberghen, K. van Riet, K. Delerue, K. Diederich, K. Macours, L. Jones, M. Tanghe, M. Curran, M. Kaiser, R. Buehler, R. Wood, S. Loosveld, S. Janaway, V. Vercaigne, W. Haeck | | Email, with attachment, providing legal advice re Dictaphone. | AC, WP |
| DEXPRIV007716 | DEXPRIV007716 | | Email | 02/26/2002 | B. Lamiroy | J. Lametz | | Email, with attachment, transmitting legal advice re Dictaphone. | AC, WP |

5/19/2006

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| | | English | Email | 02/21/2002 | C. Heylen | B. Lamiroy, C. Sunt, C. Schneider, C. Geys, D. de Bleser, E. Matthews, E. Huyghe, F. de Potter, G. Vekeman, H. Liemen, J. Gallagher, J. Nelissen Grade, J. Verbist, J. Verlinden, J. Vankeerberghen, K. van Riet, K. Delerue, K. Diederich, K. Macours, L. Jones, M. Tanghe, M. Curran, M. Kaiser, R. Buehler, R. Wood, S. Loosveld, S. Janaway, V. Vercaigne, W. Haeck | | Email, with attachment, providing legal advice re Dictaphone. | AC, WP |
| DEXPRIV007717 | DEXPRIV007724 | English | Corporate Documents | 02/20/2002 | | | | Draft bylaws with marginalia reflecting the mental impressions of an attorney re same. | AC, WP |
| DEXPRIV007725 | DEXPRIV007725 | | Email | 02/26/2002 | B. Lamiroy | J. Lametz | | Email, with attachment, transmitting legal advice re Dictaphone. | AC, WP |

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

5/19/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| | | English | Email | 02/21/2002 | C. Heylen | B. Lamiroy, C. Sunt, C. Schneider, C. Geys, D. de Bleser, E. Matthews, E. Huyghe, F. de Potter, G. Vekeman, H. Liemen, J. Gallagher, J. Nelissen Grade, J. Verbist, J. Verlinden, J. Vankeerberghen, K. van Riet, K. Delerue, K. Diederich, K. Macours, L. Jones, M. Tanghe, M. Curran, M. Kaiser, R. Buehler, R. Wood, S. Loosveld, S. Janaway, V. Vercaigne, W. Haeck | | Email, with attachment, providing legal advice re Dictaphone. | AC, WP |
| DEXPRIV007726 | DEXPRIV007731 | English | Corporate Documents | 02/20/2002 | | | | Draft Certificate of Incorporation, with marginalia reflecting the mental impressions of an attorney re same. | AC, WP |
| DEXPRIV007732 | DEXPRIV007732 | | Email | 02/26/2002 | B. Lamiroy | J. Lametz | | Email, with attachment, transmitting legal advice re Dictaphone. | AC, WP |

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

5/19/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| | | English | Email | 02/21/2002 | C. Heylen | B. Lamiroy, C. Sunt, C. Schneider, C. Geys, D. de Bleser, E. Matthews, E. Huyghe, F. de Potter, G. Vekeman, H. Liemen, J. Gallagher, J. Nelissen Grade, J. Verbist, J. Verlinden, J. Vankeerberghen, K. van Riet, K. Delerue, K. Diederich, K. Macours, L. Jones, M. Tanghe, M. Curran, M. Kaiser, R. Buehler, R. Wood, S. Loosveld, S. Janaway, V. Vercaigne, W. Haeck | | Email, with attachment, providing legal advice re Dictaphone. | AC, WP |
| DEXPRIV007733 | DEXPRIV007736 | English | Agreement | 02/20/2002 | | | | Draft Members' Agreement, with marginalia reflecting the mental impressions of an attorney re same. | AC, WP |
| DEXPRIV007737 | DEXPRIV007737 | | Email | 02/26/2002 | B. Lamiroy | J. Lametz | | Email, with attachment, transmitting legal advice re Dictaphone. | AC, WP |
| | | English | Email | 02/21/2002 | C. Heylen | B. Lamiroy | | Email, with attachment, providing legal advice re Dictaphone. | AC, WP |
| DEXPRIV007738 | DEXPRIV007744 | English | Corporate Documents | 02/18/2002 | | | | Draft bylaws with marginalia reflecting the mental impressions of an attorney re same. | AC, WP |
| DEXPRIV007745 | DEXPRIV007745 | | Email | 02/26/2002 | B. Lamiroy | J. Lametz | | Email transmitting legal advice re Dictaphone. | AC, WP |

**Quaak v. Dexia and Related Cases**
**Dexia Bank Belgium's Log of Privileged Documents**

5/19/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV007746 | DEXPRIV007746 | English | Email | 02/21/2002 | C. Heylen | R. Buehler, M. Curran, F. de Potter, D. de Bleser, K. Delerue, K. Diederich, J. Gallagher, C. Geys, W. Haeck, E. Huyghe, L. Jones, M. Kaiser, B. Lamiroy, H. Liemen, S. Loosveld, K. Macours, E. Matthews, J. Neilssen Grade, C. Schneider, C. Sunt, M. Tanghe, K. van Riet, J. Vankeerberghen, G. Vekeman, J. Verbist, V. Vercaigne, J. Verlinden, R. Wood | T. Zink | Email, with attachment, providing legal advice re restructuring of Dictaphone. | AC, WP |
| DEXPRIV007747 | DEXPRIV007747 | | Memo | 02/20/2002 | S. Rivera | The Bank Group | | Memorandum providing legal advice re restructuring Dictaphone. | AC, WP |
| | | English | Email | 02/26/2002 | B. Lamiroy | J. Lametz | | Email, with attachment, transmitting legal advice re Dictaphone. | AC, WP |
| DEXPRIV007748 | DEXPRIV007752 | English | Agreement | 02/21/2002 | C. Heylen | B. Lamiroy | | Email, with attachment, providing legal advice re Dictaphone. | AC, WP |
| DEXPRIV007753 | DEXPRIV007753 | | Email | 02/18/2002 | Dictaphone Corporation | | | Draft Promissory Note with marginalia reflecting the mental impressions of an attorney re same. | AC, WP |
| | | English | Email | 02/26/2002 | B. Lamiroy | J. Lametz | | Email, with attachment, transmitting legal advice re Dictaphone. | AC, WP |
| | | | Email | 02/21/2002 | C. Heylen | B. Lamiroy | | Email, with attachment, providing legal advice re Dictaphone. | AC, WP |
| DEXPRIV007754 | DEXPRIV007765 | English | Agreement | 02/18/2002 | Akin Gump | | | Draft Members' Agreement, with marginalia reflecting the mental impressions of an attorney re same. | AC, WP |

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

5/19/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV007766 | DEXPRIV007766 | English | Agreement | 02/18/2002 | Akin Gump | | | Appendix to Members' Agreement, with marginalia reflecting the mental impressions of an attorney re same. | AC, WP |
| DEXPRIV007767 | DEXPRIV007768 | | Email | 02/26/2002 | B. Lamiroy | J. Lametz | | Email, with attachment, transmitting legal advice re Dictaphone. | AC, WP |
| | | English | Email | 02/21/2002 | C. Heylen | B. Lamiroy | | Email, with attachment, providing legal advice re Dictaphone. | AC, WP |
| DEXPRIV007769 | DEXPRIV007770 | English | Corporate Documents | 02/18/2002 | Akin Gump | | | Draft Certificate of Incorporation, with marginalia reflecting the mental impressions of an attorney re same. | AC, WP |
| DEXPRIV007771 | DEXPRIV007772 | | Email | 02/26/2002 | B. Lamiroy | J. Lametz | | Email, with attachment, transmitting legal advice re Dictaphone. | AC, WP |
| | | English | Email | 02/21/2002 | C. Heylen | B. Lamiroy | | Email, with attachment, providing legal advice re Dictaphone. | AC, WP |
| DEXPRIV007773 | DEXPRIV007776 | English | Agreement | 02/18/2002 | Akin Gump | | | Draft Warrant agreement, with marginalia reflecting the mental impressions of an attorney re same. | AC, WP |
| DEXPRIV007777 | DEXPRIV007777 | Dutch | Email | 03/14/2002 | B. Lamiroy | K. Macours, M. Tanghe | G. Vekeman, J. Vandensteen | Email providing legal advice re Dictaphone. | AC, WP |
| | | Dutch | Email | 03/14/2002 | K. Macours | K. van Riet | | Email requesting legal advice re Dictaphone. | AC, WP |
| DEXPRIV007778 | DEXPRIV007779 | English | Court Submission | 03/24/2002 | A. de Roeck | B. Lamiroy | | Draft affidavit. | WP |
| DEXPRIV007780 | DEXPRIV007781 | Dutch | Email | 03/14/2002 | B. Lamiroy | adg3571113@skynet.be - (likely to be Asselberghs) | K. van Riet | Email providing legal advice re Dictaphone and requesting information for the purpose of providing legal advice re same. | AC, WP |
| | | Dutch | Email | 03/12/2002 | S. Loosveld | E. Huyghe, M. Tanghe, G. Ramaut, K. Macours, G. Vekeman, J. Vandensteen, K. van Riet, B. Lamiroy | J. Verbist | Email providing legal advice and requesting information for the purpose of providing legal advice re Dictaphone. | AC, WP |
| | | Dutch | Email | 03/12/2002 | T. Zink | S. Loosveld | | Email providing legal advice re Dictaphone. | AC, WP |
| DEXPRIV007782 | DEXPRIV007782 | | | | | | | Intentional gap. | |

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

5/19/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV007783 | DEXPRIV007803 | English | Fax | 10/25/2001 | D. de Bieser | F. Sercu, L. Mesuere, F. van Steenwinkel, V. Vercaigne, F. de Potter, G. Vekeman, K. Macours, P. van Tiggel, K. van Riet, J. Vankeerberghen, C. Schneider, H. Liemen, K. Diederich, M. Kaiser | | Fax, with attachments, requesting legal advice re Dictaphone board. | AC, WP |
| DEXPRIV007804 | DEXPRIV007813 | | | | | | | Intentional gap. | |
| DEXPRIV007814 | DEXPRIV007817 | Dutch | Email | 10/18/2001 | A. de Roeck | K. van Riet | | Email, with marginalia, transmitting legal advice re Dictaphone board. | AC, WP |
| | | French | Email | 10/16/2001 | A. de Roeck | A. Miller | L. Onclin, J. Martin, M. Decamps, M. Oostens, C. Piret | Email providing legal advice re Dictaphone board. | AC, WP |
| | | French | Email | 10/16/2001 | A. Miller | A. de Roeck | L. Onclin, J. Martin, M. Decamps, M. Oostens, C. Piret | Email requesting legal advice re Dictaphone board. | AC, WP |
| | | Dutch | Email | 10/16/2001 | A. de Roeck | A. de Roeck | M. Decamps | Email providing legal advice re Dictaphone board. | AC, WP |
| | | Dutch | Email | 10/15/2001 | K. van Riet | J. Martin, C. Piret | A. de Roeck, F. Saverys, B. Lamiroy | Email providing legal advice re Dictaphone board. | AC, WP |
| DEXPRIV007818 | DEXPRIV007818 | English | Court Submission | 04/23/2002 | A. de Roeck | | | Draft affidavit. | WP |
| DEXPRIV007819 | DEXPRIV007841 | English | Agreement | | | | | Draft Promissory Note with marginalia reflecting the mental impressions of an attorney re same. | AC, WP |
| DEXPRIV007842 | DEXPRIV007863 | English | Agreement | | | | | Draft Promissory Note with marginalia reflecting the mental impressions of an attorney re same. | AC, WP |
| DEXPRIV007864 | DEXPRIV007864 | | Email | 02/26/2002 | B. Lamiroy | J. Lametz | | Email, with attachments, transmitting legal advice re Dictaphone. | AC, WP |

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

5/19/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| | | English | Email | 02/22/2002 | C. Serfilippi | B. Lamiroy, C. Sunt, C. Schneider, C. Geys, D. de Bleser, E. Matthews, E. Huyghe, F. de Potter, G. Vekeman, H. Liemen, J. Gallagher, J. Nelissen Grade, J. Verbist, J. Verlinden, J. Vankeerberghen, K. van Riet, K. Delerue, K. Diederich, K. Macours, L. Jones, M. Tanghe, M. Curran, M. Kaiser, R. Buehler, R. Wood, S. Loosveld, S. Janaway, V. Vercaigne, W. Haeck | | Email, with attachment, providing legal advice re Dictaphone. | AC, WP |
| DEXPRIV007865 | DEXPRIV007865 | | Email | 02/26/2002 | B. Lamiroy | J. Lametz | | Email, with attachments, transmitting legal advice re Dictaphone. | AC, WP |

Page 362

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

5/19/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| | | English | Email | 02/22/2002 | C. Serfilippi | B. Lamiroy, C. Sunt, C. Schneider, C. Geys, D. de Bleser, E. Matthews, E. Huyghe, F. de Potter, G. Vekeman, H. Liemen, J. Gallagher, J. Nelissen Grade, J. Verbist, J. Verlinden, J. Vankeerberghen, K. van Riet, K. Delerue, K. Diederich, K. Macours, L. Jones, M. Tanghe, M. Curran, M. Kaiser, R. Buehler, R. Wood, S. Loosveld, S. Janaway, V. Vercaigne, W. Haeck | | Email, with attachment, providing legal advice re Dictaphone. | AC, WP |
| DEXPRIV007866 | DEXPRIV007867 | | Email | 02/26/2002 | B. Lamiroy | J. Lametz | | Email, with attachment, transmitting legal advice re Dictaphone. | AC, WP |
| DEXPRIV007868 | DEXPRIV007889 | English | Email | 02/20/2002 | C. Heylen | B. Lamiroy | | Email, with attachment, providing legal advice re Dictaphone. | AC, WP |
| DEXPRIV007890 | DEXPRIV007913 | English | Agreement | | | | | Draft Promissory Note with marginalia reflecting the mental impressions of an attorney re same. | AC, WP |
| | | English | Agreement | | | | | Draft Promissory Note with marginalia reflecting the mental impressions of an attorney re same. | AC, WP |
| DEXPRIV007914 | DEXPRIV007914 | | Email | 12/07/2000 | K. van Riet | B. Lamiroy | | Email transmitting legal advice re L&H bankruptcy litigation proceedings. | AC, WP |

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

5/19/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| | | English | Email | 12/06/2000 | T. Zink | J. Verbist, S. Loosveld, J. Verlinden, P. Cordonnier, K. van Riet, K. Macours, V. Vercaigne, M. Curran, E. Huyghe, M. Tanghe, H. Liemen, J. Vankeerberghen, | | Email providing legal advice re L&H bankruptcy litigation proceedings. | AC, WP |
| DEXPRIV007915 | DEXPRIV007915 | Dutch | Email | 12/12/2000 | P. Cordonnier | B. Lamiroy | | Email, with attachment, transmitting legal advice re Creditors' Committee. | AC, WP |
| | | | Email | 12/12/2000 | J. Verbist | D. de Bleser, E. Huyghe, H. Liemen, J. Vankeerberghen, K. van Riet, K. Diederich, K. Macours, M. Tanghe, P. Cordonnier, R. Buehler, V. Vercaigne, M. Curran | J. Nelissen Grade, C. Sunt, J. Verlinden, S. Loosveld, C. Geys | Incomplete email. | AC, WP |
| DEXPRIV007916 | DEXPRIV007917 | English | Email | | J. Verbist | | | Email without header information, providing legal advice re Creditors' Committee. | AC, WP |
| | | English | Email | 12/11/2000 | H. Seife | J. Verbist | H. Seife, T. Zink | Email providing legal advice re Creditors' Committee. | AC, WP |
| DEXPRIV007918 | DEXPRIV007918 | Dutch | Email | 12/12/2000 | P. Cordonnier | B. Lamiroy | | Email, with attachment, transmitting legal advice re Creditors' Committee. | AC, WP |

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

5/19/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| | | | Email | 12/12/2000 | J. Verbist | D. de Bleser, E. Huyghe, H. Liemen, J. Vankeerberghen, K. van Riet, K. Diederich, K. Macours, M. Tanghe, P. Cordonnier, R. Buehler, V. Vercaigne, M. Curran | J. Nelissen Grade, C. Sunt, J. Verlinden, S. Loosveld, C. Geys | Incomplete email. | AC, WP |
| DEXPRIV007919 | DEXPRIV007919 | Dutch | Email | 12/12/2000 | K. van Riet | C. Piret, P. van Tiggel, B. Lamiroy | | Email transmitting legal advice re L&H and Dictaphone and providing legal advice re same. | AC, WP |
| | | English | Email | 12/11/2000 | T. Zink | J. Verbist, S. Loosveld, J. Verlinden, P. Cordonnier, K. van Riet, K. Macours, V. Vercaigne, M. Curran, E. Huyghe, M. Tanghe, H. Liemen, J. Vankeerberghen, C. Geys | | Email, with attachment, providing legal advice re L&H and Dictaphone. | AC, WP |
| DEXPRIV007920 | DEXPRIV007921 | English | Memo | 12/11/2000 | T. Zink, H. Seife | J. Verbist, S. Loosveld, J. Verlinden, P. Cordonnier, K. van Riet, K. Macours, V. Vercaigne, M. Curran, E. Huyghe, M. Tanghe, H. Liemen, J. Vankeerberghen, C. Geys | | Memorandum providing legal advice re pledge, Creditors' Committee and L&H bankruptcy proceedings. | AC, WP |

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

5/19/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV007922 | DEXPRIV007922 | Dutch | Email | 12/14/2000 | K. van Riet | C. Piret, P. van Tiggel, B. Lamiroy | | Email transmitting legal advice re Creditors' Committee and providing legal advice re same. | AC, WP |
| | | English | Email | 12/14/2000 | C. Keutgen | K. van Riet | | Email providing legal advice re Creditors' Committee. | AC, WP |
| DEXPRIV007923 | DEXPRIV007923 | Dutch | Fax | 12/20/2000 | J. Verbist | D. de Bleser, K. van Riet | | Fax transmitting and providing legal advice re L&H bankruptcy. | AC, WP |
| DEXPRIV007924 | DEXPRIV007924 | | Email | 02/05/2001 | J. Lametz | B. Lamiroy | | Email information for the purpose of providing legal advice re Dictaphone Creditors' Committee. | AC, WP |
| | | English | Email | 02/03/2001 | T. Zink | R. Buehler, P. Cordonnier, M. Curran, F. de Potter, D. de Bleser, K. Delerue, K. Diederich, J. Gallagher, C. Geys, W. Haeck, K. Herbots, E. Huyghe, L. Jones, M. Kaiser, H. Liemen, S. Loosveld, K. Macours, E. Matthews, J. Nelissen Grade, C. Schneider, C. Sunt, M. Tanghe, R. Tinari, K. van Riet, J. Vankeerberghen, P. van Tiggel, G. Vekeman, J. Verbist, V. Vercaigne, J. Verlinden | H. Seife | Email providing legal advice re Dictaphone Creditors' Committee and transmitting information for the purpose of providing legal advice re same. | AC, WP |
| DEXPRIV007925 | DEXPRIV007927 | English | Letter | 02/05/2001 | T. Zink | | | Draft letter to Department of Justice, reflecting the mental impressions of an attorney, re Dictaphone Creditors' Committee. | AC, WP |

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

5/19/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV007928 | DEXPRIV007928 | | Email | 03/01/2001 | K. van Riet | B. Lamiroy | | Email transmitting legal advice re Dictaphone Creditors' Committee. | AC, WP |
| | | English | Email | 02/28/2001 | A. Rosenblatt | R. Buehler, P. Cordonnier, M. Curran, F. de Potter, D. de Bleser, K. Delerue, K. Diederich, J. Gallagher, C. Geys, W. Haeck, K. Herbots, E. Huyghe, L. Jones, M. Kaiser, H. Liemen, S. Loosveld, K. Macours, E. Matthews, J. Nelissen Grade, C. Schneider, C. Sunt, M. Tanghe, K. van Riet, J. Vankeerberghen, P. van Tiggel, G. Vekeman, J. Verbist, V. Vercaigne, J. Verlinden, R. Wood | H. Seife, T. Zink, F. Vazquez | Email providing legal advice re Dictaphone Creditors' Committee. | AC, WP |

Page 367

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

5/19/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV007929 | DEXPRIV007929 | English | Email | 02/26/2003 | C. Serfilippi | B. Lamiroy, C. Schneider, D. de Bleser, E. Matthews, E. Huyghe, F. de Potter, G. Vekeman, H. Liemen, J. Gallagher, J. Verbist, J. Vankeerberghen, K. van Riet, K. Delerue, K. Diederich, K. Macours, L. Jones, M. Tanghe, M. Curran, M. Kaiser, R. Buehler, R. Wood, S. Loosveld, S. Janaway, V. Vercaigne, W. Haeck | T. Zink, S. Rivera | Email providing legal advice re restructuring of L&H financing, with marginalia reflecting the mental impressions of an attorney re same. | AC, WP |

Page 368

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

5/19/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV007930 | DEXPRIV007931 | English | Email | 02/28/2002 | T. Zink | R. Buehler, M. Curran, F. de Potter, D. de Bleser, K. Delerue, K. Diederich, J. Gallagher, C. Geys, W. Haeck, E. Huyghe, S. Janaway, L. Jones, M. Kaiser, B. Lamiroy, H. Liemen, S. Loosveld, K. Macours, E. Matthews, J. Nelissen Grade, C. Schneider, C. Sunt, M. Tanghe, K. van Riet, J. Vankeerberghen, G. Vekeman, J. Verbist, V. Vercaigne, J. Verlinden, R. Wood | C. Serfilippi | Email providing legal advice re restructuring of L&H financing, with embedded email from E. Matthews to T. Zink and C. Piret requesting legal advice re same. | AC, WP |

Page 369