*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

5/19/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV007932 | DEXPRIV007934 | English | Email | 02/21/2002 | S. Loosveld | R. Buehler, M. Curran, F. de Potter, D. de Bleser, K. Delerue, K. Diederich, J. Gallagher, W. Haeck, E. Huyghe, S. Janaway, L. Jones, M. Kaiser, B. Lamiroy, H. Liemen, K. Macours, E. Matthews, C. Schneider, M. Tanghe, K. van Riet, J. Vankeerberghen, G. Vekeman, V. Vercaigne, R. Wood | | Email transmitting legal advice re restructuring of L&H financing, L&H bankruptcy and Creditors' Committee. | AC, WP |
| | | English | Email | 02/19/2002 | T. Zink | S. Loosveld, T. Zink, C. Serfilippi | J. Verbist | Email providing legal advice re restructuring of L&H financing, L&H bankruptcy and Creditors' Committee. | AC, WP |
| | | English | Email | 02/19/2002 | S. Loosveld | T. Zink, C. Serfilippi | J. Verbist | Email requesting legal advice re restructuring of L&H financing, L&H bankruptcy and Creditors' Committee. | AC, WP |

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

5/19/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV007935 | DEXPRIV007935 | English | Email | 10/09/2002 | C. Serfilippi | B. Lamiroy, C. Schneider, D. de Bleser, E. Matthews, E. Huyghe, F. de Potter, G. Vekeman, J. Verbist, J. Vankeerberghen, K. van Riet, K. Delerue, K. Macours, L. Jones, M. Tanghe, M. Curran, R. Wood, S. Loosveld, S. Janaway, V. Vercaigne, W. Haeck, L. Powell | T. Zink, C. Rivera | Email, with attachments, transmitting legal advice re Dictaphone financing. | AC, WP |
| DEXPRIV007936 | DEXPRIV007936 | English | Chart | | | | | Chart, prepared at the request of an attorney, re Dictaphone debt. | AC, WP |
| DEXPRIV007937 | DEXPRIV007937 | Dutch | Email | 05/30/2002 | K. van Riet | B. Lamiroy | | Email transmitting request for legal advice re sales of assets. | AC, WP |
| | | Dutch | Email | 05/23/2002 | A. Miller | A. de Roeck, K. van Riet | | Email requesting legal advice re sales of assets. | AC, WP |
| | | English | Email | 05/22/2002 | M. Menting | A. Miller | | Email providing legal advice re sale of assets. | AC, WP |
| DEXPRIV007938 | DEXPRIV007938 | Dutch | Email | 05/30/2002 | K. van Riet | B. B. Lamiroy | | Email transmitting legal advice and request thereof re sale of assets. | AC, WP |
| | | Dutch | Email | 05/23/2002 | A. Miller | K. van Riet, A. de Roeck | | Email requesting legal advice re sale of assets. | AC, WP |
| | | Dutch | Email | 05/23/2002 | K. van Riet | A. de Roeck, A. Miller | | Email providing legal advice re sale of assets. | AC, WP |
| | | Dutch | Email | 05/23/2002 | A. Miller | A. de Roeck, K. van Riet | | Email requesting legal advice re sale of assets. | AC, WP |
| | | English | Email | 05/23/2002 | M. Menting | A. Miller | | Email providing legal advice re sale of assets. | AC, WP |
| DEXPRIV007939 | DEXPRIV007940 | English | Email | 12/19/2002 | J. Bekaert | K. van Riet, B. Lamiroy | J. Verbist | Email transmitting and providing legal advice re Dictaphone financing. | AC, WP |
| | | English | Email | 12/18/2002 | C. Rivera | J. Bekaert | T. Zink | Email providing legal advice re Dictaphone financing. | AC, WP |

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

5/19/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| | | English | Email | 10/11/2002 | C. Serfilippi | B. Morison, B. Lamiroy, C. Schneider, D. de Bleser, E. Matthews, F. de Potter, G. Vekeman, Huyghe, J. Vankeerberghen, K. van Riet, K. Delerue, K. Macours, L. Powell, L. Jones, M. Tanghe, M. Curran, R. Wood, S. Loosveld, S. Janaway, V. Vercaigne, W. Haeck | T. Zink, C. Rivera | Email, with attachment, providing legal advice re Dictaphone financing. | AC, WP |
| DEXPRIV007941 | DEXPRIV007941 | English | Chart | | | | | Chart, prepared at the request of an attorney, re Dictaphone financing. | AC, WP |
| DEXPRIV007942 | DEXPRIV007942 | English | Fax | 12/09/2002 | C. Rivera | B. Lamiroy | K. van Riet | Fax providing legal advice re Dictaphone financing. | AC, WP |
| DEXPRIV007943 | DEXPRIV007945 | English | Fax | 12/06/2002 | T. Zink, C. Rivera | The Bank Group | | Fax providing legal advice re L&H bankruptcy. | AC, WP |
| DEXPRIV007946 | DEXPRIV007948 | English | Chart | 12/06/2002 | Chadbourne & Parke | | | Chart prepared by an attorney and providing legal advice re L&H bankruptcy. | AC, WP |
| DEXPRIV007949 | DEXPRIV007950 | Dutch | Handwritten notes | 06/17/2003 | | | | Handwritten notes reflecting the mental impressions of an attorney and reflecting legal advice re Dictaphone. | AC, WP |
| DEXPRIV007951 | DEXPRIV007953 | English | Minutes | | | | | Minutes of meeting of L&H banking consortium dated 1/12/2000 re L&H litigation strategy. | AC, WP |
| DEXPRIV007954 | DEXPRIV007954 | English | Minutes | | | | | First page of minutes of meeting of L&H banking consortium dated 11/29/2000 providing legal advice re restructuring of L&H financing, L&H bankruptcy strategy and L&H litigation strategy. | AC, WP |
| DEXPRIV007955 | DEXPRIV007955 | English | Minutes | | | | | First page of minutes of conference call of L&H banking consortium dated 11/29/2000 providing legal advice re sale of assets and restructuring of L&H financing. | AC, WP |

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

5/19/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV007956 | DEXPRIV007957 | English | Minutes | | | | | Minutes of meeting of L&H banking consortium dated 11/26/2000 providing legal advice re restructuring of L&H financing. | AC, WP |
| DEXPRIV007958 | DEXPRIV007958 | English | Minutes | | | | | First page of minutes of meeting of L&H banking consortium dated 11/24/2000 providing legal advice re litigation strategy. | AC, WP |
| DEXPRIV007959 | DEXPRIV007959 | | Email | 01/16/2001 | P. van Tiggel | P. Cordonnier, K. Herbots | | Email transmitting legal advice re credit insurance. | AC, WP |
| | | Dutch | Email | 01/15/2001 | K. van Riet | C. Piret, P. van Tiggel | B. Lamiroy | Email providing legal advice re credit insurance. | AC, WP |
| DEXPRIV007960 | DEXPRIV007960 | Dutch | Email | 01/10/2001 | K. Herbots | K. van Riet, P. van Tiggel | | Email requesting legal advice re L&H relationship. | AC, WP |
| | | Dutch | Email | 01/10/2001 | B. Ferrand | B. Lamiroy | K. Herbots | Email requesting legal advice re L&H relationship. | AC, WP |
| DEXPRIV007961 | DEXPRIV007961 | Dutch | Email | 01/10/2001 | K. van Riet | C. Piret, F. Saverys, P. van Tiggel, K. Herbots | | Email providing legal advice re restructuring of L&H financing, L&H bankruptcy, credit insurance and pledge. | AC, WP |
| DEXPRIV007962 | DEXPRIV007962 | Dutch | Email | 01/09/2001 | K. van Riet | C. Piret, F. Saverys, P. van Tiggel, K. Herbots | | Email providing legal advice re Peer van Driesten. | AC, WP |
| DEXPRIV007963 | DEXPRIV007963 | Dutch | Email | 01/10/2001 | K. van Riet | C. Piret, F. Saverys, P. van Tiggel, K. Herbots | | Email providing legal advice re restructuring of L&H financing, L&H bankruptcy, US litigation strategy and pledge. | AC, WP |
| DEXPRIV007964 | DEXPRIV007964 | | Email | 12/21/2000 | P. van Tiggel | K. Herbots, P. Cordonnier | | Email transmitting legal advice re L&H bankruptcy. | AC, WP |
| | | Dutch | Email | 12/21/2000 | K. van Riet | C. Piret, F. Saverys, P. van Tiggel, B. Lamiroy | | Email transmitting and providing legal advice re L&H bankruptcy. | AC, WP |

*Quaak v. Dexia and Related Cases*  
Dexia Bank Belgium's Log of Privileged Documents

5/19/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| | | English | Email | 12/21/2000 | T. Zink | P. Cordonnier, M. Curran, F. de Potter, C. Geys, W. Haeck, K. Herbots, E. Huyghe, L. Jones, M. Kaiser, H. Liemen, S. Loosveld, K. Macours, E. Matthews, M. Tanghe, R. Tinari, K. van Riet, J. Vankeerberghen, P. van Tiggel, G. Vekeman, J. Verbist, V. Vercaigne, J. Verlinden | H. Seife | Incomplete email mail providing legal advice re L&H bankruptcy. | AC, WP |
| DEXPRIV007965 | DEXPRIV007965 | | Email | 12/13/2000 | P. van Tiggel | K. Herbots, P. Cordonnier | | Email transmitting legal advice re credit insurance, loan security and L&H bankruptcy. | AC, WP |
| | | Dutch | Email | 12/13/2000 | K. van Riet | P. van Tiggel | | Email, with marginalia reflecting the mental impressions of an attorney, re credit insurance, loan security and L&H bankruptcy. | AC, WP |
| DEXPRIV007966 | DEXPRIV007966 | Dutch | Email | 12/12/2000 | K. van Riet | C. Piret, P. van Tiggel, B. Lamiroy | | Email transmitting legal advice re L&H and Dictaphone and providing legal advice re same. | AC, WP |

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

5/19/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| | | English | Email | 12/11/2000 | T. Zink | J. Verbist, S. Loosveld, J. Verlinden, P. Cordonnier, K. van Riet, K. Macours, V. Vercaigne, M. Curran, E. Huyghe, M. Tanghe, H. Liemen, J. Vankeerberghen, C. Geys | | Email, with attachment, providing legal advice re L&H and Dictaphone. | AC, WP |
| DEXPRIV007967 | DEXPRIV007967 | English | Email | 12/03/2000 | I. Bastin | P. Cordonnier | | Email transmitting legal advice re composition agreement. | AC, WP |
| | | English | Email | 11/30/2000 | J. Verbist | V. Vercaigne, E. Huyghe, K. Macours, P. Cordonnier, I. Bastin, K. van Riet | J. Nelissen Grade, C. Sunt, J. Verlinden, S. Loosveld | Email providing legal advice re composition agreement. | AC, WP |
| DEXPRIV007968 | DEXPRIV007968 | Dutch | Email | 11/30/2000 | K. van Riet | C. Piret, F. Saverys, P. van Tiggel, K. Herbots, B. Lamiroy | | Email providing and transmitting legal advice re composition agreement. | AC, WP |
| | | English | Email | 11/30/2000 | J. Verbist | V. Vercaigne, E. Huyghe, K. Macours, P. Cordonnier, I. Bastin, K. van Riet | | Email providing legal advice re composition agreement. | AC, WP |
| DEXPRIV007969 | DEXPRIV007970 | Dutch | Email | 11/06/2000 | P. Vermeiren | P. Cordonnier | J. van Helleputte | Email requesting legal advice re restructuring of L&H financing. | AC, WP |
| | | Dutch | Email | 11/06/2000 | P. Cordonnier | J. van Helleputte, P. Vermeiren | | Email requesting information for the purpose of providing legal advice re restructuring of L&H financing. | AC, WP |
| | | Dutch | Email | 11/05/2000 | I. Bastin | P. Cordonnier | | Email requesting legal advice re restructuring of L&H financing. | AC, WP |
| DEXPRIV007971 | DEXPRIV007972 | Dutch | Email | 11/06/2000 | P. Cordonnier | D. de Bleser | | Email requesting information for the purpose of providing legal advice re restructuring of L&H financing. | AC, WP |
| | | Dutch | Email | 11/05/2000 | I. Bastin | P. Cordonnier | | Email requesting legal advice re restructuring of L&H financing. | AC, WP |
| DEXPRIV007973 | DEXPRIV007973 | Dutch | Email | 11/05/2000 | I. Bastin | P. Cordonnier | | Email requesting legal advice re restructuring of L&H financing. | AC, WP |

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

5/19/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV007974 | DEXPRIV007974 | Dutch | Email | 11/03/2000 | J. van Helleputte | P. Cordonnier, P. Vermeiren | | Email requesting legal advice re LHSP, with marginalia reflecting the mental impressions of an attorney re same. | AC, WP |
| DEXPRIV007975 | DEXPRIV007977 | | | | | | | Intentional gap. | |
| DEXPRIV007978 | DEXPRIV007979 | English | Letter | | C. Dammekens | KBC Bank, Artesia Banking Corporation | J. Duerden, F. Vanderhoydonck, D. Hart, C. Schneider, P. van Raemdonck | Draft letter dated "November __, 2000" to be sent by L&H, with marginalia reflecting the mental impressions of an attorney re same. | AC, WP |
| DEXPRIV007980 | DEXPRIV007982 | English | Letter | | | C. Schneider, J. Vankeerberghen, P. van Raemdonck | C. Dammekens, F. Vanderhoydonck, Artesia Banking Corporation, KBC Bank NV | Undated draft letter to be sent by L&H, with marginalia reflecting the mental impressions of an attorney re same. | AC, WP |
| DEXPRIV007983 | DEXPRIV007983 | Dutch | Email | 12/27/2000 | P. Cordonnier | P. van Tiggel, K. Herbots | | Email transmitting legal advice re composition agreement. | AC, WP |
| | | English | Email | 12/27/2000 | J. Verbist | C. Schneider, D. de Bleser, E. Huyghe, F. de Potter, G. Vekeman, H. Liemen, J. Vandensteen, J. Vankeerberghen, K. van Riet, K. Diederich, K. Macours, M. Tanghe, M. Curran, P. Cordonnier, R. Buehler, H. Lamb, H. Seife, T. Zink | J. Nelissen Grade, C. Sunt, J. Verlinden, S. Loosveld, C. Geys | Email providing legal advice re composition agreement. | AC, WP |
| DEXPRIV007984 | DEXPRIV007985 | Dutch | Email | 12/28/2000 | P. Cordonnier | P. van Tiggel, K. Herbots | | Email transmitting legal advice re restructuring of L&H financing and L&H bankruptcy. | AC, WP |

Page 376

5/19/2006

## Quaak v. Dexia and Related Cases
## Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| | | English | Email | 12/28/2000 | J. Verbist | H. Lamb, H. Seife, T. Zink, C. Schneider, D. de Bleser, E. Huyghe, F. de Potter, G. Vekeman, H. Liemen, J. Vandensteen, J. Vankeerberghen, K. van Riet, K. Diederich, K. Macours, M. Tanghe, M. Curran, P. Cordonnier, R. Buehler | J. Nelissen Grade, C. Sunt, J. Verlinden, S. Loosveld, C. Geys | Email providing legal advice re restructuring of L&H financing and L&H bankruptcy. | AC, WP |
| DEXPRIV007986 | DEXPRIV007990 | Dutch | Court Submission | 01/03/2001 | | | | Draft Motion. | WP |
| DEXPRIV007991 | DEXPRIV007992 | Dutch | Fax | 11/25/2000 | J. Nelissen Grade, J. Verbist, C. Sunt | J. Vankeerberghen, C. Piret, V. Vercaigne, E. Huyghe, C. Selleslagh, K. Macours, L. Lanoye, P. Cordonnier | | Fax providing legal advice re restructuring of L&H financing, with marginalia reflecting the mental impressions of an attorney re same. | AC, WP |
| DEXPRIV007993 | DEXPRIV007996 | English | Letter | | | | | Undated draft letter to LHSP reflecting the mental impressions of an attorney re restructuring of L&H financing, with marginalia reflecting the mental impressions of an attorney re same. | AC, WP |
| DEXPRIV007997 | DEXPRIV007997 | Dutch | Email | 12/27/2000 | K. van Riet | J. Verbist | P. van Tiggel | Email transmitting and providing legal advice re composition agreement. | AC, WP |

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

5/19/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| | | English | Email | 12/27/2000 | J. Verbist | C. Schneider, D. de Bleser, E. Huyghe, F. de Potter, G. Vekeman, H. Liemen, J. Vandensteen, J. Vankeerberghen, K. van Riet, K. Diederich, K. Macours, M. Tanghe, M. Curran, P. Cordonnier, R. Buehler, H. Lamb, H. Seife, T. Zink | J. Nelissen Grade, C. Sunt, J. Verlinden, S. Loosveld, C. Geys | Email providing legal advice re composition agreement. | AC, WP |
| DEXPRIV007998 | DEXPRIV007999 | Dutch | Email | 12/28/2000 | P. Cordonnier | P. van Tiggel, K. Herbots | | Email transmitting legal advice re restructuring of L&H financing and L&H bankruptcy. | AC, WP |
| | | English | Email | 12/28/2000 | J. Verbist | H. Lamb, H. Seife, T. Zink, C. Schneider, D. de Bleser, E. Huyghe, F. de Potter, G. Vekeman, H. Liemen, J. Vandensteen, J. Vankeerberghen, K. van Riet, K. Diederich, K. Macours, M. Tanghe, M. Curran, P. Cordonnier, R. Buehler | J. Nelissen Grade, C. Sunt, J. Verlinden, S. Loosveld, C. Geys | Email providing legal advice re restructuring of L&H financing and L&H bankruptcy. | AC, WP |
| DEXPRIV008000 | DEXPRIV008004 | Dutch | Court Submission | 01/03/2001 | | | | Draft Motion. | WP |

5/19/2006

## Quaak v. Dexia and Related Cases
## Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV008005 | DEXPRIV008005 | | Email | 06/20/2001 | B. Lamiroy | K. van Riet | | Email transmitting information requested by an attorney for the purpose of providing legal advice re shareholders' litigation. | AC, WP |
| | | Dutch | Email | 06/19/2001 | C. Piret | B. Lamiroy | | Email transmitting information requested by an attorney for the purpose of providing legal advice re shareholders' litigation. | AC, WP |
| | | Dutch | Email | 06/19/2001 | B. Lamiroy | C. Piret, F. Saverys | K. van Riet | Email providing legal advice re shareholders' litigation and requesting information for the purpose of providing legal advice re same. | AC, WP |
| DEXPRIV008006 | DEXPRIV008007 | English | Fax | 04/23/2001 | J. Verbist | J. Vankeerberghen, V. Vercaigne, E. Huyghe, D. de Bleser, M. Tanghe, K. Macours, P. Cordonnier, K. van Riet, K. Diederich | | Fax, with attachment, providing legal advice re L&H bankruptcy litigation proceedings. | AC, WP |
| DEXPRIV008008 | DEXPRIV008010 | English | Fax | 12/04/2000 | J. Verbist | | | Draft fax, to be sent to L&H counsel, reflecting the mental impressions of an attorney re composition agreement and L&H bankruptcy. | AC, WP |
| DEXPRIV008011 | DEXPRIV008014 | English | Fax | 12/04/2000 | J. Verbist | | | Draft fax, to be sent to L&H counsel, reflecting the mental impressions of an attorney re composition agreement and L&H bankruptcy. | AC, WP |
| DEXPRIV008015 | DEXPRIV008017 | English | Letter | 12/01/2000 | J. Verbist | | | Draft letter, to be sent to L&H counsel, reflecting the mental impressions of an attorney re composition agreement and L&H bankruptcy. | AC, WP |
| DEXPRIV008018 | DEXPRIV008018 | English | Fax | 12/07/2000 | J. Verbist | | J. Nelissen Grade, C. Sunt, J. Verlinden, S. Loosveld, C. Geys | Second page of a fax transmitting legal advice re L&H bankruptcy proceedings. | AC, WP |
| DEXPRIV008019 | DEXPRIV008019 | English | Fax | 12/06/2000 | H. Seife | J. Verbist | | Fax providing legal advice re restructuring of L&H financing. | AC, WP |
| DEXPRIV008020 | DEXPRIV008020 | | Fax | 12/07/2000 | Legal Department | | | Fax transmission report with image of first page of fax transmitting legal advice. Incomplete document. | AC, WP |

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

5/19/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV008021 | DEXPRIV008021 | English | Fax | 12/07/2000 | J. Verbist | | J. Nelissen Grade, C. Sunt, J. Vertinden, S. Loosveld, C. Geys | Second page of a fax transmitting legal advice re L&H bankruptcy proceedings. | AC, WP |
| DEXPRIV008022 | DEXPRIV008022 | English | Fax | 12/06/2000 | H. Selfe | J. Verbist | | Fax providing legal advice re restructuring of L&H financing. | AC, WP |
| DEXPRIV008023 | DEXPRIV008023 | | Fax | 12/07/2000 | Legal Department | J. Vankeerberghen, D. de Bleser, V. Vercaigne, E. Huyghe, M. Tanghe, K. Macours, K. van Riet, P. Cordonnier, K. Diederich | | Fax transmission report with image of first page of fax transmitting legal advice re restructuring of L&H financing. | AC, WP |
| DEXPRIV008024 | DEXPRIV008027 | Dutch | Fax | 12/04/2000 | J. Verbist | | | Draft fax, to be sent to L&H counsel, reflecting the mental impressions of an attorney re composition agreement, L&H bankruptcy, sale of assets, L&H cash flow, Dragon, audit, Dictaphone guarantee and accounting. | AC, WP |
| DEXPRIV008028 | DEXPRIV008030 | Dutch | Letter | 12/01/2000 | J. Verbist | | | Draft letter, to be sent to L&H counsel, with marginalia reflecting the mental impressions of an attorney re bankruptcy and composition agreement. | AC, WP |
| DEXPRIV008031 | DEXPRIV008031 | Dutch | Fax | 11/29/2000 | J. Nelissen Grade | D. de Bleser, J. van Helleputte | | Fax, with attachment, providing legal advice re restructuring of L&H financing, with marginalia reflecting the mental impressions of an attorney re same. | AC, WP |
| DEXPRIV008032 | DEXPRIV008032 | | Fax | 11/29/2000 | Artesia | P. van Tiggel | | Fax transmission report with image of first page of fax, with attachment, transmitting legal advice re restructuring of L&H financing. | AC, WP |
| DEXPRIV008033 | DEXPRIV008033 | English | Letter | 11/29/2000 | | | | Draft letter to be sent to LHSP, reflecting the mental impressions of an attorney, re restructuring of L&H financing. | AC, WP |

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

5/19/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV008034 | DEXPRIV008035 | Dutch | Fax | 11/25/2000 | J. Nelissen, J. Grade, J. Verbist, C. Sunt | J. Vankeerberghen, C. Piret, V. Vercaigne, E. Huyghe, C. Selleslagh, K. Macours, L. Lanoye, P. Cordonnier | | Fax providing legal advice re restructuring of L&H financing, with marginalia reflecting the mental impressions of an attorney re same. | AC, WP |
| DEXPRIV008036 | DEXPRIV008039 | English | Letter | | | | | Undated draft letter to LHSP reflecting the mental impressions of an attorney re restructuring of L&H financing, with marginalia reflecting the mental impressions of an attorney re same. | AC, WP |
| DEXPRIV008040 | DEXPRIV008041 | English | Minutes | | | | | Minutes of conference call of L&H banking consortium dated 1/24/2001 providing legal advice re L&H litigation strategy and restructuring of L&H financing. | AC, WP |
| DEXPRIV008042 | DEXPRIV008043 | English | Minutes | | | | | Draft minutes of meeting of L&H banking consortium dated 1/15/2001 providing legal advice re restructuring of L&H financing. | AC, WP |
| DEXPRIV008044 | DEXPRIV008047 | English | Minutes | | | | | Draft minutes of meeting of L&H banking consortium dated 1/15/2001 providing legal advice re sale of assets, L&H litigation strategy and restructuring of L&H financing. | AC, WP |
| DEXPRIV008048 | DEXPRIV008050 | English | Minutes | | | | | Minutes of meeting of L&H banking consortium dated 1/8/2001 providing legal advice re valuation of assets, L&H bankruptcy, L&H litigation strategy and restructuring of L&H financing. | AC, WP |
| DEXPRIV008051 | DEXPRIV008053 | English | Minutes | | | | | Minutes of meeting of L&H banking consortium dated 1/2/2001 providing legal advice re L&H litigation strategy and restructuring of L&H financing. | AC, WP |
| DEXPRIV008054 | DEXPRIV008055 | English | Minutes | | | | | Draft minutes of meeting of L&H banking consortium dated 12/28/2000 providing legal advice re L&H litigation strategy and restructuring of L&H financing. | AC, WP |
| DEXPRIV008056 | DEXPRIV008057 | English | Minutes | | | | | Draft minutes of meeting of L&H banking consortium dated 12/28/2000 providing legal advice re L&H litigation strategy and restructuring of L&H financing. | AC, WP |

*Quaak v. Dexia* and Related Cases
Dexia Bank Belgium's Log of Privileged Documents

5/19/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV008058 | DEXPRIV008061 | English | Minutes | | | | | Draft minutes of meeting of L&H banking consortium dated 12/21/2000, with attachment, providing legal advice re L&H bankruptcy and Dictaphone. | AC, WP |
| DEXPRIV008062 | DEXPRIV008062 | English | Fax | | KBC Bank | | | Page 2 of fax reflecting legal advice and request for legal advice re composition agreement and restructuring of L&H financing. | AC, WP |
| DEXPRIV008063 | DEXPRIV008066 | English | Minutes | | | | | Draft minutes of meeting of L&H banking consortium dated 12/18/2000 providing legal advice re restructuring of L&H financing, sales of assets, audit, and litigation proceedings. | AC, WP |
| DEXPRIV008067 | DEXPRIV008068 | English | Minutes | | | | | Draft minutes of meeting of L&H banking consortium dated 12/15/2000 providing legal advice re restructuring of L&H financing. | AC, WP |
| DEXPRIV008069 | DEXPRIV008070 | English | Minutes | | | | | Minutes of meeting of L&H banking consortium dated 12/12/2000, with marginalia reflecting the mental impressions of an attorney re same. | AC, WP |
| DEXPRIV008071 | DEXPRIV008072 | English | Minutes | | | | | Minutes of meeting of L&H banking consortium dated 12/4/2000 (8pm) providing legal advice re Belgian and US litigation proceedings, Creditors' Committee, restructuring of L&H financing and Belgian litigation, with marginalia reflecting the mental impressions of an attorney re same. | AC, WP |
| DEXPRIV008073 | DEXPRIV008075 | English | Minutes | | | | | Minutes of meeting of L&H banking consortium dated 12/4/2000 (3pm) providing legal advice re Creditors' Committee, loan security, restructuring of L&H financing and Belgian litigation, with marginalia reflecting the mental impressions of an attorney re same. | AC, WP |
| DEXPRIV008076 | DEXPRIV008079 | English | Minutes | | | | | Minutes of conference call of L&H banking consortium dated 12/3/2000 providing legal advice re L&H litigation strategy, L&H bankruptcy L&H Korea, LDCs, and restructuring of L&H financing. | AC, WP |
| DEXPRIV008080 | DEXPRIV008080 | Dutch | Email | 05/30/2001 | K. van Riet | J. Verbist, S. Loosveld | C. Piret, F. Saverys | Email requesting legal advice re composition agreement. | AC, WP |
| DEXPRIV008081 | DEXPRIV008082 | Dutch | Email | 05/31/2001 | J. Verbist | K. van Riet | J. Verlinden, S. Loosveld | Email providing legal advice re composition agreement. | AC, WP |
| DEXPRIV008083 | DEXPRIV008083 | | Email | 01/18/2001 | P. Cordonnier | P. van Tiggel, K. Herbots | | Email transmitting request for information by an attorney for the purpose of providing legal advice re pledge. | AC, WP |

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

5/19/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| | | English | Email | | | P. Cordonnier, K. van Riet | J. Nelissen Grade, J. Verbist, C. Sunt, J. Verlinden, S. Loosveld | Email requesting information for the purpose of providing legal advice re pledge. | AC, WP |
| DEXPRIV008084 | DEXPRIV008084 | English | Email | 01/18/2001 | C. Geys | | | | |
| | | | | 01/28/2001 | F. Vazquez | R. Buehler, P. Cordonnier, M. Curran, F. de Potter, D. de Bleser, K. Delerue, K. Diederich, J. Gallagher, C. Geys, W. Haeck, K. Herbots, E. Huyghe, L. Jones, H. Liemen, S. Loosveld, K. Macours, E. Matthews, J. Nelissen Grade, C. Schneider, C. Sunt, M. Tanghe, R. Tinari, K. van Riet, J. Vankeerberghen, P. van Tiggel, G. Vekeman, J. Verbist, V. Vercaigne, J. Verlinden | H. Seife, T. Zink | Email, with attachment, providing legal advice re LHSP. | AC, WP |
| DEXPRIV008085 | DEXPRIV008086 | English | Memorandum | 01/27/2001 | T. Zink | The Bank Group | | Memorandum providing legal advice re L&H bankruptcy and litigation strategy. | AC, WP |
| DEXPRIV008087 | DEXPRIV008089 | English | Fax | 12/04/2000 | J. Verbist | | | Draft fax, to be sent to L&H counsel, with marginalia reflecting the mental impressions of an attorney re bankruptcy and composition agreement. | AC, WP |
| DEXPRIV008090 | DEXPRIV008091 | Dutch | Email | 12/27/2000 | K. van Riet | P. van Tiggel, C. Piret, B. Lamiroy | | Email providing and transmitting legal advice re composition agreement. | AC, WP |

## Quaak v. Dexia and Related Cases
## Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| | | English | Email | 12/27/2000 | J. Verbist | C. Schneider, D. de Bleser, E. Huyghe, F. de Potter, G. Vekeman, H. Liemen, J. Vandensteen, J. Vankeerberghen, K. van Riet, K. Diederich, K. Macours, M. Tanghe, M. Curran, P. Cordonnier, R. Buehler, H. Lamb, H. Selfe, T. Zink | J. Nelissen Grade, C. Sunt, J. Verlinden, S. Loosveld, C. Geys | Email, with attachment, providing legal advice re composition agreement. | AC, WP |
| DEXPRIV008092 | DEXPRIV008093 | English | Fax | 03/22/2001 | J. Verbist | J. Vankeerberghen, V. Vercaigne, E. Huyghe, D. de Bleser, M. Tanghe, K. Macours, P. Cordonnier, K. van Riet, K. Diederich | | Fax, with attachment, providing legal advice re Belgian litigation proceedings. | AC, WP |
| DEXPRIV008094 | DEXPRIV008094 | English | Email | 11/27/2002 | T. Zink | B. Lamiroy, S. Loosveld | J. Verbist, K. van Riet | Email providing legal advice re tolling agreement. | AC, WP |
| | | English | Email | 11/27/2002 | B. Lamiroy | T. Zink, S. Loosveld | J. Verbist, K. van Riet | Email requesting legal advice re tolling agreement. | AC, WP |
| | | English | Email | 11/26/2002 | T. Zink | B. Lamiroy, S. Loosveld | | Incomplete email, with attachment, providing legal advice re tolling agreement. | AC, WP |
| DEXPRIV008095 | DEXPRIV008096 | English | Email | 11/27/2002 | S. Loosveld | B. Lamiroy, T. Zink | | Email requesting information at the request of an attorney for the purpose of providing legal advice re tolling agreement. | AC, WP |
| | | English | Email | 11/27/2002 | B. Lamiroy | T. Zink, S. Loosveld | J. Verbist, K. van Riet | Email requesting legal advice re tolling agreement. | AC, WP |
| | | English | Email | 11/26/2002 | T. Zink | B. Lamiroy, S. Loosveld | | Email, with attachment, providing legal advice re tolling agreement. | AC, WP |
| DEXPRIV008097 | DEXPRIV008098 | English | Email | 11/29/2002 | T. Zink | B. Lamiroy, K. van Riet | | Email requesting information for the purpose of providing legal advice re tolling agreement. | AC, WP |

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

5/19/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| | | English | Email | 11/29/2002 | B. Lamiroy | S. Loosveld, T. Zink | J. Verbist, J. Bekaert, K. van Riet | Email requesting legal advice re tolling agreement. | AC, WP |
| | | English | Email | 11/29/2002 | S. Loosveld | T. Zink | J. Verbist, B. Lamiroy, J. Bekaert, K. van Riet | Email providing legal advice re tolling agreement. | AC, WP |
| DEXPRIV008099 | DEXPRIV008099 | English | Memorandum | 11/07/2002 | T. Zink | S. Loosveld | | Memorandum providing legal advice re restructuring of L&H financing and Creditors' Committee. | AC, WP |
| DEXPRIV008100 | DEXPRIV008100 | English | Email | 11/08/2002 | S. Loosveld | E. Huyghe, M. Tanghe, D. de Bleser, M. Vancoillie, W. Haeck, S. Vandecapelle, K. van Riet, B. Lamiroy, K. Macours, G. Vekeman, K. Troch, S. Janaway, H. Liemen, M. Kaiser, C. Schneider, J. Vankeerberghen | J. Verbist | Email providing and transmitting legal advice re Creditors' Committee. | |
| | | English | Email | 11/08/2002 | C. Rivera | S. Loosveld | T. Zink, S. Rivera | Email, with attachment, providing legal advice re repayment of loan. | AC, WP |
| DEXPRIV008102 | DEXPRIV008102 | English | Email | 05/02/2003 | J. Verbist | M. Tanghe, K. van Riet, B. Lamiroy, C. Schneider, G. Vekeman | J. Bekaert | Email, with marginalia, transmitting legal advice re repayment of loan. | AC, WP |
| DEXPRIV008101 | | English | Email | 05/01/2003 | T. Zink | J. Verbist | | Email providing legal advice re repayment of loan and requesting information for the purpose of providing legal advice re same. | AC, WP |

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

5/19/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| | | English | Email | 04/29/2003 | J. Verbist | T. Zink, M. Curran, F. de Potter, D. de Bleser, K. Delerue, W. Haeck, E. Huyghe, S. Janaway, B. Lamiroy, K. Macours, E. Matthews, B. Morison, L. Powell, C. Schneider, M. Tanghe, K. Troch, K. van Riet, J. Vankeerberghen, G. Vekeman, J. Verbist, V. Vercaigne | C. Rivera, F. Vazquez | Incomplete email, with attachments, providing legal advice re repayment of loan. | AC, WP |
| DEXPRIV008103 | DEXPRIV008106 | English | Email | 04/29/2003 | J. Verbist | T. Zink, M. Curran, F. de Potter, D. de Bleser, K. Delerue, W. Haeck, E. Huyghe, S. Janaway, B. Lamiroy, K. Macours, E. Matthews, B. Morison, L. Powell, C. Schneider, M. Tanghe, K. Troch, K. van Riet, J. Vankeerberghen, G. Vekeman, J. Verbist, V. Vercaigne | C. Rivera, F. Vazquez, J. Bekaert | Email, with marginalia, transmitting legal advice re repayment of loan, taxation, Belgian litigation proceedings, Dictaphone and KPMG, and loan repayment. | AC, WP |

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

5/19/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| | | English | Email | 04/25/2003 | T. Zink | M. Curran, F. de Potter, D. de Bleser, K. Delerue, W. Haeck, E. Huyghe, S. Janaway, B. Lamiroy, K. K. Macours, E. Matthews, B. Morison, L. Powell, C. Schneider, M. Tanghe, K. Troch, K. van Riet, J. Vankeerberghen, G. Vekeman, J. Verbist, V. Vercaigne | | Email, with attachments, providing legal advice re repayment of loan, taxation, Belgian litigation proceedings, Dictaphone and KPMG, and loan repayment. | AC, WP |
| DEXPRIV008107 | DEXPRIV008112 | English | Memorandum | 11/05/2002 | T. Zink | The Bank Group | | Memorandum providing legal advice re L&H bankruptcy and repayment of loan. | AC, WP |
| DEXPRIV008113 | DEXPRIV008114 | English | Email | 05/05/2003 | J. Verbist | G. Vekeman, M. Tanghe, E. Huyghe, B. B. Lamiroy, K. van Riet, J. Vankeerberghen, C. Schneider | J. Bekaert | Email transmitting legal advice re shareholders' meeting and loan repayment. | AC, WP |
| | | English | Email | 05/02/2003 | T. Zink | J. Verbist | | Email, with marginalia, providing legal advice re shareholders' meeting and loan repayment. | AC, WP |
| | | English | Email | 05/02/2003 | J. Verbist | T. Zink | J. Bekaert | Email requesting legal advice re shareholders' meeting and loan repayment. | AC, WP |
| | | English | Email | 05/01/2003 | T. Zink | J. Verbist | | Email providing legal advice re shareholders' meeting and loan repayment. | AC, WP |

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

5/19/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| | | English | Email | 04/29/2003 | J. Verbist | T. Zink, M. Curran, F. de Potter, D. de Bleser, K. Delerue, W. Haeck, E. Huyghe, S. Janaway, B. Lamiroy, K. Macours, E. Matthews, B. Morison, L. Powell, C. Schneider, M. Tanghe, K. Troch, K. van Riet, J. Vankeerberghen, G. Vekeman, J. Verbist, V. Vercaigne | C. Rivera, F. Vazquez, J. Bekaert | Incomplete email transmitting information for the purpose of obtaining legal advice. | AC, WP |
| DEXPRIV008115 | DEXPRIV008115 | Dutch | Handwritten notes | | | | | Undated handwritten notes reflecting the mental impressions of an attorney re loan repayment. | AC, WP |
| DEXPRIV008116 | DEXPRIV008116 | Dutch | Fax | 11/26/2002 | B. Lamiroy | J. Blomkwist | | Fax transmission report with image of first page of fax. Incomplete document. | AC, WP |
| DEXPRIV008117 | DEXPRIV008120 | English | Fax | 11/05/2002 | T. Zink | The Bank Group | | Fax providing legal advice re L&H bankruptcy and loan repayment. | AC, WP |

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

5/19/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV008121 | DEXPRIV008124 | English | Email | 04/28/2003 | M. Tanghe | T. Zink | B. Morison, C. Rivera, M. Curran, F. de Potter, F. Vazquez, D. de Bleser, K. Delerue, W. Haeck, E. Huyghe, S. Janaway, B. Lamiroy, K. Macours, E. Matthews, C. Schneider, K. Troch, K. van Riet, J. Vankeerberghen, G. Vekeman, J. Verbist, V. Vercaigne | Email, with attachments, transmitting legal advice re loan repayment and tolling agreement. | AC, WP |
| | | | Email | 04/25/2003 | T. Zink | M. Curran, T. Zink, F. de Potter, D. de Bleser, K. Delerue | | Incomplete email. | AC, WP |
| DEXPRIV008125 | DEXPRIV008126 | English | Email | 01/16/2001 | P. Cordonnier | P. van Tiggel, K. Herbots | J. Nelissen Grade, J. Verbist, C. Sunt, J. Verlinden, S. Loosveld | Email transmitting legal advice re pledge and loan repayment. | AC, WP |
| | | English | Email | 01/15/2001 | C. Geys | P. Cordonnier, D. de Bleser, E. Huyghe, M. Tanghe, K. Macours, K. van Riet, K. Diederich, J. Vankeerberghen, V. Vercaigne | | Email transmitting legal advice re pledge and loan repayment. | AC, WP |
| | | English | Email | 01/13/2001 | T. Zink | J. Verbist, C. Sunt, J. Verlinden, S. Loosveld, C. Geys | H. Seife | Email providing legal advice re pledge and loan repayment. | AC, WP |
| DEXPRIV008127 | DEXPRIV008135 | English | Fax | 01/03/2001 | T. Zink | S. Loosveld | | Fax, providing legal advice re L&H bankruptcy, with attachment requesting information for the purpose of providing legal advice re same. | AC, WP |