*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV008136 | DEXPRIV008139 | English | Letter | 01/08/2001 | T. Zink | Despins | D. Golden, H. Selfe | Draft letter reflecting the mental impression of an attorney re loan repayment. | AC, WP |
| DEXPRIV008140 | DEXPRIV008140 | Dutch | Email | 12/28/2000 | | P. van Tiggel, G. Vekeman, P. Collignon | | Email, with marginalia reflecting the mental impressions of an attorney re same. | AC, WP |
| DEXPRIV008141 | DEXPRIV008142 | Dutch | Email | 12/28/2000 | | P. van Tiggel, G. Vekeman, P. Collignon | | Email, with marginalia reflecting the mental impressions of an attorney re same. | AC, WP |
| DEXPRIV008143 | DEXPRIV008144 | Dutch | Fax | 11/29/2000 | J. Nelissen Grade | D. de Bleser, J. van Helleputte | | Fax, with attachment, providing legal advice re restructuring of L&H financing, with marginalia reflecting the mental impressions of an attorney re same. | AC, WP |
| DEXPRIV008145 | DEXPRIV008146 | Dutch | Email | 12/28/2000 | K. van Riet | D. de Bleser | | Email providing legal advice re pledge and outstanding L&H credit. | AC, WP |
| | | Dutch | Email | 12/27/2000 | D. de Bleser | P. van Tiggel | K. van Riet | Email requesting legal advice re pledge and outstanding L&H credit. | AC, WP |
| | | Dutch | Email | 12/27/2000 | P. van Tiggel | D. de Bleser | K. van Riet | Email providing legal advice re pledge and outstanding L&H credit. | AC, WP |
| | | Dutch | Email | 12/27/2000 | P. van Tiggel | D. de Bleser | K. van Riet | Email providing legal advice re pledge and outstanding L&H credit. | AC, WP |
| | | Dutch | Email | 12/27/2000 | D. de Bleser | P. van Tiggel | | Email requesting legal advice re pledge and outstanding L&H credit. | AC, WP |
| DEXPRIV008147 | DEXPRIV008148 | Dutch | Fax | 09/05/2001 | J. Verbist | K. van Riet, B. Lamiroy | | Fax providing legal advice re L&H bankruptcy and payments. | AC, WP |
| DEXPRIV008149 | DEXPRIV008150 | Dutch | Email | 07/06/2001 | S. Loosveld | K. van Riet, B. Lamiroy | J. Verbist | Email, with attachment, providing legal advice re L&H bankruptcy and payments. | AC, WP |
| DEXPRIV008151 | DEXPRIV008151 | Dutch | Fax | 09/05/2000 | J. Verbist | K. van Riet, B. Lamiroy | | Fax providing legal advice re L&H bankruptcy and payments. | AC, WP |
| DEXPRIV008152 | DEXPRIV008153 | Dutch | Email | 07/06/2001 | S. Loosveld | K. van Riet, B. Lamiroy | J. Verbist | Email, with attachment, providing legal advice re L&H bankruptcy and payments. | AC, WP |
| DEXPRIV008154 | DEXPRIV008154 | English | Email | 12/13/2002 | J. Bekaert | K. van Riet, B. Lamiroy, J. Vankeerberghen | J. Verbist | Email providing legal advice re loan repayment. | AC, WP |
| DEXPRIV008155 | DEXPRIV008155 | English | Email | 12/11/2002 | J. Verbist, J. Bekaert | K. van Riet, B. Lamiroy, J. Vankeerberghen | J. Verbist | Email requesting legal advice re L&H bankruptcy and loan repayment. | AC, WP |
| | | English | Email | 12/10/2002 | T. Zink | J. Bekaert | | Email requesting information for the purpose of providing legal advice re L&H bankruptcy and loan repayment. | AC, WP |
| DEXPRIV008156 | DEXPRIV008156 | English | Email | 12/11/2002 | J. Verbist, J. Bekaert | K. van Riet, B. Lamiroy, J. Vankeerberghen | J. Verbist | Email requesting legal advice re L&H bankruptcy and loan repayment. | AC, WP |
| | | English | Email | 12/10/2002 | T. Zink | J. Bekaert | | Email requesting information for the purpose of providing legal advice re L&H bankruptcy and loan repayment. | AC, WP |

5/19/2006

## Quaak v. Dexia and Related Cases
## Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV008157 | DEXPRIV008157 | English | Email | 12/09/2002 | J. Verbist, J. Bekaert | K. van Riet, B. Lamiroy | | Email requesting information for the purpose of providing legal advice re L&H bankruptcy and loan repayment. | AC, WP |
| DEXPRIV008158 | DEXPRIV008158 | English | Email | 11/22/2002 | S. Loosveld | E. Huyghe, M. Tanghe, D. de Bleser, M. Vancoillie, W. Haeck, S. Vandecapelle, K. van Riet, B. Lamiroy, J. Vankeerberghen | T. Zink, J. Verbist | Email providing legal advice re loan repayment and requesting information for the purpose of providing legal advice re same. | AC, WP |
| DEXPRIV008159 | DEXPRIV008159 | English | Email | 12/09/2002 | J. Verbist, J. Bekaert | K. van Riet, B. Lamiroy | | Email requesting information for the purpose of providing legal advice re L&H bankruptcy and loan repayment. | AC, WP |
| DEXPRIV008160 | DEXPRIV008160 | English | Email | 11/27/2002 | B. Lamiroy | T. Zink, S. Loosveld | J. Verbist, K. van Riet | Email requesting legal advice re tolling agreement. | AC, WP |
| | | English | Email | 11/26/2002 | T. Zink | B. Lamiroy, S. Loosveld | | Email, with attachment, providing legal advice re tolling agreement. | AC, WP |
| DEXPRIV008161 | DEXPRIV008161 | Dutch | Email | 03/06/2001 | S. Loosveld | K. van Riet, B. Lamiroy | J. Verbist | Email providing legal advice re L&H bankruptcy and payments. | AC, WP |
| DEXPRIV008162 | DEXPRIV008166 | Dutch | Court Submission | | | | | Draft Summons and Complaint, with marginalia. | WP |
| DEXPRIV008167 | DEXPRIV008171 | English | Fax | 01/15/2001 | D. de Bleser | F. Sercu, L. Mesuere, F. van Steenwinkel, V. Vercaigne, F. de Potter, G. Vekeman, K. Macours, P. van Tiggel, K. van Riet, J. Vankeerberghen, C. Schneider, H. Liemen, K. Diederich | | Fax with marginalia reflecting the mental impressions of an attorney re loan repayment. | AC, WP |

Page 391

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV008172 | DEXPRIV008176 | English | Fax | 01/15/2001 | D. de Bleser | F. Sercu, L. Mesuere, F. van Steenwinkel, V. Vercaigne, F. de Potter, G. Vekeman, K. Macours, P. van Tiggel, K. van Riet, J. Vankeerberghen, C. Schneider, H. Liemen, K. Diederich | | Fax, with attachment, transmitting information for meetings of L&H banking consortium and requesting legal advice re loan repayment. | AC, WP |
| DEXPRIV008177 | DEXPRIV008181 | English | Fax | 01/15/2001 | D. de Bleser | F. Sercu, L. Mesuere, F. van Steenwinkel, V. Vercaigne, F. de Potter, G. Vekeman, K. Macours, P. van Tiggel, K. van Riet, J. Vankeerberghen, C. Schneider, H. Liemen, K. Diederich | | Fax with marginalia reflecting the mental impressions of an attorney re loan repayment. | AC, WP |
| DEXPRIV008182 | DEXPRIV008186 | English | Fax | 01/15/2001 | D. de Bleser | F. Sercu, L. Mesuere, F. van Steenwinkel, V. Vercaigne, F. de Potter, G. Vekeman, K. Macours, P. van Tiggel, K. van Riet, J. Vankeerberghen, C. Schneider, H. Liemen, K. Diederich | | Fax, with attachment, transmitting information for meetings of L&H banking consortium and requesting legal advice re loan repayment. | AC, WP |

5/19/2006

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV008187 | DEXPRIV008188 | English | Fax | 12/28/2000 | D. de Bleser | F. Sercu, L. Mesuere, F. van Steenwinkel, V. Vercaigne, A. Vercammen, F. de Potter, G. Vekeman, K. Macours, P. Cordonnier, P. Vermeiren, P. van Raemdonck, J. Vankeerberghen, C. Schneider, H. Liemen, K. Diederich | | Fax with marginalia reflecting the mental impressions of an attorney re loan repayment. | AC, WP |
| DEXPRIV008189 | DEXPRIV008191 | English | Fax | 12/18/2000 | D. de Bleser | F. Sercu, L. Mesuere, F. van Steenwinkel, V. Vercaigne, A. Vercammen, F. de Potter, G. Vekeman, K. Macours, P. Cordonnier, P. Vermeiren, P. van Raemdonck, J. Vankeerberghen, C. Schneider, R. Haas, K. Diederich | | Fax, with attachment, transmitting information for meetings of L&H banking consortium and requesting legal advice re loan repayment. | AC, WP |

Page 393

5/19/2006

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV008192 | DEXPRIV008194 | English | Fax | 12/18/2000 | D. de Bleser | F. Sercu, L. Mesuere, F. van Steenwinkel, V. Vercaigne, A. Vercammen, F. de Potter, G. Vekeman, K. Macours, P. Cordonnier, P. Vermeiren, P. van Raemdonck, J. Vankeerberghen, C. Schneider, R. Haas, K. Diederich | | Fax, with attachment, transmitting information for meetings of L&H banking consortium and requesting legal advice re loan repayment. | AC, WP |
| DEXPRIV008195 | DEXPRIV008196 | Dutch | Fax | 11/29/2000 | J. Nelissen Grade | D. de Bleser, J. van Helleputte | | Fax, with attachment, providing legal advice re restructuring of L&H financing, with marginalia reflecting the mental impressions of an attorney re same. | AC, WP |
| DEXPRIV008197 | DEXPRIV008197 | Dutch | Fax | 03/12/2001 | Deutsche Bank, Legal Department | B. Lamiroy | | Fax requesting legal advice re Belgian litigation. | AC, WP |
| DEXPRIV008198 | DEXPRIV008198 | English | Email | 03/09/2001 | L. Jones | C. Schneider, J. Vankeerberghen | R. Wood | Fax requesting legal advice re Belgian litigation proceedings. | AC, WP |
| DEXPRIV008199 | DEXPRIV008202 | Dutch | Court Submission | | | | | Draft Summons and Complaint. | WP |
| DEXPRIV008203 | DEXPRIV008203 | Dutch | Email | 03/11/2001 | K. van Riet | C. Piret, F. Saverys | B. Lamiroy | Email providing legal advice re US litigation proceedings. | AC, WP |
| DEXPRIV008204 | DEXPRIV008204 | Dutch | Email | 03/08/2001 | J. Verbist | K. van Riet, J. Verbist, S. Loosveld | B. Lamiroy | Email providing legal advice re pledge. | AC, WP |
| | | Dutch | Email | 03/08/2001 | K. van Riet | J. Verbist, S. Loosveld | B. Lamiroy | Email requesting legal advice re pledge. | AC, WP |
| DEXPRIV008205 | DEXPRIV008205 | Dutch | Email | 03/08/2001 | K. van Riet | C. Piret, F. Saverys | B. Lamiroy | Email providing legal advice re pledge. | AC, WP |
| DEXPRIV008206 | DEXPRIV008208 | Dutch | Email | 03/08/2001 | S. Loosveld | K. van Riet | B. Lamiroy, J. Verbist | Email providing legal advice re seizure. | AC, WP |
| | | Dutch | Email | 03/08/2001 | K. van Riet | J. Verbist, S. Loosveld | B. Lamiroy | Email providing information for the purpose of obtaining legal advice re seizure. | AC, WP |

5/19/2006

## Quaak v. Dexia and Related Cases
## Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| | | Dutch | Email | 03/08/2001 | J. Verbist | D. de Bleser, E. Huyghe, V. Vercaigne, F. de Potter, G. Vekeman, J. Vandensteen, K. Macours, M. Tanghe, M. Curran, P. Cordonnier, R. Buehler, V. Vercaigne, K. van Riet, J. Vankeerberghen, C. Schneider, H. Liemen, K. Diederich | J. Nelissen Grade, J. Verbist, C. Sunt, J. Verlinden, S. Loosveld, C. Geys | Email providing legal advice re seizure. | AC, WP |
| DEXPRIV008209 | DEXPRIV008209 | Dutch | Email | 03/08/2001 | S. Loosveld | K. van Riet, J. Vankeerberghen, B. Lamiroy | J. Verbist | Email providing legal advice re seizure. | AC, WP |
| DEXPRIV008210 | DEXPRIV008213 | Dutch | Court Submission | | | | | Draft Summons and Complaint, with marginalia. | WP |
| DEXPRIV008214 | DEXPRIV008214 | Dutch | Email | 03/07/2001 | K. van Riet | F. Saveys | B. Lamiroy | Email providing legal advice re seizure. | AC, WP |
| DEXPRIV008215 | DEXPRIV008218 | Dutch | Court Submission | 03/07/2001 | K. van Riet | | | Draft Summons and Complaint, with marginalia. | WP |
| DEXPRIV008219 | DEXPRIV008219 | Dutch | Email | 03/07/2001 | K. van Riet | S. Loosveld | C. Piret, F. Saveys, B. Lamiroy | Email transmitting information for the purpose of obtaining legal advice re seizure. | AC, WP |
| DEXPRIV008220 | DEXPRIV008222 | Dutch | Email | 03/07/2001 | S. Loosveld | S. Loosveld | C. Piret, F. Saveys, B. Lamiroy | Email transmitting information for the purpose of obtaining legal advice re litigation strategy. | AC, WP |
| | | Dutch | Email | 03/07/2001 | S. Loosveld | K. van Riet | J. Verbist | Email requesting legal advice re litigation strategy. | AC, WP |
| | | English | Email | 03/07/2001 | S. Loosveld | T. Zink | J. Verbist, H. Seife | Email requesting legal advice re litigation strategy. | AC, WP |
| | | English | Email | 03/07/2001 | T. Zink | S. Loosveld | J. Verbist, J. Verlinden, C. Sunt, C. Geys, J. Nelissen Grade, H. Seife | Email providing legal advice re litigation strategy. | AC, WP |

Page 395

5/19/2006

## Quaak v. Dexia and Related Cases
## Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV008223 | | English | Email | 03/05/2001 | S. Loosveld | T. Zink, H. Seife | J. Neilssen Grade, J. Verbist, C. Sunt, J. Verlinden, C. Geys | Email transmitting information for the purpose of obtaining legal advice re seizure. | AC, WP |
| DEXPRIV008223 | DEXPRIV008223 | Dutch | Email | 03/06/2001 | C. Piret | K. van Riet, F. Saverys | B. Lamiroy | Email providing information requested by an attorney re loan repayment. | AC, WP |
| DEXPRIV008224 | | Dutch | Email | 03/06/2001 | K. van Riet | C. Piret, F. Saverys | B. Lamiroy | Email requesting legal advice re loan repayment. | AC, WP |
| DEXPRIV008224 | DEXPRIV008224 | Dutch | Email | 03/06/2001 | S. Loosveld | B. Lamiroy | K. van Riet, J. Verbist | Email providing legal advice re loan | AC, WP |
| | | Dutch | Email | 03/06/2001 | B. Lamiroy | S. Loosveld | K. van Riet, J. Verbist | Email requesting legal advice re loan | AC, WP |
| DEXPRIV008225 | | Dutch | Email | 03/06/2001 | S. Loosveld | K. van Riet, B. Lamiroy | J. Verbist | Email providing legal advice re loan repayment. | AC, WP |
| DEXPRIV008225 | DEXPRIV008225 | Dutch | Email | 03/06/2001 | S. Loosveld | K. van Riet, B. Lamiroy | J. Verbist | Email providing legal advice re loan repayment. | AC, WP |
| DEXPRIV008226 | DEXPRIV008229 | Dutch | Court Submission | | | | | Draft Summons and Complaint. | WP |
| DEXPRIV008230 | DEXPRIV008232 | Dutch | Fax | 03/06/2001 | B. Lamiroy, K. van Riet | J. Verbist, S. Loosveld | | Fax, with attachment, providing information requested by an attorney for the purpose of providing legal advice re loan repayment. | AC, WP |
| DEXPRIV008233 | DEXPRIV008233 | Dutch | Email | 03/05/2001 | B. Lamiroy | J. Vankeerberghen | K. van Riet | Email providing legal advice re loan repayment. | AC, WP |
| DEXPRIV008234 | DEXPRIV008237 | English | Letter | 01/08/2001 | T. Zink | Despins | D. Golden, H. Seife | Draft letter, with marginalia reflecting the mental impression of an attorney, re loan repayment. | AC, WP |
| DEXPRIV008238 | DEXPRIV008242 | English | Letter | 01/08/2001 | T. Zink | Despins | D. Golden, H. Seife | Draft letter, with marginalia reflecting the mental impression of an attorney, re loan repayment. | AC, WP |
| DEXPRIV008243 | DEXPRIV008243 | Dutch | Email | 06/17/2001 | K. van Riet | B. Lamiroy | | Email providing legal advice re L&H bankruptcy and loan repayment, with marginalia reflecting the mental impressions of an attorney re same. | AC, WP |
| DEXPRIV008244 | DEXPRIV008244 | Dutch | Email | 06/17/2001 | G. Dauwe | C. Dillen, B. Lamiroy | K. van Riet, C. Piret | Email reflecting legal advice and providing information for the purpose of obtaining legal advice re "gram". | AC, WP |
| | | Dutch | Email | 06/14/2001 | C. Dillen | B. Lamiroy | K. van Riet, C. Piret, G. Dauwe | Email requesting legal advice re "gram". | AC, WP |
| DEXPRIV008245 | DEXPRIV008245 | Dutch | Email | 06/17/2001 | K. van Riet | C. Piret, F. Saverys | B. Lamiroy | Email providing legal advice re criminal investigation and loan settlement. | AC, WP |
| DEXPRIV008246 | DEXPRIV008248 | English | Memorandum | 06/15/2001 | Chadbourne & Parke | The Bank Group | | Memorandum providing legal advice re litigation proceedings. | AC, WP |

Page 396

5/19/2006

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV008249 | DEXPRIV008249 | English | Email | 06/15/2001 | A. Rosenblatt | R. Buehler, M. Curran, F. de Potter, D. de Bleser, K. Delerue, K. Diederich, J. Gallagher, C. Geys, W. Haeck, E. Huyghe, L. Jones, M. Kaiser, B. Lamiroy, H. Liemen, S. Loosveld, K. Macours, E. Matthews, J. Neilssen Grade, C. Schneider, C. Sunt, M. Tanghe, K. van Riel, J. Vankeerberghen, G. Vekeman, J. Verbist, V. Vercaigne, J. Verlinden, R. Wood | H. Selfe, T. Zink | Email, with attachments, providing legal advice re L&H bankruptcy. | AC, WP |
| DEXPRIV008250 | DEXPRIV008252 | English | Chart | 06/15/2001 | Chadbourne & Parke | | | Chart providing legal advice re L&H bankruptcy. | AC, WP |

Page 397

5/19/2006

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV008253 | DEXPRIV008253 | English | Email | 06/15/2001 | F. Vazquez | R. Buehler, M. Curran, F. de Potter, D. de Bleser, K. Delerue, K. Diederich, J. Gallagher, C. Geys, W. Haeck, E. Huyghe, L. Jones, M. Kaiser, B. Lamiroy, H. Liemen, S. Loosveld, K. Macours, E. Matthews, J. Nelissen Grade, C. Schneider, C. Sunt, M. Tanghe, K. van Riet, J. Vankeerberghen, G. Vekeman, J. Verbist, V. Vercaigne, J. Verlinden, R. Wood | H. Seife, T. Zink | Email, with attachment, providing legal advice re L&H bankruptcy. | AC, WP |
| DEXPRIV008254 | DEXPRIV008254 | English | Memorandum | 06/14/2001 | F. Vazquez | The Bank Group | | Memorandum providing legal advice re L&H bankruptcy. | AC, WP |
| DEXPRIV008255 | DEXPRIV008255 | English | Email | 06/14/2001 | K. van Riet | B. Lamiroy | J. Lamelz | Email providing legal advice re loan settlement. | AC, WP |
| DEXPRIV008256 | DEXPRIV008256 | Dutch | Email | 07/05/2001 | N. Poppe | B. Lamiroy | | Email transmitting information requested by an attorney re L&H. | AC, WP |
| DEXPRIV008257 | | Dutch | Email | 07/05/2001 | W. (illegible) | K. van Riet | N. Poppe | Email transmitting information requested by an attorney re L&H. | AC, WP |
| DEXPRIV008257 | DEXPRIV008257 | Dutch | Letter | | B. Lamiroy, K. van Riet | | | Last page of a letter providing legal advice re restructuring of L&H financing. | AC, WP |
| DEXPRIV008258 | DEXPRIV008259 | | Email | 06/21/2001 | K. van Riet | B. Lamiroy | | Email transmitting legal advice re US L&H bankruptcy proceedings. | AC, WP |

Page 398

5/19/2006

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| | | English | Email | 06/20/2001 | J. Verbist | C. Schneider, D. de Bleser, E. Huyghe, F. de Potter, G. Vekeman, H. Liemen, J. Vandensteen, J. Vankeerberghen, K. van Riet, K. Diederich, K. Macours, M. Tanghe, M. Curran, M. Kaiser, P. Cordonnier, R. Buehler, V. Vercaigne | J. Nelissen Grade, J. Verlinden, S. Loosveld | Email transmitting legal advice re US L&H bankruptcy proceedings. | AC, WP |
| | | English | Email | 06/20/2001 | T. Zink | J. Verbist | H. Seife | Email providing legal advice re US L&H bankruptcy proceedings. | AC, WP |
| | | English | Email | 06/20/2001 | J. Verbist | C. Schneider, D. de Bleser, E. Huyghe, F. de Potter, G. Vekeman, H. Liemen, J. Vandensteen, J. Vankeerberghen, K. van Riet, K. Diederich, K. Macours, M. Tanghe, M. Curran, M. Kaiser, P. Cordonnier, R. Buehler, V. Vercaigne, H. Lamb, H. Seife, T. Zink | J. Nelissen Grade, C. Sunt, J. Verlinden, S. Loosveld | Email requesting legal advice re US L&H bankruptcy proceedings. | AC, WP |

Page 399

5/19/2006

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV008260 | DEXPRIV008260 | English | Email | 06/13/2001 | F. Vazquez | R. Buehler, P. Cordonnier, M. Curran, F. de Potter, D. de Bleser, K. Delerue, K. Diederich, J. Gallagher, C. Geys, W. Haeck, E. Huyghe, L. Jones, M. Kaiser, B. Lamiroy, H. Liemen, S. Loosveld, K. Macours, E. Matthews, J. Nelissen Grade, C. Schneider, C. Sunt, M. Tanghe, K. van Riet, J. Vankeerberghen, P. van Tiggel, G. Vekeman, J. Verbist, V. Vercalgne, J. Verlinden, R. Wood | H. Seife, T. Zink | Email, with marginalia, providing legal advice re restructuring of L&H financing. | AC, WP |

Page 400

5/19/2006

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV008261 | DEXPRIV008262 | English | Email | 06/01/2001 | J. Verbist | H. Seife, R. Buehler, P. Cordonnier, M. Curran, F. de Potter, D. de Bleser, K. Delerue, K. Diederich, J. Gallagher, C. Geys, W. Haeck, K. Herbots, E. Huyghe, L. Jones, M. Kaiser, B. Lamiroy, H. Liemen, S. Loosveld, K. Macours, E. Matthews, J. Neilssen Grade, C. Schneider, C. Sunt, M. Tanghe, K. van Riet, J. Vankeerberghen, P. van Tiggel, G. Vekeman, J. Verbist, V. Vercaigne, J. Verlinden, R. Wood | T. Zink, F. Vazquez, G. Kerr, S. Rivera | Email transmitting information for the purpose of obtaining legal advice re L&H bankruptcy litigation. | AC, WP |

Page 401

5/19/2006

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| | | English | Email | 06/01/2001 | H. Seife | R. Buehler, P. Cordonnier, M. Curran, F. de Potter, D. de Bleser, K. Delenue, K. Diederich, J. Gallagher, C. Geys, W. Haeck, K. Herbots, E. Huyghe, L. Jones, M. Kaiser, B. Lamiroy, H. Liemen, S. Loosveld, K. Macours, E. Matthews, J. Nelissen Grade, C. Schneider, C. Sunt, M. Tanghe, K. van Riet, J. Vankeerberghen, P. van Tiggel, G. Vekeman, J. Verblist, V. Vercaigne, J. Verfinden, R. Wood | T. Zink, F. Vazquez, G. Kerr, S. Rivera | Email providing legal advice re L&H bankruptcy litigation. | AC, WP |
| DEXPRIV008263 | DEXPRIV008263 | Dutch | Email | 06/14/2001 | K. van Riet | C. Piret, F. Saverys | B. Lamiroy | Email providing legal advice re "gram" and loan settlement. | AC, WP |
| DEXPRIV008264 | DEXPRIV008264 | Dutch | Email | 06/14/2001 | C. Dillen | B. Lamiroy | K. van Riet, C. Piret, G. Dauwe | Email, with marginalia, requesting legal advice re "gram". | AC, WP |
| DEXPRIV008265 | DEXPRIV008265 | Dutch | Email | 06/10/2001 | K. van Riet | C. Piret, F. Saverys | B. Lamiroy | Email providing legal advice re Dictaphone, restructuring of L&H financing and L&H class action litigation. | AC, WP |
| DEXPRIV008266 | DEXPRIV008266 | Dutch | Email | 06/07/2001 | K. van Riet | C. Piret, F. Saverys | B. Lamiroy | Email providing legal advice re Dictaphone and restructuring of L&H financing. | AC, WP |

Page 402

5/19/2006

## Quaak v. Dexia and Related Cases
## Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV008267 | DEXPRIV008267 | Dutch | Email | 06/07/2001 | K. van Riet | C. Piret, F. Saverys | B. Lamiroy | Email providing legal advice re Dictaphone, restructuring of L&H financing, loan settlement, LHIC L&H bankruptcy and exercise of collateral. | AC, WP |
| DEXPRIV008268 | DEXPRIV008269 | Dutch | Fax | 04/09/2001 | B. Lamiroy | J. Verbist, S. Loosveld | | Fax providing legal advice re outstanding L&H loans. | AC, WP |
| DEXPRIV008270 | DEXPRIV008270 | Dutch | Memorandum | 05/15/2001 | B. Mommens | D. Bruneel, C. Piret | E. de Gyns, F. Saverys, K. van Riet | Memorandum transmitting information at the request of an attorney re compliance. | AC, WP |
| DEXPRIV008271 | DEXPRIV008275 | Dutch | Letter | 05/15/2001 | D. Bruneel | | | Draft letter, to be sent to Banking Commission, reflecting the mental impressions of an attorney re compliance. | AC, WP |
| DEXPRIV008276 | DEXPRIV008276 | Dutch | Memorandum | 04/30/2001 | C. Decouture | K. van Riet | | Memorandum requesting legal advice re L&H file and criminal investigation. | AC, WP |
| DEXPRIV008277 | DEXPRIV008277 | Dutch | Fax | 04/09/2001 | B. Lamiroy | J. Verbist, S. Loosveld | | Fax, with attachment, providing legal advice re jurisdiction. | AC, WP |
| DEXPRIV008278 | DEXPRIV008279 | English | Filing | | | | | Edgar filing with marginalia reflecting the mental impressions of an attorney re jurisdiction. | AC, WP |
| DEXPRIV008280 | DEXPRIV008280 | Dutch | Fax | 04/09/2001 | B. Lamiroy | J. Verbist, S. Loosveld | | Fax transmission report with image of first page of fax, with attachment, providing legal advice re jurisdiction. | AC, WP |

5/19/2006

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV008281 | DEXPRIV008281 | English | Email | 04/06/2001 | T. Zink | R. Buehler, P. Cordonnier, M. Curran, F. de Potter, D. de Bleser, K. Delerue, K. Diederich, J. Gallagher, C. Geys, W. Haeck, K. Herbots, E. Huyghe, L. Jones, M. Kaiser, B. Lamiroy, H. Liemen, S. Loosveld, K. Macours, E. Matthews, J. Neilssen Grade, C. Schneider, C. Sunt, M. Tanghe, K. van Riet, J. Vankeerberghen, P. van Tiggel, G. Vekeman, J. Verbist, V. Vercaigne, J. Verlinden, R. Wood | H. Seife | Email, with attachment, providing legal advice re L&H bankruptcy. | AC, WP |
| DEXPRIV008285 | DEXPRIV008285 | English | Fax | 04/05/2001 | T. Zink | The Bank Group | | Fax providing legal advice re L&H litigation proceedings. | AC, WP |
| DEXPRIV008286 | DEXPRIV008286 | Dutch | Email | 09/04/2001 | D. Eylenbosch, C. Piret | K. van Riet, D. Bruneel, F. Saverys | | Email providing information requested by an attorney re litigation proceedings and pledge. | AC, WP |
| | | Dutch | Email | 04/04/2001 | K. van Riet | D. Bruneel, F. Saverys | C. Piret, B. Lamiroy | Email providing legal advice and requesting information for the purpose of providing legal advice re litigation proceedings and pledge. | AC, WP |
| DEXPRIV008287 | DEXPRIV008287 | Dutch | Email | 04/04/2001 | D. Eylenbosch, C. Piret | K. van Riet, C. Piret, F. Saverys | B. Lamiroy | Email requesting legal advice re pledge. | AC, WP |
| | | Dutch | Email | 04/02/2001 | K. van Riet | C. Piret, F. Saverys | B. Lamiroy | Email providing legal advice re pledge. | AC, WP |

5/19/2006

## Quaak v. Dexia and Related Cases
### Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV008288 | DEXPRIV008288 | Dutch | Email | 03/30/2001 | K. van Riet | C. Piret, F. Saverys | B. Lamiroy | Email providing legal advice re sale of assets and use of proceeds. | AC, WP |
| DEXPRIV008289 | DEXPRIV008290 | English | Email | 03/29/2001 | S. Loosveld | R. Buehler, P. Cordonnier, M. Curran, F. de Potter, D. de Bleser, K. Delerue, K. Diederich, J. Gallagher, C. Geys, W. Haeck, K. Herbots, E. Huyghe, L. Jones, M. Kaiser, B. Lamiroy, H. Liemen, S. Loosveld, K. Macours, E. Matthews, J. Nelissen Grade, C. Schneider, C. Sunt, M. Tanghe, K. van Riet, J. Vankeerberghen, P. van Tiggel, G. Vekeman, J. Verbist, V. Vercaigne, J. Verlinden, R. Wood | | Email transmitting and providing legal advice re sale of assets and use of proceeds. | AC, WP |
| | | English | Email | 03/28/2001 | T. Zink | S. Loosveld | H. Seife | Email providing legal advice re sale of assets and use of proceeds. | AC, WP |

Page 405

5/19/2006

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV008291 | DEXPRIV008291 | English | Fax | 03/28/2001 | D. Vancoillie | F. Sercu, L. Mesuere, F. van Steenwinkel, V. Vercaigne, F. de Potter, G. Vekeman, K. Macours, P. van Tiggel, K. van Riet, J. Vankeerberghen, C. Schneider, H. Liemen, K. Diederich | | Fax providing information requested by an attorney re restructuring of L&H financing. | AC, WP |
| DEXPRIV008292 | DEXPRIV008292 | English | Fax | 03/28/2001 | D. Vancoillie | P. Collignon, P. Cordonnier, P. van Raemdonck, M. Degregori, L. Bastian | | Fax providing information requested by an attorney re restructuring of L&H financing. | AC, WP |
| DEXPRIV008293 | DEXPRIV008293 | English | Email | 03/28/2001 | K. van Riet | C. Piret, F. Saverys | B. Lamiroy | Email providing legal advice re L&H bankruptcy. | AC, WP |

Page 406

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV008294 | DEXPRIV008294 | English | Email | 03/24/2001 | T. Zink | R. Buehler, P. Cordonnier, M. Curran, F. de Potter, D. de Bleser, K. Delerue, K. Diederich, J. Gallagher, C. Geys, W. Haeck, K. Herbots, E. Huyghe, L. Jones, M. Kaiser, B. Lamiroy, H. Liemen, S. Loosveld, K. Macours, E. Matthews, J. Nelissen Grade, C. Schneider, C. Sunt, M. Tanghe, K. van Riet, J. Vankeerberghen, P. van Tiggel, G. Vekeman, J. Verbist, V. Vercaigne, J. Verlinden, R. Wood | H. Seife | Email, with attachment, providing legal advice re L&H bankruptcy. | AC, WP |
| DEXPRIV008295 | DEXPRIV008298 | English | Chart | 03/24/2001 | Chadbourne & Parke | | | Chart providing legal advice re L&H bankruptcy. | AC, WP |
| DEXPRIV008299 | DEXPRIV008299 | Dutch | Email | 03/17/2001 | K. van Riet | C. Piret, F. Saveys | B. Lamiroy | Email providing legal advice re pledge, L&H debt, sale of assets, restructuring of L&H financing and litigation strategy. | AC, WP |
| DEXPRIV008300 | DEXPRIV008300 | Dutch | Email | 03/13/2001 | K. van Riet | C. Piret, F. Saveys | B. Lamiroy | Email providing legal advice re L&H bankruptcy. | AC, WP |
| DEXPRIV008301 | DEXPRIV008301 | Dutch | Email | 03/09/2001 | K. van Riet | C. Piret, F. Saveys | B. Lamiroy | Email providing legal advice re L&H bankruptcy. | AC, WP |

5/19/2006

## Quaak v. Dexia and Related Cases
### Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV008302 | DEXPRIV008302 | English | Email | 03/08/2001 | F. Vazquez | R. Buehler, P. Cordonnier, M. Curran, F. de Potter, D. de Bleser, K. Delerue, K. Diederich, J. Gallagher, G. Geys, W. Haeck, K. Herbots, E. Huyghe, L. Jones, M. Kaiser, B. Lamiroy, H. Liemen, S. Loosveld, K. Macours, E. Matthews, J. Nelissen, Girade, C. Schneider, C. Sunt, M. Tanghe, K. van Riet, J. Vankeerberghen, P. van Tiggel, G. Vekeman, J. Verbist, V. Vercaigne, J. Verlinden, R. Wood | H. Seife, T. Zink | Email providing legal advice re L&H bankruptcy proceedings. | AC, WP |
| DEXPRIV008303 | DEXPRIV008303 | Dutch | Fax | 03/07/2001 | M. Tanghe, E. Huyghe | K. van Riet | S. Loosveld | Fax providing information for the purpose of obtaining legal advice re restructuring of L&H financing. | AC, WP |

5/19/2006

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV008304 | DEXPRIV008305 | English | Fax | 03/07/2001 | D. de Bieser | F. Sercu, L. Mesuere, F. van Steenwinkel, V. Vercaigne, F. de Potter, G. Vekeman, K. Macours, P. van Tiggel, K. van Riet, J. Vankeerberghen, C. Schneider, H. Liemen, K. Diederich, M. Kaiser | | Fax providing legal advice re sale of assets and L&H bankruptcy. | AC, WP |

Page 409