*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

5/19/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV008306 | DEXPRIV008306 | English | Email | 03/07/2001 | T. Zink | R. Buehler, P. Cordonnier, M. Curran, F. de Potter, D. de Bleser, K. Delerue, K. Diederich, J. Gallagher, C. Geys, W. Haeck, K. Herbots, E. Huyghe, L. Jones, M. Kaiser, B. Lamiroy, H. Liemen, S. Loosveld, K. Macours, E. Matthews, J. Nelissen Grade, C. Schneider, C. Sunt, M. Tanghe, K. van Riet, J. Vankeerberghen, P. van Tiggel, G. Vekeman, J. Verbist, V. Vercaigne, J. Verlinden, R. Wood | H. Seife | Email, with attachment, providing legal advice re L&H litigation proceedings. | AC, WP |
| DEXPRIV008307 | DEXPRIV008307 | English | Fax | 03/06/2001 | T. Zink | The Bank Group | | Fax providing legal advice re L&H litigation proceedings. | AC, WP |
| DEXPRIV008308 | DEXPRIV008308 | Dutch | Email | 03/06/2001 | K. van Riet | C. Piret, F. Saverys | B. Lamiroy | Email providing legal advice re US litigation proceedings, L&H bankruptcy and pledge. | AC, WP |
| DEXPRIV008309 | DEXPRIV008309 | Dutch | Email | 03/06/2001 | K. van Riet | C. Piret, F. Saverys | B. Lamiroy | Email providing legal advice re US litigation proceedings, L&H bankruptcy and pledge. | AC, WP |
| DEXPRIV008310 | DEXPRIV008311 | Dutch | Email | 03/05/2001 | K. van Riet | C. Piret | F. Saverys, B. Lamiroy | Email providing legal advice re US litigation proceedings, L&H bankruptcy and loan repayment. | AC, WP |

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

5/19/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV008312 | DEXPRIV008313 | English | Fax | 03/02/2001 | D. de Bieser | F. Sercu, L. Mesuere, F. van Steenwinkel, V. Vercaigne, F. de Potter, G. Vekeman, K. Macours, P. van Tiggel, K. van Riet, J. Vankeerberghen, C. Schneider, H. Liemen, K. Diederich | | Fax providing information requested by an attorney re Creditors' Committee. | AC, WP |
| DEXPRIV008314 | DEXPRIV008314 | English | Email | 03/01/2001 | K. van Riet | C. Piret, F. Saverys | B. Lamiroy, P. van Tiggel | Email providing legal advice re loan repayment, restructuring of L&H financing and Dictaphone Creditors' Committee. | AC, WP |
| DEXPRIV008315 | DEXPRIV008317 | | Email | | | B. Lamiroy | | Email with incomplete header information transmitting legal advice re L&H bankruptcy. | AC, WP |

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

5/19/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| | | English | Email | 02/27/2001 | F. Vazquez | R. Buehler, P. Cordonnier, M. Curran, F. de Potter, D. de Bleser, K. Delerue, K. Diederich, J. Gallagher, C. Geys, W. Haeck, K. Herbots, E. Huyghe, L. Jones, M. Kaiser, H. Liemen, S. Loosveld, K. Macours, E. Matthews, J. Nelissen, Grade, C. Schneider, C. Sunt, M. Tanghe, K. van Riet, J. Vankeerberghen, P. van Tiggel, G. Vekeman, J. Verbist, V. Vercaigne, J. Verlinden, R. Wood | H. Seife, T. Zink, A. Rosenblatt | Email, with marginalia, providing legal advice re L&H bankruptcy. | AC, WP |
| DEXPRIV008318 | DEXPRIV008318 | Dutch | Email | 02/09/2001 | K. van Riet | C. Piret, F. Saverys | B. Lamiroy | Email providing and transmitting legal advice re sales of assets. | AC, WP |

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

5/19/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| | | English | Email | 02/08/2001 | T. Zink | R. Buehler, P. Cordonnier, M. Curran, F. de Potter, D. de Bleser, K. Delerue, K. Diederich, J. Gallagher, C. Geys, W. Haeck, K. Herbots, E. Huyghe, L. Jones, M. Kaiser, H. Liemen, S. Loosveld, K. Macours, E. Matthews, J. Nelissen Grade, C. Schneider, C. Sunt, M. Tanghe, K. van Riet, J. Vankeerberghen, P. van Tiggel, G. Vekeman, J. Verbist, V. Vercaigne, J. Verlinden, R. Wood | H. Seife, H. Lamb | Email, with attachment, providing legal advice re sales of assets. | AC, WP |
| DEXPRIV008319 | DEXPRIV008322 | English | Fax | 02/08/2001 | T. Zink | The Bank Group | | Fax providing legal advice re sale of assets. | AC, WP |
| DEXPRIV008323 | DEXPRIV008324 | Dutch | Email | 01/31/2001 | K. van Riet | C. Piret, F. Saverys, P. van Tiggel, K. Herbots, B. Lamiroy | | Email providing legal advice re LHIC loan, repayment of loan, van Driesten and restructuring of L&H financing. | AC, WP |
| DEXPRIV008325 | DEXPRIV008326 | English | Fax | 01/27/2001 | T. Zink | The Bank Group | | Fax providing legal advice re L&H bankruptcy and repayment of loan. | AC, WP |

## Quaak v. Dexia and Related Cases
## Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV008327 | DEXPRIV008327 | English | Email | 01/28/2001 | F. Vazquez | R. Buehler, P. Cordonnier, M. Curran, F. de Potter, D. de Bleser, K. Delerue, K. Diederich, J. Gallagher, C. Geys, W. Haeck, K. Herbots, E. Huyghe, L. Jones, H. Liemen, S. Loosveld, K. Macours, E. Matthews, J. Nelissen Grade, C. Schneider, C. Sunt, M. Tanghe, R. Tinari, K. van Riet, J. Vankeerberghen, P. van Tiggel, G. Vekeman, J. Verbist, V. Vercaigne, J. Verlinden | H. Seife, T. Zink | Email, with attachment, transmitting legal advice re LHSP. | AC, WP |

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

5/19/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV008328 | DEXPRIV008328 | English | Email | 01/27/2001 | T. Zink | R. Buehler, P. Cordonnier, M. Curran, F. de Potter, D. de Bleser, K. Delerue, K. Diederich, J. Gallagher, C. Geys, W. Haeck, K. Herbots, E. Huyghe, L. Jones, H. Liemen, S. Loosveld, K. Macours, E. Matthews, J. Nelissen Grade, C. Schneider, C. Sunt, M. Tanghe, R. Tinari, K. van Riet, J. Vankeerberghen, P. van Tiggel, G. Vekeman, J. Verbist, V. Vercaigne, J. Verlinden, M. Kaiser | | Email, with attachment, transmitting legal advice re L&H bankruptcy. | AC, WP |
| DEXPRIV008329 | DEXPRIV008331 | English | Chart | 01/27/2001 | Chadbourne & Parke | | | Chart providing legal advice re L&H bankruptcy. | AC, WP |

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

5/19/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV008332 | DEXPRIV008333 | English | Fax | 01/19/2001 | D. de Bieser | F. Sercu, L. Mesuere, F. van Steenwinkel, V. Vercaigne, F. de Potter, G. Vekeman, K. Macours, P. van Tiggel, K. van Riet, J. Vankeerberghen, C. Schneider, H. Liemen, K. Diederich | | Fax providing information requested by an attorney re restructuring of L&H financing, Creditors' Committee and litigation strategy. | AC, WP |
| DEXPRIV008334 | DEXPRIV008336 | English | Fax | 01/19/2001 | D. de Bieser | F. Sercu, L. Mesuere, F. van Steenwinkel, V. Vercaigne, F. de Potter, G. Vekeman, K. Macours, P. van Tiggel, K. van Riet, J. Vankeerberghen, C. Schneider, H. Liemen, K. Diederich | | Fax, with marginalia reflecting request for legal advice, providing information requested by an attorney re restructuring of L&H financing, Creditors' Committee and litigation strategy. | AC, WP |
| DEXPRIV008337 | DEXPRIV008339 | Dutch | Letter | 01/11/2001 | R. Vermeiren | | | Draft letter to be sent to L&H, with marginalia indicating transmission to C. Piret and marginalia from C. Piret addressed to K. van Riet requesting legal advice re same. | AC, WP |
| DEXPRIV008340 | DEXPRIV008341 | Dutch | Email | 12/14/2000 | D. de Bieser | B. Lamiroy | | Email transmitting legal advice re restructuring of L&H financing and payments. | AC, WP |

## Quaak v. Dexia and Related Cases
## Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| | | English | Email | 12/13/2000 | S. Loosveld | R. Buehler, P. Cordonnier, M. Curran, E. Huyghe, H. Liemen, K. Macours, C. Schneider, M. Tanghe, K. van Riet, K. Diederich, J. Vankeerberghen, V. Vercaigne | J. Nelissen Grade, J. Verbist, C. Sunt, J. Verlinden, C. Geys | Email providing legal advice re restructuring of L&H financing and payments. | AC, WP |
| DEXPRIV008342 | DEXPRIV008342 | English | Fax | 12/05/2000 | J. Verbist | | | Last page of a fax transmitting legal advice re L&H bankruptcy. | AC, WP |
| DEXPRIV008343 | DEXPRIV008346 | English | Fax | 12/05/2000 | T. Zink | J. Verbist | | Fax providing legal advice re L&H bankruptcy. | AC, WP |
| DEXPRIV008347 | DEXPRIV008347 | Dutch | Fax | | B. Lamiroy | K. van Riet | | Handwritten fax, with attachment, transmitting information requested by an attorney and providing legal advice re loan repayment. | AC, WP |
| DEXPRIV008348 | DEXPRIV008348 | Dutch | Fax | 12/29/2000 | A. Louwrier | K. van Riet, B. Lamiroy | | Fax, with attachment, transmitting information requested by an attorney and providing legal advice re loan repayment. | AC, WP |
| DEXPRIV008349 | DEXPRIV008349 | Dutch | Power of attorney | 12/29/2000 | (illegible), A. Louwrier, C. Piret, R. Greindl | | | Draft power of attorney | AC, WP |
| DEXPRIV008350 | DEXPRIV008350 | Dutch | Email | 12/19/2000 | K. van Riet | B. Lamiroy | | Email providing legal advice re restructuring of L&H financing. | AC, WP |
| DEXPRIV008351 | DEXPRIV008351 | | Email | 12/08/2000 | K. van Riet | P. van Tiggel, Saverys, B. Lamiroy | | Email transmitting request for legal advice re US litigation strategy. | AC, WP |
| | | English | Email | 12/07/2000 | K. Macours | J. Verbist | D. de Bleser, V. Vercaigne, J. Nelissen Grade, C. Sunt, J. Verlinden, S. Loosveld, K. van Riet, K. Troch | Email requesting legal advice re US litigation strategy. | AC, WP |
| DEXPRIV008352 | DEXPRIV008352 | Dutch | Email | 12/07/2000 | B. Lamiroy | B. Ferrand | | Email providing legal advice re L&H relationship. | AC, WP |
| | | Dutch | Email | 12/07/2000 | B. Ferrand | K. Herbots | B. Lamiroy | Email transmitting information requested by an attorney re L&H relationship. | AC, WP |

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

5/19/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV008353 | DEXPRIV008353 | Dutch | Email | 12/07/2000 | K. Herbots | B. Ferrand | K. van Riet, B. Lamiroy | Email requesting information at the request of an attorney re L&H relationship. | AC, WP |
| DEXPRIV008354 | DEXPRIV008354 | English | Fax | 12/07/2000 | H. Seife, T. Zink | J. Verblst, S. Loosveld, J. Verlinden, K. van Riet, J. Vankeerberghen, H. Liemen, K. Macours, P. Cordonnier, V. Vercaigne, M. Curran, E. Huyghe, M. Tanghe | | Fax cover page transmitting legal advice. Incomplete document. | AC |
| DEXPRIV008355 | DEXPRIV008355 | English | Fax | 12/07/2000 | D. de Bieser | H. Seife | | Fax transmission report with image of first page of a fax requesting legal advice re restructuring of L&H financing. | AC, WP |
| DEXPRIV008356 | DEXPRIV008358 | English | Fax | 12/07/2000 | D. de Bieser | H. Seife | KBC Bank, Fortis Bank, Deutsche Bank, Dresdner Bank Luxembourg, De Bandt Vanhecke Lagae & Loesch | Fax requesting legal advice re restructuring of L&H financing. | AC, WP |
| DEXPRIV008356 | DEXPRIV008358 | English | Fax | 12/07/2000 | J. Verbist | J. Vankeerberghen, V. Vercaigne, D. de Bleser, E. Huyghe, M. Tanghe, K. Macours, P. Cordonnier, K. van Riet, K. Diederich | J. Nelissen Grade, C. Sunt, J. Verlinden, S. Loosveld, C. Geys | Fax transmitting legal advice re L&H bankruptcy. | AC, WP |
| DEXPRIV008359 | DEXPRIV008360 | English | Fax | 12/06/2000 | J. Verbist | J. Vankeerberghen, V. Vercaigne, D. de Bleser, E. Huyghe, M. Tanghe, K. Macours, P. Cordonnier, K. van Riet, K. Diederich | | Fax transmitting legal advice re L&H bankruptcy. | AC, WP |

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

5/19/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV008361 | DEXPRIV008361 | English | Fax | 12/06/2000 | De Bandt, Vanhecke, Lagae & Loesch | | | Incomplete fax providing legal advice re L&H bankruptcy litigation proceedings. | AC, WP |
| DEXPRIV008362 | DEXPRIV008363 | English | Fax | 12/05/2000 | J. Verbist | J. Vankeerberghen, V. Vercaigne, E. Huyghe, M. Tanghe, K. Macours, P. Cordonnier, K. van Riet | | Fax transmitting legal advice re US L&H bankruptcy litigation. | AC, WP |
| DEXPRIV008364 | DEXPRIV008364 | English | Fax | 12/05/2000 | T. Zink | J. Verbist | | Fax providing legal advice re US L&H bankruptcy litigation. | AC, WP |
| DEXPRIV008365 | DEXPRIV008367 | English | Fax | 12/04/2000 | D. de Bleser | F. Sercu, L. Mesuere, F. van Steenwinkel, V. Vercaigne, A. Vercammen, J. Vandesteen, G. Vekeman, P. Cordonnier, P. Vermeiren, P. van Raemdonck, J. Vankeerberghen, C. Schneider, R. Haas, K. Diederich | | Fax transmitting legal advice re L&H bankruptcy, with marginalia by K. van Riet reflecting the mental impressions of an attorney re same. | AC, WP |
| DEXPRIV008368 | DEXPRIV008368 | Dutch | Email | 11/30/2000 | K. van Riet | C. Piret, F. Saverys, P. van Tiggel, K. Herbots, B. Lamiroy | | Email transmitting and providing legal advice re composition agreement. | AC, WP |
| | | English | Email | 11/30/2000 | J. Verbist | V. Vercaigne, amd@skynet.be, E. Huyghe, K. Macours, P. Cordonnier, I. Bastin, K. van Riet | J. Nelissen Grade, C. Sunt, J. Verlinden, S. Loosveld | Email providing legal advice re composition agreement. | AC, WP |
| DEXPRIV008369 | DEXPRIV008369 | Dutch | Fax | 11/30/2000 | B. Lamiroy | J. Verbist | | Fax, with attachment, transmitting request for legal advice re LHSP. Incomplete fax. | AC, WP |

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

5/19/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV008370 | DEXPRIV008370 | Dutch | Fax | 11/30/2000 | B. Lamiroy | J. Verbist | | Fax transmission report with image of first page of a fax requesting legal advice re LHSP. | AC, WP |
| DEXPRIV008371 | DEXPRIV008371 | Dutch | Email | 11/30/2000 | K. Herbots | M. van Acker | K. van Riet, P. van Tiggel, S. Tritz, E. van Laere | Email providing legal advice re client relationship. | AC, WP |
| | | Dutch | Email | 11/30/2000 | K. Herbots | M. van Acker | K. van Riet, P. van Tiggel, S. Tritz, E. van Laere | Email providing legal advice re client relationship. | AC, WP |
| DEXPRIV008372 | DEXPRIV008372 | Dutch | Email | 11/30/2000 | T. Bockelandt | K. Herbots | | Email providing information requested by an attorney re client relationship. | AC, WP |
| DEXPRIV008373 | DEXPRIV008372 | Dutch | Email | 11/29/2000 | K. Herbots | S. Tritz, M. van Acker | P. van Tiggel, K. van Riet | Email providing legal advice re client relationship. | AC, WP |
| DEXPRIV008373 | DEXPRIV008377 | English | Fax | 11/27/2000 | KBC Bank NV, Artesia Banking Corporation NV | | | Draft letter to be sent to L&H, with marginalia reflecting the mental impressions of an attorney re same. | WP |
| DEXPRIV008378 | DEXPRIV008381 | English | Fax | 11/27/2000 | KBC Bank NV, Artesia Banking Corporation NV | | | Draft letter to be sent to L&H, with marginalia reflecting the mental impressions of an attorney re same. | WP |
| DEXPRIV008382 | DEXPRIV008383 | English | Fax | 11/27/2000 | KBC Bank NV, Artesia Banking Corporation NV | | | Draft letter to be sent to L&H, with marginalia reflecting the mental impressions of an attorney re same. | WP |
| DEXPRIV008384 | DEXPRIV008384 | Dutch | Email | 11/22/2000 | K. van Riet | W. Lauwers | B. Lamiroy, M. Colle | Email providing legal advice re payments. | AC, WP |
| DEXPRIV008385 | DEXPRIV008385 | Dutch | Email | 11/21/2000 | K. van Riet | M. Colle, B. Lamiroy | | Email providing legal advice re client relationship. | AC, WP |
| DEXPRIV008386 | DEXPRIV008386 | Dutch | Email | 11/21/2000 | K. van Riet | M. Colle, B. Lamiroy | | Email providing legal advice re client relationship. | AC, WP |
| DEXPRIV008387 | DEXPRIV008387 | Dutch | Email | 11/20/2000 | B. Ferrand | S. Tritz | K. Herbots | Email requesting legal advice re payments, with marginalia in French reflecting legal advice re same. | AC, WP |
| DEXPRIV008388 | DEXPRIV008389 | Dutch | Email | 11/17/2000 | L. Claerhout | E. van Laere | S. Tritz, J. de Ras, M. Kunnen, P. van Tiggel, P. Cordonnier, B. Ferrand, P. Vanderlinden | Email requesting legal advice re payments. | AC, WP |
| | | | Email | 11/17/2000 | M. Kunnen | L. Claerhout | | Email transmitting legal advice re payments. | AC, WP |
| | | Dutch | Email | 11/17/2000 | J. de Ras | B. Ferrand, M. Kunnen | P. van Tiggel, P. Cordonnier | Email transmitting legal advice re at the request of an attorney re payments. | AC, WP |

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

5/19/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV008390 | DEXPRIV008390 | English | Fax | 11/15/2000 | C. Schneider, J. Vankeerberghen | D. de Bieser | | Fax providing information requested by an attorney for the purpose of providing legal advice re restructuring of L&H financing. | AC, WP |
| DEXPRIV008391 | DEXPRIV008392 | English | Fax | 11/15/2000 | R. Haas, K. Diederich | D. de Bieser, P. Cordonnier, P. Vermeiren | | Fax providing legal advice re restructuring of L&H financing. | AC, WP |
| DEXPRIV008393 | DEXPRIV008394 | | Email | 11/30/2000 | K. van Riet | C. Piret, F. Saverys, P. van Tiggel, B. Lamiroy | | Email transmitting legal advice re composition agreement. | AC, WP |
| | | English | Email | 11/30/2000 | J. Verbist | J. Vankeerberghen, V. Vercaigne, amd@skynet.be, E. Huyghe, K. Macours, P. Cordonnier, I. Bastin, K. van Riet | J. Nelissen Grade, C. Sunt, J. Verlinden, S. Loosveld | Email providing legal advice re composition agreement. | AC, WP |
| | | Dutch | Email | 11/30/2000 | S. Loosveld | J. Vankeerberghen, V. Vercaigne, amd@skynet.be, E. Huyghe, K. Macours, P. Cordonnier, I. Bastin, K. van Riet | J. Nelissen Grade, C. Sunt, J. Verlinden, S. Loosveld | Email requesting information for the purpose of providing legal advice re composition agreement. | AC, WP |
| DEXPRIV008395 | DEXPRIV008395 | | Email | 12/01/2000 | K. van Riet | F. Saverys, K. Herbots, B. Lamiroy | | Email transmitting information requested by an attorney re composition agreement. | AC, WP |
| | | English | Email | 12/01/2000 | K. Macours, K. Troch | J. Vankeerberghen, V. Vercaigne, amd@skynet.be, E. Huyghe, K. Macours, P. Cordonnier, I. Bastin, K. van Riet, J. Verbist | J. Nelissen Grade, C. Sunt, J. Verlinden, K. Troch, F. de Potter | Email providing information requested by an attorney re composition agreement. | AC, WP |

Page 421

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

5/19/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| | | English | Email | 12/01/2000 | J. Verbist | J. Vankeerberghen, V. Vercaigne, amd@skynet.be, E. Huyghe, K. Macours, P. Cordonnier, I. Bastin, K. van Riet | J. Nelissen Grade, C. Sunt, J. Verlinden | Email, with attachment, providing legal advice re composition agreement and requesting information for the purpose of providing legal advice re same. | AC, WP |
| DEXPRIV008396 | DEXPRIV008397 | Dutch | Email | 12/01/2000 | K. Herbots | K. van Riet | B. Lamiroy, F. Saverys | Email requesting legal advice re composition agreement. | AC, WP |
| | | Dutch | Email | 12/01/2000 | K. van Riet | B. Lamiroy, F. Saverys, K. Herbots | | Email providing legal advice re composition agreement. | AC, WP |
| | | English | Email | 12/01/2000 | J. Verbist | J. Vankeerberghen, V. Vercaigne, amd@skynet.be, E. Huyghe, K. Macours, P. Cordonnier, I. Bastin, K. van Riet | J. Nelissen Grade, C. Sunt, J. Verlinden | Email, with attachment, providing legal advice re composition agreement and requesting information for the purpose of providing legal advice re same. | AC, WP |
| DEXPRIV008398 | DEXPRIV008400 | | Email | 12/07/2000 | K. van Riet | B. Lamiroy | | Email transmitting legal advice re audit report. | AC, WP |
| | | English | Email | 12/06/2000 | S. Loosveld | J. Vankeerberghen, V. Vercaigne, amd@skynet.be, E. Huyghe, K. Macours, P. Cordonnier, I. Bastin, K. van Riet | J. Nelissen Grade, C. Sunt, J. Verlinden, C. Geys | Email, with attachment, providing legal advice re audit report. | AC, WP |
| DEXPRIV008401 | DEXPRIV008401 | | Email | 12/11/2000 | K. van Riet | C. Piret, P. van Tiggel, B. Lamiroy | | Email transmitting legal advice re restructuring of L&H financing. | AC, WP |

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

5/19/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| | | English | Email | 12/11/2000 | J. Verbist | E. Huyghe, D. de Bleser, K. Macours | V. Vercaigne, M. Tanghe, P. Cordonnier, K. van Riet, J. Verbist, S. Loosveld, J. Vankeerberghen, H. Liemen, J. Nelissen Grade, C. Sunt, C. Geys | Email providing legal advice re restructuring of L&H financing. | AC, WP |
| DEXPRIV008402 | DEXPRIV008402 | Dutch | Fax | 12/19/2000 | D. de Bleser | K. van Riet, E. Huyghe, M. Tanghe, V. Vercaigne, J. Verbist, K. Macours | | Fax requesting legal advice re restructuring of L&H financing. | AC, WP |
| DEXPRIV008403 | DEXPRIV008403 | Dutch | Email | 12/19/2000 | K. van Riet | C. Piret, P. van Tiggel, B. Lamiroy | | Email providing legal advice re restructuring of L&H financing. | AC, WP |
| DEXPRIV008404 | DEXPRIV008404 | Dutch | Email | 12/22/2000 | K. van Riet | C. Piret, F. Saverys, P. van Tiggel, B. Lamiroy | | Email transmitting and providing legal advice re L&H bankruptcy and litigation strategy. | AC, WP |
| | | English | Email | 12/22/2000 | J. Verbist | C. Schneider, D. de Bleser, E. Huyghe, H. Liemen, J. Vankeerberghen, K. van Riet, K. Diederich, K. Macours, M. Tanghe, M. Curran, P. Cordonnier, R. Buehler, H. Lamb, H. Seife, T. Zink | J. Nelissen Grade, C. Sunt, J. Verlinden, S. Loosveld, C. Geys | Email, with attachment, providing legal advice re L&H bankruptcy and litigation strategy. | AC, WP |
| DEXPRIV008405 | DEXPRIV008406 | English | Memorandum | 01/05/2001 | J. Verbist | The Banks | | Memorandum providing legal advice re restructuring of L&H financing and L&H bankruptcy. | AC, WP |
| DEXPRIV008407 | DEXPRIV008411 | Dutch | Court Submission | 01/03/2001 | | | | Draft motion. | WP |

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

5/19/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV008412 | DEXPRIV008412 | Dutch | Fax | 06/13/2001 | B. Lamiroy, K. van Riet | P. Colle | | Fax, with attachment, requesting legal advice re restructuring of L&H financing. | AC, WP |
| DEXPRIV008413 | DEXPRIV008414 | | Email | 12/28/2000 | K. van Riet | P. van Tiggel, B. Lamiroy | | Email transmitting legal advice re restructuring of L&H financing. | AC, WP |
| | | English | Email | 12/28/2000 | J. Verbist | H. Lamb, H. Seife, T. Zink, C. Schneider, D. de Bleser, E. Huyghe, F. de Potter, G. Vekeman, H. Liemen, J. Vandensteen, J. Vankeerberghen, K. van Riet, K. Diederich, K. Macours, M. Tanghe, M. Curran, P. Cordonnier, R. Buehler | J. Nelissen Grade, C. Sunt, J. Verlinden, S. Loosveld, C. Geys | Email providing legal advice re restructuring of L&H financing. | AC, WP |
| DEXPRIV008415 | DEXPRIV008415 | Dutch | Letter | 02/06/2001 | B. Lamiroy, K. van Riet | | | Draft letter to be sent to Ieper Court reflecting the mental impressions of an attorney re loan repayment. | WP |
| DEXPRIV008416 | DEXPRIV008416 | Dutch | Letter | 02/06/2001 | B. Lamiroy, K. van Riet | | | Draft letter to be sent to L&H counsel reflecting the mental impressions of an attorney re loan repayment. | WP |
| DEXPRIV008417 | DEXPRIV008417 | Dutch | Letter | 02/06/2001 | B. Lamiroy, K. van Riet | | | Draft letter to be sent to L&H accountant reflecting the mental impressions of an attorney re loan repayment. | WP |
| DEXPRIV008418 | DEXPRIV008418 | Dutch | Letter | 02/06/2001 | B. Lamiroy, K. van Riet | | | Draft letter to be sent to L&H auditor reflecting the mental impressions of an attorney re loan repayment. | WP |

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

5/19/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV008419 | DEXPRIV008420 | English | Fax | 03/19/2001 | J. Verbist | J. Vankeerberghen, V. Vercaigne, D. de Bleser, E. Huyghe, M. Tanghe, K. Macours, P. Cordonnier, K. van Riet, K. Diederich, H. Liemen, R. Buehler | | Fax providing legal advice re US litigation strategy. | AC, WP |
| DEXPRIV008421 | DEXPRIV008441 | | | | | | | Intentional gap. | |
| DEXPRIV008442 | DEXPRIV008443 | English | Fax | 04/21/2001 | J. Verbist | J. Vankeerberghen, V. Vercaigne, D. de Bleser, E. Huyghe, M. Tanghe, K. Macours, P. Cordonnier, K. van Riet, K. Diederich | | Fax, with attachment, providing legal advice re composition agreement. | AC, WP |
| DEXPRIV008444 | DEXPRIV008444 | Dutch | Letter | 05/01/2001 | K. van Riet, D. Bruneel | | | Draft letter, to be sent to L&H counsel but never sent, re composition agreement. | WP |
| DEXPRIV008445 | DEXPRIV008446 | English | Memorandum | 11/17/2000 | K. Macours | Lenders of LHSP Credit Facility | | Fax providing legal advice re restructuring of L&H financing, pledge, and Korea. | AC, WP |
| DEXPRIV008447 | DEXPRIV008448 | English | Memorandum | 11/17/2000 | K. Macours | Lenders of LHSP Credit Facility | | Fax providing legal advice re restructuring of L&H financing, pledge, and Korea, with marginalia reflecting the mental impressions of an attorney re same. | AC, WP |
| DEXPRIV008449 | DEXPRIV008450 | English | Memorandum | | | | | Undated memorandum without header information, with marginalia, providing legal advice re perfection of security and jurisdiction. | AC, WP |
| DEXPRIV008451 | DEXPRIV008452 | English | Memorandum | | | | | Undated memorandum without header information providing legal advice re perfection of security and jurisdiction. | AC, WP |
| DEXPRIV008453 | DEXPRIV008453 | English | Memorandum | 11/16/2000 | | | | Addendum to undated memorandum without header information, providing legal advice re perfection of security and jurisdiction. | AC, WP |

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

5/19/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV008454 | DEXPRIV008454 | Dutch | Email | 11/16/2000 | K. Macours | L. Mesuere, V. Vercaigne, D. de Bleser, J. van Helleputte, P. Cordonnier | J. Vandensteen, G. Vekeman | Email providing legal advice re restructuring of L&H financing. | AC, WP |
| DEXPRIV008455 | DEXPRIV008456 | Dutch | Email | 11/16/2000 | K. Macours | P. Cordonnier | L. Mesuere, V. Vercaigne, D. de Bleser, J. van Helleputte, J. Vandensteen, G. Vekeman, P. Vermeiren, P. van Tiggel | Email providing legal advice re restructuring of L&H financing. | AC, WP |
| | | Dutch | Email | 11/16/2000 | P. Cordonnier | K. Macours | L. Mesuere, V. Vercaigne, D. de Bleser, J. van Helleputte, J. Vandensteen, G. Vekeman, P. Vermeiren, P. van Tiggel | Email providing legal advice re restructuring of L&H financing. | AC, WP |
| | | | Email | 11/16/2000 | K. Macours | L. Mesuere, V. Vercaigne, D. de Bleser, J. van Helleputte, P. Cordonnier | J. Vandensteen, G. Vekeman | Email, with attachment, transmitting legal advice re restructuring of L&H financing. | AC, WP |
| DEXPRIV008457 | DEXPRIV008457 | Dutch | Email | 11/16/2000 | P. Cordonnier | K. Macours | L. Mesuere, V. Vercaigne, D. de Bleser, J. van Helleputte, J. Vandensteen, G. Vekeman, P. Vermeiren, P. van Tiggel | Email providing legal advice re restructuring of L&H financing. | AC, WP |
| | | Dutch | Email | 11/16/2000 | P. Cordonnier | K. Macours | L. Mesuere, V. Vercaigne, D. de Bleser, J. van Helleputte, J. Vandensteen, G. Vekeman, P. Vermeiren, P. van Tiggel | Email providing legal advice re restructuring of L&H financing. | AC, WP |
| DEXPRIV008458 | DEXPRIV008458 | Dutch | Email | 11/16/2000 | J. van Helleputte | P. Cordonnier | | Email providing information for the purpose of obtaining legal advice re restructuring of L&H financing. | AC, WP |

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

5/19/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV008459 | DEXPRIV008460 | English | Email | 11/16/2000 | K. Macours | L. Mesuere, V. Vercaigne, D. de Bleser, J. van Helleputte, J. Vandensteen, G. Vekeman, P. Vermeiren, P. van Tiggel, P. Cordonnier, C. Schneider, R. Haas, K. Diederich | | Email, with attachment, transmitting legal advice re restructuring of L&H financing. | AC, WP |
| DEXPRIV008461 | DEXPRIV008461 | English | Email | 11/16/2000 | K. Macours | L. Mesuere, V. Vercaigne, D. de Bleser, J. van Helleputte, J. Vandensteen, G. Vekeman, P. Vermeiren, P. van Tiggel, P. Cordonnier, C. Schneider, R. Haas, K. Diederich, J. Baetsle | | Email, with attachment, transmitting legal advice re restructuring of L&H financing. | AC, WP |
| DEXPRIV008462 | DEXPRIV008471 | | | | | | | Intentional gap. | |
| DEXPRIV008472 | DEXPRIV008472 | Dutch | Email | 02/23/2001 | J. Lametz | P. van Tiggel, F. Dierckx, K. Herbots, B. Lamiroy | | Email transmitting legal advice re criminal investigation. | AC, WP |
| | | Dutch | Email | 02/23/2001 | J. Lametz | C. Piret | | Email, with attachment, transmitting legal advice re criminal investigation. | AC, WP |
| DEXPRIV008473 | DEXPRIV008474 | Dutch | Memorandum | 02/23/2001 | K. van Riet | C. Piret | P. van Tiggel, F. Dierckx, K. Herbots, B. Lamiroy | Memorandum providing legal advice re criminal investigation. | AC, WP |
| DEXPRIV008475 | DEXPRIV008475 | Dutch | Email | 02/23/2001 | M. Debaveye | B. Lamiroy | K. van Riet | Email providing information requested by an attorney re criminal investigation. | AC, WP |
| DEXPRIV008476 | DEXPRIV008476 | Dutch | Email | 03/02/2001 | G. Merckx | B. Lamiroy | | Email providing information requested by an attorney re criminal investigation. | AC, WP |
| | | Dutch | Email | 02/27/2001 | G. Merckx | eulemine@BACOB.be | | Email providing information requested by an attorney re criminal investigation. | AC, WP |
| DEXPRIV008477 | DEXPRIV008477 | Dutch | Email | 04/09/2001 | H. Laenens | K. van Riet, E. Messely, S. Decraene | E. Lemineur, J. Vandenbosch | Email providing information requested by an attorney re criminal investigation. | AC, WP |

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

5/19/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV008478 | DEXPRIV008516 | | | | | | | Intentional gap. | |
| DEXPRIV008517 | DEXPRIV008517 | French | Memorandum | 08/31/2001 | K. van Riet | | | Memorandum providing legal advice re Credit Committee decision re Dictaphone, with marginalia reflecting request for legal advice re same. | AC, WP |
| DEXPRIV008518 | DEXPRIV008518 | Dutch | Email | 03/04/2002 | S. Loosveld | B. Lamiroy | | Email requesting information for the purpose of providing legal advice re restructuring of L&H financing and L&H bankruptcy. | AC, WP |
| | | Dutch | Email | 03/01/2002 | B. Lamiroy | S. Loosveld | K. van Riet | Email providing information at the request of an attorney re restructuring of L&H financing and L&H bankruptcy. | AC, WP |
| | | Dutch | Email | 03/01/2002 | S. Loosveld | B. Lamiroy | | Email requesting information for the purpose of providing legal advice re restructuring of L&H financing and L&H bankruptcy. | AC, WP |
| DEXPRIV008519 | DEXPRIV008519 | English | Email | 05/23/2003 | T. Zink | M. Curran, F. de Potter, D. de Bleser, K. Delerue, W. Haeck, E. Huyghe, S. Janaway, B. Lamiroy, K. Macours, E. Matthews, B. Morison, L. Powell, C. Schneider, M. Tanghe, K. Troch, K. van Riet, J. Vankeerberghen, G. Vekeman, J. Verbist, V. Vercaigne | | Email providing legal advice re taxation. | AC, WP |

Page 428

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

5/19/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV008520 | DEXPRIV008520 | English | Email | 05/23/2003 | T. Zink | M. Curran, F. de Potter, D. de Bleser, K. Delerue, W. Haeck, E. Huyghe, S. Janaway, B. Lamiroy, K. Macours, E. Matthews, B. Morison, L. Powell, C. Schneider, M. Tanghe, K. Troch, K. van Riet, J. Vankeerberghen, G. Vekeman, J. Verbist, V. Vercaigne | R. Leder, F. Vazquez | Email providing legal advice re taxation. | AC, WP |
| DEXPRIV008521 | DEXPRIV008521 | English | Email | 05/09/2003 | T. Zink | M. Curran, F. de Potter, D. de Bleser, K. Delerue, W. Haeck, E. Huyghe, S. Janaway, B. Lamiroy, K. Macours, E. Matthews, B. Morison, L. Powell, C. Schneider, M. Tanghe, K. Troch, K. van Riet, J. Vankeerberghen, G. Vekeman, J. Verbist, V. Vercaigne | R. Leder, F. Vazquez | Email providing legal advice re litigation proceedings. | AC, WP |
| DEXPRIV008522 | DEXPRIV008522 | Dutch | Email | 05/21/2003 | B. Lamiroy | DBB BO Pay/Nat/Single Transfers | E. Sprimont | Email providing legal advice re payments. | AC, WP |