5/19/2006

## Quaak v. Dexia and Related Cases
### Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV008523 | DEXPRIV008525 | English | Memorandum | 05/17/2001 | Chadbourne & Parke | The Bank Group | | Memorandum providing legal advice re L&H bankruptcy proceedings. | AC, WP |
| DEXPRIV008526 | DEXPRIV008826 | Dutch | Email | 01/26/2001 | S. Loosveld | K. van Riet | J. Verbist, J. van Hees | Email providing legal advice re loan settlement. | AC, WP |
| DEXPRIV008527 | DEXPRIV008841 | Dutch | Handwritten notes | | P. Peeters | K. van Riet | | Undated handwritten notes transmitting information requested by an attorney re US L&H bankruptcy proceedings. | AC, WP |
| DEXPRIV008542 | DEXPRIV008543 | English | Fax | 12/06/2000 | J. Verbist | J. Vankeerberghen, V. Vercaigne, D. de Bleser, E. Huyghe, M. Tanghe, K. Macours, P. Cordonnier, K. van Riet, K. Diederich | | Fax transmitting legal advice re L&H bankruptcy. | AC, WP |
| DEXPRIV008544 | DEXPRIV008545 | English | Fax | 12/06/2000 | J. Verbist | H. Selfe, T. Zink | | Fax requesting legal advice re restructuring of L&H financing and L&H bankruptcy. | AC, WP |
| DEXPRIV008546 | DEXPRIV008546 | English | Fax | 12/07/2000 | D. de Bleser | H. Selfe | KBC Bank, Fortis Bank, Deutsche Bank, Dresdner Bank Luxembourg, De Bandt Vanhecke Lagae & Loesch | Fax requesting legal advice re restructuring of L&H financing. | AC, WP |
| DEXPRIV008547 | DEXPRIV008548 | English | Fax | 12/04/2000 | C. Geys, J. Nelissen Grade | H. Selfe | | Fax, with attachment, requesting legal advice and transmitting information for the purpose of obtaining legal advice re L&H bankruptcy. | AC, WP |
| DEXPRIV008549 | DEXPRIV008549 | English | Fax | 07/22/2003 | J. Verbist | D. de Bleser | | Fax, with attachment, providing legal advice re representation. | AC, WP |
| DEXPRIV008550 | DEXPRIV008552 | English | Fax | 07/18/2003 | A. Landis | J. Verbist | | Fax providing legal advice re L&H bankruptcy litigation. | AC, WP |
| DEXPRIV008553 | DEXPRIV008558 | Dutch | Memorandum | | De Bandt Vanhecke Lagae & Loesch | | | Undated memorandum providing legal advice re insider trading. | AC, WP |
| DEXPRIV008559 | DEXPRIV008562 | Dutch | Memorandum | | De Bandt Vanhecke Lagae & Loesch | | | Undated memorandum providing legal advice re insider trading. | AC, WP |
| DEXPRIV008563 | DEXPRIV008563 | Dutch | Letter | 08/04/2003 | P. Colle | K. van Riet | | Letter providing legal advice re credit insurance. | AC, WP |
| DEXPRIV008564 | DEXPRIV008564 | Dutch | Letter | 07/09/2003 | P. Colle | K. van Riet | | Letter, with attachment, providing legal advice re credit insurance. | AC, WP |

5/19/2006

## Quaak v. Dexia and Related Cases
### Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV008565 | DEXPRIV008565 | Dutch | Letter | 05/12/2003 | P. Colle | K. van Riet | | Letter, with attachment, providing legal advice re credit insurance. | AC, WP |
| DEXPRIV008566 | DEXPRIV008589 | Dutch | Court submission | | P. Colle | | | Draft Answer. | WP |
| DEXPRIV008590 | DEXPRIV008613 | Dutch | Court submission | | P. Colle | | | Draft Answer. | WP |
| DEXPRIV008614 | DEXPRIV008614 | Dutch | Fax | 06/11/2001 | J. Verbist | K. van Riet | | Fax, with attachment, providing legal advice re loan settlement. | AC, WP |
| DEXPRIV008615 | DEXPRIV008620 | Dutch | Memorandum | 06/11/2001 | J. van Hees, J. Palstra | J. Verbist | | Memorandum providing legal advice re loan settlement. | AC, WP |
| DEXPRIV008621 | DEXPRIV008621 | Dutch | Email | 04/14/2003 | B. Lamiroy | J. Blomkwist | K. van Riet | Email providing legal advice re loan settlement. | AC, WP |
| DEXPRIV008622 | DEXPRIV008622 | Dutch | Email | 04/14/2003 | M. Debaveye | B. Lamiroy | | Email transmitting information requested by an attorney for the purpose of providing legal advice re loan settlement. | AC, WP |
| | | Dutch | Email | 04/11/2003 | B. Lamiroy | M. Debaveye | K. van Riet | Email requesting information for the purpose of providing legal advice re loan settlement. | AC, WP |
| DEXPRIV008623 | DEXPRIV008623 | Dutch | Email | 04/16/2003 | J. van Hees | K. van Riet, B. Lamiroy | J. Blomkwist | Email, with attachment, providing legal advice re loan settlement. | AC, WP |
| DEXPRIV008624 | DEXPRIV008625 | Dutch | Fax | 04/15/2003 | B. Lamiroy, K. van Riet | J. van Hees | | Fax transmitting information for the purpose of obtaining legal advice re loan payment. | AC, WP |
| DEXPRIV008626 | DEXPRIV008626 | Dutch | Fax | 04/11/2003 | J. Blomkwist | K. van Riet, B. Lamiroy | | Fax, with attachment, transmitting and providing legal advice re loan settlement. | AC, WP |
| DEXPRIV008627 | DEXPRIV008628 | Dutch | Fax | 04/10/2003 | J. van Hees | J. Blomkwist | | Fax providing legal advice re loan settlement. | AC, WP |
| DEXPRIV008629 | DEXPRIV008642 | Dutch | Court submission | 04/10/2003 | | | | Draft Answer. | WP |
| DEXPRIV008643 | DEXPRIV008644 | Dutch | Fax | 04/11/2003 | B. Lamiroy, K. van Riet | J. van Hees | | Fax transmitting information for the purpose of obtaining legal advice re loan payment. | AC, WP |
| DEXPRIV008645 | DEXPRIV008645 | Dutch | Email | 04/11/2003 | B. Lamiroy | J. Blomkwist | | Email providing legal advice re loan settlement. | AC, WP |
| | | Dutch | Email | 04/09/2003 | A. Goossens | B. Lamiroy | | Email, with attachment, providing information requested by an attorney for the purpose of providing legal advice re loan settlement. | AC, WP |
| | | Dutch | Email | 04/09/2003 | B. Lamiroy | A. Goossens | | Email requesting information for the purpose of providing legal advice re loan settlement. | AC, WP |
| | | Dutch | Email | 04/09/2003 | A. Goossens | B. Lamiroy | | Email providing information requested by an attorney for the purpose of providing legal advice re loan settlement. | AC, WP |
| | | Dutch | Email | 04/09/2003 | B. Lamiroy | A. Goossens | | Email requesting information for the purpose of providing legal advice re loan settlement. | AC, WP |
| DEXPRIV008646 | DEXPRIV008646 | Dutch | Email | 04/11/2003 | B. Lamiroy | J. Blomkwist | | Email providing legal advice re loan settlement. | AC, WP |

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

5/19/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| | | Dutch | Email | 04/10/2003 | A. Bidoul | B. Lamiroy | | Email, with attachment, providing information requested by an attorney for the purpose of providing legal advice re loan settlement. | AC, WP |
| | | Dutch | Email | 04/09/2003 | B. Lamiroy | A. Bidoul | | Email requesting information for the purpose of providing legal advice re loan settlement. | AC, WP |
| | | Dutch | Email | 04/09/2003 | B. Lamiroy | A. Goossens | | Email requesting information for the purpose of providing legal advice re loan settlement. | AC, WP |
| DEXPRIV008647 | DEXPRIV008648 | Dutch | Chart | 04/10/2003 | | | | Chart drafted at the request of an attorney re loan settlement. | AC, WP |
| DEXPRIV008649 | DEXPRIV008649 | Dutch | Email | 04/09/2003 | A. Goossens | B. Lamiroy | | Email, with attachment and with marginalia, providing information requested by an attorney for the purpose of providing legal advice re loan settlement. | AC, WP |
| | | Dutch | Email | 04/09/2003 | B. Lamiroy | A. Goossens | | Email requesting information for the purpose of providing legal advice re loan settlement. | AC, WP |
| | | Dutch | Email | 04/09/2003 | A. Goossens | B. Lamiroy | | Email providing information requested by an attorney for the purpose of providing legal advice re loan settlement. | AC, WP |
| | | Dutch | Email | 04/09/2003 | B. Lamiroy | A. Goossens | | Email requesting information for the purpose of providing legal advice re loan settlement. | AC, WP |
| DEXPRIV008650 | DEXPRIV008653 | Dutch | Chart | 04/09/2003 | Dexia Bank NV | Legal Department | | Chart drafted at the request of an attorney re loan settlement. | AC, WP |
| DEXPRIV008654 | DEXPRIV008654 | Dutch | Email | 04/09/2003 | B. Lamiroy | J. Blomkwist | K. van Riet | Email providing legal advice re loan settlement. | AC, WP |
| | | Dutch | Email | 04/09/2003 | A. Goossens | B. Lamiroy | | Email providing information requested by an attorney for the purpose of providing legal advice re loan settlement. | AC, WP |
| | | Dutch | Email | 04/09/2003 | B. Lamiroy | A. Goossens | | Email requesting information for the purpose of providing legal advice re loan settlement. | AC, WP |
| DEXPRIV008655 | DEXPRIV008655 | Dutch | Email | 04/09/2003 | B. Lamiroy | A. Bidoul | | Email requesting information for the purpose of providing legal advice re loan settlement. | AC, WP |
| | | Dutch | Email | 04/09/2003 | B. Lamiroy | A. Goossens | | Email requesting information for the purpose of providing legal advice re loan settlement. | AC, WP |
| DEXPRIV008656 | DEXPRIV008656 | Dutch | Email | 04/09/2003 | B. Lamiroy | J. Blomkwist | H. Fledderus, K. van Riet | Email providing legal advice re loan settlement. | AC, WP |
| | | Dutch | Email | 04/09/2003 | J. Blomkwist | B. Lamiroy | H. Fledderus, K. van Riet | Email requesting legal advice re loan settlement. | AC, WP |
| | | Dutch | Email | 04/09/2003 | B. Lamiroy | J. Blomkwist | K. van Riet | Email providing legal advice re loan settlement. | AC, WP |

5/19/2006

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV008857 | DEXPRIV008857 | French | Email | 04/09/2003 | Y. Vandewynckel | B. Lamiroy | | Email providing information requested by an attorney for the purpose of providing legal advice re valuation of L&H. | AC, WP |
| | | French | Email | 04/08/2003 | B. Lamiroy | Y. Vandewynckel | | Email requesting information for the purpose of providing legal advice re valuation of L&H. | AC, WP |
| | | French | Email | 03/28/2003 | Y. Vandewynckel | B. Lamiroy | | Email providing information requested by an attorney for the purpose of providing legal advice re valuation of L&H. | AC, WP |
| | | French | Email | 03/28/2003 | B. Lamiroy | Y. Vandewynckel | | Email requesting information for the purpose of providing legal advice re valuation of L&H. | AC, WP |
| | | French | Email | 03/28/2003 | Y. Vandewynckel | B. Lamiroy, D. Hanssens | | Email providing information requested by an attorney for the purpose of providing legal advice re valuation of L&H. | AC, WP |
| DEXPRIV008858 | DEXPRIV008858 | Dutch | Email | 04/01/2003 | J. Blomkwist | B. Lamiroy | | Email requesting legal advice re valuation of L&H. | AC, WP |
| | | Dutch | Email | 03/28/2003 | B. Lamiroy | J. Blomkwist | | Email providing legal advice re valuation of L&H. | AC, WP |
| | | Dutch | Email | 03/28/2003 | J. Blomkwist | B. Lamiroy | K. van Riet | Email requesting legal advice re valuation of L&H. | AC, WP |
| | | Dutch | Email | 03/28/2003 | B. Lamiroy | J. Blomkwist | K. van Riet | Email providing legal advice re valuation of L&H. | AC, WP |
| DEXPRIV008859 | DEXPRIV008859 | Dutch | Email | 03/28/2003 | J. Blomkwist | B. Lamiroy | K. van Riet | Email requesting legal advice re valuation of L&H. | AC, WP |
| | | Dutch | Email | 03/28/2003 | B. Lamiroy | J. Blomkwist | K. van Riet | Email providing legal advice re valuation of L&H. | AC, WP |
| | | French | Email | 03/28/2003 | Y. Vandewynckel | B. Lamiroy, D. Hanssens | | Email providing information requested by an attorney for the purpose of providing legal advice re valuation of L&H. | AC, WP |
| | | | Email | 03/28/2003 | E. Teunkens | Y. Vandewynckel | | Incomplete email. | AC, WP |
| DEXPRIV008861 | DEXPRIV008861 | French | Email | 03/28/2003 | B. Lamiroy | Y. Vandewynckel | | Email requesting information for the purpose of providing legal advice re valuation of L&H. | AC, WP |
| | | French | Email | 03/28/2003 | Y. Vandewynckel | B. Lamiroy | | Email providing information requested by an attorney for the purpose of providing legal advice re valuation of L&H. | AC, WP |
| | | French | Email | 03/28/2003 | B. Lamiroy | Y. Vandewynckel | | Email requesting information for the purpose of providing legal advice re valuation of L&H. | AC, WP |
| | | French | Email | 03/28/2003 | Y. Vandewynckel | B. Lamiroy, D. Hanssens | | Email, with attachment, providing information requested by an attorney for the purpose of providing legal advice re valuation of L&H. | AC, WP |
| | | | Email | 03/28/2003 | E. Teunkens | Y. Vandewynckel | | Incomplete email. | AC, WP |

5/19/2006

## Quaak v. Dexia and Related Cases
## Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV008662 | DEXPRIV008662 | English | Email | 03/28/2003 | | | | Chart drafted at the request of an attorney re loan settlement, with marginalia reflecting the mental impressions of an attorney re same. | AC, WP |
| DEXPRIV008663 | DEXPRIV008663 | Dutch | Email | 03/28/2003 | B. Lamiroy | J. Blomkwist | K. van Riet | Email providing legal advice re valuation of L&H. | AC, WP |
| | | French | Email | 03/28/2003 | Y. Vandewynckel | B. Lamiroy, D. Hanssens | | Email, with attachment, providing information requested by an attorney for the purpose of providing legal advice re valuation of L&H. | AC, WP |
| DEXPRIV008664 | DEXPRIV008664 | Dutch | Email | 03/28/2003 | E. Teunkens | Y. Vandewynckel | | Incomplete email. | AC, WP |
| DEXPRIV008665 | DEXPRIV008664 | Dutch | Handwritten notes | | | | | Undated handwritten notes reflecting the mental impressions of an attorney re loan settlement and valuation of L&H. | AC, WP |
| | DEXPRIV008667 | Dutch | Fax | 03/28/2003 | J. Verbist | K. van Riet, B. Lamiroy | | Fax providing legal advice re loan settlement. | AC, WP |
| DEXPRIV008668 | DEXPRIV008671 | Dutch | Email | 03/26/2003 | B. Lamiroy | J. Blomkwist | K. van Riet, J. Verbist, J. Bekaert | Fax transmitting information requested by an attorney re loan payment. | AC, WP |
| | | Dutch | Email | 03/26/2003 | J. Blomkwist | B. Lamiroy, A. van der Vliet, J. van Hees | H. Fledderus, K. van Riet | Email providing legal advice re loan settlement. | AC, WP |
| | | Dutch | Email | 03/26/2003 | B. Lamiroy | J. Blomkwist, A. van der Vliet, J. van Hees | H. Fledderus, K. van Riet, J. Verbist, J. Bekaert | Fax transmitting information requested by an attorney re loan payment and requesting legal advice re same. | AC, WP |
| | | Dutch | Email | 03/24/2003 | J. Blomkwist | A. van der Vliet, J. van Hees | H. Fledderus, K. van Riet, B. Lamiroy, J. Verbist | Email providing legal advice re loan settlement. | AC, WP |
| | | Dutch | Email | 03/21/2003 | J. Blomkwist | A. van der Vliet, J. van Hees | H. Fledderus, K. van Riet, B. Lamiroy, J. Verbist | Email providing legal advice re loan settlement. | AC, WP |
| DEXPRIV008672 | DEXPRIV008675 | Dutch | Email | 03/26/2003 | J. Blomkwist | B. Lamiroy | | Email providing legal advice re loan settlement. | AC, WP |
| | | Dutch | Email | 03/26/2003 | J. van Hees | J. Blomkwist | | Email providing legal advice re loan settlement. | AC, WP |
| | | Dutch | Email | 03/26/2003 | J. Blomkwist | B. Lamiroy, A. van der Vliet, J. van Hees | H. Fledderus, K. van Riet, J. Verbist, J. Bekaert | Email providing legal advice re loan settlement. | AC, WP |
| | | Dutch | Email | 03/26/2003 | B. Lamiroy | B. Lamiroy, A. van der Vliet, J. van Hees | H. Fledderus, K. van Riet, J. Verbist, J. Bekaert | Email providing information for the purpose of obtaining legal advice re loan repayment. | AC, WP |

5/19/2006

## Quaak v. Dexia and Related Cases
## Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| | | Dutch | Email | 03/24/2003 | J. Blomkwist | A. van der Vliet, J. van Hees | H. Fledderus, K. van Riet, B. Lamiroy, J. Verbist | Email providing legal advice re loan settlement. | AC, WP |
| | DEXPRIV008677 | Dutch | Email | 03/21/2003 | J. Blomkwist | A. van der Vliet, J. van Hees | H. Fledderus, K. van Riet, B. Lamiroy, J. Verbist | Email providing legal advice re loan settlement. | AC, WP |
| DEXPRIV008676 | DEXPRIV008678 | Dutch | Fax | 03/24/2003 | B. Lamiroy, K. van Riet | J. Verbist, J. Bekaert | | Fax, with attachment, requesting legal advice re loan settlement. | AC, WP |
| DEXPRIV008678 | DEXPRIV008680 | Dutch | Fax | 03/25/2003 | J. Blomkwist | K. van Riet, B. Lamiroy | | Fax, with attachment, providing legal advice re loan settlement. | AC, WP |
| DEXPRIV008679 | DEXPRIV008681 | Dutch | Fax | 03/27/2003 | J. van Hees | J. Blomkwist | | Fax, with attachment, providing legal advice re loan settlement. | AC, WP |
| DEXPRIV008708 | | Dutch | Court Submission | 03/27/2003 | | | | Draft Answer. | WP |
| DEXPRIV008709 | DEXPRIV008709 | Dutch | Handwritten notes | | | | | Undated handwritten notes reflecting the mental impressions of an attorney re loan settlement. | AC, WP |
| DEXPRIV008710 | DEXPRIV008710 | | | | | | | Intentional gap. | |
| DEXPRIV008711 | DEXPRIV008712 | Dutch | Fax | 01/29/2003 | B. Lamiroy, K. van Riet | J. Blomkwist | | Fax providing information requested by an attorney for the purpose of providing legal advice and requesting legal advice re loan settlement. | AC, WP |
| DEXPRIV008713 | DEXPRIV008713 | Dutch | Email | 01/29/2003 | K. van Riet | B. Lamiroy | | Email providing legal advice re loan settlement. | AC, WP |
| | DEXPRIV008714 | Dutch | Email | 01/28/2003 | B. Lamiroy | K. van Riet, Jozef van Hees | | Email, with attachment, requesting legal advice re loan settlement. | AC, WP |
| DEXPRIV008716 | DEXPRIV008716 | Dutch | Memorandum | 01/29/2003 | Jozef van Hees | B. Lamiroy | | Undated memorandum providing legal advice re loan settlement. | AC, WP |
| | | Dutch | Email | 01/28/2003 | B. Lamiroy | K. van Riet, Jozef van Hees | | Email providing information requested by an attorney for the purpose of providing legal advice re loan settlement. | AC, WP |
| DEXPRIV008717 | DEXPRIV008719 | Dutch | Email | 01/16/2003 | J. Blomkwist | K. van Riet, B. Lamiroy | | Email, with attachment, requesting legal advice re loan settlement. | AC, WP |
| | | Dutch | Email | 01/16/2003 | A. van der Vliet | J. Verbist | J. Blomkwist, J. van Hees, J. Palstra | Email, with attachment, transmitting legal advice re loan settlement and requesting legal advice re same. | AC, WP |
| | | Dutch | Email | 12/19/2002 | J. Verbist | A. van der Vliet | | Email providing legal advice re loan settlement. | AC, WP |
| | | Dutch | Email | 12/19/2002 | A. van der Vliet | J. Verbist | J. Blomkwist, J. van Hees, J. Palstra | Email providing information requested by an attorney for the purpose of providing legal advice re loan settlement. | AC, WP |
| | | | | | | | | Email requesting information for the purpose of providing legal advice re loan settlement. | AC, WP |

Page 435

5/19/2006

## Quaak v. Dexia and Related Cases
### Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| | DEXPRIV008720 | Dutch | Email | 12/13/2002 | J. Verbist | A. van der Vliet | K. van Riet | Email providing information requested by an attorney for the purpose of providing legal advice re loan settlement. | AC, WP |
| DEXPRIV008720 | | Dutch | Email | 11/26/2002 | B. Lamiroy | J. Blomkwist | K. van Riet | Email requesting legal advice re loan settlement. | AC, WP |
| | | Dutch | Email | 11/07/2002 | J. Blomkwist | B. Lamiroy | K. van Riet | Email requesting information for the purpose of providing legal advice re loan settlement. | AC, WP |
| | DEXPRIV008722 | Dutch | Email | 11/07/2002 | B. Lamiroy | J. Blomkwist | K. van Riet | Email providing information requested by an attorney for the purpose of providing legal advice re loan settlement. | AC, WP |
| DEXPRIV008721 | | Dutch | Memorandum | | | | | Undated memorandum providing legal advice re loan settlement. | AC, WP |
| DEXPRIV008723 | DEXPRIV008723 | | | | | | | Intentional gap. | |
| DEXPRIV008744 | DEXPRIV008744 | Dutch | Fax | 10/10/2002 | J. Blomkwist | K. van Riet | | Fax transmitting and providing legal advice re loan settlement. | AC, WP |
| DEXPRIV008746 | DEXPRIV008746 | Dutch | Fax | 09/18/2002 | J. Blomkwist | K. van Riet, B. Lamiroy | | Fax, with attachment, providing legal advice re loan settlement. | AC, WP |
| DEXPRIV008747 | DEXPRIV008747 | Dutch | Fax | 09/13/2002 | J. Blomkwist | A. van der Vliet | | Fax requesting legal advice re loan settlement. | AC, WP |
| DEXPRIV008748 | DEXPRIV008748 | Dutch | Fax | 09/06/2002 | A. van der Vliet | J. Blomkwist | | Fax requesting legal advice re loan settlement. | AC, WP |
| DEXPRIV008749 | DEXPRIV008750 | Dutch | Fax | 08/22/2002 | A. van der Vliet | J. Blomkwist | | Fax providing legal advice re loan settlement. | AC, WP |
| DEXPRIV008751 | DEXPRIV008751 | Dutch | Fax | 08/20/2002 | J. Blomkwist | J. van Hees | | Fax requesting legal advice re loan settlement. | AC, WP |
| DEXPRIV008752 | DEXPRIV008752 | Dutch | Fax | 09/18/2002 | J. Blomkwist | K. van Riet, B. Lamiroy | | Fax providing legal advice re loan settlement. | AC, WP |
| DEXPRIV008753 | DEXPRIV008754 | Dutch | Fax | 09/13/2002 | A. van der Vliet | J. Blomkwist | | Fax, with attachment, providing legal advice re loan settlement. | AC, WP |
| DEXPRIV008755 | DEXPRIV008755 | Dutch | Fax | 09/09/2002 | J. Blomkwist | A. van der Vliet | | Fax requesting legal advice re loan settlement. | AC, WP |
| DEXPRIV008756 | DEXPRIV008756 | Dutch | Fax | 09/06/2002 | A. van der Vliet | J. Blomkwist | | Fax providing legal advice re loan settlement. | AC, WP |
| DEXPRIV008757 | DEXPRIV008758 | Dutch | Fax | 08/22/2002 | A. van der Vliet | J. Blomkwist | | Fax providing legal advice re loan settlement. | AC, WP |
| DEXPRIV008759 | DEXPRIV008759 | Dutch | Fax | 08/20/2002 | J. Blomkwist | J. van Hees | | Fax requesting legal advice re loan settlement. | AC, WP |
| DEXPRIV008760 | DEXPRIV008760 | Dutch | Fax | 03/13/2003 | J. Blomkwist | K. van Riet, B. Lamiroy | | Fax transmitting and providing legal advice re loan settlement, with marginalia reflecting the mental impressions of an attorney re same. | AC, WP |
| DEXPRIV008761 | DEXPRIV008761 | Dutch | Fax | 03/06/2003 | A. van der Vliet | J. Blomkwist | | Fax, with attachment, providing legal advice re loan settlement. | AC, WP |
| DEXPRIV008762 | DEXPRIV008793 | Dutch | Court Submission | 03/06/2003 | | | | Draft Answer with marginalia reflecting the mental impressions of an attorney re same. | WP |

5/19/2006

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV008794 | DEXPRIV008795 | French | Fax | 06/23/2003 | B. Lamiroy, K. van Riet | D. Bennaroch | | Fax requesting legal advice re loan settlement. | AC, WP |
| DEXPRIV008796 | DEXPRIV008797 | French | Fax | 11/26/2003 | B. Lamiroy, K. van Riet | D. Bennaroch | | Fax requesting legal advice re loan settlement. | AC, WP |
| DEXPRIV008798 | DEXPRIV008799 | Dutch | Fax | 03/05/2001 | B. Lamiroy, K. van Riet | J. Verbist, S. Loosveld | | Fax providing information for the purpose of obtaining legal advice re loan settlement. | AC, WP |
| DEXPRIV008800 | DEXPRIV008802 | Dutch | Letter | 03/29/2001 | T. Breesch | B. Lamiroy, K. van Riet | | Letter, with attachments, providing legal advice re loan settlement. | AC, WP |
| DEXPRIV008803 | DEXPRIV008804 | French | Fax | 03/15/2001 | B. Lamiroy, K. van Riet | D. Bennaroch | | Fax requesting legal advice re loan settlement. | AC, WP |
| DEXPRIV008805 | DEXPRIV008805 | Dutch | Fax | 02/28/2001 | J. Verbist | B. Lamiroy, K. van Riet | | Fax, with attachment, providing legal advice re loan settlement. | AC, WP |
| DEXPRIV008806 | DEXPRIV008809 | Dutch | Letter | 02/22/2001 | J. van Niel Schuuren | J. Verbist | | Letter, with attachments, transmitting information requested by an attorney for the purpose of providing legal advice re loan settlement. | AC, WP |
| DEXPRIV008810 | DEXPRIV008810 | Dutch | Letter | 02/26/2001 | J. Verbist | B. Lamiroy, K. van Riet | | Letter, with attachments, transmitting information requested by an attorney for the purpose of providing legal advice re loan settlement. | AC, WP |
| DEXPRIV008811 | DEXPRIV008820 | Dutch | Letter | 2/29/1 | J. van Niel Schuuren | J. Verbist | | Letter, with attachments, transmitting information requested by an attorney for the purpose of providing legal advice re loan settlement. | AC, WP |
| DEXPRIV008821 | DEXPRIV008821 | Dutch | Letter | 02/21/2002 | B. Lamiroy, S. Tritz | M. Verfaellie | | Letter requesting information for the purpose of providing legal advice re loan settlement. | AC, WP |
| DEXPRIV008822 | DEXPRIV008823 | Dutch | Fax | 02/13/2001 | M. Verfaellie | B. Lamiroy | | Fax, with attachment, transmitting information requested by an attorney for the purpose of providing legal advice re loan settlement. | AC, WP |
| DEXPRIV008824 | DEXPRIV008824 | Dutch | Letter | 01/08/2001 | T. Breesch | B. Lamiroy, K. van Riet | | Letter, with attachments, transmitting information requested by an attorney for the purpose of providing legal advice re loan settlement. | AC, WP |
| DEXPRIV008825 | DEXPRIV008825 | Dutch | Fax | 02/08/2002 | M. Verfaellie | B. Lamiroy | | Fax, with attachment, transmitting information requested by an attorney for the purpose of providing legal advice re loan settlement. | AC, WP |
| DEXPRIV008826 | DEXPRIV008831 | Dutch | Fax | 02/07/2001 | J. de Witte | M. Verfaellie | | Fax, with attachment, transmitting information requested by an attorney for the purpose of providing legal advice re loan settlement. | AC, WP |
| DEXPRIV008832 | DEXPRIV008832 | Dutch | Letter | 02/07/2001 | J. Verbist | B. Lamiroy, K. van Riet | | Letter, with attachment, transmitting information requested by an attorney for the purpose of providing legal advice re loan settlement. | AC, WP |

5/19/2006

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV008833 | DEXPRIV008835 | Dutch | Letter | | J. van Niel Schuuren | J. Verbist | | Letter, with attachments, transmitting information requested by an attorney for the purpose of providing legal advice re loan settlement. Date of letter is obscured but letter shows an entry stamp of 2/7/2001. | AC, WP |
| DEXPRIV008836 | DEXPRIV008843 | Dutch | Letter | 02/06/2001 | T. Breesch | B. Lamiroy, K. van Riet | | Letter, with attachments, transmitting information requested by an attorney for the purpose of providing legal advice re loan settlement. | AC, WP |
| DEXPRIV008844 | DEXPRIV008844 | Dutch | Letter | 01/17/2001 | T. Breesch | B. Lamiroy, K. van Riet | | Letter, with attachments, transmitting information requested by an attorney for the purpose of providing legal advice re loan settlement. | AC, WP |
| DEXPRIV008845 | DEXPRIV008846 | Dutch | Letter | 01/15/2001 | H. Jespers | T. Breesch | | Letter, with attachment, transmitting information requested by an attorney for the purpose of providing legal advice re loan settlement. | AC, WP |
| DEXPRIV008847 | DEXPRIV008850 | French | Fax | 01/11/2001 | D. Bennaroch | K. van Riet | | Fax, with attachment, transmitting information requested by an attorney for the purpose of providing legal advice re loan settlement. | AC, WP |
| DEXPRIV008851 | DEXPRIV008852 | French | Fax | 01/09/2001 | D. Bennaroch | K. van Riet | | Fax, with attachment, transmitting information requested by an attorney for the purpose of providing legal advice re loan settlement, with marginalia signed K. van Riet reflecting the mental impressions of an attorney re same. | AC, WP |
| DEXPRIV008853 | DEXPRIV008854 | Dutch | Fax | 01/04/2001 | B. Lamiroy, K. van Riet | M. Verfaeille | | Fax requesting information for the purpose of providing legal advice re loan settlement. | AC, WP |
| DEXPRIV008855 | DEXPRIV008856 | Dutch | Fax | 01/04/2001 | B. Lamiroy, K. van Riet | T. Breesch | | Fax requesting information for the purpose of providing legal advice re loan settlement. | AC, WP |
| DEXPRIV008857 | DEXPRIV008858 | French | Fax | 01/04/2001 | B. Lamiroy, K. van Riet | D. Bennaroch | | Fax requesting information for the purpose of providing legal advice re loan settlement. | AC, WP |
| DEXPRIV008859 | DEXPRIV008860 | French | Fax | 01/04/2001 | B. Lamiroy, K. van Riet | D. Bennaroch | | Fax requesting information for the purpose of providing legal advice re loan settlement. | AC, WP |
| DEXPRIV008861 | DEXPRIV008863 | French | Fax | 01/04/2001 | B. Lamiroy, K. van Riet | D. Bennaroch | | Fax requesting information for the purpose of providing legal advice re loan settlement. | AC, WP |
| DEXPRIV008864 | DEXPRIV008864 | French | Fax | 12/19/2000 | D. Bennaroch | B. Lamiroy | | Fax transmitting information requested by an attorney for the purpose of providing legal advice re loan settlement. | AC, WP |

Page 438

5/19/2006

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV008865 | DEXPRIV008866 | French | Fax | 12/18/2000 | B. Lamiroy, K. van Riet | D. Bennaroch | | Fax requesting information for the purpose of providing legal advice re loan settlement. | AC, WP |
| DEXPRIV008867 | DEXPRIV008872 | French | Fax | 12/15/2000 | D. Bennaroch | B. Lamiroy | | Fax, with attachments, transmitting information requested by an attorney for the purpose of providing legal advice re loan settlement. | AC, WP |
| DEXPRIV008873 | DEXPRIV008873 | French | Fax | 12/06/2000 | D. Bennaroch | B. Lamiroy | | Fax transmitting information requested by an attorney for the purpose of providing legal advice re loan settlement. | AC, WP |
| DEXPRIV008874 | DEXPRIV008874 | Dutch | Fax | 11/22/2000 | B. Lamiroy, K. van Riet | T. Breesch | | Fax requesting information for the purpose of providing legal advice re loan settlement. | AC, WP |
| DEXPRIV008875 | DEXPRIV008876 | Dutch | Fax | 11/22/2000 | B. Lamiroy | T. Breesch | | Fax, with attachments, requesting information for the purpose of providing legal advice re loan settlement. | AC, WP |
| DEXPRIV008877 | DEXPRIV008879 | French | Fax | 11/21/2000 | B. Lamiroy, K. van Riet | D. Bennaroch | | Fax requesting information for the purpose of providing legal advice re loan settlement. | AC, WP |
| DEXPRIV008880 | DEXPRIV008880 | Dutch | Email | 11/21/2000 | K. van Riet | P. van Tiggel, P. Cordonnier | | Email transmitting information requested by an attorney for the purpose of providing legal advice re loan settlement. | AC, WP |
| | | Dutch | Email | 11/21/2000 | B. Lamiroy | K. van Riet | | Email transmitting information requested by an attorney for the purpose of providing legal advice re loan settlement. | AC, WP |
| | | Dutch | Email | 11/21/2000 | M. Verfaellie | B. Lamiroy | | Email transmitting information requested by an attorney for the purpose of providing legal advice re loan settlement. | AC, WP |
| DEXPRIV008881 | DEXPRIV008881 | Dutch | Email | 11/21/2000 | M. Verfaellie | B. Lamiroy | | Email transmitting information requested by an attorney for the purpose of providing legal advice re loan settlement. | AC, WP |
| DEXPRIV008882 | DEXPRIV008882 | French | Email | | J. van Hees | formica.preauc@s kypro.be | | Undated email requesting information at the request of an attorney for the purpose of providing legal advice re loan settlement. | AC, WP |
| DEXPRIV008883 | DEXPRIV008883 | Dutch | Fax | 11/21/2000 | M. Verfaellie | B. Lamiroy | | Fax transmitting information requested by an attorney for the purpose of providing legal advice re loan settlement. | AC, WP |
| DEXPRIV008884 | DEXPRIV008885 | French | Letter | 11/21/2000 | F. Jauneau | Jozef van Hees | | Letter, with attachment, transmitting information requested by an attorney for the purpose of providing legal advice re loan settlement. | AC, WP |
| DEXPRIV008886 | DEXPRIV008887 | Dutch | Fax | 11/20/2000 | B. Lamiroy | M. Verfaellie | | Fax, with attachments, requesting information for the purpose of providing legal advice re loan settlement. | AC, WP |
| DEXPRIV008888 | DEXPRIV008888 | Dutch | Fax | 11/20/2000 | B. Lamiroy | M. Verfaellie | | Fax requesting information for the purpose of providing legal advice re loan settlement. | AC, WP |

Page 439

5/19/2006

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV008889 | DEXPRIV008890 | Dutch | Fax | 11/17/2000 | B. Lamiroy, K. van Riet | B. Louvigny | | Fax requesting information for the purpose of providing legal advice re loan settlement. | AC, WP |
| DEXPRIV008891 | DEXPRIV008893 | Dutch | Fax | 06/05/2001 | J. Verbist | K. van Riet | | Fax providing legal advice re pledge and bankruptcy. | AC, WP |
| DEXPRIV008894 | DEXPRIV008896 | Dutch | Email | 12/13/2000 | S. Loosveld | K. van Riet | J. Verbist | Email providing legal advice re loan security and settlement. | AC, WP |
| DEXPRIV008897 | DEXPRIV008953 | Dutch | Fax | 05/17/2001 | J. Verbist | B. Lamiroy, K. van Riet | | Fax, with attachment, providing legal advice re loan settlement. | AC, WP |
| DEXPRIV008954 | DEXPRIV008954 | French | Fax | | Linklaters Alliance | | | Part of faxes of Linklaters Alliance of 3/1/2001, 3/2/2001 and illegible date, last sent "26 Mar", re loan settlement. | AC, WP |
| DEXPRIV008955 | DEXPRIV008955 | Dutch | Fax | 06/13/2001 | A. Louwrier | B. Lamiroy, K. van Riet | | Fax, with attachment, transmitting legal advice re loan settlement. | AC, WP |
| DEXPRIV008956 | DEXPRIV008962 | Dutch | Fax | 06/12/2001 | J. Palstra | A. Louwrier, J. Blomkwist | | Fax, with attachment, providing legal advice re loan settlement. | AC, WP |
| DEXPRIV008963 | DEXPRIV008963 | Dutch | Fax | 06/13/2001 | A. Louwrier | B. Lamiroy, K. van Riet | | Fax, with marginalia reflecting the mental impressions of an attorney, transmitting and providing legal advice re loan settlement. | AC, WP |
| DEXPRIV008964 | DEXPRIV008970 | Dutch | Fax | 06/12/2001 | J. Palstra | A. Louwrier, J. Blomkwist | | Fax, with attachment, providing legal advice re loan settlement. | AC, WP |
| DEXPRIV008971 | DEXPRIV008972 | Dutch | Email | 05/31/2001 | K. van Riet | J. Wuytack | | Email transmitting legal advice and request thereof re loan settlement. | AC, WP |
| | | Dutch | Email | 05/31/2001 | J. Verbist | K. van Riet | | Email transmitting legal advice and request thereof re loan settlement. | AC, WP |
| | | Dutch | Email | 05/31/2001 | J. van Hees | J. Verbist | S. Loosveld, J. Palstra | Email providing legal advice and request thereof re loan settlement. | AC, WP |
| | | Dutch | Email | 05/30/2001 | J. Verbist | J. van Hees | K. van Riet, S. Loosveld | Email requesting legal advice re loan settlement. | AC, WP |
| DEXPRIV008973 | DEXPRIV008974 | Dutch | Email | 05/31/2001 | K. van Riet | J. Wuytack | | Email requesting request for legal advice re loan settlement. | AC, WP |
| | | Dutch | Email | 05/30/2001 | J. Verbist | J. van Hees | K. van Riet, S. Loosveld | Email requesting legal advice re loan settlement. | AC, WP |
| DEXPRIV008975 | DEXPRIV008975 | Dutch | Email | 04/05/2001 | S. Loosveld | K. van Riet, B. Lamiroy | J. Verbist | Email providing legal advice re loan settlement and transmitting draft motion with request for information for the purpose of providing legal advice re loan settlement. | AC, WP |
| DEXPRIV008976 | | Dutch | Court Submission | | J. Verbist | | | Draft motion. | WP |
| DEXPRIV008979 | DEXPRIV008980 | Dutch | Email | 03/28/2001 | K. van Riet | C. Piret, F. Saveys | B. Lamiroy | Email transmitting legal advice re loan settlement. | AC, WP |
| | DEXPRIV008981 | Dutch | Email | 03/27/2001 | S. Loosveld | K. van Riet | J. Verbist | Email transmitting legal advice re loan settlement. | AC, WP |
| DEXPRIV008973 | | Dutch | Email | 03/27/2001 | S. Loosveld | D. van Gerven | J. Verbist | Email providing legal advice re loan settlement. | AC, WP |
| DEXPRIV008982 | DEXPRIV008982 | Dutch | Email | 03/26/2001 | S. Loosveld | K. van Riet | J. Verbist | Email providing legal advice re loan settlement. | AC, WP |

5/19/2006

## Quaak v. Dexia and Related Cases
### Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV008983 | DEXPRIV008984 | Dutch | Email | 02/20/2001 | J. Lametz | B. Lamiroy | | Email transmitting legal advice re loan settlement. | AC, WP |
| | | Dutch | Email | 02/19/2001 | S. Loosveld | K. van Riet | J. Verbist | Email transmitting information requested by an attorney and providing legal advice re loan settlement. | AC, WP |
| | | English | Email | 02/19/2001 | F. Azoulay | S. Loosveld | B. Beau | Email transmitting information requested by an attorney for the purpose of providing legal advice re loan settlement. | AC, WP |
| DEXPRIV008985 | DEXPRIV008985 | Dutch | Email | 03/06/2001 | S. Loosveld | K. van Riet, B. Lamiroy | J. Verbist | Email transmitting information requested by an attorney and providing legal advice re loan settlement. | AC, WP |
| | | English | Email | 03/06/2001 | B. Beau | S. Loosveld | | Email transmitting information requested by an attorney for the purpose of providing legal advice re loan settlement. | AC, WP |
| DEXPRIV008986 | DEXPRIV008987 | Dutch | Fax | 10/03/2001 | J. Verbist | K. van Riet, B. Lamiroy | | Fax providing legal advice re loan settlement. | AC, WP |
| DEXPRIV008988 | DEXPRIV008988 | Dutch | Email | 03/07/2001 | S. Loosveld | K. van Riet | J. Verbist | Email providing legal advice re loan settlement. | AC, WP |
| DEXPRIV008989 | DEXPRIV008989 | Dutch | Email | 03/05/2001 | B. Lamiroy | J. Verbist, S. Loosveld | K. van Riet | Email requesting legal advice re loan settlement and loan settlement. | AC, WP |
| DEXPRIV008990 | DEXPRIV008990 | Dutch | Email | 03/02/2001 | S. Loosveld | K. van Riet, B. Lamiroy | J. Verbist | Email transmitting information requested by an attorney and providing legal advice re loan settlement. | AC, WP |
| | | English | Email | 03/02/2001 | F. Azoulay | S. Loosveld | B. Beau | Email transmitting information requested by an attorney for the purpose of providing legal advice re loan settlement. | AC, WP |
| DEXPRIV008991 | DEXPRIV008991 | Dutch | Email | 06/12/2001 | K. van Riet | J. Wuytack | D. Bruneel, C. Piret, B. Lamiroy | Email providing legal advice re loan settlement. | AC, WP |
| DEXPRIV008992 | DEXPRIV008992 | Dutch | Fax | 06/13/2001 | A. Louwrier | K. van Riet, B. Lamiroy | | Fax transmitting legal advice re loan settlement, with marginalia reflecting the mental impressions of an attorney re same. | AC, WP |
| DEXPRIV008993 | DEXPRIV008993 | Dutch | Fax | 06/12/2001 | J. Palstra | A. Louwrier, J. Blomkwist | | Fax transmitting legal advice re loan settlement. | AC, WP |
| DEXPRIV008994 | DEXPRIV008999 | Dutch | Memorandum | 06/11/2001 | J. van Hees, J. Palstra | J. Verbist | | Memorandum providing legal advice re loan settlement. | AC, WP |
| DEXPRIV009000 | DEXPRIV009000 | Dutch | Fax | 03/08/2001 | A. Louwrier | K. van Riet, B. Lamiroy | | Fax transmitting request for legal advice re loan settlement. | AC, WP |
| DEXPRIV009001 | DEXPRIV009001 | Dutch | Fax | 03/08/2001 | J. Palstra | A. Louwrier, J. Blomkwist | | Fax transmitting request for legal advice re loan settlement. | AC, WP |
| DEXPRIV009002 | DEXPRIV009004 | German | Fax | 03/08/2001 | J. Palstra | P. Kinsch | | Fax requesting legal advice re loan settlement. | AC, WP |
| DEXPRIV009005 | DEXPRIV009005 | Dutch | Email | 11/28/2002 | S. Loosveld | B. Lamiroy, K. van Riet | | Fax requesting information for the purpose of providing legal advice re loan settlement. | AC, WP |
| DEXPRIV009006 | DEXPRIV009011 | French | Court Submission | 06/14/2002 | P. Kinsch | | | Draft motion. | WP |

Page 441

5/19/2006

## *Quaak v. Dexia and Related Cases*
## Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV009012 | DEXPRIV009012 | Dutch | Fax | 11/06/2001 | A. Louwrier | K. van Riet, B. Lamiroy | | Fax transmitting legal advice re loan settlement. | AC, WP |
| DEXPRIV009013 | DEXPRIV009013 | Dutch | Fax | 10/31/2001 | J. Palstra | A. Louwrier | | Fax transmitting legal advice re loan settlement. | AC, WP |
| DEXPRIV009014 | DEXPRIV009014 | English | Letter | 10/31/2001 | P. Kinsch | J. Palstra | | Letter transmitting and providing legal advice re loan settlement. | AC, WP |
| DEXPRIV009015 | DEXPRIV009016 | English | Memorandum | 10/31/2001 | P. Kinsch | J. Palstra | | Memorandum providing legal advice re loan settlement. | AC, WP |
| DEXPRIV009017 | DEXPRIV009028 | French | Court Submission | 06/14/2002 | P. Kinsch | | | Draft pleadings. | WP |
| DEXPRIV009029 | DEXPRIV009030 | Dutch | Notes | 02/04/2002 | K. van Riet | | | File notes reflecting the mental impressions of an attorney re LIC. | WP |
| DEXPRIV009031 | DEXPRIV009032 | Dutch | Notes | 02/04/2002 | K. van Riet | | | File notes reflecting the mental impressions of an attorney re Radial. | WP |
| DEXPRIV009033 | DEXPRIV009033 | Dutch | Notes | | | | | Undated file notes reflecting the mental impressions of an attorney re LDC. | WP |
| DEXPRIV009034 | DEXPRIV009034 | Dutch | Handwritten notes | | | | | Handwritten notes dated "17/05" reflecting the mental impressions of an attorney re restructuring of L&H financing. | WP |
| DEXPRIV009035 | DEXPRIV009035 | Dutch | Letter | 05/06/2002 | P. Colle | K. van Riet, B. Lamiroy | | Fax, with attachment, providing legal advice re Belgian litigation proceedings. | AC, WP |
| DEXPRIV009036 | DEXPRIV009036 | Dutch | Email | 05/06/2002 | S. Devos | B. Lamiroy | | Email transmitting information requested by an attorney, with marginalia reflecting the mental impressions of an attorney re same. | AC, WP |
| DEXPRIV009037 | DEXPRIV009039 | Dutch | Fax | 04/24/2002 | P. Marnef | J. van Hees | | Fax providing legal advice re loan repayment. | AC, WP |
| DEXPRIV009040 | DEXPRIV009040 | Dutch | Email | 01/09/2001 | K. van Riet | C. Piret, F. Saverys, P. van Tiggel, K. Herbots | | Email providing legal advice re loan payment. | AC, WP |
| DEXPRIV009041 | DEXPRIV009041 | Dutch | Email | 07/30/2003 | D. Goessens | K. van Riet | H. Dewelrdt | Email requesting legal advice re criminal investigation. | AC, WP |
| DEXPRIV009042 | DEXPRIV009043 | Dutch | Email | 07/29/2003 | A. de Roeck | K. van Riet | | Email requesting legal advice re L&H litigation. | AC, WP |
| | | Dutch | Email | 07/29/2003 | H. Dewelrdt | S. Ryelandt | D. Goessens, A. de Roeck | Email providing information requested by an attorney for the purpose of providing legal advice re L&H litigation. | AC, WP |
| | | Dutch | Email | 07/29/2003 | S. Ryelandt | H. Dewelrdt | | Email providing legal advice re L&H litigation. | AC, WP |
| DEXPRIV009044 | DEXPRIV009119 | English | Fax | 12/11/2000 | C. Geys | J. Vankeerberghen, K. Macours, K. Diederich, D. de Bleser, K. van Riet. | J. Verblist, J. Nelissen Grade, C. Sunt, J. Verlinden, S. Loosveld, | Fax, with attachment, providing legal advice re bankruptcy. | AC, WP |

5/19/2006

## Quaak v. Dexia and Related Cases
### Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV009120 | DEXPRIV009128 | English | Memorandum | 09/28/2001 | H. Seife, T. Zink | The Lernout & Hauspie Bank Group | | Memorandum providing legal advice re restructuring of Dictaphone and bank's rights therein. | AC, WP |
| DEXPRIV009129 | DEXPRIV009136 | English | Memorandum | 01/14/2003 | J. Verbist | M. Tanghe, E. Huyghe, G. Vekeman, F. de Potter, J. Vankeerberghen, B. Lamiroy, K. van Riet | | Memorandum, with attachment, providing legal advice re Belgian and U.S. litigation strategy, Belgian bankruptcy law, and Creditor's Committee. | AC, WP |
| DEXPRIV009137 | DEXPRIV009139 | French | Memorandum | 01/14/2003 | Linklaters de Bandt | | | Memorandum, with marginalia reflecting the mental impressions of an attorney, providing legal advice re Belgian bankruptcy law. Incomplete document. | AC, WP |
| DEXPRIV009140 | DEXPRIV009185 | English | Memorandum | 07/15/2001 | Chadbourne & Parke | Artesia Banking Corporation NV, Deutsche Bank NV, Dresdner Bank Luxembourg SA, Fortis Bank NV, KBC Bank NV | | Memorandum providing legal advice re restructuring of Dictaphone and bank's rights therein. | AC, WP |
| DEXPRIV009186 | DEXPRIV009196 | English | Memorandum | 04/13/1999 | H. Seife | | | Memorandum providing legal advice re U.S. Bankruptcy law. | AC, WP |
| DEXPRIV009197 | DEXPRIV009262 | English | Memorandum | 12/15/2000 | Chadbourne & Parke | Artesia Banking Corporation NV, Deutsche Bank NV, Dresdner Bank Luxembourg SA, Fortis Bank NV, KBC Bank NV | | Memorandum, with attachments, providing legal advice re U.S. Bankruptcy law and L&H litigation proceedings. | AC, WP |
| DEXPRIV009263 | DEXPRIV009271 | English | Memorandum | 09/28/2001 | H. Seife, T. Zink | The Lernout & Hauspie Bank Group | | Memorandum providing legal advice re restructuring of Dictaphone and bank's rights therein. | AC, WP |
| DEXPRIV009272 | DEXPRIV009281 | English | Memorandum | 03/23/2001 | H. Seife | Artesia Banking Corporation NV | J. Verbist, S. Loosveld. | Memorandum providing legal advice re U.S. bankruptcy litigation proceedings. | AC, WP |
| DEXPRIV009282 | DEXPRIV009283 | Dutch | Fax | 07/31/2003 | S. Ryelandt | K. van Riet | | Fax providing legal advice re litigation strategy. | AC, WP |
| DEXPRIV009284 | DEXPRIV009300 | Dutch | Memorandum | 07/15/2003 | S. Ryelandt | | | Memorandum, with attachment, providing legal advice re litigation strategy. | AC, WP |
| DEXPRIV009301 | DEXPRIV009314 | Dutch | Memorandum | 07/15/2003 | S. Ryelandt | | | Memorandum, with attachment, providing legal advice re litigation strategy, with marginalia reflecting the mental impressions of an attorney re same. | AC, WP |

5/19/2006

## Quaak v. Dexia and Related Cases
### Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV009315 | DEXPRIV009317 | Dutch | Fax | 11/13/2000 | A. Louwrier | M. Colle | | Fax, with attachment, providing legal advice re loan settlement. | AC, WP |
| DEXPRIV009318 | DEXPRIV009318 | Dutch | Letter | 04/29/2003 | J. Blomkwist | K. van Riet | | Letter, with attachment, providing legal advice re loan settlement. | AC, WP |
| DEXPRIV009319 | DEXPRIV009319 | Dutch | Email | 04/29/2003 | J. Blomkwist | J. van Hees | | Email providing legal advice re loan payment. | AC, WP |
| DEXPRIV009320 | DEXPRIV009320 | French | Letter | 05/14/2003 | S. Formica, C. Preaux | B. Lamiroy | | Letter providing information requested by an attorney for the purpose of providing legal advice re loan settlement. | AC, WP |
| DEXPRIV009321 | DEXPRIV009321 | French | Email | 05/06/2003 | B. Lamiroy | F. Jauneau | K. Van Riet | Email providing information requested by an attorney for the purpose of providing legal advice re loan settlement. | AC, WP |
| DEXPRIV009322 | DEXPRIV009323 | Dutch | Letter | 04/28/2003 | J. van Hees | J. Blomkwist | | Letter, with attachments, providing legal advice re loan settlement. | AC, WP |
| DEXPRIV009324 | DEXPRIV009324 | Dutch | Email | 11/07/2002 | B. Lamiroy | J. Blomkwist | K. Van Riet | Email providing legal advice re loan payment, with marginalia reflecting the mental impressions of an attorney re same. | AC, WP |
| DEXPRIV009325 | DEXPRIV009337 | English | Translation | | LHSP | | | Undated translation of articles of incorporation of LHSP made at the request of an attorney for the purpose of basing legal advice upon. | WP |
| DEXPRIV009338 | DEXPRIV009339 | Dutch | Email | 06/12/2003 | S. De Loecker | B. Lamiroy | J. Capiaux | Email providing information requested by an attorney for the purpose of providing legal advice re ELCS | AC, WP |
| | | Dutch | Email | 06/11/2003 | S. De Loecker | J. Capiaux | | Email requesting information at the request of an attorney for the purpose of providing legal advice re ELCS | AC, WP |
| DEXPRIV009340 | DEXPRIV009340 | Dutch | Email | 06/16/2003 | B. Lamiroy | J. Verbist | C. Decoutere | Email, with attachments, providing information for the purpose of obtaining legal advice re ELCS. | AC, WP |
| DEXPRIV009341 | DEXPRIV009347 | Dutch | Fax | 07/03/2001 | Laga & Philippe | B. Lamiroy, P. Doms, J. Tibaux, J. Vankeerberghen, J. van Heertum, S. vande Capelle, T. van Jean, J. Gosset, G. Wilmet | | Fax providing legal advice re ELCS and ELCS financing, with marginalia reflecting the mental impressions of an attorney re same. | AC |
| DEXPRIV009348 | DEXPRIV009353 | Dutch | Memorandum | 01/05/2001 | K. Herbots, P. van Tiggel | | | Memorandum with marginalia reflecting the mental impressions of an attorney re ELCS. Incomplete document. | AC, WP |

5/19/2006

## Quaak v. Dexia and Related Cases
## Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV009354 | DEXPRIV009354 | Dutch | Email | 06/17/2003 | B. Lamiroy | IDBB BO Pay/Acc ABC, M. Blommaert, W. Derijck | J. Capiaux, C. Decoutere | Email providing legal advice re ELCS. | AC, WP |
| DEXPRIV009355 | DEXPRIV009375 | French | Forms | 06/18/2003 | Legal Department | M. Blommaert | | Forms with instructions of an attorney and providing legal advice re ELCS. | AC, WP |
| DEXPRIV009376 | DEXPRIV009376 | Dutch | Email | 06/12/2003 | S. De Loecker | B. Lamiroy | J. Capiaux | Email providing information requested by an attorney for the purpose of providing legal advice re ELCS | AC, WP |
| | | Dutch | Email | 06/11/2003 | J. Capiaux | S. De Loecker | | Email requesting information at the request of an attorney for the purpose of providing legal advice re ELCS | AC, WP |
| | | Dutch | Email | 06/11/2003 | S. De Loecker | J. Capiaux | | Email requesting information at the request of an attorney for the purpose of providing legal advice re ELCS | AC, WP |
| DEXPRIV009377 | DEXPRIV009377 | Dutch | Email | 06/17/2003 | B. Lamiroy | IDBB BO Pay/Acc ABC, M. Blommaert, W. Derijck | J. Capiaux, C. Decoutere | Email providing legal advice re ELCS, with marginalia reflecting the mental impressions of an attorney re same. | AC, WP |
| DEXPRIV009378 | DEXPRIV009381 | French | Forms | 06/18/2003 | Legal Department | M. Blommaert | | Forms with instructions of an attorney and providing legal advice re ELCS. | AC, WP |
| DEXPRIV009382 | DEXPRIV009383 | English | Fax | 12/19/2000 | D. de Bleser | F. Sercu, L. Mesuere, F. van Steenwinkel, V. Vercaigne, A. Vercammen, F. de Potter, G. Vekeman, K. Macours, P. Cordonnier, P. Vermeiren, P. van Raemdonck, J. Vankeerberghen, C. Schneider, R. Haas, K. Diederich | | Fax, with attachments, transmitting information re restructuring of L&H financing, with marginalia indicating request for legal advice re same. | AC, WP |
| DEXPRIV009384 | DEXPRIV009385 | English | Minutes | 12/15/2000 | | | | Minutes of meeting of L&H banking consortium providing legal advice re restructuring of L&H financing. | AC, WP |
| DEXPRIV009386 | DEXPRIV009389 | English | Minutes | 12/8/2000 | | | | Minutes of meeting of L&H banking consortium providing legal advice re restructuring of L&H financing. | AC, WP |

5/19/2006

## Quaak v. Dexia and Related Cases
## Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV009390 | DEXPRIV009390 | English | Letter | | KBC Bank | | | Last page of fax from KBC reflecting legal advice re bankruptcy and restructuring of L&H financing. | AC, WP |
| DEXPRIV009391 | DEXPRIV009394 | English | Minutes | 12/18/2000 | | | | Minutes of meeting of L&H banking consortium providing legal advice re restructuring of L&H financing. | AC, WP |
| DEXPRIV009395 | DEXPRIV009396 | English | Minutes | 12/15/2000 | | | | Minutes of meeting of L&H banking consortium providing legal advice re restructuring of L&H financing. | AC, WP |
| DEXPRIV009397 | DEXPRIV009399 | English | Minutes | 12/21/2000 | | | | Minutes of meeting of L&H banking consortium providing legal advice re bankruptcy and restructuring of L&H financing. | AC, WP |
| DEXPRIV009400 | DEXPRIV009400 | Dutch | Email | 12/19/2000 | B. Lamiroy | K. Van Riet | | Email providing legal advice re audit, restructuring of L&H financing and pledge, with marginalia reflecting the mental impressions of an attorney re audit. | AC, WP |
| DEXPRIV009401 | DEXPRIV009402 | English | Fax | 12/15/2000 | D. de Bleser | F. Sercu, L. Mesuere, F. van Steenwinkel, V. Vercaigne, A. Vercammen, F. de Potter, G. Vekeman, K. Macours, P. Cordonnier, P. Vermeiren, P. van Raemdonck, J. Vankeerberghen, C. Schneider, R. Haas, K. Diederich | | Fax transmitting legal advice re restructuring of L&H financing. | AC, WP |
| DEXPRIV009403 | DEXPRIV009404 | English | Minutes | 12/15/2000 | | | | Minutes of meeting of L&H banking consortium providing legal advice re restructuring of L&H financing. | AC, WP |
| DEXPRIV009405 | DEXPRIV009406 | English | Minutes | 12/12/2000 | | | | Minutes of conference call of L&H banking consortium providing legal advice repledge. | AC, WP |

Page 446

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV009407 | DEXPRIV009408 | English | Fax | 12/14/2000 | D. de Bleser | F. Sercu, L. Mesuere, F. van Steenwinkel, V. Vercaigne, A. Vercammen, F. de Potter, G. Vekeman, K. Macours, P. Cordonnier, P. Vermeiren, P. van Raemdonck, J. Vankeerberghen, C. Schneider, R. Haas, K. Diederich | | Fax transmitting draft minutes of telephone conference of L&H banking consortium providing legal advice re restructuring of L&H financing. | AC, WP |
| DEXPRIV009409 | DEXPRIV009410 | English | Conference Call | 12/12/2000 | | | | Draft minutes of telephone conference of L&H banking consortium providing legal advice re loan security and restructuring of L&H financing. | AC, WP |
| DEXPRIV009411 | DEXPRIV009412 | English | Fax | 12/05/2000 | D. de Bleser | F. Sercu, L. Mesuere, F. van Steenwinkel, V. Vercaigne, A. Vercammen, F. de Potter, G. Vekeman, K. Macours, P. Cordonnier, P. Vermeiren, P. van Raemdonck, J. Vankeerberghen, C. Schneider, R. Haas, K. Diederich | | Fax transmitting draft minutes of meetings of L&H banking consortium providing legal advice re restructuring of L&H financing, with marginalia addressed to counsel requesting legal advice re guarantees. | AC, WP |

5/19/2006

## Quaak v. Dexia and Related Cases
### Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV009413 | DEXPRIV009415 | English | Minutes | 04/12/2000 | | | | Draft Minutes of meeting of L&H banking consortium providing legal advice re Creditors' Committee, loan security, restructuring of L&H financing and Belgian litigation, with marginalia reflecting the mental impressions of an attorney re same. | AC, WP |
| DEXPRIV009416 | DEXPRIV009417 | English | Minutes | 04/12/2000 | | | | Draft Minutes of meeting of L&H banking consortium providing legal advice re bankruptcy and Belgian litigation, with marginalia reflecting the mental impressions of an attorney re same. | AC, WP |
| DEXPRIV009418 | DEXPRIV009419 | English | Fax | 12/11/2000 | D. de Bleser | F. Sercu, L. Mesuere, F. van Steenwinkel, V. Vercaigne, A. Vercammen, F. de Potter, G. Vekeman, K. Macours, P. Cordonnier, P. Vermeiren, P. van Raemdonck, J. Vankeerberghen, C. Schneider, R. Haas, K. Diederich | | Fax transmitting legal advice re Creditor's Committee. | AC, WP |
| DEXPRIV009420 | DEXPRIV009422 | English | Minutes | 08/12/2000 | | | | Minutes of meeting of L&H banking consortium providing legal advice re bankruptcy, shareholders' litigation and L&H litigation strategy. | AC, WP |

Page 448

5/19/2006

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV009423 | DEXPRIV009424 | English | Fax | 12/04/2000 | D. de Bleser | F. Sercu, L. Mesuere, F. van Steenwinkel, V. Vercaigne, A. Vercammen, F. de Potter, G. Vekeman, K. Macours, P. Cordonnier, P. Vermeiren, P. van Raemdonck, J. Vankeerberghen, C. Schneider, R. Haas, K. Diederich | | Minutes of meeting of L&H banking consortium providing legal advice re Creditors' Committee, loan security, restructuring of L&H financing and Belgian litigation. | AC, WP |
| DEXPRIV009425 | DEXPRIV009428 | English | Minutes | 03/12/2000 | | | | Minutes of conference call of L&H banking consortium providing legal advice re L&H litigation strategy, bankruptcy and restructuring of L&H financing, with marginalia reflecting the mental impression of an attorney re alleged fraud. | AC, WP |
| DEXPRIV009429 | DEXPRIV009432 | English | Minutes | 03/12/2000 | | | | Minutes of conference call of L&H banking consortium providing legal advice re L&H litigation strategy, bankruptcy and restructuring of L&H financing. | AC, WP |
| DEXPRIV009433 | DEXPRIV009435 | English | Minutes | 04/12/2000 | | | | Minutes of meeting of L&H banking consortium providing legal advice re bankruptcy and Belgian litigation, with marginalia reflecting the mental impressions of an attorney re same. | AC, WP |
| DEXPRIV009436 | DEXPRIV009438 | English | Minutes | 01/12/2000 | | | | Minutes of meeting of L&H banking consortium providing legal advice re L&H litigation strategy. | AC, WP |
| DEXPRIV009439 | DEXPRIV009439 | English | Minutes | 11/29/2000 | | | | Minutes of meeting of L&H banking consortium providing legal advice re L&H litigation strategy. | AC, WP |
| DEXPRIV009440 | DEXPRIV009440 | English | Minutes | 11/29/2000 | | | | Minutes of conference call of L&H banking consortium providing legal advice rerestructuring of L&H financing, bankruptcy strategy and L&H litigation strategy. | AC, WP |

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV009441 | DEXPRIV009442 | English | Minutes | 11/26/2000 | | | | Minutes of meeting of L&H banking consortium providing legal advice re restructuring of L&H financing. | AC, WP |
| DEXPRIV009443 | DEXPRIV009444 | English | Minutes | 11/26/2000 | | | | Minutes of meeting of L&H banking consortium providing legal advice re restructuring of L&H financing. | AC, WP |
| DEXPRIV009445 | DEXPRIV009446 | English | Minutes | 11/24/2000 | | | | Minutes of meeting of L&H banking consortium providing legal advice re litigation strategy. | AC, WP |
| DEXPRIV009447 | DEXPRIV009448 | English | Minutes | 11/24/2000 | | | | Minutes of meeting of L&H banking consortium providing legal advice re litigation strategy. | AC, WP |
| DEXPRIV009449 | DEXPRIV009451 | English | Minutes | 11/22/2000 | | | | Minutes of meeting of L&H banking consortium providing legal advice re restructuring of L&H financing. | AC, WP |
| DEXPRIV009452 | DEXPRIV009454 | English | Minutes | 11/17/2000 | | | | Minutes of meeting of L&H banking consortium providing legal advice re loan security, sale of assets, Korea and restructuring of L&H financing. | AC, WP |
| DEXPRIV009455 | DEXPRIV009455 | English | Minutes | 11/17/2000 | | | | Minutes of meeting of L&H banking consortium providing legal advice re Korea. | AC, WP |
| DEXPRIV009456 | DEXPRIV009457 | Dutch | Minutes | 11/15/2000 | | | | Minutes of meeting of L&H banking consortium providing legal advice re loan security, sale of assets, Korea and restructuring of L&H financing. | AC, WP |
| DEXPRIV009458 | DEXPRIV009458 | English | Fax | 11/16/2000 | D. de Bleser | L. Mesuere, F. van Steenwinkel, J. Vandesteen, G. Vekeman, P. Cordonnier, P. Vermeiren | | Fax transmitting minutes of meeting of L&H banking consortium providing legal advice re restructuring of L&H financing. | AC, WP |
| DEXPRIV009459 | DEXPRIV009459 | English | Letter | 11/15/2000 | KBC Bank NV, Fortis Bank NV, Artesia Banking Corporation NV | C. Schneider, P. van Raemdonck | Dresdner Bank Luxembourg SA | Letter reflecting legal advice re restructuring of L&H financing and collateral. | AC, WP |
| DEXPRIV009460 | DEXPRIV009460 | English | Fax | 11/16/2000 | D. de Bleser | L. Mesuere, F. van Steenwinkel, J. Vandesteen, G. Vekeman, P. Cordonnier, P. Vermeiren | | Fax transmitting minutes of meeting of L&H banking consortium providing legal advice re restructuring of L&H financing. | AC, WP |