*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

5/19/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV009461 | DEXPRIV009462 | Dutch | Minutes | 11/15/2000 | | | | Minutes of meeting of L&H banking consortium providing legal advice re loan security, sale of assets, Korea and restructuring of L&H financing. | AC, WP |
| DEXPRIV009463 | DEXPRIV009465 | English | Minutes | 10/31/2000 | | | | Minutes of meeting of L&H banking consortium, with attachment, re loan security, sale of assets, Korea, representation and restructuring of L&H financing. | AC, WP |
| DEXPRIV009466 | DEXPRIV009467 | Dutch | Minutes | 10/31/2000 | | | | Minutes of meeting of L&H banking consortium, with attachment, re loan security, sale of assets, Korea, representation and restructuring of L&H financing, with marginalia reflecting the mental impressions of an attorney re same. | AC, WP |
| DEXPRIV009468 | DEXPRIV009469 | Dutch | Memo | | J. Van Helleputte, P. Vermeiren | | | Minutes of meeting of L&H banking consortium providing legal advice re restructuring of L&H financing, with marginalia reflecting the mental impressions of an attorney re same. | AC, WP |
| DEXPRIV009470 | DEXPRIV009472 | Dutch | Email | 06/19/2003 | S. Ryelandt | B. Lamiroy | PV@lexnet.be, K. Van Riet, Y. Herinckx | Email transmitting and providing legal advice re loan settlement. | AC, WP |
| | | Dutch | Email | 06/19/2003 | B. Lamiroy | Y. Herinckx, S. Ryelandt | PV@lexnet.be, K. Van Riet | Email transmitting information requested by an attorney for the purpose of obtaining legal advice re loan settlement. | AC, WP |
| | | Dutch | Email | 06/19/2003 | J. Blomkwist | JS@svsadvocates.com, J. van Hees | K. Van Riet, B. Lamiroy, H. Fledderus, D. Waebens, M. Lauwers | Email providing legal advice and requesting information for the purpose of providing legal advice re loan settlement. | AC, WP |
| DEXPRIV009473 | DEXPRIV009473 | Dutch | Email | 06/18/2003 | B. Lamiroy | PV@lexnet.be | S. Ryelandt | Email transmitting information for the purpose of obtaining legal advice re loan settlement. | AC, WP |
| | | Dutch | Email | 06/17/2003 | J. Blomkwist | D. Waebens, H. Fledderus | J. Van Hees, K. Van Riet, B. Lamiroy, M. Lauwers, B. Baldwin | Email transmitting information for the purpose of obtaining legal advice re loan settlement and criminal investigation. | AC, WP |
| DEXPRIV009474 | DEXPRIV009475 | Dutch | Email | 06/17/2003 | J. Blomkwist | D. Waebens, H. Fledderus | J. Van Hees, K. Van Riet, B. Lamiroy, M. Lauwers, B. Baldwin | Email transmitting and providing legal advice re loan settlement and criminal investigation. | AC, WP |

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

5/19/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| | | Dutch | Email | 06/17/2003 | J. Blomkwist | D. Waebens, H. Fledderus | J. Van Hees, K. Van Riet, B. Lamiroy, M. Lauwers, B. Baldwin | Email transmitting and providing legal advice re loan settlement and criminal investigation. | AC, WP |
| | | Dutch | Email | 05/26/2003 | J. Blomkwist | D. Waebens, H. Fledderus | J. Van Hees, K. Van Riet, B. Lamiroy, M. Lauwers, B. Baldwin | Email providing legal advice re loan settlement and criminal investigation. | AC, WP |
| DEXPRIV009476 | DEXPRIV009476 | Dutch | Email | 06/17/2003 | J. Blomkwist | D. Waebens, H. Fledderus | J. Van Hees, K. Van Riet, B. Lamiroy, M. Lauwers, B. Baldwin | Email transmitting and providing legal advice re loan settlement and criminal investigation. | AC, WP |
| | | Dutch | Email | 05/26/2003 | J. Blomkwist | D. Waebens, H. Fledderus | J. Van Hees, K. Van Riet, B. Lamiroy, M. Lauwers, B. Baldwin | Email providing legal advice re loan settlement and criminal investigation. | AC, WP |
| DEXPRIV009477 | DEXPRIV009478 | Dutch | Email | 06/17/2003 | J. Blomkwist | D. Waebens, H. Fledderus | J. Van Hees, K. Van Riet, B. Lamiroy, M. Lauwers, B. Baldwin | Email transmitting and providing legal advice re loan settlement and criminal investigation. | AC, WP |
| | | Dutch | Email | 05/26/2003 | J. Blomkwist | D. Waebens, H. Fledderus | J. Van Hees, K. Van Riet, B. Lamiroy, M. Lauwers, B. Baldwin | Email providing legal advice re loan settlement and criminal investigation. | AC, WP |
| DEXPRIV009479 | DEXPRIV009479 | Dutch | Fax | 06/12/2003 | J. Blomkwist | K. Van Riet, B. Lamiroy | | Fax transmitting and providing legal advice re loan settlement and criminal investigation. | AC, WP |
| DEXPRIV009480 | DEXPRIV009485 | Dutch | Letter | 06/12/2003 | J. Sjöcrona | J. Blomkwist | | Fax, with marginalia, providing legal advice re loan settlement and criminal investigation. | AC, WP |
| DEXPRIV009486 | DEXPRIV009486 | Dutch | Email | 06/12/2003 | J. Blomkwist | J. Blomkwist | | Email providing legal advice re loan settlement and criminal investigation. | AC, WP |
| | | Dutch | Email | 06/12/2003 | B. Lamiroy | B. Lamiroy | | Email requesting legal advice re loan settlement and criminal investigation. | AC, WP |
| DEXPRIV009487 | DEXPRIV009487 | Dutch | Email | 06/12/2003 | S. Ryelandt | B. Lamiroy | Y. Herinckx | Email providing legal advice re press release. | AC, WP |
| | | Dutch | Email | 06/12/2003 | B. Lamiroy | Y. Herinckx, S. Ryelandt | K. Van Riet | Email requesting legal advice re press release. | AC, WP |
| | | Dutch | Email | 06/12/2003 | U. Pommee | K. Van Riet, B. Lamiroy | | Email providing information for the purpose of obtaining legal advice re press release. | AC, WP |

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

5/19/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV009488 | DEXPRIV009489 | Dutch | Email | 05/27/2003 | J. Verbist | B. Lamiroy, J. Verbist, J. Bekaert | | Email providing legal advice re loan settlement and criminal investigation. | AC, WP |
| | | Dutch | Email | 05/27/2003 | B. Lamiroy | J. Verbist, J. Bekaert | | Email requesting legal advice re loan settlement and criminal investigation. | AC, WP |
| | | Dutch | Email | 05/26/2003 | J. Blomkwist | D. Waebens, H. Fledderus | J. Van Hees, K. Van Riet, B. Lamiroy, M. Lauwers, B. Baldwin | Email transmitting and providing legal advice re loan settlement and criminal investigation. | AC, WP |
| DEXPRIV009490 | DEXPRIV009490 | Dutch | Email | 05/26/2003 | J. Blomkwist | D. Waebens, H. Fledderus | J. Van Hees, K. Van Riet, B. Lamiroy, M. Lauwers, B. Baldwin | Email transmitting and providing legal advice re loan settlement and criminal investigation. | AC, WP |
| DEXPRIV009491 | DEXPRIV009492 | Dutch | Letter | | J. Sjöcrona | Mr. Biemond | | Undated draft letter to prosecutor re loan repayment and criminal investigation. | AC, WP |
| DEXPRIV009493 | DEXPRIV009494 | Dutch | Email | 05/26/2003 | M. Lauwers | K. Van Riet | B. Lamiroy, B. Baldwin, D. Waebens | Email providing information for the purpose of obtaining legal advice re press release. | AC, WP |
| | | Dutch | Email | 05/26/2003 | J. Blomkwist | D. Waebens, H. Fledderus | J. Van Hees, K. Van Riet, B. Lamiroy, M. Lauwers, B. Baldwin | Email providing legal advice re loan settlement and criminal investigation. | AC, WP |
| DEXPRIV009495 | DEXPRIV009495 | Dutch | Email | 05/21/2003 | K. Van Riet | J. Blomkwist | B. Lamiroy | Email providing information for the purpose of obtaining legal advice re loan settlement and criminal investigation. | AC, WP |
| | | Dutch | Email | 05/20/2003 | J. Blomkwist | J. van Hees | K. van Riet | Email providing legal advice re loan settlement and criminal investigation and requesting information to provide legal advice re same. | AC, WP |
| DEXPRIV009496 | DEXPRIV009497 | Dutch | Email | 05/23/2003 | J. Blomkwist | D. Waebens | B. Lamiroy, K. Van Riet, B. Baldwin, M. Lauwers, H. Fledderus | Email providing legal advice re loan repayment and criminal investigation. | AC, WP |
| | | Dutch | Email | 05/23/2003 | J. Blomkwist | D. Waebens | B. Lamiroy, K. Van Riet, B. Baldwin, M. Lauwers, H. Fledderus | Email providing legal advice re loan repayment and criminal investigation. | AC, WP |
| | | Dutch | Email | 05/22/2003 | D. Waebens | J. Blomkwist | | Email requesting legal advice re loan settlement and criminal investigation. | AC, WP |
| DEXPRIV009498 | DEXPRIV009498 | Dutch | Email | 05/23/2003 | D. Waebens | B. Baldwin, J. Blomkwist, B. Lamiroy | C. Piret, M. Lauwers | Email providing information requested by an attorney for the purpose of providing legal advice re loan repayment and criminal investigation. | AC, WP |

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

5/19/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV009499 | DEXPRIV009500 | Dutch | Memorandum | 05/23/2003 | D. Waebens | Juridische Zaken | M. Lauwers, B. Lamiroy | Memorandum providing information requested by an attorney for the purpose of providing legal advice re loan repayment and criminal investigation. | AC, WP |
| DEXPRIV009501 | DEXPRIV009502 | Dutch | Email | 05/23/2003 | B. Lamiroy | J. Verbist, J. Bekaert | K. Van Riet | Email providing information requested by an attorney for the purpose of providing legal advice re loan repayment and criminal investigation. | AC, WP |
| | | Dutch | Email | 05/23/2003 | J. Blomkwist | D. Waebens | B. Lamiroy, K. Van Riet, B. Baldwin, M. Lauwers, H. Fledderus | Email providing legal advice re loan repayment and criminal investigation. | AC, WP |
| | | Dutch | Email | 05/22/2003 | D. Waebens | J. Blomkwist | | Email requesting legal advice re loan settlement and criminal investigation. | AC, WP |
| DEXPRIV009503 | DEXPRIV009503 | English | Email | 11/27/2001 | P. Van Tiggel | K. Van Riet | R. Nachtegaele | Email requesting legal advice re valuation of L&H. | AC, WP |
| | | English | Email | 11/27/2001 | R. Nachtegaele | P. Van Tiggel | | Email transmitting information for the purpose of obtaining legal advice re valuation of L&H. | AC, WP |
| DEXPRIV009504 | DEXPRIV009505 | Dutch | Email | 07/07/2003 | S. Ryelandt | B. Lamiroy, S. Ryelandt, Y. Herinckx, L. Legein | K. Van Riet | Email providing legal advice re loan repayment. | AC, WP |
| | | Dutch | Email | 07/07/2003 | B. Lamiroy | S. Ryelandt, Y. Herinckx, L. Legein | K. Van Riet | Email requesting legal advice re loan repayment. | AC, WP |
| | | English | Email | 07/07/2003 | C. Thye | B. Lamiroy | I. Chia | Email providing legal advice re loan repayment. | AC, WP |
| DEXPRIV009506 | DEXPRIV009507 | English | Email | 07/07/2003 | B. Lamiroy | C. Thye | I. Chia, K. Van Riet | Email providing legal advice re loan repayment. | AC, WP |
| | | English | Email | 07/07/2003 | C. Thye | B. Lamiroy | I. Chia | Email, with attachment, requesting legal advice re loan repayment. | AC, WP |
| DEXPRIV009508 | DEXPRIV009509 | Dutch | Email | 07/31/2003 | B. Lamiroy | Y. Herinckx, S. Ryelandt, L. Legein | | Email, with attachments, requesting legal advice re loan repayment. | AC, WP |
| | | English | Email | 07/21/2003 | I. Chia | B. Lamiroy | K. Van Riet, C. Thye | Email, with attachments, providing legal advice re loan repayment. | AC, WP |
| DEXPRIV009510 | DEXPRIV009515 | English | Court submission | | | | | Draft affidavit. | AC, WP |
| DEXPRIV009516 | DEXPRIV009516 | English | Letter | 08/14/2003 | B. Lamiroy | C. Thye | | Letter, with attachment, providing legal advice re loan repayment. | AC, WP |
| DEXPRIV009517 | DEXPRIV009518 | English | Email | 08/01/2003 | C. Thye | K. Van Riet, B. Lamiroy | I. Chia | Email providing legal advice re loan repayment. | AC, WP |
| DEXPRIV009519 | DEXPRIV009519 | English | Email | 07/16/2003 | I. Chia | B. Lamiroy | K. Van Riet, C. Thye | Email requesting information for the purpose of providing legal advice re criminal investigation. | AC, WP |

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

5/19/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV009520 | DEXPRIV009520 | English | Email | 07/17/2003 | I. Chia | B. Lamiroy | K. Van Riet, C. Thye | Email, with marginalia, requesting information for the purpose of providing legal advice re criminal investigation. | AC, WP |
| DEXPRIV009521 | DEXPRIV009522 | Dutch | Email | 07/10/2002 | S. Loosveld | K. Van Riet, B. Lamiroy | J. Verbist | Email transmitting request for legal advice re criminal investigation. | AC, WP |
| | | English | Email | 07/05/2002 | S. Loosveld | C. Thye | | Email requesting legal advice re criminal investigation. | AC, WP |
| | | English | Email | 07/05/2002 | C. Thye | S. Loosveld | E. Ooi | Email providing legal advice re criminal investigation. | AC, WP |
| DEXPRIV009523 | DEXPRIV009524 | Dutch | Email | 07/11/2002 | S. Loosveld | K. Van Riet, B. Lamiroy | J. Verbist | Email transmitting legal advice and request for information to base legal advice upon re loan repayment. | AC, WP |
| | | English | Email | 07/11/2002 | C. Thye | S. Loosveld | | Email providing legal advice and requesting information to base legal advice upon re loan repayment. | AC, WP |
| DEXPRIV009525 | DEXPRIV009526 | Dutch | Fax | 08/01/2002 | B. Lamiroy | K. Van Riet, B. Lamiroy | | Fax requesting legal advice re loan repayment. | AC, WP |
| DEXPRIV009527 | DEXPRIV009527 | Dutch | Email | 08/02/2002 | S. Loosveld | K. Van Riet, B. Lamiroy | J. Verbist | Email transmitting request for information for the purpose of providing legal advice re loan repayment. | AC, WP |
| | | English | Email | 08/02/2002 | S. Loosveld | C. Thye | | Email requesting information for the purpose of providing legal advice re loan repayment. | AC, WP |
| DEXPRIV009528 | DEXPRIV009528 | Dutch | Handwritten notes | 05/17/2002 | | V. Coomaraswamy, D. Chan | | Notes of telephone conversation among attorneys reflecting the mental impression of an attorney re loan repayment. | AC, WP |
| DEXPRIV009529 | DEXPRIV009530 | Dutch | Email | 08/06/2002 | S. Loosveld | K. Van Riet, B. Lamiroy | J. Verbist | Email transmitting legal advice re loan repayment. | AC, WP |
| | | English | Email | 08/06/2002 | E. Tong | S. Loosveld | J. Verbist, C. Thye, E. Ooi | Email providing legal advice re loan repayment. | AC, WP |
| DEXPRIV009531 | DEXPRIV009531 | English | Letter | 08/06/2002 | Allen & Gledhill | | | Draft letter reflecting the mental impressions of an attorney re loan repayment. | AC, WP |
| DEXPRIV009532 | DEXPRIV009533 | Dutch | Email | 08/05/2002 | S. Loosveld | K. Van Riet, B. Lamiroy | J. Verbist | Email transmitting legal advice re loan repayment. | AC, WP |
| | | English | Email | 08/03/2002 | C. Thye | S. Loosveld | J. Verbist, E. Ooi | Email providing legal advice re loan repayment. | AC, WP |
| DEXPRIV009534 | DEXPRIV009535 | Dutch | Email | 08/07/2002 | S. Loosveld | K. Van Riet, B. Lamiroy | J. Verbist | Email transmitting request for legal advice re loan repayment. | AC, WP |
| | | English | Email | 08/07/2002 | S. Loosveld | E. Tong | C. Thye, E. Ooi | Email requesting legal advice re loan repayment. | AC, WP |
| | | English | Email | 08/06/2002 | E. Tong | S. Loosveld | J. Verbist, C. Thye, E. Ooi | Email providing legal advice re loan repayment. | AC, WP |
| DEXPRIV009536 | DEXPRIV009538 | Dutch | Email | 08/08/2002 | B. Lamiroy | S. Loosveld | J. Verbist, A. de Roeck, K. van Riet | Email providing information requested by an attorney for the purpose of providing legal advice re loan repayment. | AC, WP |

5/19/2006

## Quaak v. Dexia and Related Cases
### Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| | | Dutch | Email | 08/07/2002 | S. Loosveld | B. Lamiroy | J. Verbist | Email transmitting and providing legal advice re loan repayment. | AC, WP |
| | | Dutch | Email | 08/06/2002 | B. Lamiroy | S. Loosveld | J. Verbist, K. Van Riet | Email requesting legal advice re loan repayment. | AC, WP |
| | | Dutch | Email | 08/05/2002 | S. Loosveld | K. Van Riet, B. Lamiroy | J. Verbist | Email transmitting legal advice re loan repayment and requesting information for the purpose of providing legal advice re same. | AC, WP |
| | | English | Email | 08/03/2002 | C. Thye | S. Loosveld | J. Verbist, E. Ooi | Email providing legal advice re loan repayment. | AC, WP |
| DEXPRIV009539 | DEXPRIV009540 | English | Email | 10/18/2002 | J. Verbist | B. Cheo | K. Van Riet, B. Lamiroy, S. Loosveld | Email providing information requested by an attorney for the purpose of providing legal advice re loan repayment. | AC, WP |
| | | English | Email | 10/18/2002 | B. Cheo | S. Loosveld | J. Verbist, C. Thye | Email providing legal advice re loan repayment and requesting information for the purpose of providing legal advice re same. | AC, WP |
| DEXPRIV009541 | DEXPRIV009542 | English | Email | 10/18/2002 | B. Lamiroy | B. Cheo, J. Verbist | S. Loosveld, C. Thye, K. Van Riet | Email providing information requested by an attorney for the purpose of providing legal advice re loan repayment. | AC, WP |
| | | English | Email | 10/18/2002 | B. Cheo | J. Verbist | K. Van Riet, B. Lamiroy, S. Loosveld, C. Thye | Email providing legal advice re loan repayment. | AC, WP |
| DEXPRIV009543 | DEXPRIV009543 | English | Email | 10/21/2002 | B. Lamiroy | B. Cheo, J. Verbist | K. Van Riet, S. Loosveld, C. Thye | Email providing information requested by an attorney for the purpose of providing legal advice re loan repayment. | AC, WP |
| | | English | Email | 10/21/2002 | B. Cheo | J. Verbist | K. Van Riet, B. Lamiroy, S. Loosveld, C. Thye | Email providing legal advice re loan repayment and requesting information for the purpose of providing legal advice re same. | AC, WP |
| DEXPRIV009544 | DEXPRIV009550 | English | Court submission | 10/21/2002 | | | | Draft affidavit. | WP |
| DEXPRIV009551 | DEXPRIV009551 | English | Court submission | 10/21/2002 | | | | Draft affidavit. | WP |
| DEXPRIV009552 | DEXPRIV009553 | Dutch | Email | 10/25/2002 | S. Loosveld | K. Van Riet, B. Lamiroy | J. Verbist | Email transmitting and providing legal advice re loan repayment. | AC, WP |
| | | English | Email | 10/25/2002 | B. Cheo | S. Loosveld | C. Thye | Email providing legal advice re loan repayment. | AC, WP |
| DEXPRIV009554 | DEXPRIV009557 | Dutch | Email | 10/28/2002 | S. Loosveld | K. Van Riet, B. Lamiroy | J. Verbist | Email transmitting and providing legal advice re loan repayment. | AC, WP |
| | | English | Email | 10/28/2002 | S. Loosveld | B. Cheo | J. Verbist, C. Thye | Email providing information requested by an attorney for the purpose of providing legal advice re loan repayment. | AC, WP |
| | | English | Email | 10/28/2002 | B. Cheo | S. Loosveld | C. Thye | Email providing legal advice re loan repayment and requesting information for the purpose of providing legal advice re same. | AC, WP |

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

5/19/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| | | English | Email | 10/11/2002 | S. Loosveld | B. Cheo | J. Verbist | Email requesting legal advice re loan repayment. | AC, WP |
| | | English | Email | 10/10/2002 | S. Loosveld | B. Cheo | J. Verbist | Email requesting legal advice re loan repayment. | AC, WP |
| DEXPRIV009558 | DEXPRIV009559 | Dutch | Email | 10/29/2002 | S. Loosveld | K. Van Riet, B. Lamiroy | J. Verbist | Email transmitting and providing legal advice re loan repayment. | AC, WP |
| | | English | Email | 10/29/2002 | C. Thye | S. Loosveld | J. Verbist, B. Cheo | Email providing legal advice re loan repayment. | AC, WP |
| DEXPRIV009560 | DEXPRIV009561 | English | Email | 10/29/2002 | S. Loosveld | B. Cheo, C. Thye | J. Verbist, K. Van Riet, B. Lamiroy | Email providing information requested by an attorney for the purpose of providing legal advice re loan repayment. | AC, WP |
| | | English | Email | 10/29/2002 | C. Thye | S. Loosveld | J. Verbist, B. Cheo | Email providing legal advice re loan repayment. | AC, WP |
| DEXPRIV009562 | DEXPRIV009563 | English | Email | 10/30/2002 | S. Loosveld | B. Cheo, C. Thye | K. Van Riet, B. Lamiroy, J. Verbist | Email providing information requested by an attorney for the purpose of providing legal advice re loan repayment. | AC, WP |
| DEXPRIV009564 | DEXPRIV009564 | English | Email | 10/30/2002 | B. Cheo | S. Loosveld, C. Thye | K. Van Riet, B. Lamiroy, J. Verbist | Email providing legal advice re loan repayment. | AC, WP |
| DEXPRIV009565 | DEXPRIV009565 | English | Email | 10/30/2002 | S. Loosveld | B. Cheo, C. Thye | K. Van Riet, B. Lamiroy, J. Verbist | Email, with attachment, transmitting information for the purpose of obtaining legal advice re loan repayment. | AC, WP |
| DEXPRIV009566 | DEXPRIV009568 | English | Memorandum | 10/09/2002 | L. Nees | K. Van Riet | | Memorandum providing information requested by an attorney for the purpose of providing legal advice re loan repayment. | AC, WP |
| DEXPRIV009569 | DEXPRIV009570 | English | Memorandum | 10/09/2002 | L. Nees | K. van Riet | | Memorandum providing information requested by an attorney for the purpose of providing legal advice re loan repayment. | AC, WP |
| DEXPRIV009571 | DEXPRIV009571 | English | Email | 11/01/2002 | B. Cheo | S. Loosveld, C. Thye | K. Van Riet, B. Lamiroy, J. Verbist | Email providing legal advice re loan repayment. | AC, WP |
| DEXPRIV009572 | DEXPRIV009572 | English | Email | 11/04/2002 | C. Thye | S. Loosveld | K. Van Riet, B. Lamiroy, J. Verbist, B. Cheo | Email providing legal advice re loan repayment. | AC, WP |
| DEXPRIV009573 | DEXPRIV009573 | English | Email | 11/04/2002 | C. Thye | S. Loosveld | K. Van Riet, B. Lamiroy, J. Verbist, B. Cheo | Email providing legal advice re loan repayment. | AC, WP |
| DEXPRIV009574 | DEXPRIV009574 | English | Email | 11/04/2002 | B. Cheo | S. Loosveld | K. Van Riet, B. Lamiroy, J. Verbist, C. Thye | Email, with attachment, providing legal advice re loan repayment and requesting information for the purpose of providing legal advice re same. | AC, WP |
| DEXPRIV009575 | DEXPRIV009583 | English | Court submission | | | | | Draft affidavit. | WP |

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

5/19/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV009584 | DEXPRIV009584 | English | Email | 11/05/2002 | K. Van Riet | S. Loosveld, C. Thye | B. Lamiroy, J. Verbist, B. Cheo | Email transmitting and providing legal advice re loan repayment. | AC, WP |
| | | English | Email | 11/05/2002 | C. Thye | S. Loosveld | K. Van Riet, B. Lamiroy, J. Verbist, B. Cheo | Email providing legal advice re loan repayment. | AC, WP |
| DEXPRIV009585 | DEXPRIV009585 | English | Email | 11/05/2002 | B. Cheo | S. Loosveld | K. Van Riet, B. Lamiroy, J. Verbist, C. Thye | Email, with attachment, providing legal advice re loan repayment and requesting information for the purpose of providing legal advice re same. | AC, WP |
| DEXPRIV009586 | DEXPRIV009592 | English | Court submission | | | | | Draft affidavit. | WP |
| DEXPRIV009593 | DEXPRIV009593 | English | Email | 11/05/2002 | B. Cheo | K. Van Riet, S. Loosveld, C. Thye | B. Lamiroy, J. Verbist | Email, with attachment, providing legal advice re loan repayment and requesting information for the purpose of providing legal advice re same. | AC, WP |
| DEXPRIV009594 | DEXPRIV009602 | English | Court submission | | | | | Draft affidavit. | WP |
| DEXPRIV009603 | DEXPRIV009603 | English | Email | 11/05/2002 | C. Thye | S. Loosveld | K. Van Riet, B. Lamiroy, J. Verbist, B. Cheo | Email, with attachment, providing legal advice re loan repayment and requesting information for the purpose of providing legal advice re same. | AC, WP |
| DEXPRIV009604 | DEXPRIV009612 | English | Affidavit | | | | | Draft affidavit. | WP |
| DEXPRIV009613 | DEXPRIV009613 | English | Email | 11/05/2002 | K. Van Riet | S. Loosveld, B. Cheo | K. Van Riet, B. Lamiroy, J. Verbist, C. Thye | Email providing information requested by an attorney for the purpose of providing legal advice re loan repayment. | AC, WP |
| | | English | Email | 11/05/2002 | B. Cheo | S. Loosveld | K. Van Riet, B. Lamiroy, J. Verbist, C. Thye | Email, with attachment, providing legal advice re loan repayment and requesting information for the purpose of providing legal advice re same. | AC, WP |
| DEXPRIV009614 | DEXPRIV009615 | English | Email | 11/05/2002 | S. Loosveld | B. Cheo | K. Van Riet, B. Lamiroy, J. Verbist, C. Thye | Email providing information requested by an attorney for the purpose of providing legal advice re loan repayment. | AC, WP |
| | | English | Email | 11/05/2002 | B. Cheo | K. Van Riet, S. Loosveld, C. Thye | B. Lamiroy, J. Verbist | Email, with attachment, providing legal advice re loan repayment and requesting information for the purpose of providing legal advice re same. | AC, WP |
| DEXPRIV009616 | DEXPRIV009616 | English | Email | 01/08/2003 | B. Lamiroy | J. Verbist, B. Cheo | C. Thye, A. de Roeck, K. Van Riet | Email transmitting information for the purpose of obtaining legal advice re loan repayment and litigation. | AC, WP |
| DEXPRIV009617 | DEXPRIV009618 | English | Fax | 01/13/2003 | P. Jeyaretnam, R. Keong | K. van Riet | | Fax providing legal advice re loan repayment and litigation. | AC, WP |
| DEXPRIV009619 | DEXPRIV009619 | English | Fax | 01/16/2003 | B. Lamiroy | P. Jeyaretnam, R. Keong | | Fax transmitting information for the purpose of obtaining legal advice re loan repayment and litigation. | AC, WP |

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

5/19/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV009620 | DEXPRIV009620 | English | Email | 01/13/2003 | B. Lamiroy | P. Jeyaretnam, R. Keong | K. van Riet | Email providing information requested by an attorney for the purpose of providing legal advice re loan repayment and litigation. | AC, WP |
| DEXPRIV009621 | DEXPRIV009622 | English | Email | 01/23/2003 | B. Lamiroy | R. Keong | K. van Riet, P. Jeyaretnam | Email transmitting information for the purpose of obtaining legal advice re loan repayment and litigation. | AC, WP |
| | | English | Email | 01/20/2003 | R. Keong | B. Lamiroy | K. van Riet, P. Jeyaretnam | Email providing legal advice re loan repayment and requesting information for the purpose of providing legal advice re same. | AC, WP |
| | | English | Email | 01/17/2003 | B. Lamiroy | R. Keong | K. van Riet, P. Jeyaretnam | Email providing legal advice re loan repayment. | AC, WP |
| | | English | Email | 01/16/2003 | R. Keong | B. Lamiroy | K. van Riet, P. Jeyaretnam | Email requesting information for the purpose of providing legal advice re loan repayment and litigation. | AC, WP |
| | | English | Email | 01/14/2003 | B. Lamiroy | P. Jeyaretnam, R. Keong | K. van Riet | Email transmitting information for the purpose of obtaining legal advice re loan repayment and litigation. | AC, WP |
| DEXPRIV009623 | DEXPRIV009623 | Dutch | Email | 01/31/2003 | J. Verbist | K. Van Riet, B. Lamiroy | J. Bekaert | Email transmitting and providing legal advice re loan repayment and litigation. | AC, WP |
| | | English | Email | 01/31/2003 | C. Thye | J. Verbist, J. Bekaert | K. van Riet, B. Lamiroy, B. Cheo | Email providing legal advice re loan repayment. | AC, WP |
| DEXPRIV009624 | DEXPRIV009625 | Dutch | Email | 01/31/2003 | J. Verbist | K. van Riet | | Email transmitting legal advice re loan repayment and litigation. | AC, WP |
| | | Dutch | Email | 01/31/2003 | J. Verbist | K. Van Riet, B. Lamiroy | J. Bekaert | Email transmitting and providing legal advice re loan repayment and litigation. | AC, WP |
| | | English | Email | 01/31/2003 | C. Thye | J. Verbist, J. Bekaert | K. van Riet, B. Lamiroy, B. Cheo | Email providing legal advice re loan repayment. | AC, WP |
| DEXPRIV009626 | DEXPRIV009626 | English | Email | 01/31/2003 | B. Lamiroy | C. Thye | A. de Roeck, K. van Riet, B. Cheo | Email providing information requested by an attorney for the purpose of providing legal advice re loan repayment and litigation. | AC, WP |
| | | English | Email | 01/31/2003 | C. Thye | J. Verbist, J. Bekaert | K. van Riet, B. Lamiroy, B. Cheo | Email providing legal advice re loan repayment. | AC, WP |
| DEXPRIV009627 | DEXPRIV009634 | English | Fax | 02/04/2003 | P. Jeyaretnam, R. Keong | B. Lamiroy | | Fax providing legal advice re loan repayment and litigation. | AC, WP |
| DEXPRIV009635 | DEXPRIV009637 | English | Email | 02/07/2003 | B. Lamiroy | R. Keong | K. van Riet, P. Jeyaretnam | Email providing information requested by an attorney for the purpose of providing legal advice re loan repayment and litigation. | AC, WP |
| | | English | Email | 02/07/2003 | R. Keong | B. Lamiroy | K. van Riet, P. Jeyaretnam | Email providing legal advice re loan repayment. | AC, WP |
| | | English | Email | 01/31/2003 | R. Keong | B. Lamiroy | K. van Riet, P. Jeyaretnam | Email providing legal advice re loan repayment. | AC, WP |

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

5/19/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| | | English | Email | 01/23/2003 | B. Lamiroy | R. Keong | K. van Riet, P. Jeyaretnam | Email transmitting information for the purpose of obtaining legal advice re loan repayment and litigation. | AC, WP |
| | | English | Email | 01/20/2003 | R. Keong | B. Lamiroy | K. van Riet, P. Jeyaretnam | Email providing legal advice re loan repayment and requesting information for the purpose of providing legal advice re same. | AC, WP |
| | | English | Email | 01/17/2003 | B. Lamiroy | R. Keong | K. van Riet, P. Jeyaretnam | Email providing legal advice re loan repayment. | AC, WP |
| | | English | Email | 01/16/2003 | R. Keong | B. Lamiroy | K. van Riet, P. Jeyaretnam | Email requesting information for the purpose of providing legal advice re loan repayment and litigation. | AC, WP |
| | | English | Email | 01/14/2003 | B. Lamiroy | P. Jeyaretnam, R. Keong | K. van Riet | Email transmitting information for the purpose of obtaining legal advice re loan repayment and litigation. | AC, WP |
| DEXPRIV009638 | DEXPRIV009639 | English | Email | 01/17/2003 | B. Cheo | C. Thye, B. Lamiroy, J. Verbist, J. Bekaert | A. de Roeck, K. van Riet, Y. Quek | Email providing legal advice re loan repayment with marginalia in Dutch reflecting the mental impressions of an attorney re same. | AC, WP |
| | | English | Email | 01/13/2003 | C. Thye | B. Lamiroy, J. Verbist, J. Bekaert | A. de Roeck, K. van Riet, B. Cheo, Y. Quek | Email providing legal advice re loan repayment with marginalia reflecting the mental impressions of an attorney re same. | AC, WP |
| DEXPRIV009640 | DEXPRIV009641 | English | Memorandum | 02/13/2003 | Dexia Bank | | | Draft memorandum reflecting the mental impressions of an attorney re defense in litigation. | AC, WP |
| DEXPRIV009642 | DEXPRIV009643 | Dutch | Email | 01/17/2003 | B. Lamiroy | J. Verbist, J. Bekaert | K. van Riet | Email providing information requested by an attorney for the purpose of providing legal advice re loan repayment and litigation. | AC, WP |
| | | English | Email | 01/17/2003 | B. Cheo | C. Thye, B. Lamiroy, J. Verbist, J. Bekaert | A. de Roeck, K. van Riet, Y. Quek | Email providing legal advice re loan repayment with marginalia in Dutch reflecting the mental impressions of an attorney re same. | AC, WP |
| | | English | Email | 01/13/2003 | C. Thye | B. Lamiroy, J. Verbist, J. Bekaert | A. de Roeck, K. van Riet, B. Cheo, Y. Quek | Email providing legal advice re loan repayment with marginalia reflecting the mental impressions of an attorney re same. | AC, WP |
| DEXPRIV009644 | DEXPRIV009645 | English | Memorandum | 02/13/2003 | Dexia Bank | | | Draft memorandum reflecting the mental impressions of an attorney re defense in litigation. | AC, WP |
| DEXPRIV009646 | DEXPRIV009648 | Dutch | Email | 08/26/2002 | S. Loosveld | B. Lamiroy | | Email transmitting legal advice re loan repayment. | AC, WP |
| | | English | Email | 08/20/2002 | S. Loosveld | E. Tong | | Email providing information requested by an attorney for the purpose of providing legal advice re loan repayment and litigation. | AC, WP |

*Quaak v. Dexia and Related Cases*
**Dexia Bank Belgium's Log of Privileged Documents**

5/19/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| | | English | Email | 08/07/2002 | E. Tong | S. Loosveld | C. Thye, E. Ooi | Email providing legal advice re loan repayment and requesting information for the purpose of providing legal advice re same. | AC, WP |
| | | English | Email | 08/07/2002 | S. Loosveld | E. Tong | C. Thye, E. Ooi | Email requesting legal advice re loan repayment. | AC, WP |
| | | English | Email | 08/06/2002 | E. Tong | S. Loosveld | J. Verbist, C. Thye, E. Ooi | Email providing legal advice re loan repayment | AC, WP |
| DEXPRIV009649 | DEXPRIV009649 | Dutch | Fax | 08/27/2002 | J. Verbist | K. Van Riet, B. Lamiroy | | Fax, with attachment, transmitting and providing legal advice re loan repayment. | AC, WP |
| DEXPRIV009650 | DEXPRIV009651 | English | Fax | 08/21/2002 | Allen & Gledhill | S. Loosveld | | Fax, with attachment, providing legal advice re loan repayment. | AC, WP |
| DEXPRIV009652 | DEXPRIV009660 | English | Fax | 09/02/2002 | Allen & Gledhill | S. Loosveld | | Fax, with attachments, providing legal advice re loan repayment. | AC, WP |
| DEXPRIV009661 | DEXPRIV009661 | Dutch | Fax | 09/13/2002 | J. Verbist | K. Van Riet, B. Lamiroy | | Fax transmitting and providing legal advice re loan repayment. | AC, WP |
| DEXPRIV009662 | DEXPRIV009662 | Dutch | Fax | 09/17/2002 | J. Verbist | K. Van Riet, B. Lamiroy | | Fax transmitting and providing legal advice re loan repayment. | AC, WP |
| DEXPRIV009663 | DEXPRIV009663 | English | Fax | 09/17/2002 | Allen & Gledhill | S. Loosveld | | Fax providing legal advice re loan repayment. | AC, WP |
| DEXPRIV009664 | DEXPRIV009664 | Dutch | Fax | 09/19/2002 | J. Verbist | K. Van Riet, B. Lamiroy | | Fax transmitting and providing legal advice re loan repayment. | AC, WP |
| DEXPRIV009665 | DEXPRIV009666 | English | Fax | 09/18/2002 | Allen & Gledhill | S. Loosveld | | Fax, with attachment, providing legal advice re loan repayment. | AC, WP |
| DEXPRIV009667 | DEXPRIV009667 | Dutch | Email | 09/19/2002 | J. Verbist | B. Lamiroy, J. Verbist, S. Loosveld | K. van Riet | Email providing legal advice re criminal investigation | AC, WP |
| | | Dutch | Email | 09/19/2002 | B. Lamiroy | J. Verbist, S. Loosveld | K. van Riet | Email transmitting information requested by an attorney for the purpose of providing legal advice re loan repayment. | AC, WP |
| DEXPRIV009668 | DEXPRIV009668 | Dutch | Email | 09/23/2002 | B. Lamiroy | J. Verbist, S. Loosveld | K. van Riet | Email transmitting information for the purpose of obtaining legal advice re loan repayment. | AC, WP |
| DEXPRIV009669 | DEXPRIV009669 | Dutch | Email | 09/24/2002 | S. Loosveld | K. Van Riet, B. Lamiroy | J. Verbist | Email transmitting request for legal advice re loan repayment. | AC, WP |
| | | English | Email | 09/24/2002 | S. Loosveld | C. Thye, B. Cheo | | Email transmitting information for the purpose of obtaining legal advice re loan repayment. | AC, WP |
| DEXPRIV009670 | DEXPRIV009671 | Dutch | Email | 09/25/2002 | S. Loosveld | K. Van Riet, B. Lamiroy | J. Verbist | Email transmitting legal advice re loan repayment. | AC, WP |
| | | English | Email | 09/25/2002 | S. Loosveld | B. Cheo | J. Verbist, C. Thye | Email transmitting information for the purpose of obtaining legal advice re loan repayment. | AC, WP |
| | | English | Email | 09/25/2002 | B. Cheo | S. Loosveld | J. Verbist, C. Thye | Email providing legal advice re loan repayment. | AC, WP |
| DEXPRIV009672 | DEXPRIV009672 | Dutch | Email | 10/02/2002 | S. Loosveld | K. Van Riet, B. Lamiroy | J. Verbist | Email requesting information for the purpose of providing legal advice re loan repayment. | AC, WP |

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

5/19/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| | | Dutch | Email | 09/23/2002 | B. Lamiroy | J. Verbist, S. Loosveld | K. van Riet | Email providing legal advice re loan repayment and requesting information for the purpose of providing legal advice re same. | AC, WP |
| DEXPRIV009673 | DEXPRIV009674 | Dutch | Email | 10/04/2002 | S. Loosveld | B. Lamiroy | K. van Riet, J. Verbist | Email providing legal advice re loan repayment. | AC, WP |
| | | Dutch | Email | 10/04/2002 | B. Lamiroy | S. Loosveld | K. van Riet, J. Verbist | Email transmitting information requested by an attorney for the purpose of providing legal advice re loan repayment. | AC, WP |
| | | Dutch | Email | 10/02/2002 | S. Loosveld | K. Van Riet, B. Lamiroy | J. Verbist | Email requesting information for the purpose of providing legal advice re same. | AC, WP |
| | | Dutch | Email | 09/23/2002 | B. Lamiroy | J. Verbist, S. Loosveld | K. van Riet | Email providing legal advice re loan repayment and requesting information for the purpose of providing legal advice re same. | AC, WP |
| DEXPRIV009675 | DEXPRIV009677 | Dutch | Email | 10/10/2002 | S. Loosveld | K. Van Riet, B. Lamiroy | J. Verbist | Email transmitting request for legal advice and providing legal advice re loan repayment. | AC, WP |
| | | English | Email | 10/10/2002 | S. Loosveld | B. Cheo | J. Verbist | Email requesting legal advice re loan repayment and transmitting information for the purpose of obtaining legal advice re same. | AC, WP |
| DEXPRIV009678 | DEXPRIV009678 | Dutch | Email | 10/13/2002 | S. Loosveld | K. Van Riet, B. Lamiroy | | Email transmitting legal advice re loan repayment. | AC, WP |
| | | English | Email | 10/13/2002 | B. Cheo | S. Loosveld | J. Verbist, C. Thye | Email providing legal advice re loan repayment. | AC, WP |
| DEXPRIV009679 | DEXPRIV009679 | | Email | 11/06/2002 | K. Van Riet | F. Saverys, J. Verbist, S. Loosveld | B. Lamiroy | Email transmitting request for legal advice and legal advice re loan repayment. | AC, WP |
| | | English | Email | 11/06/2002 | K. Van Riet | B. Cheo | | Email requesting legal advice re loan repayment. | AC, WP |
| | | English | Email | 11/06/2002 | B. Cheo | S. Loosveld, C. Thye, B. Cheo | J. Verbist, B. Lamiroy, F. Saverys | Email, with attachment, providing legal advice re loan repayment. | AC, WP |
| DEXPRIV009680 | DEXPRIV009680 | English | Email | 11/06/2002 | K. Van Riet | S. Loosveld, C. Thye, B. Cheo | J. Verbist, B. Lamiroy, F. Saverys, K. van Riet | Email transmitting information requested by an attorney for the purpose of providing legal advice re loan repayment. | AC, WP |
| | | English | Email | 11/06/2002 | B. Cheo | S. Loosveld, C. Thye | J. Verbist, B. Lamiroy, F. Saverys | Email, with attachment, providing legal advice re loan repayment. | AC, WP |
| DEXPRIV009681 | DEXPRIV009682 | English | Email | 11/06/2002 | B. Cheo | K. van Riet | J. Verbist, B. Lamiroy, F. Saverys, S. Loosveld, C. Thye | Email providing legal advice re loan repayment. | AC, WP |

*Quaak v. Dexia and Related Cases*
Dexia Bank Belgium's Log of Privileged Documents

5/19/2006

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| | | English | Email | 11/06/2002 | K. Van Riet | S. Loosveld, C. Thye, B. Cheo | J. Verbist, B. Lamiroy, F. Saverys, K. van Riet | Email transmitting information requested by an attorney for the purpose of providing legal advice re loan repayment. | AC, WP |
| | | English | Email | 11/06/2002 | B. Cheo | S. Loosveld, C. Thye | J. Verbist, B. Lamiroy, F. Saverys | Email, with attachment, providing legal advice re loan repayment. | AC, WP |
| DEXPRIV009683 | DEXPRIV009683 | English | Email | 11/06/2002 | C. Thye | K. van Riet | J. Verbist, B. Lamiroy, F. Saverys, S. Loosveld, B. Cheo | Email providing legal advice re loan repayment. | AC, WP |
| DEXPRIV009684 | DEXPRIV009691 | English | Court submission | | | | | Draft affidavit. | WP |
| DEXPRIV009692 | DEXPRIV009692 | | Email | 11/07/2002 | K. Van Riet | E. Sprimont | | Email transmitting legal advice re loan repayment. | AC, WP |
| | | English | Email | 11/07/2002 | B. Cheo | K. van Riet | J. Verbist, B. Lamiroy, S. Loosveld, C. Thye | Email providing legal advice re loan repayment and requesting information for the purpose of providing legal advice re same. | AC, WP |
| DEXPRIV009693 | DEXPRIV009693 | Dutch | Fax | 11/13/2002 | J. Verbist | K. Van Riet, B. Lamiroy | | Fax transmitting and providing legal advice re loan repayment. | AC, WP |
| DEXPRIV009694 | DEXPRIV009694 | English | Email | 11/15/2002 | B. Cheo | K. van Riet | J. Verbist, B. Lamiroy, S. Loosveld, C. Thye | Email providing legal advice re loan repayment. | AC, WP |
| DEXPRIV009695 | DEXPRIV009696 | English | Fax | 01/08/2003 | Allen & Gledhill | S. Loosveld | | Fax providing legal advice re loan repayment and litigation. | AC, WP |
| DEXPRIV009697 | DEXPRIV009698 | English | Email | 07/30/2003 | I. Chia | B. Lamiroy | K. van Riet, C. Thye, Y. Herinckx, S. Ryelandt, L. Legein | Email providing legal advice re loan repayment. | AC, WP |
| | | English | Email | 07/28/2003 | B. Lamiroy | I. Chia | K. Van Riet, C. Thye, Y. Herinckx, S. Ryelandt, L. Legein | Email requesting legal advice re loan repayment. | AC, WP |
| DEXPRIV009699 | DEXPRIV009700 | Dutch | Email | 07/10/2003 | S. Loosveld | K. van Riet | J. Verbist | Email transmitting legal advice re loan repayment. | AC, WP |
| | | English | Email | 07/05/2003 | C. Thye | S. Loosveld | E. Ooi | Email providing legal advice re loan repayment. | AC, WP |
| DEXPRIV009701 | DEXPRIV009701 | Dutch | Letter | 06/28/2002 | B. Lamiroy | J. Verbist | | Letter transmitting information for the purpose of obtaining legal advice re loan repayment. | AC, WP |
| DEXPRIV009702 | DEXPRIV009703 | Dutch | Fax | 08/01/2002 | K. Van Riet, B. Lamiroy | J. Verbist, S. Loosveld | | Fax transmitting information for the purpose of obtaining legal advice re loan repayment. | AC, WP |

5/19/2006

## Quaak v. Dexia and Related Cases
### Dexia Bank Belgium's Log of Privileged Documents

| Begin Doc Number | End Doc Number | Language | Type of Document | Date | Author | Recipient | Copied To | Description | Reason for Privilege |
|---|---|---|---|---|---|---|---|---|---|
| DEXPRIV009704 | DEXPRIV009705 | Dutch | Email | 10/15/2002 | J. Verbist | K. Van Riet, B. Lamiroy | S. Loosveld | Email transmitting and providing legal advice re loan repayment. | AC, WP |
| | | English | Email | 10/15/2002 | B. Cheo | S. Loosveld | J. Verbist, C. Thye | Email providing legal advice re loan repayment. | AC, WP |
| DEXPRIV009706 | DEXPRIV009707 | English | Court submission | | | | | Draft affidavit, with marginalia reflecting the mental impressions of an attorney re same. | WP |