UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HANS A. QUAAK, ATTILIO PO<br>and KARL LEIBINGER, on behalf of<br>themselves and those similarly situated,<br><br>                   Plaintiffs,<br><br>     v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM<br>(formerly known as ARTESIA BANKING<br>CORP., S.A.),<br><br>                  Defendants. | )<br>)<br>)<br>)<br>)<br>)     Civil Action No. 03-Civ-11566 (PBS)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEXIA BANK BELGIUM'S RESPONSES AND OBJECTIONS TO LEAD PLAINTIFFS' FIRST SET OF INTERROGATORIES

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure and the Local Rules of the District of Massachusetts, defendant Dexia Bank Belgium ("Dexia") responds as follows to Lead Plaintiffs' First Set of Interrogatories dated May 19, 2005.

## GENERAL OBJECTIONS

1.  Dexia objects to each Interrogatory, Instruction or Definition to the extent it seeks to impose obligations beyond those required by the Federal Rules of Civil Procedure and the Local Rules of this Court.

2.  Dexia objects to each Interrogatory, Instruction or Definition to the extent that it is overly broad, unduly burdensome, duplicative or seeks information that is not relevant and not reasonably calculated to lead to the discovery of admissible evidence.

3.  Dexia objects to each Interrogatory, Instruction or Definition to the extent that it is vague, ambiguous and does not identify with particularity the information sought.

4. Dexia objects to each Interrogatory, Instruction or Definition to the extent that it would impose undue burden and expense on Dexia.

5. Dexia objects to each Interrogatory, Instruction or Definition to the extent that it seeks information in the possession, custody or control of Plaintiffs.

6. Dexia objects to each Interrogatory, Instruction or Definition to the extent that it seeks documents or information protected from disclosure by the attorney-client privilege, work product doctrine, or other applicable privileges.

7. Dexia objects to each Interrogatory, Instruction or Definition to the extent that it calls for information that is obtainable by Plaintiffs from public sources or other sources that are also available to Plaintiffs.

8. Dexia's investigation of the facts relevant to this action and review of relevant documents is continuing. Dexia reserves the right to amend, modify, or supplement the Responses set forth herein to the extent required or permitted under Rule 26 of the Federal Rules of Civil Procedure. Dexia further reserves the right to rely on any facts, documents or other evidence that may develop or come to its attention at a later date.

## SPECIFIC OBJECTIONS AND RESPONSES

### Interrogatory No. 1

Identify each of the following persons and state any position(s) each person held at Dexia during the Relevant Time Period, including titles, divisions, office location and years of employment, as well as if such person is currently, or was at any time during the Relevant Period, a director, officer or managing agent of Dexia.

(a) Peter Rabaey;
(b) Geert Dauwe;
(c) Bart Ferrand;
(d) Piet Cordonnier;
(e) J.P. Cloes;
(f) F. Dankelman;
(g) K. Claessens;
(h) Bernard Mommens;

NYB 1504475.1

(i)     Dirk Cools;
(j)     Etien Van Coillie;
(k)     Filip De Clerck;
(l)     F. De Gendt;
(m)     C. Seghers;
(n)     Patrick Faict;
(o)     Gerry Millants;
(p)     B. Lamiroy;
(q)     S. Vander Elst
(r)     M. Coolen;
(s)     G. Goffaux;
(t)     Th. De Schaepdrijver;
(u)     M. Legein;
(v)     J.-B. Dubois
(w)     J.L. Devogele;
(x)     Chr. Giovognoli;
(y)     S. Tritz;
(z)     K. Van Riet;
(aa)    L. Myny:
(bb)    P. Van Tiggel;
(cc)    D. de Coninck;
(dd)    H. Wynants;
(ee)    Chr. Vermeylen;
(ff)    Claude Piret;
(gg)    Rene Avonts
(hh)    Stefaan Decraene;
(ii)    Jacques Janssens;
(jj)    Alain Probst;
(kk)    Francois Saverys;
(ll)    Philippe Steverlynck;
(mm)    Jan Van der Ven;
(nn)    Frans Van Deun;
(oo)    Nadia Van Hove, and
(pp)    Antoone Baert.

<u>Response to Request No. 1</u>

Dexia objects to this Interrogatory to the extent it seeks information concerning "C. Seghers" and "Frans Van Deun" because Dexia cannot identify any current or former employees having these names. Without waiving the foregoing objections or the General Objections, Dexia responds to this Interrogatory as follows:

- 3 -

NYB 1504475.1

| NAME | TIME PERIOD BEGINNING | POSITION, DEPARTMENT, ENTITY, AND LOCATION |
|---|---|---|
| Avonts, Rene | January 1996 | Lid van het Directiecomité, Paribas, Brussels |
| | April 1999 | Lid van het Directiecomité, Artesia Banking Corporation, Brussels |
| | March 2002 | Departed |
| Baert, Antoon | January 1996 | Kaderlid, Krediet Secretariaat, Paribas, Kortrijk |
| | September 1996 | Kaderlid, Krediet Secretariaat Vlaanderen, Paribas, Kortrijk |
| | March 1997 | Kaderlid, Regio Kredieten. Vlaanderen, Paribas, Kortrijk |
| | June 1999 | Kaderlid, Kredieten Vlaanderen, Artesia Banking Corporation, Kortrijk |
| | July 2000 | Kaderlid, Kredieten Vlaanderen, Artesia Banking Corporation, Brussels |
| | May 2002 | Kaderlid, Bijzonder beheer, DBB, Brussels |
| Claessens, Kristin | January 1996 | Kaderlid, Productexploitatie en Beheer – Back Office Marktenzaal, Bacob, Brussels |
| | October 1996 | Kaderlid, Professionele & Interbancaire transacties, Bacob, Brussels |
| | January 1998 | Directiekaderlid, Professionele & Interbancaire transacties, Bacob, Brussels |
| | June 1999 | Directiekaderlid, Operations Market Transactions, Artesia Banking Corporation, Brussels |
| | January 2000 | Directiekaderlid, Operations Financial Markets, Artesia Banking Corporation, Brussels |
| | April 2002 | Directiekaderlid, Operations Financial Markets, DBB, Brussels |
| Cloes, Jean-Paul | January 1996 | Kaderlid, Interne audit participaties en marktenzaal, Bacob, Brussels |
| | June 1999 | Kaderlid, Interne audit Corporate banking, Artesia Services, Brussels |
| | August 1999 | Kaderlid, Audit participaties Gestion Intensif Privé en Corporate banking, Artesia Services, Brussels |
| | April 2002 | Kaderlid, Audit Commercial Banking, DBB, Brussels |
| | February 2004 | Kaderlid, Auditeurs, DBB Brussels |
| Coolen, Marleen | January 1996 | Kaderlid, Juridische Zaken: International Corporate Asp., Bacob, Brusssels |
| | June 1999 | Kaderlid, Juridische Zaken: Corporate, Artesia Services, Brusssels |
| | November 2000 | Kaderlid, Legal Financial Markets, Brussels |
| | April 2002 | Kaderlid, Juridische Diensten – Team 5 Legal Corporate, Brussels |
| Cools, Dirk | January 1996 | Bediende, Corporate Banking, Paribas, Kortrijk |
| | February 1997 | Bediende, General Banking, Paribas, Oostende |
| | January 1998 | Bediende, Corporate Banking, Paribas, Kortrijk |
| | April, 1999 | Bediende, Corporate Banking, Artesia Banking Corporation, Kortrijk |
| | January, 2000 | Kaderlid, Corporate Banking, Artesia Banking Corporation, Kortrijk |
| | April 2002 | Kaderlid, Corporate Banking, DBB, Kortrijk |

NYB 1504475.1

| NAME | TIME PERIOD BEGINNING | POSITION, DEPARTMENT, ENTITY, AND LOCATION |
|---|---|---|
| Cordonnier, Piet | January 1996 | Kaderlid, Corporate Banking: Projecten en Financiële Montages, Bacob, Brussels |
| | June 1999 | Kaderlid, Niche Banking, Artesia Banking Corporation, Brussels |
| | April 2002 | Kaderlid, Juridische Diensten Team 5 Legal Corporate, DBB, Brussels |
| Dankelman, Françoise | January 1996 | Kaderlid, Audit participations & Salle du marché, Bacob, Brussels |
| | June 1999 | Kaderlid, Audit Particip Gip Corp. Banking, Artesia Services, Brussels |
| | February 2001 | Kaderlid, Fin. Beheer Marktactiviteiten, Artesia Services, Brussels |
| | April 2001 | Kaderlid, Risk control, Artesia Services, Brussels |
| | April 2001 | Departed |
| Dauwe, Geert | January 1996 | Adjunct-Directeur, directeur Regio Brussel Brabant, Paribas, Brussels |
| | January 1997 | Directeur, General Banking, Paribas, Brussels |
| | January 1998 | Lid van het Directiecomité, Paribas, Brussels |
| | April 1999 | Lid van het Directiecomité, Artesia Banking Corporation, Brussels |
| | March 2002 | Departed |
| De Clerck, Filip | September 1997 | Bediende, Universitaire Stageploeg, Paribas, Roeselaere |
| | February 1999 | Bediende, Corporate Banking, Paribas, Roeselare |
| | April 1999 | Bediende, Corporate Banking, Artesia Banking Corporation, Roeselare |
| | January 2001 | Kaderlid, Corporate Banking, Artesia Banking Corporation, Roeselare |
| | April 2002 | Kaderlid, Corporate Banking, DBB, Roeselare |
| | December 2003 | Kaderlid, Corporate Banking, DBB, Kortrijk |
| De Coninck, Dennis | December 1997 | Bediende, Secretariaat Gespecialiseerde Activiteiten, Paribas, Brussels |
| | June 1999 | Bediende, Legal Financial Markets, Artesia Services, Brussels |
| | October 1999 | Departed |
| De Gendt, Freddy | January 1996 | Kaderlid, Effectensecretariaat, Paribas, Brussels |
| | June 1999 | Kaderlid, Effectensecretariaat, Artesia Services, Brussels |
| | June 2001 | Kaderlid, Effectensignalitiek, Artesia Services, Brussels |
| | April 2002 | Kaderlid, Effectensignalitiek, DBB, Brussels |
| | April 2005 | Kaderlid, Effectendossiers en verzet op effecten, DBB, Brussels |
| De Schaepdrijver, Thomas | October 1996 | Kaderlid, Juristen, Paribas, Brussel |
| | June 1999 | Kaderlid, Juridische Zaken Corporate.: Financial Markets & Asset & Liability Management, Artesia Services, Brussel |
| | September 1999 | Departed |

NYB 1504475.1

| NAME | TIME PERIOD BEGINNING | POSITION, DEPARTMENT, ENTITY, AND LOCATION |
|---|---|---|
| Decraene, Stefaan | January 1996 | Manager Corporate Banking, Bacob, Brussels |
| | March 1996 | Onderdirecteur/Directeur, Corporate Banking, Bacob, Brussels |
| | January 1998 | Directeur, Corporate Banking, Bacob, Brussels |
| | May 1999 | Directeur, Investment Banking, Artesia Banking Corporation, Brussels |
| | June 2000 | President of the Direction Committee, Artesia Securities, Brussels |
| | July 2001 | Head of Wholesale Banking, DBB, Brussels |
| | November 2001 | President of the Direction Committee, Bank Artesia Nederland, Amsterdam |
| | August 2002 | Member of the Direction Committee, Bank Artesia Nederland, Amsterdam |
| | July 2004 | Lid van het Directiecomité, Dexia Bank Belgium, Brussels |
| Devogele, Jean-Luc | May 1998 | Kaderlid, Juridische Zaken, Paribas, Brussels |
| | June 1999 | Kaderlid, Juridische Zaken Corporate & Contentieux, Artesia Services, Brussels |
| | January 2000 | Kaderlid, Participaties, Artesia Banking Corporation, Brussels |
| | April 2002 | Kaderlid, Juridische Diensten – Team 2, DBB, Brussels |
| Dubois, Jean-Blaise | September 1998 | Kaderlid, Universitaire Stageploeg, Paribas, Brussels |
| | June 1999 | Kaderlid, Juridische Zaken Corporate en Contentieux, Artesia Services, Brussels |
| | April 2002 | Kaderlid, Juridische Diensten Team 5, DBB, Brussels |
| Faict, Patrick | January 1996 | Kaderlid, Stagiaireploeg, Paribas, Brussels |
| | February 1996 | Kaderlid, Gestructureerde Kredieten, Paribas, Brussels |
| | March 1997 | Kaderlid, Gespecialiseerde Corporate Banking Structured Finance, Paribas, Brussels |
| | May 1997 | Kaderlid, Corporate Banking Zetel World Trade Center, Paribas, Brussels |
| | June 1999 | Kaderlid, Corporate Banking World Trade Center, Artesia Services, Brussels |
| | April 2000 | Departed |
| Ferrand, Bart | January 1996 | Kaderlid, Corporte Banking, Paribas, Ieper |
| | February 1997 | Kaderlid, Corporate Banking, Paribas, Roeselare |
| | April 1999 | Kaderlid, Corporate Banking, Artesia Banking Corporation, Roeselare |
| | November 1999 | Kaderlid, Corporate Banking, Artesia Banking Corporation, Kortrijk |
| | March 2001 | Kaderlid, Structured Finance, Artesia Banking Corporation, Brussels |
| | April 2002 | Kaderlid, Structured Finance, DBB, Brussels |

NYB 1504475.1

| NAME | TIME PERIOD BEGINNING | POSITION, DEPARTMENT, ENTITY, AND LOCATION |
|---|---|---|
| Giovagnoli, Christine | March 1999 | Kaderlid, Juridische Zaken Corporate & Contentieux, Bacob, Brussels |
| | June 1999 | Kaderlid, Juridische Zaken Corporate & Contentieux, Artesia Services, Brussels |
| | April 2002 | Kaderlid, Juridische Diensten Team 4, DBB, Brussels |
| | October 2002 | Departed |
| Goffaux, Denoal | July 1997 | Kaderlid, Juridische Zaken, Paribas, Brussels |
| | June 1999 | Kaderlid, Juridische Zaken Corporate & Contentieux, Artesia Services, Brussels |
| | April 2002 | Kaderlid, Juridische Diensten Team 3, DBB, Brussels |
| Janssens, Jacques | January 1996 | Kaderlid, Kredietbeheer, Paribas, Brussels |
| | April 1999 | Kaderlid, Kredietbeheer, Artesia Banking Corporation, Brussels |
| | September 2000 | Directeur, Adviseur Corporate Banking, Artesia Banking Corporation, Brussels |
| | April 2002 | Directeur, Corporate Risk Advisor, DBB, Brussels |
| | July 2002 | Directeur, Parfibank, Dexia Bank Belgium, Brussels |
| Lamiroy, Bernard | November 1999 | Kaderlid, Juridische Zaken Corporate & Contentieux, Artesia Services, Brussels |
| | April 2002 | Kaderlid, Juridische Diensten Team 5, DBB, Brussels |
| Legein, Manu | September 1997 | Kaderlid, Universitaire stageploeg, Bacob, Brussels |
| | June 1999 | Kaderlid, Juridische Zaken Corporate & Contentieux, Artesia Services, Brussels |
| | April 2000 | Departed |
| Milants, Gery | January 1996 | Kaderlid, Origination, Paribas, Brussels |
| | June 1998 | Kaderlid, Investment Banking, Paribas, Brussels |
| | June 1999 | Kaderlid, Investment Banking, Artesia Banking Corporation, Brussels |
| | August 1999 | Kaderlid, Corporate Finance, Artesia Banking Corporation, Brussels |
| | January 2001 | Kaderlid, Artesia Securities, Artesia Banking Corporation, Brussels |
| | January 2002 | Directieadviseur, Artesia Securities, Artesia Banking Corporation, Brussels |
| | April 2002 | Directieadviseur, Corporate Finance, DBB, Brussels |
| | January 2003 | Directieadviseur, Corporate Finance, DBB, Brussels |
| | September 2004 | Directieadviseur, Structured Finance, DBB, Brussels |

NYB 1504475.1

| NAME | TIME PERIOD BEGINNING | POSITION, DEPARTMENT, ENTITY, AND LOCATION |
|---|---|---|
| Mommens, Bernard | January 1996 | Directiekaderlid, Juridische & Fiscale Zaken, Paribas, Brussels |
| | March 1997 | Directiekaderlid, Juridische Afdeling, Paribas, Brussels |
| | June 1999 | Directiekaderlid, Juridische Zaken Corporate & Contentieux, Artesia Services, Brussels |
| | May 2000 | Directiekaderlid, Private Banking, Artesia Services, Brussels |
| | April 2002 | Directiekaderlid, Private Banking, DBB, Brussels |
| Myny, Luc | January 1996 | Bediende, Productexploitatie en Beheer, Bacob, Brussels |
| | June 1999 | Bediende, Operationele Verrichtingen (OVB), Artesia Services, Brussels |
| | April 2002 | Bediende, Beheer Gesalarieerd net, DBB, Brussels |
| | June 2002 | Bediende, Integratie contacten, DBB, Brussels |
| | July 2003 | Bediende, Agents Information Desk Betalingsverkeer, DBB, Brussels |
| | September 2004 | Bediende, Operators, DBB, Brussels |
| Piret, Claude | January 1996 | Lid van het Directiecomité, Bacob, Brussels |
| | June 1999 | Lid van het Directiecomité, Artesia Banking Corporation, Brussels |
| | April 2002 | Lid van het Directiecomité, DBB, Brussels |
| | January 2004 | Lid van het Directiecomité, Dexia S.A. |
| Probst, Alain | January 1996 | Directiekaderlid, Credit Risk Management, Bacob, Brussels |
| | January 1998 | Directiekaderlid, Credit Risk Management Risk Monitoring, Bacob, Brussels |
| | June 1999 | Directiekaderlid, Credit Risk Management Risk Monitoring, Artesia Banking Corporation, Brussels |
| | April 2002 | Directiekaderlid, Credit Risk Management Guidelines + Risk Monitoring, DBB, Brussels |
| Rabaey, Peter | January 1996 | Kaderlid, Krediet Secretariaat. Zetel, Paribas |
| | September 1996 | Kaderlid, Krediet Secretariaat Antwerpen en Limburg, Paribas |
| | April 1998 | Kaderlid, Secretariaat Gespeciamiseerde Activiteiten, Paribas, Brussels |
| | June 1999 | Kaderlid, Nichebanking, Artesia Banking Corporation, Brussels |
| | September 2000 | Kaderlid, Structured Finance, Artesia Banking Corporation, Brussels |
| | April 2002 | Kaderlid, Syndication, Structured and Project Finance, DBB, Brussels |

NYB 1504475.1

| NAME | TIME PERIOD BEGINNING | POSITION, DEPARTMENT, ENTITY, AND LOCATION |
|---|---|---|
| Saverys, François | January 1996 | Directeur, Corporate Banking, Paribas, Brussels |
| | January 1998 | Directeur, Structured Trade Finance & International Banking Relations, Paribas, Brussels |
| | April 1999 | Directeur, Structured Trade Finance & International Banking Relations, Artesia Banking Corporation, Brussels |
| | January 2000 | Directeur, Credit Risk Management, Artesia Banking Corporation, Brussels |
| | April 2002 | Directeur, Credit Risk Management, DBB, Brussels |
| | January 2005 | Directeur, Kredieten aan ondernemingen Sociale en publieke instellingen, DBB, Brussels |
| Steverlynck, Philippe | January 1996 | Directeur, Krediet Sekretariaat. Zetel Paribas, Brussels |
| | June 1999 | Directeur, Corporate Banking, Artesia Banking Corporation, Kortrijk |
| | December 2000 | Directeur, Investment Banking, Artesia Banking Corporation, Brussels |
| | January 2001 | Directeur, Securities, Artesia Banking Corporation, Brussels |
| | April 2004 | Directeur, Corporate Banking, DBB, Brussels |
| Tritz, Suzanne | January 1996 | Kaderlid, Juridische & Fiskale Zaken, Paribas, Brussels |
| | March 1997 | Kaderlid, Juridische Zaken, Paribas, Brussels |
| | April 1999 | Kaderlid, Juridische Zaken: Corporate & Contentieux, Artesia Services, Brussels |
| | April 2002 | Kaderlid, Juridische Diensten -- Team 5 Legal Corporate, DBB, Brussels |
| Van Coillie, Etien | January 1996 | Kaderlid, Bankverrichtingen, Paribas, Kortrijk |
| | June 1999 | Kaderlid, OVB: Betalingsverkeer, Artesia Banking Corporation, Kortrijk |
| | December 1999 | Kaderlid, Corporate Banking, Artesia Banking Corporation, Kortrijk |
| | July 2001 | Kaderlid, Corp & Social Prof. Sales, Artesia Banking Corporation, Brussels |
| | April 2002 | Kaderlid, Corporate Sales, DBB, Brussels |
| Van der Ven, Jan | August 1996 | Directiekaderlid, Risico's binnenland, Paribas, Brussels |
| | September 1996 | Directiekaderlid, Commercieel Departement, Paribas, Brussels |
| | October 1996 | Directiekaderlid, Kredietbeheer, Paribas, Brussels |
| | March 1999 | Departed |
| Van Hove, Nadia | July 1997 | Kaderlid, Investment Banking, Paribas, Brussels |
| | June 1999 | Kaderlid, Investment Banking, Artesia Banking Corporation, Brussels |
| | January 2001 | Kaderlid, private equity, Artesia Banking Corporation, Brussels |
| | April 2002 | Kaderlid, Dexia Ventures/private equity, Dexia Bank België, Brussels |

NYB 1504475.1

| NAME | TIME PERIOD BEGINNING | POSITION, DEPARTMENT, ENTITY, AND LOCATION |
|---|---|---|
| Van Riet, Karel | January 1996 | Directeur, Credit Risk Management, Bacob, Brussels |
| | January 1999 | Directiekaderlid, Credit Risk Management, Bacob, Brussels |
| | June 1999 | Directiekaderlid, Juridische Zaken: Corporate & Contentieux, Artesia Services, Brussels |
| | April 2002 | Directiekaderlid, Juridische Diensten -- Team 5 Legal Corporate, DBB, Brussels |
| Van Tiggel, Patrick | January 1996 | Kaderlid, Risicobeheer marktzaalactiviteiten, Bacob, Brussels |
| | June 1997 | Kaderlid, Sociale & Publieke Sector, Bacob, Brussels |
| | January 1998 | Directiekaderlid, Sociale & Publieke Sector, Bacob, Brussels |
| | June 1999 | Directiekaderlid, Gespecialiseerde activiteiten, Artesia Banking Corporation, Brussels |
| | April 2002 | Directiekaderlid, Midcorp & Specials, DBB, Brussels |
| | January 2005 | Directiekaderlid, Kredieten aan Ondernemingen. Direct Approach & Specials, DBB, Brussels |
| Vander Elst, Serge | January 1996 | Kaderlid, Fiscale Zaken, Bacob, Brussels |
| | June 1999 | Kaderlid, Fiscale Zaken: advies, Artesia, Brussels |
| | April 2002 | Kaderlid, Fiscale Adviezen, DBB, Brussels |
| Vermeylen, Christine | January 1996 | Kaderlid, Marktenzaal: Juridische Cel, Bacob, Brussels |
| | May 1996 | Kaderlid, Marktenzaal: LT funding, Bacob, Brussels |
| | November 1998 | Kaderlid, Legal, Bacob, Brussels |
| | June 1999 | Kaderlid, Legal Financial Markets, Artesia, Brussels |
| | July 2000 | Departed |
| Wynants, Heidi | February 1996 | Kaderlid, Marktenzaal: Thesaurie, Bacob, Brussels |
| | April 1996 | Kaderlid, Marktenzaal: Juridische Cel, Bacob, Brussels |
| | September 1998 | Kaderlid, Risk Management: Legal Financial Markets, Artesia Banking Corporation, Brussels |
| | April 2002 | Kaderlid, Juridische Diensten Team 3, DBB, Brussels |

In addition, Dexia does not dispute that the following individuals are or were officers, directors or managing agents during the relevant time period:

Avonts, Rene
Dauwe, Geert
Decraene, Stefaan
Janssens, Jacques
Mommens, Bernard

NYB 1504475.1

Piret, Claude
Probst, Alain
Saverys, Francois
Steverlynck, Philippe

## Interrogatory No. 2

Identify all members of the board of directors of Artesia Banking Corporation, S.A. during the Relevant Time Period, including the dates of service for each board member.

## Response to Request No. 2

Without waiving the foregoing objections or the General Objections, Dexia responds to

this Interrogatory as follows:

| NAME | DATES OF SERVICE |
|---|---|
| Allegaert, Guido | April 1999 - March 2002 |
| Avonts, René | April 1999 - March 2002 |
| Bouteille, Michel | August 2001 - March 2002 |
| Branson, Rik | April 1999 - March 2002 |
| Bruneel, Dirk | April 1999 - March 2002 |
| Dauwe, Geert | April 1999 - March 2002 |
| Decamps, Martine | August 2001 - March 2002 |
| Descampe, Edouard | April 1999 - August 2001 |
| De Wilde, Julien | April 1999 - August 2001 |
| Duyck, Rik | April 1999 - March 2002 |
| Ford, Maureen | April 1999 |
| Geuten, Luc | April 1999 - August 2001 |
| Greindl, Renaud | April 1999 - March 2002 |
| Hoenn, Dominique | April 1999 |
| Justaert, Marc | August 2001 - March 2002 |
| Manset, Christian | April 1999 |
| Marchand, Gérard | April 1999 - August 2001 |
| Martin, Jean-François | August 2001 - March 2002 |
| Moesen, Willem | April 1999 - August 2001 |
| Neuckermans, Roland | April 1999 - August 2001 |
| Onclin, Luc | August 2001 - March 2002 |
| Piette, Josly | April 1999 - March 2002 |

NYB 1504475.1

| NAME | DATES OF SERVICE |
|------|------------------|
| Pinte, Christian | April 1999 - March 2002 |
| Piret, Claude | April 1999 - March 2002 |
| Reding, Paul | April 1999 - August 2001 |
| Richard, Pierre | August 2001 - March 2002 |
| Rombouts, Theo | April 1999 - March 2002 |
| Roelandt, Guy | April 1999 - August 2001 |
| Romagnoli, Philippe | April 1999 - March 2002 |
| Scheins, Paul | April 1999 - August 2001 |
| Soete, Robert | April 1999 - August 2001 |
| Swiggers, Francine | April 1999 - March 2002 |
| Tinant, Marc | April 1999 - August 2001 |
| Van Broeckhoven, Jan | April 1999 |
| Van Cayseele, Patrick | April 1999 - August 2001 |
| Williame, Luc | April 1999 - August 2001 |

Interrogatory No. 3

For each of the persons listed in Interrogatory No. 1 and/or identified in your response to Interrogatory No. 2 who does not currently hold a position at Dexia, state (a) the date of termination, (b) the reason for termination, and (c) the last known business and home address.

Response to Request No. 3

Dexia objects to this Interrogatory because the term "termination" presumes that

employees who have departed from the bank were terminated involuntarily. Dexia will respond

to this Interrogatory as if the term "departure" were used instead of "termination." Dexia objects

to this Interrogatory to the extent it seeks a "reason for termination" for employees who have

departed voluntarily because it is impossible for Dexia to know the employee's true reason(s) for

leaving the bank. Dexia will respond to this portion of the Interrogatory only to the extent the

employee provided the bank with a reason for his or her departure. Dexia objects to this

Interrogatory to the extent that it seeks information for certain former members of the Artesia

board of directors listed in the response to Interrogatory No. 2, because such information is not

- 12 -

NYB 1504475.1

relevant and not reasonably calculated to lead to the discovery of admissible evidence.  Subject

to and without waiving the General Objections, Dexia responds to this interrogatory as follows:

| NAME | DEPARTURE DATE | REASON FOR DEPARTURE | LAST KNOWN ADDRESS |
|---|---|---|---|
| Avonts, René | March 2002 | No reason given | Duivenstraat 74, 3052 Blanden, Belgium |
| Dankelman, Françoise | April 2001 | No reason given | Drève des Mesanges 20, 1470 Baisy-Thy, Belgium |
| Dauwe, Geert | March 2002 | No reason given | Hadewijchlaan 32, 8500 Kortrijk, Belgium |
| De Conninck, Dennis | October 1999 | No reason given | Schelpenlaan 22, 8453, Bredene, Belgium |
| De Schaepdrijver, Thomas | September 1999 | No reason given | Steenweg op Ninove 32, 9320 Erembodegem, Belgium |
| Faict, Patrick | April 2000 | No reason given | Koninginlaan 63, 8370 Blankenberge, Belgium |
| Giovagnoli, Christine | October 2002 | No reason given | Avenue Trigodet 3, 1401 Nivelles, Belgium |
| Legein, Manu | April 2000 | No reason given | Voorhavenlaan 65, 8400 Oostende, Belgium |
| Van der Ven, Jan | March 1999 | No reason given | Diepestraat 6, 2540 Hove, Belgium |
| Vermeylen, Christine | July 2000 | Personal reasons | Gaverlandstraat 55, 9031 Baarle, Belgium |

Interrogatory No. 4

      For each of the persons listed in Interrogatory No. 1 whom your response states is not
currently, and was not at any time during the Relevant Time Period, a director, officer, or
managing agent of Dexia, for each title held during the Relevant Time Period (a) describe in
detail the person's job responsibilities, including the nature of corporate matters over which the
person exercised discretion or judgment, (b) identify by name and title all persons reporting to
the person, (c) identify by name and title all individuals to whom the individual reported, and (d)
state whether the person has been requested to make himself or herself available for deposition in
this action, and the person's response to any such request.

Response to Request No. 4

      Dexia objects to this Interrogatory to the extent it seeks information about persons who

cannot be identified or who no longer work for Dexia.  Dexia objects to this Interrogatory to the

extent it seeks information about the exercise of "discretion or judgment" that is irrelevant to any

of the claims or defenses in this action.  Dexia objects to this Interrogatory to the extent it seeks

NYB 1504475.1

information protected by the attorney client privileged, including communications between counsel for Dexia and Dexia employees concerning this litigation. Dexia objects to the "Relevant Time Period" as applied to this Interrogatory as overly broad and unduly burdensome. Subject to and without waiving the foregoing objections or the General Objections, Dexia responds as follows for the years 1998 and 1999:

(a)     Antoon Baert was a manager in the Kortrijk region whose job responsibilities included preparing credit proposals for presentation to the credit committee at the local level and supervising other members of the credit department. He reported to Willy Mollaert. Andrea Moeremans, Jan Jacques, Urbain Van Damme, Mia Vandekasteele, Hilde Maertens, Gino Schepens, Linda Claerhout and Carlos Renier reported to him.

(b)     Kristin Claessens was a manager whose job responsibilities included managing the back office of the bank. When she worked in the Professionele & Interbancaire transacties department, she reported to Eugène Lemineur, and Rudy Moelants, Kathleen De Braeckeleer, Johan Geeroms, Paul Tack and Guy Van Der Eecken reported to her. When she worked in the Operations Market Transactions, she reported to Philippe Sterno, and approximately five persons reported to her.

(c)     Jean-Paul Cloes was an internal auditor whose job responsibilities included conducting audits and drafting audit reports. When he worked in the Interne audit participaties en marktenzaal department, he reported to Eric De Geyns. When he worked in the Interne audit Corporate banking department he reported to Benny Van Audenhoven. When he worked in the Audit participaties Gestion Intensif Privé and Corporate banking department, he reported to Françoise Dankelman. No one reported to him.

(d)    Marleen Coolen was an in-house attorney whose job responsibilities included providing legal advice on a variety of issues, and particularly on leasing and project finance. She reported to Eric Messely while in the International Corporate Department, and reported to Bernard Mommens while in the Juridische Zaken: Corporate department. Denoal Goffaux, J. L. Devogele, Jean-Blaise Du Bois, and Manu Legein reported to her.

(e)    Dirk Cools' job responsibilities included providing assistance to the corporate banker in charge of the managing client relationships. He reported respectively to Paul Van Der Linden when he was based in Kortrijk and to Pol Versaen when he was based in Oostende. No one reported to him.

(f)    Piet Cordonnier's job responsibilities included explaining the structure of credit transactions to the credit committee. He reported to Marc Van Keirsbilck while in the Corporate Banking Projecten en Financiële Montages department, and reported to Patrick Van Tiggel while in the Niche Banking department. No one reported to him.

(g)    Filip De Clerck was an intern in multiple departments of the bank in 1998. In 1999, his job responsibilities included assisting corporate bankers with managing client relationships, and he reported to Bart Ferrand. No one reported to him.

(h)    Freddy De Gendt's job responsibilities included managing the securities database of the Bank as well as giving technical information with regard to those securities. He reported to Armand Goossens and I. De Wilder, and Roger Van Rensbergen reported directly to him.

(i)    Jean-Luc Devogele was an in-house attorney whose job responsibilities included providing legal advice on a variety of issues. He reported to Bernard Mommens while in the Juridische Zaken department, and reported to Marleen Coolen while in the Juridische Zaken Corporate & Contentieux department. No one reported to him.

- 15 -

(j)      Jean-Blaise Dubois was an intern in 1998.  In early 1999, he was an in-house attorney whose job responsibilities included providing legal advice on a variety of issues, and in June 1999, his main responsibilities included legal advice on recovery and litigation issues.  He reported to Karel Van Riet in the Juridische Zaken Corporate & Contentieux department.  No one reported to him.

(k)      Bart Ferrand was a corporate banker in Roeselaere and relationship manager for the language and speech technology desk in Kortrijk.  His job responsibilities included drafting proposals for the credit committee.  He reported successively to Johan Valcke and Philippe Steverlynck.  Filip Declerck reported to him when he worked in Roeselaere, and no one reported to him when he worked in Kortrijk.

(l)      Denoal Goffaux was an in-house attorney whose job responsibilities included providing legal advice on a variety of issues.  He reported to Bernard Mommens while in the Juridische Zaken department, and reported to Marleen Coolen while in the Juridische Zaken Corporate & Contentieux department.  No one reported to him.

(m)     Bernard Lamiroy was an in-house attorney whose job responsibilities included giving legal advice on a variety of litigation and recovery issues in credit files.  He reported to Bernard Mommens.  No one reported to him.

(n)      Gery Milants' job responsibilities included the project managing of private placements and public listings of companies arranged by the Bank.  When he worked in the Origination department, he reported to Christian de Marnix, and no one reported to him.  When he worked in the Investment Banking and Corporate Finance departments, he reported to Stefaan Decraene, and no one reported to him.

NYB 1504475.1

(o)     Luc Myny worked in the back office and his job responsibilities included the managing of commission payments to brokers negotiating private credits granted by the Bank. He reported to Henk Van der Marliere, and no one reported to him.

(p)     Peter Rabaey's job responsibilities included drafting proposals for the credit committee. He reported to Jan Van der Ven, and after March 1999 reported to Patrick Van Tiggel. No one reported to him.

(q)     Suzanne Tritz was an in-house attorney whose job responsibilities included providing legal advice on a variety of issues. She reported to Bernard Mommens, and after June 1999, reported to Karel Van Riet. No one reported to her.

(r)     Etien Van Coillie worked in the back office. His job responsibilities included executing lending transactions, investments and currency exchanges. He reported successively to Johan Valcke, Philippe Steverlynck and Paul Van Der Linden. No one reported to him.

(s)     Nadia Van Hove was an analyst in the investment banking department and her job responsibilities included the drafting of research reports for companies envisaging a public listing or a private placement arranged by the Bank. She reported to Stefaan Decraene, and no one reported to her.

(t)     Karel Van Riet was an in-house attorney whose job responsibilities included giving legal advice on litigation and recovery issues in credit files. He reported to R. Sneyers while in the Credit Risk Management department at Bacob, and C. De Beys, C. Bal and J. Van Hees reported to him. He reported to Bernard Mommens while in the Juridische Zaken Corporate & Contentieux department at Artesia, and De Beys, Tritz and Van Hees reported to him.

NYB 1504475.1

(u)    Patrick Van Tiggel was a manager whose job responsibilities while at Bacob included managing the corporate credit group and whose job responsibilities while at Artesia included managing the specialized activities subgroup of corporate credit. He reported to Jacques Janssens. When Van Tiggel worked at Bacob, Johan De Vos and Delphine Roloux reported to him. After the merger, Piet Cordonnier, Peter Rabaey, Jean-Paul Jergeay, Marijke Steelant, Stefaan Jans and Veronika Cannoot reported to him.

(v)    Serge Vander Elst's job responsibilities included providing tax advice. He reported to Jan Vanden Abeele, and no one reported to him.

(w)    Heidi Wynants was an in-house attorney whose job responsibilities included providing legal support with respect to negotiating the documentation of financial transactions. She reported to Christine Vermeylen while in the Marktenzaal: Juridische Cel department, and no one reported to her. She reported to Arianne Vanden Berghe while in the Risk Management: Legal Financial Market department, and no one reported to her.

Dated: July 5, 2005

CLIFFORD CHANCE US LLP

By: _____

    James B. Weidner
    Jeff E. Butler
31 West 52nd Street
New York, NY 10019-6131
Tel:    (212) 878-8000
Fax:    (212) 878-8375

MINTZ LEVIN COHN FERRIS GLOVSKY & POPEO
    Peter M. Saparoff (BBO#567379)
    Breton Leone-Quick (BBO#391000)
One Financial Center
Boston, MA 02111
Tel:    (617) 542-6000
Fax:    (617) 542-2241

*Counsel for Dexia Bank Belgium*

NYB 1504475.1



**Bank**

<u>AS TO ANSWERS:</u>

<u>VERIFICATION</u>

Willy Van Cauwelaert, deposes and says:

I am Director of the Legal Department at Dexia Bank Belgium and I have the authority to make this Verification on behalf of Dexia Bank Belgium. To the best of my current knowledge, information and belief, the foregoing Dexia Bank Belgium's Responses and Objections to Lead Plaintiffs' First Set of Interrogatories is true and correct. Dexia Bank Belgium reserves its right to supplement or revise its Responses based upon any subsequently-discovered documents or information.

I, Willy Van Cauwelaert, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed: July 5, 2005

Willy Van Cauwelaert

NYA 740210 1

Dexia Bank SA
Head Office: Boulevard Pachéco 44 - 1000 Brussels - Telephone - 32 2 222 11 11
Account no 052-9006469-91 - IBAN. BE23 0529 0064 6991 - BIC: GKCCBEBB - RPM Brussels VAT BE 0403 201 185
Insurance agent CBFA no 19649 - Internet. http://www dexia be

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of Dexia Bank Belgium's Responses and Objections to Lead Plaintiff's First Set of Interrogatories and the accompanying Verification were served upon the following parties by email and first class mail on July 5, 2005:

BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO
Patrick T. Egan
One Liberty Square
Boston, MA 02109
(617) 542-8300
Fax (617) 542-1194

SHALOV, STONE & BONNER LLP
Patrick L. Rocco
485 Seventh Avenue, Suite 100
New York, NY 10018
(212) 239-4340
Fax (212) 239-4310

CAULEY BOWMAN CARNEY & WILLIAMS, PLLC
Curtis L. Bowman
11311 Arcade Drive, Suite 200
Little Rock, AK 72212
(501) 312-8500
Fax (501) 312-8505
*Class Plaintiffs' Counsel*

BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP
Javier Bleichmar
1285 Avenue of the Americas
New York, NY 10019
(212) 554-1400
Fax (212) 554-1444
*Counsel for Plaintiffs Stonington Partners, Inc.,*
*Stonington Capital Appreciation 1994 Fund L.P.*
*and Stonington Holdings, L.L.C.*

GREGORY P. JOSEPH LAW OFFICES LLC
Susan Davies
805 Third Avenue, 31st Floor
New York, NY 10022
(212) 407-1200
Fax (212) 407-1299
*Counsel for Plaintiffs Gary B. Filler and Lawrence Perlman*

BOIES, SCHILLER & FLEXNER LLP
Karen C. Dyer
255 South Orange Avenue, Suite 905
Orlando, FL 32801
(407) 425-7118
Fax (407) 425-7047
*Counsel for Plaintiffs Janet Baker, James Baker, JKBaker LLC, and JMBaker LLC*

Dated: July 5, 2005

Amber C. Wessels