# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

HANS A. QUAAK, ATTILIO PO
and KARL LEIBINGER, on behalf of
themselves and those similarly situated,

            Plaintiffs,

v.

DEXIA, S.A. and DEXIA BANK BELGIUM
(formerly known as ARTESIA BANKING
CORP., S.A.),

            Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 03-Civ-11566 (PBS)

## DEXIA BANK BELGIUM'S AMENDED RESPONSES AND OBJECTIONS TO LEAD PLAINTIFFS' FIRST SET OF INTERROGATORIES

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure and the Local Rules

of the District of Massachusetts, defendant Dexia Bank Belgium ("Dexia") responds as follows

to Lead Plaintiffs' First Set of Interrogatories dated May 19, 2005.

## GENERAL OBJECTIONS

1.  Dexia objects to each Interrogatory, Instruction or Definition to the extent it seeks to

impose obligations beyond those required by the Federal Rules of Civil Procedure and the Local

Rules of this Court.

2.  Dexia objects to each Interrogatory, Instruction or Definition to the extent that it is

overly broad, unduly burdensome, duplicative or seeks information that is not relevant and not

reasonably calculated to lead to the discovery of admissible evidence.

3.  Dexia objects to each Interrogatory, Instruction or Definition to the extent that it is

vague, ambiguous and does not identify with particularity the information sought.

4. Dexia objects to each Interrogatory, Instruction or Definition to the extent that it would impose undue burden and expense on Dexia.

5. Dexia objects to each Interrogatory, Instruction or Definition to the extent that it seeks information in the possession, custody or control of Plaintiffs.

6. Dexia objects to each Interrogatory, Instruction or Definition to the extent that it seeks documents or information protected from disclosure by the attorney-client privilege, work product doctrine, or other applicable privileges.

7. Dexia objects to each Interrogatory, Instruction or Definition to the extent that it calls for information that is obtainable by Plaintiffs from public sources or other sources that are also available to Plaintiffs.

8. Dexia's investigation of the facts relevant to this action and review of relevant documents is continuing. Dexia reserves the right to amend, modify, or supplement the Responses set forth herein to the extent required or permitted under Rule 26 of the Federal Rules of Civil Procedure. Dexia further reserves the right to rely on any facts, documents or other evidence that may develop or come to its attention at a later date.

## SPECIFIC OBJECTIONS AND RESPONSES

<u>Interrogatory No. 1</u>

Identify each of the following persons and state any position(s) each person held at Dexia during the Relevant Time Period, including titles, divisions, office location and years of employment; as well as if such person is currently, or was at any time during the Relevant Period, a director, officer or managing agent of Dexia.

    (a)      Peter Rabaey;
    (b)      Geert Dauwe;
    (c)      Bart Ferrand;
    (d)      Piet Cordonnier;
    (e)      J.P. Cloes;
    (f)      F. Dankelman;
    (g)      K. Claessens;
    (h)      Bernard Mommens;

NYB 1510863.1

| | |
|---|---|
| (i) | Dirk Cools; |
| (j) | Etien Van Coillie; |
| (k) | Filip De Clerck; |
| (l) | F. De Gendt; |
| (m) | C. Seghers; |
| (n) | Patrick Faict; |
| (o) | Gerry Millants; |
| (p) | B. Lamiroy; |
| (q) | S. Vander Elst |
| (r) | M. Coolen; |
| (s) | G. Goffaux; |
| (t) | Th. De Schaepdrijver; |
| (u) | M. Legein; |
| (v) | J.-B. Dubois |
| (w) | J.L. Devogele; |
| (x) | Chr. Giovognoli; |
| (y) | S. Tritz; |
| (z) | K. Van Riet; |
| (aa) | L. Myny; |
| (bb) | P. Van Tiggel; |
| (cc) | D. de Coninck; |
| (dd) | H. Wynants; |
| (ee) | Chr. Vermeylen; |
| (ff) | Claude Piret; |
| (gg) | Rene Avonts |
| (hh) | Stefaan Decraene; |
| (ii) | Jacques Janssens; |
| (jj) | Alain Probst; |
| (kk) | Francois Saverys; |
| (ll) | Philippe Steverlynck; |
| (mm) | Jan Van der Ven; |
| (nn) | Frans Van Deun; |
| (oo) | Nadia Van Hove, and |
| (pp) | Antoone Baert. |

<u>Response to Request No. 1</u>

Dexia objects to this Interrogatory to the extent it seeks information concerning

"C. Seghers" and "Frans Van Deun" because Dexia cannot identify any current or former

employees having these names. Dexia objects to this Interrogatory to the extent it seeks

identification of "managing agents" because the determination of whether an individual is a

"managing agent" under Fed. R. Civ. P. 30 is a mixed question of law and fact. Without waiving

-3-

09/30/2005 17:04 FAX                    CLIFFORD CHANCE US LLP                    ☑ 005/033

the foregoing objections or the General Objections, and pursuant to the compromise that is

memorialized in the September 8, 2005, letter from Jeff Butler to Patrick Egan, Dexia responds

to this Interrogatory as follows:

| NAME | TIME PERIOD BEGINNING | POSITION, DEPARTMENT, ENTITY, AND LOCATION | OTHER TITLES |
|---|---|---|---|
| Avonts, Rene | January 1996 | Lid van het Directiecomité, Paribas, Brussels | Managing Director, Corporate Banking Division |
| | April 1999 | Lid van het Directiecomité, Artesia Banking Corporation, Brussels | Managing Director, Corporate Banking Division |
| | March 2002 | Departed | |
| Baert, Antoon | January 1996 | Kaderlid, Krediet Secretariaat, Paribas, Kortrijk | Verantwoordelijke Kredietsecretariaat West-Vlaanderen/ Credit Manager |
| | September 1996 | Kaderlid, Krediet Secretariaat Vlaanderen, Paribas, Kortrijk | Verantwoordelijke Kredietsecretariaat West-Vlaanderen/ Credit Manager |
| | March 1997 | Kaderlid, Regio Kredieten Vlaanderen, Paribas, Kortrijk | Verantwoordelijke Kredietsecretariaat West-Vlaanderen/ Credit Manager |
| | June 1999 | Kaderlid, Kredieten Vlaanderen, Artesia Banking Corporation, Kortrijk | Verantwoordelijke Kredietsecretariaat West-Vlaanderen/ Credit Manager |
| | July 2000 | Kaderlid, Kredieten Vlaanderen, Artesia Banking Corporation, Brussels | Credit Manager |
| | May 2002 | Kaderlid, Bijzonder beheer, DBB, Brussels | Credit Manager |

NYB 1510863.1

| | | | |
|---|---|---|---|
| Claessens, Kristin | January 1996 | Kaderlid, Productexploitatie en Beheer – Back Office Marktenzaal, Bacob, Brussels | Head/ Verantwoordelijke Productexploitatie en Beheer – Back Office Marktenzaal |
| | October 1996 | Kaderlid, Professionele & Interbancaire Transacties, Bacob, Brussels | Head/ Verantwoordelijke Professionele & Interbancaire Transacties |
| | January 1998 | Directickaderlid, Professionele & Interbancaire Transacties, Bacob, Brussels | Head/ Verantwoordelijke Professionele & Interbancaire Transacties |
| | June 1999 | Directiekaderlid, Operations Market Transactions, Artesia Banking Corporation, Brussels | Head/ Verantwoordelijke Operations Market Transactions |
| | January 2000 | Directiekaderlid, Operations Financial Markets, Artesia Banking Corporation, Brussels | Head/ Verantwoordelijke Operations Financial Markets |
| | April 2002 | Directiekaderlid, Operations Financial Markets, DBB, Brussels | Head/ Verantwoordelijke Operations Financial Markets |
| Cloes, Jean-Paul | January 1996 | Kaderlid, Interne audit participaties en marktenzaal, Bacob, Brussels | Auditeur/ auditor interne |
| | June 1999 | Kaderlid, Interne audit Corporate banking, Artesia Services, Brussels | Auditeur/ auditor interne |
| | August 1999 | Kaderlid, Audit participaties Gestion Institutionnel at Privé en Corporate banking, Artesia Services, Brussels | Auditeur/ auditor interne |
| | April 2002 | Kaderlid, Audit Commercial Banking, DBB, Brussels | Auditeur/ auditor interne |
| | February 2004 | Kaderlid, Auditeurs, DBB Brussels | Auditeur/ auditor interne |
| Coolen, Marleen | January 1996 | Kaderlid, Juridische Zaken: International Corporate Asp., Bacob, Brusssels | Juridisch adviseur/ jurist |
| | June 1999 | Kaderlid, Juridische Zaken: Corporate, Artesia Services, Brusssels | Juridisch adviseur/ jurist |
| | November 2000 | Kaderlid, Legal Financial Markets, Brussels | Juridisch adviseur/ jurist |
| | April 2002 | Kaderlid, Juridische Diensten – Team 5 Legal Corporate, Brussels | Juridisch adviseur/ jurist |

- 5 -

NYB 1510863.1

| Cools, Dirk | January 1996 | Bediende, Corporate Banking, Paribas, Kortrijk | |
| | February 1997 | Bediende, General Banking, Paribas, Oostende | |
| | January 1998 | Bediende, Corporate Banking, Paribas, Kortrijk | Commercieel adjunct/ Adjunct Corporate Banking |
| | April, 1999 | Bediende, Corporate Banking, Artesia Banking Corporation, Kortrijk | Commercieel adjunct/ Adjunct Corporate Banking |
| | January, 2000 | Kaderlid, Corporate Banking, Artesia Banking Corporation, Kortrijk | Commercieel adjunct/ Adjunct Corporate Banking |
| | April 2002 | Kaderlid, Corporate Banking, DBB, Kortrijk | Commercieel adjunct/ Adjunct Corporate Banking |
| Cordonnier, Piet | January 1996 | Kaderlid, Corporate Banking: Projecten en Financiële Montages, Bacob, Brussels | Financial Engineer |
| | June 1999 | Kaderlid, Niche Banking, Artesia Banking Corporation, Brussels | Senior Credit Officer/ Senior Legal and Credit Officer |
| | April 2002 | Kaderlid, Juridische Diensten Team 5 Legal Corporate, DBB, Brussels | Senior Legal and Credit Officer |
| Dankelman, Françoise | January 1996 | Kaderlid, Audit participations & Salle du marché, Bacob, Brussels | |
| | June 1999 | Kaderlid, Audit Particip Gip Corp. Banking, Artesia Services, Brussels | |
| | February 2001 | Kaderlid, Fin. Beheer Marktactiviteiten, Artesia Services, Brussels | |
| | April 2001 | Kaderlid, Risk control, Artesia Services, Brussels | |
| | April 2001 | Departed | |
| Dauwe, Geert | January 1996 | Adjunct-Directeur, directeur Regio Brussel Brabant, Paribas, Brussels | |
| | January 1997 | Directeur, General Banking, Paribas, Brussels | |
| | January 1998 | Lid van het Directiecomité, Paribas, Brussels | |
| | April 1999 | Lid van het Directiecomité, Artesia Banking Corporation, Brussels | |
| | March 2002 | Departed | |

- 6 -

NYB 1510863.1

| | | | |
|---|---|---|---|
| De Clerck, Filip | September 1997 | Bediende, Universitaire Stageploeg, Paribas, Roeselaere | |
| | February 1999 | Bediende, Corporate Banking, Paribas, Roeselare | |
| | April 1999 | Bediende, Corporate Banking, Artesia Banking Corporation, Roeselare | |
| | January 2001 | Kaderlid, Corporate Banking, Artesia Banking Corporation, Roeselare | |
| | April 2002 | Kaderlid, Corporate Banking, DBB, Roeselare | |
| | December 2003 | Kaderlid, Corporate Banking, DBB, Kortrijk | Senior Operational Relationship Officer |
| De Coninck, Dennis | December 1997 | Bediende, Secretariaat Gespecialiseerde Activiteiten, Paribas, Brussels | |
| | June 1999 | Bediende, Legal Financial Markets, Artesia Services, Brussels | |
| | October 1999 | Departed | |
| De Gendt, Freddy | January 1996 | Kaderlid, Effectensecretariaat, Paribas, Brussels | |
| | June 1999 | Kaderlid, Effectensecretariaat, Artesia Services, Brussels | |
| | June 2001 | Kaderlid, Effectensignalitiek, Artesia Services, Brussels | |
| | April 2002 | Kaderlid, Effectensignalitiek, DBB, Brussels | |
| | April 2005 | Kaderlid, Effectendossiers en verzet op effecten, DBB, Brussels | Business Analyst |
| De Schaepdrijver, Thomas | October 1996 | Kaderlid, Juristen, Paribas, Brussel | Juridisch Adviseur/ Jurist/Senior Legal Advisor |
| | June 1999 | Kaderlid, Juridische Zaken Corporate.: Financial Markets & Asset & Liability Management, Artesia Services, Brussel | Juridisch Adviseur/ Jurist/Senior Legal Advisor |
| | October 1999 | Kaderlid, Sales, Artesia Factors NV, Brussel | |
| | January 2001 | Departed | |

-7-

09/30/2005 17:04 FAX          CLIFFORD CHANCE US LLP                    @009/033

| Decraene, Stefaan | January 1996 | Manager Corporate Banking, Bacob, Brussels | |
| | March 1996 | Onderdirecteur/Directeur, Corporate Banking, Bacob, Brussels | Hoofd Directie Corporate Banking |
| | January 1998 | Directeur, Corporate Banking, Bacob, Brussels | Hoofd Directie Corporate Banking |
| | May 1999 | Directeur, Investment Banking, Artesia Banking Corporation, Brussels | |
| | June 2000 | President of the Direction Committee, Artesia Securities, Brussels | Chairman of the Management Board |
| | July 2001 | Head of Wholesale Banking, DBB, Brussels | |
| | November 2001 | President of the Direction Committee, Bank Artesia Nederland, Amsterdam | Chairman of the Management Board |
| | August 2002 | Member of the Direction Committee, Bank Artesia Nederland, Amsterdam | Member of the Management Board |
| | July 2004 | Lid van het Directiecomité, Dexia Bank Belgium, Brussels | Member of the Management Board |
| Devogele, Jean-Luc | May 1998 | Kaderlid, Juridische Zaken, Paribas, Brussels | Juridisch Adviseur/ Jurist |
| | June 1999 | Kaderlid, Juridische Zaken Corporate & Contentieux, Artesia Services, Brussels | Juridisch Adviseur/ Jurist |
| | January 2000 | Kaderlid, Participaties, Artesia Banking Corporation, Brussels | Juridisch Adviseur/ Jurist |
| | April 2002 | Kaderlid, Juridische Diensten – Team 2, DBB, Brussels | Juridisch Adviseur/ Jurist/ Bedrijfsjurist |
| Dubois, Jean-Blaise | September 1998 | Kaderlid, Universitaire Stageploeg, Paribas, Brussels | |
| | June 1999 | Kaderlid, Juridische Zaken Corporate en Contentieux, Artesia Services, Brussels | |
| | April 2002 | Kaderlid, Juridische Diensten Team 5, DBB, Brussels | Juridisch Adviseur/ Jurist/ Bedrijfsjurist |
| Faict, Patrick | January 1996 | Kaderlid, Stagiaireploeg, Paribas, Brussels | |
| | February 1996 | Kaderlid, Gestructureerde Kredieten, Paribas, Brussels | |
| | March 1997 | Kaderlid, Gespecialiseerde Corporate Banking Structured Finance, Paribas, Brussels | |
| | May 1997 | Kaderlid, Corporate Banking Zetel World Trade Center, Paribas, Brussels | Senior Corporate Banker |
| | June 1999 | Kaderlid, Corporate Banking World Trade Center, Artesia Services, Brussels | Senior Corporate Banker |
| | April 2000 | Departed | |

- 8 -

NYB 1510863.1

| | | | |
|---|---|---|---|
| Ferrand, Bart | January 1996 | Kaderlid, Corporte Banking, Paribas, Ieper | Account Officer |
| | February 1997 | Kaderlid, Corporate Banking, Paribas, Roeselare | Corporate Banker |
| | April 1999 | Kaderlid, Corporate Banking, Artesia Banking Corporation, Roeselare | Senior Corporate Banker |
| | November 1999 | Kaderlid, Corporate Banking, Artesia Banking Corporation, Kortrijk | Senior Corporate Banker |
| | March 2001 | Kaderlid, Structured Finance, Artesia Banking Corporation, Brussels | Senior Corporate Banker |
| | April 2002 | Kaderlid, Structured Finance, DBB, Brussels | Senior Corporate Banker |
| Giovagnoli, Christine | March 1999 | Kaderlid, Juridisch Zaken Corporate & Contentieux, Bacob, Brussels | Juridisch Adviseur/ Jurist |
| | June 1999 | Kaderlid, Juridisch Zaken Corporate & Contentieux, Artesia Services, Brussels | Juridisch Adviseur/ Jurist |
| | April 2002 | Kaderlid, Juridische Diensten Team 4, DBB, Brussels | Juridisch Adviseur/ Jurist |
| | October 2002 | Departed | |
| Goffaux, Denoal | July 1997 | Kaderlid, Juridische Zaken, Paribas, Brussels | Juridisch Adviseur/ Conseiller Juridique/ Legal Advisor/ Jurist |
| | June 1999 | Kaderlid, Juridische Zaken Corporate & Contentieux, Artesia Services, Brussels | Head of Legal Corporate/ Legal Counsel/ Legal Advisor/ Responsable Legal Corporate |
| | April 2002 | Kaderlid, Juridische Diensten Team 3, DBB, Brussels | Head of Legal Corporate/ Legal Advisor |
| Janssens, Jacques | January 1996 | Kaderlid, Kredietbeheer, Paribas, Brussels | Directeur Gestion Risque/ Directeur Crédits |
| | April 1999 | Kaderlid, Kredietbeheer, Artesia Banking Corporation, Brussels | Directeur Global Credit Risk |
| | September 2000 | Directeur, Adviseur Corporate Banking, Artesia Banking Corporation, Brussels | |
| | April 2002 | Directeur, Corporate Risk Advisor, DBB, Brussels | |
| | July 2002 | Directeur, Parfibank, Dexia Bank Belgium, Brussels | Corporate Risk Advisor/ Gedelegeerd Bestuurder Parfibank |

- 9 -

| Lamiroy, Bernard | November 1999 | Kaderlid, Juridische Zaken Corporate & Contentieux, Artesia Services, Brussels | Juridisch adviseur/ Jurist |
|---|---|---|---|
| | April 2002 | Kaderlid, Juridische Diensten Team 5, DBB, Brussels | Juridisch adviseur/ Jurist/ Bedrijfsjurist |
| Legein, Manu | September 1997 | Kaderlid, Universitaire stageploeg, Bacob, Brussels | Juridisch Adviseur/ Jurist |
| | June 1999 | Kaderlid, Juridische Zaken Corporate & Contentieux, Artesia Services, Brussels | Juridisch Adviseur/ Jurist |
| | April 2000 | Departed | |
| Milants, Gery | January 1996 | Kaderlid, Origination, Paribas, Brussels | Legal Advisor Originiation/ Manager Investment Banking |
| | June 1998 | Kaderlid, Investment Banking, Paribas, Brussels | Senior Investment Banker |
| | June 1999 | Kaderlid, Investment Banking, Artesia Banking Corporation, Brussels | Senior Investment Banker/ Manager Investment Banking |
| | August 1999 | Kaderlid, Corporate Finance, Artesia Banking Corporation, Brussels | Senior Investment Banker/ Manager Investment Banking |
| | January 2001 | Kaderlid, Artesia Securities, Artesia Banking Corporation, Brussels | Senior Investment Banker/ Manager Investment Banking |
| | January 2002 | Directieadviseur, Artesia Securities, Artesia Banking Corporation, Brussels | Senior Investment Banker/ Manager Investment Banking |
| | April 2002 | Directieadviseur, Corporate Finance, DBB, Brussels | Manager Investment Banking |
| | January 2003 | Directieadviseur, Corporate Finance, DBB, Brussels | Manager Investment Banking |
| | September 2004 | Directieadviseur, Structured Finance, DBB, Brussels | Manager Investment Banking |

NYB 1510863.1

| Mommens, Bernard | January 1996 | Directiekaderlid, Juridische & Fiscale Zaken, Paribas, Brussels | Juridisch Adviseur/ Jurist |
|---|---|---|---|
| | March 1997 | Directiekaderlid, Juridische Afdeling, Paribas, Brussels | Juridisch Adviseur/ Jurist |
| | June 1999 | Directiekaderlid, Juridische Zaken Corporate & Contentieux, Artesia Services, Brussels | Juridisch Adviseur/ Jurist |
| | May 2000 | Directiekaderlid, Private Banking, Artesia Banking Corporation, Brussels | Juridisch Adviseur/ Jurist |
| | April 2002 | Directiekaderlid, Private Banking, DBB, Brussels | Juridisch Adviseur/ Jurist |
| Myny, Luc | January 1996 | Bediende, Productexploitatie en Beheer, Bacob, Brussels | |
| | June 1999 | Bediende, Operationele Verrichtingen (OVB), Artesia Services, Brussels | |
| | April 2002 | Bediende, Beheer Gesalarieerd net, DBB, Brussels | |
| | June 2002 | Bediende, Integratie contacten, DBB, Brussels | |
| | July 2003 | Bediende, Agents Information Desk Betalingsverkeer, DBB, Brussels | |
| | September 2004 | Bediende, Operators, DBB, Brussels | |
| Piret, Claude | January 1996 | Lid van het Directiecomité, Bacob, Brussels | Bestuurder |
| | June 1999 | Lid van het Directiecomité, Artesia Banking Corporation, Brussels | Bestuurder |
| | April 2002 | Lid van het Directiecomité, DBB, Brussels | Bestuurder |
| | January 2004 | Lid van het Directiecomité, Dexia S.A. | Chief Operations & Technology Officer |
| Probst, Alain | January 1996 | Directiekaderlid, Credit Risk Management, Bacob, Brussels | |
| | January 1998 | Directiekaderlid, Credit Risk Management Risk Monitoring, Bacob, Brussels | |
| | June 1999 | Directiekaderlid, Credit Risk Management Risk Monitoring, Artesia Banking Corporation, Brussels | |
| | April 2002 | Directiekaderlid, Credit Risk Management Guidelines + Risk Monitoring, DBB, Brussels | |

NYB 1510863.1

| | | | |
|---|---|---|---|
| Rabaey, Peter | January 1996 | Kaderlid, Krediet Secretariat, Paribas, Brussels | |
| | September 1996 | Kaderlid, Krediet Secretariaat Antwerpen en Limburg, Paribas | |
| | April 1998 | Kaderlid, Secretariaat Gespecialiseerde Activiteiten, Paribas, Brussels | |
| | June 1999 | Kaderlid, Nichebanking, Artesia Banking Corporation, Brussels | Senior Credit Officer/ Senior Credit Officer Global Credit Risk/ Senior Credit Officer Loans Secretariat Specialized Activities/ Senior Credit Officer Specialized Activities |
| | September 2000 | Kaderlid, Structured Finance, Artesia Banking Corporation, Brussels | Senior Credit Officer/ Senior Corporate Banker Structured Finance |
| | April 2002 | Kaderlid, Syndication, Structured and Project Finance, DBB, Brussels | Senior Corporate Banker Syndication, Structured and Project Finance |
| Saverys, François | January 1996 | Directeur, Corporate Banking, Paribas, Brussels | |
| | January 1998 | Directeur, Structured Trade Finance & International Banking Relations, Paribas, Brussels | |
| | April 1999 | Directeur, Structured Trade Finance & International Banking Relations, Artesia Banking Corporation, Brussels | |
| | January 2000 | Directeur, Credit Risk Management, Artesia Banking Corporation, Brussels | |
| | April 2002 | Directeur, Credit Risk Management, DBB, Brussels | |
| | January 2005 | Directeur, Kredieten aan ondernemingen Sociale en publieke instellingen, DBB, Brussels | |

NYB 1510863.1

| | | | |
|---|---|---|---|
| Steverlynck, Philippe | January 1996 | Directeur, Krediet Secretariaat, Paribas, Brussels | Directeur Krediet Secretariaat Gespecialiseerde Activiteiten |
| | June 1999 | Directeur, Corporate Banking, Artesia Banking Corporation, Kortrijk | |
| | December 2000 | Directeur, Investment Banking, Artesia Banking Corporation, Brussels | Directeur Corporate Finance |
| | January 2001 | Directeur, Artesia Securities, Brussels | Managing Director Artesia Securities |
| | April 2004 | Directeur, Corporate Banking, DBB, Brussels | Director Artesia Securities |
| Tritz, Suzanne | January 1996 | Kaderlid, Juridische & Fiskale Zaken, Paribas, Brussels | Juridisch Adviseur/ Jurist |
| | March 1997 | Kaderlid, Juridische Zaken, Paribas, Brussels | Juridisch Adviseur/ Jurist |
| | April 1999 | Kaderlid, Juridische Zaken: Corporate & Contentieux, Artesia Services, Brussels | Juridisch Adviseur/ Jurist |
| | April 2002 | Kaderlid, Juridische Diensten – Team 5 Legal Corporate, DBB, Brussels | Juridisch Adviseur/ Jurist |
| Van Coillie, Etien | January 1996 | Kaderlid, Bankverrichtingen, Paribas, Kortrijk | |
| | June 1999 | Kaderlid, OVB: Betalingsverkeer, Artesia Banking Corporation, Kortrijk | Senior Corporate Banker West-Vlaanderen |
| | December 1999 | Kaderlid, Corporate Banking, Artesia Banking Corporation, Kortrijk | Senior Corporate Banker |
| | July 2001 | Kaderlid, Corp & Social Prof. Sales, Artesia Banking Corporation, Brussels | |
| | April 2002 | Kaderlid, Corporate Sales, DBB, Brussels | |
| Van der Ven, Jan | August 1996 | Directiekaderlid, Risico's binnenland, Paribas, Brussels | |
| | September 1996 | Directiekaderlid, Commercieel Departement, Paribas, Brussels | |
| | October 1996 | Directiekaderlid, Kredietbeheer, Paribas, Brussels | Loans Secretariat Specialized Activities Manager/ Directeur Kredietsecretariaat |
| | March 1999 | Departed | |

- 13 -

09/30/2005 17:05 FAX          CLIFFORD CHANCE US LLP          ☑ 015/033

| | | | |
|---|---|---|---|
| Van Hove, Nadia | July 1997 | Kaderlid, Investment Banking, Paribas, Brussels | Manager Corporate Research |
| | June 1999 | Kaderlid, Investment Banking, Artesia Banking Corporation, Brussels | Manager Corporate Research |
| | January 2001 | Kaderlid, Private Equity, Artesia Banking Corporation, Brussels | Investment Manager |
| | April 2002 | Kaderlid, Dexia Ventures/Private Equity, DBB, Brussels | Investment Manager |
| Van Riet, Karel | January 1996 | Kaderlid, Credit Risk Management, Bacob, Brussels | Procuratiehouder |
| | January 1999 | Directiekaderlid, Credit Risk Management, Bacob, Brussels | Onderdirecteur Credit Risk Management |
| | June 1999 | Directiekaderlid, Juridische Zaken: Corporate & Contentieux, Artesia Services, Brussels | Directeur Juridische Zaken Corporat en Contentieux |
| | April 2002 | Directiekaderlid, Juridische Diensten -- Team 5 Legal Corporate, DBB, Brussels | Adjunct-Directeur Juridische Diensten/ Deputy Manager |
| Van Tiggel, Patrick | January 1996 | Kaderlid, Risicobeheer marktzaalactiviteiten, Bacob, Brussels | |
| | January 1998 | Directiekaderlid, Sociale & Publieke Sector, Bacob, Brussels | Onderdirecteur Global Credit Risk |
| | June 1999 | Directiekaderlid, Gespecialiseerde activiteiten, Artesia Banking Corporation, Brussels | Senior Manager Credit Risk |
| | April 2002 | Directiekaderlid, Midcorp & Specials, DBB, Brussels | Senior Manager Credit Risk |
| | January 2005 | Directiekaderlid, Kredieten aan Ondernemingen. Direct Approach & Specials, DBB, Brussels | Senior Manager Credit Risk |
| Vander Elst, Serge | January 1996 | Kaderlid, Fiscale Zaken, Bacob, Brussels | Fiscaal Adviseur/ Tax Advisor |
| | June 1999 | Kaderlid, Fiscale Zaken: advies, Artesia, Brussels | Fiscaal Adviseur/ Tax Advisor |
| | April 2002 | Kaderlid, Fiscale Adviezen, DBB, Brussels | Fiscaal Adviseur/ Tax Advisor |

NYB 1510863.1

| | | | |
|---|---|---|---|
| Vermeylen, Christine | January 1996 | Kaderlid, Marktenzaal: Juridische Cel, Bacob, Brussels | |
| | May 1996 | Kaderlid, Marktenzaal: LT funding, Bacob, Brussels | |
| | November 1998 | Kaderlid, Legal, Bacob, Brussels | |
| | June 1999 | Kaderlid, Legal Financial Markets, Artesia, Brussels | |
| | July 2000 | Departed | |
| Wynants, Heidi | February 1996 | Kaderlid, Marktenzaal: Thesaurie, Bacob, Brussels | Legal & Compliance Officer |
| | April 1996 | Kaderlid, Marktenzaal: Juridische Cel, Bacob, Brussels | Legal & Compliance Officer |
| | September 1998 | Kaderlid, Risk Management: Legal Financial Markets, Artesia Banking Corporation, Brussels | Legal Risk Manager |
| | February 2000 | Departed | |
| | April 2000 | Kaderlid, Afdeling financieel recht & financiële markten, Gemeentekrediet, Brussels | |
| | April 2002 | Kaderlid, Juridische Diensten-Team 3, DBB, Brussels | Company Lawyer Securities & Financial Markets |

In addition, Dexia does not dispute that the following individuals are or were officers, directors or managing agents of Dexia Bank Belgium or Dexia S.A. during the relevant time period:

Avonts, Rene
Dauwe, Geert
Decraene, Stefaan
Janssens, Jacques
Mommens, Bernard
Piret, Claude
Probst, Alain
Saverys, Francois
Steverlynck, Philippe

Of these individuals, Dexia does not dispute that Stefaan Decraene and Claude Piret are current officers, directors or managing agents of Dexia Bank Belgium or Dexia S.A.

Interrogatory No. 2

Identify all members of the board of directors of Artesia Banking Corporation, S.A. during the Relevant Time Period, including the dates of service for each board member.

Response to Request No. 2

Without waiving the foregoing objections or the General Objections, Dexia responds to this Interrogatory as follows:

| NAME | DATES OF SERVICE |
|---|---|
| Allegaert, Guido | April 1999 - March 2002 |
| Avonts, René | April 1999 - March 2002 |
| Bouteille, Michel | August 2001 - March 2002 |
| Branson, Rik | April 1999 - March 2002 |
| Bruneel, Dirk | April 1999 - March 2002 |
| Dauwe, Geert | April 1999 - March 2002 |
| Decamps, Martine | August 2001 - March 2002 |
| Descampe, Edouard | April 1999 - August 2001 |
| De Wilde, Julien | April 1999 - August 2001 |
| Duyck, Rik | April 1999 - March 2002 |
| Ford, Maureen | April 1999 |
| Geuten, Luc | April 1999 - August 2001 |
| Greindl, Renaud | April 1999 - March 2002 |
| Hoenn, Dominique | April 1999 |
| Justaert, Marc | August 2001 - March 2002 |
| Manset, Christian | April 1999 |
| Marchand, Gérard | April 1999 - August 2001 |
| Martin, Jean-François | August 2001 - March 2002 |
| Moesen, Willem | April 1999 - August 2001 |
| Neuckermans, Roland | April 1999 - August 2001 |
| Onclin, Luc | August 2001 - March 2002 |
| Piette, Josly | April 1999 - March 2002 |
| Pinte, Christian | April 1999 - March 2002 |
| Pixet, Claude | April 1999 - March 2002 |
| Reding, Paul | April 1999 - August 2001 |
| Richard, Pierre | August 2001 - March 2002 |

NYB 1510863.1

| NAME | DATES OF SERVICE |
|------|------------------|
| Rombouts, Theo | April 1999 – March 2002 |
| Roelandt, Guy | April 1999 – August 2001 |
| Romagnoli, Philippe | April 1999 – March 2002 |
| Scheins, Paul | April 1999 – August 2001 |
| Soete, Robert | April 1999 – August 2001 |
| Swiggers, Francine | April 1999 – March 2002 |
| Tinant, Marc | April 1999 – August 2001 |
| Van Broeckhoven, Jan | April 1999 |
| Van Cayseele, Patrick | April 1999 – August 2001 |
| Williame, Luc | April 1999 – August 2001 |

Interrogatory No. 3

For each of the persons listed in Interrogatory No. 1 and/or identified in your response to Interrogatory No. 2 who does not currently hold a position at Dexia, state (a) the date of termination, (b) the reason for termination, and (c) the last known business and home address.

Response to Request No. 3

Dexia objects to this Interrogatory because the term "termination" presumes that employees who have departed from the bank were terminated involuntarily. Dexia will respond to this Interrogatory as if the term "departure" were used instead of "termination." Dexia objects to this Interrogatory to the extent it seeks a "reason for termination" for employees who have departed voluntarily because it is impossible for Dexia to know the employee's true reason(s) for leaving the bank. Dexia will respond to this portion of the Interrogatory only to the extent the employee provided the bank with a reason for his or her departure. Dexia objects to this Interrogatory to the extent that it seeks information for certain former members of the Artesia board of directors listed in the response to Interrogatory No. 2, because such information is not relevant and not reasonably calculated to lead to the discovery of admissible evidence. Subject to and without waiving the General Objections, Dexia responds to this Interrogatory as follows:

NYB 1510863.1