# Mini Transcript and Word Index To the Deposition of

## CLAUDE PIRET
### (Day 1)
### March 16, 2006

In the case:

Quarrk et al
Vs.
Dexia Bank et al

Taken in
Brussels, Belgium

Reporting supplied by
Anglo-American Court Reporters Ltd
London England
Tel: + 44 (0) 207 264 2088
Email: info@a-acr.com

Compressed transcript of CLAUDE PIRET (DAY 1) March 16, 2006    Brussels, Belgium

## SHEET 1 PAGE 1

```
                THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS

-------------------------------)
HANS A QUAAK, ATTILIO PO       )
and KARL LEIBINGER, on         )
behalf of themselves           ) No: 03-CV-11566 (PBS)
and those similarly situated   )
                               )
            Plaintiffs         )
                               )
                v.             )
                               )
DEXIA, S.A. And DEXIA BANK     )
BELGIUM (formerly known        )
as ARTESIA BANKING CORP S.A.   )
                               )
            Defendants         )
-------------------------------)
STONINGTON PARTNERS, INC.,     )
a Delaware Corporation,        )
STONINGTON CAPITAL             )
APPRECIATION 1994 FUND LP      )
a Delaware Partnership         )
and STONINGTON HOLDINGS        )
LLC., A Delaware Limited       )
Liability Company              )
                               )
            Plaintiffs         ) 04-CV-10411 (PBS)
                               )
                v.             )
                               )
DEXIA SA and DEXIA BANK        )
BELGIUM (formerly known as     )
ARTESIA BANKING CORP., SA      )
                               )
            Defendants         )
-------------------------------)
```

## PAGE 2

```
GARY B FILLER and LAWRENCE     )
PERLMAN, trustees of the       )
TRA Rights Trust               )
                               )
            Plaintiffs         )
                               )
                v.             )
                               )
DEXIA SA and DEXIA BANK        )
BELGIUM (formerly known as     )
ARTESIA BANKING CORP SA..      )
                               )
            Defendants         )
-------------------------------)
JANET BAKER and JAMES BAKER    )
JK BAKER LLC and JM BAKER      )
LLC,                           )
                               )
            Plaintiffs         )
                               )
                v.             )
DEXIA SA and DEXIA BANK        )
BELGIUM (formerly known as     )
ARTESIA BANKING CORP., SA      )
                               )
            Defendants         )
-------------------------------)


                Deposition of:

                MR CLAUDE PIRET

            taken at the offices of:
        Marx Van Ranst Vermeersch & Partners
                Tervurenlaan 270
                Avenue de Tervueren
                  1150 Brussels

            on Thursday, 16th March 2006
               commencing at 9.19 am
```

## PAGE 3

```
                    A P P E A R A N C E S

For STONINGTON Plaintiffs:

    MR AVI JOSEFSON

    Bernstein Litowitz Berger & grossman
    1285 Avenue of the Americas
    New York NY 10019

For Class Plaintiffs
Dr Quaak and Messrs. Po & Leibinger:

    PATRICK ROCCO

    Shalov Stone & Bonner
    485 Seventh Avenue
    Suite 1000
    New York, NY 10018

For Gary Filler & Lawrence Perlman
Trustees of TRA Rights

    SUSAN DAVIES

    Gregory P Joseph Law Offices
    805 Third Avenue, 31st Floor
    New York, New York 10022

For the Defendant:

    JAMES WIDNER
    JEFF BUTLER

    Clifford Chance
    Avenue Louise 65
    Box 2
    1050 Brussels

Also Present for Clifford Chance

    ELINE TRITSMANS
    BENOIT ALLEMEERSCH
```

## PAGE 4

```
Court Reporter:

    Ms Kay Hendrick

    Anglo American Court Reporters
    150 Minories
    London EC3N 1LS
    England

Videographer

    Pat Kirk

    Anglo American Court Reporters
    150 Minories
    London EC3N 1LS
    England


                    I N D E X

THE INTERPRETER, sworn .............. 7

MR CLAUDE PIRET, affirmed

Examination by MS DAVIES ........ 7

Examination by MR ROCCO ... ... 101
```

Compressed transcript of CLAUDE PIRET (DAY 1)  March 16, 2006  Brussels, Belgium

PAGE 5

5

E X H I B I T   L I S T

| | | |
|---|---|---|
| PIRET EXHIBIT 1 | ... ... | 10 |
| PIRET EXHIBIT 2 | ... ... | 10 |
| PIRET EXHIBIT 3 | ... ... | 10 |
| PIRET EXHIBIT 4 | ... ... | 19 |
| PIRET EXHIBIT 5 | ... ... | 19 |
| PIRET EXHIBIT 6 | ... ... | 19 |
| PIRET EXHIBIT 7 | ... ... | 19 |
| PIRET EXHIBIT 8 | ... ... | 40 |
| PIRET EXHIBIT 9 | ... ... | 46 |
| PIRET EXHIBIT 10 | ... ... | 51 |
| PIRET EXHIBIT 11 | ... ... | 56 |
| PIRET EXHIBIT 12 | ... ... | 58 |
| PIRET EXHIBIT 13 | ... ... | 59 |
| PIRET EXHIBIT 14 | ... ... | 65 |
| PIRET EXHIBIT 15 | ... ... | 71 |
| PIRET EXHIBIT 16 | ... ... | 81 |
| PIRET EXHIBIT 17 | ... ... | 83 |
| PIRET EXHIBIT 18 | ... ... | 98 |
| PIRET EXHIBIT 19 | ... ... | 115 |

PAGE 6

6

1           Thursday 16th March 2006.
2
3       THE VIDEOGRAPHER:  Starting roll one in the
4  deposition of Claude Piret.  On the record at record
5  at 8.59 am in the matter of Quaak, Attilio and
6  Leibinger versus Dexia et al, case number 03-CV-11566
7  (PBS) and three related cases.  Today's date is 16th
8  March 2006.  The time is 9.59 am.  This deposition is
9  taking place at Marx Van Ranst Vermeersch & Partners,
10 Tervurenlaan, 270 Avenue de Tervuren, Brussels,
11 Belgium, Europe.  The videographer today is Pat Kirk
12 of Anglo American Court Reporters London, UK.  The
13 Court Reporter is Kay Hendrick of the same firm.
14 Would all lawyers in the room state their names on the
15 record and state whom they represent.
16     MS DAVIES:  My name is Susan Davies from the
17 Gregory P Joseph Law Office.  I represent the
18 Plaintiffs Gary Filler and Lawrence Perlman and
19 Trustees of the TRA Rights Trust.
20     MR ROCCO:  Patrick Rocco of Shalov Stone &
21 Bonner, we represent the Class Plaintiffs Messrs.
22 Leibinger and Dr Quaak in the purported class action.
23     MR JOSEFSON:  Avi Joseph of Bernstein
24 Litowitz Berger & Grossmann counsel for Stonington
25 Plaintiffs.

PAGE 7

7

1       MR WEIDNER:  James Weidner, Clifford Chance
2  and we represent the Defendant.
3       MR BUTLER:  Jeff Butler also from Clifford
4  Chance.
5       MS TRITSMANS:  Eline Tritsmans also from
6  Clifford Chance.
7       THE VIDEOGRAPHER:  Would the interpreter
8  identify herself.
9       THE INTERPRETER:  Eve Boutilie.
10      THE VIDEOGRAPHER:  Would the Court Reporter
11 please swear in the witness and the interpreter now.
12
13
14      The Interpreter Eve Boutilie, sworn.
15
16      Claude Piret, affirmed.
17      Examined by MS DAVIES.
18  Q.  Good morning, Mr Piret, I am Susan Davis and
19 I will be the attorney taking your deposition this
20 morning.  Other attorneys representing Plaintiffs may
21 have additional questions for you.
22      Have you ever been deposed before?
23  A.  No.
24  Q.  I am sure counsel has explained the process
25 to you, but let me remind you I will be asking you a

PAGE 8

8

1  series of questions.  Miss Boutilie is available to
2  interpret my questions into the French language, if you
3  need her assistance you should ask for it.  If you
4  would prefer to give any of your answers in French you
5  may do so and Miss Boutilie will interpret that into
6  French so that the Court Reporter can put it into the
7  record, do you understand?
8  A.  Yes.
9  Q.  From time to time your counsel may state an
10 objection to one of the questions that I am asking
11 you.  You must, nevertheless, answer my question
12 unless your counsel instructs you not to answer the
13 question; do you understand?
14 A.  Yes.
15 Q.  If you don't understand any of my questions
16 you should so indicate and then we will have to
17 determine whether it is a problem with my question or
18 whether we need Miss Boutilie's assistance in
19 interpreting it for you, but don't hesitate to let me
20 know.  Our objective here is to create a clear record,
21 a clear written record.  For that reason also I ask you
22 allow me to finish my questions before you begin to
23 answer and that likewise I will allow you to finish
24 your answers because if we all speak at once then the
25 Court Reporter will get very upset with us.  I am

Compressed transcript of CLAUDE PIRET (Day 1) March 16, 2006    Brussels, Belgium

**PAGE 29**

1  2002?
2  A. I don't remember precisely but it was not on
3  my initiative again.
4  Q. Did you know in advance of this interview
5  what the subject matter of the interview would be?
6  A. I knew that the topic was Lernout & Hauspie
7  but I don't remember if I knew precisely the subject of
8  the interrogation.
9  Q. Prior to going to the interview on October
10  25th 2002 did you consult with anyone within the Bank?
11  A. I probably referred to Karl Van Riet.
12  Q. Anyone else?
13  A. I don't remember.
14  Q. Anyone outside the Bank?
15  A. No.
16  Q. Did you attend this interview alone?
17  A. For so far I remember.
18  Q. After the interview did you discuss the
19  interview with anyone?
20  A. I probably reported to Karl Van Riet.
21  Q. Anyone else?
22  A. I don't remember.
23  Q. On October 25th 2002 when you gave this
24  interview you were an employee of Dexia Bank Belgium;
25  is that correct?

**PAGE 30**

1  A. Yes.
2  Q. If you turn to the document marked as Exhibit
3  7, Piret Exhibit 7. This is a document in French,
4  it's BATES stamped -- it is a record of your interview
5  with the police on September 27th 2004; is that
6  correct?
7  A. Yes.
8  Q. Does your signature appear on last page of
9  this document?
10  A. Yes.
11  Q. Did you read the document prior to signing
12  it?
13  A. Yes, with all the reserves already told
14  before.
15  Q. At the time you signed the document did you
16  consider it to be an accurate summary of your
17  interview?
18  A. For so far that the summary can be accurate
19  reflecting a conversation that has lasted a few hours.
20  Q. Did you request a copy of Exhibits 5, 6 and
21  7?
22  A. Yes.
23  Q. And were you provided with copies to take
24  with you?
25  A. I don't remember if it was immediately that I

**PAGE 31**

1  received it.
2  Q. How did you come to learn that the Belgian
3  police wanted to speak to you on September 9th 2004?
4  A. I suppose they have contacted me, that was
5  not my initiative.
6  Q. Did you discuss the interview with anyone
7  within Dexia Bank prior to attending the interview?
8  A. No.
9  Q. Did you discuss it with Mr Van Riet?
10  A. Perhaps mentioned to Karl Van Riet, yes.
11  Q. Anyone else within the Bank that you would
12  have mentioned it to?
13  A. I don't remember.
14  Q. Was anyone else present at the interview?
15  A. No.
16  Q. Did you discuss the interview with anyone
17  else after it occurred?
18  A. I beg your pardon?
19  Q. Did you discuss this interview from September
20  9th 2004 with anyone after it had occurred?
21  A. Probably reported to Karl Van Riet.
22  Q. What was your purpose on each of these
23  occasions in reporting to Mr Van Riet prior to and
24  after the interview?
25  A. Just to advise him that I had been

**PAGE 32**

1  interviewed. I probably gave him the subject of the
2  interview.
3  MR WEIDNER: I am going to direct you not to
4  answer anything further about your discussions with
5  Mr Van Riet.
6  MR DAVIES: My question is why did you
7  report to him?
8  A. Because he was the legal, the lawyer, the
9  internal lawyer in charge of the file in the Bank.
10  Q. And to what are you referring when you say
11  "the file"?
12  A. I beg your pardon?
13  Q. What do you mean by the "file" in the Bank?
14  A. The case Lernout & Hauspie.
15  Q. And you refer to it as a case, do you mean
16  the criminal investigation into Lernout & Hauspie?
17  A. The case generally speaking.
18  Q. Other than the interviews that we have been
19  discussing do you recall now whether you met with the
20  Belgian police about the Lernout & Hauspie case on any
21  other occasion?
22  A. No, you state I have been there four times
23  and I remembered three times, so there is one more.
24  Q. Other than the two documents that we
25  discussed this morning, other than the two documents