# Mini Transcript and Word Index To the Deposition of

# BERNARD MOMMENS

## April 19, 2006

### In the case:

Quaak et al

Vs.

Dexia et al

Taken in
Brussels, Belgium

Reporting supplied by
Anglo-American Court Reporters Ltd
London England
Tel: + 44 (0) 207 264 2088
Email: info@a-acr.com

25        Q.  Do you know whether you reviewed

300

1   any drafts of this internal audit memorandum before
2   it was finalised?
3        A.  I do not think it is the practice
4   to review by all people working in bank a draft of
5   - or by whatever people - I do not think it is
6   common practice to review documents of audit; so my
7   answer is no.
8        Q.  The reference here says your
9   manager GIP - that is the reference to the private
10  banking, is that correct?
11       A.  Private banking or institutional
12  banking.  But I have never did institutional
13  banking, so the person who wrote this - and this is
14  the very best proof that I did not read it, because
15  my title is not correct.
16       Q.  You would have, at least at this
17  point, have been out of the legal department in
18  January 2001, is that correct?
19       A.  Yes, since more than one year.  I

20  was out of the legal in 1 January 2000.
21              Q.  Do you know if any of the people
22  listed as recipients of this memo on the first page
23  were members of the bank's audit committee?
24              A.  The banks audit committee?
25              Q.  Audit committee of the bank?

301

1               A.  I cannot answer to that, I do
2   not know the composition of the audit committee.
3               Q.  Were you ever a member of the
4   audit committee of the bank?
5               A.  No sir.
6               Q.  If you look to the second page
7   of this exhibit under 'Context and objectives', it
8   says that the CBF requested by two letters - I am
9   paraphrasing - that the bank determined the risk
10  incurred on the Lernout and Hauspie group and to
11  evaluate how well the support services functioned
12  in the context of the transactions with L&H, and
13  the Artesia Bank Incorporation audit committee in
14  addition made the same request?
15              A.  I was looking at the words of

# Mini Transcript and Word Index To the Deposition of

# BERNARD MOMMENS

## April 19, 2006

### In the case:

Quaak et al
Vs.
Dexia et al

Taken in
Brussels, Belgium

Reporting supplied by
Anglo-American Court Reporters Ltd
London England
Tel: + 44 (0) 207 264 2088
Email: info@a-acr.com

25          Q.  Do you know whether you reviewed

                                                             300

1    any drafts of this internal audit memorandum before
2    it was finalised?
3          A.  I do not think it is the practice
4    to review by all people working in bank a draft of
5    - or by whatever people - I do not think it is
6    common practice to review documents of audit; so my
7    answer is no.
8          Q.  The reference here says your
9    manager GIP - that is the reference to the private
10   banking, is that correct?
11         A.  Private banking or institutional
12   banking.  But I have never did institutional
13   banking, so the person who wrote this - and this is
14   the very best proof that I did not read it, because
15   my title is not correct.
16         Q.  You would have, at least at this
17   point, have been out of the legal department in
18   January 2001, is that correct?
19         A.  Yes, since more than one year.  I

```
20   was out of the legal in 1 January 2000.
21                Q.  Do you know if any of the people
22   listed as recipients of this memo on the first page
23   were members of the bank's audit committee?
24                A.  The banks audit committee?
25                Q.  Audit committee of the bank?
```

                                                                301

```
1                 A.  I cannot answer to that, I do
2    not know the composition of the audit committee.
3                 Q.  Were you ever a member of the
4    audit committee of the bank?
5                 A.  No sir.
6                 Q.  If you look to the second page
7    of this exhibit under 'Context and objectives', it
8    says that the CBF requested by two letters - I am
9    paraphrasing - that the bank determined the risk
10   incurred on the Lernout and Hauspie group and to
11   evaluate how well the support services functioned
12   in the context of the transactions with L&H, and
13   the Artesia Bank Incorporation audit committee in
14   addition made the same request?
15                A.  I was looking at the words of
```