**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JANET BAKER and JAMES BAKER, JKBAKER LLC and JMBAKER LLC, <br><br>             Plaintiffs, <br><br>      v. <br><br> DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., S.A.) <br><br>             Defendants. | Civil Action No.: 04-10501 (PBS) |
| GARY B. FILLER and LAWRENCE PERLMAN, Trustees of the TRA Rights Trust, <br><br>             Plaintiffs, <br><br>      v. <br><br> DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., S.A.) <br><br>             Defendants. | Civil Action No.: 04-10477 (PBS) |

| | |
|---|---|
| STONINGTON PARTNERS, INC., a Delaware Corporation, STONINGTON CAPITAL APPRECIATION 1994 FUND L.P., a Delaware Partnership and STONINGTON HOLDINGS, L.L.C., a Delaware limited liability company,<br><br>                Plaintiffs,<br><br>    v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., S.A.)<br><br>                Defendants. | Civil Action No.: 04-10411 (PBS) |

**DEFENDANT DEXIA BANK BELGIUM'S
MOTION TO COMPEL A COMPLETE RESPONSE TO ITS SECOND SET OF
INTERROGATORIES TO BAKER, FILLER AND STONINGTON PLAINTIFFS**

Defendant Dexia Bank Belgium ("Dexia") respectfully requests that this Court compel a complete response from the Baker, Filler and Stonington Plaintiffs in these actions (collectively "Plaintiffs") to Dexia's interrogatory concerning amounts received by those Plaintiffs in settlement of claims arising from the L&H collapse. In support of this motion, Dexia submits the accompanying Memorandum of Law, and the accompanying Declaration of Thomas Teige Carroll.

WHEREFORE, Dexia requests that this motion to compel be granted in full.

**CERTIFICATION**

The undersigned counsel for Defendant Dexia Bank Belgium in the above-captioned actions hereby certifies that Dexia Bank Belgium has complied with the requirements of Federal Rule of Civil Procedure 37(a)(2)(B), and Local Rules 7.1(A)(2) and 37.1(B), by conferring with counsel for Plaintiffs concerning this issue on June 13, 2006. During this meet and confer,

2

counsel for Dexia and counsel for Plaintiffs were unable to come to any agreement. Participating in this meet and confer were Thomas Teige Carroll on behalf of Dexia; Avi Josefson on behalf of Stonington Plaintiffs and on behalf of TRA Rights Trust; and George Coe on behalf of the Baker Plaintiffs.

## **REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1(D), Dexia respectfully requests to be heard at oral argument on this motion.

Dated: Boston, Massachusetts
       June 16, 2006

                                                  Respectfully submitted,

                                                  /s/   Breton Leone-Quick
                                                Peter M. Saparoff (BBO#441740)
                                                Breton Leone-Quick (BBO#655571)

                                              MINTZ LEVIN COHN FERRIS
                                              GLOVSKY & POPEO
                                              One Financial Center
                                              Boston, MA 02111
                                              Tel:  (617) 542-6000
                                              Fax:  (617) 542-2241

                                              CLIFFORD CHANCE US LLP
                                                James B. Weidner
                                                James F. Moyle
                                                Thomas Teige Carroll
                                              31 West 52nd Street
                                              New York, NY 10019
                                              Tel:    (212) 878-8000
                                              Fax:    (212) 878-8375

                                              *Counsel for Dexia Bank Belgium, S.A.*

## Certificate of Service

    I, Breton Leone-Quick, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on June 16, 2006.

   /s/ Breton Leone-Quick                            Dated: June 16, 2006