UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STONINGTON PARTNERS, INC., a Delaware Corporation, STONINGTON CAPITAL APPRECIATION 1994 FUND L.P., a Delaware Partnership and STONINGTON HOLDINGS, L.L.C., a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br><br>Defendants. | No.: 04-CV-10411 (PBS) |
| GARY B. FILLER and LAWRENCE PERLMAN, Trustees of the TRA Rights Trust,<br><br>Plaintiffs,<br><br>v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br><br>Defendants. | No.: 04-CV-10477 (PBS) |
| JANET BAKER and JAMES BAKER, JKBAKER LLC and JMBAKER LLC,<br><br>Plaintiffs,<br><br>v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br><br>Defendants. | No.: 04-CV-10501 (PBS) |

**TRANSACTIONAL PLAINTIFFS' UNOPPOSED MOTION
FOR EXTENSION OF TIME TO RESPOND**

Pursuant to Local Rule 7.1(b)(2), plaintiffs in the above-captioned cases (collectively the "Transactional Plaintiffs") respectfully move this Court to grant an extension of time to respond to Dexia Bank Belgium's Motion for Judgment on the Pleadings and memoranda submitted in support thereof. In support of this Motion, the Transactional Plaintiffs state as follows:

1. On June 22, 2006 Dexia Bank Belgium ("Dexia") filed its Motion for Judgment on the Pleadings. The deadline to file papers in opposition to Dexia's motion is July 6, 2006.

2. Transactional Plaintiffs request that they be granted a two-week extension to respond to Dexia's motion, resetting the deadline to, and including, July 20, 2006, so that they can fully address the arguments set forth therein.

**D. Mass. Local Rule 7.1(a)(2) Certification**

3. Pursuant to Local Rule 7.1(a)(2), counsel for the parties have conferred and in good faith negotiated the issues within this Motion. Counsel for Dexia has advised that Dexia does not oppose the granting of this motion.

**WHEREFORE**, Transactional Plaintiffs respectfully request that this Court enter orders in each of the above-captioned actions:

(A) relieving Transactional Plaintiffs of the obligation under Local Rule 7.1(b)(1) to file a memorandum of law in support of the instant motion simultaneously herewith; and

(B) granting Transactional Plaintiffs an extension of time to respond to Dexia's Motion for Judgment on the Pleadings to, and including, July 20, 2006.

Dated: June 28, 2006

Respectfully submitted,

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
/s/ Avi Josefson
Steven B. Singer
Avi Josefson
(avi@blbglaw.com)
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 554-1400

**LOONEY & GROSSMAN LLP**
Richard J. Grahn, BBO #206620
Charles P. Kindregan, BBO #554947
101 Arch Street
Boston, MA 02110
Telephone: (617) 951-2800

*Counsel to Plaintiffs Stonington Partners, Inc., Stonington Capital Appreciation 1994 Fund L.P. and Stonington Holdings L.L.C.*

**PARTRIDGE, ANKNER & HORSTMANN, LLP**
/s/ Terence K. Ankner
Terence K. Ankner, BBO #552469
(tka@anknerlaw.com)
200 Berkeley Street, 16th Floor
Boston, MA 02116
(617) 859-9999

**BOIES, SCHILLER & FLEXNER, LLP**
Karen C. Dyer
George R. Coe
255 South Orange Avenue, Suite 905
Orlando, FL 32801-3456
(407) 425-7118

**REED SMITH LLP**
Alan L. Cotler
Joan A. Yue
Steven T. Voigt
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103
(215) 851-8100

*Counsel to Plaintiffs Janet Baker, James Baker, JKBAKER LLC and JMBAKER LLC*

**GREGORY P. JOSEPH LAW OFFICES LLC**
/s/ Susan M. Davies
Gregory P. Joseph, N.Y. Atty Reg. #1645852
Susan M. Davies, N.Y. Atty Reg. #2413508
(sdavies@josephnyc.com)
805 Third Avenue, 31st Floor
New York, NY 10022
Telephone: (212) 407-1200

**KOTIN, CRABTREE & STRONG**
Amy C. Mainelli, BBO #657201
One Bowdoin Square
Boston, MA 02114
Telephone: (617) 227-7031

*Counsel to Plaintiffs Gary B. Filler and Lawrence Perlman, Trustees of the TRA Rights Trust*

**CERTIFICATE OF SERVICE**

I hereby certify that this document will be filed through the ECF system, which filing will constitute service of the document upon all registered ECF users as identified on the Notice of Electronic Filing (NEF). A paper copy of this document has been mailed in accordance with FED. R. CIV. P. 5(b) to all those case participants not identified on the NEF as electronic recipients.

/s/ Karen C. Dyer
Karen C. Dyer, Fla. Bar # 716324