**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JANET BAKER and JAMES BAKER, JKBAKER LLC and JMBAKER LLC,<br><br>Plaintiffs,<br><br>v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., S.A.)<br><br>Defendants. | Civil Action No.: 04-10501 (PBS) |
| GARY B. FILLER and LAWRENCE PERLMAN, Trustees of the TRA Rights Trust,<br><br>Plaintiffs,<br><br>v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., S.A.)<br><br>Defendants. | Civil Action No.: 04-10477 (PBS) |

NYB 1536136.1

| | |
|---|---|
| STONINGTON PARTNERS, INC., a Delaware Corporation, STONINGTON CAPITAL APPRECIATION 1994 FUND L.P., a Delaware Partnership and STONINGTON HOLDINGS, L.L.C., a Delaware limited liability company,<br><br>                      Plaintiffs,<br><br>                v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., S.A.)<br><br>                      Defendants. | Civil Action No.: 04-10411 (PBS) |

## NOTICE OF CORRECTION TO REPLY MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT DEXIA BANK BELGIUM'S MOTION FOR JUDGMENT ON THE PLEADINGS

      PLEASE TAKE NOTICE that Dexia Bank Belgium hereby corrects a typographical error in its reply memorandum in further support of its Motion for Judgment on the Pleadings, filed as Exhibit A to Dexia's Motion Seeking Leave to File A Reply Memorandum in Support of Its Motion for Judgment on the Pleadings, filed on July 26, 2006. At page 3 of Exhibit A, in the second sentence of the paragraph following the section II. B. heading "The Second Circuit Affirmed the Hanvit Opinion," the word "rejected" should be replaced by the word "reserved."

      If the Court grants Dexia's Motion Seeking Leave to File a Reply, Dexia respectfully requests that the Court take notice of this correction.

1

Dated: Boston, Massachusetts
      July 28, 2006

                                        Respectfully submitted,

                                            /s/ Thomas Teige Carroll

  Peter M. Saparoff (BBO#567379)
  Breton Leone-Quick (BBO#391000)
MINTZ LEVIN COHN FERRIS
GLOVSKY & POPEO
One Financial Center
Boston, MA 02111
Tel: (617) 542-6000
Fax: (617) 542-2241

CLIFFORD CHANCE US LLP
 James B. Weidner
 James F. Moyle
 Thomas Teige Carroll
31 West 52nd Street
New York, NY 10019
Tel:   (212) 878-8000
Fax:   (212) 878-8375

*Counsel for Dexia Bank Belgium, S.A.*