UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STONINGTON PARTNERS, INC., a Delaware Corporation, STONINGTON CAPITAL APPRECIATION 1994 FUND L.P., a Delaware Partnership and STONINGTON HOLDINGS, L.L.C., a Delaware limited liability company,<br>    Plaintiffs,<br>v.<br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br>    Defendants. | No.: 04-CV-10411 (PBS) |
| GARY B. FILLER and LAWRENCE PERLMAN, Trustees of the TRA Rights Trust,<br>    Plaintiffs,<br>v.<br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br>    Defendants. | No.: 04-CV-10477 (PBS) |
| JANET BAKER and JAMES BAKER, JKBAKER LLC and JMBAKER LLC,<br>    Plaintiffs,<br>v.<br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br>    Defendants. | No.: 04-CV-10501 (PBS) |

**CERTIFICATE OF SERVICE**

Stephen C. Foytlin, certifies pursuant to 28 U.S.C. § 1746, as follows:

On August 14, 2006, I caused true and correct copies of the (1) Notice of Supplemental Written Questions of Stonington, Filler, and Baker Plaintiffs to be Appended to Letters Rogatory, (2) Exhibit B-3 to Letters Rogatory, and (3) Exhibit C-3 to Letters Rogatory, to be served by electronic mail and U.S. mail upon the following counsel of record for Dexia Bank Belgium at the electronic mail and postal addresses indicated below:

Jeff E. Butler, Esq.
Clifford Chance US LLP
31 West 52nd Street
New York, NY 10019
(Jeff.Butler@cliffordchance.com)

I declare under penalty of perjury that the foregoing is true and correct. Executed in New York, New York this 14th day of August 2006.

STEPHEN C. FOYTLIN