UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANET BAKER and JAMES BAKER, JKBAKER LLC and JMBAKER LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br><br>    Defendants. | Civil Action No.:  04-10501 (PBS) |

## NOTICE OF APPEARANCE

Attorney Eóin P. Beirne of Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., One Financial Center, Boston, Massachusetts 02111, hereby enters an appearance as counsel to defendant Dexia, S. A. in the above-referenced action.

                                                Respectfully Submitted,

                                                By their attorney,

                                                 /s/ Eóin P. Beirne
                                                Eóin P. Beirne, BBO # 660885
                                                Mintz, Levin, Cohn, Ferris,
                                                    Glovsky and Popeo, P.C.
                                                One Financial Center
                                                Boston, MA 02111
                                                (617) 542-6000

Dated:  August 23, 2006

CERTIFICATE OF SERVICE

    I, Eóin P. Beirne, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 23, 2006.

Dated:  August 23, 2006