# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GARY B. FILLER and LAWRENCE PERLMAN, Trustees of the TRA Rights Trust,<br>    Plaintiffs,<br>v.<br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br>    Defendants. | No.: 04-CV-10477 (PBS) |
| JANET BAKER and JAMES BAKER, JKBAKER LLC and JMBAKER LLC,<br>    Plaintiffs,<br>v.<br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br>    Defendants. | No.: 04-CV-10501 (PBS) |

## CERTIFICATE OF SERVICE
## OF DRAGON PLAINTIFFS' MOTION FOR LEAVE
## TO FILE AMENDED COMPLAINTS, WITH EXHIBITS A AND B

SUSAN M. DAVIES certifies that:

On September 15, 2006, I caused to be served by hand delivery upon the following counsel of record for defendant Dexia Bank Belgium:

James B. Weidner, Esq.
Clifford Chance US LLP
31 West 52nd Street
New York, NY 10019

true and correct copies of (1) Dragon Plaintiffs' Motion for Leave to File Amended Complaints dated September 15, 2006, together with (2) **Exhibit A** to same, being the proposed First Amended Complaint in *Filler v. Dexia, S.A.,* No. 04-CV-10477-PBS, and (3) **Exhibit B** to same, being the proposed First Amended Complaint in *Baker v. Dexia, S.A.*, No. 04-CV-10501-PBS.

Dated: September 15, 2006
       New York, New York

                                                    /s/ Susan M. Davies
                                              Susan M. Davies
                                              N.Y. Attorney Reg. #1645852