UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANET BAKER and JAMES BAKER, JKBAKER LLC and JMBAKER LLC,<br><br>Plaintiffs,<br><br>v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br><br>Defendants. | No.: 04-CV-10501 (PBS) |

**NOTICE OF FILING SEALED DOCUMENT WITH CLERK'S OFFICE, LEAVE TO FILE GRANTED ON SEPTEMBER 25, 2006**

**ATTN: CLERK TO HONORABLE JUDGE COLLINGS:**

**"CONFIDENTIAL INFORMATION"**

Pursuant to Local Rule 7.2 and the Court's electronic order entered September 25, 2006 in the above-captioned action granting Plaintiffs' Motion to Seal Exhibits B-3 and C-3 to Letters Rogatory, Docket No. 161, Plaintiffs hereby give notice that Exhibits B-3 and C-3 to Plaintiffs' Motion for Issuance of Request for International Judicial Assistance (Letters Rogatory) will be filed under seal.

Dated:   September 29, 2006

Respectfully submitted,

PARTRIDGE, ANKNER & HORSTMAN LLP

_/s/ Terence K. Ankner_
Terence K. Ankner, BBO #552469
(tka@anknerlaw.com)
200 Berkeley Street, 16th Floor
Boston, MA 02116
Telephone:  (617) 859-9999

**BOIES SCHILLER & FLEXNER**
Karen C. Dyer
George R. Coe
225 South Orange Avenue, Suite 905
Orlando, Florida 32801
Telephone: (407) 425-7118

**REED SMITH LLP**
Alan K. Cotler
Joan A. Yue
2500 One Liberty Place 1650 Market Street
Philadelphia, PA 10103
Telephone: (215) 851-8100

*Counsel to Plaintiffs Janet Baker, James Baker, JKBaker LLC and JMBaker LLC.*

## CERTIFICATE OF SERVICE

I hereby certify that this document will be filed through the ECF system, which filing will constitute service of the document upon all registered ECF users as identified on the Notice of Electronic Filing (NEF). A paper copy of this document has been mailed in accordance with FED. R. CIV. P. 5(b) to all those case participants not identified on the NEF as electronic recipients.

_____/s/ George R. Coe_____
George R. Coe