UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x
:
JANET BAKER AND JAMES BAKER, :
JKBAKER LLC and JMBAKER LLC, :
:
Plaintiffs, :
: Civil Action No.: 04-10501 (PBS)
v. :
:
DEXIA, S.A. and DEXIA BANK BELGIUM :
(formerly known as ARTESIA BANKING :
CORP., S.A.), :
:
Defendants. :
:
------------------------------------------------------------x
:
GARY B. FILLER and LAWRENCE :
PERLMAN, Trustees of the TRA Rights Trust, :
:
Plaintiffs, :
: Civil Action No.: 04-10477 (PBS)
v. :
:
DEXIA, S.A. and DEXIA BANK BELGIUM :
(formerly known as ARTESIA BANKING :
CORP., S.A.), :
:
Defendants. :
:
------------------------------------------------------------x

BOI 15803423.1

|  |  |
|---|---|
| STONINGTON PARTNERS, INC., a Delaware Corporation, STONINGTON CAPITAL APPRECIATION 1994 FUND L.P., a Delaware Partnership and STONINGTON HOLDINGS, L.L.C., a Delaware limited liability company,<br><br>            Plaintiffs,<br><br>     - against -<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., S.A.),<br><br>            Defendants. | Civil Action No.: 04-10501 (PBS) |

## CERTIFICATE OF SHEILA VERA BARRETT
## IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

Sheila Vera Barrett, duly sworn on oath states as follows:

1.    I am an associate with the firm Davis Polk & Wardwell, which is located at 450 Lexington Avenue, New York, New York 10017.

2.    I have been admitted to practice before the following courts in the years indicated:

    State of New York (2002)

    Southern District of New York (2003)

    Eastern District of New York (2003)

3.    I am an attorney in good standing and eligible to practice in the above-referenced courts. I have not been suspended or disbarred in any jurisdiction, and no disciplinary actions are pending against me.

BO1 15803423.1

4.  I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the pains and penalties of perjury this 28th day of September, 2006.

*Sheila Vera Barrett*
Sheila Vera Barrett