**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| HANS A. QUAAK, ATTILIO PO and KARL LEIBINGER, on behalf of themselves and those similarly situated,<br>    Plaintiffs,<br>    v.<br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br>    Defendants. | No.: 03-CV-11566 (PBS) |
| STONINGTON PARTNERS, INC., a Delaware Corporation, STONINGTON CAPITAL APPRECIATION 1994 FUND L.P., a Delaware Partnership and STONINGTON HOLDINGS, L.L.C., a Delaware limited liability company,<br>    Plaintiffs,<br>    v.<br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br>    Defendants. | No.: 04-CV-10411 (PBS) |
| GARY B. FILLER and LAWRENCE PERLMAN, Trustees of the TRA Rights Trust,<br>    Plaintiffs,<br>    v.<br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br>    Defendants. | No.: 04-CV-10477 (PBS) |
| JANET BAKER and JAMES BAKER, JKBAKER LLC and JMBAKER LLC,<br>    Plaintiffs,<br>    v.<br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br>    Defendants. | No.: 04-CV-10501 (PBS) |

**JOINT MOTION TO EXTEND THE DEADLINES FOR
EXPERT DISCOVERY AND MOTIONS FOR SUMMARY JUDGMENT**

In accordance with the Court's instructions at the motion hearing held in the above-captioned actions on October 5, 2006, Plaintiffs and Defendant Dexia Bank Belgium ("Dexia") file this joint motion to extend the deadlines for expert discovery and motions for summary judgment. The parties respectfully request that this Court amend the current scheduling order dated August 22, 2006 for the limited purpose of extending the deadlines for expert discovery and any motions for summary judgment by approximately five (5) weeks to allow for the conclusion of fact discovery that the Court ordered to be completed at the October 5 hearing and the analysis of that discovery by the parties' designated experts. In support of this motion, the parties state as follows:

1. On August 22, 2006, the Court granted the parties' joint motion to extend the deadlines for expert discovery and motions for summary judgment, and established the following schedule for expert discovery and motions for summary judgment:

**October 31, 2006**: Deadline for Expert Reports Concerning any Matters for which any Party Bears the Burden of Proof

**December 15, 2006**: Deadline for Rebuttal Expert Reports

**January 31, 2007**: Deadline for Completion of Expert Depositions

**February 28, 2007**: Deadline for any Motion for Summary Judgment

2. On October 5, 2006, the Court denied Dexia's motions for protective orders to prevent the depositions of Stefaan Decraene and Axel Miller, and to limit the duration of the depositions of Bart Ferrand and Peter Rabaey. As a result, the parties have scheduled the depositions of Messrs. Ferrand and Rabaey for October 19-20 and 23-28, and expect to schedule the depositions of Messrs Decraene and Miller shortly. Other discovery motions that remain pending at this time may result in the scheduling of additional depositions and production of additional documents.

3. In order to allow sufficient time for the parties to complete this remaining discovery, and for their experts to review and analyze the additional information obtained, the parties submit that this Court should allow for a brief extension of expert discovery by five (5) weeks. The parties submit that such an extension is preferable over the costly and time-intensive alternative of having experts supplement and update their reports after fact discovery has been completed.

4. As a result of this requested extension for the deadline for expert reports, the parties submit the deadlines for expert depositions and motions for summary judgment likewise should be extended. Under the proposed schedule these cases will be on track for a pre-trial conference by mid-2007.

**WHEREFORE**, the parties jointly request that this Court extend the deadlines for expert discovery and motions for summary judgment as follows:

**December 8, 2006**: Deadline for Expert Reports Concerning any Matters for which any Party Bears the Burden of Proof.

**January 16, 2007**: Deadline for Rebuttal Expert Reports

**February 23, 2007**: Deadline for Completion of Expert Depositions

**March 23, 2007**: Deadline for any Motion for Summary Judgment

Dated: October 24, 2006                    Respectfully submitted,

**BERMAN DEVALERIO PEASE**
**TABACCO BURT & PUCILLO**

    /s/ Patrick T. Egan
Glen DeValerio, BBO # 122010
Patrick T. Egan, BBO # 637477
(pegan@bermanesq.com)
Allison K. Jones, BBO # 654804
One Liberty Square
Boston, MA 02109
Telephone: (617) 542-8300

3

SHALOV STONE & BONNER LLP
James P. Bonner
Patrick L. Rocco
485 Seventh Avenue, Suite 10000
New York, New York 10018
Telephone: (212) 239-4340

CAULEY BOWMAN CARNEY & WILLIAMS PLLC
Allen Carney
11001 Executive Center Drive, Suite 200
Little Rock, Arkansas 72212
Telephone: (501) 312-8500

*Co-lead Counsel to Class Plaintiffs*
*Hans A. Quaak, Karl Leibinger and Attilio Po*


**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

/s/ Avi Josefson
Max W. Berger
Steven B. Singer
Avi Josefson
(avi@blbglaw.com)
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 554-1400

**LOONEY & GROSSMAN LLP**
Richard J. Grahn, BBO #206620
Charles P. Kindregan, BBO #554947
101 Arch Street
Boston, MA 02110
Telephone: (617) 951-2800

*Counsel to Plaintiffs Stonington Partners, Inc.,*
*Stonington Capital Appreciation 1994 Fund L.P.*
*and Stonington Holdings L.L.C.*

4

**GREGORY P. JOSEPH LAW OFFICES LLC**

      /s/ Susan M. Davies
Gregory P. Joseph, N.Y. Atty Reg. #1645852
Susan M. Davies, N.Y. Atty Reg. #2413508
(sdavies@josephnyc.com)
805 Third Avenue, 31st Floor
New York, NY  10022
Telephone:  (212) 407-1200

**KOTIN, CRABTREE & STRONG**
Amy C. Mainelli, BBO #657201
One Bowdoin Square
Boston, MA 02114
Telephone:  (617) 227-7031

*Counsel to Plaintiffs Gary B. Filler and Lawrence Perlman, Trustees of the TRA Rights Trust*


**PARTRIDGE, ANKNER & HORSTMAN LLP**

      /s/ Terence K. Ankner
Terence K. Ankner, BBO #552469
(tka@anknerlaw.com)
200 Berkeley Street, 16th Floor
Boston, MA 02116
Telephone:  (617) 859-9999

**BOIES SCHILLER & FLEXNER**
Karen C. Dyer
George R. Coe
225 South Orange Avenue, Suite 905
Orlando, Florida  32801
Telephone:  (407) 425-7118

**REED SMITH LLP**
Alan K. Cotler
Joan A. Yue
2500 One Liberty Place 1650 Market Street
Philadelphia, PA 10103
Telephone:  (215) 851-8100

*Counsel to Plaintiffs Janet Baker, James Baker, JKBaker LLC and JMBaker LLC.*

5

**MINTZ LEVIN COHN FERRIS GLOVSKY & POPEO**
Peter M. Saparoff (BBO # 441740)
Breton Leone-Quick (BBO # 655571)
One Financial Center
Boston, MA 02111
Tel: (617) 542-6000
Fax: (617) 542-2241

**CLIFFORD CHANCE US LLP**

    /s/ Jeff E. Butler
James W. Weidner
Jeff E. Butler
31 West 52nd Street
New York, NY 10019-6131
Tel: (212) 878-8000
Fax: (212) 878-8375

*Counsel For Defendant, Dexia Bank Belgium*