# Exhibit A

---

**From:** ECFnotice@mad.uscourts.gov [mailto:ECFnotice@mad.uscourts.gov]
**Sent:** Monday, October 16, 2006 4:47 PM
**To:** CourtCopy@mad.uscourts.gov
**Subject:** Activity in Case 1:04-cv-10501-PBS Baker et al v. Dexia, S.A. et al "Amended Complaint"

*****NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

**United States District Court**

**District of Massachusetts**

Notice of Electronic Filing

The following transaction was received from Ankner, Terence entered on 10/16/2006 at 4:46 PM EDT and filed on 10/16/2006

**Case Name:** Baker et al v. Dexia, S.A. et al
**Case Number:** 1:04-cv-10501
**Filer:** James Baker
Janet Baker
**Document Number:** 194

**Docket Text:**
AMENDED COMPLAINT *Leave To File Granted on October 13, 2006* against all defendants, filed by James Baker, Janet Baker. (Attachments: # (1))(Ankner, Terence)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=10/16/2006] [FileNumber=1614186-0] [dfb208e303443adcf2f7d64f8ce69da3f524bc030610ce4decba09d8c8adf480af ea96f229ff52b241a725a262b8d370d5cb51185417c5dd61883157752b9b0f]]
**Document description:**
**Original filename:**yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=10/16/2006] [FileNumber=1614186-1] [14bb7febea391c3ca29e230036bcbc8cb9418d95d3baa2d928887d88a58ada11ff

45e9d59087b16c2bfaf1b920ceed0d77cba8bac89c93942278ce033b558347]]

**1:04-cv-10501 Notice will be electronically mailed to:**

Terence K. Ankner tka@anknerlaw.com

Sheila Vera Barrett sheila.barrett@dpw.com

Eoin P. Beirne ebeirne@mintz.com

Jeff E. Butler jeff.butler@cliffordchance.com

Thomas Teige Carroll thomas.carroll@cliffordchance.com

James W. Halter james.halter@cliffordchance.com

Maryana A. Kodner maryana.kodner@cliffordchance.com

Breton T. Leone-Quick bleone-quick@mintz.com

David M. Lindsey David.Lindsey@CliffordChance.com

Kristin G! . McGurn kmcgurn@seyfarth.com, dlittle@seyfarth.com

Kara Morrow kara.morrow@cliffordchance.com, beverly.alcober@cliffordchance.com

Peter M. Saparoff psaparoff@mintz.com

James B. Weidner James.Weidner@CliffordChance.com

**1:04-cv-10501 Notice will not be electronically mailed to:**

George R. Coe
Boies, Schiller & Flexner LLP
255 South Orange Avenue
Suite 905
Orlando, FL 32801

Joel M. Cohen
Clifford Chance US LLP
31 West 52nd Street
New York, NY 10019-6131

Alan K. Cotler
Reed Smith, LLP

2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

Karen C. Dyer
Boies, Schiller & Flexner LLP
255 South Orange Avenue
Suite 905
Orlando, FL 32801

Steven T. Voigt
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

Joan A. Yue
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103