### Avi Josefson

**From:** Susan M. Davies [sdavies@JOSEPHNYC.COM]
**Sent:** Thursday, November 02, 2006 6:24 PM
**To:** Steven Singer; Avi Josefson; Karen Dyer; George Coe
**Subject:** FW: Assented to Motion

Dexia counter proposal.

*Susan M. Davies*
*Gregory P. Joseph Law Offices LLC*
*805 Third Avenue, 31st Floor*
*New York, New York 10022*
*Telephone: 212-407-1208*
*Cell: 646-361-4779*
*Fax: 212-407-1274*
*sdavies@josephnyc.com*

**From:** Thomas.Carroll@CliffordChance.com [mailto:Thomas.Carroll@CliffordChance.com]
**Sent:** Thursday, November 02, 2006 6:16 PM
**To:** Susan M. Davies
**Subject:** Assented to Motion

Susan,

Here is our proposal.

Sincerely,

Teige

Thomas Teige Carroll
Clifford Chance US LLP
31 West 52nd Street
New York, NY  10019
(212) 878-8231
(212) 878-8375 fax
www.cliffordchance.com

<<Assented-to Motion to Extend Time.doc>>


*******

This message and any attachment are confidential and may be privileged or otherwise protected from disclosure. If you are not the intended recipient, please telephone or email the sender and delete this

message and any attachment from your system. If you are not the intended recipient you must not copy this message or attachment or disclose the contents to any other person.

For further information about Clifford Chance please see our website at http://www.cliffordchance.com or refer to any Clifford Chance office.

_____

This email is sent by a law firm and may contain information that is privileged and confidential. If you are not the intended recipient, please delete the email and any attachments and notify us immediately.

11/9/2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STONINGTON PARTNERS, INC., a Delaware Corporation, STONINGTON CAPITAL APPRECIATION 1994 FUND L.P., a Delaware Partnership and STONINGTON HOLDINGS, L.L.C., a Delaware limited liability company,<br><br>    Plaintiffs,<br><br>    v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br><br>    Defendants. | Civil Action No.: 04-10411 (PBS) |
| GARY B. FILLER and LAWRENCE PERLMAN, Trustees of the TRA Rights Trust,<br><br>    Plaintiffs,<br><br>    v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br><br>    Defendants. | Civil Action No.: 04-10477 (PBS) |

| |  |
|---|---|
| JANET BAKER and JAMES BAKER, JKBAKER LLC and JMBAKER LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br><br>    Defendants. | Civil Action No.: 04-10501 (PBS) |

### DEFENDANT'S ASSENTED-TO MOTION FOR EXTENSION OF TIME TO ANSWER TRANSACTIONAL PLAINTIFFS' FIRST AMENDED COMPLAINTS

Dexia Bank Belgium ("Dexia") respectfully moves this Court to grant an extension of time in which to file an answer to the First Amended Complaints ("FACs") filed by plaintiffs ("Transactional Plaintiffs") in the above-captioned actions. In support of this Motion, Dexia states as follows:

1.    On October 13, 2006, the Court granted the Transactional Plaintiffs leave to file FACs.

2.    Transactional Plaintiffs' FACs have been served on Dexia and filed in each of the above-captioned actions.

3.    On November 1, 2006, the Transactional Plaintiffs assented to this motion to extend the time in which to answer the FACs to December 1, 2006, subject to Dexia's agreement that it would answer the FACs, and not move against them under Federal Rule of Civil Procedure 12 on any basis except subject matter or personal jurisdiction.

NYB 1544162.2

Wherefore, Dexia respectfully requests that this Court enter an order in each of the above-captioned actions granting Dexia an extension of time to answer the FACs to December 1, 2006.

Dated: November 3, 2006

>Respectfully submitted,
>
>MINTZ LEVIN COHN FERRIS
>GLOVSKY & POPEO
>
>By: __/S/ Breton Leone-Quick__
>Peter M. Saparoff (BBO#441740)
>Breton Leone-Quick (BBO#655571)
>
>One Financial Center
>Boston, MA 02111
>Tel:   (617) 542-6000
>Fax:   (617) 542-2241
>
>James B. Weidner
>Thomas Teige Carroll
>
>CLIFFORD CHANCE US LLP
>31 West 52nd Street
>New York, NY 10019-6131
>Tel:   (212) 878-8000
>Fax:   (212) 878-8375
>
>*Counsel for Dexia Bank Belgium*

### Certification

The above-signed counsel hereby certifies that, pursuant to Local Rule 7.1(A)(2), counsel for the parties have conferred and in good faith negotiated the issues within this motion. Counsel for Plaintiffs has assented to the granting of this motion.

### CERTIFICATE OF SERVICE

I hereby certify that this document will be filed through the ECF system, which filing will constitute service of the document upon all registered ECF users as identified on the Notice of Electronic Filing (NEF). A paper copy of this document has been mailed in accordance with Fed. R. Civ. P. 5(b) to all those case participants not identified on the NEF as electronic recipients.

___/S/ Breton Leone-Quick___                                    Dated: November 3, 2006