UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HANS A. QUAAK, ATTILIO PO and KARL LEIBINGER, on behalf of themselves and those similarly situated,<br>　　　　　Plaintiffs,<br>　　v.<br>DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br>　　　　　Defendant. | No.: 03-CV-11566 (PBS) |

**CERTIFICATE OF SERVICE**

I, George R. Coe, hereby certify that the Joint Motion to Extend the Deadlines for Expert Discovery and Motions for Summary Judgment filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 20, 2006

　　　　　　　　　　　　　　　　　　　　　　/s/ George R. Coe
　　　　　　　　　　　　　　　　　　　　　　George R. Coe