UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

Stonington Partners, Inc., et al,
        Plaintiffs,
        v.
Dexia, S.A., et al,
        Defendants.

Civil No. 04-10411-PBS

---

Gary B. Filler, et al,
        Plaintiffs,
        v.
Dexia, S.A., et al,
        Defendants.

Civil No. 04-10477-PBS

---

Janet Baker, et al,
        Plaintiffs,
        v.
Dexia, S.A., et al,
        Defendants.

Civil No. 04-10501-PBS

---

## ORDER OF CONSOLIDATION

SARIS, D.J.                                                                        February 1, 2007

        The Court consolidates the three cases. All future pleadings are to be filed under the Stonington Partners, Inc. action, 04-CV-10411-PBS. Based on my experience with this litigation, most pleadings have been the same, and the co-existence of the three cases has created an unnecessary docketing and case management burden.

                                                                                       /s/ Patti B. Saris
                                                                                       Patti B. Saris
                                                                                       United States District Judge

Copies to: All Counsel via ECF