UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

__Janet Baker, et al.__
                Plaintiff(s)

V.                                              CIVIL NO.   04-10501-PBS

__Dexia, S.A., et al.__
                Defendant(s)

## NOTICE AND ORDER

__Bowler, U.S.M.J.__

PLEASE TAKE NOTICE that the above-entitled case has been set for _____ __a mediation hearing__ on __5/16/2007__ at __10:00__ A.M. before Magistrate Judge __Marianne B. Bowler__ in Courtroom # __25__.

It is further ORDERED that all PARTIES are REQUIRED to attend and must have full binding settlement authority. Leave of court is REQUIRED for any exceptions. All confidential mediation briefs are to be submitted to the court VIA FACSIMILE at (617) 204-5833 at least TWO BUSINESS DAYS prior to the hearing.

SARAH A. THORNTON,
CLERK OF COURT

__4/16/2007__                                   __/s/ Marc K. Duffy, Esq.__
Date                                            Deputy Clerk

(ADR NOTICE (Baker, et al.).wpd - 3/7/2005)