# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANET BAKER and JAMES BAKER, JKBAKER LLC and JMBAKER LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br><br>    Defendants. | No.: 04-CV-10501 (PBS) |

## JOINT MOTION TO EXTEND THE DEADLINE AND SET
## A BRIEFING SCHEDULE FOR SUMMARY JUDGMENT

The parties jointly move to extend the deadline for summary judgment to June 1, 2007, and to set a briefing schedule for any summary judgment motions. In support of this joint motion, the parties state as follows:

1. On December 21, 2006, the Court entered an order setting the deadline for summary judgment in this action for April 20, 2007.

2. Because of delays in the scheduling of expert witness depositions, the parties now wish to extend this deadline to facilitate the completion of expert depositions before the filing of any summary judgment motions. In addition, the parties wish to set a reasonable briefing schedule for summary judgment that includes opening briefs, opposition briefs and reply briefs.

**WHEREFORE**, the parties jointly request that the Court extend the deadline for summary judgment and set a briefing schedule for summary judgment as follows:

| | |
|---|---|
| **June 1, 2007**: | Deadline For Summary Judgment and supporting memoranda |
| **June 29, 2007**: | Deadline For Opposition Briefs |
| **July 17, 2007**: | Deadline For Reply Briefs |

Dated:  April 16, 2007                                    Respectfully submitted,

**Partridge, Ankner & Horstman LLP**

/s/   Terence K. Ankner
Terence K. Ankner, BBO #552469
(tka@anknerlaw.com)
200 Berkeley Street, 16th Floor
Boston, MA 02116
Telephone:  (617) 859-9999

**Boies Schiller & Flexner**
Karen C. Dyer
George R. Coe
225 South Orange Avenue, Suite 905
Orlando, Florida  32801
Telephone:  (407) 425-7118

**Reed Smith LLP**
Alan K. Cotler
Joan A. Yue
2500 One Liberty Place 1650 Market Street
Philadelphia, PA 10103
Telephone:  (215) 851-8100

*Counsel to Plaintiffs Janet Baker, James Baker, JKBaker LLC and JMBaker LLC*

**Mintz Levin Cohn Ferris Glovsky & Popeo**

/s/   Breton Leone-Quick
Peter M. Saparoff (BBO # 441740)
Breton Leone-Quick (BBO # 655571)
One Financial Center
Boston, MA 02111
Tel: (617) 542-6000
Fax: (617) 542-2241

**Clifford Chance US LLP**
James W. Weidner
Jeff E. Butler
31 West 52nd Street
New York, NY 10019-6131
Tel: (212) 878-8000
Fax: (212) 878-8375

*Counsel For Defendant Dexia Bank Belgium*

**Certificate of Service**

    I, Breton Leone-Quick, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on April 16, 2007.

   /s/  Breton Leone-Quick                                           Dated:  April 16, 2007