# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANET BAKER and JAMES BAKER, JKBAKER LLC and JMBAKER LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br><br>    Defendants. | Civil Action No.: 04-10501 (PBS) |

## CERTIFICATE OF SERVICE OF DECLARATION OF JEFF E. BUTLER

    I, Breton Leone-Quick, hereby certify that the Declaration of Jeff E. Butler, dated April 30, 2007, filed herewith through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on April 30, 2007.

Dated: April 30, 2007

                                                      Respectfully submitted,

                                                      MINTZ LEVIN COHN FERRIS GLOVSKY & POPEO

                                                      By:   /s/ Breton Leone-Quick
                                                            Peter M. Saparoff (BBO#441740)
                                                            Breton Leone-Quick (BBO#655571)

                                                      One Financial Center
                                                      Boston, MA 02111
                                                      Tel:   (617) 542-6000
                                                      Fax:  (617) 542-2241

> James B. Weidner
> Jeff E. Butler
> CLIFFORD CHANCE US LLP
> 31 West 52nd Street
> New York, NY 10019-6131
> Tel:    (212) 878-8000
> Fax:    (212) 878-8375
>
> *Counsel for Dexia Bank Belgium*

## Certificate of Service

I, Breton Leone-Quick, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on April 30, 2007.

/s/  Breton Leone-Quick                                        Dated:  April 30, 2007