# CLIFFORD CHANCE

**CLIFFORD CHANCE US LLP**

31 WEST 52ND STREET
NEW YORK NY 10019 6131

TEL +1 212 878 8000
FAX +1 212 878 8375
www.cliffordchance.com

*OK*

James B. Weidner
DIRECT TEL 212-878-8235
DIRECT FAX 212-878-8375

May 2, 2007

VIA FACSIMILE

Hon. Marianne Bowler
John Joseph Moakley
U.S. Courthouse
1 Courthouse Way
Suite 8420
Boston, MA 02110

Re:   Baker v. Dexia S.A.  No. 04-CV-10501 (PBS)

Dear Magistrate Judge Bowler:

We represent Dexia Bank Belgium, the defendant in this case, which your honor has scheduled for a Mediation Hearing on May 16, 2007 at 10:00 A. M. The electronic order setting this hearing states that all parties are required to attend with full binding settlement authority.

Our client is located in Brussels, Belgium. We are writing to inquire whether it would be satisfactory if Dexia's Chief Legal Officer (who would have authority to bind management and recommend any settlement to the bank's Management Board) were available to be reached by phone throughout the Mediation Hearing, rather than having to travel to Boston to be physically present. We should mention that the related class action in these proceedings was mediated, and settled, using this procedure earlier this year.

Thank you for your consideration.

Respectfully,

James B. Weidner

cc:   Karen Dyer, Esq. (via E-mail)
      Alan Cotler, Esq. (via E-mail)
      Peter Saparoff, Esq. (via E-mail)

NYB 1559724.1