UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANET BAKER and JAMES BAKER, JKBAKER LLC and JMBAKER LLC,<br><br>Plaintiffs,<br><br>v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br><br>Defendants. | No.: 04-CV-10501 (PBS) |

### DECLARATION OF KAREN C. DYER IN SUPPORT OF BAKERS' MEMORANDUM IN OPPOSITION TO DEXIA'S MOTION FOR ADDITIONAL TIME TO DEPOSE VINCENT J. LOVE

KAREN C. DYER, declares pursuant to 28 U.S.C. § 1746 that:

1. I am an attorney with Boies Schiller & Flexner, LLP, which represents plaintiffs James and Janet Baker, JK Baker LLC and JM Baker LLC ("Baker Plaintiffs") in the above-captioned matter. I am authorized to practice before this Court in this action by an order granting *pro hac vice* admission. I am over the age of 18 and am fully competent to testify. I submit this declaration in support of the Baker Plaintiffs' Opposition to Dexia Bank Belgium's ("Dexia's") Motion for Additional Time to Depose Vincent J. Love.

2. I was in attendance at the deposition of Vincent J. Love, taken by Dexia on March 20, 2007, the deposition of David LaRue, taken by the Baker Plaintiffs on March 21, 2007 and the deposition of Heinz Riehl, taken on May 4, 2007.

1

3. Attached as Exhibit A hereto, is an except from the draft deposition transcript of Heinz Riehl, taken on May 4, 2007.

4. Attached as Exhibit B hereto is the final transcript of the deposition of David LaRue taken on March 21, 2007.

5. On January 5, 2007, Dexia served on the Baker Plaintiffs the expert report of David LaRue. This report comprises 80 pages with exhibits. On February 16, 2007, Dexia served on the Baker Plaintiffs the rebuttal report of David LaRue. This report comprises 15 pages with exhibits.

6. On February 16, 2007, Dexia also served the rebuttal report of Kenneth Lehn. This report comprises 100 pages with exhibits.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Orlando, Florida this 14th day of May, 2007.

/s/ Karen C. Dyer

**CERTIFICATE OF SERVICE**

I hereby certify that this document will be filed through the ECF system, which filing will constitute service of the document upon all registered ECF users as identified on the Notice of Electronic Filing (NEF).

/s/ Terence K. Ankner
Terence K. Ankner

2