# EXHIBIT A

288

24   Q.   I'm noted for the record this we did not

25   stop Mr. Lanes depending for any reason. The

289

2    record was I specifically noted on the record that

3    it can stay open as long as was necessary to

4    conclude the deposition I'm not finished yet. In

5    any event I think you know our position that there

6    is no 7 hour limitation with respect to these

7    experts. I understand that your position is

8    different from that. But we have not concluded

9    this deposition and in particular because so many

10   of the responses I got were, in fact, not

11   responsive to my questions, which required us to

12   spend more time than I otherwise would have had to.