**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

<u>   Janet Baker, et al.   </u>
       Plaintiff(s)

       V.                                              CIVIL ACTION NO. 04-10501-PBS

<u>   Dexia S.A., et al.   </u>
       Defendant(s)

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE <u>  Saris  </u>

[ ]    The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[x]    On <u>    5/16/2007    </u> I held the following ADR proceeding:

       _____    SCREENING CONFERENCE    _____ EARLY NEUTRAL EVALUATION
       \_\_X\_\_\_    MEDIATION                            _____ SUMMARY BENCH / JURY TRIAL
       _____    MINI-TRIAL                            _____ SETTLEMENT CONFERENCE

All parties were represented by counsel [except _____]

The parties were / were not present in person or by authorized corporate officer [except _____].

The case was:

[x]    Settled. Your clerk should enter a <u> 60 </u> day order of dismissal.

[ ]    There was progress. A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

[ ]    Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ]    Suggested strategy to facilitate settlement:

<u> 5/16/2007        </u>                                                   <u>    /s/ Marianne B. Bowler, USMJ    </u>
DATE                                                                               ADR Provider

(ADR Report (Dexia).wpd - 4/12/2000)                                                                             [adrrpt.]