UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANET BAKER and JAMES BAKER, JK BAKER LLC and JM BAKER LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>DEXIA, S.A. and DEXIA BANK BELGIUM (formerly known as ARTESIA BANKING CORP., SA),<br><br>    Defendants. | No.: 04-CV-10501 (PBS) |

**PLAINTIFFS' NOTICE OF CHANGE OF ADDRESS**

PLEASE TAKE NOTICE that Karen C. Dyer and George R. Coe, of Boies, Schiller & Flexner LLP, attorneys for Plaintiffs, Janet Baker and James Baker, JK Baker LLC and JM Baker LLC, have moved their Orlando office. Their new address, effective immediately, is 121 South Orange Avenue, Suite 840, Orlando, Florida 32801.

Dated: June 19, 2007.

                                                                           PARTRIDGE, ANKNER & HORSTMAN LLP

                                                                            /s/ Terence K. Ankner
                                                      Terence K. Ankner, BBO #552469
                                                      200 Berkeley Street, 16th Floor
                                                      Boston, Massachusetts 02116
                                                      Telephone: (617) 859-9999

BOIES SCHILLER & FLEXNER

Karen C. Dyer
George R. Coe
121 South Orange Avenue, Suite 840
Orlando, Florida 32801
Telephone: (407) 425-7118

**COUNSEL FOR JANET BAKER, JAMES BAKER, JK BAKER LLC AND JM BAKER LLC**

## CERTIFICATE OF SERVICE

I, Terence K. Anker, hereby certify that on June 19, 2007, this Plaintiff's Notice of Change of Address will be filed through the ECF system, which filing will constitute service of the document upon all the registered ECF users as identified on the Notice of Electronic Filing (NEF). A paper copy of this document has been mailed in accordance with Fed.R.CIV.P.5(b) to all those participants not identified on the NEF as electronic recipients.

　　　　　　　　　　　　　　　　　　/s/ Terence K. Ankner
　　　　　　　　　　　　　　　　　　Terence K. Ankner